# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES — GENERAL

Case No. **CR 87-422-ER**      Date **February 5, 1990**

**DOCKET ENTRY:**
Spanish Interpreters:
Lena Garcia
Joel Orozco
Cynthia Parker
Delores Martin     Page 1 of 2

**PRESENT:** HON. **EDWARD RAFEEDIE**, JUDGE    Manuel Medrano, AUSA / John L. Carlton, AUSA

Judy Matthews — Deputy Clerk
Julie Churchill — Court Reporter (Velma Almas)
Asst. U.S. Attorney

**U.S.A. v. (DEFENDANTS LISTED BELOW)** — **ATTORNEYS FOR DEFENDANTS**

(1) Juan Ramon Matta Ballesteros -17    (1) Martin Stoller, Retd.
X present  X custody  ___ bond  ___ O/R    X present  ___ appointed  X retained

(2) Ruben Zuno-Arce -16    (2) Ed Medvene, Retd.
X present  X custody  ___ bond  ___ O/R    X present  ___ appointed  X retained

(3) Juan Jose Bernabe-Ramirez -10    (3) Mike Meza S/A for Mary Kelley
X present  X custody  ___ bond  ___ O/R    X present  X appointed  ___ retained

(4) Javier Vasquez-Velasco -12    (4) Gregory Nicholayser
X present  X custody  ___ bond  ___ O/R    X present  X appointed  ___ retained

**PROCEEDINGS:** Arraignment/Pleas to Superseding Indictment

Defendants are arraigned and specifically advised of their rights. Defendants state true names as charged in the Indictment and enter pleas of not guilty as follows:

Ruben Zuno-Arce (Counts 4, 6 & 7)
Juan Jose Bernabe-Ramirez (Counts 3, 4, 5, 6, 7, 8 & 9)
Javier Vasquez-Velasco (Counts 1 & 2)

Juan Ramon Matta Ballesteros states true name to be Juan Ramon Matta del Pozo. Court enters not guilty plea in behalf of defendant Juan Ramon Matta Ballesteros in that counsel for defendant informs the Court that the defendant was kidnapped and

FEB 8 1990

MINUTES FORM 6
CRIM — GEN     D — M     Initials of Deputy Clerk ____

761

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES — GENERAL

Case No. CR87-422-ER

Date February 5, 1990

**DOCKET ENTRY:**

Page 2 of 2

PRESENT: HON. EDWARD RAFEEDIE, JUDGE

Judy Matthews — Deputy Clerk
Julie Churchill / Velma Thomas — Court Reporter
Maruc Nedrow, AUSA
John L. Carlton, AUSA — Asst. U. S. Attorney

U. S. A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS

(1) Juan Rama Notta Ballesteros -1 — X present X custody __ bond __ O/R
    (1) Marta Stollar, retd. — X present __ appointed X retained

(2) Ruben Zuno-Arce -16 — X present X custody __ bond __ O/R
    (2) Ed Medvene — X present __ appointed X retained

(3) Juan Jose Bernabe-Ramirez -10 — X present X custody __ bond __ O/R
    (3) Mike Meza (SPA) for Mary Kelley — X present X appointed __ retained

(4) Javier Vasquez-Velasco -12 — X present X custody __ bond __ O/R
    (4) Gregory Nicolaysen, apptd. — X present X appointed __ retained

**PROCEEDINGS:** Arraignment/Pleas to 6th Superseding Indictment

wishes not to enter a plea.
The Court sets the following schedule:
Motion cut-off - 3/7/90
Opposition - 10 days
Reply - 7 days
Hearing on motions 4/2, 10AM
JT continued to 4/10, 9:30AM.

MINUTES FORM 6
CRIM — GEN

D — M

Initials of Deputy Clerk