```
 1  JAMES E. BLANCARTE                           FILED
    MARY E. FULGINITI
 2  JEFFER, MANGELS, BUTLER & MARMARO    DEC 2  8 48 AM '92
    2121 Avenue of the Stars, 10th Floor
 3  Los Angeles, California  90067       CLERK U.S. DISTRICT COURT
    (310) 203-8080                       CENTRAL DIST. OF CALIF.
 4                                       BY _____
    EDWARD M. MEDVENE
 5  RONALD A. DiNICOLA
    JACK R. LUELLEN
 6  MITCHELL, SILBERBERG & KNUPP
    11377 West Olympic Boulevard
 7  Los Angeles, California 90064
    (310) 312-2000
 8
    Attorneys for Defendant
 9  Ruben Zuno-Arce

10

11              UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,    ) CASE NO. CR 87-422(F)-ER
                                 )
15             Plaintiff,        ) DEFENDANT RUBEN ZUNO-ARCE'S
                                 ) WITNESS LIST
16       v.                      )
                                 )
17  RAFAEL CARO-QUINTERO, et. al.,)
                                 )
18             Defendants.       )
                                 )
19                               )
                                 )
20  _____)

21

22       Defendant Ruben Zuno-Arce ("Mr. Zuno") hereby sets

23  forth a list of potential defense witnesses who will testify in

24  Mr. Zuno's case-in-chief.  Mr. Zuno reserves the right to make

25  additional amendments or supplements to the following list.

26  ///

27  ///

28  ///
```

ENTER ON ICMS
DEC 3 1992

JMB1\27927

1. Ruben Zuno-Arce
2. Mrs. Ruben Zuno-Arce
3. Pedro Cuellar-Conrique
4. Teresita Vasquez-Zaragoza
5. Daniel Gonzales-Banueles
6. David Macias-Barajas*
7. Sergio Velasco-Virgen*
8. Jose Barba
9. Adolfo Garcia
10. Leo Gonzales
11. Jesus Anaya-Labre
12. Uriel Davila-Hernandez
13. Vicki Canalez
14. Jesse Gonzales

DATED: November 30, 1992

JEFFER, MANGELS, BUTLER & MARMARO
JAMES E. BLANCARTE
MARY FULGINITI

By: _____
MARY FULGINITI
Attorneys for Defendant
Ruben Zuno-Arce

---

*/ Mr. Zuno will be submitting the prior testimony of these individuals.

JMB1\27927

-2-

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is Mitchell, Silberberg & Knupp, 11377 West Olympic Boulevard, Los Angeles, CA 90064.

On December 2, 1992, I caused the document described as DEFENDANT RUBEN ZUNO-ARCE'S WITNESS LIST to be served on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

John Carlton, Esq.
Manuel Medrano, Esq.
Assistant U.S. Attorneys
312 North Spring Street
Criminal Division, 14th Floor
Los Angeles, CA 90012

I caused such document to be delivered by hand during normal business hours to the office of the addressees.

I am employed in the office of an attorney admitted to the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 2, 1992 at Los Angeles, California.

Jack R. Luellen

Mitchell, Silberberg & Knupp