1  EDWARD M. MEDVENE
   RONALD A. DiNICOLA
2  JACK R. LUELLEN
   MITCHELL, SILBERBERG & KNUPP
3  11377 West Olympic Boulevard
   Los Angeles, California 90064
4  (310) 312-2000

5  JAMES E. BLANCARTE
   MARY E. FULGINITI
6  JEFFER, MANGELS, BUTLER & MARMARO
   2121 Avenue of the Stars, 10th Floor
7  Los Angeles, California 90067
   (310) 203-8080
8
   Attorneys for Defendant
9  Ruben Zuno-Arce

FILED
DEC 2 8 48 AM '92
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  CASE NO. CR 87-422(G)-ER
                          )
             Plaintiff,    )  DEFENDANT RUBEN ZUNO-ARCE'S
                          )  EXHIBIT LIST
      v.                   )
                          )  [Local Rule 9.7]
RAFAEL CARO-QUINTERO, et. al., )
                          )
             Defendants.   )

Defendant Ruben Zuno-Arce hereby sets forth a list of exhibits expected to be offered by defendant Zuno-Arce at trial, other than those to be used for impeachment or rebuttal. Defendant Zuno-Arce reserves the right to make additional amendments or supplements to this list.

Exh. 400    DEA-6 dated January 13, 1984, prepared by Agents Camarena, Kuykendall, and Varenhorst.

Exh. 401    DPS file of Hector Cervantes-Santos

ENTER ON ICMS
DEC 3 1992

Mitchell, Silberberg & Knupp

| | | |
|---|---|---|
| 1 | Exh. 402 | Certified records from Telefonos de Mexico regarding the existence of phone service at the residence at 114 Carreta a Tonala, in the Colonia Loma Dorada region of Tonola, Jalisco |
| 5 | Exh. 403 | Certified telephone records regarding Ramero Nunez Rodriguez at El Sol 2492 |
| 8 | Exh. 404 | School records of Hector Cervantes-Santos at For. Urb. School no. 23 in Tlaquepaque, Jalisco |
| 11 | Exh. 405 | Letter dated June 12, 1990 from the Federacion de Organizaciones Populares de Jalisco re Lawrence Victor Harrison |
| 14 | Exh. 406 | Letter dated June 12, 1990 from the Partido Revolucionario Institucional re Lawrence Victor Harrison |
| 17 | Exh. 407 | Title report re 881 Lope de Vega |
| 19 | Exh. 408 | Title report re 881 Lope de Vega |
| 21 | Exh. 409 | Mexican trial judgment of Dr. Ruben Sanchez-Barba |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

Mitchell, Silberberg & Knupp

Exh. 410    Mexican appellate judgment of Dr. Ruben Sanchez-Barba

Dated: December 1, 1992

Respectfully submitted,

EDWARD M. MEDVENE
RONALD A. DiNICOLA
JACK R. LUELLEN
MITCHELL, SILBERBERG & KNUPP

JAMES E. BLANCARTE
MARY E. FULGINITI
JEFFER, MANGELS, BUTLER & MARMARO

By: _____
Jack R. Luellen
Attorneys for Defendant
Ruben Zuno-Arce

Mitchell, Silberberg & Knupp

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is Mitchell, Silberberg & Knupp, 11377 West Olympic Boulevard, Los Angeles, CA 90064.

On December 2, 1992, I caused the document described as DEFENDANT RUBEN ZUNO-ARCE'S EXHIBIT LIST to be served on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

John Carlton, Esq.
Manuel Medrano, Esq.
Assistant U.S. Attorneys
312 North Spring Street
Criminal Division, 14th Floor
Los Angeles, CA 90012

I caused such document to be delivered by hand during normal business hours to the office of the addressees.

I am employed in the office of an attorney admitted to the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 2, 1992 at Los Angeles, California.

Jack R. Luellen

Mitchell, Silberberg & Knupp