```
 1  JAMES E. BLANCARTE
    MARY E. FULGINITI
 2  JEFFER, MANGELS, BUTLER & MARMARO
    2121 Avenue of the Stars, 10th Floor
 3  Los Angeles, California  90067
    (310) 203-8080
 4
    EDWARD M. MEDVENE
 5  RONALD A. DiNICOLA
    JACK R. LUELLEN
 6  MITCHELL, SILBERBERG & KNUPP
    11377 West Olympic Boulevard
 7  Los Angeles, California 90064
    (310) 312-2000
 8
    Attorneys for Defendant
 9  Ruben Zuno-Arce
```

FILED
DEC 21 1992

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR 87-422(F)-ER |
|---|---|
| Plaintiff, | ) DEFENDANT RUBEN ZUNO-ARCE'S |
|  | ) AMENDED EXHIBIT LIST |
| v. | ) |
| RAFAEL CARO-QUINTERO, et. al., | ) |
| Defendants. | ) |

ENTER ON
DEC 23 1992

1966

JMB1\29010

*All exhibits not admitted were returned to counsel* — JAK

| Defendant's Exhibit | Description | Ident. | In Evid. |
|---|---|---|---|
| 400. | DEA 6 Report dated January 13, 1994 | DEC 2 - 1992 | |
| 401. | Handwritten list prepared by DEA Agent Kuykendall | DEC 2 - 1992 | |
| 402. | Victor Lawrence Harrison Giglio materials | DEC 7 - 1992 | |
| 403. | Jorge Godoy-Lopez Giglio materials | DEC 8 - 1992 | |
| 404. | DEA 6 Reports that pertain to the debrifing of Jorge Godoy-Lopez | | |
| 405. | Rene Lopez-Romero Giglio materials | | |
| 406. | DEA 6 Reports that pertain to the debriefings of Rene Lopez-Romero | DEC 9 - 1992 | |
| 407. | Reporter's Transcript of testimony of David Macias-Barajas, June 27, 1990 | | |
| 408. | Reporter's Transcript of testimony of Sergio Velasco-Virgen | | |
| 409. | Map of the state of Jalisco | DEC 14 1992 | DEC 14 1992 |
| 410. | Videotape of Mr. Zuno's properties | DEC 14 1992 | DEC 14 1992 |
| 411. | Picture of cattle feed area | DEC 14 1992 | DEC 14 1992 |
| 412-A. | Picture of outside of woodshop | DEC 14 1992 | DEC 14 1992 |
| 412-B. | Picture of inside of woodshop | DEC 14 1992 | DEC 14 1992 |
| 413. | Picture of lumbermill | DEC 14 1992 | DEC 14 1992 |
| 414. | Picture of inside of cannery | DEC 14 1992 | DEC 14 1992 |
| 415. | Picture of Mr. Zuno's gas station in Mascota | DEC 14 1992 | DEC 14 1992 |
| 416. | Picture of main entrance to the town of Mascota | DEC 14 1992 | DEC 14 1992 |
| 417. | Centennial flag pole in Mascota | DEC 14 1992 | DEC 14 1992 |
| 418-A. | Picture of mural of Mr. Zuno's family | | |

| | | | | |
|---|---|---|---|---|
| 418-B. | Close-up picture of Mr. Zuno, his father and sister in mural | | ___ | ___ |
| 418-C. | Picture of dedication on the mural | | ___ | ___ |
| 419. | Kindergarten in Mascota | | DEC 14 1992 | DEC 14 1992 |
| 420. | Elementary School in Mascota | | DEC 14 1992 | DEC 14 1992 |
| 421. | Library commemoration plaque | | ___ | ___ |

JMB1\29010

-3-