UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO

NO. CR 87-422(G)

GOVERNMENT'S EXHIBIT LIST

FILED DEC 21 1992

*Exh. 103 remained in custody of agent.*

*All exhibits not admitted were returned to counsel*

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 1 | J. Kuykendall | Map of Mexico | DEC 2 - 1992 | DEC 2 - 1992 |
| 2 | J. Kuykendall | Map of Jalisco | DEC 2 - 1992 | DEC 2 - 1992 |
| 3a | J. Kuykendall | Photo of U.S. Consulate | DEC 2 - 1992 | DEC 2 - 1992 |
| 3b | J. Kuykendall | Photo of U.S. Consulate (aerial view) | DEC 2 - 1992 | DEC 2 - 1992 |
| 4 | J. Kuykendall | Map of Guadalajara | DEC 2 - 1992 | DEC 2 - 1992 |
| 5 | J. Kuykendall | Photo of Camarena (blow-up of credential photo) | DEC 2 - 1992 | DEC 2 - 1992 |
| 6 | J. Kuykendall | Map of Zacatecas | DEC 2 - 1992 | DEC 2 - 1992 |
| 7 | J. Kuykendall | List of financiers, etc., re Zacatecas | | |
| 8a | J. Kuykendall | Photo of airplane | DEC 2 - 1992 | DEC 2 - 1992 |
| 8b | J. Kuydendall | Photo of ranch (aerial) | DEC 2 - 1992 | DEC 2 - 1992 |
| 8c | J. Kuykendall | Photo of courtyard (box debris) | DEC 2 - 1992 | DEC 2 - 1992 |
| 8d | J. Kuykendall | Photo of room debris | DEC 2 - 1992 | DEC 2 - 1992 |
| 8e | J. Kuykendall | Photo of stack of boxes | DEC 2 - 1992 | DEC 2 - 1992 |
| 8f | J. Kuykendall | Photo of debris in corner of room | DEC 2 - 1992 | DEC 2 - 1992 |
| 8g | J. Kuykendall | Photo of one red truck | DEC 2 - 1992 | DEC 2 - 1992 |
| 8h | J. Kuykendall | Photo of two trucks | DEC 2 - 1992 | DEC 2 - 1992 |
| 8i | J. Kuykendall | Photo of bed of truck (closeup) | DEC 2 - 1992 | DEC 2 - 1992 |
| 8j | J. Kuykendall | Photo of stacked boxes | DEC 2 - 1992 | DEC 2 - 1992 |
| 8k | J. Kuykendall | Photo of hash oil and stacked boxes | DEC 2 - 1992 | DEC 2 - 1992 |
| 8l | J. Kuykendall | Photo of overall stacked boxes | DEC 2 - 1992 | DEC 2 - 1992 |

ENTER ON ICMS

DEC 23 1992

1967

# UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 9a | J. Kuykendall | Photo of Camelot Restaurant (parking lot where Camarena's car parked) | | |
| 9b | J. Kuykendall | Photo of Camelot Restaurant | | |
| 10 | J. Kuykendall | Camarena credentials | DEC 2 - 1992 | DEC 2 - 1992 |
| 11a | J. Kuykendall | Photo of Mercury Marquis/garage | DEC 2 - 1992 | DEC 2 - 1992 |
| 11b | J. Kuykendall | Photo of Mercury Marquis/garage (vehicle showing) | DEC 2 - 1992 | DEC 2 - 1992 |
| 11c | J. Kuykendall | Photo of Mercury Marquis | DEC 2 - 1992 | DEC 2 - 1992 |
| 12a | J. Kuykendall | Letter re Bravo ranch | DEC 2 - 1992 | DEC 2 - 1992 |
| 12b | J. Kuykendall | Envelope for letter re Bravo ranch | DEC 2 - 1992 | DEC 2 - 1992 |
| 12c | J. Kuykendall | English translation of letter re Bravo Ranch | DEC 2 - 1992 | DEC 2 - 1992 |
| 13a | J. Kuykendall | Photo of front of Lope de Vega | DEC 4 - 1992 | DEC 9 - 1992 |
| 13b | J. Kuykendall | Photo of front of Lope de Vega (left) | DEC 3 - 1992 | DEC 3 - 1992 |
| 13c | J. Kuykendall | Photo of Lope de Vega (written on it) | DEC 3 - 1992 | DEC 3 - 1992 |
| 13d | J. Kuykendall | Photo of Lope de Bega (aerial) | DEC 3 - 1992 | DEC 3 - 1992 |
| 13e | J. Kuykendall | Photo of street (white fence) | DEC 3 - 1992 | DEC 3 - 1992 |
| 13f | J. Kuykendall | Photo of white fence (2492) | | |
| 13g | J. Kuykendall | Photo of kitchen | DEC 3 - 1992 | DEC 3 - 1992 |

