NORA M. MANELLA
United States Attorney
DAVID C. SCHEPER
Assistant United States Attorney
Chief, Criminal Division
JOHN L. CARLTON
Deputy Chief, Organized Crime Strike Force
LAWRENCE NG
Assistant United States Attorney
Public Corruption and Government Fraud Section
    1200/1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0619
               (213) 894-6968

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 87-422(G)-ER |
| --- | --- |
| Plaintiff, | ) CR 87-422(F)-ER |
| | ) CV 98-5435-ER |
| v. | ) CV 98-2930-ER |
| | ) CV 98-1121-ER |
| RUBEN ZUNO-ARCE, | ) CV 97-8257-ER |
| Defendant. | ) GOVERNMENT'S RETURN OF VIDEOTAPE EXHIBITS PREVIOUSLY ADMITTED INTO EVIDENCE AT JULY 31, 1998 EVIDENTIARY HEARING |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Lawrence Ng, hereby returns to the Court for filing the following videotape exhibits that were introduced and admitted into evidence during the July 31, 1998 evidentiary hearing in the above-captioned matter:

| DESCRIPTION | EXHIBIT |
| --- | --- |
| 1/16/98 Videotape | 213 |
| 2/6/98 Videotape | 214 |
| 2/12/98 Videotape | 215 |
| 2/13/98 Videotape | 216 |
| 3/27/98 Videotape | 217 |

| | DESCRIPTION | EXHIBIT |
|---|---|---|
| | 2/12/98 Videotape | 218 |
| | 5/6/98 Videotape | 219 |

Dated: August 20, 1998

Respectfully submitted,

NORA M. MANELLA
United States Attorney

DAVID C. SCHEPER
Assistant United States Attorney
Chief, Criminal Division

*[signature]*

LAWRENCE NG
Assistant United States Attorney
Public Corruption and Government
Fraud Section

Attorneys for Plaintiff
United States of America

## CERTIFICATE OF SERVICE BY MAIL

I, <u>ESTHER MENDEZ</u>, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on August 20, 1998, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of: **GOVERNMENT'S RETURN OF VIDEOTAPE EXHIBITS PREVIOUSLY ADMITTED INTO EVIDENCE AT JULY 31, 1998 EVIDENTIARY HEARING**
Addressed to:
**SEE ATTACHMENT**

His last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on <u>August 20, 1998</u>, at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

ESTHER MENDEZ

ATTACHMENT

Mary Kelly (**delivered by hand**)
Deputy Federal Public Defender
312 N. Spring Street, 15th Fl.
Los Angeles, CA 90012

Timothy M. Thornton, Esq.
Goldberg, Scott, Belfield & Cohen
1925 Century Park East, Suite 2200
Los Angeles, CA 90067

Michael Pancer, Esq.
105 West "F" St., 4th Fl.
San Diego, CA 92101

Greg Nicolaysen, Esq.
8530 Wilshire Blvd.
Suite 404
Beverly Hills, CA 90211