UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HONORABLE EDWARD RAFEEDIE JUDGE PRESIDING

FILED JUN 18 1993
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

— — — —

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       vs.<br><br>RAFAEL CARO-QUINTERO, et al.,<br><br>              Defendants. | Case No. CR-87-422-ER<br><br>**ORIGINAL** |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

LOS ANGELES, CALIFORNIA

MONDAY, DECEMBER 21, 1992

MARY TUCKER, CSR 9308
Official Court Reporter
429-D U.S. Courthouse
312 North Spring Street
Los Angeles, Calif. 90012
213/687-0530

```
                                                                  1690
 1    APPEARANCES:

 2

 3       For the Plaintiff:

 4            TERREE A. BOWERS
              United States Attorney
 5            ROBERT BROSIO
              Assistant United States Attorney
 6            Chief, Criminal Division
              JOHN CARLTON
 7            Assistant United States Attorney
              MANUEL MEDRANO
 8            Special Assistant United States Attorney
              312 North Spring Street
 9            Los Angeles, California  90012

10

11       For the Defendant:

12            JAMES E. BLANCARTE
              MARY FULGINITI
13            JEFFER, MANGELS, BUTLER & MARMARO
              2121 Avenue of the Stars
14            10th Floor
              Los Angeles, California  90067
15                  - and -
              EDWARD M. MEDVENE
16            JACK R. LUELLEN
              MITCHELL, SILBERBERG & KNUPP
17            11377 West Olympic Boulevard
              Los Angeles, California  90064
18

19

20

21

22

23

24

25
```

```
                                                              1691
 1   LOS ANGELES, CALIFORNIA; MONDAY, DECEMBER 21, 1992; 2:30 PM
 2                            (Jury in)
 3           THE COURT:  Let the record show that the defendant
 4   and all counsel are present.
 5           Ladies and gentlemen of the jury, I understand
 6   from your note that you have reached a verdict in this
 7   case?
 8           Mr. Foreman --
 9           JUROR HERMOSILLO:  Yes, sir.
10           THE COURT:  -- have you signed and dated the
11   verdict form and filled in all the necessary blanks?
12           JUROR HERMOSILLO:  Yes, I have.
13           THE COURT:  All right.  Please hand your verdict
14   form to the clerk.
15           The Court will receive and deliver the verdict of
16   the jury.
17           United States of America, plaintiff, v. Ruben
18   Zuno-Arce, defendant.  Verdict:  Case number CR-87-422-ER,
19   We, the jury, in the above-entitled cause of action find
20   the defendant Ruben Zuno-Arce guilty as charged in Count
21   Three of the 7th Superseding Indictment, guilty as charged
22   in Count Four of the 7th Superseding Indictment, guilty as
23   charged in Count Six of the 7th Superseding Indictment, and
24   guilty as charged in Count Seven of the 7th Superseding
25   Indictment.
```

1692

Dated December 21, 1992 at Los Angeles, California, and signed by the foreman of the jury, Mr. Hermosillo.

Ladies and gentlemen of the jury, are these verdicts that I have just presented and read the individual verdicts of each and every one of you?

(All jurors answer in the affirmative.)

THE COURT: Counsel, the jurors all indicate that it is their individual verdicts. Do you wish to have the jury poled?

MR. MEDVENE: Yes, I do, Your Honor.

THE COURT: Ladies and gentlemen of the jury, when your name is called if the verdicts that I have just presented and read represent your own individual verdicts, please say yes. If not, please answer no.

Mark Hermosillo?

JUROR HERMOSILLO: Yes.

THE COURT: James Lytle?

JUROR LYTLE: Yes.

THE COURT: Dale Goddard?

JUROR GODDARD: Yes.

THE COURT: Rosemary Wollman?

JUROR WOLLMAN: Yes.

THE COURT: Dennis Trani?

JUROR TRANI: Yes.

```
                                                                1693
 1              THE COURT:  Sharalyn Fearn?
 2              JUROR FEARN:  Yes.
 3              THE COURT:  Gregory Foster?
 4              JUROR FOSTER:  Yes.
 5              THE COURT:  Niall Moynihan?
 6              JUROR MOYNIHAN:  Yes.
 7              THE COURT:  David Rubin?
 8              JUROR RUBIN:  Yes.
 9              THE COURT:  Arthur Merrill?
10              JUROR MERILL:  Yes.
11              THE COURT:  Michael Melcher?
12              JUROR MELCHER:  Yes.
13              THE COURT:  Where are the rest of the cards?  Did
14   I cover all of you?  I did not get juror number seven.
15              Well, would you state your name, please.
16              JUROR PORTILLO:  Antoinette Portillo.
17              THE COURT:  And how do you respond to the Court's
18   inquiry?
19              JUROR PORTILLO:  Yes.
20              THE COURT:  Are these verdicts your verdicts?
21              JUROR PORTILLO:  Yes.
22              THE COURT:  All right.  Anyone else we missed up
23   there?  Did we get everyone else?
24              The verdicts of the jury are unanimous.  The clerk
25   will enter the verdicts of the jury on the minutes of the
```

1694

1  Court.

2       The Court will now discharge this jury.

3       Ladies and gentlemen of the jury, the Court would
4  like to express its appreciation to you for your hard work
5  on this case.  You have been a good jury.  You've been
6  prompt and attentive at every session of the Court, and you
7  have worked very hard in your deliberations.  The Court is
8  very grateful to you.  You have done your job and you need
9  not be concerned about it.  You've made your decision,
10 which was your job, and you should not be concerned about
11 the consequences of any decision that you have made.

12      You are now excused and discharged from any
13 further service on this case.

14      Now I want to say this to you:  You do not have to
15 talk to anyone about your participation in this trial.  You
16 need not do so.  That is entirely up to you.  I recommend
17 that you do not.

18      The Court will excuse you at this time and thank
19 you very much.

20                  (Jury out)

21      THE COURT:  This matter will be referred to the
22 Probation Department for investigation and report.  The
23 time for pronouncement of judgment and imposition of
24 sentence.  What is the date:

25      THE CLERK:  February 8, 1993.

1695

1  THE COURT: At what time?

2  THE CLERK: 4:30 P.M.

3  MR. MEDVENE: May we have three weeks for
4  post-trial motions, Your Honor, until the end of the 3rd
5  week in January?

6  THE COURT: Yes. Let's have a specific date.

7  MR. MEDVENE: If possible, we would file on the
8  22nd of January.

9  MR. MEDRANO: Your Honor, we would like at least
10 two weeks to respond, if that's possible.

11 THE COURT: Well, I think you will have two weeks.
12 You may have two weeks to respond. The hearing, if any,
13 will be on the date set for sentencing.

14 MR. MEDRANO: And at this time, Your Honor, we
15 would respectfully ask the Court for an order. The Court
16 may recall at the last trial --

17 THE COURT: I am going to make the order myself.
18     I'm going to order that no counsel or
19 representatives of counsel, either directly or indirectly,
20 contact any of these jurors without prior permission from
21 the Court upon a showing of need or cause.

22 MR. MEDRANO: Thank you, Your Honor.

23 THE COURT: Is that clear to everybody? No
24 counsel, no representatives, directly or indirectly.

25     All right. Is there anything further at this

```
                                                              1696
```

1  time?

2          MR. MEDRANO:  Not by the government, Your Honor.

3          MR. MEDVENE:  Thank you.

4              (Proceedings adjourned)

5                  *   *   *   *   *   *

6          I, MARY TUCKER, CSR, do hereby certify that

7  the foregoing transcript is true and correct.

10  _____        6-17-93
11       MARY TUCKER, CSR                      DATE