

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

- - - - - -

HONORABLE EDWARD RAFEEDIE, DISTRICT COURT JUDGE PRESIDING

- - - -

UNITED STATES OF AMERICA,      )
                               )
                    PLAINTIFF, )
                               )
            VS.                )     CASE NO:   CR 87-422(F)-ER
                               )
JUAN RAMON MATTA-BALLESTEROS   )
DEL POZO, RUBEN ZUNO-ARCE,     )
JUAN JOSE BERNABE-RAMIREZ,     )
AND JAVIER VASQUEZ-VELASCO,    )
                               )
                    DEFENDANTS.)     VOLUME 28
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

WEDNESDAY, JULY 11, 1990; 9:30 A.M.

LOS ANGELES, CALIFORNIA

JULIE CHURCHILL, CSR
SUSAN A. LEE, CSR
OFFICIAL REPORTERS
U.S. DISTRICT COURT, 442-C
312 N. SPRING STREET
LOS ANGELES, CA  90012
(213) 626-6353
(213) 617-8227

APPEARANCES OF COUNSEL:

    FOR THE PLAINTIFF:

        GARY A. FEESS,
        UNITED STATES ATTORNEY
        BY:  MANUEL A. MEDRANO
             JOHN L. CARLTON
        ASSISTANT U.S. ATTORNEYS
        1200 UNITED STATES COURTHOUSE
        312 NORTH SPRING STREET
        LOS ANGELES, CALIFORNIA  90012
        (213) 894-0619/894-6682


    FOR DEFENDANT JUAN RAMON MATTA-BALLESTEROS DEL POZO:

        MARTIN R. STOLAR
        MICHAEL J. BURNS, ESQ.
        ADOLFO Z. AGUILA, ESQ.
        ATTORNEYS AT LAW
        351 NORTH BROADWAY, 4TH FLOOR
        NEW YORK, NEW YORK  10013
        (212) 219-1919; (213) 855-8888 EXT. 314

    FOR DEFENDANT RUBEN ZUNO-ARCE:

        MITCHELL, SILBERBERG & KNUPP
        BY:  EDWARD M. MEDVENE, ESQ.
             JAMES BLANCARTE, ESQ.
             RONALD DI NICOLA, ESQ.
        11377 WEST OLYMPIC BOULEVARD
        LOS ANGELES, CALIFORNIA  90064-1683
        (213) 312-3150

    FOR DEFENDANT JUAN JOSE BERNABE-RAMIREZ:

        MARY KELLY
        ATTORNEY AT LAW
        827 MORAGA DRIVE
        BEL AIR, CALIFORNIA   90049
        (213) 472-7121
             AND
        BRIDGMAN, MORDKIN, GOULD & SHAPIRO, INC.
        BY:  MICHAEL S. MEZA, ESQ.
        17050 BUSHARD STREET, STE. 200
        FOUNTAIN VALLEY, CALIFORNIA  92708
        (714) 898-0461; (213) 924-6606

1 | <u>APPEARANCES (CONTINUED)</u>:

2 |       FOR DEFENDANT JAVIER VASQUEZ-VELASCO:

3 |             FEDERAL LITIGATORS GROUP
      |             BY:  GREGORY NICOLAYSEN, ESQ.
4 |             8530 WILSHIRE BOULEVARD, STE. 404
      |             BEVERLY HILLS, CALIFORNIA 90211
5 |             (213) 854-5135

6 | ALSO PRESENT:

7 |             DOUGLAS KUEHL, SPEC.AGT., D.E.A.
      |             HECTOR BERRELLEZ, SPEC. AGT. D.E.A.
8 |
      |             SPANISH INTERPRETERS
9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

28-4

1

LOS ANGELES + CALIFORNIA    WEDNESDAY, JULY 11, 1990

+ 9:30 A.M.

(JURY NOT PRESENT.)

THE COURT:  ALL RIGHT.  THE FIRST THING WE WANT TO
DEAL WITH, MR. MEDVENE, IS YOUR REQUEST TO REOPEN AND PRESENT
ADDITIONAL EVIDENCE.  I'M GOING TO DENY THAT.  I'M GOING TO
DENY ANY FURTHER EVIDENCE TO BE PRESENTED IN THIS CASE FOR THE
FOLLOWING REASONS.

NUMBER ONE, THE EVIDENCE HAS BEEN CLOSED AND WE ARE
IN THE MIDST OF SETTLING THE INSTRUCTIONS.

NUMBER TWO, THIS MATTER THAT YOU SEEK TO INTRODUCE,
EVEN IF IT IS ADMISSIBLE, IS STRICTLY IMPEACHMENT ON A
COLLATERAL MATTER, AS FAR AS THE COURT IS CONCERNED.  WHETHER
OR NOT YOUR CLIENT OWNED THE HOUSE IN LA PRIMAVERA HAS NOTHING
TO DO WITH WHETHER OR NOT HE ATTENDED THIS MEETING AND
PARTICIPATED IN THE PLANNED ABDUCTION, SO I CONSIDER IT TO BE
COLLATERAL IMPEACHMENT.

AND THIRD, THE RAPIDITY WITH WHICH THESE DOCUMENTS
ARE GENERATED IS KIND OF DISQUIETING TO THE COURT AND I DON'T
HAVE THE GREATEST CONFIDENCE IN THEIR INTEGRITY.  SO FOR THOSE
REASONS, THERE WILL BE NO FURTHER EVIDENCE PRESENTED IN THIS
CASE.

MR. BLANCARTE:  MAY WE BE BRIEFLY HEARD ON THESE
MATTERS?

28-5

1          THE COURT:  NO.

2          MR. BLANCARTE:  HAS YOUR HONOR RECEIVED A COPY OF THE

3    BRIEF THAT WE FILED THIS MORNING?

4          THE COURT:  NO, I HAVE NOT.

5          MR. BLANCARTE:  MAY I ASK THE COURT'S INDULGENCE --

6          THE COURT:  I'M NOT GOING TO HEAR ANY FURTHER

7    EVIDENCE, REGARDLESS OF THE BRIEF.  I HAVE STATED MY REASONS,

8    AND I'M NOT GOING TO HAVE ANY MORE EVIDENCE PRESENTED IN THIS

9    CASE.

10          MR. BLANCARTE:  I WOULD LIKE TO JUST FOR THE RECORD

11   STATE, YOUR HONOR, THAT A NINTH CIRCUIT CASE, A SIMPKOFF CASE,

12   I THINK SPEAKS DIRECTLY TO THE ISSUE OF REOPENING THE CASE

13   UNDER THESE SPECIFIC CIRCUMSTANCES, YOUR HONOR, AND I WOULD

14   BRING IT TO THE COURT'S ATTENTION AND ASK THE COURT'S

15   INDULGENCE TO AT LEAST REVIEW THE DOCUMENTS WE FILED THIS

16   MORNING THAT HAVE BEEN SERVED ON THE GOVERNMENT AND AT LEAST

17   HOLD ON THE RULING UNTIL THE COURT HAS HAD THE OPPORTUNITY TO

18   READ THAT CASE.

19          THE COURT:  I WILL READ THE CASE.

20          MR. STOLAR:  AT LEAST WITH RESPECT TO THE DEATH

21   CERTIFICATE OF JORGE BARBA HERNANDEZ, WHICH INDICATES THAT THE

22   MAN IS SINGLE, WE OBVIOUSLY JOIN IN THE ATTEMPT TO INTRODUCE

23   THAT PIECE OF EVIDENCE.

24          AND WITH RESPECT TO THAT PARTICULAR PIECE OF

25   EVIDENCE, WE DO NOT BELIEVE THAT IS COLLATERAL AT ALL,

28-6

1    PARTICULARLY SINCE IT IS THE --

2          THE COURT:  IT IS ALSO -- I DON'T UNDERSTAND WHY THAT

3    COULD NOT HAVE BEEN PRODUCED LONG BEFORE THIS.

4          MR. BLANCARTE:  I COULD SPEAK TO THAT BRIEFLY, YOUR

5    HONOR.  THIS COURT FOCUSED OUR ONGOING INVESTIGATION FOR THAT

6    TYPE OF DOCUMENT WHEN THE NON-ADMISSIBILITY OF THE BIRTH AND

7    MARRIAGE CERTIFICATES BECAME YOUR TENTATIVE RULING.

8          OUR ON-GOING INVESTIGATION IMMEDIATELY FOCUSED ON

9    WHAT ELSE MIGHT BE AVAILABLE, AND WE WISH WE WOULD HAVE THOUGHT

10   OF IT SOONER.  WE WISH WE WOULD HAVE HAD IT SOONER, BUT THIS

11   CASE IS NOT ABOUT WISHING, YOUR HONOR, IT'S ABOUT FACTS.  AND

12   THE FACT IS THAT THE DEATH CERTIFICATE SHOWED UP WITH A MARITAL

13   STATUS WHICH SHOWS THAT MR. BARBA WAS SINGLE.  THAT GOES TO THE

14   VERY HEART AND THE VERY INTEGRITY OF THIS ENTIRE JUDICIAL

15   PROCESS.

16         AND THE FACTS THAT ARE BEFORE THE COURT AT THIS

17   MOMENT COMPEL AT LEAST A CAREFUL ANALYSIS OF THE LAW AND THE

18   DOCUMENT, WHICH HAS INTEGRITY, YOUR HONOR, BECAUSE IT'S

19   AUTHENTICATED BY THE OFFICIAL CUSTODIAN OF RECORDS.

20         THE COURT:  ALL RIGHT, COUNSEL, STOP.  I'LL READ YOUR

21   BRIEF.  SIT DOWN.

22         MR. BLANCARTE:  THANK YOU.

23         THE COURT:  NOW, SOMEBODY HAS MOVED MY JURY

24   INSTRUCTIONS THAT I WAS GOING OVER YESTERDAY.  WHO DID THAT?

25         THE COURT:  LET'S ADJOURN.

28-7

1              THE CLERK:  PLEASE RISE.

2              (BRIEF RECESS.)

3              MR. NICOLAYSEN:  YOUR HONOR, THERE IS ONE OTHER

4     EXHIBIT THAT THE GOVERNMENT AND I ARE NOT IN AGREEMENT AS TO

5     WHETHER IT IS IN EVIDENCE.  IT HAS BEEN MARKED.   WOULD THIS BE

6     AN APPROPRIATE TIME TO BRING THAT UP?

7              THE COURT:  WHAT IS THE EXHIBIT?

8              MR. NICOLAYSEN:  IT IS DEFENSE EXHIBIT F, THE

9     COOPERATING INDIVIDUAL AGREEMENT THAT MY CLIENT JAVIER VASQUEZ

10    SIGNED IN JULY OF '89 WITH THE D.E.A.

11             YOUR HONOR MAY RECALL I PRESENTED IT TO AGENT

12    REYNOSO.

13             THE COURT:  I ONLY ASKED WHAT THE EXHIBIT WAS AND YOU

14    HAVE EXPLAINED THAT, SO THERE IS NO REASON TO CARRY ON ANY

15    FURTHER.

16             WHAT IS THE OBJECTION TO THIS?

17             MR. MEDRANO:  THE OBJECTION IS THAT IT WAS A DOCUMENT

18    RAISED ON CROSS-EXAMINATION BY MR. NICOLAYSEN.  THE AGENT

19    TESTIFIED AT LENGTH AS TO THE CONTENTS OF IT.  THE DOCUMENT IS

20    HEARSAY AND INADMISSIBLE.

21             THERE IS PLENTY OF EVIDENCE AS TO WHAT IT STANDS FOR

22    ALREADY IN THE RECORD WITHOUT THE DOCUMENT.

23             THE COURT:  THE DOCUMENT MAY BE RECEIVED.

24             (EXHIBIT # F RECEIVED IN EVIDENCE.)

25             MR. NICOLAYSEN:  THANK YOU, YOUR HONOR.

28-8

1          THE COURT:  I BELIEVE THAT YESTERDAY WE DID

2    GOVERNMENT PROPOSED INSTRUCTION NO. 9, AS APPROVED.  EXHIBIT

3    NO. 10 MAY BE AMENDED TO "AFTER OCTOBER 12".  THAT WOULD BE THE

4    OBJECTION TO IT.

5          MR. NICOLAYSEN:  I HAVE AN OBJECTION TO NUMBER 8.

6    THIS IS WHERE WE LEFT OFF YESTERDAY.

7          THE COURT:  I UNDERSTAND THAT YOU HAVE AN OBJECTION

8    AND WE'LL GET TO IT.  DO YOU MEAN TO THE MODIFICATION?

9          MR. NICOLAYSEN:  SIMPLY THE DELETION OF A REFERENCE

10   TO COUNT ONE AND TWO, AND THE GOVERNMENT CONCURS IN THAT.

11   THAT'S ALL I'M ASKING TO MODIFY; NUMBER 8, ON LINES 3 AND 4 ON

12   GOVERNMENT'S PROPOSED NUMBER 8.

13         THE COURT:  IT PRESENTLY READS:  "AS CHARGED IN

14   COUNTS ONE, TWO, THREE AND FOUR".

15         MR. NICOLAYSEN:  RIGHT.  AND I'M ASKING THAT THE

16   REFERENCES TO ONE AND TWO BE DELETED.  THE INSTRUCTION HAS NO

17   BEARING ON THE WALKER-RADELAT ASPECT OF THE CASE.  IS THAT

18   CORRECT?

19         MR. CARLTON:  YES, YOUR HONOR.

20         THE COURT:  COUNT ONE AND TWO SHOULD BE DELETED.

21         MR. NICOLAYSEN:  THANK YOU.

22         THE COURT:  NUMBER 11, THE GOVERNMENT'S PROPOSED

23   NUMBER 11, WOULD BE MODIFIED TO INCLUDE A REQUIREMENT THAT THE

24   PARTICIPATION OCCURRED "AFTER OCTOBER 12TH".

25         NUMBER 12 IS OKAY, APPROVED AS IS.

28-9

1          NUMBER 13 SHOULD BE AMENDED TO INCLUDE "AFTER OCTOBER

2     12TH".

3          MR. STOLAR:  DOES THE OCTOBER 12TH LANGUAGE ALSO

4     APPLY TO THE CONSPIRACY TO KIDNAP?

5          THE COURT:  NO, I DON'T BELIEVE IT DOES.

6          MR. STOLAR:  I THINK IT DOES BECAUSE THE CRIME DOES

7     NOT BECOME A CRIME WITH RESPECT TO D.E.A. AGENT CAMARENA UNTIL

8     OCTOBER 12, '84, THE SUBSTANTIVE CRIME AND THE CONSPIRACY

9     CRIME.

10          THE COURT:  THE CRIME WAS COMMITED IN FEBRUARY OF

11     1985.

12          MR. STOLAR:  I UNDERSTAND THAT.

13          THE COURT:  JANUARY OF 1985.

14          MR. STOLAR:  MR. MATTA'S CONDUCT, HOWEVER, ACCORDING

15     TO THE PROOF, HAPPENED SOME --

16          THE COURT:  I DON'T WANT TO HEAR ANY ARGUMENT NOW.

17     WE'LL GET TO THAT WHEN THE TIME COMES.

18          NOW, WE HAVE MR. MATTA'S SUPPLEMENTAL PROPOSED JURY

19     INSTRUCTIONS.

20          NUMBER 1 IS A DUPLICATE OF THE COURT'S INSTRUCTION

21     AND WILL NOT BE GIVEN.

22          NUMBER 2 IS CUMULATIVE OF INSTRUCTION 3.11 THAT HAS

23     BEEN PREVIOUSLY APPROVED AND AGREED TO, AND THE SAME IS TRUE OF

24     NUMBER 3.  THAT IS COVERED BY 3.11.

25          AND INSTRUCTION NUMBER 4 IS NOT AN INSTRUCTION OF LAW

28-10

1   BUT AN ARGUMENT ON THE FACTS AND THE COURT WILL NOT GIVE IT.

2           NUMBER 5 IS NOT APPROPRIATE IN ITS PRESENT FORM.  IF

3   IT'S AMENDED TO MORE ACCURATELY STATE THE LAW, THE COURT WILL

4   CONSIDER IT.

5           MR. STOLAR:  YOUR HONOR, IN A MODIFIED INSTRUCTION OF

6   NUMBER 5 THAT YOUR CLERK PROVIDED US YESTERDAY, WE HAVE

7   MODIFIED THIS INSTRUCTION TO BASICALLY CHARGE ESSENTIALLY A

8   MULTIPLE ENTERPRISE CONCEPT.  THE INSTRUCTION IS APPROPRIATE IN

9   THAT SENSE.  HOWEVER, YOUR INSTRUCTION OR THE ONE THAT IS

10  DECIDED HERE --

11          THE COURT:  WE'LL GET TO THOSE WHEN I FINISH GOING

12  THROUGH THESE.

13          MR. STOLAR:  ALL RIGHT.

14          THE COURT:  INCIDENTALLY, I EXPECT THE PEOPLE THAT

15  PROPOSE THESE INSTRUCTIONS TO SUMBIT NEW INSTRUCTIONS WITH THE

16  CORRECTIONS, THE ONES THAT ARE BEING AMENDED.

17          NOW, WE HAVE ZUNO ARCE'S PROPOSED SUPPLEMENTAL JURY

18  INSTRUCTIONS WHICH SUPPORT --

19          MR. STOLAR:  YOUR HONOR, OUR PROPOSED NUMBER 6, THE

20  ACCOMPLICE?

21          THE COURT:  PARDON?

22          MR. STOLAR:  OUR PROPOSED NUMBER 6?

23          THE COURT:  NO.  THE COURT IS NOT GOING TO GIVE THIS.

24  WE ARE GIVING AN INSTRUCTION ON THE SAME PERSON REGARDING A

25  STATUS AS AN INFORMANT.  IT IS NOT CLEAR THAT HE REALLY

28-11

1    QUALIFIES AS AN ACCOMPLICE, AND THE INSTRUCTION THAT WILL BE

2    GIVEN IS SUFFICIENT, SO I DON'T THINK THIS IS REQUIRED.

3            MR. STOLAR:  FRANK RETAMOZA CERTAINLY QUALIFIES AS AN

4    ACCOMPLICE.

5            THE COURT:  NOT TO THE CHARGED CRIME.

6            MR. STOLAR:  CERTAINLY TO A MAJOR ELEMENT OF THE

7    CHARGED CRIME.

8            THE COURT:  ALL RIGHT.  WE GET ON TO MR. ZUNO'S

9    SUPPLEMENTAL JURY INSTRUCTIONS.

10            THE FIRST ONE IS COVERED BY THE COURT'S INSTRUCTION

11   ON REASONABLE DOUBT, AND IT IS NOT NECESSARY TO BE DUPLICATED.

12   THE COURT IS GIVING AN ALTERNATE INSTRUCTION.

13            NUMBER 2 IS NOT APPROPRIATE IN THIS CASE, AND THE

14   COURT WILL NOT GIVE IT.

15            NUMBER 3 IS REDUNDANT TO THE AGREED UPON INSTRUCTION

16   FROM THE NINTH CIRCUIT INSTRUCTIONS.  THIS IS ALL COVERED IN

17   ANOTHER INSTRUCTION.

18            NUMBER 4 IS THE REQUEST FOR AN INSTRUCTION ON

19   SPECIFIC INTENT.  THE COURT IS NOT GOING TO GIVE THIS.  THE

20   COURT WILL GIVE THE INTENT STATED IN THE STATUTE AND FOLLOW THE

21   RECOMMENDATION OF THE NINTH CIRCUIT JURY COMMITTEE THAT

22   SPECIFIC INTENT INSTRUCTIONS NOT BE GIVEN, AND THAT IS NOT

23   NECESSARY OR APPROPRIATE SINCE THE ELEMENT OF INTENT IS HAS

24   BEEN SET FORTH IN THE STATUTE.

25            I'M NOT GOING TO GIVE THE INSTRUCTION ON INTENT AND

28-12

1   MOTIVE.  I SIMPLY DO NOT BELIEVE IT TO BE NECESSARY.  THE

2   INSTRUCTION ON "WILLFULLY" IS NOT GOING TO BE GIVEN BECAUSE IT

3   IS NOT IN THE STATUTE AND IT IS NOT NECESSARY.

4           NUMBER 7 IS COVERED BY ANOTHER INSTRUCTION THAT HAS

5   PREVIOUSLY BEEN SUBMITTED.  THERE WILL BE AN INSTRUCTION ON THE

6   EFFECT OF THE STATEMENT OF A DEFENDANT.

7           NUMBER 8 WILL NOT BE GIVEN.  THAT IS COVERED BY

8   ANOTHER INSTRUCTION THAT THE COURT HAS PREVIOUSLY INDICATED WAS

9   APPROVED.

10          INSTRUCTION NUMBER 9, I'M NOT GOING GIVE BECAUSE IT

11  IS ARGUMENTATIVE AND THE FORM THAT IS ATTACHED DOES NOT

12  ACCURATELY FOLLOW THE INSTRUCTION ON WHICH IT IS BASED AND MAY

13  BE ARGUED, IF THERE IS AN ARGUMENT ON THE EVIDENCE.

14          NUMBER 10 IS MISLEADING AND WILL NOT BE GIVEN BECAUSE

15  OF THE FACT THAT WE HAVE STATEMENTS AND ACTS THAT MAY BE

16  CONSIDERED HERE AND STATEMENTS AND ACTS THAT MAY BE NOT, SO I

17  WANT YOU TO CONSIDER THE POSSIBILITY OF SUBSTITUTING BLACK AND

18  DECKER INSTRUCTION 2706, WHICH I RAISED EARLIER IN THIS TRIAL.

19          NUMBER 11, IN THE VIEW OF THE COURT, IS NOT NEEDED.

20  THAT IS ALREADY COVERED ADEQUATELY BY OTHER INSTRUCTIONS AND IS

21  MERELY REDUNDANT OF OTHER INSTRUCTIONS.

22          NUMBER 12:  I WILL GIVE THIS IN ITS FULL FORM.  YOU

23  HAVE GIVEN THE FIRST PARAGRAPH, BUT NOT THE SECOND.  IF YOU

24  WANT TO ADD BOTH PARAGRAPHS TO IT, I WILL GIVE IT.

25          DO YOU WANT THAT?

28-13

1     MS. FULGINITI: YES, YOUR HONOR.

2     MR. MEDVENE: YES, YOUR HONOR.

3     THE COURT: ALL RIGHT. THEN THIS WILL BE GIVEN IN

4  ITS FULL FORM, WITH THE OMITTED PARAGRAPH INCLUDED. YOU WILL

5  SUBMIT A CORRECTED INSTRUCTION.

6     NUMBER 13 IS APPROVED AND WILL BE GIVEN REGARDING THE

7  TESTIMONY OF AN INFORMANT.

8     NUMBER 14 IS NOT ADMITTED BECAUSE I DON'T RECALL

9  ANYONE ADMITTING TO BE A PERJUROR IN THIS CASE, SO THAT IS NOT

10  APPROPRIATE. THIS INSTRUCTION IS RESERVED WHERE A PARTY ADMITS

11  HAVING TESTIFIED FALSELY UNDER OATH.

12     THE NEXT INSTRUCTION, NUMBER 15, REGARDING BIAS,

13  PREJUDICE OR HOSTILITY IS COVERED ADEQUATELY IN THE COURT'S

14  VIEW BY 307 OF THE NINTH CIRCUIT INSTRUCTION, WHICH THE COURT

15  HAS APPROVED, AND WILL BE GIVEN.

16     NUMBER 16 IS NOT NEEDED, ALSO COVERED BY INSTRUCTION

17  307.

18     NUMBER 17 IS APPROVED AND THE COURT WILL GIVE IT.

19     NUMBER 18 WILL BE GIVEN.

20     NUMBER 19 WILL NOT BE GIVEN.

21     NUMBER 20 WILL BE APPROVED AND GIVEN.

22     NUMBER 21 WILL NOT BE GIVEN BECAUSE IT IS AN

23  INCORRECT STATEMENT OF THE LAW.

24     THE COURT: MEMBERSHIP IN THE NARCOTICS ENTERPRISE IS

25  NOT REQUIRED TO BE PROVED AS AN ELEMENT SINCE THE STATUTE

28-14

1    ITSELF SAYS ONE OF THE REASONS FOR THESE COMMISSIONS OF THE

2    VIOLENT ACTS WOULD BE TO GAIN ENTRY INTO SUCH AN ORGANIZATION,

3    AND THIS IS COVERED BY OTHER INSTRUCTIONS, AS WELL.

4            THIS NEXT INSTRUCTION, NUMBER 22, IS CUMULATIVE TO

5    307 AND IS ADEQUATELY COVERED THERE.

6            NUMBER 23 WILL BE APPROVED IN THE FORM WITH THE

7    SUGGESTED MODIFICATION BY THE GOVERNMENT IN THEIR OBJECTIONS.

8    DO YOU KNOW WHAT THAT IS THAT I'M REFERRING TO?

9            MR. CARLTON:  YES, YOUR HONOR.

10           THE COURT:  ALL RIGHT.  NUMBER 24 IS NOT NEEDED

11   BECAUSE I'VE ASKED COUNSEL TO PREPARE A GENERAL INSTRUCTION

12   WHICH WILL SET FORTH FOR THE JURY WHAT EACH COUNT CONTAINS AND

13   WHAT EACH DEFENDANT IS CHARGED WITH SO THAT SHOULD AMPLY

14   IDENTIFY THE CHARGES AGAINST EACH DEFENDANT, AND THIS IS NOT

15   NEEDED IN VIEW OF THAT.  THAT IS ONE OF THE REASONS I ORDERED

16   IT.

17           NUMBER 25 IS A DUPLICATE OF 701 AND IT IS AMPLY

18   COVERED BY 701.  AND THEREFORE, THIS IS NOT NEEDED.

19           NUMBER 26 IS A DUPLICATE OF 704 AND NOT NEEDED.

20           NUMBER 27 IS APPROVED AND MAY BE GIVEN.

21           NUMBER 28 IS CUMULATIVE OF 701 AND 704, BOTH OF WHICH

22   AMPLY DEAL WITH THIS SUBJECT MATTER AND WILL NOT BE GIVEN.

23           AND NUMBER 29 IS NOT, IN THE VIEW OF THE COURT, AN

24   APPROPRIATE INSTRUCTION AND WILL NOT BE GIVEN, ALTHOUGH IT WAS

25   GIVEN IN THE LAST TRIAL WITHOUT -- INDEED, BY AGREEMENT.

28-15

1        MR. NICOLAYSEN:  WOULD THE COURT CONSIDER ADDING THE

2   LAST SENTENCE FROM PROPOSED NUMBER 1 TO THE COURT'S REASONABLE

3   DOUBT INSTRUCTION?    THAT LAST SENTENCE READS --

4        THE COURT:  NO.  NO.  I'VE ALREADY CONSIDERED THAT

5   AND WE HAVE DRAFTED THE INSTRUCTION WE ARE GOING TO GIVE.  I'M

6   NOT GOING CONSIDER ANY FURTHER MODIFICATION TO IT.

7        MR. NICOLAYSEN:  VERY WELL.  THANK YOU, YOUR HONOR.

8        THE COURT:  THE DEFENDANT BERNABE RAMIREZ'S PROPOSED

9   SUPPLEMENTAL JURY INSTRUCTIONS.

10        NUMBER 1 IS A DUPLICATE OF 502 OF THE NINTH CIRCUIT

11   INSTRUCTIONS AND WILL NOT BE GIVEN AND IT'S COVERED BY OTHER

12   INSTRUCTIONS.

13        NUMBER 2 IS A DUPLICATE ALSO OF 502 AND CONTAINS

14   "WILLFULLY" AND "SPECIFIC INTENT", WHICH THE COURT HAS

15   PREVIOUSLY INDICATED ARE NOT GOING TO BE IN THIS TRIAL.

16        NUMBER 3 IS DENIED BECAUSE IT IS SIMPLY NOT NECESSARY

17   AND IT IS COVERED BY THE INSTRUCTION ON ACCESSORY.

18        THE DEFENDANT BERNABE RAMIREZ HAS PRESENTED OTHER

19   INSTRUCTIONS THROUGH HIS OTHER LAWYER, I GUESS WORKING

20   SEPARATELY HERE ON THIS.

21        NUMBER 1:  I'M NOT GOING TO GIVE THIS.  401, WHICH

22   WILL BE GIVEN -- 4.01, IS SUFFICIENT.  THE BALANCE OF THIS MAY

23   BE ARGUED BY COUNSEL, BUT THE COURT DOES NOT FEEL IT IS

24   APPROPRIATE TO BE IN THE INSTRUCTION.

25        NUMBER 2 IS NOT GOING TO BE GIVEN BECAUSE THE COURT

28-16

1    CONSIDERS IT TO BE AN ARGUMENT ON THE EVIDENCE IN THE CASE AND

2    NOT APPROPRIATE.

3            DEFENDANT VASQUEZ VELASCO HAS AS COUPLE OF

4    INSTRUCTIONS.  NUMBER 1 IN HIS PROPOSED SPECIAL JURY

5    INSTRUCTIONS -- NUMBER 1 IS APPROVED AND MAY BE GIVEN.

6            NUMBER 2 IS A DUPLICATE OF MR. ZUNO'S INSTRUCTION

7    AND, THEREFORE, IS NOT NEEDED AND THERE WILL BE AN INSTRUCTION

8    ON THIS SUBJECT.  I THINK WE DISCUSSED THE AGREED INSTRUCTIONS;

9    DIDN'T WE?

10           MR. CARLTON:  YES, YOUR HONOR.

11           MR. NICOLAYSEN:  YES, YOUR HONOR.

12           THE COURT:  NOW, I THINK WE HAD SOME PROPOSED

13   SUPPLEMENTAL INSTRUCTIONS BY MR. ZUNO'S COUNSEL -- STRIKE THAT.

14   I THINK WE'VE COVERED ALL OF THE INSTRUCTIONS NOW, HAVE WE NOT,

15   THAT HAVE BEEN PROPOSED OR SUBMITTED, EITHER AGREED OR

16   SUBMITTED BY ANY COUNSEL?

17           MR. CARLTON:  YOUR HONOR, I BELIEVE THERE WAS AN

18   ADDITIONAL SET OF PROPOSED AMENDED AND SUPPLEMENTAL JURY

19   INSTRUCTIONS BY MR. ZUNO.

20           THE COURT:  WHEN WAS THAT?

21           MR. CARLTON:  VERY RECENTLY.  PERHAPS YESTERDAY

22   MORNING OR THE AFTERNOON BEFORE.

23           THE COURT:  I THOUGHT WE COVERED THEM.

24           MR. CARLTON:  IT IS A DIFFERENT SET.

25           THE COURT:  WE COVERED TWO.  THAT'S THE ONE.  WE

28-17

1    COVERED 1 AND WE COVERED --

2           MR. CARLTON:  THERE WAS A SET OF 29 PROPOSED

3    INSTRUCTIONS AND THEN A SET OF AMENDED PROPOSED INSTRUCTIONS

4    AND THREE ADDITIONAL --

5           THE COURT:  DO YOU HAVE A COPY THERE?

6           MR. CARLTON:  YES, I DO, YOUR HONOR.

7           THE COURT:  THERE ARE ONLY THREE INSTRUCTIONS HERE;

8    IS THAT CORRECT?

9           MR. CARLTON:  CORRECT, WITH AN AMENDMENT OF AN

10   EARLIER PROPOSED --

11          THE COURT:  AMENDED 1?

12          MR. CARLTON:  YES.  AMENDED 21.

13          THE COURT:  THIS IS AN INSTRUCTION THAT THE JURY

14   SHOULD NOT CONFUSE THE MEXICAN NAMES IN THIS CASE; IS THAT THE

15   ONE YOU'RE TALKING ABOUT?

16          MR. DI NICOLA:  YES, YOUR HONOR.

17          THE COURT:  GIVING THE EXAMPLE OF BARBA HERNANDEZ AND

18   SANCHEZ BARBA.

19          MR. CARLTON:  THAT IS CORRECT.

20          THE COURT:  THIS INSTRUCTION IS NOT NECESSARY, IN

21   COURT'S VIEW, AND IT'S AN ATTEMPT TO INCLUDE ARGUMENT WHICH MAY

22   BE MADE BY COUNSEL AT THE TRIAL, AND WE NEED NOT PUT THAT IN

23   THE FORM OF A LEGAL INSTRUCTION.

24          THE SECOND AMENDED PROPOSED INSTRUCTION HERE IS THE

25   INSTRUCTION THAT THE JURY MUST FIND THAT EACH DEFENDANT

28-18

1    COMMITTED AN ACT OF RACKETEERING AND A VIOLENT ACT AFTER

2    OCTOBER 12TH, ALTHOUGH THIS INSTRUCTION MISSTATES THE LAW.

3         I'VE ALREADY INDICATED WE ARE GOING TO MAKE SOME

4    CHANGES IN THAT RESPECT.  A DEFENDANT NEED NOT COMMIT AN ACT OF

5    RACKETEERING TO BE CONVICTED, NOR MUST A DEFENDANT ACTUALLY

6    COMMIT A VIOLENT ACT.  CONSPIRING TO COMMIT A VIOLENT ACT IS

7    SUFFICIENT.  THIS IS DENIED.

8         THE THIRD ONE IS AN INSTRUCTION WHICH READS THAT:

9         "IN REGARD TO COUNT FIVE, YOU MUST SEPARATELY

10        FIND THAT EACH DEFENDANT CONSPIRED TO DO THE ALLEGED

11        ACT AFTER THE LAW CAME INTO EFFECT ON OCTOBER 12TH."

12        WE WILL GIVE THIS INSTRUCTION IN A MODIFIED FASHION

13   TO READ AS FOLLOWS:

14        "IN REGARD TO COUNT FIVE, YOU MUST SEPARATELY

15        FIND THAT EACH DEFENDANT WAS A MEMBER OF THE

16        CONSPIRACY AFTER THE LAW CAME INTO EFFECT ON OCTOBER

17        12, 1984, AND THAT AT LEAST ONE MEMBER OF THE

18        CONSPIRACY COMMITTED AN ACT IN FURTHERANCE OF THE

19        CONSPIRACY AFTER OCTOBER 12, 1984 AND WHILE THE

20        DEFENDANT WAS A MEMBER OF THE CONSPIRACY.

21        "IF YOU DO NOT, YOU MUST FIND THE DEFENDANT NOT

22        GUILTY."

23        I BELIEVE THIS PROPERLY STATES THE LAW.

24        DID WE DEAL WITH THE INSTRUCTION REGARDING POSSESSION

25   OF PHOTOGRAPHS BY VASQUEZ -- OF VASQUEZ BY THE --

28-19

1          MR. NICOLAYSEN:  YES, YOUR HONOR.  YOU GRANTED NUMBER

2     1, WHICH IS THE PHOTOGRAPH INSTRUCTION.

3          THE COURT:  ALL RIGHT.  THEN I THINK WE HAVE COVERED

4     ALL OF THE INSTRUCTIONS THAT HAVE BEEN SUBMITTED OR PROPOSED.

5          NOW I WILL ENTERTAIN SOME VERY BRIEF ARGUMENT,

6     BECAUSE -- AND YOU SHOULD SPECIFY THE INSTRUCTION THAT YOU'RE

7     TALKING ABOUT SO I CAN LOCATE IT, AND GIVE YOUR OBJECTION.

8          MR. STOLAR:  WELL, THE FIRST REQUEST THAT I HAVE IS

9     WITH RESPECT TO THE HAIR INSTRUCTION THAT WE PROPOSED AND IT

10    IS, I SUGGEST, THE ONLY CREATIVE INSTRUCTION THAT WE PUT

11    TOGETHER.  I WOULD ASK YOU TO RECONSIDER THAT OR THINK ABOUT

12    RECONSIDERING IT AFTER YOU HEAR THE GOVERNMENT SUMMATION AND

13    WHAT THEY DO WITH HAIR EVIDENCE, THAT'S ALL.

14         SECOND, THE MAJOR CONCEPTUAL PROBLEM THAT WE HAVE

15    WITH RESPECT TO MR. MATTA IS IN THE INSTRUCTIONS THAT WERE

16    PROVIDED TO US YESTERDAY BY YOUR CLERK, AND WITH THE COURT'S

17    INSTRUCTIONS CONCERNING THE 1959 COUNT, ON I BELIEVE --

18         THE COURT:  I SHOULD HAVE A COPY OF THIS.  WHAT'S THE

19    PROBLEM?

20         (DISCUSSION OFF THE RECORD BETWEEN THE JUDGE AND HIS

21    LAW CLERK.)

22         MR. STOLAR:  THE ONES I'M REFERRING TO ARE THE ONES

23    THAT IN THE LOWER RIGHTHAND CORNER SAY "MODIFIED, M NUMBER 5,

24    AMENDED SECTION 1959, G NUMBER 5, AND AMENDED G NUMBER 6."

25         THE COURT:  YES.

1          MR. STOLAR:  THE PROBLEM HAS TO DO WITH THE WORD

2     "CONSPIRACY" AND CHARGING THE JURY THAT WITH RESPECT TO THE

3     1959 COUNT, THERE IS A CONSPIRACY AND THAT THEY MAY CONVICT

4     SOMEBODY, PARTICULARLY MR. MATTA, ON THE BASIS THAT HE WAS A

5     CONSPIRATOR TO VIOLATE SECTION 1959, AS OPPOSED TO AN AIDER AND

6     ABETTOR, WHICH IS CHARGED IN THE INDICTMENT.

7          THAT IS PARTICULARLY IMPORTANT FOR MR. MATTA BECAUSE

8     OF THE CONDUCT WHICH THE GOVERNMENT ALLEGES IS ONLY THE

9     PRESENCE AT THIS MEETING OR TWO MEETINGS SOMETIME IN OCTOBER OF

10    1984, WHETHER IT IS BEFORE OR AFTER.  THAT SPEAKS OF CONSPIRACY

11    BECAUSE THERE IS NO SUBSTANTIVE CONDUCT ALLEGED ON HIS PART.

12         THE INDICTMENT, AS IT PRESENTLY STANDS, CHARGES MR.

13    MATTA IN WHAT IS NOW COUNT III, WITH A VIOLATION OF SECTION

14    1959 AND 2, WHICH IS AIDING AND ABETTING A VIOLENT CRIME IN AID

15    OF RACKETEERING.  THERE IS NO CONSPIRACY CHARGE IN THE CASE

16    ANYMORE.  MR. MATTA IS NOT PART OF A CONSPIRACY, SO THE

17    LANGUAGE OF, FOR EXAMPLE, AMENDED GOVERNMENT'S 6, WHICH IS IN

18    WHAT WE GOT FROM YOUR CLERK YESTERDAY, THE THIRD C, SPEAKS THAT

19    THE DEFENDANT CONSPIRED COMMISSION OF THE VIOLENT ACTS, AS

20    CHARGED.

21         THAT IS, UNDER THE INDICTMENT AS IT IS PRESENTLY

22    BEFORE THE JURY, NOT SUFFICIENT TO CONVICT.  THERE IS NO

23    CONSPIRACY CHARGE TO VIOLATE 1959.  THE SAME THING THEN HOLDS

24    TRUE WITH RESPECT TO MODIFIED NUMBER FIVE.  HALFWAY DOWN ON

25    LINE NUMBER 8, THE INSTRUCTION READS:

1     "SIMILARLY, IF YOU FIND THAT ANY DEFENDANT DID

2   NOT CONSPIRE TO COMMIT OR COMMIT THE VIOLENT ACTS

3   CHARGED, THEN --" ET CETERA.

4     THE WORDS "CONSPIRE TO COMMIT" DO NOT BELONG WITH

5 RESPECT TO COUNT THREE OF THE INDICTMENT, AND THAT'S WHAT THIS.

6 THE PROBLEM THAT WE'RE WORRIED ABOUT AND THE CONFUSION IS THAT

7 THE 1959 COUNT, WHICH IS A SUBSTANTIVE CRIME, WHICH MR. MATTA

8 IS CHARGED WITH AS AN AIDER AND ABETTOR, DIFFERS SUBSTANTIALLY

9 FROM THE COUNT FIVE, WHICH IS THE CONSPIRACY OF -- A DULY

10 CHARGED CONSPIRACY TO KIDNAP THE AGENT.

11     THAT'S A VERY DIFFERENT SET OF CIRCUMSTANCES.  ONE IS

12 A CLEAR CONSPIRACY --

13     THE COURT:  I'M HAVING GREAT DIFFICULTY FOLLOWING

14 YOUR ARGUMENT, MR. STOLAR.

15     MR. STOLAR:  YOUR HONOR, THE ARGUMENT IS THAT WITH

16 RESPECT TO COUNT --

17     THE COURT:  IF THIS RELATES TO THE DISMISSAL OF THE

18 ORIGINAL CONSPIRACY IN COUNT THREE --

19     MR. STOLAR:  YES, IT DOES.

20     THE COURT:  -- THAT IT WAS DUPLICATIVE --

21     MR. STOLAR:  I NEVER AGREED TO THAT.

22     THE COURT:  IT WAS MY UNDERSTANDING THAT EVERYBODY

23 DID.

24     MR. STOLAR:  I CERTAINLY DID NOT AGREE TO THAT.

25     THE COURT:  YOU DID NOT OBJECT TO IT.

28-22

1          MR. STOLAR:  HERE IS THE PROBLEM.  WHAT IS THE

2   SENTENCE GOING TO BE IF SOMEBODY IS CONVICTED UNDER 1959?  IS

3   IT A 20-YEAR SENTENCE OR A 5-YEAR SENTENCE?  371 IS A FIVE-YEAR

4   CRIME.

5          THE COURT:  THE SENTENCE IS PROVIDED BY THE STATUTE.

6          MR. STOLAR:  BUT 371 PROVIDES FOR A FIVE-YEAR

7   SENTENCE.  IF IT IS A CONSPIRACY TO VIOLATE 1959 --

8          THE COURT:  IF IT IS A CONSPIRACY TO VIOLATE 1959,

9   THE PENALTY UNDER 1959 WOULD BE APPLICABLE.

10          MR. STOLAR:  EXCEPT THAT THE COUNT THAT WAS DISMISSED

11   WAS A 371 COUNT.

12          THE COURT:  THAT IS CORRECT.

13          MR. STOLAR:  NOT A 1959 COUNT.

14          THE COURT:  ONLY BECAUSE IT WAS DUPLICATIVE AND

15   MULTIPLICITOUS.

16          WE ARE NOT IN THE BUSINESS, AS FAR AS WE'RE CONCERNED

17   AS DEFENSE COUNSEL, IN HELPING THE GOVERNMENT OUT IN TERMS OF

18   THE WAY THEY DRAFT INDICTMENTS - AND IT IS POORLY DRAFTED - AND

19   IT WORKS TO HOLD IT AGAINST OUR CLIENT.

20          THE COURT:  WAS YOUR CLIENT NAMED IN THE FORMER COUNT

21   3?

22          MR. STOLAR:  YES, HE WAS.

23          THE COURT:  WELL, WE CAN REINSTATE IT.

24          MR. STOLAR:  JUDGE, IF YOU WANT TO REINSTATE THE 371

25   COUNT, I INVITE YOU TO DO SO.  I DON'T AGREE WITH IT, BUT I

28-23

1    THINK THAT WILL RUN INTO PROBLEMS WITH THE NINTH CIRCUIT.

2            THE COURT:  WHY DON'T YOU AGREE WITH IT?

3            MR. STOLAR:  BECAUSE IT HAS BEEN DISMISSED AND WE'VE

4    GONE TO TRIAL ON NO SUBSTANTITIVE --

5            THE COURT:  IT WAS DISMISSED ON THE CLEAR

6    UNDERSTANDING THAT THE CONSPIRACY WOULD BE PURSUED, AND THE

7    PROSECUTION FOR CONSPIRACY WOULD BE PURSUED UNDER SECTION 1959

8    BECAUSE THAT IS PART OF THAT STATUTE.

9            THAT WAS THE CLEAR UNDERSTANDING OF EVERYBODY,

10   INCLUDING YOU.

11           MR. STOLAR:  NO, SIR.

12           THE COURT:  YOU NEVER MADE ANY OBJECTION --

13           MR. STOLAR:  I CERTAINLY DID.  I MADE OBJECTION TO

14   THAT FROM THE BEGINNING, INCLUDING WHEN HE TALKED ABOUT

15   ADMITTING --

16           THE COURT:  DO YOU HAVE A TRANSCRIPT SHOWING WHERE

17   YOU MADE AN OBJECTION?

18           MR. STOLAR:  DO YOU REMEMBER THE ARGUMENT WE HAVE

19   RIGHT AT THE BEGINNING OF THE CASE ABOUT THE CO-CONSPIRATORS

20   AND THE CO-ENTERPRISE --

21           THE COURT:  YES.

22           MR. STOLAR:  WHAT I HAVE BEEN RAISING FROM THE

23   BEGINNING IS THAT THE CO-ENTERPRISER IS DIFFERENT THAN A

24   CO-CONSPIRATOR.

25           THE COURT:  ONLY IN TERMS OF EVIDENTIARY RULINGS.

28-24

1          MR. STOLAR:  AND ALSO IN TERMS OF WHAT IS CHARGED IN

2     THE INDICTMENT.

3          THE COURT:  MR. MEDRANO OR CARLTON, WHICH ONE OF YOU

4     ON THIS?

5          MR. CARLTON:  YES, I'LL RESPOND, YOUR HONOR, BRIEFLY.

6     I THINK THAT YOU HAVE STATED THE MATTER ABSOLUTELY THE WAY IT

7     HAPPENED.

8          THERE WAS A COUNT 3 CHARGING A CONSPIRACY TO VIOLATE

9     SECTION 1959.  THAT WAS CHALLENGED AS BEING MULTIPLICITOUS

10     BECAUSE THE REFERENCE TO CONSPIRACY APPEARS IN THE ACT ITSELF.

11          WE OFFERED, IN ORDER TO RETAIN COUNT 3, TO STRIKE THE

12     REFERENCE TO SECTION 371, RECOGNIZING THAT THE CONSPIRACY

13     ALLEGATIONS ARE IN SECTION 1959.  THAT WAS NOT ACCEPTABLE.

14     THEY STRUCK COUNT III OR COUNT III WAS STRICKEN WITH THE CLEAR

15     UNDERSTANDING THAT THE CONSPIRACY ALLEGATIONS WERE NECESSARILY

16     INCORPORATED INTO THE SUBSTANTIVE CHARGE AND SUBSTANTIVE

17     VIOLATION OF SECTION 1959.

18          THAT HAS BEEN CLEAR TO EVERY DEFENDANT IN THIS CASE

19     FROM THE DAY OF THAT HEARING, INCLUDING MR. STOLAR.  NOW, THE

20     FACT THAT HE HAS NOT ACQUIESCED IN IT IS ONE THING, BUT THAT

21     HAS BEEN THE STATE OF THE PLEADINGS FROM THE DAY OF THAT

22     HEARING.  AND THAT THERE IS NOTHING IN THE PLEADING AS IT

23     PRESENTLY EXISTS WHICH WOULD PRECLUDE THE GOVERNMENT FROM

24     PURSUING THE CONSPIRACY ALLEGATIONS.

25          IF MR. STOLAR CHOOSES TO --

28-25

1          THE COURT:  I BELIEVE YOU JOINED IN THE MOTION TO

2   DISMISS COUNT 3.

3          MR. STOLAR:  I CERTAINLY DID BECAUSE THE GOVERNMENT

4   PLEADED EXACTLY THE SAME THING.  THEY PLEADED A CONSPIRACY

5   COUNT AND A SUBSEQUENT COUNT IN IDENTICAL LANGUAGE.  THAT'S WHY

6   IT WAS DISMISSED.  THE CONSPIRACY  WITNESS --

7          THE COURT:  I THINK WE HAVE HAD ENOUGH DISCUSSION

8   ABOUT THIS.

9          MR. STOLAR:  ALL RIGHT.  LET ME RAISE ONE OTHER --

10  WELL, THE SAME ARGUMENT WE PLEAD APPLIES THEN WITH RESPECT TO

11  WHAT YOU GRANTED THE ZUNO PROPOSED NUMBER 18 ON THE QUESTION OF

12  CONSPIRACY ON THAT.  SO THAT IS DEALT WITH.

13         HAIR, CONSPIRACY, MULTIPLE ENTERPRISE, AND FINALLY, I

14  HAVE LOOKED AT THE CHARGE --

15         THE COURT:  INCIDENTALLY, IF YOU WANT TO SUMBIT TO

16  THE COURT AN INSTRUCTION THAT YOU BELIEVE IS AN IMPROVEMENT ON

17  THESE THAT THE COURT HAS DRAFTED, YOU YOU MAY DO SO AND THE

18  COURT WILL CONSIDER IT.

19         MR. STOLAR:  WHAT I WOULD BE SUBMITTING WOULD BE

20  SOMETHING THAT WOULD MERELY, AS I DID BEFORE, REMOVE THE WORDS

21  CONSPIRACY DEALING WITH THE 1959 COUNT, AND GIVEN THE COURT'S

22  RULING, I DON'T THINK IT'S -- I THINK IT IS AN EXERCISE THAT IS

23  NOT REALLY WORTH IT.

24         BUT IF YOU HAVE A COPY OF THE TRANSCRIPT OF THE PRIOR

25  CHARGE THAT YOU GAVE, AT THE BOTTOM OF PAGE 161 AND THE TOP OF

1    162, STARTING AT LINE 23 --

2            THE COURT:  I DON'T HAVE THAT.

3            MR. STOLAR:  IT IS IN A  --

4            THE COURT:  MAYBE I DO HAVE THAT.

5            MR. STOLAR:  --  IT IS IN ZUNO'S PROPOSED

6    SUPPLEMENTAL.

7            THE COURT:  YES.  RIGHT.

8            MR. STOLAR:  IF YOU LOOK AT THE BOTTOM OF 161, LINE

9    23 TO THE TOP OF 162, LINE 9, THE LANGUAGE THAT THE COURT

10   USES -- HAS USED -- STRIKES ME VERY MUCH AS LIKE AN ALLEN

11   CHARGE, AND A CHARGE WHICH IS DELIVERED TO A JURY IN THE EVENT

12   THE COURT BELIEVES THAT THERE IS SOME KIND OF A PROBLEM OR

13   THEY'RE CLOSE TO A DEADLOCK.

14           THE COURT:  I MAY HAVE GIVEN THAT AT THE BEGINNING.

15           MR. STOLAR:  YOU DID GIVE IT AT THE BEGINNING, WHICH

16   IS WHY I RAISE IT AND I WOULD ASK THE COURT NOT TO GIVE THAT IN

17   THIS PARTICULAR CASE.

18           THE COURT:  HAS IT BEEN INDICATED IT WOULD BE GIVEN?

19           MR. STOLAR:  I DON'T KNOW.  I HAVE SEEN IT HERE.  I

20   HAVE NOT SEEN ANY --

21           THE COURT:  I DON'T THINK ANYONE HAS PROPOSED IT.

22           MR. STOLAR:  OKAY.  THEN I DON'T HAVE TO RAISE IT.

23           THE COURT:  IT MIGHT NOT BE A BAD IDEA.

24           MR. STOLAR:  WHY DON'T YOU LET THEM DELIBERATE FOR A

25   WHILE FIRST, YOUR HONOR.

28-27

1          THANK YOU.  THAT'S ALL I HAVE.

2          THE COURT:  ALL RIGHT.  DOES ANYONE ELSE WISH TO BE

3    HEARD REGARDING THE INSTRUCTIONS?

4          MR. DI NICOLA:  YES, YOUR HONOR.  BRIEFLY.

5          THE COURT:  INDICATE THE INSTRUCTION THAT ARE YOU

6    GOING TO BE -- INSTRUCTIONS THAT YOU HAVE PROPOSED?

7          MR. DI NICOLA:  INITIALLY, YOUR HONOR, I JUST WANTED

8    TO MAKE THE COURT AWARE WE DID SUBMIT AN INSTRUCTION THAT THE

9    COURT REQUESTED.

10          THE COURT:  I SAW IT.  WE ARE LOOKING AT IT.

11    DO YOU HAVE IT HERE?  LET ME SEE THAT.

12          MR. DI NICOLA:  I BELIEVE THE CLERK HAS IT, YOUR

13    HONOR.

14          THE COURT:  HAVE YOU GIVEN COUNSEL COPIES?

15          MR. DI NICOLA:  YES, WE HAVE, YOUR HONOR.

16          THE COURT:  HAVE ALL COUNSEL HAD AN OPPORTUNITY TO

17    READ THIS?  DOES IT ACCURATELY SET FORTH THE COUNTS AND CHARGES

18    AGAINST EACH DEFENDANT?

19          MR. CARLTON:  WELL, YOUR HONOR, I DON'T BELIEVE THE

20    PARAGRAPH DESCRIBING THE CHARGES AGAINST DEFENDANT MATTA AND

21    DEFENDANT ZUNO ARE ACCURATE.

22          YOU WILL NOTICE THAT IT LIMITS THE DESCRIPTION OF THE

23    CHARGE IN COUNT THREE WITH REGARD TO BOTH OF THOSE DEFENDANTS

24    TO CONSPIRACY TO COMMIT A VIOLENT ACT.

25          THE LANGUAGE OF THE CHARGE IS NOT SO LIMITED, AND

1   YOU'LL NOTICE ALSO THAT IN DESCRIBING THE COUNT III CHARGE

2   AGAINST DEFENDANT BERNABE, IT IS NOT LIMITED TO CONSPIRACY

3   HERE.

4          THE COURT:  WHAT ARE THE WORDS OF THE STATUTE?

5   CAUSES, AIDS, ABETS, PROCURES --

6          MR. CARLTON:  RIGHT.  THAT IS THE CHARGE, YOUR HONOR.

7   IT IS NOT LIMITED TO CONSPIRACY, AND THAT WOULD BE OUR ONLY

8   OBJECTION TO THIS.

9          MR. STOLAR:  COUNT 5 IS LIMITED TO CONSPIRACY.

10          MR. CARLTON:  WE ARE TALKING ABOUT COUNT 3.

11          MR. STOLAR:  COUNT 3, THE WORD "CONSPIRACY" DOES NOT

12   BELONG THERE.  MR. MATTA IS NOT CHARGED WITH CONSPIRACY.

13          MR. CARLTON:  WE JUST REOPENED THAT, MR. STOLAR.

14   INTENT THERE IS NECESSARILY INCLUDED.

15          MR. STOLAR:  THE INDICTMENT CHARGES MR. MATTA WITH A

16   VIOLATION OF SECTION 1959.  THIS SAYS MATTA BALLESTEROS IS

17   CHARGED IN COUNT 3 WITH CONSPIRACY TO COMMIT A VIOLENT ACT.

18   THAT IS NOT THE CHARGE.

19          THE COURT:  I THINK MAYBE THIS WAS SIMPLY TO BE

20   DESCRIPTIVE AND NOT DETAILED INSTRUCTION ON THE LAW.  HE IS

21   CHARGED WITH A VIOLENT ACT --

22          MR. STOLAR:  IN AID OF RACKETEERING.

23          THE COURT:  -- IN SUPPORT OF AN ENTERPRISE ENGAGED IN

24   RACKETEERING; IS THAT RIGHT?

25          MR. STOLAR:  YES, SIR.

1          THE COURT:  SO WE CAN STRIKE "CONSPIRACY".

2          MR. STOLAR:  THANK YOU.

3          THE COURT:  IT SIMPLY WAS FOR THE PURPOSE OF

4    INFORMING THE JURY WHAT THE CHARGES WERE.

5          MR. CARLTON:  LIKEWISE, WITH REGARD TO MR. ZUNO, YOUR

6    HONOR?

7          THE COURT:  YES, IN ALL THOSE, IT SHOULD BE, I THINK,

8    CHANGED TO INDICATE JUST THE GENERAL NATURE OF THE OFFENSE.

9          MR. NICOLAYSEN:  FOR MR. VASQUEZ, YOUR HONOR, THE TOP

10   PARAGRAPH SHOULD ALSO INCLUDE THE CHARGE THAT HE WAS A DIRECT

11   PARTICIPANT IN THE --

12         THE COURT:  I'LL TELL YOU WHAT I'M GOING TO DO ON

13   THIS.  I WANT YOU TO GET TOGETHER WITH WHOEVER DRAFTED IT AND

14   SEE IF YOU CAN'T MAKE THE CORRECTIONS THAT ARE NECESSARY.

15         I DIDN'T REALLY WANT IT ALL THIS DETAILED, BUT

16   ACTUALLY, THESE ARE NOT BAD.  I THINK THEY CORRECTLY SET FORTH,

17   WITH THE CORRECTIONS THAT CAN MADE -- I THINK YOU SHOULD ALL

18   GET TOGETHER ON THIS.

19         THIS WE DON'T HAVE TO SPEND A LOT OF TIME ON.  IT'S

20   BASICALLY TO INFORM THE JURY WHAT EACH DEFENDANT IS CHARGED

21   WITH IN A GENERAL WAY, NOT A SPECIFIC WAY.

22         MR. NICOLAYSEN:  COULD WE VERBALLY COMMUNICATE THE

23   EDITS TO YOUR CLERK AND HAND WRITE THEM IN TO THE ORIGINALS

24   AND --

25         THE COURT:  YOU CAN DO THAT AND THEN I WANT A

1    TYPEWRITTEN AMENDMENT SUBMITTED.  WE HAVEN'T TIME TO DO YOUR

2    WORK FOR YOU.

3            MR. NICOLAYSEN:  VERY WELL.

4            MR. DI NICOLA:  YOUR HONOR, REFERENCING DEFENDANT

5    RUBEN ZUNO ARCE'S PROPOSED SUPPLEMENTAL JURY INSTRUCTION NUMBER

6    9, YOUR HONOR --

7            THE COURT:  WHAT DOES THAT RELATE TO?

8            MR. DI NICOLA:  THAT RELATES TO GOVERNMENT'S PRESENT

9    INTIMIDATION AND THE LIKE.

10           THE COURT:  OH, YES.

11           MR. DI NICOLA:  AND I THINK THE COURT INDICATED A

12   REWORDING OF THAT.  WE WOULD RECOMMEND PERHAPS STRIKING THE

13   LAST PHRASE IN THE FIRST PARAGRAPH.  AND IN THAT RESPECT, IT'S

14   THE FORM, WE BELIEVE, FROM DEVITT AND BLACKMAR.  WE ENDED THE

15   FIRST PARAGRAPH "AFTER OTHER EVIDENCE IN THE CASE".

16           THE COURT:  HERE IS WHAT I WOULD DO WITH THIS.  I

17   WOULD STRIKE OUT "GOVERNMENT" AND SAY "EVIDENCE THAT A PARTY

18   ATTEMPTED TO PERSUADE A WITNESS TO TESTIFY FALSELY BY THREATS,

19   INTIMIDATION OR OTHER MEANS MAY BE CONSIDERED BY YOU, ALONG

20   WITH THE OTHER EVIDENCE IN THE CASE".

21           BUT YOU SEE, THE INSTRUCTION THAT YOU HAVE ATTEMPTED

22   TO PARAPHRASE HERE DEALS WITH THE DEFENDANT WHO HAS ATTEMPTED

23   TO DO THIS, AND THE INSTRUCTION SAYS THAT IT SHOWS A

24   CONSCIOUSNESS OF GUILT.

25           I SIMPLY, ON SECOND THOUGHT, DON'T THINK THIS SHOULD

28-31

1    BE GIVEN.  I THINK YOU CAN ARGUE IT AND I DON'T THINK THAT IT

2    QUALIFIES AS A STATEMENT OF LAW.  OF COURSE THEY CAN CONSIDER

3    ALL THE EVIDENCE THAT HAS BEEN PRESENTED IN THIS CASE,

4    INCLUDING ANY EVIDENCE THAT MIGHT SUGGEST THIS TYPE OF CONDUCT

5    HAS OCCURRED.  SO I'LL STAND BY MY ORIGINAL RULING NOT TO GIVE

6    THIS.

7         MR. DI NICOLA:  VERY WELL, YOUR HONOR.  THEN IN THE

8    SAME SET, DEFENDANT'S PROPOSED INSTRUCTION NUMBER 11.

9         THE COURT:  11?

10        MR. DI NICOLA:  YES, YOUR HONOR.  WE WOULD JUST

11   SIMPLY SUGGEST TO THE COURT THAT THE ISSUE OF THE IDENTITY IS

12   THE ISSUE IN THE CASE AND THE INSTRUCTIONS ARE APPROPRIATE.

13        THE COURT:  THEY NATURALLY HAVE TO PROVE THAT THE

14   DEFENDANT IS THE ONE WHO COMMITTED THE OFFENSE CHARGED, SO I

15   DON'T KNOW WHAT THIS CONTRIBUTES.

16        HERE, I PULLED ANOTHER INSTRUCTION, THE ELEMENTS OF

17   THE OFFENSE, IDENTITY CERTAINLY DOES WITHOUT SAYING.  I JUST

18   DON'T THINK THIS IS NECESSARY.  IT IS AN ATTEMPT TO INSERT A

19   LITTLE ARGUMENT IN THE CASE THAT THE IDENTIFICATION MAY BE

20   NOT -- IS NOT TO BE TRUSTED.  THAT IS SOMETHING YOU CAN ARGUE

21   ABOUT, BUT IT NEED NOT BE SANCTIFIED BY AN INSTRUCTION.

22        MR. DI NICOLA:  FINALLY, YOUR HONOR, WITH RESPECT TO

23   GOVERNMENT'S PROPOSED INSTRUCTION NUMBER 6, PRIOR DISCUSSION --

24        THE COURT:  GOVERNMENT'S 6?

25        MR. DI NICOLA:  YES.  THE COURT SHOULD HAVE IT WITH

28-32

1    RESPECT TO 1959. WE WOULD SUBMIT, YOUR HONOR, THAT THE COURT'S

2    PREVIOUS RULING DISMISSING THE PRIOR COUNT, THE COURT

3    SPECIFICALLY ALLUDED TO THIS BEING A CONSPIRACY COUNT.

4         WE DON'T BELIEVE THE GOVERNMENT CAN NOW ELECT -- AND

5    THAT THE CHARGE HERE MUST BE A CONSPIRACY CHARGE.

6         THE COURT: ALL RIGHT. GOVERNMENT'S NUMBER 6 I HAVE

7    INDICATED WAS NOT TO BE GIVEN. WE HAVE PREPARED A SUBSTITUTE.

8    IS THAT WHAT YOU'RE ARGUING ABOUT?

9         MR. DI NICOLA: YES, YOUR HONOR.

10        THE COURT: DO YOU HAVE THAT, MARK?

11        (INSTRUCTION TENDERED TO THE COURT BY THE LAW CLERK.)

12        THE COURT: NOW, WHAT IS THE PROBLEM WITH THIS?

13        MR. DI NICOLA: WELL, YOUR HONOR, WITH RESPECT TO THE

14   CHARGE ON THE 1959 COUNT, COUNT 3, WE WOULD SUBMIT THE

15   GOVERNMENT CANNOT CHARGE THE AIDING AND ABETTING AND THE OTHER

16   SUBSTANTIVE OFFENSES BECAUSE THEY'RE LIMITED TO THE CONSPIRACY

17   ALLEGATION.

18        THE COURT: WHY IS THAT?

19        MR. DI NICOLA: BASED UPON THE COURT'S PRIOR RULING

20   KNOCKING OUT THE OTHER COUNT ON MULTIPLICITOUS GROUNDS --

21        THE COURT: THE OTHER COUNT WAS THE STRAIGHT

22   CONSPIRACY COUNT, BECAUSE CONSPIRACY IS ONE OF THE BASES

23   ALLEGED IN THE 1959 STATUTE SO THEY MAY PURSUE CONSPIRACY.

24        WHY CAN'T THEY PURSUE THE OTHER ITEMS IN THERE,

25   AIDING AND ABETTING OR OTHER --

1          I DON'T THINK THAT ANY CHANGE IS WARRANTED, COUNSEL,

2     ON THAT.

3          MR. DI NICOLA:  WE UNDERSTOOD THE COURT'S PRIOR

4     RULING NOT TO READ SECTIONS IN 1959 DISJUNCTIVELY, BUT

5     RATHER --

6          THE COURT:  MY PRIOR RULING RELATED ONLY TO WHETHER

7     OR NOT THE GOVERNMENT COULD SEPARATELY CHARGE A CONSPIRACY TO

8     VIOLATE THIS STATUTE.  I SAID THEY COULD NOT BECAUSE THE

9     STATUTE ITSELF CONTAINS AN ELEMENT FOR CONSPIRACY.

10          CONSPIRACY TO VIOLATE THE STATUTE IS ALREADY INCLUDED

11     IN THE STATUTE; THEREFORE, YOU DO NOT NEED A SEPARATE

12     CONSPIRACY COUNT.  I DID NOT SAY THE GOVERNMENT COULD NOT ALSO

13     PURSUE OTHER THEORIES, NOR WAS IT MY INTENTION TO DO SO.

14          MR. DI NICOLA:  VERY WELL, YOUR HONOR.

15          THE COURT:  ALL RIGHT.

16          MR. STOLAR:  YOUR HONOR, THAT'S PRECISELY THE

17     PROBLEM.  I'M SORRY TO RAISE IT AGAIN.

18          WE HAVE ONE COUNT IN THIS INDICTMENT NOW, CHARGING AT

19     LEAST MR. MATTA, AND PERHAPS MR. ZUNO ARCE, WITH AIDING AND

20     ABETTING A 1959 CHARGE AND CONSPIRING TO VIOLATE 1959.  A

21     SINGLE COUNT.

22          AND HOW DO YOU KNOW THE JURY IS NOT GOING TO GET

23     CONFUSED NOW WITH AIDING AND ABETTING AND CONSPIRACY?

24          THE COURT:  BECAUSE WE HAVE PROVIDED THEM AN

25     INSTRUCTION IS TO MAKE SURE THEY DO NOT GET CONFUSED, AND WE

28-34

1   HAVE TOLD THE JURY THAT IF THEY -- WHICHEVER THEORY THEY ADOPT,

2   ALL 12 OF THEM MUST AGREE TO IT.

3           MR. STOLAR:  SO ESSENTIALLY WE ARE SUBMITTING TWO

4   CHARGES TO THE JURY UNDER 1959.  THEY CAN EITHER FIND HIM

5   GUILTY OF AIDING AND ABETTING A 1959 OR COMMITTING IT

6   SUBSTANTIVELY OR CONSPIRING TO VIOLATE A 1959, BUT THAT'S NOT

7   WHAT THE INDICTMENT CHARGES.  THAT'S NOT WHAT THE INDICTMENT

8   CHARGES.

9           COUNT 4 OF THE OLD INDICTMENT IS CAPTIONED:  "1959

10  AND 2".  THAT'S ALL.  IT TALKS ABOUT A SUBSTANTIVE VIOLATION OF

11  1959 AND AIDING AND ABETTING 1959.  NO CONSPIRACY IS CHARGED IN

12  THAT COUNT.  THE GOVERNMENT ELECTED TO CHARGE THE WAY THEY DID,

13  THEY CHARGED IT DUPLICITOUSLY.  THEY HAD TO ELECT -- THE COURT

14  ELECTED BETWEEN A CONSPIRACY AND AN AIDING AND ABETTING THEORY.

15  THAT'S WHAT WE'VE GOT.

16          THE COURT:  THIS WAS THE SAME ARGUMENT THAT WAS

17  ALREADY CONSIDERED.

18          MR. STOLAR:  WELL, IT COMES ON THE NEW INSTRUCTION

19  THAT WAS DELIVERED THIS MORNING, I THINK, FROM YOUR CLERK,

20  WHICH WAS CALLED "SUPPLEMENTAL RE COUNT 3."  YOU SAY:

21          "IN ORDER TO RETURN A GUILTY VERDICT TO THAT

22      DEFENDANT ON COUNT 3, YOU MUST FIND THE DEFENDANT WAS

23      A MEMBER OF THE CONSPIRACY AFTER THE LAW CAME INTO

24      EFFECT ON OCTOBER 12."

25          A MEMBER OF THE CONSPIRACY.  WHAT CONSPIRACY IS

28-35

1    CHARGED?

2              (DISCUSSION HELD OFF THE RECORD BETWEEN THE COURT AND

3    HIS LAW CLERK.)

4              THE COURT:   THE INSTRUCTION SAYS:

5              "IF THE ONLY RELEVANT CONDUCT THAT YOU FIND THE

6         DEFENDANT HAS ENGAGED IN IS CONSPIRING IN THE

7         COMMISSION OF THE VIOLENT ACTS, AS CHARGED" --,

8    THEN IT GOES ON TO STATE.

9              MR. STOLAR:  I UNDERSTAND THAT, AND YOU KNOW MY

10   POSITION.  I JUST WANT TO MAKE IT CLEAR IN EVERY WAY I CAN THAT

11   OUR POSITION IS THAT THE CONSPIRACY IS NOT SUFFICIENT TO

12   CONVICT MR. MATTA, ON THAT COUNT ANYWAY.

13             THE COURT:  ALL RIGHT.  ANYTHING ELSE?

14             MS. KELLY:  WE WOULD JOIN IN THE COMMENTS OF COUNSEL

15   AND LODGE AN OBJECTION FOR THE RECORD, YOUR HONOR, TO THE

16   COURT'S REASONABLE DOUBT INSTRUCTION.

17             THE "FIRMLY CONVINCED", YOUR HONOR, SOUNDS COMPARABLE

18   TO THE CLEAR AND CONVINCING STANDARD THAT IS USED IN

19   ADMINISTRATIVE LAW.  FOR THE RECORD, I'M JUST STATING THAT

20   OBJECTION, YOUR HONOR.   WE WOULD PREFER DEVITT AND BLACKMAR.

21             THE COURT:  I THINK WE'VE THEN SETTLED THE

22   INSTRUCTIONS, AND AFTER I RULE ON THIS MOTION TO REOPEN THE

23   EVIDENCE, WHICH I'LL DO IN A MOMENT, WE'LL BEGIN THE ARGUMENTS.

24             MR. MEZA:  WE HAVE SOME RULE 29 --

25             MR. STOLAR:  WE DO HAVE A RULE 29 MATTER.

1          THE COURT:  LET'S HEAR THAT.

2          MR. STOLAR:  I WOULD, FOR REASONS ADVANCED PREVIOUSLY

3     BY OTHER COUNSEL, INCLUDING SOME OF THOSE RAISED IN DEFENDANT

4     ZUNO'S WRITTEN MOTION, WE WOULD MOVE UNDER RULE 29 FOR A

5     JUDGMENT OF ACQUITTAL BY THE COURT.

6          BUT I WOULD ASK THE COURT TO RESERVE ON THIS

7     PARTICULAR RULE 29 UNTIL AFTER THE JURY RETURNS ITS VERDICT.

8     I'M NOT ASKING FOR A RULING NOW, BUT I THINK IT WOULD BE

9     APPROPRIATE FOR THE COURT TO RESERVE AND SEE WHAT HAPPENS WITH

10    RESPECT TO THE GOVERNMENT'S AND DEFENSE SUMMATIONS AND THE

11    DELIBERATIONS, AND NOT RULE ON IT RIGHT NOW.

12         THE COURT:  I WILL RESERVE.  I OFTEN DO THAT ANYWAY.

13    THE QUESTION IS NOT CLOSED.

14         MR. STOLAR:  MAY I RAISE A COUPLE OF OTHER SORT OF

15    HOUSEKEEPING MATTERS WHILE I'M HERE?

16         THE COURT:  YES.

17         MR. STOLAR:  FIRST, MR. BURNS AND I HAVE SPOKEN ABOUT

18    THIS.  WE WOULD REQUEST THAT THE COURT WOULD PERMIT US, WHEN WE

19    DO OUR SUMMATIONS, THAT WE BE PERMITTED TO SPLIT WITH RESPECT

20    TO THE FORENSIC EVIDENCE AND LET MR. BURNS ADDRESS THE FORENSIC

21    EVIDENCE, AND THAT WOULD BE THAT ASPECT OF SUMMATION.

22         THE COURT:  AS LONG AS IT'S LIMITED AND THERE IS NO

23    DUPLICATION, I WILL PERMIT IT.

24         MR. STOLAR:  THERE IS NO DUPLICATION.

25         THE COURT:  AND THE JURY SHOULD BE TOLD THAT HE'S

1    GOING TO DISCUSS THAT EVIDENCE.  BUT THE TIME CONSTRAINTS ARE

2    NOT EXPANDED BECAUSE

3              MR. STOLAR:  I UNDERSTAND THAT.

4              SECOND, I WANT TO RAISE WITH THE COURT WHETHER OR NOT

5    I WOULD BE PERMITTED TO USE IN SUMMATION A DEMONSTRATIVE TYPE

6    OF EXHIBIT.  IT IS THE EQUIVALENT OF A BLACKBOARD, IN A SENSE.

7    IT DEMONSTRATES SOMETHING THAT I WANT TO PROVIDE TO THE JURY,

8    SUCH AS THE PRESUMPTION OF INNOCENCE.

9              IT IS THIS ITEM, WHICH IS MY DEMONSTRATIVE PIECE OF

10   EVIDENCE FOR THE PRESUMPTION OF INNOCENCE, BECAUSE IF YOU LOOK

11   AT IT, IT LOOKS LIKE IT IS QUITE A DANGEROUS ELEMENT.

12             THE COURT:  IT IS A HAND GRENADE; ISN'T IT?

13             MR. STOLAR:  NO, JUDGE, IT'S A PAPER WEIGHT.

14             THE COURT:  IT IS A PAPER WEIGHT?

15             MR. STOLAR:  IF YOU LOOK AT IT, IT'S COMPLETELY

16   HOLLOW AND THERE IS NOTHING IN IT.

17             THE COURT:  WHAT IS IT YOU INTEND TO DO WITH IT?

18             MR. STOLAR:  I INTEND TO USE IT AS A VERY SERIOUS

19   DEMONSTRATION OF WHAT A PRESUMPTION OF INNOCENCE MEANS.  AND

20   I'D LIKE TO DO THAT, WITH THE COURT'S PERMISSION.

21             MR. MEDRANO:  YOUR HONOR, WE WOULD VEHEMENTLY OBJECT.

22             MR. STOLAR:  OF COURSE.

23             MR. MEDRANO:  THIS IS TERRIBLY PREJUDICIAL.  A

24   GRENADE IN A COURTROOM, EVEN THOUGH IT'S NOT A REAL GRENADE --

25             MR. STOLAR:  EVEN THOUGH WE'VE HAD TESTIMONY ABOUT

1    GRENADES?

2         MR. MEDRANO:  THIS IS INAPPROPRIATE, YOUR HONOR.  WE

3    WOULD OBJECT TO THIS.  IT'S PREJUDICIAL.

4         THE COURT:  I DON'T SEE HOW IT'S PREJUDICIAL.  IS IT

5    ILLUSTRATIVE OF SOME POINT?

6         MR. STOLAR:  YES, SIR.  IT'S ILLUSTRATIVE OF THE

7    PRESUMPTION OF INNOCENCE AND WHAT IT MEANS.

8         THE COURT:  HOW SO?

9         MR. STOLAR:  I'M GOING TO ASK THEM TO IMAGINE THIS IS

10   MR. MATTA.  WHEN IT COMES OUT AND THEY SEE IT, THAT THEY

11   PRESUME IT IS INNOCENT.  IT LOOKS -- OH, MY GOD, THAT'S THE

12   GUILTIEST THING IN THE WORLD.  IT'S AN EXPLOSIVE HAND GRENADE.

13   I COULD DO IT ORALLY, I SUPPOSE.

14        BUT THEY CAN LOOK AT IT, IT HAS THE PIN IN IT AND IT

15   LOOKS LIKE THE REAL THING.  AND YET, THEY HAVE TO PRESUME

16   SOMETHING LIKE THIS TO BE A NONEXPLOSIVE INNOCENT THING.  CAN

17   THEY DO THAT?

18        THAT'S HOW IT IS DEMONSTRATED.  IT REALLY DRAMATIZES

19   THE PRESUMPTION OF INNOCENCE.

20        MR. MEDRANO:  YOUR HONOR, THIS WOULD BE COMPARABLE TO

21   ME BRINGING OUT CARO QUINTERO'S .45 CALIBER WITH THE INITIAL

22   AND THE --

23        MR. STOLAR:  I EXPECT YOU WILL.

24        MR. MEDRANO:  BUT NOT TO POINT IT AT ONE OF THE

25   DEFENDANTS.  THIS IS ABSURD.

1              MR. STOLAR: I'M NOT GOING TO POINT IT AT ANYONE.

2              THE COURT:  JUST A MOMENT.

3              COUNSEL MAY USE IT.  I SEE NOTHING WRONG WITH THAT,

4    IT'S AN ILLUSTRATIVE PROP.

5              MR. MEDRANO:  ALL I'D ASK, YOUR HONOR, IS IF HE'S

6    JUST GOING TO LET IT SIT THERE, FINE, BUT NOT SOMEHOW PUT IT

7    HERE IN FRONT OF ONE OF THE JURORS.

8              THE COURT:  I EXPECT COUNSEL TO CONDUCT YOUR CLOSING

9    ARGUMENT FROM THE PODIUM.

10             MR. STOLAR:  ABSOLUTELY.  I KNOW.

11             THE COURT:  I DON'T EXPECT A GREAT DEAL OF

12   DEMONSTRATIVENESS.  YOU CAN USE IT FOR ILLUSTRATIVE PURPOSES

13   AND PUT IT AWAY.

14             MR. STOLAR:  IS IT THE COURT'S PRACTICE TO SEND A SET

15   OF INSTRUCTIONS TO THE JURY, A WRITTEN SET OF INSTRUCTIONS?

16             THE COURT:  YES.

17             MR. STOLAR:  WOULD WE BE ALLOWED TO REVIEW IT AND

18   MAKE SURE EVERYTHING IS TOGETHER BEFORE IT GOES IN?

19             THE COURT:  YES.

20             MR. STOLAR:  AND FINALLY, WHAT IS THE COURT'S

21   PRACTICE WITH RESPECT TO WEEKEND DELIBERATIONS OR HOW LONG YOU

22   LET THE JURY GO?

23             THE COURT:  I ORDINARILY WILL NOT HAVE WEEKEND

24   DELIBERATIONS.

25             MR. STOLAR:  WOULD THE JURY OTHERWISE QUIT AROUND

28-40

1    4:30?

2           THE COURT:  THEY BASICALLY KEEP THE SAME HOURS EXCEPT

3    THEY'LL BE WORKING ON MONDAYS.

4           MR. STOLAR:  THANK YOU VERY MUCH.

5           MR. NICOLAYSEN:  YOUR HONOR, I WANT TO JUST QUICKLY

6    ASK THE COURT'S PERMISSION TO OUTLINE THE FOUR ELEMENTS OF

7    SECTION 1959 SO THAT I CAN CREATE A VERY CLEAR FRAMEWORK FOR

8    THE JURY AS TO WHAT THE ISSUES ARE IN COUNTS 1 AND 2 AGAINST

9    JAVIER VASQUEZ.

10           IS THAT ACCEPTABLE TO THE COURT?

11           THE COURT:  YOU MEAN IN DISCUSSING IT WITH THE JURY?

12           MR. NICOLAYSEN:  THAT'S RIGHT.  I DON'T WANT TO MAKE

13    IT SEEM AS THOUGH I'M GIVING AN INSTRUCTION.  THAT IS NOT MY

14    INTENT.

15           THE COURT:  THAT IS CORRECT.

16           MR. NICOLAYSEN:  I WANT TO DESCRIBE THOSE ELEMENTS.

17           THE COURT:  I EXPECT YOU TO REFER TO THE LAW WHERE

18    NECESSARY, BUT IT MUST BE DONE SO ACCURATELY.  AND I DON'T

19    THINK THAT YOU SHOULD BE READING A LOT OF INSTRUCTIONS.

20           MR. NICOLAYSEN:  THAT I'M NOT GOING TO DO, BUT I

21    WOULD LIKE TO QUICKLY OUTLINE THE FOUR ELEMENTS AND THEN

22    DIRECTLY FOCUS ON ONE OF THEM IN MY SUMMATION.

23           THE COURT:  ALL RIGHT.

24           MR. NICOLAYSEN:  THANK YOU.

25           THE COURT:  NOW, WHAT WE HAVE LEFT IS THIS --

28-41

1          MR. BLANCARTE:  WE ALSO HAVE A RULE 29, YOUR HONOR.

2          THE COURT:  YES.  COUNSEL.

3          MR. MEZA:  FIRST, YOUR HONOR, WE WOULD RENEW THE

4     SEVERANCE MOTION THAT IS PREVIOUSLY HEARD AND SUBMITTED ON THE

5     PRIOR ARGUMENTS.

6          SECONDLY, WE WOULD MOVE PURSUANT TO RULE 29 TO

7     DISMISS COUNTS 3 THROUGH 8 AS THEY RELATE TO MR. BERNABE.  I

8     WOULD ADOPT THE ARGUMENTS THAT WERE ADVANCED AT THE CLOSE OF

9     THE GOVERNMENT CASE AND JUST REITERATE, COUNT 3, THERE IS NO

10    SHOWING THAT MY CLIENT WAS A WILLFUL OR KNOWING PARTICIPANT IN

11    THE MURDERS, MUCH LESS THAT HE DID IT TO MAINTAIN OR INCREASE

12    HIS POSITION IN THE ENTERPRISE.

13         I WOULD ALSO ADOPT THAT SAME ARGUMENT AS IT RELATES

14    TO COUNT 4, WHICH PERTAINS TO THE VICTIM ZAVALA.

15         I MIGHT ALSO PARENTHETICALLY ADD THAT IT'S MIND

16    BOGGLING TO ME THAT MY CLIENT IS NOT CHARGED WITH THE PLANNING

17    OR THE PARTICIPATION OF THESE CRIMES, YET HE'S THE ONLY

18    DEFENDANT WHO'S CHARGED WITH THE VIOLENT ACT INVOLVING THE

19    AGENT ZAVALA -- THE PERSON ZAVALA.

20         THERE IS ABSOLUTELY NO EVIDENCE TO SHOW THAT MY

21    CLIENT ACTED INDEPENDENTLY OF ANYONE ELSE IN THIS GROUP.  AND

22    YET, HE'S THE ONLY ONE THAT IS CHARGED WITH THE CRIME AGAINST

23    ZAVALA.

24         THE COURT:  WHICH IS COUNT WHAT?

25         MR. MEZA:  FOUR, YOUR HONOR.

1              THE COURT:  COUNT 4.

2              MR. MEZA:  IN RELATION TO THE CONSPIRACY TO KIDNAP, I

3    WOULD SUBMIT IT ON THE PREVIOUS ARGUMENT.  AS IT RELATES TO

4    COUNT 6, WHICH IS A SUBSTANTIVE KIDNAPPING COUNT, THERE IS

5    NOTHING TO SHOW THAT HE PARTICIPATED IN THE KIDNAPPING, THE

6    ABDUCTION OR THE HOLDING OF AGENT CAMARENA.

7              THE GOVERNMENT LAST ARGUED THAT THE EVIDENCE SHOWED

8    THAT HE WAS STANDING THERE WITH A GUN, GUARDING AGENT CAMARENA.

9    AND THERE IS NO EVIDENCE -- THERE IS NO EVIDENCE THAT SUPPORTS

10   THAT ASSERTION.

11             AS IT RELATES TO COUNT 7, WHICH IS THE MURDER COUNT

12   PREDICATED ON THE FELONY MURDER THEORY, AGAIN I WOULD ADOPT THE

13   PREVIOUS ARGUMENT BEING, MAINLY, THAT THE MURDER MERGES WITH

14   THE UNDERLYING FELONY TO THE EXTENT THAT THE FELONY MURDER

15   DOCTRINE REQUIRES THE SHOWING, IN MY VIEW, THAT THE MURDER OR

16   THE HOMICIDE BE INDEPENDENT OF THE KIDNAPPING.

17             APPARENTLY, IF GOVERNMENT VERSION IS TO BE BELIEVED,

18   THE KIDNAPPING WAS FOR THE PURPOSE OF ULTIMATELY KILLING THE

19   AGENT, SO THERE IS NO INDEPENDENT ACTION IN THOSE TWO ACTS.

20             AS IT RELATES TO COUNT 8, WHICH IS THE ACCESSORY

21   COUNT, WE HAVE SUBMITTED A BRIEF, WHICH WAS INVITED BY THE

22   COURT.  WE SUBMITTED THE IN THAT REGARD.

23             THE COURT:  YES.  I READ IT.

24             MR. MEZA:  FINALLY, THE LAST REQUEST IS THAT WE WOULD

25   MOVE TO STRIKE CERTAIN ALLEGATIONS CONTAINED IN THE INDICTMENT;

1    SPECIFICALLY, IN THE GENERAL ALLEGATIONS SECTION.  I BELIEVE IT

2    IS AT PAGE 4, THERE IS A PARAGRAPH 15, WHICH INDICATES THAT MR.

3    BERNABE WAS A STATE JUDICIAL POLICE OFFICER ASSIGNED TO THE

4    HOMICIDE SQUAD AT ALL TIMES MENTIONED IN THE INDICTMENT.  THERE

5    IS CERTAINLY NO EVIDENCE TO THAT.

6            AND, IN FACT, THE EVIDENCE IS TO THE CONTRARY.  HE

7    WAS NO LONGER A POLICE OFFICER, FOR TWO OR THREE YEARS, AT THE

8    TIMES ALLEGED IN THE INDICTMENT.

9            ALSO, AT PARAGRAPH 16 THERE IS A REFERENCE TO A RAUL

10   LOPEZ ALSO BEING A STATE JUDICIAL POLICE OFFICER ASSIGNED TO

11   THE HOMICIDE SQUAD AT THE TIMES MENTIONED IN THE INDICTMENT.

12   AND THERE IS CERTAINLY NO EVIDENCE FROM EITHER SIDE WHICH

13   INDICATES -- WHICH SUPPORTS THAT SPECIFIC ALLEGATION.

14           THE COURT:  IS IT YOUR UNDERSTANDING THAT IF THERE IS

15   NO EVIDENCE OFFERED ON AN ALLEGATION, IT SHOULD BE STRICKEN?

16           MR. MEZA:  I BELIEVE SO, PARTICULARLY IF IT'S GOING

17   TO GO TO THE JURY, YOUR HONOR, AND THERE HAS BEEN SOME

18   TESTIMONY CONCERNING --

19           THE COURT:  WHAT DIFFERENCE DOES IT MAKE IF IT SAYS

20   THAT RAUL LOPEZ WAS AT ALL TIMES A JUDICIAL POLICE OFFICER?

21           MR. MEZA:  IF IT'S READ IN CONJUNCTION WITH THE

22   PARAGRAPH BEFORE IT, THAT MY CLIENT WAS A STATE POLICE OFFICER

23   AT THE SAME TIME, AND THERE HAS BEEN SOME TESTIMONY THAT RAUL

24   LOPEZ WAS ARRESTED AND CONVICTED BACK IN '88, THEN I THINK

25   THERE IS A PREJUDICIAL OVERFLOW ON THE MATTER.

1                 THE COURT:  I DON'T RECALL ANY TESTIMONY.

2                 MR. MEZA:  YES, THERE WAS.  THERE WAS, IN

3    RELATIONSHIP TO THE GOVERNMENT'S POSITION THAT OUR CLIENT WAS

4    ACTING VERY CAUTIOUSLY.  AND OUR CLIENT MADE REFERENCE TO A

5    PERSON WHO HAD BEEN PREVIOUSLY ARRESTED FOR TALKING TO SOMEBODY

6    IN A BAR.

7                 AND THEN ON CROSS-EXAMINATION, THE GOVERNMENT BROUGHT

8    OUT THAT IT WAS THIS PERSON NAMED RAUL LOPEZ.  THAT'S HOW IT

9    CAME OUT.

10                THE COURT:  ANYTHING FURTHER?

11                MR. MEZA:  THERE ARE ADDITIONAL ALLEGATIONS THAT DEAL

12   WITH THAT SAME SUBJECT MATTER IN TERMS OF MY CLIENT BEING A

13   STATE JUDICIAL POLICE OFFICER AT THE TIME.

14                I WOULD ALSO OBJECT AND ASK TO STRIKE THE

15   CHARACTERIZATION TO THE GUADALAJARA NARCOTICS CARTEL.  THERE IS

16   CERTAINLY NO EVIDENCE TO SUPPORT THAT; NOT ONE WITNESS HAS

17   MENTIONED A CARTEL IN THIS CASE.  IF THEY WANT TO INTERPOSE THE

18   WORD ENTERPRISE OR CONSPIRACY, I CERTAINLY HAVE NO OBJECTION TO

19   THAT.

20                THERE IS NO EVIDENCE CONCERNING COUNT 5 OF THE

21   CONSPIRACY COUNTS, THE OVERT ACTS.  NUMBER 6, AGAIN WHICH

22   REFERS TO MY CLIENT, AS A STATE POLICE OFFICER.

23                THERE IS ALSO A REFERENCE TO DR. MACHAIN.  THERE IS

24   NO EVIDENCE IN THIS TRIAL ABOUT DR. MACHAIN.  AND AGAIN THERE

25   IS A REFERENCE TO MR. LOPEZ, WHICH I WOULD ASK TO BE STRICKEN.

28-45

1          ADDITIONALLY, IN THE GENERAL ALLEGATIONS UNDER 18-B,

2     THERE IS A REFERENCE TO THE MACHINE GUNNING OF AGENT KNAPP'S

3     CAR.  AND THE COURT SPECIFICALLY EXCLUDED EVIDENCE ON THAT

4     ISSUE.

5          ADDITIONALLY, MS. KELLY HAD A HOUSEKEEPING MATTER SHE

6     WANTED TO ADDRESS WITH THE COURT.

7          THE COURT:  DO YOU WISH TO RESPONDS TO THESE?

8          MR. MEDRANO:  JUST ON SOME OF THESE COURT MATTERS,

9     YOUR HONOR.  ON THE MACHINE GUN, THAT EVIDENCE WAS STRICKEN.

10    HOWEVER, IN THE TORTURE TAPES AND THE TRANSCRIPTS, THERE IS A

11    REFERENCE TO THE MACHINE GUNNING OF THE D.E.A. AGENT'S CAR, AND

12    THAT CAR, IN PARTICULAR.  SO THAT PARTICULAR MATTER SHOULD STAY

13    IN THE INDICTMENT.

14         THE REFERENCE TO THE CARTEL, YOUR HONOR -- IT IS A

15    TERM OF ART.  YOU DON'T ACTUALLY HAVE TO HAVE A WITNESS SAY

16    GUADALAJARA NARCOTICS CARTEL.  IT'S SIMPLY A DESCRIPTION OF THE

17    TYPE OF ENTERPRISE THAT EXISTED, AND I THINK IT IS FAIR GAME TO

18    LEAVE IT IN THE INDICTMENT.

19         IN ADDITION, COUNSEL HAD ADEQUATE TIME TO FILE SOME

20    SORT OF BRIEF IN SUPPORT OF HIS POSITION THAT ALLEGATIONS HAVE

21    TO BE PROVEN, OTHERWISE THEY'RE STRICKEN.  I DON'T THINK THAT'S

22    THE LAW, BECAUSE FREQUENTLY THE INDICTMENTS GO IN IN THEIR

23    ENTIRETY, EVEN THOUGH YOU DON'T PROVE UP EVERY SINGLE ELEMENT

24    OR WORD THAT IS ALLEGED IN THE INDICTMENT.  SO WE OBJECT TO

25    THESE VARIOUS OBJECTIONS BY DEFENSE COUNSEL.

28-46

1          THE COURT:  WHAT ABOUT THE MOTION REGARDING ZAVALA,

2     COUNT 4?

3          MR. MEDRANO:  THIS WAS RIASED AGAIN YESTERDAY, YOUR

4     HONOR.  YOU WILL RECALL OUR POSITION IS THAT THERE IS

5     SIGNIFICANT FORENSIC EVIDENCE THAT PLACES, IN ADDITION TO

6     CAMARENA, ZAVALA AT THAT HOUSE.  THE CARPET FIBERS, IN

7     PARTICULAR.

8          THE COURT:  ALL RIGHT.  BUT THIS MAN IS CHARGED WITH

9     COMMITTING A VIOLENT ACT, THE MURDER OF ZAVALA.

10          MR. MEDRANO:  FOR THE FOLLOWING REASONS.  THE

11     GOVERNMENT'S THEORY OF THE CASE AS TO BERNABE -- AND I ASSUME

12     THAT'S WHO YOU'RE ADDRESSING, YOUR HONOR -- IS THAT HE WAS AT

13     THAT LOPE DE VEGA WHEN CAMARENA WAS THERE.  AND HE WAS THERE

14     EITHER AS AN INTERROGATOR OR BODYGUARD TO EITHER PROTECT

15     FONSECA AND CARO OR TO MAKE SURE THAT CAMARENA AND ANYONE ELSE

16     WHO WAS THERE DID NOT ESCAPE FROM LOPE DE VEGA.

17          SO THAT'S WHY THAT COUNT SHOULD STAY, YOUR HONOR,

18     BECAUSE THERE IS EVIDENCE CERTAINLY SUGGESTING THESE

19     INFERENCES.

20          THE COURT:  THE ONLY EVIDENCE IS THE HAIR.  IS THAT

21     IT?  HAIR FOUND THERE PROVES THAT HE WAS THERE AND THAT THIS

22     DEFENDANT MAY HAVE KILLED HIM?

23          MR. MEDRANO:  AND THE CARPET FIBERS, OF COURSE.  AND,

24     OF COURSE, JUST THE GENERAL CIRCUMSTANCES OF ZAVALA

25     DISAPPEARING VIRTUALLY THE SAME DAY AND TIME AS CAMARENA DOES,

28-47

1    YOUR HONOR.

2              YOU HEARD HIS SON TESTIFY ALONG THOSE LINES, OF

3    COURSE.

4              THE COURT:  WE HEARD THAT HE WAS KIDNAPPED AND KILLED

5    AND FOUND ALONG WITH AGENT CAMARENA.

6              MR. MEDRANO:  HE WAS KIDNAPPED AT THE SAME TIME AND

7    HELD AT THE SAME TIME BECAUSE THE FORENSIC EVIDENCE ESTABLISHES

8    THAT THE BODIES TURN UP AT THE SAME TIME, THEY BOTH HAVE THE

9    SAME TYPE OF --

10             THE COURT:  I UNDERSTAND THAT, BUT WHAT IS THE

11   EVIDENCE TO CONNECT THIS DEFENDANT WITH IT?

12             MR. MEDRANO:  THE SAME EVIDENCE THAT CONNECTS HIM TO

13   CAMARENA; THE FACT THAT HE WAS AT THAT HOUSE, HIS OWN

14   ADMISSIONS, THE UNDERCOVER TAPES.

15             HE WAS THERE AS A GUARD TO KEEP PEOPLE AT THAT HOUSE

16   AGAINST THEIR WILL.  THAT'S THE GOVERNMENT'S THEORY OF THE CASE

17   TO THE JURY.

18             MR. MEZA:  YOUR HONOR, FIRST OF ALL, THAT THEORY

19   ISN'T SUPPORTED BY ANY OF THE EVIDENCE.  SECONDLY --

20             THE COURT:  I DID NOT INVITE ANY FURTHER RESPONSE.  I

21   HAVE HEARD YOUR ARGUMENT.  I WAS ASKING THE GOVERNMENT TO

22   RESPOND.

23             MR. MEZA:  IF I COULD JUST COMMENT ON THE HEAD HAIRS,

24   YOUR HONOR?

25             . THE COURT:  ON THE WHAT?

28-48

12

1         MR. MEZA:   HEAD HAIRS THAT WERE FOUND. ACCORDING TO

2   THE GOVERNMENT'S CHART, THE HEAD HAIRS THAT WERE FOUND WERE

3   ONLY FOUND ON ZAVALA'S CLOTHING.  HIS OWN HEAD HAIRS WERE ONLY

4   FOUND ON HIS OWN CLOTHING, BUT THERE WERE NO HEAD HAIRS FOUND,

5   ACCORDING TO CHART, IN THE HOUSE AT 881.

6         MR. MEDRANO:  OF COURSE, THE CARPET FIBERS ARE, YOUR

7   HONOR.   THOSE ARE ON ZAVALA'S CLOTHING.

8         THE COURT:  THE RULE 29 MOTION FOR THIS DEFENDANT IS

9   DENIED AND THE MOTIONS TO STRIKE ARE DENIED.

10        MR. BLANCARTE:  YOUR HONOR, VERY BRIEFLY AS TO

11  DEFENDANT ZUNO ON THE RULE 29.  FIRST, WE WOULD JOIN AND ADOPT

12  THE MOTION MADE BY DEFENDANT BERNA AS TO SEVERANCE, AND WE

13  WOULD ALSO MOVE TO STRIKE ALL CO-CONSPIRATOR'S STATEMENTS AS TO

14  MR. ZUNO FOR THE GOVERNMENT'S FAILURE TO PLACE HIM IN THE

15  ENTERPRISE.

16        MOVING ON TO RULE 29, THE GOVERNMENT HAS GOT STRAIGHT

17  AHEAD PLEADING PROBLEMS WITH COUNT 3 OF THE INDICTMENT, AND

18  PROOF PROBLEMS WITH COUNT 6.

19        ON COUNT 3, THEY PLEAD IN THE CONJUNCTIVE, AND THEY

20  HAVE OFFERED NO EVIDENCE WHATSOEVER AS TO MR. ZUNO BEING

21  INVOLVED IN ANY WAY, SHAPE OR FORM IN THE CONSPIRACY TO MURDER

22  ANYONE, MUCH LESS AGENT CAMARENA.

23        THE ONLY TESTIMONY THEY HAVE AND THE ONLY EVIDENCE

24  BEFORE THIS COURT IS THE STATEMENTS OF CERVANTES SANTOS, AND HE

25  IS VERY EXPLICIT.  AND AS DISCREDITED AS WE MAY SUBMIT TO THE

28-49

1   COURT THAT CERVANTES IS, HE IS VERY EXPLICIT AS TO MEETINGS

2   WHERE ONLY THE KIDNAPPING WAS DISCUSSED AND NOTHING MORE.

3            THE ONLY MURDER TESTIMONY BEFORE THIS COURT IS

4   OFFERED BY GOVERNMENT WITNESS PLASCENCIA AGUILAR, AND HE SAYS

5   THAT THAT TOOK PLACE AT A DECEMBER MEETING WHERE HE

6   SPECIFICALLY TESTIFIED THAT MR. ZUNO WAS NOT PRESENT.

7            SO WE WOULD RESPECTFULLY ASK THAT THE COURT DISMISS

8   COUNT 3 FOR THOSE REASONS.  MOVING ON TO COUNT 6, THAT COUNT

9   SPECIFICALLY REQUIRES IN THE LANGUAGE OF AIDING AND ABETTING

10  THAT SOME AFFIRMATIVE ACTION BE TAKEN BY THE ACCUSED IN ORDER

11  TO MOVE THEM INTO THE POSITION OF BEING GUILTY OF COUNT 6.

12  THERE IS NO EVIDENCE WHATSOEVER ON THE RECORD THAT MR. ZUNO AT

13  ANY TIME TOOK ANY AFFIRMATIVE ACT OR ANY OVERT ACT IN

14  FURTHERANCE OF COUNT 6, WHICH CHARGES HIM WITH AIDING AND

15  ABETTING, AND IN ESSENCE SAYS THAT HE WAS INVOLVED IN TAKING

16  AND HOLDING AGENT CAMARENA.

17            THE RECORD IS ABSOLUTELY BARE ON THAT ISSUE.  AND FOR

18  THAT REASON, WE WOULD RESPECTFULLY SUBMIT THAT COUNT 6 SHOULD

19  BE DISMISSED ALSO, YOUR HONOR.

20            THE COURT:  DO YOU WISH TO RESPOND HERE BRIEFLY.

21            MR. MEDRANO:  BRIEFLY, YOUR HONOR.  HE WAS AT THOSE

22  MEETINGS, ACCORDING TO CERVANTES.  HE PARTICIPATED IN THE

23  MEETINGS, HE SPOKE AT THESE MEETINGS.  HE SAID, "LET'S PICK

24  THIS GUY UP.  LET'S ASK HIM QUESTIONS ABOUT GARDOQUI", THIS

25  GENERAL.

1        HE WAS INVOLVED IN THIS AND DOES NOT THEREAFTER

2   EITHER HAVE TO PULL THE TRIGGER OR PARTICIPATE IN THE TORTURE.

3   IT IS A PINKERTON THEORY, OBVIOUSLY, AND HE'S RESPONSIBLE FOR

4   WHAT EVERY MEMBER OF THIS CONSPIRACY COMMITTED DURING THE

5   CRIME.

6        THE COURT:  ALL RIGHT.  THE MOTION FOR SEVERANCE IS

7   DENIED.  THE MOTION TO STRIKE IS DENIED, AND THE RULE 29

8   MOTIONS ARE ALSO DENIED.

9        MR. MEDRANO:  FINALLY, YOUR HONOR, I ADVISE THE COURT

10  AND DEFENSE COUNSEL THAT DURING THE 5-MINUTE BREAK, WHILE WE

11  SET UP FOR CLOSING ARGUMENT, WE HAVE A FLIP CHART THAT WE

12  WELCOME DEFENSE COUNSEL TO SCRUTINIZE BEFORE WE USE IT IN OUR

13  CLOSING ARGUMENT.

14       THE COURT:  ALL RIGHT.

15       MR. BLANCARTE:  MAY I MAKE ONE COMMENT AS TO

16  COUNSEL'S STATEMENT ON WHAT MR. ZUNO SAID OR DID AT THE

17  MEETINGS?

18       VERY BRIEFLY, YOUR HONOR, EVEN IF WE TOOK AS TRUE

19  EVERYTHING THE GOVERNMENT SAID ABOUT MR. ZUNO'S PARTICIPATION,

20  IT WOULD STILL BE LIMITED TO THE KIDNAPPING ONLY AND NOT TO THE

21  MURDER.

22       SO EVEN TAKING THE GOVERNMENT'S BEST CASE, COUNT 3

23  WOULD HAVE TO GO, YOUR HONOR.

24       THE COURT:  ALL RIGHT.  THAT'S DENIED.

25       MS. KELLY:  JUST ONE OTHER MATTER THAT I'D LIKE TO

28-51

1   BRING TO THE COURT'S ATTENTION, JUST FOR THE RECORD. YESTERDAY

2   MR. CARLTON AND I REACHED AN AGREEMENT ABOUT A REDACTION ON THE

3   EXHIBIT, THE JULY 25TH TRANSCRIPT ON EXHIBIT BBB, DEFENSE

4   EXHIBIT, AND EXHIBIT 165 FOR THE GOVERNMENT.

5           FOR THE RECORD, I WOULD JUST LIKE TO INDICATE THAT I

6   WOULD LIKE FURTHER REDACTION WITH RESPECT TO A STATEMENT THAT

7   MY CLIENT MADE THAT FONSECA AND OTHERS MAY ESCAPE FROM THE

8   JAIL, AND HE WOULD HELP THEM AGAIN IF HE RAN INTO THEM AGAIN.

9           AND THAT'S ONE, FOR THE RECORD, YOUR HONOR. I WOULD

10  LIKE THAT TO BE REDACTED AS IMPROPER 404(B), AND UNDULY

11  PREJUDICIAL UNDER RULE 403, YOUR HONOR.

12          THE COURT:  THAT MOTION IS DENIED.

13          MS. KELLY:  VERY WELL, YOUR HONOR. THEN THE FINAL

14  MATTER IS IN THE LAST PORTION OF THE TRANSCRIPT, THERE IS A

15  STATEMENT ABOUT TESTIFYING -- MY CLIENT'S TESTIMONY BEFORE THE

16  MEXICAN GOVERNMENT AND ABOUT BEING A SERVANT AND BEING BELIEVED

17  AND BEING GOOD AT TESTIFYING.

18          AND, YOUR HONOR, IN VIEW OF THAT, I WOULD RENEW THE

19  REQUEST TO ADMIT THE DECLARATION OF MY CLIENT TO THE MEXICAN

20  AUTHORITIES, YOUR HONOR, IN VIEW OF THE FACTS IN THIS

21  PARTICULAR PORTION OF THE TRANSCRIPT.

22          THE COURT:  THAT'S DENIED. IT HAS BEEN DENIED BEFORE

23  AND THERE IS NO REASON TO CHANGE.

24          MS. KELLY:  YES, YOUR HONOR. AND IN THE ALTERNATIVE,

25  TO EXCLUDE THAT PORTION OF THE TRANSCRIPT, WHICH I ASSUME IS

13

28-52

1    DENIED, AS WELL.

2              THE COURT:  THAT'S DENIED AS WELL.

3              WELL TAKE A VERY SHORT RECESS.

4              (BRIEF RECESS TAKEN.)

5              (JURY NOT PRESENT.)

6              THE COURT:  ON THE MOTION BY THE DEFENDANT TO ADMIT

7    ADDITIONAL EXHIBITS, THE COURT HAS READ AND CONSIDERED THE

8    MEMORANDUM OF POINTS AND AUTHORITIES THAT HAVE BEEN FILED BY

9    THE DEFENDANT IN SUPPORT OF THIS REQUEST, AND I THINK ITS

10   SOMETHING THE GOVERNMENT SHOULD RESPOND TO.

11             THERE ARE TWO THINGS ABOUT THIS THAT MAKE IT -- THAT

12   CAUSE THE COURT TO HAVE CONCERN.  ONE IS THE REQUIREMENT OF THE

13   STATUTE THAT THERE BE EVIDENCE PRESENTED TO THE COURT THAT THIS

14   RECORDATION IS MADE TO A PUBLIC OFFICE PURSUANT TO THE

15   REQUIREMENT OF LAW.  THAT IS NOT PRESENT HERE.

16             AND THE SECOND THING IS THAT, APPARENTLY, THE

17   INFORMATION CONTAINED IN THE DEATH CERTIFICATE WAS PROVIDED BY

18   THREE WITNESSES WHO ARE IDENTIFIED AS EMPLOYEES OF THE

19   DECEASED.  AND WHETHER OR NOT THE CERTIFICATE OF DEATH MAY ONLY

20   BE RECEIVED TO ESTABLISH THE FACT OF DEATH OR WHETHER IT CAN

21   ALSO BE RECEIVED TO ESTABLISH OTHER FACTORS CONTAINED IN IT

22   THAT MAY HAVE BEEN -- THAT WERE REPORTED BY OTHER PEOPLE --

23   IN OTHER WORDS, IT IS A FORM OF DOUBLE HEARSAY.

24             SO I THINK WE CAN PROCEED WITH THE ARGUMENT AS LONG

25   AS WE DECIDE THIS BEFORE THE TIME THAT COUNSEL FOR THE

28-53

1   DEFENDANT ZUNO HAS TO ARGUE.

2           DO YOU AGREE WITH THAT?

3           MR. MEDRANO:  THAT'S FAIR, YOUR HONOR.  WE NEED AN

4   OPPORTUNITY TO RESEARCH THAT NINTH CIRCUIT CASE CITED BY

5   DEFENSE COUNSEL, AND ALSO TRY TO EMBELLISH SOME OF THE AREAS

6   THAT YOU JUST STATED.

7           MR. NICOLAYSEN:  IF THE COURT PLEASE, ON BEHALF OF

8   JAVIER VASQUEZ, IT WOULD BE MY INTENTION TO MAKE REFERENCE IN

9   CLOSING THAT JORGE BARBA DIED IN NOVEMBER OF '84, THE REASON

10  BEING THAT PLASCENCIA IDENTIFIES JORGE BARBA AS HAVING BEEN AT

11  LA LANGOSTA IN JANUARY OF '85.  I'LL BE GOING FIRST.

12          THE COURT:  THE GOVERNMENT IS GOING FIRST.

13          MR. NICOLAYSEN:  WELL, YOU MENTIONED THAT YOU WANTED

14  TO RESOLVE IT BEFORE DEFENSE COUNSEL FOR ZUNO SPEAKS IN

15  CLOSING.

16          THE COURT:  WE'LL HAVE TO RESOLVE IT BEFORE THEN.

17  SO WE HAVE TO WORK ON IT FASTER.

18          MR. MEDRANO:  THE ONLY THING THAT WE NEED A LITTLE

19  BIT OF TIME FOR IS TO FIND THAT NINTH CIRCUIT CASE, BECAUSE I'M

20  NOT SO SURE THAT IT STANDS FOR THE PROPOSITION CITED BY

21  COUNSEL.

22          THE COURT:  I'M NOT SURE EITHER, BUT THAT ISN'T MY

23  MAIN CONCERN.  THAT'S PURELY DISCRETIONARY, AS LONG AS THE

24  DISCRETION IS EXERCISED WIDELY, AS IT ALWAYS IS IN THIS COURT.

25          (COURTROOM LAUGHTER.)

28-54

1          MR. MEDRANO:  WE CAN THINK ABOUT IT SOME MORE, YOUR

2    HONOR, AND MAYBE GIVE YOU A FEW MORE ARGUMENTS TO TRY TO KEEP

3    THE DOCUMENTS OUT.

4          THE COURT:  LET'S TAKE A LOOK AT THE PERTINENT

5    STATUTES AND CONSIDER THOSE ISSUES THAT I'VE MADE.  ONE IS THAT

6    THE REQUIREMENT OF THE STATUTE THAT THIS TYPE OF RECORDING BE

7    MADE TO A PUBLIC OFFICE PURSUANT TO THE REQUIREMENTS OF LAW --

8    THAT WAS THE PROBLEM WITH THE OTHER BUSINESS, THE OTHER

9    DOCUMENTS THAT WERE OFFERED.  ONE OF THE PROBLEMS.

10          AND THE OTHER THING IS WHETHER OR NOT THE EXCEPTION

11    FOR RECEIPT OF A DEATH CERTIFICATE MAY BE ONLY RECEIVED TO

12    ESTABLISH A FACT OF DEATH OR WHETHER THE OTHER MATTERS THAT ARE

13    CONTAINED IN IT MAY ALSO BE RECEIVED FOR THE TRUTH OF THE

14    MATTERS STATED.

15          MR. MEDRANO:  THAT IS OUR CONCERN, YOUR HONOR,

16    EXACTLY.

17          THE COURT:  THEY CITE A 6TH CIRCUIT CASE HERE WHERE

18    THE ISSUE WAS CAUSE OF DEATH, APPARENTLY, AND THE TRIAL JUDGE

19    DELETED THE CAUSE OF DEATH, REDACTED IT AND RECEIVED THE

20    CERTIFICATE, BUT REDACTED THE CAUSE OF DEATH AND THAT WAS

21    REVERSED.

22          SO WE'LL PROCEED WITH THE ARGUMENT.  WE'LL HEAR THE

23    GOVERNMENT'S ARGUMENT.  IN THE MEANTIME, YOU CAN BEGIN WORKING

24    ON THAT.

25          MR. MEDRANO:  VERY WELL, YOUR HONOR.  IN TERMS OF --

1  JUST SO I'LL KNOW WHERE THE COURT IS HEADED, IN TERMS OF TIME,

2  DO YOU INTEND TO BREAK AT NOON OR --

3          THE COURT:  IT DEPENDS.  WE'LL SEE.

4          MR. MEDRANO:  VERY WELL.

5          THE COURT:  LET'S BRING THE JURY IN.

6          (JURY SUMMONED TO THE COURTROOM.)

7          THE COURT: GOOD MORNING.  I APOLOGIZE FOR THE DELAY.

8  WE ARE NOW READY TO BEGIN THE ARGUMENT IN THIS CASE.  BEFORE WE

9  DO, I WANT TO ADVISE THE JURY THAT THE STATEMENTS MADE BY

10 COUNSEL DURING THE ARGUMENTS ARE NOT EVIDENCE IN THIS CASE.

11         COUNSEL ARE PERMITTED TO DISCUSS WITH YOU THE

12 EVIDENCE AND TO SUGGEST TO YOU WHAT THEY BELIEVE IS HAS PROVED

13 OR WHAT IT SHOWS, BUT ULTIMATELY YOU HAVE TO MAKE YOUR OWN

14 DECISION, AND WHAT COUNSEL SAYS IS NOT BINDING ON YOU.

15         FURTHERMORE, IF THERE IS -- IF THE EVIDENCE IS NOT AS

16 COUNSEL SUGGESTS, THAT IS, IF YOU RECOLLECT THE EVIDENCE

17 DIFFERENTLY FROM THE WAY COUNSEL MAY SAY IT OR SUGGEST IT, THEN

18 YOU RELY ON YOUR OWN RECOLLECTION.  YOU'RE NOT BOUND TO ACCEPT

19 ANY COUNSEL'S INTERPRETATION OF WHAT THE EVIDENCE IS.

20         ANY REFERENCE THAT WILL BE MADE BY COUNSEL TO THE LAW

21 THAT APPLIES TO THIS CASE, YOU SHOULD LISTEN TO IT AND CONSIDER

22 IT AS YOU SHOULD LISTEN AND CONSIDER THE ARGUMENT RELATING TO

23 THE EVIDENCE.  BUT I WOULD CAUTION YOU THAT THE LAW OF THE CASE

24 WILL BE STATED TO YOU BY THE COURT WHEN THE ARGUMENT IS OVER.

25         AND IF THE LAW THAT THE COURT STATES SEEMS TO DIFFER

28-56

1    FROM WHAT COUNSEL HAS SAID, YOU WILL FOLLOW THE LAW THAT IS

2    STATED BY THE COURT AND DISREGARD ANY DIFFERENCE THAT MAY HAVE

3    APPEARED DURING THE ARGUMENT.

4         SO BASICALLY THIS IS NOT EVIDENCE THAT YOU ARE

5    HEARING, BUT IT IS AN ATTEMPT TO ASSIST YOU TO UNDERSTAND THE

6    CASE AND TO UNDERSTAND THE EVIDENCE AND TO UNDERSTAND THE

7    THEORY OF THE DEFENSE OR THE PROSECUTION IN THIS CASE.

8         YOU MAY PROCEED NOW FOR THE GOVERNMENT, MR. MEDRANO.

9    THE GOVERNMENT HAS THE OPPORTUNITY TO PRESENT THE OPENING

10   ARGUMENT, AND MR. MEDRANO WILL DO THAT NOW.

11

12        CLOSING ARGUMENT + ON BEHALF OF THE GOVERNMENT

13

14        MR. MEDRANO:  THANK YOU, YOUR HONOR.  MAY IT PLEASE

15   THE COURT, DEFENSE COUNSEL, LADIES AND GENTLEMEN OF THE JURY.

16   GOOD MORNING.

17        THE JURY:  GOOD MORNING.

18        MR. MEDRANO:  GUADALAJARA, JALISCO, MEXICO IN 1983 TO

19   1984, 1985.  THIS WAS A MAJOR CITY IN THE REPUBLIC OF MEXICO,

20   LADIES AND GENTLEMEN, THAT WAS IN THE GRIPS OF MAJOR

21   INTERNATIONAL NARCOTICS TRAFFICKERS.

22        NOW, THESE DRUG TRAFFICKERS WERE POWERFUL MEN.  THEY

23   WERE IMMENSELY WEALTHY, PROFOUNDLY VIOLENT, THEY DID WHATEVER

24   THEY WANTED WHENEVER THEY WANTED, AND THE REASON THEY WERE

25   ALLOWED TO DO THAT -- THE REASON THEY DID THAT IS BECAUSE THEY

28-57

1    BELIEVED THEMSELVES TO BE, LADIES AND GENTLEMEN, BEYOND THE

2    REACH OF THE LAW.  AND IN THESE TURBULENT YEARS IN THE CITY OF

3    GUADALAJARA, AND IN FACT, IN OTHER PARTS OF THE REPUBLIC OF

4    MEXICO, THEY WERE BEYOND THE REACH OF THE LAW.

5            NOW, THIS NARCOTICS ENTERPRISE WAS FACILITATED AND

6    SUPPORTED BY CORRUPT MEXICAN LAW ENFORCEMENT OFFICIALS, NOT

7    ONLY IN GUADALAJARA, BUT THROUGHOUT THE REST OF THE REPUBLIC OF

8    MEXICO.

9            IN GUADALAJARA ALONE, VIRTUALLY EVERY MAJOR LAW

10   ENFORCEMENT AGENCY WAS CORRUPT.  THE MEXICAN FEDERAL JUDICIAL

11   POLICE, THE M.F.J.P., THE DIRECTORATE OF FEDERAL SECURITY, THE

12   D.F.S., THE I.P.S., THE POLITICAL INVESTIGATIONS AGENCY, THE

13   STATE JUDICIAL POLICE -- INDEED, THE MILITARY.

14           AND THE TENTACLES OF THIS CORRUPTION, LADIES AND

15   GENTLEMEN, EXTENDED WELL BEYOND THE BOUNDARIES OF THE CITY OF

16   GUADALAJARA.  IN FACT, IT EXTENDED TO THE HEART OF THE

17   GOVERNMENT.  IT EXTENDED TO THE CAPITAL OF MEXICO CITY.

18           AND IN MEXICO CITY -- AND YOU HAVE HEARD TESTIMONY

19   ABOUT THIS -- THIS CORRUPTION TOUCHED, AMONG OTHERS, FIRST

20   PREMIER COMANDANTES, OF WHICH THERE ARE ONLY 20 IN THE ENTIRE

21   NATION.  THE DIRECTOR OF INTERPOL, THE INTERNATIONAL POLICE

22   AGENCY, THE DIRECTOR OF THE M.F.J.P.  IT WENT UP AS HIGH A

23   FORMER CABINET MEMBER, A MAN APPOINTED BY THE PRESIDENT OF THE

24   REPUBLIC OF MEXICO.

25           NOW, THIS ENTERPRISE, THIS NARCOTICS ENTERPRISE THAT

28-58

1    HAD ITS BASE IN GUADALAJARA, WAS A MULTI-HEADED MONSTER.  IT

2    HAD LEADERS, IT HAD FACILITATORS AND IT HAD SOLDIERS.

3         AMONG THE LEADERS -- AND YOU HAVE HEARD TESTIMONY

4    ABOUT ALL THIS -- WERE PEOPLE THAT DEALT IN COCAINE, AS WELL AS

5    MARIJUANA, AND IN FACT, SOMETIMES THEY DEALT WITH BOTH.

6         YOU HAVE HEARD TESTIMONY THAT WITH REGARD TO COCAINE

7    TRAFFICKING BASED OUT OF GUADALAJARA, THAT INCLUDED FELIX

8    GALLARDO, AND THAT INCLUDED HIS PARTNER, JUAN RAMON MATTA

9    BALLESTEROS.  THAT INCLUDED JUAN GILBERTO HERNANDEZ, AN

10   M.F.J.P. OFFICER, YOU MAY RECALL, WHO WAS ALSO INVOLVED IN

11   COCAINE.

12        MARIJUANA TRAFFICKING INCLUDED, AGAIN AMONG OTHERS,

13   JAVIER BARBA, THE OWNER OF THE FAMOUS LA QUINTA RESIDENCE THAT

14   YOU HAVE HEARD SO MUCH ABOUT.

15        IT INCLUDED RUBEN ZUNO ARCE, IT INCLUDE MANUEL

16   SALCIDO, ALIAS EL COCHI LOCO, THE CRAZY PIG.  AND SOMETIMES YOU

17   HAD OVERLAP.  YOU HAD PEOPLE WHO DEALT IN BOTH.  YOU HAD CARO

18   QUINTERO, WHO DEALT IN COCAINE AND MARIJUANA, AND YOU HAD

19   ERNESTO FONSECA CARRILLO, WHO ALSO DEALT IN BOTH.

20        NONE OF THIS COULD HAVE HAPPENED WITHOUT THE

21   COOPERATION AND THE ASSISTANCE OF CORRUPT MEXICAN LAW

22   ENFORCEMENT OFFICIALS.  AND THERE WERE A BEVY OF THESE PEOPLE,

23   BUT THEY INCLUDED, AMONG OTHERS, JAVIER GARCIA PANIAGUA.  YOU

24   HEARD TESTIMONY.  THE FORMER CABINET MEMBER, THE FORMER HEAD OF

25   THE P.R.I., THE POLITICAL PARTY IN MEXICO, THE CHIEF OF POLICE

1    FOR THE CITY OF MEXICO.

2          IT INCLUDED MANUEL IBARRA HERRERA, WHO WAS THE

3    DIRECTOR OF THE M.F.J.P., WHICH WAS THE FEDERAL AGENCY

4    COUNTERPART OF THE D.E.A./F.B.I. HERE IN THE UNITED STATES.

5          MIGUEL ALDANA IBARRA, HIS FIRST COUNSIN, THE

6    DIRECTOR, THE HEAD OF THE INTERPOL, THE INTERNATIONAL POLICE

7    AGENCY.  IT INCLUDED ARMANDO PAVON REYES, A FIRST PREMIER

8    COMANDANTE, WHO YOU RECALL WAS APPOINTED BY BARBA -- AND

9    PERHAPS THIS IS ONE OF THE GREATEST IRONIES OF THIS CASE -- TO

10   HEAD THE MEXICAN INVESTIGATION INTO THE CIRCUMSTANCES

11   SURROUNDING THE ABDUCTION, TORTURE AND MURDER OF SPECIAL AGENT

12   ENRIQUE CAMARENA.  AND THERE WERE OTHERS.  AND WE'LL HEAR ABOUT

13   THEM IN THIS CLOSING.

14         BODYGUARDS:  TWO OF THEM ARE IN THIS COURTROOM.  YOU

15   HAVE JAVIER VASQUEZ VELASCO, YOU HAVE MR. BERNABE RAMIREZ.  AND

16   THESE WERE ONE OF SEVERAL, TWO OF SEVERAL BODYGUARDS THAT

17   PROTECTED THE LEADERS.  AND, IN FACT, THEY ALSO PROTECTED THE

18   CORRUPT OFFICIALS.  THAT INCLUDED BERNABE, VASQUEZ, MANUEL

19   GODINEZ -- PARDON ME -- EZEQUIEL GODINEZ, WHO WAS ONE OF THE

20   MEN WHO RAN AROUND WITH THE INFAMOUS TIERRE LIBRE BROTHERS, THE

21   VASQUEZ BROTHERS.

22         IT INCLUDED THE OTHER VASQUEZ BROTHERS, THE BROTHER

23   OF JAVIER, ANTONIO, ELISEO, THEIR NEPHEW, ANTONIO, JUNIOR, AND

24   OTHER PEOPLE.  THIS ENTERPRISE HAD MANY LEADERS, IT HAD MANY

25   BODYGUARDS, AND NONE OF THIS COULD HAVE HAPPENED, NONE OF THIS

1    WAS POSSIBLE WITHOUT THE ASSISTANCE AND PROTECTION OF LAW

2    ENFORCEMENT OFFICIALS IN THE REPUBLIC OF MEXICO.

3           NOW INTO THIS DEN OF WOLVES IN GUADALAJARA CAME THE

4    D.E.A.   FOUR COURAGEOUS AGENTS MANNED THE GUADALAJARA D.E.A.

5    FIELD OFFICE.  ONE OF THOSE WAS ENRIQUE CAMARENA.

6           NOW, THESE MEN HAD LIMITED RESOURCES.  THESE MEN WERE

7    NOT ALLOWED TO MAKE ARRESTS.  THESE MEN WERE NOT LEGALLY

8    PERMITTED TO CARRY FIREARMS, THEY COULD NOT OBTAIN OR EXECUTE

9    SEARCH WARRANTS.  THEY DID THE BEST THEY COULD, AND THEY DID IT

10   WELL.

11          THEY DID SURVEILLANCE, THEY DEVELOPED AND RECRUITED

12   CONFIDENTIAL INFORMANTS.  FROM THESE INFORMANTS THEY DEVELOPED

13   SIGNIFICANT INTELLIGENCE INFORMATION.  AND FINALLY, WHEN IT WAS

14   NECESSARY, BECAUSE OTHERWISE NOTHING WOULD GET DONE OTHERWISE,

15   THESE D.E.A. AGENTS, INCLUDING CAMARENA, WOULD SHARE THIS

16   INTELLIGENCE INFORMATION WITH THEIR CORRUPT MEXICAN

17   COUNTERPARTS, HOPING AND PRAYING THAT THEY WOULD ACT TO SEIZE

18   AND ERADICATE MARIJUANA PLANTATIONS FOR QUANTITITES OF COCAINE.

19          SO THEY WORKED AND THEY WORKED VERY HARD, BUT

20   SOMETIMES WITH SOME HORRENDOUS AND TERRIFYING RESULTS -- THE

21   DEATH OF CAMARENA -- AND, IN FACT, POOR RESULTS FOR THOSE THAT

22   WERE UNFORTUNATELY MISTAKEN FOR D.E.A. AGENTS, ALBERTO RADELAT

23   AND JOHN WALKER.

24          ALBERTO RADELAT, A 32-YEAR-OLD YOUNG MAN, AN AVID

25   PHOTOGRAPHER, DECIDES TO VACATION FOR A PERIOD OF TIME AT IN

28-61

1    THE END OF DECEMBER OF '84, GOING INTO JANUARY OF 1985.  HE HAS

2    A FRIEND AND THAT FRIEND'S NAME IS JOHN WALKER.  HE STAYS WITH

3    JOHN WALKER.

4          MR. WALKER:  MARRIED, TWO CHILDREN, IN THE SERVICE OF

5    HIS COUNTRY, SERVED IN VIETNAM, 1968 TO 1969, WAS A MACHINE

6    GUNNER FOR THE MARINES.  HE STEPS ON A LAND MINE AND VIRTUALLY

7    BLOWS OFF HALF HIS LEG.  BUT AFTER INTENSE REHABILITATION AND

8    AFTER A LOT OF HARD WORK, HE IS ABLE TO WALK AGAIN, ALTHOUGH

9    ADMITTEDLY WITH A LIMP.

10         HE RECEIVED, IF YOU WILLING RECALL, TWO PURPLE HEARTS

11   FOR THIS.  AND JOHN WALKER, IN THE LATTER PART OF 1983, TAKES

12   HIS FAMILY TO MEXICO, NUMBER ONE, TO TRY TO WORK ON A MYSTERY

13   NOVEL; AND NUMBER 2, BECAUSE OF THE PESOS' DEVALUATION, THEY

14   CAN LIVE A LOT CHEAPER IN MEXICO.  SO EVE WALKER, JOHN WALKER

15   AND THE TWO DAUGHTERS GO LIVE IN GUADALAJARA'S.

16         AND AFTER A WHILE, EVE WALKER RETURNS TO ST. PAUL

17   MINNESOTA BECAUSE OF THE POOR QUALITY OF THE SCHOOLS FOR THE

18   CHILDREN.  AND JOHN WALKER REMAINS TO TRY TO FINISH THIS NOVEL.

19         AND WE KNOW NOW WHAT HAPPENS.  ON JANUARY 30, JOHN

20   WALKER IS JOINED BY ALBERTO RADELAT TO GO OUT FOR A CELEBRATORY

21   DINNER, BECAUSE ALBERTO WAS GOING TO BE RETURNING BACK TO HIS

22   HOME IN FT. WORTH, TEXAS THE FOLLOWING DAY.  WELL, THEY WERE

23   NEVER SEEN ALIVE AGAIN, AND WE KNOW WHAT HAPPENED IN LIGHT OF

24   THE TESTIMONY THAT YOU HAVE HEARD THROUGH THE GOVERNMENT

25   WITNESSES.

28-62

1          THE DAY OF JANUARY 30, 1985, HECTOR CERVANTES STANTOS

2     TESTIFIED FOR YOU THAT HE'S AT LA QUINTA, WHICH IS THE

3     RESIDENCE OF BARBA.  AND SEVERAL OF THE TIERRA LIBRE BROTHERS

4     ARE THERE, INCLUDING JAVIER VASQUEZ VELASCO.

5          NOW AT SOME POINT, CARO QUINTERO CALLS THE HOUSE AND

6     ASKS FOR BARBA.  BARBA IS IN THE SHOWER -- HECTOR CERVANTES

7     TOLD YOU THAT -- AND HE LEAVES A MESSAGE FOR BARBA THROUGH MR.

8     CERVANTES.  TELL BARBA WE'RE GOING TO BE AT LA LANGOSTA, TO

9     COME JOIN US, IF HE WANTS.

10          BARBA GETS OUT OF THE SHOWER, CERVANTES TELLS HIM,

11    AND BARBA LEAVES TO GO TO LA LANGOSTA.  MR. CERVANTES TOLD YOU

12    THAT HE TOOK SEVERAL OF HIS GUARDS WITH HIM, INCLUDING JAVIER

13    VASQUEZ VELASCO.

14          LATER THAT EVENING YOU WILL ALSO RECALL WHEN

15    CERVANTES TOLD YOU JAVIER BARBA RETURNS, ALONG WITH THE NEPHEW

16    OF THE DEFENDANT, ANTONIO VASQUEZ OCHOA, AND BOTH THESE MEN ARE

17    BLOODY FROM HEAD TO FOOT.  BOOTS, PANTS, SHIRT, COAT, EVEN

18    THEIR FIREARMS.

19          JAVIER BARBA GIVES HIS 9 MILLIMETER BROWNING TO

20    CERVANTES TO CLEAN IT BECAUSE IT IS SO FULL OF BLOOD.

21    CERVANTEZ INQUIRES WHAT HAPPENED.  YOU HEARD THE TESTIMONY.

22    BARBA REPLIES THAT THERE WERE THESE DAMNED GRINGOS THAT WERE

23    SPYING ON US AT THE RESTAURANT THAT WERE BEATEN.  ONE OF THEM

24    IS NOW DEAD AND THE OTHER ONE STILL MAY BE ALIVE.

25          ANTONIO VASQUEZ, THE NEPHEW, CONFIRMS THAT AND HE

28-63

1   SAYS THE SAME THING TO CERVANTES.

2          THE NEXT DAY, LADIES AND GENTLEMEN, JAVIER VASQUEZ

3   GOES TO LA QUINTA LOOKING FOR BARBA.  AND JAVIER VASQUEZ TELLS

4   MR. CERVANTES, "TELL BARBA THAT THE AMERICANS ARE DEAD, THAT

5   THEY WERE KILLED WITH ICE PICKS."

6          LET'S GO STRAIGHT TO THE RESTAURANT, BECAUSE WE HAVE

7   A WITNESS WHO WAS THERE.  MR. ENRIQUE PLASCENCIA AGUILAR, THE

8   MAN WHO SERVED IN THE MILITARY AND SERVED WITH THE I.P.S.

9          AND ABOUT JANUARY OF 1985, YOU WILL RECALL, HE WAS

10  WORKING AS AN AGENT WITH THE I.P.S., WHICH IS AGAIN A POLITICAL

11  INVESTIGATION AGENCY IN THE REPUBLIC OF MEXICO.

12         NOW, MR. PLASCENCIA IDENTIFIED A PHOTOGRAPH OF JAVIER

13  VASQUEZ AS BEING THE MAN THAT HE SAW AT LA LANGOSTA.  NOW, YOU

14  MAY RECALL HE STOOD UP, COULD NOT MAKE AN IN-COURT

15  IDENTIFICATION, AND THERE IS AN EXPLANATION FOR THAT.  AND I

16  ASK YOU TO LOOK AT GOVERNMENT EXHIBIT 173.  173.  SCRUTINIZE IT

17  CAREFULLY.

18         NUMBER 8 IS JAVIER VASQUEZ, THE DEFENDANT.  THIS IS

19  HOW HE LOOKED AT ABOUT THE TIME OF THE INCIDENT, AND YOU'LL SEE

20  THAT HE LOOKS VERY MUCH DIFFERENT.  BUT MR. PLASCENCIA TOLD YOU

21  HE HAD SEEN THIS MAN BEFORE.  IN FACT, HE HAD CONTACT WITH HIM

22  REPEATEDLY.  THIS IS THE MAN WHO HE SAW BEATING ON THE

23  AMERICANS.

24         MR. PLASCENCIA TELLS YOU AT ABOUT 2:00 HE'S GETTING

25  OFF DUTY WITH SIX OTHER COLLEAGUES OF HIS FROM THE I.P.S.,

28-64

1    INCLUDING LUIS GONZALES ONTIVEROS, WHO'S THE SUPERVISOR OF THAT

2    GROUP OF MEN, AND THEY'RE DRIVING IN A VAN.

3            THEY'RE GOING TO LA ESTANCIA HOTEL TO REST BECAUSE

4    THEY'RE COMING OFF DUTY.  IT IS ABOUT 2:00.

5            GONZALEZ ONTIVEROS IS DRIVING, PARKS -- HERE WE HAVE

6    NUMBER ONE, THE VAN, LITERALLY IN FRONT OF THE ENTRANCE TO LA

7    LANGOSTA.  AS THEY'RE WALKING PAST THE ENTRANCE TO THE

8    RESTAURANT TO HEAD UP TO THE HOTEL, LA ESTANCIA, THEY POKE

9    THEIR HEADS IN AND SEE CARO QUINTERO AND 40 TO 50 OTHER

10   NARCOTICS TRAFFICKERS, POLICE OFFICIALS AND BODYGUARDS THERE

11   EATING, DRINKING.

12           CARO INVITES THEM IN.  THEY ENTER.  CARO TELLS THE

13   WAITER, "SET THESE GUYS UP SOMEPLACE", AND THEY ARE.  HERE, AT

14   NUMBER THREE, AT THIS TABLE, IS WHERE MR. PLASCENCIA'S GROUP IS

15   ESTABLISHED.

16           HERE, AT NUMBER TWO, IS THE TABLE WHERE CARO QUINTERO

17   AND OTHER HEAVY WEIGHTS WERE SITTING.  AND YOU RECALL THE

18   TESTIMONY OF PLASCENCIA.

19           THE WAY PEOPLE WERE SITTING AT THIS RESTAURANT, TO

20   THE LEFT OF THIS RED LINE IS WHERE THE BOSSES SAT.  TO THE

21   RIGHT OF THIS RED LINE IS WHERE THE BODYGUARDS SAT.  AND IN

22   THIS GROUP HERE, ALONG WITH CARO QUINTERO, THERE WERE OTHER

23   HEAVY WEIGHTS.

24           FONSECA ARRIVES SHORTLY THEREAFTER.  HE SITS IN THAT

25   AREA.  JAVIER BARBARA IS THERE.  JORGE BARBA, HIS BROTHER IS

1   ALSO THERE.   JUAN GILBERTO HERNANDEZ, ET CETERA, ET CETERA.

2          7:00 COMES AROUND.   PLASCENCIA AND HIS GROUP ARE

3   ORDERED BY GONZALES ONTIVEROS TO HEAD OUT.   THEY WALK OUT OF

4   THE RESTAURANT, THEY GET BACK IN THE VAN, THE LAST ONE IN THE

5   VAN WHO CLOSES THE SLIDING DOOR IS PLASCENCIA.

6          AND AS HE'S DOING THAT, HE TURNS BACK IN THE

7   DIRECTION OF THE RESTAURANT AND SEES WHAT ARE CLEARLY TO HIM

8   NOT MEXICAN NATIONALS BECAUSE OF THE MANNER OF DRESS AND THE

9   COLOR OF THEIR SKIN -- HE CALLED THEM WHITE -- I SUBMIT TO YOU

10  THESE ARE THE TWO AMERICANS, JOHN WALKER AND ALBERTO RADELAT.

11         HE SEES THEM ENTER THE RESTAURANT, AND JUST AS THAT

12  VAN IS ABOUT TO PULL OUT, PLASCENCIA SEES ONE OF THE MEN AT

13  THESE SWINGING, SALOON-TYPE DOORS SUDDENLY APPEAR TO FALL BACK

14  INTO THE RESTAURANT.   THIS RAISES THE CURIOSITY OF PLASCENCIA

15  AND HIS COLLEAGUES.

16         GONZALES SAYS, "LET'S GET OUT AND GO CHECK IT OUT."

17  THEY GO UP TO THE FRONT AND LOOK IN.   PLASCENCIA HAS A VIEW OF

18  WHAT IS GOING ON INSIDE THE RESTAURANT, AND THIS IS WHAT HE

19  SAW.   HE WAS VERY SPECIFIC ABOUT HIS TESTIMONY.

20         THERE ARE TWO MEN, NUMBER 4 HERE AND NUMBER 5.

21  NUMBER ONE, THE HEAD OF THE MAN IS POINTED TOWARD THE STORAGE

22  ROOM, AND THE OTHER MAN'S HEAD IS POINTED TOWARD THE ENTRANCE

23  WHERE I STOOD.   THIS IS PLASCENCIA TALKING.

24         BOTH MEN ARE LIFTED CLOSE TO CHEST HIGH LEVEL.

25  THEY'RE BEING CARRIED AND BEATEN SIMULTANEOUSLY AND REPEATEDLY

28-66

1    BY A GROUP OF 10 TO 15 MEN.

2            IN THIS GROUP OF 10 TO 15 MEN ARE INCLUDED JAVIER

3    BARBA, HIS BROTHER JORGE BARBA, THE TIERRA LIBRE BROTHERS, HIS

4    BROTHER ANTONIO, ELISEO, AND THIS MAN EZEQUIEL GODINEZ, WHO'S

5    LIKE A MEMBER OF THE FAMILY BECAUSE HE'S ALWAYS WITH THE TIERRA

6    LIBRE BROTHERS.  JUAN GILBERTO HERNANDEZ IS ALSO BEATING AND

7    CARRYING THE MEN.

8            REMEMBER WHAT PLASCENCIA TOLD YOU, BECAUSE THIS IS

9    IMPORTANT.  BARBA HAS HIS GUN AND HE, WHILE CARRYING ONE OF THE

10   AMERICANS WITH HIS LEFT HAND, IS BEATING THE AMERICAN WITH HIS

11   GUN, WHICH IS IN HIS RIGHT HAND.  AND HE'S BEATING HIM

12   FEROCIOUSLY.

13           WELL, THAT'S IMPORTANT BECAUSE REMEMBER WHAT

14   CERVANTES TOLD YOU.  WHEN BARBA GOES BACK TO HIS HOUSE AT LA

15   QUINTA, HE'S BLOODY FROM HEAD TO FOOT AND HIS 9 MILLIMETER

16   BROWNING IS SO FULL OF BLOOD THAT CERVANTES HAD TO CLEAN IT.

17           THIS IS CORROBORATION FOR YOU, LADIES AND GENTLEMEN.

18   MERELY ONE EXAMPLE, BUT THERE ARE COUNTLESS THAT PERMEATE THIS

19   ENTIRE TRIAL.  THEY'RE ABLE TO OBSERVE THIS FOR A SHORT PERIOD

20   OF TIME.

21           FINALLY, GONZALES ONTIVEROS GIVES THE ORDER TO HIS

22   MEN.  "LET'S GO."  THEY WALK OUT AND GET BACK INTO THE VAN.

23   THEY FILE INTO THE VAN, PLASCENCIA CLOSES THE DOOR AND THEY

24   LEAVE.  THAT'S WHAT HAPPENED AT LA LANGOSTA ON JANUARY 30 OF

25   1985.

28-67

1      THERE IS NO DOUBT, TALKING IN TERMS OF CORROBORATION,

2   THAT LA LANGOSTA IS WHAT -- IS THE RESTAURANT WHERE THIS

3   OCCURRED.  DO YOU REMEMBER THE TESTIMONY OF SPECIAL AGENT TOM

4   GONZALEZ?  THIS WAS A MAN WHO WAS ON TEMPORARY DUTY DOING

5   SURVEILLANCE IN GUADALAJARA.  DO YOU REMEMBER WHAT HE TOLD YOU

6   IN HIS TESTIMONY?

7      "OUR GOAL WAS TO DO SURVEILLANCE OF WHERE THE DRUG

8   TRAFFICKERS HUNG OUT.  THAT INCLUDED HOTELS, HOUSES AND LA

9   LANGOSTA."

10      AND, IN FACT, THIS IS WHAT GOMEZ TOLD YOU, WE HAD

11   INTELLIGENCE INFORMATION THAT THE OWNER WAS MANUEL SALCIDO, EL

12   COCHI LOCO.  WELL HE'S A MEMBER OF THIS ENTERPRISE, IF YOU WILL

13   RECALL.  IN FACT, WE WERE WARNED, SAID MR. GOMEZ, TO SAY AWAY

14   FROM THIS AREA BECAUSE IT WAS SO PROFOUNDLY DANGEROUS THAT WE

15   WOULD BE THREATENED, IF NOT ENDANGERED, IF OUR IDENTITIES WERE

16   REVEALED.

17      THIS FURTHER CORROBORATES PLASCENCIA AND FURTHER

18   CORROBORATES CERVANTES.  THERE IS NO DOUBT, BY THE WAY, THAT

19   THE REMAINS FOUND IN THE MIDDLE OF JUNE OF 1985 AT LA PRIMAVERA

20   PARK IN THE CITY OF GUADALAJARA WERE THE REMAINS OF ALBERTO

21   RADELAT AND OF MR. WALKER.  AND WE KNOW THAT BECAUSE WE HAD

22   IDENTIFICATIONS OF THE REMAINS BY FAMILY MEMBERS.

23      YOU WILL RECALL MR. RADELAT, THE FATHER OF ALBERTO

24   RADELAT, WHO'S A PRACTICING PHYSICIAN IN FT. WORTH, TEXAS, CAME

25   HERE AND TESTIFIED FOR YOU THAT THAT WAS HIS SON.  HE COULD

1    TELL BY CHILDHOOD INJURIES AND FRACTURES THAT HIS SON HAD

2    INCURRED WHEN HE WAS A KID, INCLUDING HE WRIST AND THE JAW.

3           IN FACT, THE JAW STILL HAD THE WIRE.  HE COULD TELL

4    BY THE SIZE OF THE SKELETON; IT WAS FIVE-SEVEN AND A HALF.

5    FINALLY, THE CLOTHES, THE PLAID NIEMAN-MARCUS SHIRT, THE

6    SHARKSKIN BOOTS, THE JEWELRY FOUND IN THE REMAINS -- THAT WAS

7    ALBERTO RADELAT.

8           AND THERE IS NO DOUBT, BECAUSE THAT REMAINS OF

9    ALBERTO WAS FOUND WITH JOHN WALKER, THAT THE OTHER REMAINS WAS

10   ALSO THAT OF JOHN WALKER, BECAUSE EVE WALKER, THE WIDOW,

11   TESTIFIED FOR YOU.

12          IF YOU WILL RECALL, SHE DESCRIBED THAT ONE OF THE

13   EYES WAS THE SAME EYE COLOR AS JOHN WALKER'S, THAT THE REMAINS

14   HAD A TERRIBLE SHIN INJURY OR CALLUSING, WHICH IS IN THE EXACT

15   SAME PLACE WHERE JOHN WALKER HAD HAD WHEN HE WAS ALIVE, AGAIN

16   BECAUSE OF THE VIETNAM INJURY THAT HE HAD SUSTAINED.

17          AGAIN, SHE ALSO IDENTIFIED THE CLOTHES, THE JEANS AND

18   THE T-SHIRT AND NIKE TENNIS SHOES, WHICH WORE OUT BECAUSE OF

19   THE THE UNUSUAL WALK OF JOHN WALKER, WHICH WORE OUT IN A VERY

20   UNIQUE WAY.

21          DR. RADELAT ALSO TOLD YOU THAT THERE WAS A 5 TO 6

22   CENTIMETER DIAMETER HOLE IN THE SKULL OF JOHN WALKER.

23          LADIES AND GENTLEMEN, COUNTS 1 THROUGH 4 CHARGE THE

24   VARIOUS DEFENDANTS IN THIS CASE WITH VIOLATIONS OF STATUTE THAT

25   ESSENTIALLY STATES THAT YOU CANNOT COMMIT VIOLENT CRIMES IN AID

28-69

1    OF RACKETEERING, IN AN ENTERPRISE ENGAGED IN RACKETEERING.  AND

2    THERE ARE VARIOUS ELEMENTS THAT YOU'LL NEED TO ESTABLISH TO

3    FIND THE DEFENDANTS GUILTY OF THESE PARTICULAR CHARGES.

4            I JUST WANT TO FLAG SOMETHING FOR YOU -- AN

5    ENTERPRISE -- BECAUSE THIS IS THE WORD IN THE STATUTE.

6            "AN ENTERPRISE DOES NOT HAVE TO BE A CORPORATION

7        WHERE YOU FILE DOCUMENTS WITH THE SECRETARY OF STATE

8        FOR THAT RESPECTIVE AREA, IT CAN BE ANY KIND OF

9        ASSOCIATION, WHETHER IT'S LEGAL OR NOT, THAT IS

10       ENGAGED IN A CONDUCT THAT AFFECTS INTERSTATE OR

11       FOREIGN COMMERCE."

12           AND LADIES AND GENTLEMEN, THAT IS WHAT THIS

13   ENTERPRISE WAS.  BECAUSE IN THEIR NARCOTICS TRAFFICKING, IT

14   CROSSED INTERNATIONAL BOUNDARIES FROM MEXICO TO SOUTHERN

15   CALIFORNIA AND ELSEWHERE IN THE UNITED STATES.

16           ANOTHER DEFINITION I JUST WANT TO FLAG FOR YOU.

17   RACKETEERING ACTIVITY.  IT IS A FANCY WAY OF SAYING THAT YOU

18   CAN'T ENGAGE OR DEAL IN NARCOTICS TRAFFICKING.  THAT IS WHAT

19   RACKETEERING ACTIVITY IS.  THAT IS WHAT THIS ENTERPRISE DID,

20   AND IT WAS PLAINLY AND UNEQUIVOCALLY ILLEGAL.

21           JOHN WALKER AND ALBERTO RADELAT WERE MURDERED ON

22   JANUARY 30, 1985.  ONE WEEK LATER EXACTLY.  WE KNOW NOW WHAT

23   HAPPENS TO SPECIAL AGENT CAMARENA, AND THE CONFIDENTIAL

24   INFORMANT WHO WORKED WITH HIM, MR. ALFREDO ZAVALA.

25           IN '85 YOU HAVE FOUR AGENTS IN THE GUADALAJARA

28-70

1    OFFICE.  ONE OF THE STAR AGENTS IS MR. CAMARENA.  YOU HAVE

2    HEARD TESTIMONY.  HE WAS A HARD WORKER.  HE WAS PERHAPS THE

3    MOST VISIBLE AGENT OUT OF THE GUADALAJARA OFFICE BECAUSE OF THE

4    WORK THAT HE DID.

5            AND FINALLY, HE WAS REASSIGNED, AND IN MARCH OF 1985,

6    A SHORT MONTH FROM THE TIME OF HIS ABDUCTION, HE WAS HEADED

7    BACK HOME.  HE WAS COMING BACK TO THE STATES.

8            ALFREDO ZAVALA, AN INFORMANT THAT WORKED WITH

9    CAMARENA, HE WAS A PILOT FOR 15 YEARS WITH A GOVERNMENT AGENCY

10   IN MEXICO.  AND WHAT ZAVALA DID WAS HE WOULD FLY CAMARENA AND

11   KUYKENDALL AROUND TO TRY TO LOCATE MARIJUANA PLANTATIONS.  HE

12   WOULD PROVIDE MAPS AND DOCUMENTS TO CAMARENA AND OTHER AGENTS

13   TO ASSIST THEM IN THEIR INVESTIGATIONS.

14           AND ON FEBRUARY 5, YOU KNOW NOW THROUGH THE TESTIMONY

15   OF HIS SON, LUIS, THAT HE FLEW TO DURANGO ON BUSINESS AND HE

16   NEVER WAS SEEN AGAIN ALIVE IN GUADALAJARA.

17           ON FEBRUARY 7, YOU HAD TESTIMONY THAT CAMARENA GOES

18   TO WORK AT THE D.E.A. OFFICES IN THE U.S. EMBASSY, THE U.S.

19   CONSULATE IN THE CENTER OF GUADALAJARA.  HE DRIVES A BLUE

20   TRUCK.

21           AT OR ABOUT 2:00 OR 2:15 HE TELLS SECRETARY MIRIAM

22   ANGULO, WHO TESTIFIED FOR YOU, THAT HE WAS GOING OUT TO LUNCH

23   TO JOIN HIS WIFE, AND IF HIS WIFE CALLED, TO TELL HER THAT HE

24   WAS ON HIS WAY.  HE LEFT HIS GUN AND CREDENTIALS ON HIS DESK

25   AREA.  HE IS NOT SEEN AGAIN.

28-71

1          THE FOLLOWING MORNING, FEBRUARY 8, THERE IS A FRANTIC

2    CALL TO AGENT KUYKENDALL, WHO'S THE RESIDENT AGENT IN CHARGE OF

3    THAT OFFICE FROM ANOTHER AGENT.  EVIDENTLY, CAMARENA'S WIFE HAD

4    CALLED.  CAMARENA NEVER MADE IT HOME.  SHE WAS UPSET.

5          KUYKENDALL MOVES INTO ACTION.  HE IMMEDIATELY GOES TO

6    WORK, CALLS IN HIS OTHER AGENTS OF THE GUADALAJARA OFFICE,

7    STARTS MAKING PHONE CALLS, SENDS OUT FEELERS, CHECKS WITH

8    INFORMANTS, BUT HE IS NO WHERE TO BE FOUND.  BUT HE DOES FIND

9    THE BLUE TRUCK PARKED ACCROSS THE STREET AT THE RESTAURANT.

10   THERE WAS DEW ON IT, INDICATING THAT IT HAD BEEN LEFT THERE ALL

11   NIGHT.

12         THE ALARM SYSTEM WAS TURNED OFF.  VERY UNUSUAL FOR

13   CAMARENA TO DO THAT, AGENT KUYKENDALL TOLD YOU.   MOST

14   SURPRISINGLY, AND PERHAPS WHAT WORRIED KUYKENDALL THE MOST, WAS

15   THE GUN AND THE CREDENTIALS WERE STILL ON CAMARENA'S DESK,

16   SOMETHING CAMARENA NEVER DID.

17         AT ABOUT 4:00 ON THIS DATE, FEBRUARY 7TH, YOU KNOW

18   THAT LUIS ZAVALA FOUND KUYKENDALL AND ADVISED KUYKENDALL THAT

19   ZAVALA WAS NO WHERE TO BE FOUND.  THEY COULDN'T FIND HIS FATHER

20   AND THEY HAD CHECKED WITH VARIOUS POLICE AGENCIES IN MEXICO AND

21   GUADALAJARA TO NO AVAIL.

22         FEBRUARY 9TH, MORE D.E.A. AGENTS ARE NOW ARRIVING IN

23   GUADALAJARA TO ASSIST WITH THE INVESTIGATION OF THE

24   DISAPPEARANCE OF AGENT CAMARENA.

25         AND AGAIN, AS I'VE INDICATED TO YOU, IRONICALLY,

28-72

1    MANUAL IBARRA, THE DIRECTOR OF THE M.F.J.P. WHO WAS PRESENT AT

2    THESE MEETINGS TO DISCUSS THE KIDNAPPING, APPOINTS ARMANDO

3    PAVON REYES, WHO WAS ALSO PRESENT AT THESE MEETINGS TO DISCUSS

4    CAMARENA, AND PAVON IS SUPPOSED TO HEAD UP THE MEXICAN

5    INVESTIGATION INTO THE DISAPPEARANCE OF A D.E.A. AGENT.

6         WELL, HE DOES THAT. HE DOES THAT IN HIS OWN WAY,

7    BECAUSE YOU KNOW WHAT HAPPENED. THERE WAS BOGGLING TESTIMONY.

8    ON FEBRUARY 9, LEYVA WAS THERE, KUYKENDALL WAS THERE. THEY ARE

9    TRYING TO MAKE THESE MEXICAN FEDERAL POLICE MOVE. LET'S DO

10   SOMETHING. LET'S SEARCH HOUSES. THESE DON'T ACT.

11        THE D.E.A. GIVES THEM INTELLIGENCE INFORMATION.

12   AGAIN, THEY DON'T ACT. FINALLY, ARMANDO PAVON REYES MARCHES

13   OUT OF HIS OFFICE AND BARKS OUT ORDERS TO A GROUP OF D.E.A.

14   AGENTS AND HIS PEOPLE, HIS M.F.J.P. AGENTS, "LET'S GO".

15        BY THE WAY, RECALL THAT PAVON DEMANDED THAT THE

16   D.E.A. RENT 10 CARS FOR HIM. I GUESS THEY DON'T HAVE CARS IN

17   GUADALAJARA TO ASSIST IN THIS INVESTIGATION.

18        THESE MEN GET INTO A CARAVAN OF CARS. THERE'S ABOUT

19   40 TO 50 AGENTS, INCLUDING THREE OR FOUR D.E.A. AGENTS,

20   INCLUDING SAL LEYVA, WHO TESTIFIED.

21        THEY GO IN A CARAVAN, THEY GO TO THE GUADALAJARA

22   AIRPORT. IT'S FEBRUARY 9, AND THEN THIS IS WHAT HAPPENS.

23        PAVON EXITS HIS CAR VIRTUALLY RUNNING. HE STARTS

24   RUNNING IN THE DIRECTION OF A HANGAR. HE BARKS OUT TO HIS

25   AGENTS "CORTEN CARTUCHO", CHAMBER A ROUND.

28-73

1       REMEMBER WHAT LEYVA TOLD YOU?  IT WAS SOMETHING OUT

2   OF THE TWILIGHT ZONE.  YOU COULD YOU HEAR ALL THESE RIFLES

3   GETTING READY TO CHAMBER A ROUND.  HE RUNS IN THE DIRECTION OF

4   A JET.

5       AND WHAT DO WE FIND THERE?  WE FIND CARO QUINTERO AND

6   BETWEEN FIVE AND EIGHT OF HIS BODYGUARDS.  EVERY MAN THERE,

7   INCLUDING CARO, IS ARMED WITH AN AK-47 AUTOMATIC WEAPON.  IT'S

8   LIKE A MACHINE GUN.  YOU PULL THAT TRIGGER AND IT KEEPS FIRING.

9       THEY HAVE THESE ENORMOUS DRUMS.  LEYVA HAD NEVER SEEN

10  ANYTHING LIKE THIS IN HIS ENTIRE LIFE.  THESE ROUNDS COULD HOLD

11  100 ROUNDS.  ONE OF THE BODYGUARDS STANDING DIRECTLY TO THE

12  RIGHT OF CARO QUINTERO WAS THAT MAN, BERNABE RAMIREZ.  HE ALSO

13  HAS AN AK-47.

14      THERE IS A STAND OFF.  IT WAS INCREDIBLY TENSE.

15  LEYVA HAD NIGHTMARES ABOUT THIS, YOU MAY RECALL.  I GUESS IN

16  RETROSPECT IT SOUNDS FUNNY, BUT YOU KNOW IT ISN'T, BECAUSE IT

17  COULD HAVE BEEN INCREDIBLY TRAGIC IF ONE ROUND HAD BEEN FIRED.

18      THERE IS THIS CONFRONTATION.  IT IS TENSE.  PAVON AND

19  HIS MEN WITH THEIR AR-15 SEMI-AUTOMATIC WEAPONS -- THEY ARE

20  INCREDIBLY OUT GUNNED -- ARE POINTING THEIR GUNS AT CARO AND

21  HIS PEOPLE.  BERNABE AND CARO ARE POINTING BACK WITH THEIR

22  AK-47S.  BOTH SIDES ARE YELLING AT EACH OTHER.  "PUT YOUR GUNS

23  DOWN.  WHO IS IN CHARGE?  NO, YOU PUT YOUR GUNS DOWN."  DO YOU

24  REMEMBER THAT TESTIMONY?

25      FINALLY, CARO QUINTERO INQUIRES "WHO IS IN CHARGE

28-74

1    HERE?"  PAVON PIPES UP, "I AM."  PAVON GOES AND TALKS TO CARO

2    QUINTERO PRIVATELY.  YOU CAN SEE THEM BUT YOU CAN'T HEAR THEM.

3    THAT'S WHAT LEYVA TOLD YOU.

4              THEY'RE TENSE AT FIRST, AND THEN SOMETHING HAPPENS.

5    CARO AND PAVON GIVE EACH OTHER -- WELL, THEY PUT THEIR ARM

6    AROUND EACH OTHER, AND THEN PAVON MARCHES OFF TO THE HANGAR

7    BELONGING TO THE M.F.J.P., FOLLOWED BY TWO OF HIS GUARDS AND

8    FOLLOWED BY LEYVA.  PAVON DIDN'T KNOW THAT LEYVA WAS TAGGING

9    ALONG.

10             PAVON GOES INSIDE THE OFFICE AND PUTS TWO OF HIS

11   GUARDS OUTSIDE.  PAVON GETS ON THE PHONE.  LEYVA FOLLOWS ALONG.

12   PAVON DOESN'T KNOW HE'S THERE.  LEYVA TOLD YOU PAVON IS ON THIS

13   PHONE GOING, "YES, SIR, YES, SIR"  VERY DEFERENTIALLY.  I

14   SUBMIT TO YOU THE MAN HE'S TALKING TO IS THIS MAN RIGHT HERE,

15   MANUEL IBARRA, BECAUSE NOTHING HAPPENS WITHOUT IBARRA BEING

16   APPRISED.

17             FINALLY, PAVON HANGS UP THE PHONE, TURNS AROUND, AND

18   THERE IS LEYVA.  HE'S SHOCKED.  HE DOESN'T EVEN TALK TO LEYVA.

19   HE WALKS RIGHT PAST HIM, WALKS AT A BRISK PACE AND LEAVES LEYVA

20   BEHIND, GOES BACK AND TALKS TO CARO QUINTERO AGAIN, WHO THIS

21   WHOLE TIME, BY THE WAY, IS SITTING ON THE STATION WAGON,

22   LEANING ON THE STATION WAGON WITH HIS GUN.  HE HAS A GUARD OF

23   HIS WITH HIM WITH A SHOTGUN, AND HE'S THERE SMILING, WANTING TO

24   KNOW WHO IS IN CHARGE.

25             PAVON COMES BACK, MEETS AGAIN WITH PAVON REYES,

28-75

1    PRIVATELY THIS TIME, SORT OF TO THE REAR OF THIS LEAR JET WHICH

2    BELONGS TO CARO.  AGAIN, THEY SPEAK ANIMATEDLY AND NOW,

3    REMEMBER WHAT LEYVA TOLD YOU?

4            SUDDENLY CARO'S FACE GOES FROM ONE OF TENSION TO

5    EXTREME RELAXATION.  REMEMBER WHAT CARO TOLD YOU?  LEYVA TOLD

6    YOU IT'S LIKE THEY WERE OLD FRIENDS.

7            CARO IS ALLOWED TO GET INTO THAT JET WITH MANY OF HIS

8    BODYGUARDS, AND AS THAT LEAR JET IS TAXIING AWAY, REMEMBER WHAT

9    HAPPENS?  IT'S LIKE THE ULTIMATE SLAP IN THE FACE TO AGENTS

10   THAT ARE TRYING TO DO THEIR JOB AND TO FIND A FALLEN COMRADE.

11           CARO IS AT THE DOORWAY TO THIS JET, AND HE HAS A

12   BOTTLE OF CHAMPAGNE, AND HE'S TOASTING THE M.F.J.P. AGENTS AND

13   THE D.E.A. AND HE BASICALLY SAYS SOMETHING LIKE, "NEXT TIME, MY

14   CHILDREN, COME BACK WITH BETTER TOYS", REFERRING TO THE

15   SEMI-AUTOMATIC WEAPONS THAT THE D.E.A. AND THE M.F.J.P. AGENTS

16   HAVE.  AND CARO IS ALLOWED TO LEAVE.

17           AND YOU KNOW WHAT HAPPENS.  HE GOES TO COSTA RICA AND

18   LATER, IN APRIL, HE'S ARRESTED THERE.  AND WHEN HE'S

19   ARRESTED -- THIS IS THE TESTIMONY OF SPECIAL AGENT SANDY

20   GONZALES -- THEY FIND GOVERNMENT EXHIBIT 72.  REMEMBER THE

21   FANCY .45 CALIBER WITH "R-1"?  THIS IS THE CALL SIGNAL FOR CARO

22   QUINTERO.  MANNY TOLD YOU ABOUT THAT WHEN WAS IN GUADALAJARA

23   AND USING THE ELABORATE COMMUNICATION SYSTEM.

24           THIS IS THE GUN.  TAKE A LOOK AT THIS.  THIS IS THE

25   KIND OF WEAPONS THAT THESE PEOPLE HAD.  HE ALSO IDENTIFIED FOR

20

28-76

1    YOU THIS.  THIS IS THE BRACELET THAT SAL LEYVA TOLD YOU HE SAW

2    CARO QUINTERO WEARING AT THE AIRPORT.  IT WAS ABOUT FOUR OR

3    FIVE INCHES WIDE, COMPLETELY COVERED IN DIAMONDS, AND AGAIN,

4    THE CALL NAME OR NUMBER "R-1".

5            BERNABE HELPED CARO ESCAPE.  THAT'S WHAT HE'S CHARGED

6    WITH IN COUNT 8, AS AN ACCESSORY AFTER THE FACT.  YOU HAVE TO

7    FIND TWO ELEMENTS TO CONVICT HIM OF THIS.  ONE, THAT HE KNEW

8    THAT CARO QUINTERO HAD PARTICIPATED SOMEHOW IN THE KIDNAPPING

9    AND CAUSING THE MURDER OF ZAVALA.

10            NUMBER 2, THAT HE HELPED CARO ESCAPE.  WHERE HE

11   HELPED CARO WITH THE INTENT TO PREVENT HIS APPREHENSION OR

12   ARREST BY LAW ENFORCEMENT OFFICIALS.  THERE IS OVERWHELMING

13   EVIDENCE OF THAT FACT, AND I'LL DISCUSS IT IN A LITTLE BIT MORE

14   DETAIL LATER.

15            THE TESTIMONY OF LEYVA IS UNMITIGATED, CLEAR

16   TESTIMONY THAT THAT WAS THE MAN THAT WAS POINTING THE GUN AT

17   HIM.  YOU ALSO HAVE BERNABE'S OWN WORDS ON THE UNDERCOVER TAPES

18   WITH AGENT BERRELLEZ WHERE HE OWNS UP AND ADMITS TO BEING

19   THERE.

20            NOW, A PECULIAR THING IS HAPPENING IN GUADALAJARA AT

21   OR ABOUT THIS TIME, FEBRUARY 8, 9, 10, ET CETERA.  EVERYBODY IS

22   GETTING OUT OF TOWN.  BY "EVERYBODY", I MEAN THE NARCOTICS

23   TRAFFICKERS.

24            CARO GOT THE HELL OUT OF THERE.  YOU KNOW FONSECA

25   FLED ALSO BECAUSE YOU HEARD TESTIMONY TO THAT EFFECT.  AND YOU

28-77

1   KNOW WHO ELSE FLED?  MATTA BALLESTEROS.  BUT THE DAY BEFORE HE

2   GETS OUT OF TOWN, AGENTS TESTIFIED FOR YOU THAT THEY GO ALONG

3   WITH M.F.J.P. OFFICIALS, AFTER ASKING REPEATEDLY THAT THEY DO

4   THIS -- TO GO TO A HOUSE OF GALLARDO.

5           AND WHEN THEY'RE THERE, YOU HEARD TWO AGENTS TESTIFY

6   ABOUT THIS.  AT THE HOUSE OF GALLARDO, THEY FIND SOME VERY

7   INTERESTING THINGS.  EXHIBIT 63, A PHOTOGRAPH -- AND THIS IS IN

8   THE HOUSE OF GALLARDO IN THE LIBRARY.  THERE IS CAMARENA.

9           THEY ALSO FIND, VIRTUALLY RIGHT NEXT TO IT, I THINK

10  ON THE SHELF, EXHIBIT 65, A PHOTO OF TWO MEN STANDING IN FRONT

11  OF A ROLLS ROYCE, AND THE TWO MEN ARE MATTA BALLESTEROS AND

12  FELIX GALLARDO.

13          FEBRUARY 12TH.  IT'S PICKING UP.  SURVEILLANCE IS

14  BEING CONDUCTED BECAUSE THE D.E.A. DOES NOT KNOW WHERE THEIR

15  FALLEN COLLEAGUE IS.  THEY'RE LOOKING FOR HIM, SO THEY DO

16  SURVEILLANCE.  AND YOU HEARD SEVERAL AGENTS TESTIFY ABOUT WHAT

17  HAPPENS ON FEBRUARY 12 AT THE PLAZA DEL SOL HOTEL.

18          FIRST, MR. TERRAZAS, A SPECIAL AGENT.  REMEMBER WHAT

19  HE TOLD YOU?  THIS IS INTERESTING AND I WANT TO FLAG IT FOR

20  YOU.

21          HE'S OUT THERE DOING SURVEILLANCE OUTSIDE THE PLAZA

22  HOTEL.  HE'S WALKING AROUND AND SEES ALL THESE ARMED BODYGUARDS

23  BECAUSE THEY HAVE BULGES, OR YOU CAN PLAINLY SEE THE WEAPON.

24  THEY DON'T NOTICE HIM.  THEY DON'T PAY ATTENTION TO HIM.

25          TERRAZAS IS GOING AROUND DOING HIS BUSINESS,

28-78

1    SURVEILLANCE.  THEN HE'S CALLED BACK TO M.F.J.P. HEADQUARTERS

2    TO MEET WITH ARMANDO PAVON REYES AND OTHER AGENTS TO DISCUSS

3    STRATEGY.

4         THEN IT'S DECIDED THAT A RADIO IS NEEDED BACK AT THE

5    HOTEL.  TERRAZAS VOLUNTEERS TO TAKE IT.  BUT {BEFORE|ABOVE} HE

6    TAKES IT, PAVON REYES LEAVES THE ROOM, AND HE'S A FIRST PREMIER

7    COMANDANTE WITH THE M.F.J.P., GOES TO AN OFFICE -- DOESN'T KNOW

8    THAT TERRAZAS IS BEHIND HIM.  HE GETS ON THE PHONE AND TURNS

9    AROUND AND HE'S SHOCKED TO SEE TERRAZAS, AND HE CLOSES THE DOOR

10   IN HIS FACE.

11        THEREAFTER, TERRAZAS GOES BACK TO THE HOTEL TO DO

12   CONTINUED SURVEILLANCE, AND WHAT HAPPENS NOW?  A MAN WHO HAD

13   NOT BEEN NOTICED PREVIOUSLY, HIS IDENTITY IS NOW VIRTUALLY

14   BURNED.  AS SOON AS HE HIT THE PAVEMENT OUTSIDE OF THE PLAZA

15   DEL SOL HOTEL, THOSE MEXICAN GUARDS OF MATTA AND THE DRUG

16   DEALERS SPOTTED HIM IMMEDIATELY.  THEY STARTED FOLLOWING HIM.

17   IN FACT, THEY POINT OUT TERRAZAS TO SOME OTHER BODYGUARDS.  HIS

18   COVER IS BURNED.

19        YOU KNOW WHY THIS HAPPENED.  PUT TWO AND TWO

20   TOGETHER.  ARMANDO PAVON REYES WHO LEFT CARO QUINTERO TO ALLOW

21   CARO QUINTERO TO ESCAPE -- ARMANDO PAVON REYES, WHO WAS AT A

22   MEETING ALONG WITH MATTA WHERE THEY DISCUSSED THE KIDNAPPING OF

23   SPECIAL AGENT CAMARENA -- THAT MAN, PAVON REYES, SHOT IN A CALL

24   TO THE HOTEL, BECAUSE SOON THEREAFTER MATTA IS SEEN LEAVING.

25        AND YOU KNOW HE'S SEEN LEAVING, BECAUSE TWO AGENTS

1    TOLD YOU ABOUT THIS.  SAL LEYVA AND MR. AGUILAR.  THEY WERE

2    BOTH THERE AT THE HOTEL AND IN THE LOBBY.  BOTH AGUILAR AND

3    LEYVA POSITIVELY IDENTIFIED THIS MAN RIGHT HERE AS THE MAN WHO

4    WAS CHECKING OUT AT 10:30, BY THE WAY, WHICH WAS ANOTHER WEIRD

5    THING.  WHO CHECKS OUT AT 10:30?  AGUILAR TOLD YOU THAT STRUCK

6    HIM AS VERY PECULIAR.

7         HE'S CHECKING OUT BECAUSE HE'S GETTING OUT OF TOWN

8    BECAUSE PAVON HAD WARNED HIM THAT THIS SURVEILLANCE WAS BEING

9    CONDUCTED.  AND HE GETS IN A CAR AND HE LEAVES.  AND THERE IS

10   NO DOUBT ABOUT THIS IDENTIFICATION, LADIES AND GENTLEMEN.  BOTH

11   AGENTS TESTIFIED ABOUT IT AND THEY WERE UNEQUIVOCAL THAT IT WAS

12   MATTA THAT THEY SAW LEAVING THE HOTEL.

13        I WANT TO JUMP FORWARD JUST A COMMENT BECAUSE THIS IS

14   A GOOD TIME TO BRING TO YOUR ATTENTION SOME STATEMENTS BY MATTA

15   BALLESTEROS WHEN HE IS INTERVIEWED IN BOGOTA, COLOMBIA ON OR

16   ABOUT APRIL OF 1985.  AGENT MIKE VIGIL TESTIFIED FOR YOU.

17        AFTER VIGIL GAVE THE MIRANDA RIGHTS TO DEFENDANT

18   MATTA, THIS IS WHAT DEFENDANT TOLD HIM.  HE MAKES INCREDIBLE

19   ADMISSIONS.  HE KNOWS FELIX GALLARDO.  HE KNOWS CARO QUINTERO.

20   IN FACT, GALLARDO INTRODUCED HIM TO CARO QUINTERO.  THAT'S WHAT

21   HE TELLS AGENT VIGIL.  AND THIS IS CRUCIAL.

22        HE TELLS AGENT VIGIL, WHEN ASKED, THAT THE LAST TIME

23   WAS IN MEXICO WAS FIVE MONTHS AGO, WHICH WOULD HAVE MADE IT

24   DECEMBER OF 1984, AND THAT'S A BALD FACE LIE BECAUSE TWO AGENTS

25   SAW HIM AT THE PLAZA DEL SOL HOTEL ON FEBRUARY 12TH OF 1985.

1            FINALLY, HE SAYS ANOTHER PECULIAR THING.  HE SAYS HE

2    KNOWS ABOUT THE CAMARENA CASE THROUGH THE NEWSPAPERS OR READING

3    ABOUT IT.  AND THEN HE BACK PEDALS AND SAYS, "NO, I HAVE

4    PERSONAL KNOWLEDGE, BUT WHAT I KNOW CAN GET ME KILLED."

5            OF COURSE HE HAS PERSONAL KNOWLEDGE, HE WAS AT THESE

6    MEETINGS.  HIS HAIR WAS FOUND AT LOPE DE VEGA.  THIS MAN WAS

7    INTIMATELY INVOLVED WITH THE PLAN TO KIDNAP CAMARENA.

8            ON MARCH 6, 1985, THE REMAINS OF CAMARENA AND ZAVALA

9    ARE FOUND ABOUT 70 MILES SOUTHEAST OF GUADALAJARA, A LITTLE

10   TOWN CALLED ZAMORA.  AGENTS TESTIFIED THAT THEY FOUND

11   IMMEDIATELY ADJACENT TO EACH BODY, WHICH ARE ON SLABS OF

12   CONCRETE, THE PILES OF CLOTHING FOR EACH RESPECTIVE VICTIM,

13   WHICH INCLUDES PANTS, T-SHIRTS, SWEAT SHIRTS, A BED SHEET USED

14   AS A BURIAL SHROUD, A BLINDFOLD CONSISTING OF GAUZE TAPE, ET

15   CETERA.

16           THE AGENTS, AGENT JOE GONZALES TESTIFIED FOR YOU THAT

17   EVENTUALLY THE MEXICAN POLICE TAKE HIM TO THIS AREA.  THIS IS

18   EXHIBIT 170.  THIS IS THE AREA THAT WE FOUND THE REMAINS OF

19   CAMARENA AND ZAVALA.  REMEMBER WHAT AGENT GONZALES TOLD YOU?

20   THERE WERE NO BODIES SECRETED THERE.  THAT MEANS THOSE BODIES

21   WERE DUMPED THERE.  THAT'S UNEQUIVOCAL.

22           MR. RON RAWALT OF THE F.B.I., AN EXPERT IN

23   MINEROLOGY, IF I'M PRONOUNCING THAT RIGHT, TESTIFIED FOR YOU,

24   AND HIS CONCLUSIONS WERE AS FOLLOWS.

25           HE TOOK SAMPLES OF SOIL FROM THE RIGHT KNEE OF

1  CAMARENA AND HE COMPARED IT TO THE SOIL FOUND HERE AT ZAMORA,

2  70 MILES AWAY FROM GUADALAJARA, ABSOLUTELY DISSIMILAR.  NO

3  MATCH AT ALL.  HE THEN TAKES THE SAME SOIL FROM CAMARENA AND

4  MATCHES IT TO SOIL FOUND AT THE GRAVE SITE WHERE THE REMAINS OF

5  RADELAT AND WALKER WERE FOUND AT PRIMAVERA PARK.

6       YOU RECALL WHAT HE TOLD YOU.  THERE WAS VIRTUALLY A

7  PERFECT MARCH BETWEEN SOILS.  IT MEANS THAT'S WHERE THE BODIES

8  WERE ORIGINALLY BURIED BEFORE THEY WERE EXHUMED AND DUMPED BY

9  THE ROADSIDE IN ZAMORA.

10      LET THERE BE NO DOUBT, SHOULD THERE BE ANY IN YOUR

11  MINDS, THAT THESE ARE WHO THE GOVERNMENT CLAIMS THEY ARE IN

12  TERMS OF THE REMAINS.  POSITIVE FINGERPRINT IDENTIFICATION FOR

13  THE REMAINS OF CAMARENA.  AND LUIS ZAVALA, THE SON, TESTIFIED

14  FOR YOU THAT HE WAS ABLE TO IDENTIFY THE REMAINS OF HIS FATHER

15  THROUGH A DENTAL BRIDGE THAT FIT PERFECTLY, THE VARIOUS SCARS

16  THAT WERE FOUND ON THE BODY THAT ALFREDO ZAVALA HAD.  AND HE

17  ALSO IDENTIFIED THE CLOTHES, THE SWEAT SHIRT, THE T-SHIRT, ET

18  CETERA.

19      DR. JERRY SPENCER, A VERY EXPERIENCED DOCTOR IN

20  AUTOPSIES, TESTIFIED FOR YOU.  HE'S A CAPTAIN IN THE NAVY.  YOU

21  WILL RECALL THAT HE EXAMINED AND PERFORMED AN AUTOPSY ON THE

22  REMAINS OF CAMARENA AND SOME INTERESTING FEATURES ABOUT THE

23  BODIES.

24      FIRST OF ALL, DIRT WAS ON THEM.  AND SECOND OF ALL,

25  NO MAGGOTS, INSECTS OF ANY SORT, MEANING THEY HAD BEEN

28-82

1    UNDERGROUND.   IF THEY HAD BEEN LEFT ABOVE THE SURFACE THE OF

2    GROUND, THEY WOULD HAVE BEEN REDUCED TO SKELETONS BECAUSE OF

3    THE CLIMATE AND INSECTS IN GUADALAJARA.

4         HE TOLD YOU THAT THE SKULL OF ZAVALA HAD A LARGE HOLE

5    IN IT.   STRIKE THAT.   THAT THE SKULL OF ZAVALA HAD MULTIPLE

6    SKULL FRACTURES AS WELL AS A BROKEN ARM.

7         AND IN TERMS OF THE CAMARENA INJURIES, THE INJURIES

8    INFLICTED ON CAMARENA, THEY WERE HORRENDOUS:   8 RIB FRACTURES,

9    4 ON EACH SIDE, A SKULL THAT WAS NOW LIKE A BROKEN EGG SHELL,

10   THE MAXILLA, THE CHEEK BONES, TWO FRACTURES ON THE RIGHT SIDE

11   AND ONE FRACTURE ON THE LEFT SIDE, FRACTURES THAT WENT BACK TO

12   BEHIND THE EYES, WENT ON TOP OF THE FOREHEAD AND ON TOP OF THE

13   HEAD.

14        ONE PART OF THE SKULL ON CAMARENA WAS MISSING

15   ENTIRELY ON THE RIGHT SIDE.   I BELIEVE ON THE LEFT SIDE THERE

16   WAS THIS HOLE ABOUT 5 OR 6 CENTIMETERS IN DIAMETER.   AND IN HIS

17   OPINION, AND THIS MAN HAS BEEN AROUND AND KNOWS WHAT HE'S

18   TALKING ABOUT BECAUSE OF THE HUNDREDS OF AUTOPSIES HE HAS DONE,

19   THAT HOLE WAS CAUSE BY AN INSTRUMENT THAT WAS INSERTED AND THEN

20   WITHDRAWN, LIKE A PHILLIPS SCREWDRIVER.   AND THE REASON FOR

21   THAT WAS BECAUSE OF THE INTERNAL AND EXTERNAL BEVELING OF THAT

22   INJURY.

23        YOU WILL RECALL INTERNAL BEVELING IS WHEN YOU PUT IN,

24   THEN THERE IS SKULL PORTIONS THAT GO IN.   BUT THEN WHEN YOU

25   PULL IT OUT, THEN THESE SKULL FRACTURES ALSO COME OUT ON THE

28-83

1    OUTSIDE OF THE SKULL.

2         IT WAS NOT A GUN SHOT WOUND.  HE WAS UNEQUIVOCAL

3    ABOUT THAT.  HE DID X-RAYS AND HE FOUND NO BULLET.  THERE WAS

4    NO GUN RESIDUE, NO METAL FRAGMENTS OF ANY SORT.  AND THE CAUSE

5    OF CAMARENA'S DEATH, ACCORDING TO THIS EXPERT, WAS A HOMICIDE

6    DUE TO MULTIPLE BLUNT FORCE INJURIES, AND THIS PROTRUDING SKULL

7    INJURY.

8         NARCOTICS ENTERPRISE RETALIATION.  THEY RETALIATED

9    AGAINST CAMARENA, THEY RETALIATED AGAINST TWO INNOCENT MEN THEY

10   MISTOOK FOR D.E.A. AGENTS.  WHY?  WHY DID THEY DO THIS?

11        WELL, YOU KNOW WHY BECAUSE OF THE SIGNIFICANT

12   TESTIMONY YOU HAVE HEARD.  THE SIMPLE, PLAIN ANSWER IS THAT

13   THROUGH THE WORK OF D.E.A., THERE HAVE BEEN SIGNIFICANT MONEY

14   AND NARCOTICS LOSSES INFLICTED UPON THIS ENTERPRISE.  AND THIS

15   ENTERPRISE IS NOT STUPID.  THESE ARE BRIGHT, CLEVER MEN.  THEY

16   ARE NOT GOING TO SIT STILL AND LET THIS HAPPEN.

17        THIS ENTERPRISE WENT BACK TO AT LEAST 1983.  REMEMBER

18   AUGUSTINE BUENO GONZALEZ?  THIS WAS A MAN WHO TESTIFIED THAT HE

19   WAS PRESENT AT A MEETING IN GUADALAJARA WHERE MATTA WAS

20   PRESENT, FELIX GALLARDO, CARO, FONSECA.  THE PURPOSE OF THE

21   MEETING WAS TO DISCUSS BRINGING IN ENORMOUS -- OVER 1,000

22   KILOGRAMS AT A TIME -- LOADS TO THE UNITED STATES.  AND WHEN

23   THESE MEN MET, THEY DISCUSSED PRICE, QUANTITIES, ROUTES AND

24   EVENTUALLY, WHAT THEY CONCLUDED WAS THAT COCAINE PROVIDED WOULD

25   COME IN THROUGH MEXICO AND ULTIMATELY INTO THE UNITED STATES.

28-84

1    AND IT DID.

2            THE SAME MAN, AUGUSTINE BUENO TOLD YOU THAT AFTER

3    THIS BIG MEETING, HE RETURNS TO LIVE IN CALIFORNIA, AND THAT HE

4    STARTED RECEIVING PLANE LOADS OF COCAINE.  HE WOULD THEN HELP

5    IN UNLOADING AND BRINGING THIS COCAINE TO A STASH HOUSE IN LA

6    PUENTE, CALIFORNIA.  THIS IS THE HOUSE, GOVERNMENT EXHIBIT 19,

7    WHERE AN ASTRONOMICAL QUANTITY OF COCAINE WENT THROUGH, IN

8    ADDITION TO THE AMOUNTS THAT AUGUSTINE BUENO WORKED ON, AND HE

9    WAS VERY DESCRIPTIVE ABOUT THAT.

10            OTHER LOADS ALSO CAME THROUGH THAT HOUSE -- SO MANY,

11    HE COULDN'T REMEMBER.  AND IN FACT, HIS CONSERVATIVE ESTIMATE

12    WAS THAT APPROXIMATELY 30 TONS OF COCAINE WENT THROUGH THAT

13    RESIDENCE, THAT STASH HOUSE IN LA PUENTE.

14            MAY OF 1984:  YOU HEARD THE TESTIMONY OF GUADALUPE

15    GOMEZ, AN INFORMANT WITH THE D.E.A., AND YOU RECALL THAT HE

16    TOLD YOU THAT HE WAS UNDERCOVER WORKING FROM MANUEL CHAVEZ WHO

17    WAS THIS GENERAL SUPERVISOR FOR A MULTITUDE OF MARIJUANA

18    PLANTATIONS IN ZACATECAS.

19            MR. GOMEZ, THE INFORMANT, WORKED DIRECTLY UNDER

20    CAMARENA AND CAMARENA HAD ORDER HIM INFILTRATE THIS

21    ORGANIZATION AND REPORT BACK TO ME, AND TRY TO SET UP A HEROIN

22    DEAL AS WELL.

23            HE WORKED, AND HE WORKED VERY HARD BECAUSE HE TOLD

24    YOU WHAT HE SAW THERE.  AT ONE TIME CARO QUINTERO COMES TO THE

25    ZACATECAS AREA WITH A LOT OF MONEY AND HIS OWN BODYGUARDS TO

28-85

1    DELIVER BRIBE MONEY TO BE GIVEN TO THE LOCAL LAW ENFORCEMENT

2    OFFICIALS.

3            ULTIMATELY, IT SUBSIDED AND AFTER CONTINUED PRESSURE

4    BY THE D.E.A., LADIES AND GENTLEMEN, A RAID WOULD BE DONE TO

5    TAKE DOWN THE ZACATECAS MARIJUANA.  AFTER A LOT OF CAJOLING

6    WITH THE MEXICAN FEDERAL JUDICIAL POLICE, THEY FINALLY

7    COOPERATE, THE ZACATECAS FIELDS ARE LOCATED, AND ON OR ABOUT

8    MAY 26 -- YOU HAVE HEARD TESTIMONY ABOUT THIS -- A RANCH

9    OUTSIDE OF ZACATECAS CITY IS FOUND.

10           AND AT THIS RANCH THERE WERE AT LEAST TEN TONS OF

11   MANICURED MARIJUANA, 6500 POUNDS OF MARIJUANA SEED, ENOUGH TO

12   PKANPLANT 6500 ACRES.  50 ACRES OF MARIJUANA WERE FOUND AND

13   BURNED?

14           ANOTHER INTERESTING THING, YOU WILL RECALL THE

15   TESTIMONY OF THE AGENTS THAT BEFORE THEY WENT OUT TO ZACATECAS

16   TO DO THE RAID, THEY GAVE INFORMATION TO THE M.F.J.P. THAT

17   CERTAIN GOVERNMENT OFFICIALS WERE ON THE TAKE AND WERE PART OF

18   THAT ENTERPRISE OF ZACATECAS, BECAUSE GUADALUPE GOMEZ SAID

19   THAT.

20           WELL, WHEN THEY GET OUT THERE TO DO THE RAIDS, AND

21   THIS -- LO AND BEHOLD, THEY FIND ONLY MARIJUANA, A FEW

22   INSIGNIFICANT EMPLOYEES, LOW-LEVEL WORKERS, NO DRUG

23   TRAFFICKERS.  THE NAMES THAT WERE GIVEN BY THE D.E.A. TO BE

24   ARRESTED WERE NOT ARRESTED, AND YOU KNOW WHY.  THEY WERE TIPPED

25   OFF.  THAT IS THE METHOD OF COOPERATION, THE M.O. OF CORRUPT

28-86

1    OFFICIALS.

2            ON THE ONE HAND THEY APPEAR TO BE COOPERATING AND ON

3    THE OTHER, THEY TIP OFF THE DRUG DEALERS BECAUSE THEY'RE IN

4    CAHOOTS WITH THEM.

5            SEIZURE NUMBER 1, ZACATECAS.  THERE WAS A SECOND

6    SEIZURE IN ARIZONA.  YOU HEARD THE TESTIMONY OF HECTOR SANTANA,

7    WHO WAS AN INNOCENT VICTIM HERE.  HERE IS A MAN RECRUITED BY

8    JOSE MELO, AN EMPLOYEE OF MATTA.

9            JOSE MELO CONVINCES THIS YOUNG MAN --BECAUSE AT THE

10   TIME HE WAS 20 OR 21 IN 1983 IN FLORIDA -- HE CONVINCES HECTOR

11   SANTANA TO START A CORPORATION, ATLANTIC IMPORT AND EXPORT

12   CORPORATION.  AND THE PURPORTED PURPOSE OF THIS CORPORATION WAS

13   TO EXPORT AIRLINE PARTS TO THIS COMPANY IN COLOMBIA.  WELL,

14   THAT NEVER HAPPENED BECAUSE THIS WAS A BOGUS CORPORATION.  THIS

15   WAS A CORPORATION THAT NEVER MADE PROFITS, A CORPORATION THAT

16   NEVER MADE ANY MONEY BECAUSE THAT CORPORATION WAS CREATED FOR

17   ANOTHER PURPOSE.

18           I WANT YOU TO FOCUS GOVERNMENT EXHIBIT 22.  THIS IS A

19   TRUST DEED.  AND THIS TRUST DEED ON OR ABOUT JUNE 6, 1983 GIVES

20   THIS AIRCRAFT, GOVERNMENT EXHIBIT 20, AND AEROCOMMANDER 840 --

21   IT GIVES OWNERSHIP OF THIS AIRCRAFT TO ATLANTIC IMPORT.

22           AND THE OWNER, THE GRANTOR, THE PERSON WHO'S GIVING

23   THIS PLANE TO ATLANTIC IMPORT, IS A MAN -- IT IS IN THE

24   DOCUMENTS, READ IT -- IS A MAN BY THE NAME OF JAIRO RIOS

25   VALLEJO.  IN A MOMENT, I'LL EXPLAIN WHY JAIRO RIOS VALLEJO IS

28-87

1    MATTA BALLESTEROS.  I WON'T EXPLAIN IT LATER, I'LL EXPLAIN IT

2    NOW.

3              JAIRO RIOS VALLEJO IS MATTA.  SPECIAL AGENT MIKE

4    VIGIL, WHEN HE INTERVIEWED MATTA IN BOGOTA IN APRIL OF 1985,

5    THEY EVENTUALLY SEIZE CERTAIN ITEMS, TOO, AT THE HOUSE WHERE

6    MATTA WAS ARRESTED.

7              THEY FIND A VERY INTERESTING ITEM HERE, GOVERNMENT

8    EXHIBIT 30.  I WANT YOU TO LOOK AT IT WHEN YOU HAVE A CHANCE.

9    IT IS A VENEZUELAN PASSPORT.  IT HAS THE PHOTOGRAPH OF MATTA

10   BALLESTEROS AND IT HAS AN ALIAS NAME OF JAIRO RIOS VALLEJO, THE

11   SAME NAME AS FOUND ON THE TRUST DEED THAT GAVE THIS

12   AEROCOMMANDER 840 TO ATLANTIC IMPORT.

13             "WHY?", YOU ASK?  I'LL TELL YOU WHY, BECAUSE WHEN YOU

14   READ THE TRUST DEED IT LAYS IT OUT.  ONLY A CITIZEN OF THE

15   UNITED STATES CAN OWN IT IN THE UNITED STATES.  THEY NEEDED

16   HECTOR SANTANA BECAUSE HE WAS AN AMERICAN CITIZEN.  JOSE MELO

17   WAS A COLOMBIAN.

18             SO THEY RECRUITED HIM TO RECRUIT THIS AIRPLANE IN THE

19   U.S., AND YOU KNOW WHY, SO THAT THIS AIRPLANE COULD FREELY COME

20   INTO THE THE UNITED STATES WITH ENORMOUS LOADS OF COCAINE.  AND

21   ONE OF THOSE LOADS WAS SEIZED IN ARIZONA, IN YOUNG, ARIZONA AT

22   THIS OUT-OF-THE-WAY DESERTED, REMOTE AIR STRIP.

23             YOU ALSO HEARD THE TESTIMONY OF TWO MEN THAT I WANT

24   TO FLAG FOR YOU.  MR. WALTER SCHUMACHER AND PAT HOSMANN.

25   SCHUMACHER IS THE PRESIDENT OF SKYTELL, WHICH IS A COMPANY THAT

1    REPAIRED AND SOLD AIRPLANES.  HIS EMPLOYEE WAS PATRICK HOSMANN.

2    AND THEY TESTIFIED BECAUSE THEY HAD SOME INTERESTING THINGS TO

3    SAY TO YOU.  THEY SAID THAT IN 1984, IN THE SPRING, JOSE MELO

4    WHO YOU KNOW NOW WORKS FOR MATTA, WANTED TO BUY ANOTHER

5    AIRCRAFT, AN AEROCOMMANDER 1000.

6            SO SCHUMACHER AND HOSMANN FLY THE AEROCOMMANDER 1000

7    TO GUADALAJARA, AND WHO SHOWS UP TO INSPECT IT?  MATTA

8    BALLESTEROS AND FELIX GALLARDO.  SCHUMACHER AND HOSMANN BOTH

9    IDENTIFIED MATTA AS BEING THERE.  THEY DIDN'T LIKE THAT

10   AIRPLANE AND THEY DIDN'T BUY IT.

11           A MONTH OR TWO LATER, JOSE MELO CALLS AGAIN AND SAYS

12   I WANT ANOTHER AEROCOMMANDER 1000.  CAN YOU SHOW ME ONE?

13   AGAIN, HOSMANN AND SCHUMACHER FLY AN AEROCOMMANDER 1000

14   AIRCRAFT TO GUADALAJARA.  AGAIN THEY GO TO THE AIRPORT.  AGAIN,

15   WHO COMES TO INSPECT IT?  MATTA BALLESTEROS AND FELIX GALLARDO.

16           THEY BUY THAT PLANE IN SOMEWHAT SHOCKING

17   CIRCUMSTANCES TO MR. SCHUMACHER.  YOU MAY RECALL IT WAS

18   SOMEWHAT HUMOROUS.  HE EXPECTS TO BE PAID IN A CHECK AND

19   SUDDENLY THIS BRONCO, THIS CAR SHOWS UP AT THE AIRPORT WITH TWO

20   SAMSONITE SUITCASES, AND IT IS A MILLION DOLLARS IN CASH TO PAY

21   FOR THE AIRCRAFT.  IT IS NOT THE WAY TO DO NORMAL BUSINESS

22   TRANSACTIONS, I SUBMIT TO YOU.

23           THIS MONEY WAS PROVIDED BY MATTA AND FELIX GALLARDO

24   TO BUY ANOTHER AIRCRAFT SO THAT THAT AIRCRAFT COULD ALSO BE

25   USED TO TRANSPORT COCAINE TO THE UNITED STATES.  WE KNOW THAT

28-89

1    THIS IS THE PLANE THAT FLEW THE LOAD THAT WAS SEIZED AT YOUNG,

2    ARIZONA ON AUGUST 14.

3            WE KNOW THAT COURTESY OF MIKE LONG, WHO WAS A PILOT

4    FOR BECKETT AVIATION OUT OF SCOTTSDALE, ARIZONA.  YOU WILL

5    RECALL THAT HE TOLD YOU THAT HIS JOB WAS BASICALLY TO FLY

6    AIRPLANES BETWEEN GUADALAJARA AND ARIZONA FOR REPAIR.  AND ONE

7    OF THE PLANES HE FREQUENTLY FLEW BACK AND FORTH WAS THIS

8    AIRPLANE HERE.  AND HE FLEW IT SO MANY TIMES FOR REPAIRS IN

9    ARIZONA BECAUSE IT WAS PERPETUALLY DAMAGED.

10            WHAT TYPE OF DAMAGE DID THEY HAVE; TO THE NOSE, TO

11    THE LANDING GEAR, TO THE PROPELLERS.  YOU HEARD TESTIMONY THAT

12    THAT KIND OF DAMAGE TO THAT AIRCRAFT WAS CONSISTENT WITH

13    LANDING IN UNIMPROVED, REMOTE AIR STRIPS.

14            WELL, FOLKS, WHO LANDS IN THAT KIND OF AIR STRIPS

15    OTHER THAN DRUG DEALERS WHO ARE TRYING TO SURREPTITIOUSLY BRING

16    COCAINE INTO THE BORDERS OR OUR COUNTRY.

17            MIKE LONG NONETHELESS TELLS YOU THAT ON AUGUST 13 HE

18    GET A FRANTIC PHONE CALL.  JOSE MELO, MATTA'S REPRESENTATIVE.

19    MELO SAYS, "I NEED THE AEROCOMMANDER NOW."

20            MIKE LONG GETS INTO THE AIRPLANE AND TAKES HIS THEN

21    GIRLFRIEND, NOW WIFE, AND THEY PACK A LUNCH.  AND IN THIS LUNCH

22    ARE NAPKINS WITH THE LOGO FOR BECKETT AVIATION.  WELL THEN, NOW

23    WE KNOW WHAT HAPPENS ON AUGUST 14.

24            YOU HEARD TESTIMONY OF THREE OFFICERS WITH THE

25    DEPARTMENT OF PUBLIC SAFETY OUR OF ARIZONA, AMONG THEM JOHN

28-90

1    UNDERWOOD AND BYRON MILLS AND MR. HOLEMAN.  AND THEY TESTIFIED

2    FOR YOU THAT THEY WERE ON DUTY ON AUGUST 14 IN AREA OF YOUNG,

3    ARIZONA.  AND THEN THEY GET RADIO COMMUNICATIONS THAT AN

4    AIRCRAFT WAS SEEN DROPPING OFF SOMETHING.  AND NOW, WHATEVER

5    WAS IN THE PLANE HAS BEEN UNLOADED ON TO THREE TRUCKS AND THOSE

6    THREE TRUCKS ARE MOVING IN CARAVAN FASHION.

7         WELL, YOU HEARD WHAT HAPPENED.  THEY DID A POLICE

8    STOP OF THOSE THREE TRUCKS.  AND IN THE LEAD TRUCK -- I BELIEVE

9    IT IS A CHEVROLET -- THEY FOUND BOXES OF COCAINE, AS WELL AS

10   SUITCASES OF COCAINE.  ABOUT 1400 POUNDS.  IT WAS A HUGE

11   SEIZURE.  THIS WAS 1984.  KEEP THAT IN MIND.  DON'T JUDGE BY

12   TODAY'S STANDARDS.  THIS WAS HUGE BACK IN ARIZONA AT THAT TIME.

13   AND THERE IS SOMETHING ELSE.

14        ONE OF THE OFFICERS, BYRON MILLS, FOUND UNDER THE

15   SEAT OF THAT TRUCK THAT HAD ALL THE DOPE, A BECKETT AVIATION

16   NAPKIN.  HERE IT IS, EXHIBIT 28-A.

17        AND EXHIBIT 28-B IS ANOTHER BECKETT NAPKIN, AND WHERE

18   WAS THIS ONE FOUND?  MR. UNDERWOOD TESTIFIED FOR YOU HE IS A

19   CUSTOMS PILOT.  REMEMBER THAT AFTER THIS PLANE WAS SEEN LEAVING

20   THE AREA HE GOES TO THE YOUNG AIRPORT AND DOES A WALK AROUND TO

21   SEE IF HE CAN FIND ANY EVIDENCE.  HE DOES FIND SOMETHING.  HE

22   FINDS TIRE TRACKS -- TRUCK TIRES THAT GO FROM THE LANDING

23   STRIP, OFF THE LANDING STRIP, AND HE FOLLOWS THEM.  WHEN HE

24   GETS TO THE END, HE FINDS 28-B, ANOTHER BECKETT AVIATION

25   NAPKIN.

1          AND WHEN WE SHOWED BOTH OF THESE NAPKINS TO MR. MIKE

2     LONG, THE PILOT -- HE PUT THEM IN THERE IN THE FIRST PLACE --

3     HE SAYS, "YEP, THESE ARE THE TYPE OF NAPKINS THAT WERE IN THE

4     PLANE WHEN I FLEW IT BACK TO JOSE MELO."

5          ONE FINAL THING ABOUT.  THIS MR. MIKE LONG TOLD YOU

6     THERE WAS SOMETHING VERY PECULIAR ABOUT THIS AIRCRAFT.  WHAT

7     WAS PECULIAR WAS THAT EVERY TIME HE SAW IT, HE SAW THE

8     FOLLOWING:  THE RUG WAS FILTHY, THE PANELS AGAINST THE SIDES OF

9     THE PLANE WERE SCUFFED UP AND DIRTY, BUT THE SEATS APPEARED TO

10    BE BRAND SPANKING NEW.  YOU KNOW, WHAT THAT MEANS?

11         THE SEATS WOULD BE REMOVED SO THAT YOU WOULD HAVE

12    MORE SPACE TO CARRY COCAINE.  AND BOXES AND SUITCASES OF

13    COCAINE BUMPED AROUND AND THAT'S WHY THE RUG WAS DIRTY AND

14    THAT'S WHY THERE WAS SCUFF MARKS ON THE PANELS.  THIS

15    AEROCOMMANDER 840 THAT WAS GIVEN TO THE CORPORATION IN ARIZONA

16    BY MATTA BALLESTEROS WAS USED TO BRING COCAINE INTO THE UNITED

17    STATES.  AND ONE OF THOSE LOADS WAS SEIZED ON AUGUST 14 OF

18    1984, LADIES AND GENTLEMEN.  A SIGNIFICANT LOSS, A SECOND BIG

19    LOSS TO THE NARCOTICS ENTERPRISE BASED OUT OF GUADALAJARA.

20         WHILE THESE SEIZURES ARE GOING ON, THIS NARCOTICS

21    ENTERPRISE IS NOT STANDING STILL.  THEY ARE RETALIATING EVEN

22    BEFORE THEY MURDERED RADELAT, WALKER, ZAVALA AND CAMARENA.

23         MR. CESAR GARCIA BUENO:  THIS IS THE MAN THAT CAME

24    INTO THIS COURTROOM IN A WHEELCHAIR.  HE'S A PARAPLEGIC.  HE

25    WORKED FOR CAMARENA, HE WAS AN INFORMANT FOR CAMARENA IN

28-92

1    GUADALAJARA, HE IS AN ACCOMPLISHED ATTORNEY, HE HAD A PRACTICE

2    FOR A LONG TIME, HE HAD OFFICES IN MORE THAN ONE CITY, HE WAS A

3    FRIEND OF CAMARENA, HE PROVIDED INFORMATION TO CAMARENA.  FOR

4    EXAMPLE, MARRIAGE CERTIFICATES OF NARCOTICS TRAFFICKERS,

5    PROPERTY DOCUMENTS, ANYTHING THAT CAMARENA NEEDED, GARCIA BUENO

6    WOULD ENDEAVOR TO GET IT FOR HIM.

7             WELL, ONE TIME CAMARENA ASKED GARCIA BUENO TO GET HIM

8    PROPERTY RECORDS FOR MEMBERS OF THIS NARCOTICS ENTERPRISE.

9    GARCIA BUENO SPEAKS TO A MAN BY THE NAME OF ZENDEJAS WHO'S ALSO

10   A MEMBER OF THIS ENTERPRISE, AND THEY AGREE TO MEET ON

11   SEPTEMBER 30, 1984 AT THE MANOLO'S RESTAURANT IN GUADALAJARA.

12            GARCIA BUENO WAITS ABOUT 45 MINUTES.  HE'S THERE

13   SPEAKING TO A FRIEND, AND THEN SUDDENLY ZENDEJAS SHOWS UP AND

14   SNEAKS UP BEHIND HIM ABOUT 6:15 IN THE EVENING AND HE FIRES

15   FIVE ROUNDS FROM A HAND GUN INTO THE BACK OF GARCIA BUENO.  AND

16   WHILE HE'S DOING THAT, HE YELLS AT HIM, "YOU'RE GOING TO DIE

17   BECAUSE YOU'RE A SNITCH FOR THE D.E.A."

18            GARCIA BUENO SURVIVED.  HE WAS EVACUATED AND HE NOW

19   RESIDES IN THE UNITED STATES.

20            CLEARLY, THOUGH, LADIES AND GENTLEMEN, THIS CARTEL,

21   THIS NARCOTICS ENTERPRISE, WOULD NOT SIT STILL.  THEY WERE

22   ALREADY RETALIATING, AND THERE ARE OTHER EXAMPLES, AS WELL.  I

23   WANT TO FOCUS JUST FOR A MOMENT ABOUT A RATHER -- FELIX

24   GALLARDO AND MATTA.

25            YOU HAVE HEARD AN ABUNDANCE OF TESTIMONY THAT

1   ESTABLISHES THAT FELIX GALLARDO WAS THE DIRECT PARTNER OF MATTA

2   BALLESTEROS.  AND WE KNOW THIS, BESIDES OTHER TESTIMONY YOU'VE

3   HEARD, BECAUSE OF A MAN BY THE NAME OF FRANK RETAMOZA.

4           FRANK RETAMOZA, AS YOU WILL RECALL WHEN HE TESTIFIED,

5   WAS BORN IN NORTHERN CALIFORNIA AS A CHILD UP TO ABOUT THE AGE

6   OF 16.  HE GOES TO LIVE IN MEXICO.  AND FINALLY, AS AN ADULT HE

7   BASICALLY COMES BACK TO SOUTHERN CALIFORNIA, THE SAN PEDRO

8   AREA.  AND HE SPEAKS AND LEARNS TO SPEAK ENGLISH.  HE GETS A

9   JOB AS A MACHINIST AND WORKS AT THE DOCKS.

10          WELL, FRANK RETAMOZA IS THE FIRST COUSIN OF FELIX

11  GALLARDO.  AND FELIX GALLARDO HAD AGREED PREVIOUSLY TO TAKE

12  OVER SOME PROPERTY THAT WAS OWNED BY RETAMOZA'S MOTHER AND TO

13  TRY TO SELL IT AND THEN GIVE THE PROCEEDS OF THAT SALE BACK TO

14  THE MOTHER.  HE DIDN'T DO THAT.

15          THIS UPSETS RETAMOZA, THIS UPSETS RETAMOZA'S MOTHER.

16  RETAMOZA MEETS IN TIJUANA WITH FELIX GALLARDO.  AND AT THAT

17  TIME, FELIX GALLARDO TELLS HIM THAT HE WILL PAY RETAMOZA, BUT

18  WHAT HE DIDN'T TELL HIM WAS THE MANNER IN WHICH HE WOULD PAY

19  HIM.  YOU WILL RECALL RETAMOZA TOLD YOU.

20          OUT OF THE BLUE ONE DAY, HE GETS TWO KILOS OF COCAINE

21  THROUGH A COURIER THAT WAS DELIVERED BY GALLARDO.  RETAMOZA

22  DIDN'T KNOW WHAT TO DO WITH IT.  HE HADN'T DEALT WITH COCAINE

23  BEFORE, SO HE GIVES IT TO SOMEONE ELSE TO TRY TO SELL IT.  THAT

24  PERSON RIPS OFF RETAMOZA.  RETAMOZA IS OUT TWO KILOS AND

25  REPORTS BACK TO FELIX GALLARDO, AND FELIX GALLARDO IS PRETTY

28-94

1   UPSET.

2          BUT FELIX GALLARDO GIVES HIM ANOTHER CHANCE.  HE

3   GIVES HIM FOUR MORE KILOS OF COCAINE AND TELLS HIM "TRY TO SELL

4   THAT".  RETAMOZA HAD THAT FOR EIGHT OR NINE MONTHS WITHOUT

5   BEING ABLE TO SELL IT AND FINALLY GIVES IT TO BACK TO FELIX

6   GALLARDO.  BUT NOW FELIX GALLARDO ANNOUNCES THE FOLLOWING, THAT

7   NOW IT'S RETAMOZA WHO OWES GALLARDO $80,000 BECAUSE OF THE

8   STOLEN KILOS OF COCAINE.

9          AND RETAMOZA NOW HAS TO WORK THAT DEBT OFF, AND WORK

10  HE DOES.  FIRST YOU MAY RECALL HE TAKES OUT COCAINE, 18 KILOS

11  AT A TIME, THAT ARE HIDDEN IN GAS TANKS THAT WERE DELIVERED TO

12  HIM.  AND THEN GALLARDO WOULD CALL AND GIVE HIM INSTRUCTIONS AS

13  TO WHERE TO DISTRIBUTE THE COCAINE.

14         ON OTHER OCCASIONS, HE ACTUALLY WENT OUT TO MARICOPA

15  AND RECEIVED -- AND MET AN AIRPLANE THAT DELIVERED COCAINE.

16  AND THEN HE DROVE THAT COCAINE IN A MOTOR HOME, ONCE TO LAKE

17  ELSINORE AND ONCE TO SANTA MONICA.

18         AND FINALLY, RETAMOZA FINDS WHAT IS PROBABLY HIS

19  STRENGTH, HIS FORTE, BECAUSE HE IS AN INEPT DRUG DEALER, WE

20  KNOW THAT.  HE IS BEST AT DOING WHAT PROBABLY ANY OF US COULD

21  DO HERE, AND HTAT IS DRIVING A MOTOR HOME FROM SOUTHERN

22  CALIFORNIA TO GUADALAJARA.  AND BOY, DOES HE DO THAT.  A LOT OF

23  TIMES.  SO MANY TIMES, HE DOESN'T REMEMBER.  SO MANY TIMES THAT

24  HIS CONSERVATIVE ESTIMATE OF THE DOLLAR AMOUNT TOTAL THAT HE

25  DELIVERED IN GUADALAJARA WAS ABOUT $150 MILLION IN UNITED

28-95

1    STATES CURRENCY, AND THIS WAS A PERIOD OF TIME OF ONLY MONTHS.

2            NOW, HE TOLD YOU WHO HE DELIVERED THIS MONEY TO.

3    BESIDES FELIX GALLARDO, HE DELIVERED IT TO MATTA BALLESTEROS AT

4    AN OFFICE IN GUADALAJARA.  IN FACT, RETAMOZA HAD SEVERAL

5    CONVERSATIONS WITH MATTA AT THIS OFFICE OF FELIX GALLARDO IN

6    GUADALAJARA.

7            ONE TIME, FOR EXAMPLE, MATTA IS SPEAKING TO RETAMOZA

8    AND HE TELLS HIM VERY COMPLIMENTARY THINGS.  MATTA TELLS

9    RETAMOZA THAT HE HAS HEARD ABOUT THE GOOD WORK HE'S DOING FOR

10   THIS ORGANIZATION, THAT HE WAS WORTH WHATEVER MONEY HE WAS

11   BEING PAID, THAT HE HAS TO WAIT HIS TIME AND BIDE HIS TIME, AND

12   EVENTUALLY HE IS GOING TO MAKE MORE MONEY.  AND ULTIMATELY, IF

13   HE STICKS WITH IT -- THIS THE MATTA TALKING -- HE CAN MAKE OVER

14   A BILLION DOLLARS FROM WHAT HE'S DOING RIGHT NOW.

15           ANOTHER VERY DISTURBING AND ILLUMINATING

16   CONVERSATION.  MATTA LEARNS FROM RETAMOZA THAT A MAN BY THE

17   NAME OF DIEGO HAD TRIED TO RECRUIT RETAMOZA AWAY FROM THE

18   ORGANIZATION OF MATTA AND FELIX.  MATTA DID NOT TAKE THAT VERY

19   WELL, BECAUSE YOU WILL RECALL WHAT RETAMOZA TOLD YOU THAT MATTA

20   SAID.

21           MATTA WAS LIVID.  HE WAS FURIOUS.  MATTA TOLD

22   RETAMOZA THAT HE WAS GOING TO HAVE MEMBERS OF THE FAMILY OF

23   DIEGO KILLED BECAUSE OF HIS TRYING TO RECRUIT AWAY RETAMOZA.

24           RETAMOZA ALSO TOLD THAT YOU MEMBERS OF THIS

25   ORGANIZATION HAD VARIOUS CALL NAMES OR NUMBERS FOR THE RADIO SO

28-96

1    THAT MATTA WAS "PONY" AND FELIX GALLARDO WAS "M-1". AND YOU

2    HAVE HEARD OTHER TESTIMONY, OF COURSE, THAT CARO WAS "R-1", ET

3    CETERA.

4         AGAIN, LADIES AND GENTLEMEN, AS THESE SEIZURES ARE

5    OCCURRING, THIS ENTERPRISE IS NOT TAKING THIS LYING DOWN.

6    THERE ARE OTHER EXAMPLES AND OTHER TESTIMONY OF ACTS OF

7    HARASSMENT THAT YOU HEARD ABOUT. YOU WILL RECALL ON ONE

8    OCCASION AGENT MIKE ACUNA IS DRIVING WITH ROGER KNAPP, AND

9    THEY'RE DRIVING AROUND TRYING TO FIND A HOUSE OF FELIX

10    GALLARDO.

11         THEY SEE FELIX GALLARDO ARRIVE, HE BACKS HIS MARQUIS

12    INTO THE PARKING LOT OF HIS CONDO. AND EVIDENTLY, HE SPOTTED

13    ACUNA BECAUSE AS SOON AS ACUNA TRIES TO GO AROUND THE BLOCK,

14    THIS CAR STARTS FOLLOWING HIM. IT WAS A WHITE MUSTANG, I

15    BELIEVE, ONE OF THE CARS THAT HAD BEEN IN THIS CARAVAN OF CARS

16    HAD FOLLOWED FELIX GALLARDO BACK TO HIS HOUSE.

17         THIS CAR CONTAINS THREE TO FOUR MEN. THESE MEN PULL

18    UP ALONG SIDE ACUNE. THEY FLASH THESE D.F.S. BADGES, THEY'RE

19    YELLING AT THE AMERICANS TO PULL OVER, AND THEY ARE PULLED OVER

20    AND THEY'RE QUESTIONED STRENUOUSLY BY THE D.F.S. AGENTS.

21         WELL, THE D.F.S. AGENTS WERE BODYGUARDS FOR FELIX

22    GALLARDO, AND THEY WERE HARASSING THE AGENTS, AND THE AGENTS

23    HAD TO LIE TO GET OUT OF THAT TIGHT SPOT. REMEMBER WHAT THEY

24    SAID? THEY WERE AFFILIATED WITH THE U.S. EMBASSY. AND THE

25    D.F.S. MEN WERE SATISFIED WITH THAT AND THEY LET THEM GO.

28-97

1        ANOTHER INCIDENT WHICH, PERHAPS IS FUNNY NOW, BUT

2   CERTAINLY WASN'T, I'M SURE, FOR THE AGENT AT THE TIME.  TOMMY

3   GOMEZ -- DO YOU RECALL WHEN HE IS DOING SURVEILLANCE AT THE

4   GUADALAJARA AIRPORT?  THEY SEE FELIX GALLARDO THERE.  FELIX

5   SPOTS THE AGENT.  FELIX RUNS INTO THE HANGAR, AND SUDDENLY THIS

6   CAR STARTS FOLLOWING THE AGENTS.  THEY CAN'T SHAKE THE CAR.

7        THE AGENT HAS TO DRIVE TO THE TERMINAL, PARK THE CAR

8   AND WALK INSIDE.  AND THEY HOPE AND PRAY THAT WHEN HE RETURNS

9   THE CAR IS DISAPPEARED.  WELL, IT HASN'T.

10        NOW A SECOND CAR HAS SHOWN UP WITH TWO ADDITIONAL MEN

11  AND THOSE TWO MEN WERE ARMED AND FOLLOW THE AGENT BACK INTO THE

12  TERMINAL.  THE D.E.A. AGENTS HAVE TO PLACE A CALL TO THE U.S.

13  EMBASSY FOR HELP.  AND ULTIMATELY, TEN M.F.J.P. AGENTS WITH

14  SHOT GUNS AND THREE D.E.A. AGENTS WHO ARE ALSO ARMED HAVE TO

15  ESCORT THE D.E.A. AGENTS OUT OF THE GUADALAJARA AIRPORT.

16        YOU MAY RECALL GOMEZ TOLD YOU THAT AS HE WAS LEAVING,

17  HE GAVE THE INTERNATIONAL HAND SIGN TO THE BODYGUARDS WHO WERE

18  HARASSING THE AGENTS.

19        THIS ORGANIZATION HAS LOST ZACATECAS.  THIS

20  ORGANIZATION HAS LOST 1400 POUNDS OF COCAINE IN ARIZONA.  THERE

21  ARE MORE LOSSES.  REMEMBER JUNE 22, 1984?  YOU HEARD TESTIMONY

22  ABOUT THIS; THAT D.E.A. AGENTS IN L.A. ARE DOING SURVEILLANCE.

23  THEY SET UP ON A HOTEL.  FINALLY, THEY GO TO THE HOTEL, THEY

24  GET CONSENT TO ENTER, AND THEY FIND IN TWO SEPARATE ROOMS A

25  TOTAL OF $4.1 MILLION IN U.S. CURRENCY.  AND YOU KNOW WHO THAT

1   MONEY BELONGED TO BECAUSE FRANK RETAMOZA TOLD YOU.

2            RETAMOZA SAID THAT THE DAY BEFORE HE HAD BEEN AT THAT

3   VERY HOTEL COUNTING THIS MONEY, AND THEN RETAMOZA LEFT AND WENT

4   BACK TO HIS HOUSE TO COUNT $700 MILLION.  AND THEN SOMETHING

5   VERY FUNNY HAPPENED, YOU MAY RECALL.

6            ONE OF THE AGENTS WHO SEIZED THE $4.1 MILLION, AGENT

7   RICEVUTO, AGENT RICEVUTO.  AND WHEN THEY'RE THERE LOOKING AT

8   ALL THIS MONEY AND COUNTING IT WITH THE MONEY MACHINES, THE

9   PHONE RINGS.

10           RICEVUTO, THE AGENT, PICKS IT UP AND SAYS, YES AND HE

11  IDENTIFIES HIMSELF AS ANTONIO.  AND THE SPEAKER ON THE OTHER

12  LINE DOESN'T KNOW WHAT TO SAY AND HE HANGS UP.  THEY CALL

13  AGAIN.  RICEVUTO PICKS UP THE LINE.  "ANTONIO HERE."

14           AGAIN, NO ONE ANSWERS AND THEY HANG UP.  THAT

15  HAPPENED 2, 3, 4 TIMES.  IT WAS RETAMOZA.  RETAMOZA WAS CALLING

16  TO CHECK ON THE MONEY TO SEE IF THEY NEEDED HELP TO COUNT IT.

17  THIS STRANGER CALLS OR RATHER ANSWERS THE PHONE.  EVERYONE

18  FREAKS OUT.

19           RETAMOZA GOES BACK TO HIS HOUSE AND GETS THE $7

20  MILLION DOLLARS THAT HE HAD STASHED THERE, PUTS IT IN A VEHICLE

21  AND TAKES IT BACK TO MATTA AND FELIX GALLARDO.  IN FACT, HE IS

22  PATTED ON THE BACK FOR SAVING THAT $7 MILLION.  BUT THAT MONEY

23  BELONGED TO THE SAME ENTERPRISE.  AND THIS ENTERPRISE CONSISTED

24  OF MATTA AND FELIX GALLARDO, AMONG OTHERS.

25           THREE LOSSES AT A MINIMUM HERE, AND NOW PERHAPS THE

1   MOST BOGGLING, SIGNIFICANT LOSS OF ALL, CHIHUAHUA.  YOU MAY

2   RECALL THE TESTIMONY OF D.E.A. AGENTS, INCLUDING MR. CHARLES

3   LUGO.  HE HEADED UP THIS OPERATION VANGUARD.  AND THE PURPOSE

4   OF THIS OPERATION WAS TO WORK, SUPPOSEDLY, WITH THE MEXICAN

5   GOVERNMENT TO SEIZE AND ERADICATE MARIJAUNA.

6           WELL, LUGO LEARNS OF THIS HUGE MARIJUANA PLANTATION

7   IN THE SATE OF CHIHUAHUA, HE REPORTS IT TO THE MEXICANS, AS

8   WELL AS TO THE ATTORNEY GENERAL'S OFFICE, AND AT FIRST THEY

9   DON'T WANT TO DO ANYTHING.  THEY COME UP WITH EXCUSES.

10          REMEMBER LUGO TOLD YOU ABOUT THIS.  FIRST THEY SAY

11  THEY HAD NO FUEL.  LUGO SAYS NO, THAT'S A LIE.  I KNOW WHERE

12  ALL THE SUPPLIES ARE AND THERE IS FUEL.

13          THEN THE ATTORNEY GENERAL'S OFFICE SAYS WE HAVE NO

14  AIRCRAFT.  HE REPLIES YES, WE DO.  I KNOW WHERE IT IS.

15          FINALLY, AFTER A LOT OF CAJOLING, THEY AGREE TO

16  PARTICIPATE IN TAKING DOWN THE CHIHUAHUA FIELDS.  AND DO THEY

17  EVER.  SOUTH OF BUFALO, LUGO FINDS 240 ACRES MARIJUANA AND CORN

18  ROWS, 7 FEET HIGH.  THERE ARE THESE ELABORATE WATER AND

19  ELECTRICAL SYSTEMS, THERE ARE THESE HUGE, BARRACK-LIKE

20  BUILDINGS ABOUT 100 YARDS LONG, TEN FOOT HIGH PILES OF

21  MANICURED MARIJUANA.  A LOT OF MARIJUANA, LADIES AND GENTLEMEN.

22          SOMETHING INTERESTING HAPPENS.  ALDANA:  HE WAS

23  REPRESENTING THE MEXICAN GOVERNMENT AT THESE SEIZURES.  ALDANA

24  ARRIVES IN HIS OWN HELICOPTER, LOOKS AT ALL THIS MARIJUANA AND

25  TELLS AGENT LUGO, "GREAT JOB", PATS HIM ON THE BACK, "LET'S GO

1    HOME."

2         AND LUGO SAYS, "NO, THERE IS MARIJUANA OUT THERE.

3    WE'RE GOING BACK UP IN THE HELICOPTER."  ALDANA SAYS IS, "NO,

4    I'M NOT."

5         LUGO SAYS, "FINE.  TOMORROW I'LL TELL THE U.S.

6    AMBASSADOR AND YOU EXPLAIN IT TO HIM."

7         LUGO THEN CHANGES DIRECTION -- PARDON ME, ALDANA.

8    NOW HE SAYS, HE GOES AND TALK TO HIS PILOT, AS WELL AS THE

9    PILOT OF THE HELICOPTER FOR LUGO.  AND THEN HE COMES BACK TO

10   LUGO AND SAYS, "I HAVE JUST SPOKEN TO THE PILOTS AND THEY SAY

11   WE ONLY HAVE 15 MINUTES LEFT OF FLYING TIME FOR FUEL."

12        LUGO SAYS, "THAT'S BULL.  WHEN I GOT INTO MY AIRCRAFT

13   WITH MY PILOT, HE TOLD ME HE HAD THREE HOURS OF FUEL AND WE

14   HAVE ONLY BEEN UP 15 MINUTES."

15        YOU CAN SEE, LADIES AND GENTLEMEN, THE TYPE OF

16   OBSTRUCTION THAT THIS GOVERNMENT WAS INTENT ON PARTICIPATING IN

17   TO PREVENT HUGE SEIZURES.

18        AND THERE WAS YET A SECOND FIELD FOUND.  LUGO FINDS A

19   SECOND FIELD, ABOUT 600 ACRES.  AGAIN, HUGE QUANTITITES OF

20   MARIJUANA, 3000 WORKERS ARE JUST MILLING ABOUT THE AREA.  TONY

21   CELAYA FOUND ANOTHER HUGE BRANCH, NORTH OF CHIHUAHUA THIS TIME.

22        AND YOU RECALL WHAT HE TOLD YOU?  WHEN HE FLEW OVER

23   IN HIS HELICOPTER, IT WAS ONE OF THE MOST INCREDIBLE THINGS HE

24   HAD EVER SEEN.  THOUSANDS AND THOUSANDS OF MEN RUNNING AROUND,

25   WAVING THEIR HANDS.  HE LANDS.  THESE ARE ALL WORKERS THAT WERE

28-101

1   WORKING ON THESE PLANTATIONS.  THEY HAD BEEN ORDERED AND SET

2   LOOSE AND JUST TOLD TO WALK AWAY.

3          WELL, THEY WERE OUT THERE WITH A WARRANT.  THIS GROUP

4   WAS SO BIG THAT CELAYA HAD TO BREAK THEM DOWN BY STATE.  HE HAD

5   TO FIND ONE MAN IN EACH STATE WHO WAS LITERATE AND WHO COULD

6   WRITE, AND HAD THAT ONE YOUNG MAN WRITE THE NAMES OF EACH MAN

7   FROM EACH STATE.  IT WAS ALMOST 6,000 WORKERS.

8          THAT, IN CONJUNCTION WITH THE 3,000 THAT LUGO FOUND,

9   IT'S ALMOST 10,000 WORKERS THAT WERE WORKING ON THESE HUGE

10  MARIJUANA PLANTATIONS.  AND ALL THE WORKERS, STRANGELY, HAD THE

11  SAME TIME OF ISSUE OF EQUIPMENT:  SPOONS, FORKS, DISHES AND

12  THIS BLANKET.  IT WAS ALL THE SAME BECAUSE THEY HAD BEEN

13  PROVIDED BY THE SAME PEOPLE.  AND THAT MARIJUANA, BY THE WAY,

14  BELONGED TO CARO QUINTERO, AS DID THE MARIJUANA FOUND IN

15  ZACATECAS.

16          YOUR HONOR, MIGHT THIS BE A GOOD OPPORTUNITY TO --

17          THE COURT:  ARE YOU GOING INTO ANOTHER SUBJECT?

18          MR. MEDRANO:  YES, YOUR HONOR.

19          THE COURT:  WE'LL TAKE OUR NONE RECESS AT THIS TIME

20  AND RECONVENE AT 1:30.

21          THE CLERK:  PLEASE RISE.  THIS COURT IS NOW IN

22  RECESS.

23          (JURY EXCUSED.)  (NOON RECESS.)

24

25

28-102

LOS ANGELES + CALIFORNIA    WEDNESDAY, JULY 11, 1990

+ 1:30 P.M.

(JURY PRESENT.)

(CLOSING ARGUMENT OF PLAINTIFF CONTINUED.)

THE COURT:  YOU MAY CONTINUE, COUNSEL.

MR. MEDRANO:  THANK YOU, YOUR HONOR.

GOOD AFTERNOON, LADIES AND GENTLEMEN OF THE JURY.  SO FAR WE HAVE ESTABLISHED A COUPLE THINGS:  NUMBER ONE, WHAT HAPPENED OUT THERE, THE MURDER OF THESE FOUR INNOCENT PEOPLE.

SECOND OF ALL, WE HAVE ESTABLISHED WHY THESE HEINOUS CRIMES OCCURRED, SIGNIFICANT NUMEROUS NARCOTICS LOSSES AND MONEY LOSSES.

NOW, I'D LIKE TO DISCUSS WITH YOU THE FOLLOWING.  WHO DID IT?  WHO WAS RESPONSIBLE FOR THESE TERRIBLE, TERRIBLE CRIMES?  NOW, I'VE ALLUDED TO THIS ALREADY.  THESE NARCOTICS TRAFFICKERS, THE MEMBERS OF THIS PARTICULAR ENTERPRISE BASED OUT OF GUADALAJARA, ARE NOT STUPID PEOPLE.  THEY DID NOT MAKE ALL THIS MONEY, THESE MILLIONS AND MILLIONS OF DOLLARS, BY BEING STUPID.

AND IF SOMETHING IS WRONG, IF PEOPLE ARE TAKEN DOWN, THERE ARE LOADS OF DOPE, IF PEOPLE ARE SEIZING MILLIONS OF DOLLARS THAT BELONG TO YOU, YOU DO SOMETHING ABOUT IT.  BUT BEFORE YOU DO THAT, YOU MEET, YOU GET TOGETHER, YOU BRAINSTORM AND YOU TRY TO FIGURE OUT WHAT COURSE OF ACTION IS GOING TO BE

28-103

1    TAKEN BY THE LEADERS IN THIS PARTICULAR ENTERPRISE.

2            BEFORE I ADDRESS THAT, LET ME JUST FLAG SOMETHING FOR

3    YOU.  COUNT 5 CHARGES SEVERAL OF THESE DEFENDANTS WITH BEING A

4    MEMBER OF THE CONSPIRACY TO KIDNAP AGENT CAMARENA.  NOW, THERE

5    ARE SEVERAL ELEMENTS THAT YOU HAVE TO FIND BEFORE YOU CAN

6    CONVICT, AND I'D LIKE TO RAISE THESE WITH YOU VERY BRIEFLY.

7            FIRST, YOU HAVE TO FIND THAT THERE WAS AN AGREEMENT

8    TO COMMIT THE PARTICULAR OFFENSE ALLEGED HERE.  AND THAT IS TO

9    KIDNAP AND MURDER AN AGENT WHILE HE WAS ENGAGED INTHE LINE OF

10   HIS OFFICIAL DUTIES.

11           SECOND, THAT A PARTICULAR DEFENDANT BECAME A MEMBER

12   OF THE CONSPIRACY KNOWING AT LEAST WHAT ONE OF THE OBJECTIVES

13   OF THE CONSPIRACY WAS.

14           THIRD AND FINALLY, THAT THEREAFTER AT LEAST ONE OF

15   THE MEMBERS OF THE CONSPIRACY PERFORMED AT LEAST ONE OF THE

16   OVERT ACTS THAT IS ALLEGED IN INDICTMENT BEFORE YOU.

17           THAT IS COUNT 5, THE CONSPIRACY TO KIDNAP AND

18   INTERROGATE SPECIAL AGENT CAMARENA.

19           COUNT 6 CHARGES THREE OF THESE DEFENDANTS HERE WITH

20   ACTUALLY COMMITTING THE KIDNAPPING OF CAMARENA.  AND THERE ARE

21   FIVE ELEMENTS YOU'LL HAVE TO FIND, AND I SUBMIT TO YOU AT THE

22   CONCLUSION OF THESE CLOSING ARGUMENTS, YOU'LL FIND THERE IS THE

23   EVIDENCE TO SUPPORT THESE ELEMENTS.

24           THE FIRST ONE, THAT ONE OF THESE DEFENDANTS

25   PARTICIPATED OR AIDED AND ABETTED THE KIDNAPPING OF CAMARENA.

28-104

1              THE SECOND, THAT THIS DEFENDANT'S PARTICIPATION

2      OCCURRED AFTER OCTOBER 12 OF 1984.

3              THIRD, THAT AT THE TIME THAT THIS OCCURRED, CAMARENA

4      WAS AN AGENT WITH THE D.E.A.

5              FOUR, THAT WHILE THIS OCCURRED, CAMARENA WAS ENGAGED

6      IN HIS OFFICIAL DUTIES OR CAPACITY AS A D.E.A. SPECIAL AGENT.

7              FINALLY, FIVE, THAT THE DEFENDANTS HELD CAMARENA TO

8      EITHER RANSOM OR FOR REWARD OR FOR SOME OTHER BENEFIT.

9              IN ADDITION, LADIES AND GENTLEMEN, COUNT 7 CHARGES A

10     FELONY MURDER, AND YOU'LL HAVE TO FIND FIVE ELEMENTS THERE, AND

11     LET ME DESCRIBE THEM FOR YOU.

12             FIRST, THAT AGENT CAMARENA WAS KILLED; SECOND, THAT

13     HE WAS KILLED WITH MALICE AFORETHOUGHT; AND THIRD, THAT SUCH

14     ACT WAS DONE IN THE PERPETRATION OF THE KIDNAPPING OF CAMARENA;

15     FOUR, THAT THE DEFENDANT DIRECTLY PARTICIPATED OR AIDED AND

16     ABETTED THE COMMISSION OF THESE ACTS; AND FIVE, THAT THE

17     PARTICULAR DEFENDANT'S PARTICIPATION OR AIDING AND ABETTING

18     OCCURRED AFTER OCTOBER 12, 1984.

19             MALICE AFORETHOUGHT:  ALL THAT MEANS -- AND JUDGE

20     RAFEEDIE WILL READ THESE INSTRUCTIONS TO YOU AFTER WE ALL

21     FINISH -- MALICE AFORETHOUGHT MEANS THAT YOU MAY INFER THAT THE

22     KILLING WAS COMMITTED DURING THE PERPETRATION OR ATTEMPTED

23     PERPETRATION OF THE KIDNAPPING, AS ALLEGED IN THE INDICTMENT.

24             NOW, LET'S TALK ABOUT THESE MEETINGS.  THERE WERE

25     FIVE.  FOUR OF THEM CERVANTES TOLD YOU ABOUT, ONE OF THEM MR.

28-105

1    PLASCENCIA TOLD YOU ABOUT.

2              CERVANTEZ:  A 30-YEAR OLD MAN BORN IN GUADALAJARA,

3    MARRIED, HAS TWO KIDS, HE USED TO BE IN THE RIOT POLICE, USED

4    TO BE A LOCAL POLICE OFFICER, AS WELL AS WITH THE RURAL POLICE.

5              AND HE TOLD YOU IN SIGNIFICANT DETAIL THAT STARTING

6    FROM ABOUT THE END OF '82 TO ABOUT MARCH OF 1985, HIS SOLE JOB

7    AND FUNCTION WAS TO BE THE HEAD OF SECURITY FOR JAVIER BARBA'S

8    HOUSE IN GUADALAJARA.  LA QUINTA.

9              AND HIS DUTIES CONSISTED OF THE VERY BASIC THINGS:

10   PROTECT BARBA WHEN HE'S IN THE HOUSE, SCREEN ALL GUESTS WHEN

11   THEY TRY TO COME INTO THE HOUSE, ANSWER THE TELEPHONE IF ANYONE

12   CALLS.  BUT THAT IS HIS SO WILL REASON FOR EXISTENCE FOR THOSE

13   TWO OR THREE YEARS WHEN HE WAS WORKING UNDER HIS BOSS JAVIER

14   BARBA?

15             NOW, YOU HAVE HEARD TESTIMONY FROM CERVANTES THAT

16   RUBEN ZUNO ARCE, BESIDES THE MEETINGS, WAS FREQUENTLY AT

17   LA QUINTA.  HE WAS THERE FOR SPECIFIC REASONS.  YOU WILL RECALL

18   THE STORY THAT CERVANTES TOLD YOU THAT ONE TIME ZUNO IS AT LA

19   QUINTA AND HE'S ADMIRING THIS ENORMOUS, MAGNIFICENT GUN

20   COLLECTION OF BARBA.  IT HAD EVERYTHING, YOU MAY RECALL.

21   SEMI-AUTOMATIC WEAPONS, AUTOMATIC GUNS, CONSISTING OF UZI'S,

22   AK-47S, AR-15S.  IT HAD GRENADES, IT HAD A BAZOOKA, AND IT HAD

23   VIRTUALLY EVERYTHING.  AND HE HAD THIS ONE COLLECTOR'S ITEM

24   THOMPSON MACHINE GUN.  ZUNO LIKED IT, AND AS A GIFT, BARBA GAVE

25   IT TO HIM.

28-106

1          ZUNO WAS ALSO AT LA QUINTA ON OTHER OCCASIONS; TWO

2    SPECIFICALLY COME TO MIND, IF YOU RECALL THE TESTIMONY OF

3    CERVANTES.  AGAIN, LADIES AND GENTLEMEN, CERVANTES WAS A MAN

4    WHO WAS ON THAT STAND FOR ALMOST A WEEK, MOST OF IT UNDER

5    ARDUOUS AND STRENUOUS CROSS-EXAMINATION BY THE RESPECTIVE

6    DEFENSE COUNSEL IN THIS CASE, BUT HE HELD UP.

7          AND EVERYTHING THAT HE TOLD YOU THAT HAPPENED DURING

8    HIS DIRECT, HE REITERATED AD NAUSEUM AT TIMES FOR THE DEFENSE

9    LAWYERS IN THE CROSS-EXAMINATION.

10          CERVANTES TOLD YOU ABOUT TWO PARTICULAR VISITS BY

11   RUBEN ZUNO ARCE.  ON ONE OCCASION, ZUNO ARRIVES.  HE IS

12   ACCOMPANIED BY A MILITARY OFFICIAL AND A MILITARY CHAUFFEUR.

13   AND BY THE WAY, FOR BOTH THESE TIMES I'M ABOUT TO DESCRIBE FOR

14   YOU, JAVIER VASQUEZ AND THE OTHER TIERRA LIBRE BROTHERS WERE

15   THERE AS SECURITY AT LA QUINTA.  THEY VIRTUALLY LIVED THERE.

16   THAT WAS THE TESTIMONY OF CERVANTES.

17          ANYWAY, THE FIRST TIME ZUNO GOES THERE, HE COMES TO

18   DELIVER TO BARBARA FIVE D.F.S. CREDENTIALS.  CERVANTES GOT TO

19   LOOK AT THE PICTURES ON THEM, AND ONE OF THOSE D.F.S.

20   CREDENTIALS WAS FOR JAVIER VASQUEZ.

21          THE SECOND OCCASION.  ZUNO GOES BACK TO THE HOUSE,

22   AGAIN IN THE COMPANY OF A CHAUFFEUR.  THIS TIME HE HAS ONE

23   D.F.S. CREDENTIAL, AND THIS ONE IS FOR JORGE BARBA.  AND HE

24   DELIVERS THAT TO HIS BROTHER JAVIER BARBA.

25          AND AGAIN, JAVIER VASQUEZ IS A BODYGUARD AT LA

1    QUINTA.   THEREAFTER, CERVANTES TOLD YOU, THAT ON TWO DIFFERENT

2    OCCASIONS, RUBEN ZUNO ARCE GOES TO THE HOUSE TO RECEIVE

3    BRIEFCASES FULL OF MONEY.   BARBA WAS NOT THERE, BARBA HAD LEFT

4    THOSE BRIEFCASES FOR CERVANTES, AND CERVANTES WAS ORDERED BY

5    BARBA TO GIVE THEM TO ZUNO WHEN HE ARRIVED.   AND THAT'S WHAT

6    CERVANTES DID.

7              REMEMBER I EARLIER IN THIS CASE WAS DESCRIBING FOR

8    YOU -- PARDON ME -- EARLIER IN MY CLOSING ARGUMENT, I WAS

9    TELLING YOU ABOUT THE RESPECTIVE ROLES OF SOME OF THESE

10   DEFENDANTS?   WELL, IT'S BECOMING MANIFEST THAT ZUNO HAS A

11   CERTAIN FUNCTION.

12             HE'S A POLITICALLY WELL-CONNECTED INDIVIDUAL AND

13   BECAUSE OF HIS IMMENSE POLITICAL CONTACTS, HE GREASES THE

14   WHEELS FOR PROTECTION FROM CORRUPT LAW ENFORCEMENT OFFICIALS.

15   AND THAT'S CLEAR BECAUSE HE'S ABLE TO OBTAIN D.F.S. CREDENTIALS

16   FOR THUGS, FOR BODYGUARDS, WHICH INCLUDES PEOPLE LIKE JAVIER

17   VASQUEZ.

18             MR. CERVANTES TOLD YOU ABOUT THE FIRST MEETING THAT

19   HE RECALLED.   REMEMBER IN SEPTEMBER OF 1984, THE BAPTISM WHERE

20   YUREMI, THE DAUGHTER OF BARBA, AND THE GODFATHER WAS GOING TO

21   BE THE FORMER CABINET MEMBER IN MEXICO, JAVIER GARCIA PANIAGUA.

22             MANY PEOPLE WERE PRESENT FOR THE FESTIVITIES,

23   INCLUDING ZUNO.   CARO WAS THERE, FONSECA, PANIAGUA, BARBA --

24   MANY, MANY SIGNIFICANT DRUG TRAFFICKERS AND LAW ENFORCEMENT

25   OFFICIALS.

28-108

1      THERE ARE ARMED GUARDS.  AGAIN, JAVIER VASQUEZ WAS

2  THERE, AS MR. CERVANTES TOLD YOU.  AND THERE IS A MEETING IN

3  THE LIVING ROOM AND THERE ARE FOUR PEOPLE PRESENT:  ZUNO,

4  BARBA, PANIAGUA, COCHI LOCO -- MANUEL SALCIDO, THE CRAZY PIG.

5  AND IN THIS MEETING, THERE IS A DISCUSSION OF THE D.E.A. AGENT.

6  THEY SAID SPECIFICALLY THERE WAS A D.E.A. AGENT CAUSING US

7  PROBLEMS.  WE NEED TO FIND OUT WHO IT IS.  INDEED, ZUNO PIPES

8  IN, "WE SHOULD PICK THE D.E.A. AGENT UP."

9      THE SECOND MEETING, OCTOBER OF 1984.  THIS WAS THE

10 WEDDING FOR JORGE BARBA.  YOU WILL RECALL THAT HIS BROTHER

11 JAVIER SENDS JORGE IN THE VAN WITH CERVANTES TO GO TO THE

12 AIRPORT TO PICK UP A VERY IMPORTANT INDIVIDUAL, MATTA, WHO'S IN

13 THE COMPANY OF A COLOMBIAN ASSISTANT.

14     AS THEY'RE PILING INTO THE VEHICLE, ARMANDO PAVON

15 REYES, WHO IS ARMED, COMES BY AND ASKS CERVANTEZ, "ARE THESE

16 THE PEOPLE FOR BARBA?"

17     THEY GO IN THE VEHICLE, THEY ARRIVE AT LA QUINTA.

18 AGAIN, BODYGUARDS PRESENT AT THE HOUSE.  JAVIER VASQUEZ.  THERE

19 ARE TWO MEETINGS AT THE WEDDING.  THERE IS ONE MEETING BEFORE

20 THE ACTUAL CHURCH CEREMONY AND THE BIG BASH, THE BIG PARTY.

21     AT THIS FIRST MEETING, AGAIN IT IS IN THE LIVING

22 ROOM, CERVANTES IS ALSO PRESENT.  HIS JOB IS TO PROTECT BARBA

23 INSIDE THE HOUSE.  WHEN BARBA GOES ON HIS EXCURSIONS AWAY FROM

24 THE HOUSE, HE HAS OTHER BODYGUARDS TO TAKE CARE OF HIM.  THAT

25 IS WHY CERVANTES SITS IT AT THESE MEETINGS;  HE IS THERE TO

28-109

1    PROTECT HIS BOSS.  HE IS A TRUSTED CONFIDANT WHO HAD WORKED FOR

2    BARBA FOR THREE YEARS.

3              A MEETING OCCURS.  MATTA IS AT THIS MEETING, BARBA,

4    ALDANA, THE DIRECTOR OF INTERPOL, IBARRA, THE DIRECTOR OF THE

5    M.F.J.P.

6              AT THIS MEETING, YOU WILL RECALL, ALDANA PULLS OUT

7    SOME POLICE REPORTS AND SHOWS THEM TO MATTA.  AND THEN ALDANA

8    EXPLAINS THAT WE'LL SOON HAVE THE IDENTITY OF THIS AGENT WHO'S

9    CAUSING US THE PROBLEMS, AND HE MENTIONS ZACATECAS IN PASSING.

10             IBARRA ALSO PARTICIPATES IN THE CONVERSATION.  HE

11   EXPLAINS HOW THIS AGENT IS CAUSING PROBLEMS FOR BARBA.  AND

12   MATTA FINALLY SAYS THAT THIS AGENT HAS BEEN ALSO CAUSING

13   PROBLEMS FOR US DOWN SOUTH, AND HE MENTIONS ZACATECAS.  AND

14   THEN THERE ARE THESE CHILLING WORDS THAT HE USES AT THE TAIL

15   END OF THE MEETING.  REMEMBER WHAT CERVANTEZ TOLD YOU?

16   "WELL, SILENCE IS GOLDEN."

17             WHAT DO YOU THINK THAT MEANS?  SOMETHING HAS TO BE

18   DONE ABOUT THIS AGENT.  AS EARLY AS SEPTEMBER AND OCTOBER OF

19   1984, THESE MEMBERS OF THIS ENTERPRISE, THE LEADERS,

20   PARTICULARLY, ARE TRYING TO FORMULATE A STRATEGY AND PLAN AS TO

21   HOW TO DEAL WITH THIS AGENT, WHOEVER THAT MAY BE, WHO'S CAUSING

22   ALL THESE PROBLEMS.

23             THEREAFTER, THERE WAS THE CHURCH WEDDING.  THEN AFTER

24   THAT, THERE WAS THE PARTY.  AND THEN A SECOND MEETING WAS HELD

25   IN THE LIVING ROOM.  MATTA AGAIN IS PRESENT, BARBA, ALDANA,

1   IBARRA, ZUNO IS PRESENT FOR THIS MEETING, PANIAGUA IS THERE,

2   CARO, FONSECA.  AGAIN, THESE NAMES COME UP REPEATEDLY, LADIES

3   AND GENTLEMEN, AND THE REASON THEY DO, AS I SHOWED IN THAT

4   FIRST DIAGRAM, IS THAT I THIS ENTERPRISE IS HUGE AND

5   SIGNIFICANT AND HAD MANY LEADERS.  AND THAT'S WHY THEY DO BOTH

6   COCAINE AND MARIJUANA.

7           BUT HERE WAS A DISCUSSION AT THE SECOND WEDDING --

8   PARDON ME -- AT THE SECOND MEETING IN OCTOBER OF 1984.  AGAIN,

9   THERE IS THIS D.E.A. AGENT WHO WAS CAUSING PROBLEMS.  ZUNO SAYS

10  "WELL, WE'LL PICK HIM UP ONCE WE KNOW WHO IT IS."

11          CARO SAYS, ALMOST ARROGANTLY, "WHEN WE GET THIS GUY,

12  I WANT TO SEE HIM FACE TO FACE."  AGAIN, WHAT IRONY, BECAUSE HE

13  HAD HIS OPPORTUNITY.  YOU RECALL THE INTERROGATION TORTURE

14  TAPES?  ONE OF THE LEAD INTERROGATORS WAS RAFAEL CARO QUINTERO.

15  PANIAGUA ALSO STATES AND DISCUSSES THAT THEY HAVE TO TRY TO

16  IDENTIFY THIS AGENT THAT WAS CAUSING PROBLEMS.

17          NOW, THERE IS A FOURTH MEETING, AND THIS ONE IS

18  DESCRIBED FOR YOU NOT BY CERVANTES, BUT BY PLASCENCIA.  THE

19  MEETING AT LA BAJADITA, WHICH WAS THE HOUSE THAT BELONGED TO

20  FONSECA.  AND AT THIS MEETING IS WHEN THEY PASSED AROUND THE

21  PHOTOGRAPH OF CAMARENA.  HERE IS WHAT HAPPENED ON THAT DAY.

22          PLASCENCIA AT THAT TIME, IN DECEMBER OF 1984, WHEN

23  THIS OCCURRED SHORTLY BEFORE THE CHRISTMAS HOLIDAYS, WAS A

24  BODYGUARD AND CHAUFFEUR FOR ANTONIO GARATE.

25          PLASCENCIA TAKES ANTONIO GARATE TO LA BAJADITA,

1    FONSECA'S HOUSE AND FONSECA'S OFFICE.  AND YOU KNOW THAT

2    BECAUSE BERNABE, WHEN HE TESTIFIED FOR YOU, CORROBORATED ALL

3    THAT.

4            ANTONIO GARATE GOES INSIDE THE HOUSE.  PLASCENCIA

5    WAITS OUTSIDE.  FONSECA SHOWS UP.  THEY GREET EACH OTHER,

6    FONSECA INVITES PLASCENCIA INSIDE TO THE HOUSE.  AS THEY WALK

7    IN, WHO IS THERE AS A BODYGUARD, BUT NONE OTHER THAN JAVIER

8    VASQUEZ VELASCO.  EVERYBODY GOES INTO THE LIVING ROOM TO HAVE A

9    MEETING.

10            AMONG THE PEOPLE PRESENT ARE FONSECA, CARO, BARBA,

11    SAMUEL RAZO -- MANY PEOPLE.  AGAIN, NARCOTICS TRAFFICKERS.

12            FONSECA IS HEADING UP THE MEETING.  HE'S SITTING

13    BEHIND A WOODEN DESK WITH A SEE-THROUGH GLASS COVER OR TOP.

14    REMEMBER PLASCENCIA TOLD YOU THAT?

15            HE PULLS OUT A PHOTOGRAPH AND THROWS IT ACCROSS THE

16    DESK TO ANTONIO GARATE AND TELLS YOU, "LOOK WHAT KIND OF PEOPLE

17    YOU'RE HANGING AROUND WITH."

18            ANTONIO GARATE LOOKS AT THE PHOTOGRAPH.  PLASCENCIA

19    WHO'S STANDING IMMEDIATELY NEXT TO ANTONIO GARATE, LOOKED AT

20    THE PHOTOGRAPH AND, REMEMBER, TOLD YOU WHAT IT DEPICTED.  IT

21    SHOWED ANTONIO PARREA, AND NEXT TO HIM IS CAMARENA.  BOTH ARE

22    SMILING.

23            CAMARENA IS WEARING AN ALL BLUE SUIT AND HE'S HOLDING

24    A DRINK IN HIS HAND.  PARREA IS CLOWNING.  HE HAS HIS ARM

25    AROUND CAMARENA, HE HAS HIS FEET OR LEGS IN THE FIGURE FOUR

28-112

1    POSITION, AND HE'S STICKING OUT HIS TONGUE AND TRYING TO TOUCH

2    THE TIP OF HIS NOSE.

3           NOW, ANTONIO GARATE LOOKS AT THE PHOTOGRAPH AND

4    FONSECA TELLS ANTONIO GARATE, "YOU HAVE TO KILL PARREA, AND

5    WE'LL TAKE CARE OF EL LICENCIADO CAMARENA." ANTONIO GARATE

6    SAYS, "I CAN'T DO THAT. PARREA IS NOT ONLY MY FRIEND, HE'S A

7    CLOSE FRIEND OF COCHI LOCO AND COCHI LOCO WILL GET MAD IF I

8    HAVE ANYTHING TO DO WITH THIS." SO HE DECLINES TO DO SO.

9           THE PHOTOGRAPH MAKES ITS WAY AROUND EVERYBODY AT THE

10   LIVING ROOM. THAT'S WHAT PLASCENCIA TOLD HIM. EVENTUALLY, THE

11   PHOTOGRAPH COMES BACK TO THE DESK AND IT ENDS UP BACK WITH

12   FONSECA.

13          THEN THE FOLLOWING OCCURS. A MILITARY COLONEL IS

14   BROUGHT INTO THE LIVING ROOM. FONSECA TELLS BARBA SEND ME

15   ANTONIO VASQUEZ, THE BROTHER OF JAVIER VASQUEZ. ANTONIO

16   VASQUEZ COMES IN.

17          FONSECA TELLS HIM, "GO TO MY BEDROOM, GO TO MY SAFE,

18   GET ABOUT THAT QUANTITY (INDICATING) OF CASH AND BRING IT BACK

19   AND TAKE PLASCENCIA WITH YOU."

20          THE TWO MEN GO TO THE BEDROOM. THERE IS THIS SAFE --

21   REMEMBER PLASCENCIA DESCRIBED IT FOR YOU. IT IS ABOUT A METER

22   HIGH, HALF A METER WIDE. YOU OPEN IT UP AND IT'S COMPLETELY

23   FULL OF UNITED STATES CURRENCY IN DENOMINATIONS OF $50 AND $100

24   BILLS.

25          ANTONIO REACHES IN, GRABS A HANDFULL OF MONEY, CLOSES

1    THE SAFE, RETURNS TO THE LIVING ROOM WITH PLASCENCIA, GIVES THE

2    MONEY TO FONSECA WHO GIVES IT TO THE MILITARY COLONEL, WHO

3    BREAKS IT IN HALF AND PUTS MONEY IN EACH POCKET.  AND FONSECA

4    ASKS HIM, "IS THAT ENOUGH?"  AND THE COLONEL REPLIES "YES".

5            SOON THEREAFTER, THE MEETING BROKE UP.

6            FINALLY, ON THE EVE OF THE ABDUCTION OF SPECIAL AGENT

7    CAMARENA, THERE WAS A FINAL MEETING IN EARLY FEBRUARY.

8    CERVANTES TOLD YOU ABOUT IT.  IT OCCURRED AGAIN AT LA QUINTA.

9    MANY PEOPLE ARRIVED, AND THAT INCLUDES ZUNO, FONSECA, CARO.

10   AND FONSECA BRINGS AN ARMED GUARD WITH HIM.

11           WHO IS IT?  BERNABE.  CERVANTES IDENTIFIED HIM IN

12   COURT FOR YOU.  HE WAS THERE AND HE WAS ARMED.  A MEETING IS

13   HELD YET AGAIN IN THE LIVING ROOM BECAUSE ALL MEETINGS WERE

14   HELD IN THE LIVING ROOM.

15           CARO TELLS BARBA DURING THE MEETING THAT WE HAVE TO

16   FIND OUT AND PICK UP THIS -- FIND OUT WHO IT IS AND PICK UP

17   THIS AGENT AND FIND OUT WHAT HE KNOWS.

18           ZUNO, HE SAYS, ZUNO AGREES AND ALSO SUGGESTS THAT HE

19   BE PICKED UP.  REMEMBER WHAT ZUNO TELLS THE OTHERS AT THE

20   MEETING AS TO WHAT TO DO WHEN THEY FIND THE AGENT?

21           ZUNO SAYS THAT WHEN WE FIND HIM, LET'S ASK WHAT HE

22   KNOWS ABOUT MY GENERAL, MY GENERAL GARDOQUI, A HIGH-RANKING

23   MILITARY OFFICIAL IN MEXICO.

24           AND THEN TO SHOW YOU THE AUDACITY, THE BRAZENNESS OF

25   THIS ENTERPRISE, CARO SUGGESTS, "WELL, WHY DON'T WE ALSO PICK

1   UP THE U.S. AMBASSADOR, JOHN GAVIN?"

2          BARBA SHUTS THAT DOWN IMMEDIATELY.  HE SAYS, "NO,

3   THAT WILL CAUSE TOO MUCH TROUBLE.  LET'S JUST GO WITH THE

4   AGENT."

5          AND THEY DECIDED ON THE AGENT BECAUSE THEY FELT THEY

6   COULD GET AWAY WITH IT.  THEY HAD KILLED RADELAT AND WALKER

7   ONLY A FEW DAYS BEFORE THAT.  NO RANCOR, NO PROBLEMS, NO

8   CRITICISMS.  THEY FELT AN AGENT WOULD BE IDEAL TO PICK UP,

9   INTERROGATE AND LET'S FIND OUT WHAT HE KNOWS.

10         THE BOMB FELL.  CAMARENA IS ABDUCTED ON FEBRUARY 7.

11  AFTER THAT.  CERVANTES TOLD ME OF THE POST-ABDUCTION MEETING

12  HELD AT LA QUINTA.  AND HERE IS THE WAY THIS CAME DOWN.

13         CORITA:  CORITA HAS BEEN IDENTIFIED FOR YOU BY

14  SEVERAL PEOPLE AS BEING ONE OF SEVERAL BODYGUARDS FOR BARBA AND

15  FONSECA.

16         ITALIANO:  ANOTHER BODYGUARD THAT HAS BEEN

17  IDENTIFIED, NOT ONLY BY OUR WITNESSES -- JAVIER VASQUEZ IN HIS

18  STATEMENTS TO AGENT REYNOSO ALSO SAID HE KNEW THEY WERE

19  BODYGUARDS.

20         CORITA ARRIVES AT LA QUINTA AND HE'S FRANTIC.  HE

21  FINDS BARBA AND TELLS BARBA IN THE PRESENCE OF CERVANTES, "THE

22  BOMB HAS EXPLODED.  RAFA WENT --"  RAFA, REFERRING TO RAFAEL

23  CARO QUINTERO -- "WENT TOO FAR.  THE AMERICAN IS DEAD."

24         BARBA IMMEDIATELY GOES TO THE TELEPHONE, CALLS ZUNO

25  AND TELLS HIM TO GET OVER TO LA QUINTA IMMEDIATELY.  ZUNO

28-115

1    ARRIVES AT LA QUINTA.  BARBA TELLS ZUNO WHAT HE JUST HEARD FROM

2    CORITA, AND THIS IS WHAT ZUNO SAYS.

3            "WELL, I CAN'T STOP THE TROUBLE.  IT'S SET IN MOTION,

4    THERE IS JUST TOO MUCH TROUBLE, I CAN'T STOP THAT."  THEN HE

5    SAYS THIS:  "BUT I HAVE FIVE TONS OF MARIJUANA IN MASCOTA

6    THAT'S BURIED AND I NEED HELP TO MOVE THAT.  CAN YOU HELP ME?"

7            BARBA AGREES TO.  BARBA TURNS TO JAVIER VASQUEZ, AS

8    CERVANTES TOLD YOU, AND TELLS HIM LEAVE AND COME BACK WITH

9    WORKERS SO WE CAN MOVE THAT MARIJUANA THAT IS IN MASCOTA.

10           JAVIER VASQUEZ LEAVES THE HOUSE, HE COMES BACK A

11   LITTLE BIT LATER WITH THIS HUGE TRUCK FULL OF ABOUT 25 WORKERS.

12   THE WORKERS ARE ALLOWED IN THE HOUSE.  CERVANTEZ, PER ORDER OF

13   HIS BOSS BARBA, FEEDS THEM, GIVES THEM COFFEE, LET'S THEM REST.

14           BARBA LEAVES THE HOUSE MOMENTARILY AND COMES BACK

15   LATER WITH GUNS, AND ABOUT 20 TO 25 GUNS ARE ISSUED TO THE 25

16   EMPLOYEES.  THE FOLLOWING DAY THEY LEAVE TO GO TAKE CARE OF

17   THIS BUSINESS WITH REGARD TO MARIJUANA IN MASCOTA THAT BELONGS

18   TO ZUNO.

19           LATER, AFTER THEY HAD DONE THAT, REMEMBER WHAT

20   CERVANTES TOLD YOU.  BARBA TOLD HIM THAT EVERYTHING WAS OKAY,

21   THE PROBLEM HAD BEEN RESOLVED.

22           WELL, THE PROBLEM WITH RESPECT TO THE MASCOTA

23   MARIJUANA WAS RESOLVED, BUT NOT THE TROUBLE, NOT THE OUTCRY

24   WITH THE KILLING OF A FEDERAL AGENT FROM THE UNITED STATES.

25           BECAUSE YOU KNOW NOW, IN LIGHT OF THE OUTCRY THAT

28-116

1   RESULTED, EVERY SIGNIFICANT DRUG TRAFFICKER WAS GETTING OUT OF

2   THAT CITY, AND THAT INCLUDED ZUNO.  HE GOT OUT OF TOWN AS WELL.

3         HE HAD TO MOVE HIS MARIJUANA FIRST, BUT HE GOT OUT OF

4   THERE BECAUSE TROUBLE WAS COMING DOWN FOR EVERYBODY WHO WAS

5   INVOLVED IN THE ABDUCTION AND MURDER OF CAMARENA.

6         A FEW DAYS LATER, BARBA SHOWS UP AT LA QUINTA, TALKS

7   TO CERVANTES AND SAYS, "IT'S TOO HOT, I HAVE TO LEAVE.  I'M

8   GOING TO BE LEAVING.  YOU STAY AT THE HOUSE FOR A WHILE."

9         REMEMBER WHAT CERVANTES TOLD YOU?  BARBA GAVE HIM

10  SOME MONEY TO HOLD HIM OVER.  HE GAVE HIM SOME BOOTS AND A .357

11  HAND GUN, AS WELL, AND HE LEAVES.

12        CERVANTES STAYS AT LA QUINTA FOR A PERIOD OF TIME AND

13  THEN THE FOLLOWING HAPPENS, LADIES AND GENTLEMEN.  JAVIER

14  VASQUEZ CALLS ON THE PHONE, CERVANTES ANSWERS THE TELEPHONE,

15  AND JAVIER VASQUEZ SAYS THE FOLLOWING.  "IT'S ME, JAVIER, THE

16  TIERRA LIBRE.  I'M LOOKING FOR BARBA.  I NEED TO TELL BARBA

17  THAT PAVON HAS KILLED THE BRAVO FAMILY."

18        AND JAVIER VASQUEZ ALSO TELLS CERVANTES THAT THE

19  BODIES AT LA PRIMAVERA, THEY NEED TO BE MOVED BECAUSE THE

20  PROPERTY WHERE THEY ARE BELONGS TO RUBEN, RUBEN ZUNO, AND RUBEN

21  WILL GET IN TROUBLE.  CERVANTES SAYS I'LL REPORT TO IT MY BOSS.

22        A LITTLE BIT LATER, BARBA SHOWS UP, CERVANTES TELLS

23  HIM THE INFORMATION.  BARBA GETS ON THE PHONE AND TALKS TO

24  JAVIER VASQUEZ IN THE PRESENCE OF CERVANTES AND TELLS HIM,

25  WELL, WHAT'S DONE IS DONE, AND YOU OUGHT TO MOVE THE BODIES, DO

1    SOMETHING WITH THEM.  THIS IS SIGNIFICANT, AND LET ME TELL YOU

2    WHY.

3             YOU KNOW THAT THE BODIES OF CAMARENA AND ZAVALA WERE

4    DUMPED AT THE BRAVO RANCH 70 MILES SOUTHEAST OF GUADALAJARA.

5    THEY WERE NOT BURDEN THERE ORIGINALLY BECAUSE THE SOIL DID NOT

6    MATCH.  JAVIER VASQUEZ TELLS YOU WHAT HAPPENS IN THAT TELEPHONE

7    CALL.

8             THE BODIES WERE BURIED AT LA PRIMEVERA PARK, THERE

9    WAS CONCERN SOMEHOW THAT ZUNO MIGHT BE IMPLICATED.  THE BODIES

10   ARE EXHUMED AND DUMPED BY THE ROADSIDE IN ZAMORA BY THE BRAVO

11   RANCH.  THIS IS SIGNIFICANT, LADIES AND GENTLEMEN, BECAUSE IT

12   SERVES TO CORROBORATES EVERYTHING CERVANTES IS TELLING YOU.

13            YOU HAVE THEN A TOTAL OF FIVE MEETINGS WHERE CAMARENA

14   IS DISCUSSED, AND IT IS -- THESE MEETINGS ARE CORROBORATED NOT

15   ONLY BY THE WITNESSES, BUT BY INDEPENDENT EVIDENCE, AS WELL.

16   THEY ARE CORROBORATED BY CERVANTES, WHO TOLD YOU WHAT HAPPENED,

17   BY MR. PLASCENCIA AGUILAR, WHO TOLD YOU WHAT HAPPENED.

18            THEY ARE CORROBORATED BY MR. BERNABE.  WHEN HE TOOK

19   THE STAND TO TESTIFY, 95 PERCENT OF WHAT HE TOLD YOU

20   CORROBORATES WHAT THE GOVERNMENT'S WITNESSES SAID, NOT TO

21   MENTION THE GREATEST EVIDENCE OF ALL, THAT THESE MEETINGS

22   OCCURRED, AS MR. CERVANTES AND MR. PLASCENCIA TOLD YOU THEY

23   OCCURRED.

24            THE BEST EVIDENCE OF THAT IS THAT ON FEBRUARY 7TH,

25   CAMARENA AND ZAVALA ARE KIDNAPPED, AND THEY ARE TAKEN TO THE

28-118

1   LOPE DE VEGA RESIDENCE, AND THAT'S UNEQUIVOCAL BECAUSE OF THE

2   FORENSIC EVIDENCE, BUT I'LL TOUCH ON THAT MOMENTARILY.

3           I WANT TO DISCUSS THIS BRIEFLY, THE LOPE DE VEGA

4   HOUSE.  SPECIAL AGENT KUYKENDALL TESTIFIED FOR YOU THAT HE

5   INTERVIEWED RUBEN ZUNO ARCE IN SAN ANTONIO, TEXAS ABOUT

6   SEPTEMBER OF 1986.  ZUNO CAME VOLUNTARILY TO THAT MEETING.

7           HE MET WITH THE AGENT AND HE TOLD HIM THAT HE HAD

8   ACQUIRED THAT LOPE DE VEGA PROPERTY ABOUT 25 YEARS AGO, AS AN

9   INHERITANCE, AND THAT AT THE TIME HE GOT IT, THERE WERE NO

10  BUILDINGS ON THE PROPERTY, BUT HE PROCEEDED TO BUILD A HOUSE, A

11  POOL, AN OUTBUILDING, A TENNIS COURT, ET CETERA.

12          ZUNO ALSO TOLD AGENT KUYKENDALL THAT HE HAD LEASED

13  THE PROPERTY TO ABOUT THE MIDDLE OF 1984, AND THAT IN DECEMBER

14  OF 1984, HE MET WITH RUBEN SANCHEZ BARBA TO DISCUSS THE SALE OF

15  THE HOUSE.  AND THE ACTUAL, FINAL TRANSACTION HAPPENED ABOUT

16  JANUARY 9 OF 1985.

17          YOU HAVE THE HOUSE WHERE THE TORTURE OF CAMARENA

18  OCCURRED, AND THAT HOUSE BELONGED TO RUBEN ZUNO ARCE UP TO THE

19  MOMENT OF THE ABDUCTION AND KIDNAPPING.

20          FEBRUARY 8:  WE KNOW THAT THIS HAS HAPPENED AT LOPE

21  DE VEGA, COURTESY OF MR. GEORGE GOMEZ ESPANA, WHO TESTIFIED FOR

22  YOU.

23          REMEMBER THE REAL ESTATE SALESMAN WHO WORKED AT TERRA

24  NOVA?  REMEMBER HE TOLD YOU THAT IN JANUARY OF '85, HE AND

25  OTHERS WENT TO LOPE DE VEGA TO INSPECT IT, BECAUSE IT WAS GOING

1   TO GO UP ON THE MARKET.  IT WAS VACANT, IT WAS BEING REPAINTED,

2   NEW RUGS WERE BEING PUT IN, LANDSCAPING, NEW FURNITURE.  NOW

3   THAT IS IMPORTANT.  LET ME TELL YOU WHY.

4           THAT'S THE WAY YOU KNOW THAT ANY FORENSIC EVIDENCE

5   THAT WAS DEPOSITED AT THE LOPE DE VEGA HOUSE HAD TO HAVE

6   OCCURRED AFTER JANUARY OF 1985.  AND THAT BLOWS OUT OF THE

7   WATER ANY POSSIBLE ARGUMENT.  WELL, THE HAIRS WERE THERE TWO

8   YEARS AGO OR SOMETHING.  THAT'S NOT THE CASE, NOT WHEN YOU HAVE

9   NEW RUGS PUT IN, NOT WHEN THE PLACE IS BEING REPAINTED.

10          GOMEZ ESPANA TOLD YOU THAT ON FEBRUARY 8TH, HE GOES

11  TO THE HOUSE WITH OTHERS.  AND GOMEZ GOES THERE BECAUSE HE

12  WANTS TO MEET WITH CARO TO DISPEL THIS RUMOR THAT HE IS AN

13  INFORMANT SOMEHOW.

14          WELL, EVENTUALLY, JORGE GOMEZ ESPANA ENTERS THE LOPE

15  DE VEGA HOUSE.  HE WAITS IN THE KITCHEN AREA WHILE HIS FRIEND,

16  GUILLERMO, WILLIE, WAS THERE MEETING WITH SOMEONE IN THE BACK.

17  WHILE HE WAITS IN THE KITCHEN, MR. GOMEZ ESPANA, HE SEES 10

18  AR-15'S IN THE KITCHEN AREA, HE SEES A MAN COOKING, AND HE

19  HEARS THE VOICE OF CARO QUINTERO IMMEDIATELY IN THE NEXT ROOM,

20  IN THE BACK.  HE KNOWS THAT'S HIS VOICE BECAUSE HE HAS MET HIM

21  BEFORE.

22          AFTER THIS, GOMEZ ESPANA LEAVES, AND WHO WALKS OUT OF

23  THE HOUSE WITH HIM BUT RENE VERDUGO AND THIS COMANDANTE.  YOU

24  KNOW WHO RENE VERDUGO IS.  HIS FAIR WAS FOUND AT THE LOPE DE

25  VEGA HOUSE.

1        RENE VERDUGO GETS IN THE CAR AND ASKS FOR A RIDE TO

2   THE HYATT HOTEL, AND DURING THE RIDE TO THE HOTEL, A COUPLE OF

3   SIGNIFICANT THINGS.  NUMBER ONE, VERDUGO LOOKS VERY, VERY

4   TIRED.  YOU CAN SURMISE WHY.  WHEN YOU HAVE BEEN INTERROGATING

5   SOMEONE FOR HOURS, YOU'RE GOING TO BE TIRED.

6        AND THEN HE ALSO SAYS IN THE PRESENCE OF JORGE GOMEZ

7   ESPANA, "I HAD A PROBLEM.  I JUST TOOK CARE OF IT."  AND THEN

8   HE TURNS TO THE COMANDANTE AND SAYS, "COMANDANTE, DIDN'T WE

9   JUST TAKE CARE OF A PROBLEM?"

10        YOU KNOW WHAT THE PROBLEM IS THAT THEY WERE REFERRING

11   TO.  IT WAS CAMARENA WHO WAS BEING TORTURED AT THAT HOUSE.

12        LEST THERE BE ANY QUESTIONS ABOUT THE NOTION OR

13   SUGGESTION THAT THIS FEDERAL AGENT WAS TORTURED, YOU SAW ON

14   THIS WALL THOSE TORTURE TAPES BEING PLAYED FOR YOU.  AND THOSE

15   TAPES WERE OBTAINED FROM THE GOVERNMENT OF MEXICO IN AUGUST OF

16   1985, AND THE VOICES ON THOSE TORTURE TAPES WERE IDENTIFIED FOR

17   YOU BY GOVERNMENT WITNESS TESTIMONY.

18        AGENT DALE STINSON, AGENT ROBERT CASTILLO -- THEY

19   HEARD AND WERE FAMILIAR WITH VOICES OF CARO AND SERGIO ESPINO

20   VERDIN, BECAUSE THEY SAT IN ON INTERVIEWS.  AND THEY TAPED

21   THEM, REMEMBER, AND THEY KEPT THE TAPES.

22        THEN THEY WERE GIVEN THE TORTURE TAPES AND ASKED IF

23   THEY RECOGNIZED ANY VOICES.  AND THEY DID.  ON COPIA 2, TAPE

24   NUMBER 2, ESPINO VERDIN IS THE PRIMARY INTERROGATOR.

25        ON COPIA 4, ESPINO VERDIN AGAIN IS THE PRIMARY

1    INTERROGATOR, AND CARO QUINTERO'S VOICE IS ALSO IDENTIFIED.

2    REMEMBER WHAT THE AGENTS TOLD YOU ABOUT THE UNIQUE QUALITY OF

3    THE VOICES OF THESE DEFENDANTS.  THEY WERE BOTH FROM THE

4    NORTHERN PART OF MEXICO AREA.  ESPINO HAD GOOD GRAMMAR, HE WAS

5    EDUCATED, CONTRASTED WITH CARO, WHO WAS UNEDUCATED AND VERY

6    GRUFF AND USED SLANG.  CARO DID.

7          AND ESPINO -- THIS IS IMPORTANT -- ESPINO SPOKE WITH

8    A COMMANDING VOICE BECAUSE HE USED TO BE A COMMANDANTE, AND HE

9    SPOKE IN A LOW, MONOTONE VOICE.  BUT WHEN YOU HEARD THESE

10   TAPES, LADIES AND GENTLEMEN, YOU COULD DISCERN THAT FROM THE

11   TORTURE TAPES, BECAUSE IT WAS ESPINO CONDUCTING THE

12   INTERROGATION.  AND THAT WAS CAMARENA'S VOICE ON THE TAPE, AS

13   WELL, BECAUSE YOU HAVE HAD SUFFICIENT EVIDENCE ABOUT THAT.

14         AGENT KUYKENDALL, HIS CLOSE FRIEND, RECOGNIZED THE

15   VOICE OF CAMARENA ON THE TAPE.  IN ADDITION, CAMARENA, IF YOU

16   LISTEN JUST TO THE SUBSTANCE OF WHAT WAS ACTUALLY BEING SAID,

17   CAMARENA REFERS TO KUYKENDALL TWICE.  CAMARENA MENTIONS HIS

18   POLITICIAN FRIEND THAT ONLY KUYKENDALL AND CAMARENA KNEW ABOUT.

19   THERE ARE EVEN DIRECTIONS TO THE HOUSE OF SHAGGY WALLACE, ONE

20   OF THE AGENTS THAT BELONGED TO THE D.E.A.  THERE WERE QUESTIONS

21   ABOUT D.E.A. INVESTIGATIONS.

22         ALL OF THIS INFORMATION WAS SO UNIQUE THAT ONLY

23   CAMARENA KNEW IT.  THAT'S HOW YOU KNOW THAT IT WAS CAMARENA'S

24   VOICE ON THESE TORTURE TAPES.

25         WHAT DO THEY PROVE?  FIRST OF ALL, THE ELEMENTS OF

28-122

1    TORTURE AND INTERROGATION.   AND SECOND OF ALL, THAT THE

2    INTERROGATION OCCURRED AT LOPE DE VEGA.   AND YOU KNOW THAT

3    BECAUSE IF YOU FOLLOW THE DIRECTIONS THAT CAMARENA GIVES WHEN

4    HE'S BEING INTERROGATED AS TO HOW TO GET TO A CERTAIN HOUSE, A

5    HOUSE THAT BELONGS TO FONSECA, KUYKENDALL TOLD THAT HE DID

6    THAT.   AND WHEN YOU FOLLOW HIS DIRECTIONS AND YOU START AT LOPE

7    DE VEGA, YOU END UP AT THE FONSECA HOUSE.   THAT TAPE SHOWS THE

8    INTERROGATION WAS AT LOPE DE VEGA.

9            THE TORTURE TAPES CORROBORATE THE FORENSIC EVIDENCE

10   IN THIS CASE.   ESPINO'S VOICE IS ON THE TORTURE TAPES, ESPINO'S

11   HAIR IS AT LOPE DE VEGA.   CARO QUINTERO'S VOICE IS ON THE

12   TORTURE TAPE.   CARO QUINTERO WAS AT LOPE DE VEGA ON FEBRUARY

13   8TH.   THAT'S WHAT GEORGE GOMEZ ESPANA TOLD YOU.

14           AND FINALLY, PERHAPS MOST SIGNIFICANT, LADIES AND

15   GENTLEMEN, THESE TORTURE TAPES SHED LIGHT ON THE MOTIVE.   WHY

16   DO THIS?   WHY BRUTALIZE AN AGENT IN THIS FASHION?

17           YOU HEARD THOSE TAPES WHEN WE PLAYED THEM FOR YOU,

18   THE WHOLE PURPOSE OF THE TAPES WAS TO QUESTION THE AGENT ABOUT

19   WHO HE KNEW, WHO WERE THE INFORMANTS, WHO WERE THE AGENTS,

20   WHERE DID THE AGENTS LIVE, WHERE DID THE INFORMANTS LIVE.   THAT

21   CORRBORATES CERVANTES.

22           CERVANTES TOLD YOU THAT THE REASON THEY HAD THE

23   MEETINGS WAS TO FIND OUT WHO WAS RESPONSIBLE AND WHAT HE KNEW.

24   AND LO AND BEHOLD, THAT'S WHAT HAPPENS DURING THE ACTUAL

25   INTERROGATION OF CAMARENA.

28-123

1              NOW, YOU HEARD SOME SIGNIFICANT AND, I HOPE,

2     COMPREHENSIBLE FORENSIC EVIDENCE IN THIS CASE, PRIMARILY

3     THROUGH SPECIAL AGENT MIKE MALONE, AN EXPERIENCED INVESTIGATOR

4     WITH THE FEDERAL BUREAU OF INVESTIGATION.  HE HAS BEEN DOING IT

5     FOR ALMOST 20 YEARS.  HE IS A SENIOR EXAMINER IN THE HAIR AND

6     FIBERS UNIT OF THE F.B.I., WHICH THE DEFENSE OWN WITNESS

7     ADMITTED WAS VERY WELL REGARDED.

8              HE WENT ON AT GREAT LENGTH -- AND I WON'T REPEAT

9     IT -- BUT HE HAS HAD INCREDIBLE TRAINING, HAS EXAMINED

10    THOUSANDS AND THOUSANDS OF HAIRS.  HE TAKES FINAL EXAMS, AND

11    EVERY TIME HE PASSES EXAMS WITH FLYING COLORS.  HE HAS TAUGHT,

12    HE HAS PUBLISHED.  THIS MAN KNOWS HIS STUFF.  THAT IS

13    UNEQUIVOCAL.

14             AND HIS CONCLUSION TO YOU AFTER PERHAPS A FULL DAY OF

15    TESTIMONY, WAS THAT CAMARENA WAS AT THE LOPE DE VEGA HOUSE AND

16    PARTICULARLY IN THE GUEST HOUSE.  AND CAMARENA HAD HAIR

17    FORCIBLY REMOVED FROM HIM IN THE GUEST HOUSE.

18             HOW DOES MALONE KNOW THIS?  SPECIAL AGENT MALONE TOLD

19    YOU THAT HE WAS ALLOWED, FINALLY, ON THE LOPE DE VEGA RESIDENCE

20    ON APRIL 12.  WHAT DOES HE SEE WHEN GETS THERE?  IT BOGGLES THE

21    IMAGINATION.  HE SEES MEXICAN TECHNICIANS LEAVING THE LOPE DE

22    VEGA HOUSE WITH EVIDENCE.

23             WHEN MALONE IS FINALLY ALLOWED ON THE PROPERTY, FIRST

24    HE DOES A WALK THROUGH OF THE WHOLE HOUSE, FIRST THE BEDROOMS

25    AND THEN THE GUEST HOUSE.  IN THE BEDROOMS, HE NOTICES THAT ALL

1    THE ROOMS HAVE BEEN FRESHLY PAINTED.

2           AND HE ALSO WALKS THROUGH THE GUEST HOUSE.  AND THE

3    REASON HE'S DOING ALL THIS IS BECAUSE HE'S TRYING TO BE LOGICAL

4    ABOUT THIS.  REMEMBER WHAT HE TOLD YOU?   "I WAS TRYING TO

5    ASCERTAIN WHAT WOULD BE THE MOST LOGICAL PLACE TO KEEP SOMEONE

6    AGAINST THEIR WILL AS A PRISONER."

7           WELL, HE FOUND THAT ROOM.  IT IS A MISNOMER, BUT IT

8    IS CALLED A GUEST HOUSE IN THE BACK OF THE MAIN RESIDENCE AT

9    LOPE DE VEGA.  REMEMBER WHAT HE TOLD YOU ABOUT THIS PARTICULAR

10   ROOM?  HE SAID THAT IT WAS IDEAL.

11          FIRST OF ALL, THIS GUEST HOUSE WAS MOSTLY STORAGE

12   ROOM, BUT IT DID HAVE ONE ROOM THAT WAS ABOUT 10 FEET BY 10

13   FEET WITH AN ADJOINING BATHROOM.

14          HE ALSO TOLD YOU THAT IT HAD AN OLD RUG, BUT THE

15   WALLS OF THAT TEN-BY-TEN ROOM HAD BEEN FRESHLY PAINTED.  AND HE

16   ALSO TOLD YOU THAT WHEN YOU WENT TO THE SHOWER THAT WAS IN THE

17   BATHROOM ADJACENT TO THE TEN FOOT-BY-TEN FOOT ROOM, IT HAD BEEN

18   FRESHLY CLEANED AND PAINTED UP TO SIX FEET, A HEIGHT OF SIX

19   FEET.  AND ABOVE THAT, IT WAS GRIMY AND DIRTY.  YOU KNOW WHAT

20   HAPPENED.

21          THESE CORRUPT OFFICIALS WENT THROUGH THAT HOUSE, THEY

22   TRIED TO DESTROY EVIDENCE, THEY REPAINTED IT TO TRY TO THROW

23   OFF OUR AGENTS -- TO TRY TO THROW OUR AGENTS OFF THE TRACK.

24          MR. STOLAR:  YOUR HONOR, I'M GOING TO OBJECT.  THERE

25   IS ABSOLUTELY NO TESTIMONY OF THAT NATURE IN THIS CASE.

1          THE COURT:  THE COURT WILL ADMONISH THE JURY, AND I

2    ALREADY HAVE, THAT STATEMENTS OF COUNSEL ARE NOT EVIDENCE.

3    COUNSEL ARE PERMITTED TO ARGUE WHAT THE EVIDENCE IS AND ANY

4    REASONABLE INFERENCE THAT CAN DRAWN FROM THE EVIDENCE.  SO YOU

5    HAVE TO ULTIMATELY DECIDE WHAT THE EVIDENCE IS IN THE CASE.

6          MR. MEDRANO:  THANK YOU, YOUR HONOR.

7          LADIES AND GENTLEMEN, HE TOLD YOU THAT THIS GUEST

8    HOUSE HERE, GOVERNMENT EXHIBIT 111-G, WAS THE PERFECT SITE;

9    NUMBER ONE, BECAUSE OF THE THICK WALLS, AND IT HAD SMALL

10   WINDOWS AND A STEEL DOOR.  AND THOSE THICK WALLS WOULD PREVENT

11   SOUND FROM LEAVING.

12         THE FINDINGS OF MALONE WITH REGARD TO THE LOPE DE

13   VEGA HOUSE -- AND IT'S INCREDIBLE.

14         FIRST, WITH REGARD TO FABRICS.  FABRIC FROM THE

15   BURIAL SHEET OF CAMARENA MATCHED PILLOW CASES THAT WERE TAKEN

16   FROM BEDROOMS 3 AND 5 OF THE LOPE DE VEGA HOUSE.

17         CARPET FIBERS:  YOU RECALL THERE WERE NEW CARPETS

18   THERE.  VIRTUALLY ALL THE ROOMS WERE A LIGHT BEIGE COLOR.  ONE

19   OF THE BEDROOMS, I THINK BEDROOM NUMBER THREE, WAS LIKE A ROSE

20   COLOR.

21         WELL, CARPET FIBERS FROM THAT WERE FOUND ON CLOTHES

22   OF ZAVALA MATCHED CARPET FIBERS OF THE GUEST HOUSE, THE CARPET

23   OF THE GUEST HOUSE.  CARPET FIBERS FROM THE CAMARENA BLINDFOLD

24   AND THE BURIAL SHEET MATCHED CARPET FIBERS FROM CARPETS IN

25   BEDROOMS IN BEDROOMS 3 AND 4.

1          HAIR:  MR. MALONE TOLD YOU THAT HEAD HAIR FROM

2  CAMARENA MATCHED HEAD HAIR FOUND IN THE MERCURY.  HEAD HAIR

3  FROM CAMARENA MATCHED HAIRS FOUND IN THE V.W. ATLANTIC.  HEAD

4  HAIR FROM CAMARENA MATCHED HAIR FOUND IN THE GUEST HOUSE, AND

5  HAIR FROM CAMARENA MATCHED HAIR FOUND OF CAMARENA IN BEDROOM

6  NUMBER 4.

7          KEEP THIS IN MIND.  THE HAIR OF CAMARENA THAT WAS

8  FOUND IN THE V.W., THE GUEST HOUSE, AND BEDROOM NUMBER 4, HAD

9  BEEN FORCIBLY REMOVED ACCORDING TO SPECIAL AGENT MALONE.

10          AND OF COURSE, IN ADDITION TO CAMARENA'S HAIR,

11  SPECIAL AGENT MALONE FOUND HAIRS IN THE GUEST HOUSE THAT WERE

12  SIMILAR TO HAIRS FROM THE HEAD OF MATTA BALLESTEROS, VERDUGO

13  AND ESPINO VERDIN.  SPECIAL AGENT MALONE FOUND HAIRS IN BEDROOM

14  NUMBER 4 THAT MATCHED HAIRS FROM MATTA, AS WELL.

15          NOW, YOU HEARD IN THIS CASE, AS PART OF THE DEFENSE

16  CASE, A HAIR EXPERT BY THE NAME OF SKIP PALENICK.  LADIES AND

17  GENTLEMEN, HE'S A VERY QUALIFIED INDIVIDUAL.  HIS CREDENTIALS

18  WERE IMPECCABLE.  17 YEARS ON THE JOB, A BACHELOR OF SCIENCE IN

19  CHEMISTRY.  HE HAS BEEN PUBLISHED, HE HAS TESTIFIED INNUMERABLE

20  TIMES.  AND I TELL YOU ALL THAT BECAUSE THE TESTIMONY OF

21  PALENICK SERVES TO CORROBORATE EVERYTHING THAT MALONE TOLD YOU.

22          THE HEART OR GIST OF WHAT PALENICK TOLD YOU IS THAT

23  HAIR COMPARISON IS NOT A HUNDRED PERCENT SURE LIKE A PRINT.

24  MALONE TOLD YOU THE SAME THING.  NO ONE HAS EVER SAID IT IS A

25  HUNDRED PERCENT SURE MATCH, LIKE A FINGERPRINT.

28-127

1    PALENICK ALSO TOLD YOU, WELL, WHEN YOU DO HAIR

2    COMPARISONS, THERE IS AN ELEMENT OF SUBJECTIVE ANALYSIS.  BIG

3    DEAL.  MALONE TOLD THAT YOU AS WELL.  BUT BOTH MALONE AND

4    PALENICK JOINTLY TOLD YOU THAT THE MORE YOU DO IT, THE MORE

5    EXPERIENCE YOU HAVE, THE MORE HAIRS YOU REVIEW, THE BETTER YOU

6    ARE AT IT.  AND HENCE, THE STRONGER YOUR FINDINGS.

7    MUCH, AS I TOLD YOU, OF WHAT PALENICK SAID SUPPORTED

8    MALONE.  THE METHOD OF ANALYSIS WAS THE SAME. REMEMBER THE LOW

9    POWER AND HIGH POWER MICROSCOPES.

10    PALENICK TOLD YOU, LIKE MALONE DID, THAT YOU NEED A

11    REPRESENTATIVE SAMPLE FROM THE SCALP, ABOUT 25 TO 60 HAIRS, TO

12    DO A COMPARISON.

13    PALENICK, LIKE MALONE, TOLD YOU THAT WITH THE HAIR

14    YOU CAN ASCERTAIN RACE:  CAUCASIAN, MONGOLOID, NEGROID.  AND

15    PALENICK, MOST SIGNIFICANTLY, ADMITTED THAT THE HAIR AND FIBER

16    UNIT OF THE FEDERAL BUREAU OF INVESTIGATION IS VERY, VERY WELL

17    REGARDED.

18    NOW, I'D LIKE TO TALK JUST BRIEFLY ABOUT JAVIER

19    VASQUEZ.  JAVIER VASQUEZ IS A BODYGUARD.  THAT'S WHY HE EXISTED

20    IN '84 AND '85.  YOU HAVE HEARD TESTIMONY THAT HE WAS A BODY-

21    GUARD AT BOTH LA QUINTA, BARBA'S HOUSE, AND LA BAJADITA, THE

22    HOUSE OF FONSECA.

23    MR. CERVANTES TOLD YOU -- REMEMBER THE TWO TIMES THAT

24    CREDENTIALS WERE BROUGHT BY ZUNO TO BARBA?  THERE WAS JAVIER

25    VASQUEZ AS A BODYGUARD.  FOR THE MEETINGS TO DISCUSS THE

28-128

1    KIDNAPPING OF CAMARENA, OUTSIDE THE LIVING ROOM AS A SECURITY

2    GUARD WAS JAVIER VASQUEZ.  AT THE BAPTISM SEPTEMBER OF '84

3    MEETING, AT THE OCTOBER '84 WEDDING MEETING, AND FINALLY AT THE

4    BAJADITA MEETING IN DECEMBER OF 1984.

5            NOW, JAVIER VASQUEZ, LADIES AND GENTLEMEN, WAS

6    INVOLVED NOT ONLY WITH THIS ENTERPRISE, BUT HE WAS ALSO

7    INVOLVED WITH THE MURDERS OF RADELAT AND WALKER.  AND YOU KNOW

8    THIS FOR THE FOLLOWING REASONS.

9            HE WAS AT LA LANGOSTA.  CERVANTES TOLD YOU THAT HE

10   LEFT THE HOUSE WITH BARBA TO GO TO LA LANGOSTA.  AND THEN LATER

11   ON, BARBA COMES BACK AND HE'S ALL BLOODY.  HE WAS AT THE ACTUAL

12   RESTAURANT AND OBSERVED THE BEATINGS BEFORE THEY TAKE THEM TO

13   THE STORAGE ROOM FOR MURDER OF RADELAT AND WALKER.  HE WAS AN

14   EYEWITNESS -- PLASCENCIA WAS.

15           AND AGAIN, JAVIER VASQUEZ IS IDENTIFY THROUGH THESE

16   PHOTO SPREADS.  AND AGAIN, NOTE THE CHANGED APPEARANCE, AND

17   THAT EXPLAINS PLASCENCIA'S INABILITY TO IDENTIFY HIM IN COURT.

18           IN ADDITION TO THE PHOTOSPREADS, EXHIBIT 173,

19   PHOTOGRAPH NUMBER 8, PLASCENCIA WAS ALSO SHOWN GOVERNMENT

20   EXHIBIT 179, WHICH IS A FAMILY PHOTO.  AND AGAIN, THERE IS

21   ANOTHER PHOTOGRAPH THAT PLASCENCIA IDENTIFIED AS JAVIER VASQUEZ

22   VELASCO.

23           AND I ASK YOU TO SIT AND LOOK AT THESE AND THEN

24   COMPARE TO HOW JAVIER VASQUEZ LOOKS IN COURT TODAY.  AND LET

25   THERE BE NO DOUBT THAT NO ONE COACHED PLASCENCIA ABOUT

28-129

1    IDENTIFYING ANYBODY IN ANY PHOTOGRAPHS.  REMEMBER WHAT THE

2    AGENTS TOLD YOU?  WE SHOWED HIM PHOTOGRAPHS AND WE ASKED HIM IF

3    HE RECOGNIZES ANYBODY, AND HE IMMEDIATELY PICKED OUT THESE

4    PEOPLE, INCLUDING JAVIER VASQUEZ.

5            AFTER THE MURDER OF RADELAT AND WALKER, YOU HAVE

6    JAVIER VASQUEZ'S CONVERSATION WHERE CERVANTES -- DO YOU RECALL

7    THAT -- WHERE HE TELLS CERVANTES TO TELL BARBA THAT THE TWO

8    AMERICANS ARE DEAD, AND THAT THEY HAVE BEEN STABBED WITH ICE

9    PICKS.

10            OTHER EVIDENCE YOU HAVE OF JAVIER BARBA'S

11   INVOLVEMENT.  WHEN EVERYONE IS ON THE RUN AFTER THE ABDUCTION

12   OF CAMARENA, REMEMBER THE MEETING THAT ZUNO HAS WITH BARBA.

13   AND ZUNO IS IMPLORING BARBA FOR HELP TO MOVE THE FIVE TONS THAT

14   ARE BURIED IN MASCOTA.

15            IT IS JAVIER VASQUEZ THAT GOES AND GETS THE 25

16   EMPLOYEES TO MOVE THAT, THOUGH.  AND LATER ON, JAVIER VASQUEZ

17   CALLS CERVANTES AND THEN TALKS ABOUT THE PROBLEM FAMILY AND HOW

18   THE BODIES HAVE TO BE MOVED FROM LA PRIMAVERA BECAUSE RUBEN

19   ZUNO IS GOING TO GET IN TROUBLE.

20            YOU RECALL WHEN ABEL REYNOSO TESTIFIED ABOUT HIS

21   INTERVIEWS OF JAVIER VASQUEZ.  THE FIRST ATTEPTED INTERVIEW WAS

22   ON JULY 12 OF 1989.  JAVIER VASQUEZ TELLS REYNOSO THE FOLLOWING

23   ON JULY 12.  "I HAVE SENSITIVE INFORMATION AND ALSO INFORMATION

24   REGARDING CAMARENA, BUT I NEED TO TALK TO MY BROTHERS BEFORE I

25   TALK TO YOU."  AND JAVIER VASQUEZ ALSO SAYS THAT "I NEED TO CUT

28-130

1    A DEAL BEFORE I TALK ANY FURTHER".

2              AND THEN HE ENDS IT BY SAYING ON JULY 12, "I NEED TO

3    DO THAT BECAUSE WHAT I KNOW CAN GET ME KILLED."

4              DOES THIS SOUNDS FAMILIAR?  WHEN THEY INTERVIEWED

5    MATTA IN BOGOTA IN APRIL OF 1985, HE SAID VIRTUALLY THE SAME

6    THING.  HE HAD INFORMATION, IT WAS PERCIPIENT PERSONAL

7    KNOWLEDGE INFORMATION, BUT HE COULD GET KILLED IF HE SPOKE.

8              OF COURSE THEY BOTH HAVE SUCH KNOWLEDGE, BECAUSE BOTH

9    OF THESE MEN WERE INVOLVED, LADIES AND GENTLEMEN, IN THE

10   ENTERPRISE AND IN THESE PARTICULAR MURDERS.

11             NOW, LET'S CLEAR SOMETHING UP IMMEDIATELY AND LAY IT

12   TO REST, IF THERE IS ANY QUESTION AT ALL THAT THIS DEFENDANT

13   JAVIER VASQUEZ IS TRYING TO PORTRAY HIMSELF TO YOU AS AN

14   INNOCENT PERSON WHO DIDN'T KNOW WHAT HAPPENED AT LA LANGOSTA.

15             WELL, WHEN HE WAS INTERVIEWED BY ABEL REYNOSO ON JULY

16   14, HE TOLD YOU A LOT OF THINGS.  AND PERHAPS JAVIER VASQUEZ

17   OUT SMARTED HIMSELF, BECAUSE, YES, HE NEVER SAYS THAT HE

18   PERSONALLY WAS INVOLVED AT LA LANGOSTA.  HE LAYS IT OFF ON

19   SOMEBODY ELSE, OR THAT HE HEARD IT FROM SOMEBODY ELSE.  BUT HE

20   TELLS YOU A MULTITUDE OF INFORMATION THAT CORROBORATES

21   WITNESSES IN THE GOVERNMENT'S CASE.

22             LET ME GIVE YOU AN EXAMPLE.  THAT MAN, JAVIER

23   VASQUEZ, ADMITS IN HIS CONVERSATIONS WITH ABEL REYNOSO, TO

24   KNOWING MANY MEMBERS OF THIS ENTERPRISE:  EZEQUIEL GODINEZ, EL

25   ITALIANO, ONE OF THE BODYGUARDS, CORITA, ONE OF THE BODYGUARDS.

28-131

1    HE KNOWS BARBA.  HE ALSO ADMITS KNOW ESPINO.  AND, IN FACT,

2    JAVIER ADMITS TO ABEL REYNOSO THAT ESPINO EVEN GAVE HIM SPECIAL

3    POLICE IDENTIFICATION.

4            HE ADMITS TO ABEL REYNOSO KNOWING CARO QUINTERO, HE

5    ADMITS TO ABEL REYNOSO KNOWING FONSECA.  AND IN FACT, HE EVEN

6    SAYS THAT I HEARD ABOUT WHEN FONSECA WAS ARRESTED, AND I

7    IMMEDIATELY WENT INTO HIDING.  I WENT TO A HOTEL.  NOT EVEN MY

8    WIFE KNEW WHERE I WAS.  ABEL REYNOSO TOLD YOU THAT BECAUSE

9    THOSE WERE HIS WORDS.

10           LADIES AND GENTLEMEN, WHY IS A MAN ON THE RUN UNLESS

11   YOU'RE PART AND PARCEL OF THIS ORGANIZATION, OF THIS

12   ENTERPRISE.

13           HE ADMITS THAT HE KNOWS BARBA, THAT HE HAS BEEN TO

14   BARBA'S HOUSE, LA QUINTA, SEVERAL TIMES WITH HIS BROTHER, AND

15   HE ADMITS THAT HE RECEIVED A D.F.S. CREDENTIAL FROM BARBA.

16   THAT CORROBORATES CERVANTES.  REMEMBER WHEN CERVANTES TOLD YOU

17   THAT ZUNO BROUGHT OVER D.F.S. CREDENTIALS, ONE OF WHICH WAS FOR

18   JAVIER VASQUEZ?  JAVIER VASQUEZ CORROBORATES THAT FOR YOU

19   THROUGH THESE STATEMENTS OF SPECIAL AGENT ABEL REYNOSO.

20           HE TALKS ABOUT HOW THE BODIES WERE BURIED AT EL

21   MORENO RANCH.  HE SAYS HE KNOWS A VARIETY OF DRUG TRAFFICKERS,

22   AND HE DROPS NAMES RIGHT AND LEFT, INCLUDING CARO, FONSECA,

23   BARBA.  HE ADMITS THAT HE AND THE TIERRA LIBRE BROTHERS

24   FREQUENTLY WENT TO THESE DRUG TRAFFICKERS TO BARBECUES,

25   WEDDINGS, ET CETERA.

28-132

1          HE ADMITS, HIMSELF, THAT HE'S INVOLVED IN MARIJUANA.

2   HE SAID SPECIFICALLY THAT HE WENT TO ZACATECAS WITH HIS

3   BROTHERS TO HELP LOAD HUGE QUANTITITES OF MARIJUANA ON TO

4   TANKER TRUCKS.  IT WAS SEVERAL TONS, IN FACT.

5          BUT MOST SIGNIFICANTLY, HE TELLS YOU ALL THIS, WHICH

6   CORRBORATES THE GOVERNMENT'S WITNESSES, AND ON THE KEY ISSUE,

7   LA LANGOSTA, HE DENIES PERSONAL KNOWLEDGE.

8          HE WAS NOT THERE.  HE HEARD EVERYTHING THAT HE JUST

9   TOLD ABEL REYNOSO, WHICH WAS TREMENDOUS DETAIL, YOU MAY RECALL.

10  INCREDIBLE DETAIL ABOUT WHAT WENT ON INSIDE THAT RESTAURANT,

11  BUT HE EXPLAINS IT BY SAYING "WELL, MY BROTHER ELISEO TOLD ME

12  ABOUT THIS."  ELISEO IS DEAD.  ELISEO IS NOT HERE TO EXPLAIN.

13         LADIES AND GENTLEMEN, IN THE GOVERNMENT'S EVIDENCE IN

14  OUR CASE WE BROUGHT TO YOU ESTELLA FUENTES, THE ESTRANGED,

15  SEPARATED WIFE OF JAVIER VASQUEZ.  AND YOU WILL RECALL SHE TOLD

16  YOU A FEW THINGS, BUT LET ME JUST START OUT WITH WHAT SHE TOLD

17  YOU WHEN SHE TESTIFIED FOR THE GOVERNMENT.

18         SHE TOLD YOU THAT SHE MARRIED JAVIER VASQUEZ, AND

19  THEY LIVED TOGETHER BETWEEN '74 TO '81.  THEY BROKE UP.

20  ESTELLA FUENTES GOES TO HOUSTON, TEXAS, THE DEFENDANT RETURNS

21  TO MEXICO.

22         THEREAFTER, THERE ARE ATTEMPTS AT RECONCILIATION.

23  THEY HAVE A FEW VACATIONS TOGETHER.  THEY EVEN GOT TOGETHER FOR

24  CHRISTMAS VACATION OF '84, BUT SHE BROUGHT THE KIDS BACK BY

25  JANUARY 2 BECAUSE THEY HAD TO BE BACK IN SCHOOL.

28-133

1    BUT MOST SIGNIFICANTLY, SHE TOLD YOU THAT HER LAST

2   CONTACT WITH THE DEFENDANT WAS DECEMBER OF 1985, AND SHE HAD

3   NOT HEARD A PEEP FROM HIM, NOT A WORD, NO LETTERS, NO

4   CORRESPONDENCE, NO PHONE CALLS, NOTHING FOR FOUR OR FIVE YEARS

5   UNTIL LO AND BEHOLD, SHE GETS A LETTER IN NOVEMBER OF 1989,

6   LATE LAST YEAR, FROM JAVIER VASQUEZ.

7    AND IN THIS LETTER, JAVIER VASQUEZ SAYS SEVERAL

8   THINGS. FIRST, HE GOES ON AD NAUSEUM ABOUT HOW HE'S BEING

9   PERSECUTED BY THE D.E.A. AND THAT THIS AGENT REYNOSO IS TRYING

10   TO NAIL HIM. AND HE SAYS THIS AND THAT, BUT YOU KNOW WHY HE'S

11   DOING IT. HE'S TRYING TO GAIN THE SYMPATHY OF HIS FORMER WIFE.

12    AND THEN WE COME TO THE HEART OF THE MATTER, THE

13   HEART OF THAT LETTER. BY THE WAY, THE LETTER SAYS, ACCORDING

14   TO ESTELLA FUENTES, I JUST WANTED TO REMIND YOU ABOUT THAT

15   VACATION WE TOOK TOGETHER, YOU, ME AND THE KIDS. AND REMEMBER

16   THAT DATE? IT WAS ABOUT THE END OF JANUARY TO EARLY FEBRUARY.

17   THIS IS AN ATTEMPT OF GENERATING AND CREATING A FALSE ALIBI.

18    THAT'S WHY ESTELLA FUENTES TESTIFIED. AND YOU SAW

19   HER DEMEANOR, SHE WAS NOT HERE HAPPILY. SHE WAS HERE

20   RELUCTANTLY, BUT SHE TOLD THE TRUTH THE FIRST TIME SHE WAS

21   HERE, BECAUSE THAT'S WHAT YOU'RE SUPPOSED TO DO WHEN YOU'RE

22   UNDER OATH.

23    HOWEVER, A SHORT THREE WEEKS LATER, ESTELLA FUENTES

24   REAPPEARS IN THIS COURTROOM, THIS TIME ON BEHALF OF THE

25   DEFENSE, AND THIS TIME SHE'S SINGING A DIFFERENT TUNE. THIS

28-134

1    TIME SHE TELLS YOU WELL, I MET WITH THE GOVERNMENT PROSECUTORS

2    AND AGENT REYNOSO IN JANUARY OF 1990.

3           I FLEW OUT HERE FROM HOUSTON AND I TOLD THEM ABOUT

4    THE CHRISTMAS TRIP, AND I TOLD THEM ABOUT THREE OTHER TRIPS

5    THAT I TOOK WITH JAVIER VASQUEZ BETWEEN JANUARY AND MARCH OF

6    1985. AND I TOLD THE GOVERNMENT PROSECUTORS SPECIFICALLY THAT

7    ONE OF THOSE TRIPS WAS THE END OF JANUARY OF 1985.

8           LADIES AND GENTLEMEN, SHE NEVER SAID THAT. SHE WAS

9    NEVER SPECIFIC ABOUT THE DATES WHEN SHE WAS INTERVIEWED

10   PREVIOUSLY. CLEARLY WHAT HAPPENED IS THAT AFTER TESTIFYING THE

11   FIRST TIME, AND PERHAPS REALIZING THE SIGNIFICANCE AND THE

12   NEGATIVE IMPACT OF HER TESTIMONY ON BEHALF OF HER FORMER

13   HUSBAND, THE FATHER OF TWO OF HER CHILDREN, SHE FELT BAD.

14          AND IN THE INTERIM, SHE HAD CONTACT WITH THE DEFENSE

15   LAWYERS AND THE DEFENSE LAWYER'S REPRESENTATIVE, AND SHE WAS

16   BROUGHT BACK INTO THIS COURTROOM. AND THAT'S WHAT SHE

17   FABRICATED THIS STORY, BECAUSE SHE WANTED TO GIVE HER FORMER

18   HUSBAND A POSSIBLE ALIBI.

19          DON'T BELIEVE THAT, LADIES AND GENTLEMEN, BECAUSE SHE

20   WAS HERE TO TESTIFY THE FIRST TIME ON BEHALF OF THE GOVERNMENT.

21   BEFORE SHE TESTIFIED, SHE HAD SPOKEN TO A REPRESENTATIVE OF

22   MR. NICOLAYSEN.

23          AND IF SHE HAD MENTIONED AS EARLY AS JANUARY OF 1990,

24   THAT ONE OF THOSE TRIPS WITH HER HUNDRED HAD BEEN THE LATTER

25   END OF JANUARY OF 1985, REST ASSURED THAT THAT WOULD HAVE BEEN

28-135

1    BROUGHT OUT ON CROSS-EXAMINATION OF MISS FUENTES WHEN SHE WAS

2    PUT ON FOR YOU BY THE GOVERNMENT.  BUT THAT DIDN'T OCCUR, THAT

3    DIDN'T HAPPEN.  SHE WAS LYING ABOUT THIS ALIBI NOW FOR HER

4    HUSBAND.

5              THE DEFENSE ALSO PROVIDED FOR YOU THE TESTIMONY OF

6    THE SISTER-IN-LAW AND NIECE OF DEFENDANT JAVIER VASQUEZ; THAT

7    IS, ESPERANZA WHO'S THE LIFE OF ELISEO, THE DEFENDANT'S

8    BROTHER, AND ESPERANZA'S DAUGHTER, THERESA.

9              BOTH OF THOSE WOMEN CAME INTO THIS COURTROOM UNDER

10   OATH AND THEY TOLD YOU SOME PRETTY AMAZING THINGS.  FIRST THEY

11   SAID -- BOY, THEY WERE IN UNISON ON THIS -- ELISEO, WHO IS NOW

12   DEAD AGAIN -- HE'S DEAD SO HE CAN'T DEFEND HIMSELF -- ELISEO

13   WAS ALWAYS WITH BARBA.  BARBA WAS NEVER WITH JAVIER VASQUEZ.

14   NO, THAT NEVER HAPPENED.

15             THE WIFE, ESPARRANZA, THEN TELLS THAT YOU I HAVE BEEN

16   TO LA QUINTA, AND SHE GIVES AN ADDRESS OF 114 AVENUE TONALA,

17   WHICH IS NOT THE REAL LA QUINTA.  THAT IS A DIFFERENT ADDRESS.

18             MR. NICOLAYSEN:  OBJECTION, YOUR HONOR.  THAT'S NOT

19   WHAT THE TESTIMONY WAS.

20             THE COURT:  I'M NOT GOING TO RESOLVE THE DISPUTES

21   OVER THE TESTIMONY.  THE JURY IS REQUIRED TO DO THAT. I HAVE

22   ALREADY SPOKEN ON THAT.  THERE WILL BE NO FURTHER COMMENT.

23             MR. MEDRANO:  SHE GIVES A DESCRIPTION AND ADDRESS FOR

24   LA QUINTA THAT IS ENTIRELY DIFFERENT FROM WHAT CERVANTES TOLD

25   YOU.  THAT'S THE WRONG HOUSE.

1      AGENT DELBERT SALAZAR TOOK THE STAND AND TESTIFIED

2   FOR YOU THAT HE IS THE ONE WHO TOOK THE PICTURES OF THE HOUSE

3   THAT HE WAS TOLD WAS LA QUINTA.  CERVANTES IDENTIFIED THAT

4   PHOTOGRAPH AS LA QUINTA.  THAT IS NOT LA QUINTA THAT THE WIFE

5   AND THE NIECE WERE TALKING ABOUT.  IT'S A DIFFERENT HOUSE,

6   CONVENIENTLY JUST FIVE HOUSES DOWN THE STREET FROM THE REAL LA

7   QUINTA.

8      WHEN PEOPLE LIKE THAT TESTIFY, YOU HAVE TO SEE WHAT

9   THEY SAY THAT HAS GRAINS OF TRUTH.  AND MUCH OF WHAT THEY SAID

10  ACTUALLY HAD GRAINS OF TRUTH; AND AGAIN IRONICALLY, SERVES TO

11  CORROBORATE THE GOVERNMENT'S WITNESSES.

12      FOR EXAMPLE, SHE TOLD YOU THAT BARBA -- BOTH WOMEN

13  TOLD YOU THAT BARBA WAS ALWAYS WITH ELISEO.  CERVANTES TOLD YOU

14  THAT.  SHE TOLD YOU THAT BARBA FREQUENTLY WENT TO LA QUINTA AND

15  THAT BE HAD A HOUSE THAT HE LIVED AT ELSEWHERE.  CERVANTES TOLD

16  YOU THAT.

17      THE DAUGHTER TOLD YOU THAT ELISEO USED TO BE A MEMBER

18  OF THE RURAL POLICE.  MR. PLASCENCIA TOLD YOU THAT.  AND

19  FINALLY, THEY TOLD YOU THAT FRIENDS OF BARBA AND ELISEO WERE EL

20  CORITA AND EL ITALIANO.

21      PLASCENCIA TOLD YOU THAT.  CERVANTES TOLD YOU THAT.

22      NOW, THEY ARE LYING, HOWEVER, WHEN IT COMES TO OTHER

23  SIGNIFICANT ITEMS.  AND HERE IS WHERE THEY'RE LYING.  THEY TOLD

24  YOU THAT AT THE LA QUINTA THAT THEY KNEW, THERE WAS NO

25  TELEPHONE, THERE WAS NO HECTOR CERVANTES.  JAVIER VASQUEZ WAS

28-137

1   NEVER AT THAT HOUSE, AND FINALLY, NEVER EVER THAT THEY WERE

2   AWARE OF WAS THERE ANY WEDDING OR BAPTISM AT LA QUINTA.

3          LADIES AND GENTLEMEN, I ASK YOU TO DISCOUNT AND JUST

4   PUT ASIDE THEIR TESTIMONY FOR SEVERAL REASONS.

5          FIRST OF ALL, THEY'RE BIASED.  THEY'RE RELATIVES OF

6   THE DEFENDANT.  SECOND OF ALL, THEIR STORIES MAKE NO SENSE.

7   THE MOTHER OF ESPARRANZA TOLD YOU BETWEEN '83 AND EARLY '85, I

8   WENT TO LA QUINTA SEVERAL TIMES WITH JAVIER BARBA'S WIFE.

9   I WENT ABOUT THREE TIMES A WEEK -- PARDON ME -- THREE TIMES A

10  MONTH.  EACH TIME I WENT, I WAS THERE BETWEEN 8 AND 15 DAYS.

11         IF YOU TOTAL THAT UP, THAT'S LIKE 45 DAYS OUT OF A 30

12  DAY MONTH.  SHE'D BE VIRTUALLY LIVING THERE.  THAT'S ABSURD.

13  SHE IS OVER REACHING.  SHE IS STRETCHING IT TO TRY TO HELP THE

14  DEFENDANT, LADIES AND GENTLEMEN. DON'T BUY IT.

15         BOTH WOMEN COULDN'T GET THEIR STORIES STRAIGHT.  WHEN

16  I ASKED BOTH OF THEM ON CROSS FOR A DESCRIPTION OF THE HOUSE,

17  WHERE THE BEDROOMS ARE, ONE WOMAN PUT THE BEDROOMS AT THE BACK

18  OF THE HOUSE AND THE OTHER PUT THEM ON THE SIDE OF THE HOUSE.

19         ON THIS ISSUE OF TELEPHONES AND NO PARTIES, WELL

20  LADIES AND GENTLEMEN, YOU HAVE SEEN PHOTOGRAPHS, AND YOU WILL

21  AGAIN IN THE JURY ROOM, OF THE RESIDENTIAL AREA OF LA QUINTA.

22  IT IS A MODERN AREA.  THERE ARE TELEPHONES THERE.

23         COME ON.  YOU'RE NOT GOING TO BELIEVE THAT THERE IS

24  TELEPHONES IN THAT MODERN AREA WITH THIS PALACIAL TYPE OF

25  HOUSE.  THAT MAKES NO SENSE.  ALSO, BOTH WOMEN DESCRIBE THAT AT

28-138

1    THEIR LA QUINTA, IN THE BACK YARD THERE WERE 50 BULLS, 10 COWS,

2    10 HORSES, DUCKS, CHICKENS.  WHO KNOWS WHAT ELSE?

3              WELL, THIS WAS A RESIDENTIAL AREA.  BOTH ADMITTED

4    THAT.  AND ONE OF THE WOMEN ADMITTED THAT.  AND ONE OF THE

5    WOMEN ADMITTED THAT THERE WERE NO OTHER ANIMALS AT THE OTHER

6    HOUSES IN THE AREA.  LADIES AND GENTLEMEN, THEY ARE TALKING

7    ABOUT SOME OTHER HOUSE.  AND USING THIS OTHER HOUSE AS A FOCUS,

8    THEY COME IN HERE AND TELL YOU STORES THAT ARE NOT TRUE.

9              FINALLY, THE LAST NAIL IN THE COFFIN GOES TO THE

10   CREDIBILITY OF THESE WOMEN.  I ASKED ON CROSS-EXAMINATION OF

11   ESPARRANZA, THE SISTER-IN-LAW OF THE DEFENDANT -- IN FACT, I

12   ASKED BOTH WOMEN IF THEY KNEW WHAT TYPE OF BUSINESS ELISEO WAS

13   IN, AND BOTH OF THEM TOLD YOU HE WAS INVOLVED IN FARMING.

14             HE'S NOT INVOLVED IN FARMING; HE IS A NARCOTICS

15   TRAFFICKER AND HE'S A BODYGUARD, AND THERE IS OVERWHELMING

16   EVIDENCE THAT ESTABLISHES THAT.

17             SECONDLY, MOST IMPORTANTLY, I SHOWED ESPARRANZA THIS

18   EXHIBIT 173 THAT HAS THE PHOTOS, AND NUMBER 8 IS JAVIER

19   VASQUEZ.  AND I ASKED HER IF SHE RECOGNIZED ANYONE HERE, AND

20   SHE DIDN'T IDENTIFY JAVIER VASQUEZ.  SHE IS NOT TELLING YOU THE

21   TRUTH AND NEITHER WAS HER DAUGHTER THERESA.

22             IF YOU LOOK AT JAVIER VASQUEZ, LADIES AND GENTLEMEN,

23   THIS MAN WAS INVOLVED.  HE WAS A BODYGUARD, HE WAS A BODYGUARD

24   AT SEVERAL OF THE PLANNING MEETINGS.  YOU HAVE HEARD VOLUMINOUS

25   TESTIMONY ON THAT.

1        PLASCENCIA TOLD YOU HE WAS A BODYGUARD AT THE

2   DECEMBER 1984 LA BAJADITA MEETING.  HE DEPARTED WITH BARBA THE

3   DAY OF THE LA LANGOSTA INCIDENT.  THAT'S WHAT CERVANTES TOLD

4   YOU.  OF COURSE, LATER ON IN THE EVENING BARBA RETURNS BLOODY,

5   AND BARBA SAYS THEY HAD JUST KILLED TWO AMERICANS BECAUSE THEY

6   WERE SPYING ON OUR MEETING.

7        PLASCENCIA TOLD YOU THAT HE PARTICIPATED WITH THE

8   ACTUAL MURDERS.  YOU HAVE THIS POST—MURDER STATEMENT BY JAVIER

9   VASQUEZ TO CERVANTES.  IN ESSENCE, TELL BARBA THAT THE

10  AMERICANS ARE DEAD AND THAT THEY WERE KILLED WITH ICE PICKS.

11       AT THE POST—ABDUCTION MEETING, IMMEDIATELY AFTER

12  CAMARENA IS ABDUCTED, REMEMBER I TOLD YOU ALL HELL WAS BREAKING

13  LOOSE.  ZUNO WAS TRYING TO MOVE HIS DOPE, HIS HIDDEN MARIJUANA.

14  JAVIER VASQUEZ WAS THERE, HE GOT THE 25 MEN THAT MOVED THE

15  NARCOTICS.

16       AND THEREAFTER, HE HAD A CONVERSATION WITH CERVANTES

17  THAT SPOKE ABOUT HOW THE BRAVO FAMILY HAD BEEN MURDERED AND HOW

18  THE BODIES, I.E., CAMARENA AND ZAVALA, HAD TO BE TAKEN OF LA

19  PRIMAVERA PARK BECAUSE IT WOULD CAUSE TROUBLE FOR ZUNO.

20       ON JULY 14 WHEN HE WAS INTERVIEWED BY SPECIAL AGENT

21  REYNOSO, LADIES AND GENTLEMEN, KEEP IN MIND WHAT WE DISCUSSED

22  WITH YOU ABOUT THE INTERNAL INCONSISTENCIES OF HIS STATEMENTS.

23       ON THE ONE HAND HE ADMITS AND CORROBORATES VIRTUALLY

24  EVERYTHING THAT CERVANTES AND PLASCENCIA TOLD YOU ABOUT THE

25  ASSOCIATIONS HERE, AND WHO WERE THE BODYGUARDS, AND THE TIERRA

28-140

1    LIBRE BROTHERS WERE ALWAYS THERE, AND THAT THEY KNEW BARBA.  HE

2    OWNS UP TO ALL THAT.

3         BUT WHEN IT COMES TO THE HEART OF THE MATTER, THE KEY

4    ISSUE, OF COURSE HE'S GOING TO DENY.  WHAT IS HE GOING TO SAY?

5    OH, YES, OF COURSE I WAS INVOLVED WITH THE RADELAT-WALKER

6    MURDERS.  HE'S NOT GOING TO DO THAT.  HE'S GOING SAY I DO HAVE

7    THIS INFORMATION, AND I KNOW THIS INFORMATION BECAUSE MY

8    BROTHER ELISEO TOLD ME.

9         HE HAD THIS INFORMATION, WHICH WAS INCREDIBLY

10   DETAILED, AND YOU HEARD THE TESTIMONY OF REYNOSO, HE KNEW IT

11   BECAUSE HE WAS THERE.

12        AND FINALLY, A RELUCTANT, BUT TRUTHFUL THE FIRST

13   TIME, ESTELLA FUENTES TOLD YOU ABOUT THE LETTER.  A MAN SHE HAS

14   HAD VIRTUALLY NO CONTACT WITH FOR FOUR OR FIVE YEARS, OUT OF

15   THE BLUE SENDS HER A LETTER AND TRIES TO REMIND HER ABOUT THIS

16   ALIBI, THAT WE WERE TOGETHER FOR CHRISTMAS OR THE HOLIDAYS AND

17   TO GIVE HIM AN ALIBI.

18        ESTELLA FUENTES TOLD YOU NO.  WE WERE TOGETHER, YES,

19   DECEMBER 23 TO JANUARY 2.  SHE REMEMBERS THOSE DATES BECAUSE

20   THE KIDS HAD TO BE BACK AT SCHOOL.  DON'T BELIEVE IT.

21        I ANTICIPATE THAT SHORTLY THE COURT WILL INSTRUCT YOU

22   A FEW THINGS ABOUT CONSPIRACY, LADIES AND GENTLEMEN.  KEEP IN

23   MIND THAT EACH MEMBER OF THE CONSPIRACY IS RESPONSIBLE FOR THE

24   ACTIONS OR ACTS PERFORMED BY OTHER MEMBERS OF THE CONSPIRACY,

25   ASSUMING THE GOVERNMENT HAS ESTABLISHED THAT ALL WERE MEMBERS

1  OF THE CONSPIRACY.

2          WHAT THAT TRANSLATES INTO, IN SIMPLE ENGLISH, IS THAT

3  IF WE ESTABLISH FOR YOUR SATISFACTION THAT THESE DEFENDANTS

4  WERE IN THIS CONSPIRACY, THEN WHAT PARTY A DOES, PARTY B IS

5  ALSO RESPONSIBLE FOR, EVEN THOUGH B MIGHT NOT HAVE BEEN THERE.

6  AND THAT'S THE WAY IT HAS TO BE, WHEN YOU THINK ABOUT IT,

7  BECAUSE OTHERWISE, PEOPLE LIKE MATTA HERE COULD BE INVOLVED IN

8  THE MEETINGS FOR THE PLANNING OF THE MURDER OF CAMARENA AND

9  NEVER HAVE TO GO TO LOPE DE VEGA, ALTHOUGH, CLEARLY THE

10  EVIDENCE SUGGESTS HE WAS.

11          BUT ASSUME THAT HE WASN'T.  IF YOU DID NOT HAVE THIS

12  THEORY OF VICARIOUS LIABILITY UNDER THE LAW, THEN PEOPLE LIKE

13  MATTA WOULD WALK OUT OF HERE BECAUSE THEY WOULD NEVER BE HELD

14  ACCOUNTABLE.  BUT THEY ARE UNDER THIS JURY INSTRUCTION AND

15  UNDER THIS THEORY OF VICARIOUS LIABILITY.

16          IF YOU FIND THAT THE THREE MEN HERE FOR CAMARENA WERE

17  PART OF THE CONSPIRACY, THEN WHAT THE LEFT HAND DOES MAKES THE

18  RIGHT HAND ACCOUNTABLE.  THAT'S VERY IMPORTANT.

19          MR. MATTA BALLESTEROS:   THE EVIDENCE IS MANIFEST AS

20  TO WHAT HIS ROLE WAS WITH REGARD TO THIS ENTERPRISE.  HE WAS A

21  SOURCE OF SUPPLY FOR COCAINE AND HE WAS THE NUMBER ONE PARTNER

22  OF FELIX GALLARDO.

23          NOW THERE HAS BEEN SIGNIFICANT EVIDENCE ESTABLISHING

24  HIS INVOLVEMENT, LADIES AND GENTLEMEN, I HAVE ALREADY ALLUDED

25  TO MUCH OF IT.  REMEMBER THE SIGNIFICANT NARCOTICS LOSSES, THE

28-142

1   AUGUST 14TH YOUNG, ARIZONA COCAINE SEIZURE?   REMEMBER THE $4.1

2   MILLION SEIZED AT THAT ANAHEIM HOTEL?

3          MATTA, AS I HAVE ALREADY EXPLAINED TO YOU, WAS

4   PRESENT FOR TWO OF THESE CRUCIAL MEETINGS, THE WEDDING MEETINGS

5   IN OCTOBER OF 1984.   HE WAS PRESENT, ALONG WITH BARBA AND OTHER

6   SIGNIFICANT PLAYERS.   REMEMBER MATTA WAS SHOWN THE POLICE

7   REPORTS BY ALDANA?

8          HE WAS ALSO PRESENT FOR THE SECOND MEETING AFTER THE

9   WEDDING AND WHILE THE PARTY WAS IS PROGRESS.   AND AGAIN, MATTA

10  IS THERE ALONG WITH ZUNO.   AND AGAIN, THERE IS DISCUSSION THAT

11  SOMETHING HAS TO BE DONE ABOUT THIS FEDERAL AGENT.

12         NOW, WHAT CORRBORATES ALL THIS AND CORROBORATES

13  CERVANTES IS THE FACT THAT THIS KIDNAPPING OCCURRED -- AND YOU

14  KNOW THAT BECAUSE THERE IS EVIDENCE OF THAT, AND THIS

15  INTERROGATION OCCURRED BECAUSE YOU HEARD THE TORTURE TAPES.

16  THAT EVIDENCE CORROBORATES CERVANTES.

17         AND CERTAINLY THE FORENSIC EVIDENCE HERE SERVES TO

18  FURTHER CORROBORATE THE INVOLVEMENT OF MATTA IN THE CONSPIRACY

19  TO KIDNAP SPECIAL AGENT ENRIQUE CAMARENA.

20         I'D LIKE TO TALK JUST MOMENTARILY ABOUT THE HAIR

21  FOUND AT THE LOPE DE VEGA HOUSE, LADIES AND GENTLEMEN,

22  ESPECIALLY WITH REGARD TO MATTA BALLESTEROS.

23         YOU KNOW NOW THROUGH THE TESTIMONY OF MR. MALONE THAT

24  HAIR FOUND IN BEDROOM NUMBER 4 MATCHED HAIR PULLED FROM THE

25  HEAD OF MATTA BALLESTEROS IN 20 CHARACTERISTICS.   THAT'S A VERY

1    STRONG IDENTIFICATION.  AND RECALL THAT'S IN THE SAME ROOM,

2    BEDROOM NUMBER FOUR, WHERE THE HAIR OF CAMARENA WAS FOUND AND

3    CAMARENA'S HAIR HAD BEEN FORCIBLY REMOVED.

4         NUMBER 2, A SECOND HAIR OF MATTA IS FOUND IN THE

5    GUEST HOUSE.  MALONE SAID HE MATCHED UP 20 CHARACTERISTICS.

6    AND HE WENT FURTHER WITH REGARD TO THE HAIR FOUND IN THE GUEST

7    HOUSE THAT MATCHED HAIR COMING FROM THE HEAD OF MATTA.  HE TOLD

8    YOU THE FOLLOWING.

9         HE SAID THAT IN HIS VIEW, IN HIS EXPERIENCE AFTER

10   DOING THIS THOUSANDS OF TIMES, HE FOUND THAT THE GUEST HOUSE

11   HAIR OF MATTA WAS ABSOLUTELY INDISTINGUISHABLE.  THERE WERE NO

12   DISSIMILARITIES.  IT WAS CONSISTENT WITH COMING FROM THE HEAD

13   OF MATTA BALLESTEROS.  AND THIS IS, PERHAPS, THE MOST

14   SIGNIFICANT.

15        THE HAIR IN THE GUEST HOUSE THAT HAS BEEN MATCHED

16   WITH MATTA HAD UNIQUE RACIAL MIX OF NEGROID AND MONGOLOID,

17   SOMETHING THAT SPECIAL AGENT MALONE HAS SEEN ONLY TWICE IN HIS

18   15 YEARS OF EXAMINING HISPANIC HAIRS.  AND HE'S THE MAN ON

19   HISPANIC HAIRS.  HE IS, PERHAPS, MORE THAN ANY OTHER AGENT IN

20   THE HAIR AND FIBER UNIT FOR THE F.B.I.  AS HE TOLD YOU, HE HAS

21   EXAMINED THE MOST NUMBER OF HISPANIC HAIRS OF ALL OF THE AGENTS

22   IN THAT PARTICULAR UNIT.

23        AND HE FOUND THAT AFTER THAT VAST EXPERIENCE, THERE

24   WAS THIS UNUSUAL, VERY UNIQUE RACIAL MIX.  I SUBMIT TO YOU

25   STRONGLY THE HAIR FOUND IN THE GUEST HOUSE -- THE HAIR FOUND IN

1    THE GUEST HOUSE, LADIES AND GENTLEMEN -- PARDON ME, THE HAIR

2    FROM THE BEDROOM AND THE GUEST HOUSE MATCHES THE HAIR FROM

3    MATTA.

4              YOU'LL RECALL THE FOLLOWING EVIDENCE AS WELL WITH

5    REGARD TO MATTA.  REMEMBER FEBRUARY 11, '85, THE SEARCH OF

6    GALLARDO'S HOUSE, AND THEY FOUND THOSE TWO PHOTOGRAPHS.  ONE IS

7    EXHIBIT 63.  THAT IS A PICTURE OF CAMARENA, LADIES AND

8    GENTLEMEN, RIGHT NEXT TO ANOTHER PHOTOGRAPH OF THE ROLLS ROYCE

9    THAT SHOWS MATTA WITH FELIX GALLARDO.

10             I WANT TO REMIND YOU ABOUT TESTIMONY OF THIS

11   PHOTOGRAPH, EXHIBIT 63.  THIS PHOTOGRAPH WAS TAKEN AT THE

12   M.F.J.P. OFFICE, ON THERE HAS BEEN TESTIMONY THAT THE MAN ON

13   THE RIGHT IN THE BACK IS BERNABE.

14             OF COURSE YOU'VE HEARD THE TESTIMONY ABOUT MATTA'S

15   FLIGHT FROM THE PLAZA DEL SOL HOTEL ON FEBRUARY 12.  I'VE

16   ALREADY TOLD YOU ABOUT THE STATEMENTS TO AGENT VIGIL WHERE HE

17   OWNS UP TO KNOWING GALLARDO AND CARO.  AND HE SAYS THAT

18   CAMARENA WAS KILLED BECAUSE THIS AGENT WAS RESPONSIBLE FOR THE

19   CHIHUAHUA SEIZURE.  HE SAYS FIRST WELL, HE KNOWS ONLY ABOUT

20   CAMARENA BECAUSE OF WHAT HE HAS READ IN THE PAPERS, AND THEN

21   BACK PEDALS AND SAYS HE HAS PERSONNEL KNOWLEDGE, BUT WHAT HE

22   SAYS CAN GET HIM KILLED.

23             LADIES AND GENTLEMEN, MATTA WAS INVOLVED IN THIS

24   CONSPIRACY.  HE WAS THE SOURCE OF SUPPLY, HE WAS THE PARTNER OF

25   FELIX.  INCREDIBLE AMOUNT OF EVIDENCE ESTABLISHES THAT.  HE

28-145

1   WAS -- HE LOST MONEY ON DRUGS BECAUSE OF THE D.E.A.'S ROLE IN

2   THIS CASE.

3           THE 1400 POUNDS OF 99 PERCENT PURE COCAINE IN YOUNG,

4   ARIZONA, THE $4.1 MILLION SEIZED AT THAT ANAHEIM HOTEL.  HE WAS

5   INVOLVED IN TWO OF THE PLANNING MEETINGS PER CERVANTES; THE TWO

6   HELD ON THE DAY OF THE WEDDING IN OCTOBER OF '84 FOR JORGE

7   BARBA.

8           YOU KNOW THAT EVERYTHING CERVANTES AND EVERYTHING THE

9   GOVERNMENT WITNESSES TELLS YOU IS TRUE BECAUSE THESE MEETINGS

10  OCCURRED, THEY PLANNED A KIDNAPPING, AND LO AND BEHOLD, IT

11  HAPPENED.  CAMARENA WAS TAKEN AND INTERROGATED.  THE HAIR FOR

12  THESE TWO ROOMS, PARTICULARLY, THE GUEST HOUSE, THE TORTURE

13  CHAMBER, MATCHES HAIR COMING FROM MATTA BALLESTEROS.

14          THE FEBRUARY 11 PHOTOGRAPHS OF FELIX WITH MATTA AND

15  THE PHOTOGRAPH OF CAMARENA IN THE M.F.J.P. OFFICE.  MATTA'S

16  FLEE FROM THE PLAZA DEL SOL HOTEL.  AND FINALLY, HIS

17  POST-ABDUCTION ADMISSIONS TO YOU WHERE HE'S BASICALLY SAYING HE

18  KNOWS MANY OF THE PLAYERS IN THIS ENTERPRISE, AND HE HAS

19  PERSONAL INFORMATION.

20          OF COURSE HE DOES, BECAUSE HE WAS THERE, HE WAS

21  INVOLVED WITH THE MEETINGS, HE WAS ONE OF THE PEOPLE WHO SET

22  THIS HEINOUS CRIME IN ACTION, AND HE SHOULD BE HELD ACCOUNTABLE

23  FOR THAT, LADIES AND GENTLEMEN.

24          ZUNO:  JUST BRIEFLY, HE'S A POWERFUL MAN.  HE'S THE

25  BROTHER-IN-LAW OF A FORMER PRESIDENT OF MEXICO, LUIS

28-146

1   ECHEVERRIA.  WELL, HE HAS POLITICAL CONTACTS.  THAT IS HIS

2   FUNCTION AND HE ADMITTED THAT.

3          CERVANTES TOLD YOU THAT ON ONE OCCASION WHEN ZUNO WAS

4   AT THE HOUSE, ZUNO SAID THAT IF YOU NEED PROTECTION FOR

5   MARIJUANA, I CAN SEND THE MILITARY.  WHAT KIND OF POWER, WHAT

6   KIND OF AUTHORITY WOULD ZUNO HAVE TO BE ABLE TO SET THAT KIND

7   OF STUFF IN MOTION?

8          HE WAS INCREDIBLY WELL-CONNECTED POLITICALLY, LADIES

9   AND GENTLEMEN.  YOU HAVE HEARD TESTIMONY THAT ZUNO WAS

10  FREQUENTLY AT LA QUINTA, TWICE TO DELIVER CREDENTIALS AND TWICE

11  TO COLLECT MONEY.

12         HE WAS PRESENT FOR THREE OF THE FOUR CERVANTES

13  MEETINGS TO DISCUSS KIDNAPPING THE FEDERAL AGENT.  ALL EXCEPT

14  THE FIRST MEETING HELD THE DAY OF THE WEDDING.  HE WAS PRESENT

15  FOR THE SEPTEMBER 1984 BAPTISM, THE SECOND OCTOBER 1984 WEDDING

16  MEETING.  HE WAS PRESENT FOR THE FINAL PREABDUCTION MEETING IN

17  EARLY FEBRUARY.

18         AND FINALLY, WHEN ALL HELL BREAKS LOOSE, HE IS AT

19  BARBA'S HOUSE WHEN EVERYONE IS FLEEING, AND HE RECRUITS THE

20  ASSISTANCE OF BARBA TO MOVE FIVE TONS OF MASCOTA MARIJUANA.

21         LADIES AND GENTLEMEN, LOOK AT THE M.O. OF THE

22  DEFENDANTS IN THIS CASE.  THEY ALL LEAVE TOWN WHEN TROUBLE

23  STARTS.  CARO GOT OUT OF THERE.  HE FLEW AWAY ON HIS JET ON

24  FEBRUARY 9.  FONSECA GOT OUT OF THERE.  BERNABE RAMIREZ,

25  THROUGH HIS OWN TESTIMONY, TOLD YOU THAT.  REMEMBER FONSECA

28-147

1    FIRST GOES TO A FARM FOR A MONTH AND THEN TO ANOTHER FONSECA

2    HOUSE FOR A WEEK, AND FINALLY THEY GO TO PUERTO VALLARTA BEFORE

3    THEY'RE ARRESTED OUT THERE.

4            ZUNO IS ALSO FLEEING.  MATTA IS ALSO FLEEING.

5    EVERYBODY IS GETTING OUT OF THERE AND WHY DO YOU THINK THEY'RE

6    GETTING OUT OF THERE?  BECAUSE THEY WERE ALL INVOLVED WITH THE

7    CONSPIRACY TO KIDNAP THIS FEDERAL AGENT.

8            NOW, YOU HEARD THE TESTIMONY OF A RATHER UNIQUE

9    WITNESS.  HE'S HARD TO MISS BECAUSE HE'S ABOUT 6-8 OR 6-9.  HIS

10   NAME IS LAWRENCE HARRISON, AND HE TESTIFIED FOR YOU AT LENGTH

11   AND HE WAS CROSS-EXAMINED STRENUOUSLY BY DEFENSE COUNSEL FOR

12   RUBEN ZUNO.

13           HE'S A PRETTY FASCINATING INDIVIDUAL.  THIS IS A MAN

14   WHO WAS INITIALLY FROM THE UNITED STATES, PERFECTLY FLUENT IN

15   ENGLISH AND SPANISH IN THE 60'S.  AUDITED CLASSES AT BERKELEY,

16   BOTH AT THE COLLEGE AND LAW SCHOOL LEVEL.  IN ABOUT 1971, HE

17   MOVES TO MEXICO TO LIVE PERMANENTLY.  STARTS FIRST AS A LAW

18   CLERK AND BECOMES A FULL-TIME LAWYER FOR A SOCIAL SERVICES LAW

19   FIRM, AND THEN DEVELOPS HIS OWN CLIENTS.

20           HE HAS A THRIVING LAW PRACTICE.  WHAT IS UNIQUE ABOUT

21   THIS MAN IS THAT HE HAS AN INTERESTING HOBBY.  HE IS, AS YOU

22   HAVE PROBABLY HEARD, AN ELECTRONICS EXPERT, IF NOT GENIUS.

23   IT'S HIS HOBBY, BUT HE CAN DO VIRTUALLY ANYTHING IN THE AREA OF

24   ELECTRONICS.

25           WHAT HE DOES IN ABOUT 1980 IS HE PUTS TOGETHER A

28-148

1   RESUME AND HE STARTS DISSEMINATING IT TO LAW ENFORCEMENT

2   AGENCIES IN GUADALAJARA TO SEE IF HIS SERVICES WERE NEEDED.

3   WELL, THEY WERE NEEDED, BUT NOT FOR THE RIGHT REASONS.

4           LORENZO HARRISON OR LAWRENCE HARRISON STARTS WORKING

5   FIRST FOR SERGIO ESPINO VERDIN.  HE EVEN RECEIVES D.F.S.

6   CREDENTIALS, YOU MAY RECALL, ALTHOUGH HE WAS NOT A CERTIFIED

7   D.F.S. AGENT.  IN JULY OF 1983, SERGIO ESPINO VERDIN, WHO IS

8   THE LEAD INTERROGATOR OF CAMARENA ON THE TORTURE TAPES, ASSIGNS

9   HARRISON TO LIVE FULL TIME AT ONE OF THE HOUSES OF FONSECA, THE

10  CUARZO HOUSE.

11          AND WHILE THERE, HARRISON IS ORDERED TO TRY TO

12  MAINTAIN AND DOING SOMETHING WITH THIS ANTIQUATED

13  COMMUNICATIONS SYSTEM THAT THE NARCOTICS TRAFFICKERS HAVE.  HE

14  TRIED, BUT THE THING WAS TERRIBLE.  FINALLY, HE IS GIVEN MONEY

15  TO GO OUT AND PURCHASE AND INSTALL A BRAND NEW, COMPLICATED

16  ELECTRONIC COMMUNICATIONS SYSTEM, AND THAT'S WHAT HE DOES.

17          YOU WILL RECALL HE DID THAT.  AND THEREAFTER, HIS

18  FULL-TIME JOB WAS TO WORK FOR FONSECA AND OTHERS, AND TO

19  MAINTAIN THIS COMPLEX COMMUNICATIONS SYSTEM.

20          MAY I HAVE JUST ONE MOMENT, YOUR HONOR.

21          AND HARRISON ASSIGNED CALL NAMES OR CALL SIGNALS TO

22  VARIOUS OTHER TRAFFICKERS.  CARO WAS "R-1".  WELL, THAT'S

23  CORROBORATED.  REMEMBER THE .45 CALIBER GUN WITH THE JEWELS

24  THAT SAY "R-1" ON IT THAT WAS SEIZED OFF OF CARO IN COSTA RICA?

25          GALLARDO, AS WE NOW KNOW NOW FROM OTHER TESTIMONY,

1    WAS "M-1" AND MATTA WAS "PONY", AND IN THIS FASHION, THE

2    NARCOTICS TRAFFICKERS ARE FINALLY ABLE TO COMMUNICATE BECAUSE A

3    FANCY REPEATER SYSTEM WAS INSTALLED BY MR. HARRISON.

4          NOW, HARRISON TOLD YOU ABOUT FONSECA AND MEETINGS AT

5    FONSECA'S HOUSE.  FIRST HE TOLD YOU THAT FONSECA HAD I.P.S.

6    CREDENTIALS.  SECOND, HARRISON TOLD YOU THAT WHEN HE WAS AT THE

7    CUARZO HOUSE, FONSECA HAD MANY MEETINGS THERE OF NARCOTICS

8    TRAFFICKERS AND CORRUPT LAW ENFORCEMENT OFFICIALS.

9          CORRUPT OFFICIALS FROM THE M.F.J.P., THE D.F.S., THE

10   I.P.S.,  THE STATE JUDICIAL POLICE AND THE MILITARY.  HARRISON

11   ALSO TOLD YOU, BECAUSE HE HAS A POWERFUL TALENT FOR

12   OBSERVATION, AND YOU HEARD HIS TESTIMONY, THAT HE WAS ABLE TO

13   DISCERN, FOR LACK OF A BETTER TERM, CLASS OR POWER DISTINCTIONS

14   AMONG THE NARCOTICS TRAFFICKERS THAT VISITED FONSECA AT THE

15   CUARZO HOUSE.  SO THERE WAS A DISTINCT LINE BETWEEN THE BOSSES

16   AND THE BODYGUARDS, AND THE BOSSES CONSISTED OF FONSECA, CARO,

17   FELIX GALLARDO, BARBA, COCHI LOCO AND OTHERS, AND ESPINO.  AND

18   THE OTHER HAND WERE VARIOUS BODYGUARDS.

19          HE ALSO TOLD YOU SIGNIFICANTLY THAT CARO AND FONSECA

20   AND BARBA AND FELIX GALLARDO REFERRED TO EACH OTHER AS

21   PARTNERS.  AN ADDITIONAL THING BEFORE WE GET TO THE MEATY PART

22   OF HARRISON'S TESTIMONY.  HE TOLD YOU POINT BLANK I FOLLOWED

23   ORDERS.  WHAT I WAS TOLD TO DO, I DID.

24          AND ON FOUR SEPARATE OCCASIONS, FONSECA ORDERS

25   HARRISON TO TAKE A MARKED VEHICLE.  BY MARKED, I MEAN IT HAS

1  THE SIREN AND LIGHTS AND MARKINGS ON THE SIDE, AND OTHER

2  BODYGUARDS WITH THEM, AND TO TAKE THE CREDENTIALS AND TO GO OUT

3  AWAY FROM GUADALAJARA, AND THERE YOU WILL MEET CARAVANS,

4  TRUCKS, AND YOU ARE TO ESCORT THOSE TRUCKS BACK BY FLASHING

5  YOUR LIGHTS.  AND THERE IS A MILITARY ROADBLOCK, YOU FLASH YOUR

6  CREDENTIALS.

7         WELL, HE DID THAT AT LEAST FOUR TIMES AND THOSE WERE

8  PER ORDERS OF FONSECA.  BUT ONE OF THOSE DELIVERIES, ONE OF

9  THOSE CARAVANS THAT HE DID WAS VERY SIGNIFICANT BECAUSE ONE OF

10  THEM, HARRISON HAD TO GO ALONG WITH OTHER BODYGUARDS IN THESE

11  MARKED VEHICLES AND TO GO TO MASCOTA THE LATER PART OF 1983.

12         REMEMBER HE TOLD YOU THAT WE GO OUT THERE IN TWO

13  CARS, THEY'RE MARKED VEHICLES.  AFTER WE WAIT TWO HOURS, ABOUT

14  TWO -- TWO OR THREE FOUR-WHEEL DRIVES SHOW UP AND THIS HUGE

15  COVERED TRUCK.  AND THEY ESCORT THAT TRUCK BACK TO GUADALAJARA.

16  KEEP THIS IN MIND.  YOU KNOW THAT ZUNO IS FROM MASCOTA.  HE HAS

17  ADMITTED THAT TO AN I.N.S. OFFICIAL WHO TESTIFIED FOR YOU.

18  HE HAS ADMITTED THAT TO AGENT KUYKENDALL.

19         LO AND BEHOLD, HARRISON IS ESCORTING THE CARAVAN AND

20  WHO KNOWS WHAT IS IN THAT TRUCK, BUT I SUBMIT TO YOU THAT WHAT

21  HAD TO BE THERE IS CONTRABAND, AND IT'S BEING ESCORTED BACK TO

22  GUADALAJARA PER ORDERS OF FONSECA.

23         HARRISON TOLD YOU THAT ON TWO SEPARATE OCCASIONS, HE

24  HAD AN OPPORTUNITY TO GO BY THE 881 LOPE DE VEGA HOUSE.

25         AND ONE TIME, IN ABOUT FEBRUARY OF 1984, HE WAS

1   DRIVING AROUND WITH A COLLEAGUE IN HIS CAR.  AND REMEMBER

2   HARRISON TOLD YOU HIS MAIN JOB WAS TO KEEP UP AND MAINTAIN THE

3   ELECTRONICS SYSTEM.  AND TO DO THAT, HE HAD TO DRIVE AROUND TO

4   SEE HOW THE RECEPTION WAS AFFECTED BY THE GEOGRAPHY, MOUNTAINS,

5   TREES, ET CETERA.

6           ONE TIME IN FEBRUARY OF 1984, MR. HARRISON AND HIS

7   COLLEAGUE DRIVE BY THE LOPE DE VEGA HOUSE, AND WHAT DOES

8   HARRISON HEAR ON THE RADIO BUT THE VOICE OF CARO QUINTERO

9   EMANATING FROM THE LOPE DE VEGA RESIDENCE -- IN FEBRUARY OF

10  1984, A TIME BEFORE ZUNO SOLD THAT PROPERTY IN JANUARY OF 1985.

11          CARO WAS AT THAT HOUSE, LADIES AND GENTLEMEN, BECAUSE

12  HE KNOWS AND IS AN ASSOCIATE OF ZUNO.  AND THAT'S WHAT THAT

13  PIECE OF EVIDENCE ESTABLISHES FOR YOU.

14          ON ANOTHER OCCASION IN AUGUST OF 1984, HARRISON TOLD

15  THAT YOU BARBA INSTRUCTS HARRISON TO GO TO LOPE DE VEGA.  IT'S

16  CARO'S HOUSE.  THAT'S WHAT BARBA SAYS.  CHECK ON THE GATE

17  SYSTEM.

18          HARRISON GOES.  AGAIN, HE'S JUST FOLLOWING ORDERS.

19  HE NEVER GETS TO SEE THE GATES BECAUSE HE'S NOT ALLOWED IN.  HE

20  KNOCKS ON THE DOOR.  THE CARETAKER ANSWERS AND TELLS HIM "CARO

21  IS NOT HERE RIGHT NOW.  COME BACK LATER."  AGAIN, AUGUST OF

22  1984, BEFORE THAT PROPERTY WAS SOLD, CARO QUINTERO IS ALREADY

23  IN THE HOUSE, LADIES AND GENTLEMEN.

24          AND MOST SIGNIFICANTLY, ZUNO ON TWO SEPARATE

25  OCCASIONS, ACCORDING TO HARRISON, IS SEEN WITH CARO AND WITH

28-152

1    FONSECA.

2              HARRISON TOLD YOU THAT HE HAS KNOWN THE ZUNO FAMILY

3    SINCE THE 1970'S BECAUSE HE HAD AN OPPORTUNITY TO MEET ZUNO'S

4    FATHER, GUADALUPE.  AND THAT HE HAD SEEN ZUNO AS LATE AS 1989

5    AT WHAT IS CALLED A QUIEN CENERA (PHONETIC), WHICH IS A COMING

6    OUT PARTYFOR A YOUNG WOMAN WHO TURNS 15 YEARS OF AGE.

7              WELL, HARRISON TOLD YOU THAT IN NOVEMBER OF 1983,

8    CARO HAD THIS HUGE BIRTHDAY PARTY AT A HOUSE OF FONSECA THAT IS

9    CALLED LAS FUENTES.  HARRISON IS THERE RUNNING ERRANDS, GETTING

10   BEER, CHECKING ON THE ELECTRONICS SYSTEM GOFER-TYPE WORK.

11             CARO -- HARRISON REMEMBERS THIS PARTY BECAUSE SOME

12   UNUSUAL THINGS HAPPENED.  CARO HAD JUST OBTAINED A FULLY

13   ARMORED LIMO OR HUGE CAR.  I THINK IT WAS AN LTD.  AND TO

14   SATISFY HIMSELF THAT THIS CAR WAS ARMOR PLATED, YOU RECALL WHAT

15   HARRISON TOLD YOU.  CARO GETS AN AK-47 AND FIRES OFF A VOLLEY

16   OF ROUNDS AT THE CAR, AND NO DAMAGE WAS SUSTAINED, SO I GUESS

17   IT WAS ARMOR PLATED.

18             THE POINT OF THAT IS IT'S THE UNIQUE THINGS THAT

19   HAPPENED AT THIS PARTY WHICH HELPED HARRISON REMEMBER WHAT

20   OCCURRED.  BUT SOMETHING ELSE HAPPENED, AND THIS IS WHERE ZUNO

21   COMES INTO THE PICTURE.  CARO HAD OBTAINED AND PURCHASED THIS

22   DANCING HORSE.

23             CARO IS ON TOP OF THE HORSE, SHOWING IT OFF TO THE

24   CROWD AT THIS PARTY BEING HELD ON HIS BEHALF AT THIS LAS

25   FUENTES HOUSE.

1          CARO IS SMOKING A BIG CIGARETTE WHILE HE'S ON THE

2     HORSE.  ZUNO ARRIVES, ZUNO ENTERS.  CARO SEES ZUNO.  CARO

3     DISMOUNTS.  CARO WALKS OVER TO ZUNO AND THEY GIVE THE ABRAZO.

4     AND YOU HAVE BEEN TOLD WHAT THAT IS.  TWO PEOPLE WHO ARE CLOSE,

5     THEY HUG EACH OTHER BECAUSE THEY'RE CLOSE.

6          LADIES AND GENTLEMEN, FURTHER EVIDENCE THAT ZUNO IS

7     ASSOCIATED WITH RAFAEL CARO QUINTERO.  AND THAT WASN'T THE ONLY

8     MEETING THAT HARRISON SAW.

9          LATER ON, IN DECEMBER OF 1983, HE SAW ZUNO ARRIVE AT

10    A HOUSE OF FONSECA.  HARRISON WAS THERE DOING HIS USUAL DUTIES.

11    FONSECA IS IN THIS STUDY IN HIS PRIVATE OFFICE.  ZUNO IS

12    ESCORTED IN, WALKS IN THAT OFFICE, THE DOORS CLOSE, AND A

13    LITTLE BIT LATER, ZUNO EXITS.

14         YOU HAVE ZUNO ASSOCIATING NOT ONLY WITH CARO, BUT

15    ALSO WITH FONSECA.  AND THAT CORROBORATES WHAT CERVANTES HAS

16    TOLD YOU WHERE ZUNO WAS PRESENT AT MEETINGS WITH CARO AND

17    FONSECA WHERE THEY WERE DISCUSSING THIS PLAN AND SCHEME TO

18    KIDNAP A FEDERAL AGENT OF THE D.E.A.

19         WE KNOW WHAT HAPPENED TO HARRISON AFTER THAT.  YOU

20    MAY RECALL THAT HE TOLD YOU HE WAS TRYING TO EXTRICATE HIMSELF

21    FROM THIS LIFE AND THE TYPE OF WORK.  HE WANTED TO STOP WORKING

22    WITH FONSECA.  HE TOLD FONSECA THAT HE DIDN'T WANT TO WORK FOR

23    HIM ANY MORE.

24         FONSECA EITHER IGNORED HIM OR DIDN'T GO ALONG.  AND

25    ULTIMATELY WHAT HAPPENS, YOU MAY RECALL, AS MR. HARRISON TOLD

28-154

1   YOU, HE WAS OUT ON DUTY, CHECKING AN ASPECT OF THE RADIO, AND

2   HE AND HIS COLLEAGUE -- HARRISON AND HIS COLLEGE ARE AMBUSHED

3   BY ABOUT 50 LAW ENFORCEMENT OFFICIALS.  HARRISON TAKES NINE

4   ROUNDS AND SURVIVES.  AND THEREAFTER, HE'S OUT OF THAT

5   ENTERPRISE AND OUT OF INVOLVEMENT WITH FONSECA.

6          NOW, LADIES AND GENTLEMEN, THE DEFENSE PUT ON FOR YOU

7   MR. DAVID MACIAS BARAJAS.

8          THE COURT:  I THINK, COUNSEL, WE'LL TAKE OUR

9   AFTERNOON RECESS AT THIS POINT.

10         MR. MEDRANO:  THANK YOU, YOUR HONOR.

11         THE COURT:  THE JURY MAY BE EXCUSED.

12         (JURY EXCUSED.)

13         THE COURT:  I WANT TO RULE ON THIS MOTION TO ADMIT

14  THE PRIMAVERA DOCUMENT, AS WELL AS THE DEATH CERTIFICATE.

15         THE RULING IS THAT NEITHER IS ADMISSIBLE.  AFTER A

16  STUDY OF THE LAW AND CONSIDERING THE PERTINENT CIRCUMSTANCES IN

17  THIS CASE, THE COURT BELIEVES THIS NOT TO BE ADMISSIBLE.

18         FIRST, I TAKE NOTE OF THE FACT THAT IT IS A MOTION

19  FILED AFTER THE EVIDENCE HAS CLOSED IN THE CASE SO THAT THE

20  GOVERNMENT HAD NO OPPORTUNITY TO INVESTIGATE THE AUTHENTICITY

21  OR GENUINENESS OF THE INFORMATION.

22         SECOND, I AM DISTURBED BY THE RAPIDITY, AS I

23  INDICATED THIS MORNING, THE RAPIDITY WITH WHICH THESE

24  CERTIFICATIONS ARE BEING CHURNED IS A LITTLE BIT DISQUIETING TO

25  THE COURT AND CAUSES THE COURT TO HAVE SOME DOUBT ABOUT THE

1    REGULARITY OF IT.  I'M NOT ACCUSING ANYONE OF ANYTHING, BUT

2    THAT IS JUST -- THE QUICK TURN AROUND IN PRODUCING THESE

3    DOCUMENTS AS SOON AS THE COURT HAS RULED AGAINST THE OTHER

4    DOCUMENTS, WE NOW COME UP WITH NEW CERTIFICATION.

5         THE COURT FINDS THAT THE FIRST DOCUMENT IS

6    INADMISSIBLE, BECAUSE AS I SAID TO YOU THIS MORNING, IT IS IN

7    MY VIEW AN ATTEMPT TO IMPEACH A WITNESS BY CONTRADICTION ON A

8    COLLATERAL POINT.

9         MR. ZUNO'S OWNERSHIP OF LAND IN PRIMAVERA IS NOT A

10   MATERIAL ISSUE IN THIS CASE.  AND WHETHER HE OWNED OR DID NOT

11   OWN LAND IS NOT GOING TO DETERMINE HIS GUILT OR INNOCENCE IN

12   THE CASE.

13        THE DEATH CERTIFICATE SUFFERS -- SINCE IT IS BEING

14   OFFERED TO PROVE THAT JORGE BARBA WAS SINGLE -- IT SUFFERS FROM

15   THE FATAL FLAW, IN MY VIEW, THAT THERE IS NO WAY FOR THE COURT

16   TO KNOW, FIRST OF ALL, WHETHER OR NOT IT IS REQUIRED BY LAW IN

17   MEXICO TO REPORT THE MARITAL STATUS OF AN INDIVIDUAL WHO HAS

18   DIED; THAT IS, ONE OF THE REQUIREMENTS OF THE STATUTE THAT IT

19   BE MADE TO A PUBLIC OFFICE PURSUANT TO REQUIREMENT OF LAW.

20   THERE IS NO EVIDENCE TO INDICATE THAT SUBMITTED THIS MOTION.

21        THE SECOND THING IS THE INFORMATION -- IT IS NOT

22   CLEAR TO THE COURT WHERE THE INFORMATION COMES FROM, WHO MADE

23   THE DETERMINATION THAT HE WAS SINGLE, HOW IT GOT TO BE WHERE IT

24   SIMPLY IS EITHER HEARSAY -- OR THERE IS NO SHOWING THAT ANYONE

25   HAD ANY PERSONAL KNOWLEDGE OF IT, SO IT CANNOT BE RECEIVED FOR

28-156

1   THAT PURPOSE.  AND I THINK THE MAIN REASON IS THAT IT IS

2   OFFERED AFTER THE CLOSE OF THE EVIDENCE AND WITHOUT AN

3   OPPORTUNITY FOR THE GOVERNMENT TO INVESTIGATE THE MATTER.

4           MR. NICOLAYSEN:  WILL THE COURT RECEIVE THE DEATH

5   CERTIFICATE JUST FOR PROOF OF DEATH AND REDACT ANY REFERENCE TO

6   BEING SINGLE?

7           I BELIEVE ON THAT POINT ALONE IT HAS BEEN

8   SUFFICIENTLY AUTHENTICATED, AND WE DON'T DEAL WITH MULTIPLE

9   HEARSAY ISSUES.

10          MR. BLANCARTE:  WE JOIN IN THAT ARGUMENT, YOUR HONOR,

11  BECAUSE THE GOVERNMENT HAS PUT THE DEATH AT ISSUE BY PLACING

12  MR. JORGE BARBA HERNANDEZ AT LA LANGOSTA IN JANUARY OF '85.  HE

13  WAS DEAD SINCE NOVEMBER OF '84 AT THAT POINT, MAKING THAT RIGHT

14  ON THE RELEVANCY PART OF THE ARGUMENT, YOUR HONOR.

15          THE COURT:  I HEARD MR. MEDRANO SAY THAT IN HIS

16  OPENING ARGUMENT, THAT ONE OF THE PEOPLE IDENTIFIED AT THE

17  RESTAURANT ON JANUARY 30TH WAS JORGE BARBA.

18          MR. NICOLAYSEN:  THAT'S EXACTLY THE PURPOSE THAT I

19  WOULD RESPECTFULLY ASK THE COURT TO ADMIT THE DEATH

20  CERTIFICATE.  IT SUBSTANTIALLY IMPEACHES PLASCENCIA ON A

21  MATERIAL, NOT A COLLATERAL MATTER; MAINLY, IDENTIFICATION.

22          THE COURT:  WHOSE IDENTIFICATION; JORGE BARBA?  WE

23  DON'T CARE WHETHER HE WAS AT THE RESTAURANT OR NOT.

24          MR. NICOLAYSEN:  WHAT IS MATERIAL IS PLASCENCIA'S

25  CAPACITY TO MAKE ACCURATE IDENTIFICATIONS.  THE ESSENCE OF THE

1    GOVERNMENT'S CASE IS IDENTIFICATION OF MY CLIENT.

2           HIS MISIDENTIFICATION OF BARBA BEING AT THE

3    RESTAURANT TWO MONTHS AFTER HE WAS DEAD IS NOT COLLATERAL.  IT

4    GOES TO THE HEART OF HIS CAPACITY.

5           MR. BLANCARTE:  WE JOIN IN THAT, YOUR HONOR.  IT'S

6    CLEARLY RELEVANT BASED ON THE ARGUMENTS BEING MADE BY THE

7    GOVERNMENT.

8           MR. CARLTON:  WE WOULD ARGUE AGAIN, YOUR HONOR, THAT

9    ISSUE IS A COLLATERAL ISSUE AND THAT THE CHAIN OF CERTIFICATION

10   IS INCOMPLETE ON THIS DOCUMENT AND ON THE OTHER DOCUMENT.

11          THE COURT:  YOU MEAN BECAUSE THE LOS ANGELES

12   CONSULATE OFFICIAL THAT CERTIFIED IT DOES NOT INDICATE HOW HE

13   HAPPENS TO KNOW?

14          MR. CARLTON:  HE HAS TO CERTIFY THAT THE SIGNATURES

15   ARE GENUINE.

16          THE COURT:  HE DID THAT.

17          MR. CARLTON:  HOW DOES HE KNOW?  THERE IS NO WAY TO

18   KNOW.

19          THE COURT:  DOES THE RULE REQUIRE --

20          MR. CARLTON: THE RULE CONTEMPLATES A CHAIN OF

21   CERTIFICATIONS OF GENUINENESS, WHICH NECESSARILY MEANS THAT

22   EACH PERSON WHO CERTIFIED WHAT WENT BEFORE KNOWS FROM PERSONAL

23   KNOWLEDGE WHAT IT WAS.

24          THE COURT:  DID WE HAVE SOME EVIDENCE IN THIS CASE

25   WHEN JORGE BARBA DIED?

1          MR. NICOLAYSEN:  IT'S ON THE CERTIFICATE, YOUR HONOR.

2          THE COURT:  PARDON?

3          MR. NICOLAYSEN:  ESPARRANZA SARAGOSA VASQUEZ

4    TESTIFIED FOR DEFENSE THAT HE DIED IN OR ABOUT NOVEMBER OF

5    1984.

6          MR. BLANCARTE:  NOT ONLY THAT, YOUR HONOR, BUT --

7          THE COURT:  THEN IT IS ALREADY IN EVIDENCE.

8          MR. NICOLAYSEN:  THIS IS SUBSTANTIALLY CORROBORATIVE.

9    THERE IS NO CREDIBILITY ISSUE ABOUT THIS DOCUMENT HERE.

10         MR. BLANCARTE:  YOUR HONOR, NOT ONLY THAT, BUT

11   MR. CARLTON DOESN'T KNOW THE RULE ON 902 AND HE HAS NEVER BEEN

12   MORE WRONG IN THIS COURTROOM.

13         IT IS NOT REQUIRED THAT THERE BE A CERTIFICATE OF ANY

14   KIND OF GENUINENESS OR CHAIN OF CERTIFICATES, BECAUSE IF IN THE

15   ALTERNATIVE -- NOT EVEN A CAREFUL READING, JUST A CASUAL

16   READING OF 902.3 SHOWS THAT WE SATISFIED THE FIRST PRONG, AND

17   THE ONLY PRONG REQUIRED OF THE DEFENSE, IF THIS WERE TO BE

18   ADMITTED.

19         ONLY IF WE WERE NOT ABLE TO SATISFY THE FIRST PRONG

20   WOULD WE HAVE TO GO TO THE CHAIN OF CERTIFICATES THAT MR.

21   CARLTON IS SPEAKING OF.  HE'S JUST PLAIN WRONG ON THE ISSUE,

22   YOUR HONOR.

23         THE COURT:  THE DATE OF DEATH IS NOT IN DISPUTE, IS

24   IT?

25         MR. CARLTON: NO, YOUR HONOR.  AS MR. NICOLAYSEN

28-159

1   REPRESENTED, THERE IS ALREADY EVIDENCE ON THAT ISSUE, AND THERE

2   IS NO NEED TO --

3          MR. BLANCARTE:  IT'S VERY MUCH IN DISPUTE, YOUR

4   HONOR, BECAUSE MR. MEDRANO JUST FINISHED PUTTING JORGE BARBA

5   HERNANDEZ IN JANUARY OF 1985 --

6          THE COURT:  OF COURSE WHAT HE SAYS IS NOT EVIDENCE.

7   WAS THERE ANY EVIDENCE TO THAT EFFECT?

8          MR. NICOLAYSEN:  YES.  MR. PLASCENCIA TESTIFIED ON

9   DIRECT EXAMINATION BY GOVERNMENT COUNSEL THAT JORGE BARBA WAS

10  AT THE LA LANGOSTA RESTAURANT AND JANUARY 30, 1985.

11         THE COURT:  ALL RIGHT.  THAT'S ENOUGH ARGUMENT.

12         THE COURT WILL RECEIVE THE CERTIFICATE OF DEATH ONLY

13  TO ESTABLISH THE DATE AND FACT OF DEATH, NOTHING ELSE.

14         MR. CARLTON:  WE WILL REDACT THEN THE REFERENCE TO --

15         THE COURT:  THAT'S CORRECT.

16         MR. NICOLAYSEN:  WHAT EXHIBIT NUMBER OR LETTER

17  THEN --

18         THE COURT:  WE'LL TAKE CARE OF THAT IN DUE COURSE.

19  BRING THE JURY BACK IN.

20         MR. BLANCARTE:  THANK YOU, YOUR HONOR.

21         MR. NICOLAYSEN:  THANK YOU.  MAY I ASK THE COURT AS

22  TO WHETHER I SHOULD BEGIN MY CLOSING ARGUMENT AT 20 TO 4:00,

23  WHEN I KNOW I WON'T BE FINISHED BY 4:30.

24         THE COURT:  WE'LL SEE WHAT HAPPENS, COUNSEL.  LET'S

25  JUST WAIT AND SEE.

1          NOW, ILL REMIND YOU, COUNSEL, THAT YOU HAVE NOW

2    EXPENDED TWO HOURS AND 36 MINUTES.

3          MR. MEDRANO:  I'LL WRAP UP IN APPROXIMATELY 15 TO 20

4    MINUTES, YOUR HONOR.

5          THE COURT:  ALL RIGHT.  THEN YOU'RE UP NEXT.

6          MR. NICOLAYSEN:  YOUR HONOR, I WOULD BE GLAD TO GO

7    NEXT.  I JUST WANT THE COURT TO KNOW THAT I CANNOT FINISH BY

8    4:30, AND I WANT TO KNOW FROM THE COURT WHETHER IT'S THE

9    COURT'S POLICY TO BREAK.

10          THE COURT:  I DON'T KNOW.  WE'LL SEE.

11          IF YOUR ARGUMENT IS INTERESTING, WE MIGHT CONTINUE.

12          (COURTROOM LAUGHTER.)

13          (JURY PRESENT.)

14          (CONTINUING PLAINTIFF'S CLOSING ARGUMENT)

15          MR. MEDRANO:  THANK YOU, YOUR HONOR.

16          LADIES AND GENTLEMEN, DEFENSE COUNSEL FOR MR. ZUNO

17    PUT ON THE TESTIMONY FOR YOU THAT DAVID MACIA BARAJAS, THIS MAN

18    A TWICE-CONVICTED FELON FOR NARCOTICS TRAFFICKING WITHIN THE

19    UNITED STATES, BASICALLY TOLD YOU THE FOLLOWING:  THAT HE HAS

20    NEVER EVER MET ZUNO BEFORE.

21          OF COURSE, CERVANTES TOLD YOU THAT HE WAS THE

22    CHAUFFEUR THAT WENT WITH ZUNO TO MANY OF THESE MEETINGS.  AND

23    THAT HE DIDN'T KNOW CERVANTES IN '83 AND '84 AND '85, DIDN'T

24    MEET HIM UNTIL '87.

25          MACIAS ALSO TELLS YOU THAT FROM JANUARY TO SEPTEMBER

1    OF 1987, HE DID MANY, MANY MARIJUANA DEALS WITH CERVANTES.  AND

2    FINALLY, PERHAPS THE MOST OUTRAGEOUS STATEMENT BY MACIAS, HE

3    ACCUSES AGENTS OF THE D.E.A. OF HARASSMENT AND COERCION.

4            HE BASICALLY SAYS THAT HE WAS BROUGHT OUT HERE,

5    INTERVIEWED TWO OR THREE TIMES, AND EACH TIME AGENTS OF THE

6    D.E.A. TOLD HIM YOU HAVE TO COOPERATE, YOU HAVE TO TESTIFY

7    AGAINST ZUNO.  AND IF YOU DON'T, YOU'RE GOING TO SPEND THE REST

8    OF YOUR LIFE IN PRISON.

9            LADIES AND GENTLEMEN, MACIAS BARAJAS IS A LIAR AND

10   ABSOLUTELY DOES NOT DESERVE ANY CREDIBILITY.  HIS STATEMENTS TO

11   YOU ARE SELF-SERVING AND COMPLETELY UNCORROBORATED BY ANY OTHER

12   WITNESS.

13           AS I HAVE TOLD YOU, HE HAS BEEN CONVICTED TWICE IN

14   THE U.S. FOR NARCOTICS TRAFFICKING, AND IN '86 FOR POSSESSING

15   WITH INTENT TO DISTRIBUTE HEROIN, AND IN '88 FOR POSSESSING

16   WITH INTENT TO DISTRIBUTE MORE THAN 50 KILOGRAMS OF MARIJUANA.

17           IN ADDITION TO THAT, HE HAS ADMITTED ON

18   CROSS-EXAMINATION THAT HE HAS TRAFFICKED REPEATEDLY IN MEXICO

19   ON MARIJUANA.

20           AND AS TO WHAT HE SAYS ABOUT CERVANTES, HE'S LYING.

21   HE CAN'T EVEN GET HIS OWN STORY STRAIGHT.  ON DIRECT, WHEN

22   ASKED QUESTIONS BY THE DEFENSE LAWYER, HE SAYS I MET CERVANTES

23   WHEN I WAS AT A PAWN SHOP.

24           WHEN I CROSS-EXAMINED HIM AND ASKED HIM WHEN HE MET

25   CERVANTES, NOW HE SAID HE MET CERVANTES AT A STREET CORNER

28-162

1    WHERE CERVANTES -- AND THIS BOGGLES THE MIND -- IS AT A STREET

2    CORNER SELLING OR DISTRIBUTING MARIJUANA PACKAGES OR NARCOTICS

3    PACKAGES IN SMALL PACKETS.  IT MAKES NO SENSE.

4           HE ALSO ADMITTED ON CROSS-EXAMINATION THAT WHEN THE

5    AGENTS DEALT WITH HIM THAT HE WERE PROFESSIONAL AND POLITE.  HE

6    WAS NEVER PHYSICALLY ABUSED IN ANY WAY.

7           LET ME SUGGEST TO YOU WHAT HAPPENED TO DAVID MACIAS

8    BARAJAS, BECAUSE WHAT CERVANTES TOLD YOU ABOUT HIM IS

9    ABSOLUTELY AND UNEQUIVOCALLY TRUE.

10          YOU'VE HEARD TESTIMONY THAT MACIAS BARAJAS WAS

11   BROUGHT OUT HERE ON OR ABOUT JANUARY 18 OR 19, AND NOT UNTIL

12   THREE WEEKS LATER DOES THE D.E.A. TALK TO HIM.  AND DURING

13   THOSE THREE WEEKS, WHERE IS MACIAS?  HE'S ACROSS THE STREET AT

14   THE METROPOLITAN DETENTION CENTER, THE M.D.C., IN THE SAME

15   UNIT, 6-SOUTH, WITH RUBEN ZUNO ARCE.

16          AND I SUGGEST TO YOU THAT WHAT HAPPENED IS THAT ZUNO

17   GOT AHOLD OF HIM AND BRIBED HIM BECAUSE MACIAS'S FAMILY IS

18   STILL IN GUADALAJARA, AND PUT HIM ON THE STAND TO LIE TO YOU

19   AND MAKE THESE FALSE ACCUSATIONS ABOUT CERVANTES, AND INDEED,

20   ABOUT THE D.E.A. IN GENERAL.

21          LADIES AND GENTLEMEN, FOR RUBEN ZUNO ARCE, YOU KNOW

22   WHAT HIS ROLE IS.  BECAUSE OF HIS INCREDIBLE POLITICAL

23   CONTACTS, HE IS A PROTECTION MAN, AND HE IS A DRUG TRAFFICKER

24   IN HIS OWN RIGHT.  THE MASCOTA FIVE TONS OF MARIJUANA.

25          HE WAS PRESENT FOR MEETINGS WITH CARO QUINTERO AND

28-163

1   ERNESTO FONSECA AS EARLY AS 1983.  MR. LAWRENCE HARRISON TOLD

2   YOU ABOUT THOSE MEETINGS.  REMEMBER THE CARO BIRTHDAY PARTY AND

3   THE DANCING HORSE AND THEN THE OTHER MEETING WHERE ZUNO GOES TO

4   THE HOUSE OF FONSECA AND IS LED INTO THE PRIVATE STUDY TO MEET

5   WITH FONSECA.

6        HE PROVIDED ON TWO SEPARATE OCCASIONS A TOTAL OF SIX

7   CREDENTIALS FOR THE D.F.S.  ONE IS FOR JAVIER VASQUEZ VELASCO

8   AND JAVIER VASQUEZ VELASCO TOLD YOU THROUGH THE TESTIMONY OF

9   AGENT REYNOSO THAT HE HAD RECEIVED A D.F.S. CREDENTIAL FROM

10  BARBA.

11       HE ALSO PROVIDED PROTECTION.  REMEMBER HIS STATEMENT,

12  ACCORDING TO CERVANTES.  AT ONE TIME HE SAID IF YOU NEED HELP

13  OR PROTECTION, I CAN SEND THE MILITARY OUT THERE.

14       CARO QUINTERO WAS AT LOPE DE VEGA.  HARRISON TOLD YOU

15  THAT.  REMEMBER WHEN HE WAS DRIVING BY AND HE HEARS THE RADIO

16  TRANSMISSION EMANATING FROM THE LOPE DE VEGA HOUSE.  AND THE

17  SECOND TIME HE WENT, ABOUT AUGUST OF 1984, TO GO LOOK AT THE

18  GATE SYSTEM, CARO WASN'T THERE, BUT THE GATE KEEPER TOLD HIM

19  CARO ISN'T HERE.  COME BACK LATER.

20       IN FACT, BARBA, WHEN HE SENT HARRISON TO THE HOUSE,

21  TOLD HIM THAT'S CARO QUINTERO'S HOUSE.

22       IN '84, BEFORE ZUNO GETS RID OF THE PROPERTY

23  OFFICIALLY, AT LEAST, IN JANUARY OF '85, YOU HAVE ZUNO AT THREE

24  OF THE FOUR CERVANTES PLANNING MEETINGS WHERE THE DISCUSSION

25  OCCURS TO KIDNAP A FEDERAL AGENT.

28-164

1          YOU HAVE THE ACTUAL KIDNAPPING AND INTERROGATION OF

2    CAMARENA, WHICH IS INDEPENDENT PROOF TO CORROBORATE WHAT

3    CERVANTES TOLD YOU.

4          AND FINALLY, YOU HAVE THIS POST-ABDUCTION MEETING.

5    REMEMBER WHENEVER EVERYONE IS ON THE RUN AND HIGH TAILING IT

6    OUT OF GUADALAJARA, AND ZUNO IMPLORES BARBA TO PROVIDE HELP, TO

7    PROVIDE EMPLOYEES TO REMOVE THE FIVE TONS THAT ARE BURIED IN

8    MASCOTA.  AND THAT IS WHAT IS DONE.  AND ZUNO ALSO TELLS YOU

9    THAT HE IS GETTING OUT OF TOWN AND HE CAN'T DO ANYTHING ABOUT

10   THE BOMB THAT HAS JUST EXPLODED.

11         JUAN JOSE BERNABE RAMIREZ:  LADIES AND GENTLEMEN, THE

12   TESTIMONY AGAIN IS CLEAR AS TO THIS MAN, BECAUSE HE'S CHARGED

13   AS AN ACCESSORY AFTER THE FACT, AS WELL AS OTHER OFFENSES.

14   NOW, YOU KNOW THAT HIS ROLE IS THAT OF A BODYGUARD.

15         YOU KNOW THAT HE WAS A BODYGUARD AT THE FEBRUARY 1985

16   PREABDUCTION MEETING THAT CERVANTES TOLD YOU ABOUT, THAT SAID

17   THAT ZUNO WAS THERE.  WELL, BERNABE WAS A GUARD.  THE

18   KIDNAPPING AND TORTURE OF CAMARENA CORRBORATES ALL THIS.  HE

19   HELPED CARO QUINTERO ESCAPE FROM AIRPORT.  THAT'S UNEQUIVOCAL.

20         AGENT LEYVA TOLD YOU HIS IDENTIFICATION WAS POSITIVE.

21   REMEMBER LEYVA'S OWN WORDS?   HE HAS THIS SIX-SHOOTER.  IT WAS

22   A SMITH AND WESSON -- I FORGET THE CALIBER.

23         AND LEYVA IS POINTING THE GUN RIGHT AT THE DEFENDANT

24   BERNABE RAMIREZ, WHO HAS THE AK-47 WITH THE HUNDRED ROUND DRUM.

25   REMEMBER WHAT LEYVA TOLD YOU?  HE HAS THIS GUN POINTED RIGHT ON

28-165

1    THE FOREHEAD OF BERNABE, BECAUSE HE FELT THAT BERNABE WAS

2    POINTING HIS AUTOMATIC WEAPON AT LEYVA.

3            THAT IMAGE, THAT IMPRESSION WILL FOREVER STAY WITH

4    AGENT LEYVA, AND THAT'S WHY HIS IDENTIFICATION IN THIS

5    COURTROOM FOR YOU IS CLEAR AND UNEQUIVOCAL.  THAT WAS THE MAN

6    THAT WAS THERE.

7            IN ADDITION TO THAT, AND I'LL ADDRESS THIS JUST

8    BRIEFLY BECAUSE I'M ABOUT TO END, YOU KNOW FROM THE UNDERCOVER

9    TAPES THAT WERE PLAYED FOR YOU UP ON THE WALL WHEN BERNABE

10   MEETS IN AN UNDERCOVER CAPACITY WITH AGENT BERRELLEZ, WHO'S

11   PLAYING THE ROLE OF MANUEL LIZARRAGA.

12           THERE DURING THOSE MEETINGS, AND YOU HEARD IN THE OWN

13   WORDS OF THE DEFENDANT, HIS ADMISSIONS THAT HE WAS THERE AT THE

14   AIRPORT.

15           NOW, JUST BRIEFLY ON THESE UNDERCOVER MEETINGS WITH

16   AGENT BERRELLEZ, WHO WAS MANUEL LIZARRAGA -- THAT WAS HIS

17   UNDERCOVER ROLE.  REMEMBER WHAT THE GAME PLAN IS HERE?  AGENT

18   BERRELLEZ IS GOING TO PORTRAY HIMSELF TO BE THIS LIZARRAGA MAN,

19   THAT HE'S A COMPADRE OF CARO QUINTERO, AND HE'S BRINGING UP

20   BERNABE TO FIND OUT IF HE WAS INVOLVED WITH CAMARENA.  THAT'S

21   THE GAME PLAN.

22           AND THE OTHER AGENTS WHO TESTIFIED, FOR EXAMPLE, MR.

23   DELBERT SALAZAR -- HE WAS ALSO PRESENT AND HE WAS SUPPOSED TO

24   BE UNDERCOVER A BODYGUARD FOR HECTOR BERRELLEZ.  WELL, WE KNOW

25   WHAT HAPPENS.

28-166

20

1          JULY 20, BERNABE FLIES INTO LAX WITH HIS WIFE, HE'S

2     MET BY AGENT BERRELLEZ, THEY'RE DRIVEN TO THE HOTEL.  WHILE

3     DRIVING, LADIES AND GENTLEMEN, AND SAW OR YOU HEARD THE

4     TESTIMONY OF THE AGENTS TELL YOU ABOUT THESE STATEMENTS --

5     BERNABE ADMITS THE FOLLOWING:  THAT HE WAS A FORMER STATE

6     JUDICIAL POLICE OFFICER, THAT HE WORKED FOR FONSECA, THAT HE

7     WAS ARRESTED WITH FONSECA IN PUERTO VALLARTA, AND HE ADMITS

8     THAT HE WAS AT LOPE DE VEGA ONE TIME WHERE THE EVENT OCCURRED.

9          THE FOLLOWING DAY, ANOTHER MEETING, VIDEOTAPED.  THE

10    HOWARD JOHNSON'S ROOM IN MONROVIA, CALIFORNIA.  THE AGENTS

11    TESTIFY TO ADMISSIONS BY MR. BERNABE.  THEY INCLUDED THE

12    FOLLOWING.  BERNABE IS BRAGGING ABOUT HOW CAUTIOUS HE IS, HOW

13    CAREFUL, SO CAREFUL HE EVEN WRITES PHONES BACKWARDS.  NOT EVEN

14    HIS WIFE CAN FIGURE THEM OUT.

15          HE SAYS ABOUT CAMARENA -- CAMARENA WAS REALLY NOT A

16    GRINGO.  CAMARENA WAS BORN IN MEXICALI AND BECAME A NATURALIZED

17    AMERICAN.  HE SAYS AND ADMITS THIS, THAT FONSECA GAVE HIM MONEY

18    TO BUY PROPERTY IN MEXICO.

19          BERNABE ADMITS THAT AS EARLY AS JULY 21 THAT HE WENT

20    TO LOPE DE VEGA WITH FONSECO AND THREE OTHERS, AND THAT HE KNEW

21    THAT CAMARENA WAS BEING HELD THERE.  THAT'S WHEN HE ALLUDES --

22    ACCORDING TO THE TESTIMONY OF THE AGENTS -- THAT THERE WAS THIS

23    ARGUMENT BETWEEN CARO AND FONSECA.  AND AGAIN, HE ADMITS THAT

24    HE WAS PRESENT WITH FONSECA AT THE TIME OF FONSECA'S ARREST IN

25    PUERTO VALLARTA IN APRIL OF 1985.

1       NOW, WE PLAYED A SHORT CLIP OF THE JULY 21 HOWARD

2  JOHNSON'S MEETING UP ON THE WALL FOR YOU THAT OCCURRED IN

3  MONROVIA.  AMONG THE THINGS THAT YOU READ FLASHING ACCROSS THAT

4  WALL WERE THE DEFENDANT BERNABE ADMITTING SEVERAL THINGS; AMONG

5  OTHERS, THAT WHEN HE WAS AN AGENT WITH THE ATTORNEY GENERAL'S

6  OFFICE, CARO GAVE HIM AND OTHERS BOOTS AS GIFTS, AS A CHRISTMAS

7  PRESENT.

8       AND AGAIN, HE GOES INTO GREAT DETAIL ON THAT TAPE

9  THAT WAS PLAYED FOR YOU ABOUT HIS ROLE AT THE ARREST OF FONSECA

10  AT PUERTO VALLARTA.  REMEMBER WHAT HE SAID ON THAT TAPE?  HE

11  SAID WE WERE THERE WITH FONSECA, WE WERE ON DUTY AS BODYGUARDS.

12       THE M.F.J.P. OFFICERS COME UP THROUGH THE REAR.  WE

13  PUT UP A FIGHT.  I, BERNABE, FIRED TWO ROUNDS.  FONSECA COMES

14  DOWN RUNNING.  DON'T SHOOT, DON'T SHOOT.  FINALLY, WE GIVE

15  OURSELVES UP AND ONE OF THE MEN WAS SHOT IN THE FOOT.

16       THIS WAS ALL UP ON THE WALL FOR YOU TO READ.  THESE

17  WERE THE OWN WORDS OF BERNABE, NOT HERE WHEN HE HAS HIS STORY

18  STRAIGHT FINALLY, BUT BEFORE HE KNEW HE WAS BEING INVESTIGATED.

19       ON JULY 24TH, THERE IS YET ANOTHER MEETING, AGAIN AT

20  THE HOWARD JOHNSON'S ROOM, AGAIN VIDEOTAPED.  AND AGAIN, THIS

21  TAPE WAS PLAYED FOR YOU ON THE WALL.  SOME OF BERNABE'S

22  ADMISSIONS.

23       HE SAYS, FOR EXAMPLE, HE KNEW WHAT HE WAS GETTING

24  HIMSELF INTO AND HE ACCEPTS IT AND WOULD DO IT AGAIN, IF

25  NECESSARY.  HE SAYS -- FORGIVE MY LANGUAGE, BIT THIS IS WHAT HE

28-168

1  SAID -- "I LIKED FONSECA A FUCKING LOT AND I LIKED CARO EVEN

2  MORE." HE SAYS BECAUSE HE ADMIRES THESE TWO MEN, WE WOULD

3  NEVER EVEN DREAM OF ASKING MONEY FROM THEM.

4          WHEN HE'S ADDRESSING FONSECA AGAIN -- THIS IS ON THE

5  TAPE. BERNABE SAID THAT FONSECA HAS BEEN MY SAVIOR. THAT I'M

6  FREE HERE BECAUSE FONSECA AUTHORIZED IT AND HE PAID MY BAIL

7  AFTER THE PUERTO VALLARTA ARREST.

8          HE ALSO ADMITS ON THE TAPE THAT WHEN HE WAS ARRESTED

9  IN PUERTO VALLARTA WITH FONSECA, BERNABE MADE STATEMENTS TO

10  LEAST COMPROMISE HIMSELF, AND THAT'S WHERE PULLS HIMSELF OFF AS

11  A SERVANT. AND HE ALSO ADMITS THAT HE HELPED CARO ESCAPE.

12          AT THIS MEETING -- THIS IS JUST A PORTION OF WHAT WAS

13  ALREADY PLAYED FOR YOU UP ON THE WALL -- LOOK AT SOME OF THESE

14  INCRIMINATING STATEMENTS BY BERNABE RAMIREZ.

15          BERNABE IS TALKING. "SOMETHING HAPPENS TO ME IN

16  THERE, MAN." BERNABE, WHEN HE'S TALKING ABOUT THE PUERTO

17  VALLARTA ARREST, HE'S TALKING ABOUT FONSECA. I'M FREE BECAUSE

18  THE MAN AUTHORIZED IT, AND BECAUSE HE PAID MY BAIL. THIS IS

19  HIS SAVIOR. FONSECA.

20          THEY TALK ABOUT THE AMOUNT OF MONEY THAT WAS PAID.

21  LOOK DOWN HERE. BERNABE, WHEN HE'S TALKING ABOUT HOW HE GOT

22  HIMSELF OUT OF THIS FIX, REMEMBER HE SAID HE USED TO BE A STATE

23  POLICE OFFICER FOR FOUR YEARS WHEN BERNABE TESTIFIED, BETWEEN

24  '78 AND '82. HE SAID HE KNEW HOW TO TAKE STATEMENTS. THAT

25  SURE CAME IN HANDY, BECAUSE LOOK WHAT HE SAYS.

28-169

1          BERNABE:   "SO I DECLARED WHAT WOULD COMPROMISE ME THE

2     LEAST."

3          LADIES AND GENTLEMEN, THIS IS NOT A MAN WHO DOESN'T

4     KNOW WHAT HE'S DOING.  THIS IS NOT A MAN WHO'S NOT CLEVER AND

5     ASTUTE.  UNDER THE STRESS OF BEING ARRESTED, HE COMES UP WITH

6     THIS STORY OF BEING A SERVANT AND IS ABLE TO ESCAPE PROSECUTION

7     IN MEXICO.

8          FINALLY, JULY 25, THE CRUCIAL MEETING.  BERNABE IS

9     PICKED UP AT THE ARCADIA HOTEL, AT THE ARCADIA EMBASSY SUITES

10    HOTEL.  HE IS DRIVEN TO EL TORITO, AND WITH HIM IS HECTOR

11    BERRELLEZ AND DELBERT SALAZAR.

12         REMEMBER, THE AGENTS PICKED THIS DISTANCE TO DRIVE

13    BECAUSE IT WAS THE GAME PLAN OF THE AGENTS TO TAPE RECORD THE

14    CONVERSATION IN THE CAR, BECAUSE THAT'S WHETHER THE CASSETTE

15    PLAYER WAS.

16         THEY ARRIVED AT THE EL TORITO, AND AT SOME POINT

17    AGENT BERRELLEZ AND THE INFORMANT WALK OUT, MR. CASTEL, TO TRY

18    TO PUT A BLANK TAPE IN THE CASSETTE PLAYER IN THE CAR.  AND

19    DURING THAT TIME, MR. SALAZAR TALKED TO THE DEFENDANT.

20         SALAZAR TESTIFIED TO IT.  HE SAID -- SALAZAR SAYS TO

21    PUT THE DEFENDANT AT EASE, SALAZAR TOLD THE DEFENDANT THAT HE

22    WAS THE BROTHER-IN-LAW OF MANUEL GODINEZ, WHO WAS THIS DRUG

23    TRAFFICKER.  AND THAT SERVED TO PUT BERNABE AT EASE.

24         AND THEREAFTER, BERNABE ADMITTED TO DELBERT SALAZAR

25    THAT HE WAS PRESENT DURING THE TORTURE OF CAMARENA, AND THAT

28-170

1   THE UNDERCOVER NAME MANUEL LIZARRAGA WAS NEVER MENTIONED.  AND

2   OF COURSE, THIS WAS THE ROLE, THIS WAS THE GAME PLAN OF THE

3   AGENTS, TO FIND OUT IF HE WAS THERE BECAUSE IF HE WAS THERE, HE

4   WOULD KNOW WHETHER OR NOT CERTAIN NAMES WERE MENTIONED.

5           AFTER A WHILE, BERRELLEZ AND THE DEFENDANT DEPART AND

6   THEY GO BACK IN THE CAR.  AND THEN PORTIONS OF THAT DRIVE BACK

7   WERE AUDIO TAPED.  AND AGAIN, WE PLAYED THAT PORTION UP ON THE

8   WALL FOR YOU.

9           NOW, MANY THINGS WERE SAID BY BERNABE AT THIS TIME.

10  BERRELLEZ REPEATEDLY ASKED BERNABE IF HE WAS PRESENT AND IF

11  CAMARENA DID NOT MENTION BERRELLEZ.  THE DEFENDANT ANSWERS, "I

12  WAS THERE", AND THE DEFENDANT SAYS, "I DIDN'T HEAR YOUR NAME,

13  YES, I'M SURE."

14          BERNABE ALSO OFFERS TO TRY TO GET WITNESS STATEMENTS

15  AND DECLARATIONS TO SHOW TO THE UNDERCOVER AGENT THAT HIS NAME

16  WAS NEVER MENTIONED.  AND THIS IS CRUCIAL, AND IT'S PAINFUL TO

17  READ IT, BUT THIS IS WHAT WAS SAID.  BERRELLEZ TALKING ABOUT

18  CAMARENA:

19          "WAS HE FUCKED UP?"

20          THE DEFENDANT RESPONDS:  "HE WAS REALLY FUCKED

21      UP."

22          BERRELLEZ ASKED:  "WAS HE UNCONSCIOUS?"

23          THE DEFENDANT ANSWERS:  "ALMOST.  ALMOST.  HE

24      WAS ALL SWOLLEN, ALL THE SHIT WAS BEAT OUT OF HIM."

25          ON THE UNDERCOVER TAPE THAT WAS PLAYED FOR YOU, YOU

28-171

1   SEE HOW THERE WAS THE DESCRIPTION OF THE BRIEF ALTERCATION OR

2   ARGUMENT OF CARO AND FONSECA OUTSIDE OF THE LOPE DE VEGA HOUSE.

3       AND FONSECA TELLS CARO QUINTERO:

4       "YOU FUCKED UP.  YOU SHOULDN'T HAVE DONE IT THIS

5      WAY.  THIS ISN'T GOING TO BE WORTH A SHIT NOW.  BUT

6      NOW WE HAVE TO GO FOR IT, AND IF WE HAVE TO GO ALL

7      THE WAY, SO BE IT, BECAUSE THE BASTARD IS ALREADY

8      DYING."

9       THESE ARE THE WORDS OF BERNABE ON THE TAPE THAT YOU

10  HEARD.

11      LADIES AND GENTLEMEN, THE JULY 25TH TAPE THAT WAS

12  PLAYED FOR YOU HIGHLIGHTS BERNABE TALKING TO AGENTS SALAZAR,

13  "S", AND "B" IS BERRELLEZ.  SALAZAR SAYING TO HECTOR BERRELLEZ:

14      "HE WAS TELLING ME THAT HE HAD BEEN THERE" --

15      TALKING ABOUT THE DEFENDANT -- "WHEN THEY BEAT THE

16      SHIT OUT OF GRINGO."

17      BERNABE SAYS HE KNOWS.  HE'S AGREEING.

18      DOWN FURTHER, SALAZAR:

19      "AND THAT THEY DID NOT MENTION THAT THE GRINGO

20      DID NOT FUCK BERRELLEZ OVER?"

21      BERNABE:  "NOT AT ALL, SIR.  NOT AT ALL."

22      LADIES AND GENTLEMEN, BERNABE WAS THERE.  THAT'S WHY

23  HE'S ABLE TO STATE THESE THINGS IN AN UNDERCOVER CAPACITY TO

24  THE FEDERAL AGENTS.

25      FURTHER CONVERSATION, AGAIN DISCUSSING AGENT

28-172

1    CAMARENA.  SALAZAR TALKING ABOUT CAMARENA:

2           "AND AS -- AND AS I WAS EXPLAINING, YOU WERE

3        THERE WHEN HE WAS BEATEN UP AND HE DIDN'T MENTION

4        HIM, RIGHT?"

5           REFERRING TO AGENT BERRELLEZ.

6           BERNABE RAMIREZ:  "NOT AT ALL."

7           AGAIN, HE'S ABLE TO MAKE THESE STATEMENTS BECAUSE HE

8    WAS PRESENT DURING THE INTERROGATION AND DID NOT HEAR THE NAME

9    LIZARRAGA MENTIONED.  ANOTHER PORTION HERE, LADIES AND

10   GENTLEMEN.

11          BERNABE RAMIREZ TALKING ABOUT WHETHER OR NOT HE WAS

12   PRESENT FOR THE TORTURE OF CAMARENA:

13          "YES, BECAUSE RIGHT NOW WHAT -- WHAT THE MAJOR

14       WAS SAYING, I WANTED TO SIGNAL HIM NO.  NO,

15       BECAUSE -- BECAUSE I DON'T WANT TO TAKE UPON MYSELF

16       THE HASSLE OF -- I'M POSITIVE, SIR, I'M POSITIVE THAT

17       IN THE STATEMENTS IN THE HOT ONES, YOU WEREN'T

18       MENTIONED."

19          "IN THE HOT ONES", LADIES AND GENTLEMEN, REFERS TO

20   THE ACTUAL INTERROGATION OF CAMARENA, AND AGAIN, THE NAME

21   LIZARRAGA IS NOT MENTIONED.  AND HOW DOES BERNABE KNOW THAT?  I

22   SUBMIT TO YOU HE KNOWS THAT BECAUSE HE WAS THERE.

23          THIS PORTION HERE (INDICATING), BERNABE, BERNABE --

24   PARDON ME, MR. BERRELLEZ AND BERNABE.

25          AGENT BERRELLEZ:  "ALL RIGHT.  LOOK, WHAT I

1    WANT -- DO YOU KNOW FOR A FACT THAT THE GRINGO DIDN'T

2    FUCK ME OVER?"

3            BERNABE: "NO. NOT AT ALL, SIR."

4            BERRELLEZ: "ALL RIGHT. YOU KNOW IT FOR A FACT

5    THAT HE DID -- YOU HEARD THAT HE DID FUCK ME OVER?"

6            BERNABE: "I DID HEAR, SIR."

7            BERRELLEZ: "ARE YOU PERFECTLY AWARE?"

8            BERNABE: "YES, I'M SURE."

9            FINALLY, LADIES AND GENTLEMEN, AGAIN FINALLY, AND

10   REMEMBER ONLY A SMALL PORTION WAS ENHANCED BY THIS NORMAN PERLE

11   CALLED BY THE DEFENSE, A MAN WHO'S NOT AN EXPERT IN THIS AREA.

12   NONETHELESS, THEY PUT ON A PORTION OF THE TRANSCRIPT TO SUGGEST

13   THAT SOMEHOW BERNABE DENIES BEING THERE.

14           LADIES AND GENTLEMEN, LOOK AT THESE TRANSCRIPTS.

15           BERRELLEZ ASKS HIM: "NOW, YOU'VE CLEARED UP BY

16   DOUBTS ABOUT WHAT I HAD BEEN TOLD ABOUT THE GRINGO,

17   WHEN THEY WERE BEATING THE SHIT OUT OF HIM, BECAUSE I

18   WAS WORRIED ABOUT THAT. YOU WERE AWARE THAT THE

19   GUY -- YOU DIDN'T HEAR THE GUY --"

20           "NOT AT ALL", SAYS BERNABE.

21           "WERE YOU THERE?"

22           "YES."

23           "AND YOU WERE AWARE THAT THE GUY DIDN'T FUCK ME

24   OVER?"

25           "NOT AT ALL."

28-174

1        REPEATED INSTANCE AFTER INSTANCE TO ESTABLISH FOR YOU

2   THAT BERNABE WAS THERE, LADIES AND GENTLEMEN.  THAT'S WHY HE'S

3   ABLE TO MAKE THESE UNDERCOVER STATEMENTS.

4        NOW, I MENTIONED TO YOU NORMAN PERLE PUT ON BY THE

5   DEFENSE.  I GUESS THE NOTION BEHIND HIS TESTIMONY IS TO PUT ON

6   THIS ENHANCEMENT, AND THEN THEY PUT ON A TRANSLATOR TO HEAR

7   THAT ENHANCEMENT, AND SOMEHOW THEY COME UP WITH A TRANSCRIPT

8   THAT SAYS BERNABE IS DENYING THAT.

9        THAT'S NOT TRUE BECAUSE OUR ENHANCED VERSION IS

10  SAYING THAT HE WAS THERE.  BUT PUTTING THAT ASIDE, NORMAN PERLE

11  IS PERHAPS THE MOST UNQUALIFIED MAN TO EVER TESTIFY IN A

12  FEDERAL COURT OF LAW.

13       THIS IS A SELF-PROCLAIMED EXPERT IN FORENSICS AND

14  AUDIO ANALYSIS.  HE HAS ONLY A HIGH SCHOOL DEGREE.  HE LIED TO

15  OTHER COURTS AND JURIES.  HE SAID HE HAD AN ASSOCIATE OF ARTS

16  DEGREE; HE NEVER DID.  HE LIES AND TELLS THEM HE'S A SWORN

17  POLICE OFFICER WHEN, IN FACT, ALL HE HAS IS THIS HONORARY BADGE

18  FROM MADERO COUNTY.  YOU CANNOT ASSIGN ANY WEIGHT TO HIS

19  TESTIMONY, I SUBMIT TO YOU.

20       AND I SUBMIT TO YOU THAT AS A RESULT OF HIS POOR

21  QUALIFICATIONS, THE ENHANCEMENT THAT HE DID IS A POOR ONE AND

22  DOES NOT NEARLY MATCH THE ENHANCEMENT MADE FOR YOU BY THE

23  GOVERNMENT'S F.B.I. EXPERT, MR. BRUCE KOENIG, WHOSE CREDENTIALS

24  ARE BEYOND REPROACH.

25       THIS IS A MAN WHO KNOWS WHAT TO DO WITH REGARD TO

28-175

1   SOUND ENHANCEMENT.  HE HAS BEEN 16 YEARS WITH THE F.B.I., HE

2   HAS HAD BEEN DEALING WITH MAGNETIC TAPE ANALYSIS AND HAS

3   REVIEWED OVER 7500 TAPES.  HE HAS A BACHELORS OF SCIENCE, AS

4   WELL AS MASTER DEGREE.  ALL OF THESE CREDENTIALS PERLE IS

5   UTTERLY LACKING IN.  HE HAS PUBLISHED SCIENTIFIC ARTICLES.

6   PERLE HAS PUBLISHED ARTICLES FOR POLICE OFFICERS, NONE SUBJECT

7   TO PEER REVIEW.  AND HE TEACHES.

8           NONE OF THESE THINGS DOES MR. PERLE DO, AND FOR THAT

9   REASON, I SUBMIT TO YOU YOU SHOULD ASSIGN NO WEIGHT TO WHAT HE

10  HAS TOLD YOU.

11          NOW, YOU ALSO HEARD THE TESTIMONY OF THE WIFE OF THE

12  DEFENDANT, MRS. BERNABE RAMIREZ, AND I THINK SHE WAS PUT ON FOR

13  YOU JUST TO ESTABLISH A COUPLE THINGS.  ONE, THAT THERE WAS

14  SOME KIND OF SETUP TO TRY TO SET UP, I GUESS, BERNABE.  AND

15  TWO, THAT ON THE EVENING OF JULY 25 WHEN HE COMES BACK FROM THE

16  EL TORITO RESTAURANT AFTER MEETING WITH THE AGENTS AND MAKING

17  THESE GROSS ADMISSIONS ON THE TAPE THAT YOU HEARD, THAT HE WAS

18  DRUNK, HE WAS STAGGERING.

19          LADIES AND GENTLEMEN, YOU CAN DISCOUNT AND PUT ASIDE

20  HER TESTIMONY FOR THE SIMPLE REASON THAT SHE'S BIASED.  THIS IS

21  THE WIFE OF A MAN WHO'S FACING SIGNIFICANT CHARGES IN THIS

22  FEDERAL COURT.  AND SHE ADMITTED ON MY CROSS-EXAMINATION THAT

23  SHE LOVES THE DEFENDANT AND WOULD HELP HIM ANY WAY SHE CAN.

24          I WOULD RESPECTFULLY SUBMIT TO YOU THAT HER TESTIMONY

25  SHOULD NOT BE ACCORDED ANY WEIGHT.

1          ALSO, IN SUPPORT OF THIS THEORY THAT THE DEFENDANT

2    WAS DRUNK SOMEHOW, YOU HEARD THE TESTIMONY OF MR. HENRY

3    GREENBERG, THE ALCOHOL BLOOD EXPERT.

4          WELL, LADIES AND GENTLEMEN, HIS OPINION WAS THAT IF

5    YOU ACCEPT THE INFORMATION GIVEN TO HIM BY THE DEFENSE, WHICH

6    IS 12 BEERS IN FIVE HOURS FOR 175-POUND MAN, SUCH A MAN WOULD

7    BE COMPLETELY OUT OF IT, DISORIENTED, MEMORY LOSS, PERCEPTION

8    AFFECTED, STAGGERING, SLURRING.

9          WELL, LADIES AND GENTLEMEN, HIS TESTIMONY IS

10   IRRELEVANT FOR YOU, AND I'LL TELL YOU WHY.  NUMBER ONE, HE

11   NEVER, EVER TESTED THE BLOOD OF BERNABE ON THE EVENING OF JULY

12   25, SO HIS TESTIMONY IS SHEER SPECULATION.

13         NUMBER TWO, HE ADMITTED ON CROSS-EXAMINATION THAT HE

14   HAS ABSOLUTELY NO OPINION OF THE EFFECT OF ALCOHOL ON A

15   PERSON'S ABILITY TO LIE OR TO TELL THE TRUTH.  AND FINALLY,

16   LET'S CUT STRAIGHT TO THE HEART OF THE MATTER AS TO WHAT REALLY

17   HAPPENED HERE.

18         THESE AGENTS TOLD YOU QUITE CANDIDLY WE HAD TWO TO

19   FOUR BEERS, BERNABE HAD THREE TO FOUR BEERS.  THAT WAS IT.  I

20   ASKED THIS EXPERT:  CHANGE THE HYP (SIC) TO THREE TO FOUR

21   BEERS, FIVE HOURS FOR A MAN OF BERNABE'S WEIGHT.  WHAT EFFECT?

22   TRACE AMOUNTS OF ALCOHOL.

23         YOU'RE SOBER.  THERE IS NO EFFECT.  SIGNIFICANTLY

24   LOWER THAN .08, IF ONE IS CAUGHT DRIVING WHILE INTOXICATED.

25         FINALLY, LADIES AND GENTLEMEN, YOU HAVE HEARD THE

1    TESTIMONY OF BERNABE RAMIREZ UNDER OATH.  HE TOOK THE STAND AND

2    HE TOLD YOU SOME STARTLING THINGS.  BUT HE ALSO TOLD YOU THINGS

3    THAT CORROBORATES A SIGNIFICANT PART OF THE GOVERNMENT'S CASE.

4           HE DID ADMIT THAT HE WAS A STATE JUDICIAL POLICE

5    OFFICER IN THE HOMICIDE SQUAD, AND HE ALSO TOLD YOU THAT HIS

6    ENTIRE CAREER HAS BEEN PREDICATED ON JOBS INVOLVING SECURITY

7    AND PROTECTION OF PROPERTY AND PERSONS.  HE HAS BEEN DOING THAT

8    SINCE HE STOPPED BEING A POLICE OFFICER IN 1982.

9           SO, FOR EXAMPLE, HE WAS THE CHIEF OF BODYGUARDS FOR

10   AN OWNER OF A SHOE STORE -- OF A SHOE COMPANY.  REMEMBER THE

11   PLACE CALLED THE PALANQUE?  THAT IS A COCKFIGHT ARENA.  THAT

12   ALSO HAS A BAR AND RESTAURANT.  HE WAS THE CHIEF OF SECURITY AT

13   THAT PLACE.

14          AND IT IS AT THAT PLACE THAT HE MET FONSECA.  HE TOLD

15   YOU THIS ON THE STAND, AND FONSECA RECRUITED HIM AWAY.  FONSECA

16   TAKES HIM TO BE THE CHIEF OF SECURITY AT A SPORTS CLUB OWNED BY

17   FONSECA.  AND THEREAFTER -- AND THIS IS WHAT BERNABE TOLD

18   YOU -- THEREAFTER, FONSECA TAKES BERNABE TO BE THE CHIEF OF

19   SECURITY AT ONE OF THE OFFICES OF FONSECA CALLED LA BAJADITA.

20          THAT CORROBORATES WHAT MR. PLASCENCIA TOLD YOU WHEN

21   HE DESCRIBES THAT DECEMBER 1984 MEETING WHETHER THE PHOTOGRAPH

22   OF SPECIAL AGENT CAMARENA -- PARDON ME, OF CAMARENA -- IS

23   PASSED AROUND FOR THE DRUG TRAFFICKERS TO SCRUTINIZE.

24          HE ALSO ADMITTED TO YOU THAT FOR VIRTUALLY ALL THESE

25   SECURITY JOBS, HE WOULD BE ARMED.  HE ALSO CORROBORATES THE

28-178

1    GOVERNMENT'S CASE BECAUSE HE TOLD YOU THAT LA BAJADITA IS AN

2    OFFICE OF FONSECA AND, THAT OTHER DRUG TRAFFICKERS WENT THERE,

3    INCLUDING CARO, BARBA, THE TIERRA LIBRE BROTHERS, MINUS JAVIER

4    VASQUEZ, OF COURSE.

5            JAVIER VASQUEZ NEVER HANGS AROUND WITH THE TIERRA

6    LIBRE BROTHERS, ACCORDING TO THE DEFENSE WITNESSES.  AND

7    INVARIABLY, LAW ENFORCEMENT OFFICIALS ARRIVE AT LA BAJADITA.

8    THIS IS WHAT BERNABE TELLS YOU -- MILITARY, STATE POLICE,

9    M.F.J.P., D.F.S., ET CETERA, ET CETERA.

10           NOW, HE CONCOCTS A STORY FOR YOU THAT HE DIDN'T KNOW

11   THAT FONSECA WAS INVOLVED IN NARCOTICS TRAFFICKING.  AND I

12   GUESS THE NOTION IS THAT SOMEHOW HE GOT SUCKED INTO THE

13   BUSINESS, AND BEFORE HE KNEW IT, IT WAS AS TOO LATE TO BACK

14   OUT.  HE WAS SCARED TO.

15           I THINK THAT'S WHAT HE WAS TRYING TO TELL YOU.  AND

16   PERHAPS THE GREATEST SLAP IN THE FACE TO YOUR COMMON SENSE, HE

17   SAYS, "I WAS A LOW RANKING EMPLOYEE."

18           WELL, I SUBMIT TO YOU CHIEFS OF SECURITY FOR AN

19   ENTIRE HOUSEHOLD, AN OFFICE WHERE MAJOR DRUG TRAFFICKERS MEET,

20   IS NOT A PEON, IS NOT A LOW LEVEL EMPLOYEE.

21           NOW, HE SETS ALL THIS UP IN THIS FASHION BECAUSE HE'S

22   TRYING TO CONVINCE YOU OF CERTAIN THINGS.  FIRST OF ALL, HE

23   ADMITS THAT HE WENT TO THIS HOUSE -- NOT LOPE DE VEGA, SOME

24   OTHER HOUSE ON ANOTHER STREET -- AND HE STAYED OUTSIDE.  AND

25   FONSECA AND SAMUEL RAZO GO INSIDE, THEY'D COME OUT AND THEN

28-179

1    WE'D LEAVE.

2              WHAT HE'S TRYING TO TELL YOU IS THAT YES, I WAS AT A

3    HOUSE, BUT IT WASN'T LOPE DE VEGA, AND I HAD NO IDEA WHAT WAS

4    GOING ON INSIDE THE HOUSE.

5              BULL.  BECAUSE THE EVIDENCE SUGGESTS DIRECTLY TO THE

6    CONTRARY.  HE ADMITS TO YOU SOMETHING VERY SIGNIFICANT.  NO

7    MATTER HOW CLEVER YOU TRY TO BE, THE TRUTH ALWAYS COMES OUT.

8    HE ADMITS THAT WHEN WAS WORKING FOR FONSECA AND AFTER THE BOMB

9    FELL WITH REGARD TO SPECIAL AGENT CAMARENA, FONSECA WENT ON THE

10   RUN.  AND BERNABE WENT WITH HIM, BECAUSE HE'S A CLOSE

11   CONFIDANT.  HE'S THE CHIEF OF SECURITY.

12             AND FONSECA TAKES BERNABE TO GO TO A RANCH BELONGING

13   TO FONSECA OUTSIDE OF GUADALAJARA AND STAY THERE ONE MONTH.

14   THEN THEY LEAVE FOR A WEEK FOR A HOUSE OWNED BY FONSECA.

15   BERNABE IS STILL WITH HIM.

16             FINALLY, THEY GO TO PUERTO VALLARTA, AND THERE IS

17   BERNABE.  AND THE DEFENDANT ADMITS TO YOU THAT AT ONE OF THOSE

18   EARLY TIMES WHEN FONSECA WAS FLEEING, FONSECA ADMITTED TO

19   BERNABE THAT FONSECA WAS ON THE RUN BECAUSE OF THE CAMARENA

20   THING.

21             WELL, YOU THINK ABOUT THAT, LADIES AND GENTLEMEN.

22   YOU THINK ABOUT THAT BECAUSE I SUBMIT TO YOU THAT ONLY IF

23   YOU'RE A CLOSE CONFIDANT, CLOSE EMPLOYEE OF A DRUG DEALER, IS

24   HE GOING TO TELL YOU THAT KIND OF INFORMATION.  IF YOU ARE A

25   LOW-LEVEL PEON, A GOFER-TYPE EMPLOYEE, A MAJOR DEALER LIKE

28-180

1   FONSECA -- AND THAT IS WHAT FONSECA WAS -- IS NOT GOING TO TELL

2   THAT KIND OF SPECIAL, UNIQUE CONFIDENTIAL INFORMATION TO A

3   LOW-LEVEL PERSON.  NO.

4           FONSECA TOLD HIM THAT AND THAT'S TRUE.  AND HE TOLD

5   HIM THAT BECAUSE BERNABE IS ALSO INVOLVED WITH REGARD TO THE

6   CAMARENA ABDUCTION.

7           NOW, ONE OF THE MOST REMARKABLE THINGS ABOUT HIS

8   TESTIMONY, LADIES AND GENTLEMEN -- THESE TAPES -- YOU'VE HEARD

9   THE TRANSCRIPTS.  BERNABE, IN THE UNDERCOVER TAPES WITH AGENT

10  BERRELLEZ BEFORE HE KNEW HE WAS BEING INVESTIGATED, ADMITS THAT

11  HE WAS AT THE AIRPORT TO HELP CARO QUINTERO ESCAPE.

12          DO YOU REMEMBER THE INCREDIBLE DETAIL?  BERNABE ON

13  THE UNDERCOVER TAPES.  "WE ALL HAD AK-47'S.  WE HAD THE DRUMS."

14  LEYVA TOLD YOU THAT.  WE HAD THE ARMED CONFRONTATION.  IT'S

15  TENSE.  PAVON REYES WAS THERE.  THIS IS BERNABE ON THE TAPE.

16  LEYVA TOLD YOU ALL THAT.

17          BOTH SIDES ARE YELLING AT EACH OTHER.  THERE'S

18  TENSION.  "DROP YOUR GUN," SAYS ONE SIDE.  "NO, YOU DROP

19  YOURS", SAID THE OTHER SIDE.

20          THE DETAIL IS SO INCREDIBLE, LADIES AND GENTLEMEN.

21  IT'S DETAIL BECAUSE HE WAS THERE, AND YET THIS MAN BERNABE HAS

22  THE AUDACITY TO TAKE THE STAND UNDER OATH AND TO TELL YOU NOW

23  "I WAS LYING WHEN I SAID ON THE UNDERCOVER TAPES THAT I WAS

24  WITH CARO.  I MADE THAT UP.  I GOT IT FROM A MAGAZINE SOMEHOW."

25          LADIES AND GENTLEMEN, THAT'S AN INSULT TO YOUR

28-181

1    INTELLIGENCE.  AND I ASK YOU TO TAKE THE FACT THAT THIS MAN

2    BERNABE IS TRYING TO LIE TO YOU IN THIS FASHION.  AND IT IS

3    FURTHER EVIDENCE OF GUILT, I WOULD RESPECTFULLY SUBMIT TO YOU.

4            LADIES AND GENTLEMEN, BERNABE RAMIREZ -- HE'S A

5    BODYGUARD.  HE'S A BODYGUARD AT THE FEBRUARY 1985 PREABDUCTION

6    MEETING WHERE ZUNO IS PRESENT.  CERVANTES TOLD YOU THAT.

7            THE KIDNAPPING INTERROGATION OF CAMARENA CORROBORATES

8    EVERYTHING THAT CERVANTES AND PLASCENCIA AGUILAR TOLD YOU.

9            LOOK WHAT HE ADMITS ON THE TAPES UNDER COVER ABOUT

10   LOPE DE VEGA.  HE WAS THERE, HE WAS PRESENT, HE SAW CAMARENA

11   SWOLLEN.  HE CAN TELL YOU ALL THIS ON THE TAPES BECAUSE HE WAS

12   THERE.

13           FEBRUARY 9 AIRPORT.  HE HELPED CARO QUINTERO ESCAPE.

14   THAT'S UNEQUIVOCAL.  AGENT LEYVA TOLD YOU ABOUT THAT.  HE

15   IDENTIFIED HIM FOR YOU.  AND HIS OWN ADMISSIONS ON THE JULY 25

16   AND OTHER TAPES, HE ADMITS THAT HE WAS THERE.  AND YET NOW WHEN

17   HE TOOK THE STAND, HE DENIES IT.  AND AGAIN, OF COURSE, HIS

18   TESTIMONY FOR YOU, WHICH IS SO INCONSISTENT, AT TIMES

19   PERPLEXING, AND JUST SIMPLY UNBELIEVABLE.

20           YOU PUT ALL THAT TOGETHER.  BERNABE RAMIREZ HELPED

21   CARO QUINTERO ESCAPE AND BERNABE RAMIREZ WAS A BODYGUARD FOR

22   THIS ENTERPRISE WHEN THEY KIDNAPPED AND THEY HELD AT LOPE DE

23   VEGA AGAINST HIS WILL SPECIAL AGENT ENRIQUE CAMARENA.

24           LADIES AND GENTLEMEN, THERE HAS BEEN AN INCREDIBLE

25   AMOUNT OF EVIDENCE IN THIS CASE THAT HAS LASTED OVER TWO

28-182

1    MONTHS. IT HAS BEEN ALONG TRIAL, A LOT OF WITNESSES, A LOT OF

2    DOCUMENTARY AND OTHER TYPES OF PHYSICAL EVIDENCE FOR YOU.

3            THAT'S UNAVOIDABLE BECAUSE IT IS A COMPLICATED CASE

4    FROM THAT PERSPECTIVE. BUT WHEN YOU CUT TO THE HEART OF THE

5    MATTER HERE, WHEN YOU GO TO THE CENTER OF THINGS, IT IS A

6    SIMPLE CASE, BECAUSE NOW YOU KNOW SEVERAL THINGS.

7            YOU KNOW FIRST, WHAT HAPPENED. YOU KNOW SECOND, WHY

8    IT HAPPENED, AND YOU KNOW FINALLY, AND MOST IMPORTANTLY, WHO

9    WAS RESPONSIBLE.

10            NOW, THE GOVERNMENT IN THIS CASE PROPERLY AND AS IT

11    SHOULD BE UNDER OUR CONSTITUTION, HAS THE BURDEN OF PROOF. WE

12    SHOULD ESTABLISH TO YOUR SATISFACTION BEYOND A REASONABLE DOUBT

13    THE GUILT OF MATTA, ZUNO, BERNABE, AND JAVIER VASQUEZ. THAT IS

14    THE WAY IT SHOULD BE, LADIES AND GENTLEMEN.

15            AND BECAUSE THE GOVERNMENT HAS THAT BURDEN, WE WILL

16    SPEAK TO YOU FIRST, AS I'M DOING NOW, AND IN REBUTTAL, AFTER

17    YOU HAVE HEARD THE CLOSING ARGUMENTS OF RESPECTIVE DEFENSE

18    COUNSEL.

19            AND I SUBMIT TO YOU THAT AFTER YOU HAVE HEARD ALL THE

20    CLOSING ARGUMENTS, THAT AFTER YOU'VE HEARD THE GOVERNMENT'S

21    REBUTTAL, THAT YOU WILL THEN BE IN A POSITION TO RETURN A

22    VERDICT THAT IS CONSISTENT WITH THE EVIDENCE OF THIS -- WITH

23    THE EVIDENCE THAT YOU HAVE HEARD DURING THIS TWO-MONTH TRIAL.

24            AND THAT EVIDENCE ESTABLISHES THAT MATTA IS GUILTY,

25    BERNABE IS GUILTY, ZUNO IS GUILTY AND JAVIER VASQUEZ IS GUILTY.

28-183

1          I THANK YOU FOR YOUR ATTENTION.

2          THE COURT:  ALL RIGHT.  THE NEXT COUNSEL TO PRESENT

3     FINAL ARGUMENT IS COUNSEL FOR MR. VASQUEZ.  YOU MAY BEING,

4     COUNSEL.

5          MR. NICOLAYSEN:  THANK YOU, YOUR HONOR.  I WILL NEED

6     JUST A MOMENT AS THE GOVERNMENT CLEARS THE EXHIBITS.  YOUR

7     HONOR, IT'S CLEAR THAT I WILL NOT BE ABLE TO CONCLUDE BY 4:30

8     TODAY.

9          (BRIEF INTERRUPTION.)

10

11          CLOSING ARGUMENT + ON BEHALF OF VASQUEZ VELASCO

12

13          MR. NICOLAYSEN:  GOOD AFTERNOON, LADIES AND

14     GENTLEMEN.  AS YOU KNOW BY NOW, I REPRESENT THE DEFENDANT

15     JAVIER VASQUEZ VELASCO, THE ONE DEFENDANT IN THIS COURTROOM

16     THAT MOST OF YOU PROBABLY CANNOT SEE, SO I HAVE ASKED MY CLIENT

17     TO STAND FOR JUST A MOMENT SO YOU CAN SEE WHO HE IS.

18          THIS IS THE ONE AND ONLY OPPORTUNITY THAT I WILL

19     HAVE, AS ANY DEFENSE ATTORNEY WOULD HAVE AT THE END OF THE CASE

20     TO ADDRESS THE JURY.  WHAT I'M GOING TO DO NOW -- AND I'M SURE

21     THIS WILL CARRY OVER TO TOMORROW MORNING -- IS TO TAKE THE LAST

22     TWO AND A HALF MONTHS AND DISTILL ALL OF THAT TESTIMONY AND ALL

23     OF THAT EVIDENCE DOWN TO THE BOTTOM LINE REGARDING JAVIER

24     VASQUEZ VELASCO.

25          JAVIER VASQUEZ IS NOT HERE BECAUSE OF ALLEGATIONS

28-184

1    REGARDING CAMARENA OR ZAVALA.  HE'S THE ONE DEFENDANT IN THIS

2    COURTROOM WHO HAS NO CHARGES REGARDING CAMARENA OR ZAVALA.

3    HE'S NOT HERE BECAUSE OF ALLEGATIONS ABOUT BEING A BODYGUARD OR

4    ALLEGATIONS ABOUT TRANSPORTING MARIJUANA OR ALLEGATIONS

5    REGARDING CREDENTIALS.

6         JAVIER VASQUES IS HERE BECAUSE OF WHAT IS ALLEGED IN

7    COUNTS ONE AND TWO OF THE INDICTMENT.  AND THOSE TWO COUNTS

8    SPECIFICALLY CHARGE HIM WITH PARTICIPATING IN OR AIDING AND

9    ABETTING THE DEATHS -- THE MURDERS OF JOHN WALKER AND ALBERTO

10   RADELAT ON JANUARY 30 OF L985 AT THE LA LANGOSTA RESTAURANT.

11        THAT IS THE BOTTOM LINE OF WHAT HE'S CHARGED WITH,

12   THAT IS THE REASON THAT HE'S HERE.  AND THAT'S WHAT WE NEED TO

13   FOCUS ON.

14        IT'S MURDER IN THE CONTEXT OF A RACKETEERING

15   ENTERPRISE THAT IS ALLEGED HERE, BUT THE BOTTOM LINE IS WHETHER

16   THE GOVERNMENT HAS ESTABLISHED TO YOUR SATISFACTION THAT JAVIER

17   VASQUEZ PARTICIPATED IN OR AIDED AND ABETTED IN THE MURDERS OF

18   JOHN WALKER AND ALBERTO RADELAT.

19        WHAT IS THE BOTTOM LINE IN THE GOVERNMENT'S CHARGE OF

20   WALKER AND RADELAT AT LA LANGOSTA?  IT'S ONE WITNESS:  ENRIQUE

21   PLASCENCIA AGUILAR.  MY CLIENT HAS BEEN HERE, LITERALLY, FOR

22   TWO AND HALF MONTHS.  AND THE GOVERNMENT HAS PUT ON ONE WITNESS

23   ON LA LANGOSTA, AND THAT IS MR. PLASCENCIA.

24        AND THE FIRST AND, I THINK, MOST IMPORTANT POINT TO

25   BEGIN WITH IN DISCUSSING MR. PLASCENCIA IS THE FACT THAT HE

28-185

1    STANDS ALONE AS A WITNESS IN THIS TRIAL. HE STANDS ALONE

2    BECAUSE HE TOLD US ON DIRECT THAT THERE WERE 40 OR 50 PEOPLE AT

3    LA LANGOSTA THAT DAY, BUT HE IS THE ONLY WITNESS IN THE LAST

4    TWO AND HALF MONTHS WHO TESTIFIED ABOUT THE EVENTS AT LA

5    LANGOSTA. HE STANDS ALONE.

6            THIS IS A VERY UNORTHODOX MURDER CASE IN THE SENSE

7    THAT THERE IS NO PHYSICAL EVIDENCE OF THE EVENTS AT LA LANGOSTA

8    THAT IN ANY WAY WOULD CORROBORATE WHAT HE SAID. NO

9    PHOTOGRAPHS, NO FINGERPRINTS, NO HAIR SAMPLE. THERE WERE NO

10    BODIES FOUND AT THE RESTAURANT, NO WEAPONS RECOVERED.

11            WHAT THAT MEANS, IN A NUTSHELL, IS THAT THE

12    GOVERNMENT'S ENTIRE CASE REGARDING THE MURDERS OF JOHN WALKER

13    AND ALBERTO RADELAT DEPENDS EXCLUSIVELY ON MR. PLASCENCIA'S

14    TESTIMONY OF WHAT HAPPENED THERE.

15            NOW, I SUBMIT TO YOU THAT BY THE TIME WE ARE DONE

16    DISCUSSING HIS TESTIMONY, YOU'LL BE SATISFIED THAT THIS

17    INDIVIDUAL, PLASCENCIA AGUILAR, DOES NOT DESERVE ONE SHRED OF

18    CREDIBILITY. THE GOVERNMENT HAS INVESTED IT'S ENTIRE CASE ON

19    HIM ALONE.

20            NOW, LET'S SUMMARIZE WHAT HE TOLD US ABOUT LA

21    LANGOSTA. HE TOLD US THAT HE WENT THERE WITH A GROUP OF FELLOW

22    OFFICERS FROM THE INVESTIGACIONES POLITICALES Y SOCIALES, THE

23    I.P.S. I'M SURE YOU RECALL THE REFERENCE TO THAT LAW

24    ENFORCEMENT AGENCY.

25            AND HE WENT THERE IN THE EARLY AFTERNOON AROUND 2:00.

28-186

1   THERE WAS A GROUP, AND THEY WERE GOING TO A HOTEL NEXT DOOR.

2   AND THERE WAS A COMMANDER IN THE GROUP WHOSE NAME WAS LUIS

3   GONZALES ONTIVEROS.  AND I'M GOING TO BE REPEATING THAT NAME A

4   NUMBER OF TIMES DURING MY ADDRESS TO YOU, LADIES AND GENTLEMEN,

5   AND YOU MIGHT WANT TO MAKE A NOTE OF THAT NAME BECAUSE IT'S

6   VERY, VERY SIGNIFICANT.  LUIS GONZALES ONTIVEROS.

7          MR. PLASCENCIA TOLD YOU THAT HE WAS IN A GROUP OF

8   PEOPLE FROM THE I.P.S. IN A VAN.  ONTIVEROS WAS THE COMMANDER.

9   AND HE WENT TO A HOTEL, PARKED THE VAN IN THE PARKING LOT OF LA

10  LANGOSTA AND GOT OUT.  HE COULD PEEK INSIDE, SEE THAT THERE IS

11  A PARTY GOING ON, AND THEY ALL GO INSIDE -- PLASCENCIA,

12  ONTIVEROS AND THE OTHER MEMBERS OF THIS I.P.S. GROUP.

13         PLASCENCIA TOLD US THAT HE STAYED FOR ABOUT FIVE

14  HOURS AND AT ABOUT 7:00, PLASCENCIA, ONTIVEROS AND THE OTHER

15  MEMBERS OF THIS I.P.S. GROUP, GET UP AND LEAVE.

16         PLASCENCIA FURTHER TOLD US THAT AS THE GROUP WAS

17  LEAVING, HIMSELF, ONTIVEROS AND THE OTHERS, AS THEY WERE

18  GETTING INTO THEIR VAN IN THE PARKING LOT, TWO ANGLO-LOOKING

19  PEOPLE HAPPENED TO BE ARRIVING.  THEY GET IN THE VAN, MR.

20  ONTIVEROS IS IN THE DRIVER'S SEAT.

21         AND MR. PLASCENCIA SAID TO US ON DIRECT EXAMINATION

22  THAT QUOTE, END QUOTE, ALMOST INSTINCTIVELY, MR. ONTIVEROS

23  LOOKS OVER HIS SHOULDER AND HAPPENS TO NOTICE THAT ONE OF THOSE

24  TWO MEN WHO JUST ARRIVED LOOKED AS THOUGH HE WAS TRYING TO

25  LEAVE AND SEEMS TO BE GETTING PULLED BACK INSIDE.

1          SO MR. ONTIVEROS SAYS TO THE REST OF THIS GROUP OF

2     PEOPLE, WHICH INCLUDED MR. PLASCENCIA, LET'S GET OUT OF THE VAN

3     AND GO HAVE A LOOK.  SO ACCORDING TO MR. PLASCENCIA, THAT'S

4     WHAT THEY DID.  THEY WENT TO THE DOORWAY.  AND ACCORDING TO MR.

5     PLASCENCIA, THEY LOOKED INSIDE AND SAW THESE BEATINGS OF THESE

6     TWO INDIVIDUALS.

7          MR. PLASCENCIA TOLD US THAT HE AND MR. ONTIVEROS AND

8     THE OTHER MEMBERS OF THIS GROUP STOOD IN THE DOORWAY AT THE

9     RETAURANT, AND THEN MR. ONTIVEROS SAYS TO THEM, "WELL, IT'S

10    GETTING CLOSE TO 7:15 AND WE NEED TO GET BACK TO OUR OFFICE",

11    THE I.P.S. OFFICE, -- "SO LET'S GO."

12         AND SO THEY WENT AND GOT BACK IN THEIR VAN, ONTIVEROS

13    DRIVING, AND THEY WENT BACK TO THE I.P.S. OFFICE.  PLASCENCIA

14    SAID ON CROSS-EXAMINATION BY ME THAT HE WAS AT THE I.P.S.

15    OFFICE ALL EVENING, AFTER RETURNING THERE, AND THAT MR.

16    ONTIVEROS, IN FACT, WAS WITH HIM.

17         NOW THAT, IN A NUTSHELL, IS THE OUTLINE OF WHAT MR.

18    PLASCENCIA TOLD US ABOUT THE EVENTS AT LA LANGOSTA.  EVERYTHING

19    THAT HE TOLD US HINGES ON HIS BEING WITH MR. ONTIVEROS.  HE

20    SAID UNDER OATH HERE IN COURT THAT HE ARRIVED WITH

21    MR. ONTIVEROS, HE DINED AND PARTIED AT LA LANGOSTA WITH MR.

22    ONTIVEROS, HE LEFT AT 7:00 WITH MR. ONTIVEROS.  THAT HE,

23    PLASCENCIA AND MR. ONTIVEROS, WERE NOTHING MORE THAN CASUAL

24    OBSERVERS OF THESE BEATINGS THAT PLASCENCIA WAS TALKING ABOUT,

25    AND THAT THEY JUST LEFT AT A CERTAIN POINT WHILE THESE TWO

28-188

1    PEOPLE WERE STILL BEING BEATEN, AND WENT BACK TO THEIR OFFICE.

2          THE ENTIRETY OF PLASCENCIA'S TESTIMONY DEPENDS ON HIS

3    BEING WITH MR. ONTIVEROS.  NOW, WHY IS THAT SO IMPORTANT?  I'LL

4    TELL YOU WHY, BECAUSE THERE IS A DEFENSE EXHIBIT THAT HAS BEEN

5    ADMITTED INTO EVIDENCE.  AND I'LL ASK THAT YOU WILL PLEASE MAKE

6    A NOTE OF THE LETTER.  IT'S EXHIBIT P, AS IN PETER.  IT WAS

7    RECENTLY ADMITTED.  I DON'T EXPECT THAT ANY OF YOU KNOW WHAT IT

8    IS, SO I'M GOING TO SPEND SOME TIME NOW.  PERHAPS I'LL FINISH

9    THIS AFTERNOON AND PERHAPS NOT.

10          I'M GOING TO BE DISCUSSING THIS EXHIBIT IN DETAIL

11    WITH YOU BECAUSE WHAT IT'S GOING SHOW YOU IS THAT THERE ARE NOT

12    JUST SERIOUS CREDIBILITY PROBLEMS WITH THE ACCOUNT THAT MR.

13    PLASCENCIA GAVE YOU HERE AT TRIAL, BUT MR. PLASCENCIA IS

14    LITERALLY ANNIHILATED AS A WITNESS HERE AT TRIAL.  LET'S NOW

15    TURN OUR ATTENTION TO EXHIBIT P AND SEE EXACTLY WHAT IT IS.

16          IT IS THIS DOCUMENT RIGHT HERE A FOUR-PAGE TELEX

17    DATED NOVEMBER 15 OF 1985.  IT WAS PREPARED BY AGENT ROBERT

18    CASTILLO, A D.E.A. AGENT WHO WAS STATIONED AT THE TIME IN

19    MEXICO CITY.  AGENT CASTILLO TESTIFIED HERE AT TRIAL THAT ON

20    NOVEMBER 14TH, JUST THE DAY BEFORE HE PREPARED THIS CABLE, HE

21    WAS INVITED BY THE CHIEF OF INTERPOL DOWN IN MEXICO CITY

22    FLORENTINO VENTURA, TO ATTEND THE INTERROGATION OF MR. LUIS

23    GONZALES ONTIVEROS, WHO HAD BEEN ARRESTED ON NOVEMBER 12 IN

24    CONNECTION WITH THE LA LANGOSTA MURDERS.

25          NOW I'M GOING TO READ TO YOU THE FIRST TWO OR THREE

28-189

1    PARAGRAPHS OF THIS CABLE AND ASK IF YOU WOULD BE KIND ENOUGH TO

2    LISTEN CAREFULLY.  AND I KNOW IT'S LATE IN THE DAY, BUT LET'S

3    LISTEN AND SEE THE EXTRAORDINARY CONTRASTS BETWEEN WHAT

4    MR. GONZALES ONTIVEROS TOLD THE COMANDANTE OF THE MEXICAN

5    POLICE IN THE FULL PRESENCE OF THE D.E.A. REGARDING HIS

6    INVOLVEMENT IN THE LA LANGOSTA MURDERS AND COMPARE THAT TO WHAT

7    MR. PLASCENCIA TOLD YOU HERE.

8            PARAGRAPH ONE:

9            "ON NOVEMBER 14, 1985, AT APPROXIMATELY 6:00

10        P.M., SPECIAL AGENT RAUL DELGADO AND ROBERT CASTILLO

11        OF THE D.E.A. MET WITH MEXICAN FEDERAL JUDICIAL

12        POLICE DIRECTOR FLORENTINO VENTURA GUTIERREZ AND

13        FIRST COMANDANTE MIGUEL RODRIQUEZ-LORROBAQUIO

14        RELATIVE TO THE ARREST OF JOSE LUIS GONZALEZ

15        ONTIVEROS, WHICH OCCURRED ON NOVEMBER 12, 1985 IN

16        GUADALAJARA, JALISCO."

17            "AT THAT TIME A STATEMENT GIVEN BY THE DEFENDANT

18        TO THE M.F.J.P. WAS TEMPORARILY MADE AVAILABLE TO THE

19        SPECIAL AGENTS (OF THE D.E.A.)"

20            "THE STATEMENT OF GONZALES ONTIVEROS RELATED

21        THAT ON JANUARY 30TH 1985, THE DATE OF LA LANGOSTA,

22        HE WITNESSED THE BEATING OF U.S. CITIZENS ALBERTO

23        RADELAT AND JOHN WALKER IN THE LA LANGOSTA

24        RESTAURANT, BUT THAT HE DID NOT PARTICIPATE IN THEIR

25        ACTUAL MURDER."

1       THAT'S PARAGRAPH ONE.  NOW, PARAGRAPH 2:

2           "GONZALES ONTIVEROS, A D.F.S. AGENT, STATED THAT

3       HE WAS RECRUITED BY FRANCISCO JAVIER TEJEDA

4       JARAMILLO, ALSO KNOWN AS "PACO" TEJEDA, ON OR ABOUT

5       SEPTEMBER 1984, FOR RAFAEL CARO QUINTERO; THAT

6       GONZALEZ ONTIVEROS RECEIVED PAYMENTS AND INSTRUCTIONS

7       ONLY FROM PACO TEJEDA, AND THAT GONZALEZ ONTIVEROS'

8       ASSIGNMENT WAS ONLY TO SERVE AS A SECURITY GUARD FOR

9       THE ORGANIZATION."

10          "ACCORDING TO GONZALEZ ONTIVEROS, ON LAST

11      JANUARY 30, 1985, HE --  THAT'S ONTIVEROS, AND A

12      SECOND GUARD IDENTIFIED AS SERGIO LAS CORONA  WORKED

13      OUTSIDE OF THE LA LANGOSTA RESTAURANT ON POST WHEN

14      RADELAT AND WALKER WALKED IN."

15          "INSIDE THE RESTAURANT AT THE TIME WERE CARO

16      QUINTERO, JAVIER BARBA HERNANDEZ, DON NIETO (THAT'S

17      ERNESTO FONSECA), JOSE LUIS GALLARDO PARRA, ALSO

18      KNOWN AS EL GUERO, AND SAMY, THAT'S SAMUEL RAMIREZ

19      RAZO."

20          "MISTAKEN AS D.E.A. AGENTS AND/OR D.E.A.

21      INFORMANTS, WALKER AND RADELAT WERE FORCIBLY TAKEN TO

22      THE REAR OF THE RESTAURANT."

23          NOW, LISTEN TO THIS.

24          "GONZALEZ ONTIVEROS ADMITS GRABBING ONE OF THE

25      VICTIMS FROM BEHIND AND DRAGGING THE SUBJECT TO THE

1    AFOREMENTIONED LOCATION.  BUT HE, ONTIVEROS, COULD

2    NOT RECALL WHICH OF THE TWO VICTIMS HE GRABBED.

3         "ONCE AT THE REAR OF THE RESTAURANT, WALKER AND

4    RADELAT WERE BEATEN BY PACO TEJEDA JARAMILLO, SERGIO

5    LAS CORONA AND JOSE LUIS GALLARDO-PARRA.

6         "GONZALEZ ONTIVEROS ADVISED THAT HE DID NOT

7    PARTICIPATE IN THE INTERROGATION AND TORTURE OF

8    WALKER AND RADELAT BECAUSE HE WAS INSTRUCTED BY PACO

9    TEJEDA TO REMAIN OUTSIDE OF THE RESTAURANT AS A

10   LOOK-OUT.

11        "GONZALEZ ONTIVEROS FURTHER ADVISED THAT HE

12   OBSERVED THE TWO GRINGOS AS THEY WERE CARRIED OUTSIDE

13   FROM THE RESTAURANT - BOTH COMPLETELY WRAPPED WITH

14   TABLECLOTHES - BY PACO TEJEDA, SERGIO CORONA AND JOSE

15   LUIS GALLARDO PARRA.

16        "GONZALEZ ONTIVEROS SAID THAT HE ASSISTED THESE

17   INDIVIDUALS IN PLACING THE VICTIMS INSIDE A VEHICLE

18   DESCRIBED AS A BRONCO.  GONZALEZ ONTIVEROS ADVISED

19   THAT HE BELIEVED THE TWO VICTIMS WERE STILL ALIVE

20   BECAUSE HE RECALLS HEARING THE VICTIMS MOAN IN PAIN.

21        "ACCORDING TO GONZALES ONTIVEROS, CARO QUINTERO,

22   FONSECA CARRILLO AND JAVIER BARBA HERNANDEZ THEN

23   DEPARTED THE AREA IN ONE VEHICLE WHILE PACO TEJEDA,

24   SERGIO CORONA AND JOSE LUIS GALLARDO PARRA DEPARTED

25   WITH THE VICTIMS WALKER AND RADELAT IN THE BRONCO.

28-192

1          "HE, HIMSELF, THAT'S ONTIVEROS, ACCOMPANIED THE

2      LATER GROUP."

3          THAT MEANS HE RODE A CAR WITH THE TWO BODIES.

4          "THEY DROVE TO AN AREA UNKNOWN TO GONZALEZ

5      ONTIVEROS, BUT LATER IDENTIFIED DURING THE COURSE

6      OF THIS INVESTIGATION AS PARQUE DE LA PRIMAVERA,

7      PRIMAVERA PARK, IN GUADALAJARA.

8          "ONCE AT THE AFOREMENTIONED LOCATION, PRIMAVERA

9      PARK, GONZALEZ ONTIVEROS ASSISTED IN REMOVING RADELAT

10     AND WALKER FROM THE VEHICLE.

11         "HE ADVISED -- ONTIVEROS ADVISED -- THAT WHILE

12     THE GRAVES WERE BEING DUG, HE WAS AT THE VEHICLE

13     WHERE HE REMAINED AS THEY PROCEEDED TO BURY THE

14     VICTIMS.

15         "DURING THE PROCESS -- THE PROCESS OF BURYING

16     THE VICTIMS -- HE -- ONTIVEROS -- HEARD TWO OR THREE

17     SHOTS FIRED.  GONZALEZ ONTIVEROS IS UNABLE TO SAY WHO

18     FIRED THE SHOTS OR IF THE SHOTS WERE FIRED AT WALKER

19     AND/OR RADELAT.  THE REASON HE STATED WAS THAT IT WAS

20     VERY DARK AND HIS BEING BY THE VEHICLE PREVENTED HIM

21     FROM WITNESSING THE INCIDENT."

22         THE FIRST THREE PARAGRAPHS FROM DEFENSE EXHIBIT P,

23     THE CABLE SENT BY AGENT CASTILLO FROM MEXICO CITY IN NOVEMBER

24     1985 TO D.E.A. HEADQUARTERS IN WASHINGTON, D.C.; NOW, THAT IS

25     QUITE A CONTRAST TO WHAT ENRIQUE PLASCENCIA TOLD US UNDER OATH

28-193

1    HERE IN THIS TRIAL.

2           AND THIS WAS NOT JUST A CONFESSION, THIS WAS A

3    CONFESSION THAT WAS MADE IN THE PRESENCE OF THE D.E.A. FIVE

4    YEARS AGO.  LONG BEFORE MR. PLASCENCIA BECAME AN INFORMANT,

5    LONG BEFORE THE INDICTMENTS CAME DOWN IN THIS CASE, THE D.E.A.

6    WAS ON NOTICE AS OF NOVEMBER 1985 THAT ONTIVEROS HAD GIVEN

7    THESE STATEMENTS, AND THAT HE HAS ATTESTED TO THE D.E.A. THAT

8    HE WAS A D.F.S. AGENT, JUST FOR STARTERS.

9           THAT'S INTERESTING.  IF HE'S A D.F.S. AGENT AND NOT

10   AN I.P.S. AGENT, THEN HE'S NOT IN THE GROUP WITH PLASCENCIA

11   GOING TO THE RESTAURANT.  THAT MAY SEEM LIKE A SMALL POINT,

12   BUT IT IS NOT.  IT COMPLETELY REMOVES HIM FROM THE GROUP OF

13   PEOPLE THAT PLASCENCIA SAYS HE TRAVELED WITH TO GO TO THE

14   RESTAURANT.  THAT, ALONE, IS A SUBSTANTIAL CONTRADICTION,

15   BECAUSE PLASCENCIA TOLD US THAT THE WHOLE BASIS, THE WHOLE

16   PURPOSE FOR BEING IN THAT GROUP WITH ONTIVEROS, WAS THAT THEY

17   WERE FELLOW OFFICERS OF THE I.P.S. OFF DUTY AT THE TIME, AND

18   WENT BACK BY 7:15 THAT EVENING TO THEIR OFFICE.

19           NOT TRUE.  GONZALEZ ONTIVEROS MADE IT CLEAR FIVE AND

20   A HALF YEARS AGO.  HE'S NOT AN I.P.S. OFFICER, HE'S A D.F.S.

21   OFFICER.

22           ONTIVEROS ADMITTED THAT HE HAD BEEN RECRUITED BY PACO

23   TEJEDA -- PACO TEJEDA, THE CHIEF LIEUTENANT OF CARO'S

24   ORGANIZATION.

25           NOW, PLASCENCIA WANTS YOU TO BELIEVE THAT HE WAS WITH

28-194

1   ONTIVEROS ALL THE TIME.  ONTIVEROS IS ADMITTING HE WORKED

2   CLOSELY WITH PACO TEJEDA, AND YET WHAT DID PLASCENCIA TELL US

3   ON CROSS-EXAMINATION ABOUT PACO TEJEDA?  THAT HE DIDN'T KNOW

4   HIM.  NOW THAT'S INTERESTING.  THAT'S A SUBSTANTIAL

5   CONTRADICTION.

6           I'M GOING TO ASK YOU TO HOLD ON TO THAT THOUGHT; THAT

7   IS, THE ASSOCIATION BETWEEN ONTIVEROS AND PACO TEJEDA, JUST FOR

8   A MINUTE BECAUSE I WANT TO GO BACK TO IT.  IT'S ENTIRELY

9   INCREDIBLE THAT PLASCENCIA WOULD TELL YOU UNDER OATH THAT HE

10  DID NOT KNOW PACO TEJEDA, GIVEN THE CLEAR ASSOCIATION BETWEEN

11  ONTIVEROS AND TEJEDA.

12          EVERYTHING ELSE THAT ONVTIVEROS TOLD THE D.E.A. IN

13  NOVEMBER 1985 IS SUCH A SHARP CONTRADICTION THAT IT'S CLEAR

14  THAT THERE IS SOMETHING FUNDAMENTALLY WRONG AND COMPLETELY

15  DISHONEST ABOUT PLASCENCIA'S TESTIMONY.

16          AND I WANT TO EMPHASIZE THAT THE GOVERNMENT DID NOT

17  MENTION DEFENSE EXHIBIT P TO YOU.  THIS CONFESSION BY ONTIVEROS

18  WAS MADE TO THE D.E.A., THE VERY AGENCY PROSECUTING THIS CASE,

19  BUT THIS IS A DEFENSE EXHIBIT.  THE GOVERNMENT DIDN'T EVEN

20  BRING IT UP.  I THINK THAT SAYS SOMETHING.  I SUGGEST THAT IS

21  VERY, VERY TROUBLING.

22          WHAT IS THE GOVERNMENT DOING HERE? WHY IS THE

23  GOVERNMENT INVESTING ITS ENTIRE LA LANGOSTA CASE ON THE ALLEGED

24  EYE-WITNESS TESTIMONY OF ONE PERSON WHO WAS CLEARLY

25  DISCREDITED, CONTRADICTED, IMPEACHED -- HOWEVER YOU WANT TO

28-195

1    CALL IT -- FIVE YEARS EARLIER BY SOMEONE WHO CONFESSED TO THE

2    LA LANGOSTA MURDERS?

3           WHY?  WAS THE D.E.A. SO EAGER TO PROSECUTE ONE OF

4    THESE SO-CALLED TIERRA LIBRE BROTHERS THAT THE D.E.A. WILLINGLY

5    TURNED A BLIND EYE TO THE CONTRADICTIONS THAT TAINT

6    PLASCENCIA'S ACCOUNT OF WHAT HAPPENED AT LA LANGOSTA, AND WHAT

7    ONTIVEROS CONFESSED TO FIVE YEARS AGO?

8           I ASK YOU TO CONSIDER THAT VERY SERIOUSLY.  SHOULD WE

9    BELIEVE WHAT ONTIVEROS SAYS IN THIS CABLE?   ABSOLUTELY.  AND

10   I'M GOING TO SPEND SOME TIME ON THAT BECAUSE THAT'S AN

11   IMPORTANT POINT.

12          THE WAY THIS CABLE, WHICH IS DEFENSE EXHIBIT P, IS

13   WRITTEN, STRONGLY INDICATES THAT AGENT CASTILLO WAS VERY

14   IMPRESSED AT THE TIME BY THE INFORMATION THAT ONTIVEROS GAVE

15   REGARDING LA LANGOSTA.  IN A NUT SHELL -- AND I WILL ASK IF YOU

16   WILL TAKE THE TIME DURING YOUR DELIBERATIONS TO CAREFULLY

17   REVIEW THIS EXHIBIT -- IT IS SO CRUCIAL, AND I CAN'T COVER IT

18   IN ITS ENTIRETY WITH YOU HERE ON CLOSING ARGUMENT, BUT I WOULD

19   POINT YOUR ATTENTION TO THE SALIENT OR SIGNIFICANT PARTS OF IT.

20          BUT WHEN YOU READ IT AND YOU TAKE THE TIME TO LOOK AT

21   IT, WHAT YOU'RE GOING TO NOTE IS THAT CASTILLO SEEMS TO TREAT

22   ONTIVEROS LIKE A SIGNIFICANT FIND, A BREAKTHROUGH IN THE

23   INVESTIGATION THAT WAS OBVIOUSLY ONGOING IN THE FALL OF 1985.

24          IN THAT REGARD, I'M JUST GOING TO READ A PORTION OF

25   PARAGRAPH 7 TO YOU SO YOU CAN SEE THAT ONTIVEROS ESSENTIALLY IS

28-196

1    BEING REGARDED AS SOMEONE WHO IS REALLY SHEDDING NEW LIGHT HERE

2    ON THE INVESTIGATION.  PARAGRAPH 7:

3                "ON NOVEMBER 15, 1985, SPECIAL AGENT CASTILLO

4            AGAIN MET WITH FIRST COMANDANTE LORROBAQUIO AT

5            INTERPOL HEADQUARTERS IN MEXICO CITY, AND OBTAINED A

6            CASSETTE RECORDING OF GONZALEZ ONTIVEROS' VOICE.

7                "HAIR SAMPLES OF THE DEFENDANT WERE ALSO

8            OBTAINED.  THE AFOREMENTIONED ITEMS WILL SUBSEQUENTLY

9            BE PROCESSED AS EVIDENCE AND SUBMITTED TO THE D.E.A.

10           HEADQUARTERS FOR WHATEVER ANALYSIS IS DEEMED

11           APPROPRIATE.

12               "A COMPLETE COPY OF THE DEFENDANT'S DECLARATION

13           HAS BEEN OBTAINED.  AFTER TRANSLATION, A COPY OF SAID

14           DECLARATION WILL ALSO BE FORWARDED TO THE D.E.A.

15           HEADQUARTERS."

16               SO, IN A NUTSHELL, WE'RE TALKING ABOUT AGENT CASTILLO

17   CONTEMPLATING SOME SERIOUS FOLLOW-UP WORK TO FURTHER THE

18   INQUIRY INTO THE EVENTS THAT ONTIVEROS HAS BEEN TALKING ABOUT.

19   AND WHAT IT REALLY SHOWS IS THAT CASTILLO WAS ATTRIBUTING SOME

20   REAL CREDENCE, SOME REAL BELIEVABILITY HERE TO WHAT ONTIVEROS

21   WAS TELLING US, OTHERWISE, HE WOULDN'T WASTE HIS TIME WITH THIS

22   TYPE OF FOLLOW-UP WORK.

23               WHAT REALLY MAKES ONTIVEROS PARTICULARLY CREDIBLE IN

24   WHAT HE TELLS US ABOUT LA LANGOSTA IN THIS CABLE -- OR WHAT HE

25   TOLD AGENT CASTILLO, I SHOULD SAY, FIVE YEARS AGO -- IS THE

28-197

1    OTHER PORTION OF THIS CABLE IN WHICH HE DISCUSSES EVENTS

2    IMMEDIATELY SUBSEQUENT TO LA LANGOSTA.

3         BY THAT, I'M REFERRING TO THE TIME PERIOD RIGHT AFTER

4    LA LANGOSTA, JANUARY 31, 1985 UP TO FEBRUARY 12, 1985.  AND I

5    REALIZE THIS IS LATE IN THE DAY AND I'LL PROBABLY HAVE TO STOP

6    AT SOME POINT IN THE MIDDLE OF MY THOUGHT, BUT WHAT HAPPENED

7    DURING THIS TIME PERIOD, JANUARY 31 OF L985 TO FEBRUARY 12,

8    WHICH IS THE TIME PERIOD AT THE CONCEPTION OF THIS CABLE THAT

9    HE TALKS ABOUT IS, OF COURSE, CAMARENA AND ZAVALA.  THAT

10   HAPPENED ON FEBRUARY 7TH.

11        AND I'M GOING TO READ PARAGRAPHS 4 AND 5 TO YOU, AND

12   I'M GOING TO ASK IF YOU WOULD LISTEN CAREFULLY TO THE DETAIL

13   WITH WHICH ONTIVEROS DISCUSSES HIS CLOSE WORKING RELATIONSHIP

14   WITH PACO TEJEDA, THIS INTIMATE CONNECTION TO THE CARO QUINTERO

15   ORGANIZATION, HOW HE IS BEING ENTRUSTED WITH SOME SIGNIFICANT

16   RESPONSIBILITIES -- AND THIS IS ALL HAPPENING WITHIN THE WEEK

17   AFTER LA LANGOSTA AND IT'S SPECIFICALLY THE EXACT TIME PERIOD

18   WHEN CAMARENA AND ZAVALA IS OCCURRING.  PARAGRAPH 4:

19        "IN REGARD TO THE MURDER OF SPECIAL AGENT

20        ENRIQUE CAMARENA, GONZALEZ ONTIVEROS DENIED KNOWLEDGE

21        AND/OR INVOLVEMENT IN THE ENTIRE INCIDENT.  THE

22        DEFENDANT ADVISED THAT HE HAD RECEIVED SPECIFIC

23        INSTRUCTIONS FROM PACO TEJEDA TO TRANSPORT THREE

24        VEHICLES ALONG WITH SERGIO LAS CORONA."

25        I'LL STOP THERE FOR A MINUTE.  REMEMBER CORONA WAS

28-198

1   ONE OF THE PEOPLE IN THE CAR TRANSPORTING WALKER AND RADELAT,

2   ALONG WITH ONTIVEROS TO PRIMAVERA PARK.  AND THERE ARE OTHER

3   PEOPLE THERE WHO WERE GOING TO CABORCA: EL VIEJITO, LUIS

4   FANTAS, WHOSE NICKNAME IS FANTASMO, AND SO FORTH.

5          THE TRIP TO CABORCA WAS TO BE FROM GUADALAJARA,

6   JALISCO TO CABORCA, SONORA.  ONTIVEROS SAID THAT ON OR ABOUT

7   FEBRUARY 6, 1985, THE DAY BEFORE CAMARENA'S ABDUCTION, AT

8   APPROXIMATELY 12 NOON, THE AFOREMENTIONED INDIVIDUALS, HIMSELF,

9   CORONA AND THE OTHERS, DEPARTED GUADALAJARA FOR CABORCA AFTER

10  RECEIVING 100 THOUSAND PESOS FROM PACO TEJEDA.

11         THEY WERE INSTRUCTED TO CHECK INTO THE HOTEL CAMINO

12  OR CAMINANTE LOCATED AT THE ENTRANCE WAY INTO CABORCA, ADJACENT

13  TO A PEMEX GASOLINE STATION, AND TO WAIT FOR THE ARRIVAL OF

14  CARO QUINTERO.

15         THAT'S PARAGRAPH 4.  PARAGRAPH 5.

16            "ACCORDING TO GONZALEZ ONTIVEROS, CARO

17         QUINTERO ARRIVES VIA --"

18  AND THE CABLE WRITES 'A/C'.  TO TELL YOU THE TRUTH, I DON'T

19  KNOW WHAT THAT STANDS FOR.  PROBABLY MAYBE AEROCOMMANDER OR

20  SOME TYPE OF PLANE --

21         "-- CARO QUINTERO ARRIVES VIA A/C TO CABORCA ON OR

22         ABOUT FEBRUARY 12, 1985"

23  -- IT'S NOW JUST AFTER THE CAMARENA INCIDENT --

24         "-- UTILIZING AN AIR STRIP WITHIN THE CITY LIMITS.

25         ONTIVEROS RECALLS THE PILOT, CARO QUINTERO, PACO

1    TEJEDA, AND A BUNCH OF PEOPLE BY NICKNAMES OF 'NINI'

2    AND 'EL AMADITO' AS THE ONLY PASSENGERS.

3         "GONZALEZ ONTIVEROS ADVISED THAT ROGELIO MUNOS

4    RIOS WAS NOT ONE OF THE PASSENGERS. AND UPON ARRIVAL,

5    ALL THE INDIVIDUALS ATTENDED THE WEDDING OF A FRIEND

6    OF CARO QUINTERO, IDENTIFIED ONLY AS 'EL CHAPON'.

7         "THE WEDDING WAS HELD IN A CHURCH LOCATED AT

8    CABORCA.  GONZALEZ ONTIVEROS SAID THAT HE REMAINED

9    OUTSIDE THE CHURCH AS SECURITY."

10        EXACTLY THE SAME FUNCTION THAT HE SAYS HE SERVED AT

11   LA LANGOSTA.

12        "AFTER THE CEREMONY, THE RECEPTION WAS CONDUCTED

13   AT A RANCH LOCATED A GREAT DISTANCE AWAY FROM

14   CABORCA.  ACCORDING TO ONTIVEROS, IT WAS AT THIS TIME

15   THAT PACO TEJEDA RELATED THE INCIDENT WHICH THEY HAD

16   EXPERIENCED THAT MORNING AT THE GUADALAJARA AIRPORT

17   WITH THE MEXICAN FEDERAL JUDICIAL POLICE AGENTS."

18        THE FAMOUS CONFRONTATION.  PACO TEJEDA IS TELLING

19   ONTIVEROS ALL OF THIS.

20        NOTE, IT SAYS HERE:

21        "THE AFOREMENTIONED INCIDENT OCCURED ON FEBRUARY

22   9, 1985 AND IT HAS BEEN ASCERTAINED THAT THE

23   AFTERNOON OF FEBRUARY 9, 1985 CARO QUINTERO AND

24   ASSOCIATES FLEW INTO CABORCA, SONORA TO ATTEND THE

25   WEDDING, AS DENOTED BY ONTIVEROS."

1       THAT LAST SENTENCE CONFIRMS THAT CASTILLO IS

2  CORROBORATING THE INFORMATION REGARDING THAT CABORCA TRIP.  AND

3  ONTIVEROS SAID IT IS 100 PERCENT ACCURATE, AND OBVIOUSLY,

4  HIGHLY RELIABLE.

5       NOW, THAT IS A LOT TO ABSORB, ESPECIALLY AT THE END

6  OF THE DAY.  YOUR HONOR, I WONDER IF THIS MIGHT BE AN

7  APPROPRIATE TIME TO BREAK?  IS THAT ACCEPTABLE TO THE COURT?

8  I CAN CERTAINLY CONTINUE, YOUR HONOR, BUT I'M MINDFUL OF THE

9  FACT THAT WE'RE NOW APPROACHING 4:30.

10      THE COURT:  WE'LL TAKE OUR AFTERNOON RECESS AT THIS

11 TIME.  I WANT TO REMIND THE JURY MOST IMPORTANTLY AGAIN TO

12 REMEMBER THE RESPONSIBILITIES THAT YOU HAVE NOT TO DISCUSS THIS

13 CASE WITH EACH OTHER OR ANYONE ELSE, AND NOT TO FORM ANY

14 OPINION OR CONCLUSION ABOUT THE CASE, AND NOT TO PERMIT ANYONE

15 TO TALK TO YOU ABOUT THE CASE, AND BY ALL MEANS, NOT TO READ

16 ANYTHING ABOUT THIS CASE OR TO WATCH ANYTHING ON TELEVISION OR

17 HEAR ANYTHING ON THE RADIO.  YOU HAVE TO MAKE AN EFFORT TO

18 AVOID THAT IN ALL POSSIBLE WAYS.  IT'S YOUR RESPONSIBILITY.

19      DO YOU REMEMBER BEFORE THE TRIAL I TALKED WITH EACH

20 ONE OF YOU INDIVIDUALLY AND DISCUSSED WITH YOU THE IMPORTANCE

21 OF DECIDING THIS CASE ON THE BASIS OF THE EVIDENCE THAT IS

22 PRESENTED HERE IN THE COURTROOM.  AND I HAVE DISCUSSED, AND I

23 THINK YOU ALL AGREED WITH IT, THAT NEWSPAPER STORIES ARE NOT

24 EVIDENCE AND NO PERSON'S RIGHTS SHOULD BE DECIDED BY WHAT IS

25 READ IN THE NEWSPAPERS.  THAT IS SIMPLY NOT EVIDENCE.

28-201

1       THE EVIDENCE IS WHAT YOU HAVE HEARD, WHAT THE LAWYERS

2   ARE NOW DISCUSSING WITH YOU, AND SO YOU SHOULD MAKE EVERY

3   EFFORT TO SHIELD YOURSELF FROM ANY PUBLICITY REGARDING THIS

4   CASE.

5       YOU MAY BE EXCUSED NOW.  WE'LL SEE YOU TOMORROW.

6       I THINK TOMORROW I'D LIKE TO START AT 9:00 AND I

7   WOULD LIKE TO HAVE YOU ALL HERE BY THAT TIME.

8       THE CLERK:  PLEASE RISE.  THIS COURT IS NOW IN

9   RECESS.

10      (JURY EXCUSED.)

11      (COURT STANDS IN RECESS UNTIL THURSDAY, JULY 12, 1990

12  AT 9:00 A.M.)

13                  ---o---

14  I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

15  RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

16

17  _____      DATED: July 23, 1990

18  JULIE A. CHURCHILL, CSR NO. 6155

19  OFFICIAL COURT REPORTER

20

21

22

23

24

25

INDEX:   U.S.A. V. MATTA BALLESTEROS    28-202

|  |  |  |  | PG | LN |
|---|---|---|---|---|---|
| (EXHIBIT | # | F RECEIVED IN EVIDENCE.) | | 7 | 24 |
| LOS ANGELES | + | CALIFORNIA | WEDNESDAY, | 4 | 1 |
| JULY 11, 1990 | + | 9:30 A.M. | | 4 | 2 |
| CLOSING ARGUMENT | + | ON BEHALF OF THE GOVERNMENT | | 56 | 12 |
| LOS ANGELES | + | CALIFORNIA | WEDNESDAY, | 102 | 1 |
| JULY 11, 1990 | + | 1:30 P.M. | | 102 | 2 |
| CLOSING ARGUMENT | + | ON BEHALF OF VASQUEZ | | 183 | 11 |
| THERE IS ONE OTHER | EXHIBIT | THAT THE GOVERNMENT | | 7 | 4 |
| COURT:   WHAT IS THE | EXHIBIT | ? | MR. | 7 | 7 |
| IT IS DEFENSE | EXHIBIT | F, THE COOPERATING | | 7 | 8 |
| I ONLY ASKED WHAT THE | EXHIBIT | WAS AND YOU HAVE | | 7 | 13 |
| ( | EXHIBIT | # F RECEIVED IN | | 7 | 24 |
| NO. 9, AS APPROVED. | EXHIBIT | NO. 10 MAY BE AMENDED | | 8 | 2 |
| DEMONSTRATIVE TYPE OF | EXHIBIT | .  IT IS THE | | 37 | 6 |
| A REDACTION ON THE | EXHIBIT | , THE JULY 25TH | | 51 | 3 |
| 25TH TRANSCRIPT ON | EXHIBIT | BBB, DEFENSE EXHIBIT, | | 51 | 3 |
| EXHIBIT BBB, DEFENSE | EXHIBIT | , AND EXHIBIT 165 FOR | | 51 | 4 |
| DEFENSE EXHIBIT, AND | EXHIBIT | 165 FOR THE | | 51 | 4 |
| TO ADMIT ADDITIONAL | EXHIBIT | S, THE COURT HAS READ | | 52 | 7 |
| TO LOOK AT GOVERNMENT | EXHIBIT | 173.  173. | | 63 | 16 |
| THEY FIND GOVERNMENT | EXHIBIT | 72.  REMEMBER THE | | 75 | 20 |
| INTERESTING THINGS. | EXHIBIT | 63, A PHOTOGRAPH -- | | 77 | 7 |
| I THINK ON THE SHELF, | EXHIBIT | 65, A PHOTO OF TWO | | 77 | 10 |
| THIS AREA.  THIS IS | EXHIBIT | 170.  THIS IS THE | | 80 | 18 |
| THE HOUSE, GOVERNMENT | EXHIBIT | 19, WHERE AN | | 84 | 6 |
| TO FOCUS GOVERNMENT | EXHIBIT | 22.  THIS IS A TRUST | | 86 | 18 |
| AIRCRAFT, GOVERNMENT | EXHIBIT | 20, AND AEROCOMMANDER | | 86 | 20 |
| ITEM HERE, GOVERNMENT | EXHIBIT | 30.  I WANT YOU TO | | 87 | 8 |
| NAPKIN.  HERE IT IS, | EXHIBIT | 28-A. | AND | 90 | 16 |
| 28-A. | AND | EXHIBIT | 28-B IS ANOTHER | | 90 | 17 |
| HERE, GOVERNMENT | EXHIBIT | 111-G, WAS THE | | 125 | 8 |
| TO THE PHOTOSPREADS, | EXHIBIT | 173, PHOTOGRAPH | | 128 | 18 |
| ALSO SHOWN GOVERNMENT | EXHIBIT | 179, WHICH IS A | | 128 | 20 |
| ESPARRANZA THIS | EXHIBIT | 173 THAT HAS THE | | 138 | 18 |
| PHOTOGRAPHS.  ONE IS | EXHIBIT | 63.  THAT IS A | | 144 | 7 |
| OF THIS PHOTOGRAPH, | EXHIBIT | 63.  THIS PHOTOGRAPH | | 144 | 11 |
| MR. NICOLAYSEN:  WHAT | EXHIBIT | NUMBER OR LETTER THEN | | 159 | 16 |
| GOVERNMENT CLEARS THE | EXHIBIT | S.  YOUR HONOR, IT'S | | 183 | 6 |
| THERE IS A DEFENSE | EXHIBIT | THAT HAS BEEN | | 188 | 4 |
| OF THE LETTER.  IT'S | EXHIBIT | P, AS IN PETER.  IT | | 188 | 6 |
| TO BE DISCUSSING THIS | EXHIBIT | IN DETAIL WITH YOU | | 188 | 10 |
| TURN OUR ATTENTION TO | EXHIBIT | P AND SEE EXACTLY | | 188 | 15 |
| FROM DEFENSE | EXHIBIT | P, THE CABLE SENT BY | | 192 | 22 |
| NOT MENTION DEFENSE | EXHIBIT | P TO YOU.  THIS | | 194 | 17 |

INDEX:   U.S.A. V. MATTA BALLESTEROS    28-202

|  | | PG | LN |
|---|---|---|---|
| BUT THIS IS A DEFENSE | EXHIBIT  .  THE GOVERNMENT | 194 | 19 |
| WHICH IS DEFENSE | EXHIBIT  P, IS WRITTEN, | 195 | 12 |
| CAREFULLY REVIEW THIS | EXHIBIT  -- IT IS SO CRUCIAL, | 195 | 17 |