2

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

### NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 13h | J. Kuykendall | Photo of dining room | DEC 3 - 1992 | DEC 3 - 1992 |
| 14 | Luis Zavala | Photo of Zavala (alive) | | |
| 15 | Luis Zavala | Photo of Zavala bridge | | |
| 16a | Luis Zavala | Photo of Zavala clothing | | |
| 16b | Luis Zavala | Photo of Zavala clothing | | |
| 16c | Luis Zavala | Photo of Zavala clothing | | |
| 17 | Sal Leyva | Photo of Armando Pavon-Reyes | DEC 2 - 1992 | DEC 2 - 1992 |
| 18a | Sal Leyva | Photo of Falcon Jet | DEC 2 - 1992 | DEC 2 - 1992 |
| 18b | Sal Leyva | Photo of Falcon Jet (with door open) | DEC 2 - 1992 | DEC 2 - 1992 |
| 18c | Sal Leyva | Photo of interior of Falcon jet | | |
| 19a | Sal Leyva | Photo of Rafael Caro-Quintero | DEC 2 - 1992 | DEC 2 - 1992 |
| 19B | Sal Leyva | Photo of Rafael Caro-Quintero | DEC 2 - 1992 | DEC 2 - 1992 |
| 20 | Sal Leyva | Photo of R-1 bracelet | DEC 2 - 1992 | DEC 2 - 1992 |
| 21 | Michael Acuna | Photograph of Matta-Ballesteros and Felix-Gallardo | DEC 2 - 1992 | DEC 2 - 1992 |
| 22 | Tony Avala | Photo of Camarena at MFJP office | DEC 2 - 1992 | DEC 2 - 1992 |
| 23 a-d | Oscar Ulloa | Photographs of Mareno Ranch | DEC 3 - 1992 | DEC 3 - 1992 |
| 24 a-e | Victor Wallace | Photographs of searchers at Mareno Ranch | DEC 3 - 1992 | DEC 3 - 1992 |

3

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 25 | Joseph Gonzalez | Photo of area where bodies found | DEC 3 - 1992 | DEC 3 - 1992 |
| 26 | Harvey Varenhorst | Fingerprint card re Camarena | DEC 3 - 1992 | DEC 7 - 1992 |
| 27a | Harvey Varenhorst | Copy of Machain DFS credential | DEC 7 - 1992 | DEC 8 - 1992 |
| 27b | Harvey Varenhorst | Copy of Machain passport | | |
| 28 | Jack Dillon | Soil sample right knee of Camarena (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 29 | Jack Dillon | Soil sample from Camarena's shorts (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 30 | Jack Dillon | Tape from blindfold associated with Camarena (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 31 | Jack Dillon | Sample of Camarena's shorts (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 32 | Jack Dillon | Fabric from Camarena's burial sheet (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 33 | Jack Dillon | Debris from Camarena's burial sheet (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 34 | Jack Dillon | Fabric from Zavala's shirt (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 35 | Jack Dillon | Fabric from Zavala's sweatshirt (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 36 | Jack Dillon | Known head hair of Camarena (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 37 | Jack Dillon | Binding rop, Camarena (3/8/85) | DEC 3 - 1992 | DEC 3 - 1992 |

4

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 38a | Jack Dillon | Brown paper bag | DEC 3 - 1992 | DEC 3 - 1992 |
| 38b | Jack Dillon | Soil sample where bodies discovered (3/7/85) | DEC 3 - 1992 | DEC 3 - 1992 |
| 39a | Jack Dillon | Brown paper bag | | |
| 39b | Jack Dillon | Soil sample from the Bravo ranch (1 & 2 (3/7/85) | | |
| 39c | Jack Dillon | Soil sample from the Bravo Ranch (3 & 4) (3/7/85) | | |
| 40 | Wayne Oaks | Right rear floor mat, Camarena head hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 41 | Wayne Oaks | Vacuum sweepings right front seat, Camarena head hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 42a | Tony Ayala | Original FBI evidence envelope containing | DEC 3 - 1992 | DEC 3 - 1992 |
| 42b | Tony Ayala | Debris from and original DEA evidence envelope | DEC 3 - 1992 | DEC 3 - 1992 |
| 42c | Tony Ayala | Blindfold | DEC 3 - 1992 | DEC 3 - 1992 |
| 42d | Tony Ayala | Debris from hair from blindfold | DEC 3 - 1992 | DEC 3 - 1992 |
| 42e | Tony Ayala | Rope | DEC 3 - 1992 | DEC 3 - 1992 |
| 42f | Tony Ayala | Adhesive tape (Tape matches sample taken by Dillon - Exhibit ___) (contains hair, fibers also: rose colored fiber from bedroom 3, beige like befroom 4) | DEC 3 - 1992 | DEC 3 - 1992 |
| 42g | Tony Ayala | Plastic shopping bag originally containing | DEC 3 - 1992 | DEC 3 - 1992 |

# UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 43 | Matthew Maher | Soil sample from Primavera Park | DEC 3 - 1992 | DEC 3 - 1992 |
| 44 | Ron Rawalt | Vacuum sweepings, bathroom, bedroom 4 Matta head hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 45 | Ron Rawalt | Vacuum sweepings, bedroom 4, Camarena head hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 46a-h | Ron Rawalt | Plastic bags found in closet | DEC 3 - 1992 | DEC 3 - 1992 |
| 47a | Ron Rawalt | Photo of cut up Mexican license plate in drain | DEC 3 - 1992 | DEC 3 - 1992 |
| 47b | Ron Rawalt | Photo of cut up Mexican license plate pieced together | DEC 3 - 1992 | DEC 3 - 1992 |
| 48 | Ron Rawalt | Exhibit re soil analysis | | |
| 49 | Wayne Schmidt | Photograph of Juan Matta-Ballesteros | DEC 2 - 1992 | DEC 2 - 1992 |
| 50 a-h | Wayne Schmidt | Matta hair exemplar obtained pursuant to search warrant | DEC 3 - 1992 | DEC 3 - 1992 |
| 51 | Wayne Schmidt | Fingerprints and palm prints of Humberto Alvarez-Machain | DEC 3 - 1992 | DEC 3 - 1992 |
| 52a | Michael Malone | Photo of archway, Lope de Vega | DEC 3 - 1992 | DEC 3 - 1992 |
| 52b | Michael Malone | Photo of formal dining room, Lope de Vega | DEC 3 - 1992 | DEC 3 - 1992 |
| 52c | Michael Malone | Photo of Pool, Lope de Vega | DEC 3 - 1992 | DEC 3 - 1992 |
| 52d | Michael Malone | Photo of tennis court, Lope de Vega | DEC 3 - 1992 | DEC 3 - 1992 |

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

### NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---------|---------|-------------|--------|----------|
| 52e | Michael Malone | Photo of kitchen entrance, Lope de Vega | DEC 3 - 1992 | DEC 3 - 1992 |
| 52f | Michael Malone | Photo of archway (closeup) and entrance to guest house (door) open | DEC 3 - 1992 | DEC 3 - 1992 |
| 52g | Michael Malone | Photo of guest house | DEC 3 - 1992 | DEC 3 - 1992 |
| 52h | Michael Malone | Photo of guest house bathroom | DEC 3 - 1992 | DEC 3 - 1992 |
| 52i | Michael Malone | Photo of VW Atlantic under carport | DEC 3 - 1992 | DEC 3 - 1992 |
| 52j | Michael Malone | Photo of VW Atlantic | DEC 3 - 1992 | DEC 3 - 1992 |
| 53 | Michael Malone | Vacuum sweepings, guest hosue, Quadrant 1, Camarena head hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 54 | Michael Malone | Vacuum sweepings, guest house, Quadrant 2, Camarena head hair, Verdugo head hair, Matta head hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 55 | Michael Malone | Vacuum sweepings, guest house, Quadrant 3, Espino-Verdin head hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 56 | Michael Malone | Carpet sample quest house guest house [carpet fibers, Zavala shirt and sweatshirt] | DEC 3 - 1992 | DEC 3 - 1992 |
| 57 | Michael Malone | Syringe found on bathroom floor, 881 Lope de Vega | DEC 3 - 1992 | DEC 3 - 1992 |
| 58 | Michael Malone | Photograph of syringe lying on bathroom floor where found | DEC 3 - 1992 | DEC 3 - 1992 |

7

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

### NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 59 | Michael Malone | Carpet sample bedroom 1, [fibers from burial sheet - Mexican govt] | DEC 3 - 1992 | DEC 3 - 1992 |
| 60 | Michael Malone | Carpet sample hallway [fibers from cord; fibers from burial sheet | DEC 3 - 1992 | DEC 3 - 1992 |
| 61 | Michael Malone | Carpet sample, dining room/living room [carpet fibers Zavala shirt, sweatshirt] | DEC 3 - 1992 | DEC 3 - 1992 |
| 62 | Michael Malone | Carpet sample bedroom 2 [fibers from cord; fibers from buial sheet | DEC 3 - 1992 | DEC 3 - 1992 |
| 63 | Michael Malone | Carpet sample bedroom 3 | DEC 3 - 1992 | DEC 3 - 1992 |
| 64 | Michael Malone | Carpet sample bedroom 4 [fibers from cord and fibers from burial sheet] | DEC 3 - 1992 | DEC 3 - 1992 |
| 65 | Michael Malone | Carpet sample, rear den [fibers from cord, fibers from burial sheet] | DEC 3 - 1992 | DEC 3 - 1992 |
| 66 | Michael Malone | Pillow case found upstairs bedroom [fabric match Camarena burial sheet and pillow case from bedroom 3] | DEC 3 - 1992 | DEC 3 - 1992 |
| 67 | Michael Malone | Photo of pillow case | DEC 3 - 1992 | DEC 3 - 1992 withdrawn |
| 68a | Michael Malone | Photo of VW Atlantic with FBI technician in front of archway | DEC 3 - 1992 | DEC 3 - 1992 |
| 68b | Michael Malone | Photo of VW Atlantic with FBI technician in front of archway (closeup) | DEC 3 - 1992 | DEC 3 - 1992 |

8

# UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 69 | Michael Malone | Vacuum sweepings front floor VW Atlantic, Camarena head hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 70 | Michael Malone | Vacuum sweepings, rear floor VW Atlantic | DEC 3 - 1992 | DEC 3 - 1992 |
| 71 | Michael Malone | Sample of burial sheet | DEC 3 - 1992 | DEC 3 - 1992 |
| 72 | Michael Malone | Drbris from burial sheet, carpet fibers | DEC 3 - 1992 | DEC 3 - 1992 |
| 73 | Michael Malone | Sample of pillow case, bedroom 3 | DEC 3 - 1992 | DEC 3 - 1992 |
| 74 | Michael Malone | Sample of binding cord | DEC 3 - 1992 | DEC 3 - 1992 |
| 75 | Michael Malone | Sample of rope from covered patio | DEC 3 - 1992 | DEC 3 - 1992 |
| 76 | Michael Malone | Known head hair of Verdugo | DEC 3 - 1992 | DEC 3 - 1992 |
| 77a | Michael Malone | Photo of scraping room at FBI lab | | |
| 77b | Michael Malone | Photo of comparison microscope | | |
| 77c | Michael Malone | Photo of technician at stereomicroscope | | |
| 78 | Michael Malone | General hair chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 79 | Michael Malone | Hair chart showing hair from Mercury Marquis | DEC 3 - 1992 | DEC 3 - 1992 |
| 80 | Michael Malone | Hair chart showing hair from Mercury Marquis | DEC 3 - 1992 | DEC 3 - 1992 withdrawn |
| 81 | Michael Malone | Summary charge of 881 Lope de Vega grounds | DEC 3 - 1992 | DEC 3 - 1992 |

9

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

### NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 82 | Michael Malone | Summary chart of 882 Lope de Vega house | DEC 3 - 1992 | DEC 3 - 1992 |
| 83a | Michael Malone | Hair charge showing hair from guest house | DEC 3 - 1992 | DEC 3 - 1992 |
| 83b | Michael Malone | Photo of Chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 84a | Michael Malone | Hair chart showing hair from VW Atlantic | DEC 3 - 1992 | DEC 3 - 1992 |
| 84b | Micheal Malone | Photo of Chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 85a | Michael Malone | Hair chart showing hair from rear bedroom | DEC 3 - 1992 | DEC 3 - 1992 |
| 85b | Michael Malone | Photo of chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 86 | Michael Malone | General fibers chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 87a | Michael Malone | Fiber chart showing fiber from Zavala's sweatshirt/guesthouse | DEC 3 - 1992 | DEC 3 - 1992 |
| 87b | Michael Malone | Photo of chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 88a | Michael Malone | Fiber chart showing fiber from burial sheet | DEC 3 - 1992 | DEC 3 - 1992 |
| 88b | Michael Malone | Photo of chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 89a | Michael Malone | Photo of rope and blindfold | DEC 3 - 1992 | DEC 3 - 1992 |
| 89b | Michael Malone | Fiber chart showing fiber from CI | DEC 3 - 1992 | DEC 3 - 1992 |
| 89c | Michael Malone | Photo of chart | DEC 3 - 1992 | DEC 3 - 1992 |

10

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

### NO. CR 87-422(G)

#### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 90 | Michael Malone | Microspectrophotometer chart | | |
| 91 | Michael Malone | Photo of pillowcase from bedroom 5 | DEC 3 - 1992 | DEC 3 - 1992 |
| 92a | Michael Malone | Fabric match chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 92b | Michael Malone | Photo of chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 93a | Michael Malone | Cordage Chart | | |
| 93b | Michael Malone | Photo of chart | | |
| 94a | Michael Malone | Hair chart showing Espino-Verdin hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 94b | Michael Malone | Photo of chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 95a | Michael Malone | Hair chart showing Verdugo hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 95b | Michael Malone | Photo of chart | DEC 3 - 1992 | DEC 3 - 1992 |
| 96a | Michael Malone | Hair chart re Matta | DEC 3 - 1992 | DEC 3 - 1992 |
| 96b | Michael Malone | Photo of chart w/Matta hair | DEC 3 - 1992 | DEC 3 - 1992 |
| 97 | Michael Malone | Summary chart of guest house forensic evidence | | |
| 98 | Michael Malone | Summary chart categories of forensic evidence in Camarena case | DEC 3 - 1992 | DEC 3 - 1992 |
| 99 | Carl Collins | Prints lifted from Camarena body | DEC 3 - 1992 | DEC 3 - 1992 |

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

### NO. CR 87-422(G)

#### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 100 | Carl Collins | Blowup of fingerprint comparison re Camarena | DEC 3 - 1992 | DEC 3 - 1992 |
| 101 | Carl Collins | Diagrams of fingerprints on plastic bags | | |
| 102 | Carl Collins | Blowup of fingerprint comparison re Machain | DEC 3 - 1992 | DEC 3 - 1992 |
| 103 | Donald Clements | Pistol w/ "R-1" grip | DEC 3 - 1992 | DEC 3 - 1992 |
| 104 | Augustin Bueno-Gonzalez | Photo of Miguel Angel Felix-Gallardo | DEC 4 - 1992 | DEC 9 - 1992 |
| 105 | Augustin Bueno-Gonzalez | Photo of Ernesto Fonseca-Carrillo | DEC 7 - 1992 | DEC 7 - 1992 |
| 106 | Augustin Bueno-Gonzalez | Photo of Juan Ramon Matta-Ballesteros | DEC 4 - 1992 | DEC 8 - 1992 |
| 107 | Augustin Bueno-Gonzalez | Photo of La Puente stash house | | |
| 108 | Charles Lugo | Photo of Manuel Ibarra-Herrera | DEC 4 - 1992 | DEC 4 - 1992 |
| 109 | Charles Lugo | Photo of Miguel Aldana-Ibarra | DEC 4 - 1992 | DEC 4 - 1992 |
| 110 | Charles Lugo | Map of Chihuahua | DEC 4 - 1992 | DEC 4 - 1992 |
| 111a | Charles Lugo | Photo of drying marijuana (distance) | DEC 4 - 1992 | DEC 4 - 1992 |
| 111b | Charles Lugo | Photo of drying marijuana and workers | DEC 4 - 1992 | DEC 4 - 1992 |
| 111c | Charles Lugo | Photo of drying marijuana (closeup) | DEC 4 - 1992 | DEC 4 - 1992 |
| 111d | Charles Lugo | Photo of marijuana | DEC 4 - 1992 | DEC 4 - 1992 |

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 111e | Charles Lugo | Photo of barracks and trucks | DEC 4 - 1992 | DEC 4 - 1992 |
| 111f | Charles Lugo | Photo of workers | DEC 4 - 1992 | DEC 4 - 1992 |
| 111g | Charles Lugo | Photo of cups and plates | DEC 4 - 1992 | DEC 4 - 1992 |
| 111h | Charles Lugo | Photo of marijuana being burned | DEC 4 - 1992 | DEC 4 - 1992 |
| 111i | Charles Lugo | Photo of marijuana being burned | DEC 4 - 1992 | DEC 4 - 1992 |
| 112 | Charles Lugo | Video of Chihuahua fields | DEC 4 - 1992 | DEC 4 - 1992 |
| 113a | Tony Celeya | Photo of inside of one of the buildings C described in Camp 1 | | |
| 113b | Tony Celeya | Photo of packed MJ w/ scale at Camp 1 | | |
| 113c | Tony Celeya | Photo of bundles or packed MJ in truck at camp one | | |
| 113d | Tony Celeya | Manicured MJ in boxes at Camp 1 | | |
| 113e | Tony Celeya | Photo of pile of manicured MJ at Camp 1 | | |
| 113f | Tony Celeya | Buildings at Camp 1 | | |
| 113g | Tony Celeya | Cook area at Camp 1 w/piles of manicured MJ in background | | |
| 114 | Eugene Hollestelle | Photo of Verdugo | DEC 4 - 1992 | DEC 4 - 1992 |
| 115a | Eugene Hollestelle | Marijuana bales | | |
| 115b | Eugene Hollestelle | Photo of helicopter | DEC 4 - 1992 | DEC 4 - 1992 |

13

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 115c | Eugene Hollestelle | Photo of helicopter certificate | | |
| 115d | Eugene Hollestelle | Photo of stash house (Arizona) | | |
| 116 | Manuel Cretin | Map showing marijuana load routes | | |
| 117a | Bill Hanson | Photo of exterior of house | | |
| 117b | Bill Hanson | Photo of chest and drug paraphernalia | | |
| 117c | Bill Hanson | Photo of chest (closeup) | | |
| 118 | Virginia Reynsos-Martinez | Photo of Juan Gilberto Hernandez-Parra | DEC 2 - 1992 | DEC 2 - 1992 |
| 119 | Lawrence Harrison | Photograph of Sergio Espino-Verdin | DEC 4 - 1992 | DEC 4 - 1992 |
| 120a | Lawrence Harrison | Photo of residence of Ernesto Fonseca (Las Fuentes) | | |
| 120b | Lawrence Harrison | Photo of residence of Ernest Fonseca (Las Fuentes) | | |
| 121a | Lawrence Harrison | Photo of Ernesto Fonseca residence (La Bajadita) | DEC 4 - 1992 | DEC 4 - 1992 |
| 121b | Lawrence Harrison | Photo of Ernest Fonseca residence (La Bajadita) | DEC 4 - 1992 | DEC 4 - 1992 |
| 122 | Lawrence Harrison | Photograph of Javier Barba-Hernandez | DEC 4 - 1992 | DEC 4 - 1992 |
| 123 | Lawrence Harrison | Photograph of Manuel Salcido | DEC 4 - 1992 | DEC 4 - 1992 |
| 124 | Mary Boris | Zuno INS statement | DEC 7 - 1992 | DEC 7 - 1992 |

14

## UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

### NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 125a-c | Butch Sears | Photos of Machain at Consulate | DEC 7 - 1992 | DEC 7 - 1992 |
| 126a | Roger Knapp | Photo of car w/bullet holes | DEC 7 - 1992 | |
| 126b | Roger Knapp | Photo of car w/bullet holes | | |
| 126c | Roger Knapp | Photo of car w/bullet holes | | |
| 127 | Jorge Godoy | Photograph of Club Libanes | DEC 4 - 1992 | DEC 4 - 1992 |
| 128 | Jorge Godoy | Photograph of Hacienda Las Animas | | |
| 129 | Jorge Godoy | Photograph of Enrique Alvarez del Castillo | DEC 8 - 1992 | DEC 8 - 1992 |
| 130 | Jorge Godoy | Photograph of governor's mansion | DEC 7 - 1992 | DEC 7 - 1992 |
| 131 | Jorge Godoy | Photograph of Juan Arevalo Gardoqui | DEC 7 - 1992 | DEC 7 - 1992 |
| 132 | Jorge Godoy | Photograph of Ernest Fonseca residence "La Restaurant" | | |
| 133a-b | Jorge Godoy | Photograph of Hotel Las Americas | DEC 4 - 1992 | DEC 4 - 1992 |
| 134 | Jorge Godoy | Photograph of Manuel Bartlett-Diaz | DEC 8 - 1992 | DEC 8 - 1992 |
| 135 | Jorge Godoy | Photograph of Calle Mar Rojo residence of Ernesto Fonseca | DEC 8 - 1992 | DEC 8 - 1992 |
| 136 | Jorge Godoy | Photograph of Ernesto Fonseca residence on Acueducto | DEC 8 - 1992 | DEC 8 - 1992 |

15

# UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 137 | Jorge Godoy | Photograph of Javier Barba residence at 114 Tonala Highway | DEC 8 - 1992 | DEC 8 - 1992 |
| 138 | Jorge Godoy | Photograph of Suites Mirasol apartments, Calle Loma Bonita | DEC 8 - 1992 | DEC 8 - 1992 |
| 139a | Jorge Godoy | Photograph of Javier Barba-Hernandez residence (La Oficina) | DEC 8 - 1992 | DEC 8 - 1992 |
| 139b | Jorge Godoy | Photograph of Javier Barba-hernandez residence (La Oficina) | | |
| 140a | Jorge Godoy | Photographs of La Langosta restaurant | DEC 8 - 1992 | DEC 8 - 1992 140(a) |
| 141 | Jorge Godoy | Diagram of La Langosta Restaurant | | |
| 142 | Jorge Godoy | Photograph of Ernesto Fonseca residence, Casa de la Piedra | | |
| 143 | Jorge Godoy | Photograph of Ernesto Fonseca residence on Calle Obsidiana | | |
| 144 | Jorge Godoy | Photograph of house in Puerto Vallarta where Ernesto Fonseca and group arrested | DEC 9 - 1992 withdrawn | DEC 9 - 1992 |
| 145 | Rene Lopez-Romero | Photograph of residence El Campamente | | |
| 146 | Rene Lopez-Romero | Photograph of Ernesto Fonseca residence on Calle Hidalgo | DEC 9 - 1992 | DEC 9 - 1992 |
| 147 | Rene Lopez-Romero | Photograph of Motel Venus | | |

16

# UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 148 | Walter White | Copia 2 interrogation tape | DEC 10 1992 | |
| 149 | Walter White | Copia 4 interrogation tape | DEC 10 1992 | |
| 150 | James Kuykendall | Copia 2 Spanish transcript (1673-1689) | DEC 10 1992 | |
| 151 | James Kuykendall | Copia 4 Spanish transcript (1634-1672) | DEC 10 1992 | |
| 152 | James Kuykendall | Copia 2 English transcript (1690-1709)/2264-2283) | DEC 10 1992 | DEC 10 1992 |
| 153 | James Kuykendall | Copai 4 English transcript (1596-1633/2284-2321) | DEC 10 1992 | DEC 10 1992 |
| 154 | James Kuykendall | Copia 2 video tape | | |
| 155 | James Kuykendall | Copia 4 video tape | | |
| 156 | James Kuykendall | Map to Fonseca house from Lope de Vega | | |
| 157 | James Kuykendall | Notes received from Zuno in 1986 | DEC 2 - 1992 | DEC 2 - 1992 |
| 158a | James Kuykendall | Statement taken from Zuno in 1986 | DEC 2 - 1992 | DEC 2 - 1992 |
| 158b | James Kuykendall | English translation of statement | DEC 2 - 1992 | DEC 2 - 1992 |
| 159 | Bobby Castillo | Photo of Espino-Verdin | | |
| 160 | Bobby Castillo | Original evidence envelope | DEC 3 - 1992 | DEC 3 - 1992 |
| 161 | Bobby Castillo | Known head hair of Espino-Verdin | DEC 3 - 1992 | DEC 3 - 1992 |

# UNITED STATES OF AMERICA v. RAFAEL CARO-QUINTERO, ET AL.

## NO. CR 87-422(G)

### GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | WITNESS | DESCRIPTION | IDENT. | IN EVID. |
|---|---|---|---|---|
| 162 | Bobby Castillo | Machain post-arrest statement | DEC 10 1992 | DEC 10 1992 |
| 163 | Sal Leyva | Photograph of Juan Jose Bernable Ramirez | DEC 2 - 1992 | DEC 2 - 1992 |
| 164 | | Photograph of Hector Cervantes-Santos | DEC 8 - 1992 | DEC 8 - 1992 |
| 165 | James Kuykendall | Information from Ruben Zuno | DEC 2 - 1992 | DEC 2 - 1992 |
| 166 | | large plastic bag | DEC 3 - 1992 | DEC 3 - 1992 166 |
| 167 | | slip re: Ms. Camarena | DEC 3 - 1992 | DEC 3 - 1992 167 |
| 168 | | slips 2-5 | DEC 3 - 1992 | DEC 3 - 1992 168 |
| 170 | | | DEC 3 - 1992 | DEC 3 - 1992 170 |
| 171 | | | DEC 3 - 1992 | DEC 3 - 1992 171 |
| 172 | | photograph blown-up | DEC 8 - 1992 | DEC 8 - 1992 172 |
| 173 | | | DEC 8 - 1992 | DEC 8 - 1992 173 |
| 177 | | | DEC 8 - 1992 | DEC 8 - 1992 177 |
| 178 | | | ~~DEC 7 - 1992~~ withdrawn | ~~DEC 7 - 1992~~ |
| 179 | | | | |
| 180 | | slip #6 re tape recordings of interrogation | DEC 3 - 1992 | DEC 3 - 1992 |
| 181 | | Decl. of Art Rodriguez in Support of Ruben Zuno-Arce's Reply to Designation of | | |
| 183 | | Decl. of Int. interpreter | DEC 15 1992 | DEC 15 1992 183 |
| 184 | | Decl. of Mrs. Ruben Zuno-Arce | DEC 15 1992 | |