1                UNITED STATES DISTRICT COURT

2              CENTRAL DISTRICT OF CALIFORNIA

3                    - - -

4       HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

5                    - - -

6  UNITED STATES OF AMERICA,    )
                            )

7         PLAINTIFF,     )
                            )

8      VS.            )    NO. CR 87-422(A)-ER
                            )

9  JESUS FELIX-GUTIERREZ, RAUL  )
  LOPEZ-ALVAREZ, RENE MARTIN   )

10  VERDUGO-URQUIDEZ, ET AL.,    )
                            )

11        DEFENDANTS.    )
    _____)

12

13

14

15     REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS

16           LOS ANGELES, CALIFORNIA

17        THURSDAY, SEPTEMBER 15, 1988

18

19

20

21

22          VELMA B. THOMAS, CSR, RPR
             OFFICIAL COURT REPORTER

23         406 U. S. COURT HOUSE
         312 NORTH SPRING STREET

24    LOS ANGELES, CALIFORNIA 90012
            (213) 629-4874

25           CSR NO. 2683

FILED
CLERK, U.S. DISTRICT COURT
OCT 31 1988
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ENTERED ON COURTRAN
NOV - 7 1988

Copy

S33

FOR PLAINTIFF:

        ROBERT C. BONNER
        UNITED STATES ATTORNEY
        ROBERT L. BROSIO
        ASSISTANT UNITED STATES ATTORNEY
        CHIEF, CRIMINAL DIVISION
        JIMMY GURULE
        ASSISTANT UNITED STATES ATTORNEY
        MAJOR NARCOTICS SECTION
        ROEL CAMPOS
        ASSISTANT UNITED STATES ATTORNEY
        1400 UNITED STATES COURTHOUSE
        312 NORTH SPRING STREET
        LOS ANGELES, CALIFORNIA 90012


FOR DEFENDANT FELIX-GUTIERREZ:

        OVERLAND, BERKE, WESLEY, GITS, RANDOLPH &
        LEVANAS
        BY:  DONALD C. RANDOLPH
        2566 OVERLAND AVENUE
        SEVENTH FLOOR
        LOS ANGELES, CALIFORNIA 90064

        BARRY TARLOW, ESQ.
        9119 SUNSET BOULEVARD
        LOS ANGELES, CALIFORNIA 90069


FOR DEFENDANT LOPEZ-ALVAREZ:

        PETER M. HORSTMAN
        FEDERAL PUBLIC DEFENDER
        BY:  YOLANDA M. BARRERA
        CHIEF DEPUTY FEDERAL PUBLIC DEFENDER
        ELSA LEYVA
        DEPUTY FEDERAL PUBLIC DEFENDER
        SUITE 1503, UNITED STATES COURTHOUSE
        312 NORTH SPRING STREET
        LOS ANGELES, CALIFORNIA 90012-4758

FOR DEFENDANT VERDUGO-URQUIDEZ:

       MICHAEL PANCER, ESQ.
       625 BROADWAY
       SUITE 1135
       SAN DIEGO, CALIFORNIA 92101

       JUANITA R. BROOKS, ESQ.
       108 IVY STREET
       SAN DIEGO, CALIFORNIA 92101


SPANISH INTERPRETERS:

       IRMA GARCIA
       JOSE OROZCO
       LENNE GRUSKY

I N D E X

PROCEEDINGS                                                    PAGE

PLAINTIFF'S CLOSING ARGUMENT                                    3

LOS ANGELES, CALIFORNIA; THURSDAY, SEPTEMBER 15, 1988; 9:30 AM

1    (JURY PRESENT.)

2         PLAINTIFF'S CLOSING ARGUMENT

3         MR. GURULE:   IF IT PLEASE THE COURT, DEFENSE

4    COUNSEL, MR. CAMPOS, LADIES AND GENTLEMEN OF THE JURY. "WITH

5    ALL GREAT NEPTUNE'S OCEAN WASH THIS BLOOD CLEAN FROM MY

6    HAND."  THIS IS A QUOTE FROM MACBETH, A TRAGEDY PLAY BY

7    WILLIAM SHAKESPEARE.  IT IS A QUOTE THAT I THINK HAS

8    PARTICULAR RELEVANCE IN THIS PARTICULAR CASE BECAUSE ALL

9    GREAT NEPTUNE'S OCEAN CANNOT WASH THE BLOOD CLEAN FROM THE

10   HANDS OF DEFENDANT LOPEZ-ALVAREZ, RENE VERDUGO, AND

11   JESUS FELIX-GUTIEREZ.  THE BLOOD OF SPECIAL AGENT

12   ENRIQUE CAMARENA, THE BLOOD OF ALFREDO ZAVALA-AVELAR, IS

13   STAINED ON THEIR HANDS FOREVER, AND NO OCEAN, NO MATTER HOW

14   GREAT, NO ARGUMENT BY ANY OF THE DEFENSE COUNSEL, NO

15   INTERPRETATION OF THE FACTS AND EVIDENCE IN THIS CASE CAN

16   CLEAN THAT STAIN OF BLOOD THAT REMAINS ON THEIR HANDS

17   BECAUSE EACH ONE OF THEM PLAYED A PARTICULAR ROLE IN EITHER

18   THE KIDNAPPING, MURDER, OR ATTEMPT TO AID RAFAEL

19   CARO-QUINTERO TO ESCAPE JUSTICE IN THIS PARTICULAR CASE.

20        AND IT IS AS A RESULT OF THEIR PARTICIPATION,

21   WHETHER IT WAS DIRECT, INDIRECT, OR AS AN ACCESSORY AFTER THE

22   FACT,  THAT THEIR HANDS  REMAIN STAINED WITH THE BLOOD OF

23   THESE TWO INDIVIDUALS.

24        I WOULD LIKE TO GIVE YOU BRIEFLY AN OVERVIEW OF MY

25   CLOSING ARGUMENT, AND WHAT IT IS GOING TO INVOLVE, WHAT IT

4

1    WILL INVOLVE, WILL BE A GENERAL OVERVIEW OF THE EVIDENCE

2    THAT HAS BEEN PRESENTED TO YOU RELATIVE TO THE KIDNAPPING,

3    AND MURDER, AND TORTURE AND INTERROGATORY OF SPECIAL AGENT

4    CAMARENA AND ALFREDO ZAVALA.

5            AT THAT TIME I WILL MOVE INTO A SECTION OF THE LAW

6    AND REVIEW WITH YOU THE APPROPRIATE STATUTES, THE

7    APPLICABLE STATUTES THAT HAVE BEEN CHARGED IN THIS

8    INDICTMENT IN THIS CASE, WHAT ELEMENTS THE GOVERNMENT MUST

9    PROVE BEYOND A REASONABLE DOUBT AS TO EACH OF THOSE

10   PARTICULAR STATUTES AND WHICH COUNTS PERTAIN TO WHICH

11   PARTICULAR DEFENDANT IN THIS CASE.

12           AFTER A BRIEF DISCUSSION OF THE LAW AS IT APPLIES

13   TO THIS PARTICULAR CASE, THEN I INTEND TO GO INTO A REVIEW

14   OF THE EVIDENCE THAT HAS BEEN PRESENTED TO YOU RELATIVE TO

15   EACH OF THE DEFENDANTS, STARTING FIRST WITH MR. VERDUGO,

16   GOING NEXT AND REVIEWING THE EVIDENCE PRESENTED TO YOU

17   RELATIVE TO RAUL LOPEZ-ALVAREZ, AND THEN MOVING TO THE

18   EVIDENCE THAT HAS BEEN PRESENTED TO YOU RELATIVE TO

19   JESUS FELIX-GUTIEREZ AND DISCUSSING THAT WITH YOU IN SOME

20   DETAIL.

21           AT THAT POINT I WOULD LIKE TO SPEND A FEW MINUTES

22   GOING OVER THE DEFENSE CASE, THE WITNESSES THAT HAVE BEEN

23   PRESENTED TO YOU BY THE DEFENSE, THEIR TESTIMONY AND THE

24   EVIDENCE THAT HAVE BEEN PRESENTED TO YOU RELATIVE TO THE

25   DEFENDANTS IN THIS PARTICULAR CASE.

1          SO THAT IS BASICALLY THE ORDER IN WHICH I WILL BE

2   PROCEEDING, AND AT THIS TIME, BEFORE COMMENCING, I'D LIKE TO

3   TAKE THE OPPORTUNITY TO THANK YOU FOR THIS LAST APPROXIMATE

4   EIGHT WEEKS.  I KNOW THAT IT HAS BEEN A VERY GRUELING

5   EXPERIENCE FOR YOU.  IT'S BEEN LIKE A MARATHON IN TERMS OF

6   THE AMOUNT OF EVIDENCE THAT HAS BEEN PRESENTED, THE NUMEROUS

7   WITNESSES THAT YOU HAVE HAD TO LISTEN TO, THAT YOU WILL HAVE

8   TO RECALL THEIR TESTIMONY, THAT YOU WILL HAVE TO DIGEST AND

9   UNDERSTAND RELATIVE TO THE EVIDENCE IN THIS CASE AND THE

10  LITERALLY HUNDREDS AND HUNDREDS OF DOCUMENTS OF EVIDENCE

11  THAT HAVE BEEN PRESENTED TO YOU.  IT HAS BEEN A MASSIVE

12  UNDERTAKING, AND I THANK YOU FOR YOUR PATIENCE, YOUR

13  TOLERANCE, AND CONCENTRATION THAT YOU HAVE GIVEN BOTH SIDES,

14  THE GOVERNMENT AND THE DEFENDANTS, IN THIS PARTICULAR CASE.

15          SPECIAL AGENT ENRIQUE CAMARENA WAS A DEA AGENT, A

16  HERO, IF YOU WOULD, WHOSE ONLY FAULT WAS THAT HE DID HIS

17  JOB, AND HE DID HIS JOB WELL.  IN THIS CASE HE DID HIS JOB

18  TOO WELL, AND THAT WAS HIS DOWNFALL.  HE WAS AN INDIVIDUAL,

19  A COMMON, DOWN-TO-EARTH INDIVIDUAL, WHO SERVED HIS COUNTRY

20  IN WORKING WITH THE DRUG ENFORCEMENT ADMINISTRATION, SERVED

21  HIS COUNTRY IN WORKING ABROAD, WHO HAD STRONG COMMITMENTS AND

22  CONVICTIONS REGARDING THE IMPORTATION OF NARCOTICS INTO THIS

23  COUNTRY, WHO PERCEIVED THE DAMAGE AND DESTRUCTION THAT IT

24  HAS DONE ON OUR SOCIETY AND OUR YOUTH.

25          HE DID HIS JOB WELL, DID HIS JOB TOO WELL, AND HE

1   PAID THE ULTIMATE PRICE.  HE GAVE HIS LIFE FOR HIS JOB.  HE

2   GAVE HIS LIFE FOR HIS COUNTRY.  HE GAVE HIS LIFE FOR WHAT HE

3   BELIEVED IN, AND HE PAID THE PRICE IN THE MOST SAVAGE,

4   BRUTAL, BARBARIC, INCONCEIVABLE MANNER OF TORTURE, BEATING,

5   REPEATED BLOWS ABOUT THE FACE AND THE SKULL, MULTIPLE

6   FRACTURES TO THE SKULL, MULTIPLE FRACTURES TO THE

7   CHEEKBONES AND JAWS, BEATEN AND BEATEN AND BEATEN UNTIL HIS

8   LIFE SLOWLY SLIPPED AWAY, DRAINED FROM HIS BODY, BEATEN TO

9   OBTAIN INFORMATION, BEATEN TO FIND OUT WHAT HE AND WHAT THE

10  DRUG ENFORCEMENT ADMINISTRATION KNEW ABOUT THIS NARCOTICS

11  ORGANIZATION HEADED BY THIS NARCOTICS KINGPIN,

12  RAFAEL CARO-QUINTERO.

13          AS YOU HAVE HEARD THE TESTIMONY THAT HAS BEEN

14  PRESENTED TO YOU, HE WAS ABDUCTED ON FEBRUARY 7, 1985, A

15  CRITICAL, CRUCIAL DATE IN THIS PARTICULAR CASE, AND I WILL

16  BE REFERRING BACK TO THAT DATE TIME AND TIME AGAIN AS I GO

17  THROUGH MY CLOSING ARGUMENT BECAUSE IT HAS RELEVANCE, NOT

18  SIMPLY BECAUSE IT WAS THE DATE THAT SPECIAL AGENT CAMARENA

19  WAS ABDUCTED, BUT ALSO HAS SPECIFIC RELEVANCE TO THE

20  DEFENDANTS AND WHAT THEY WERE DOING DURING THAT PARTICULAR

21  TIME.

22          THE ABDUCTION OCCURRED APPROXIMATELY AT 2:00 P.M.

23  AGAIN HE WAS LEAVING THE AMERICAN CONSULATE IN GUADALAJARA.

24  HE WAS GOING TO MEET HIS WIFE FOR LUNCH.  HE WAS SCHEDULED

25  TO BE TRANSFERRED BACK TO THE UNITED STATES FROM

1    GUADALAJARA.  HE LEFT TO MEET HIS WIFE FOR LUNCH.  HE NEVER

2    APPEARED.  HE DISAPPEARED AT THAT TIME AND WAS NEVER SEEN

3    ALIVE AGAIN AFTER THAT.

4           THAT DATE, THE PLACE, THE APPROXIMATE TIME IS

5    SIGNIFICANT BECAUSE ANOTHER INDIVIDUAL, ALFREDO ZAVALA-

6    AVELAR, LIKEWISE DISAPPEARED ON THAT SAME DAY APPROXIMATELY

7    TWO HOURS LATER IN THAT SAME CITY, GUADALAJARA, A CLOSE

8    ASSOCIATE OF SPECIAL AGENT CAMARENA, AN INDIVIDUAL WHO WORKED

9    WITH THE DRUG ENFORCEMENT ADMINISTRATION, AN INDIVIDUAL WHO

10   SHARED THE SAME CONVICTIONS AND COMMITMENTS REGARDING THE

11   DISTRIBUTION AND IMPORTATION OF NARCOTICS INTO THE UNITED

12   STATES, AND FOR THAT REASON -- BECAUSE OF HIS CONVICTIONS,

13   BECAUSE OF HIS HATRED FOR NARCOTICS TRAFFICKING, HE, TOO,

14   PAID THE ULTIMATE PRICE.  HE, TOO, PAID THAT PRICE IN THE

15   MOST BARBARIC, SAVAGE WAY IMAGINABLE.

16          HE WAS BEATEN TO DEATH, HIS SKULL CRUSHED, HIS

17   CHEST AND TORSO LITERALLY CRUSHED DUE TO THE WEIGHT AND THE

18   FORCE AND THE BLOWS THAT WERE INFLICTED UPON HIM.

19          FEBRUARY 7, 1985, IS RELEVANT AS TO RENE VERDUGO

20   BECAUSE ON THAT DATE HE CHECKED INTO THE HYATT REGENCY

21   HOTEL ON THE SAME DATE AT AN INTERESTING TIME, A FEW HOURS

22   AFTER THE ABDUCTION -- LESS THAN TWO HOURS AFTER THE

23   ABDUCTION OF ZAVALA -- A FEW HOURS AFTER THE ABDUCTION OF

24   CAMARENA, LESS THAN AN HOUR AFTER THE ABDUCTION OF

25   MR. ZAVALA.

8

1      WHY WAS HE THERE?  WAS IT A COINCIDENCE?  WAS IT

2  SIMPLY COINCIDENTAL THAT RENE VERDUGO HAPPENED TO TRAVEL TO

3  GUADALAJARA ON THAT PARTICULAR DATE, CHECK INTO THE HYATT

4  REGENCY HOTEL ON THAT PARTICULAR DATE, AND THEN THE FOLLOWING

5  DAY WAS PRESENT AT 881 LOPE DE VEGA, THE RESIDENCE WHERE THE

6  GOVERNMENT MAINTAINS AND THE EVIDENCE HAS SHOWN WAS THE SITE

7  WHERE SPECIAL AGENT CAMARENA AND ALFREDO ZAVALA WERE TAKEN

8  AFTER THEY WERE ABDUCTED TO THE GUEST HOUSE AT THE RESIDENCE

9  OF  RAFAEL CARO-QUINTERO AND TORTURED IN THE GUEST HOUSE,

10 THE TORTURE CHAMBER, IF YOU WILL, WHERE THEY WERE BRUTALLY

11 AND SAVAGELY BEATEN AND MURDERED?

12      YOU HEARD THE TESTIMONY FROM GEORGE GOMEZ-ESPANA,

13 WHO TESTIFIED HE WAS AT LOPE DE VEGA ON THIS PARTICULAR DATE,

14 THAT HE IN FACT WAS WAITING IN THE KITCHEN-DINING ROOM AREA

15 NEAR THE PATIO DOOR, AND HE HEARD RAFAEL CARO-QUINTERO'S

16 VOICE FROM OUTSIDE IN THE BACK YARD AREA, AND HE PERSONALLY

17 OBSERVED RENE VERDUGO, IN FACT SPOKE WITH RENE VERDUGO AND

18 GAVE HIM A RIDE BACK TO THE HYATT REGENCY ON THIS PARTICULAR

19 DAY.

20      COINCIDENTAL THAT HE ARRIVED ON THE 7TH?

21 COINCIDENTAL THAT HE HAPPENS TO BE AT THE RESIDENCE WHERE

22 SPECIAL AGENT CAMARENA AND ALFREDO ZAVALA ARE TAKEN AND HELD

23 CAPTIVE AND TORTURED AND MURDERED?  THE GOVERNMENT MAINTAINS

24 IT IS NOT COINCIDENTAL AT ALL.  WHEN WE GET TO THAT SPECIFIC

25 PORTION OF THE CASE, I WILL BE DISCUSSING THE SPECIFIC

1   EVIDENCE THAT HAS BEEN PRODUCED AS TO RENE VERDUGO.  I WILL

2   GO INTO THAT IN GREATER DETAIL.

3          THE FOLLOWING DAY, A CRITICAL DATE, AS CRITICAL IF

4   NOT MORE CRITICAL THAN FEBRUARY 7TH, THE DAY OF THE

5   KIDNAPPING.  FEBRUARY 9TH, 1985, TWO DAYS AFTER THE

6   KIDNAPPING, WHAT HAPPENED?  RAFAEL CARO-QUINTERO LEAVES

7   THE GUADALAJAR AIRPORT.  WHY?  WHY IS THE INDIVIDUAL WHO IS

8   THE HEAD OF A NARCOTICS EMPIRE THAT IS ALMOST UNIMAGINABLE

9   TO INDIVIDUALS WHO ARE NOT INVOLVED IN NARCOTICS, THAT KNOW

10  VERY LITTLE ABOUT NARCOTICS TRAFFICKING, AN INDIVIDUAL WHO

11  BASICALLY FOR ALL INTENTS AND PURPOSES OWNED GUADALAJARA.

12  GUADALAJAR WAS HIS.  HE WAS INVINCIBLE, OR AT LEAST BELIEVED

13  HE WAS INVINCIBLE, IN GUADALAJARA AT THIS TIME BECAUSE OF THE

14  POWER THAT HE HAD OBTAINED THROUGH THE DISTRIBUTION OF

15  NARCOTICS AND THE MONEY, AND I UNDERLINE AND UNDERSCORE

16  MONEY, THAT HE HAD EARNED FROM NARCOTICS TRAFFICKING, THE

17  MONEY THAT ALLOWED HIM TO BUY HIS WAY ANYWHERE HE WANTED TO

18  GO, ALLOWED HIM TO HAVE POLICE OFFICIALS ON HIS PAYROLL,

19  ALLOWED HIM TO BUY OFF GOVERNMENT OFFICIALS, ALLOWED HIM TO

20  DO ANYTHING HE WANTED TO DO BECAUSE HE HAD THE MONEY, HE HAD

21  THE POWER TO DO SO.

22          HE FLEES GUADALAJARA ON THAT PARTICULAR DATE.  AT

23  THE SAME AIRPORT WHERE THERE IS A CONFRONTATION BETWEEN

24  CARO'S PEOPLE AND THE MEXICAN FEDERAL JUDICIAL POLICE AND

25  THREE OR FOUR DEA AGENTS, WE HAVE RAUL LOPEZ-ALVAREZ.

1   RAUL LOPEZ-ALVAREZ IS A STATE JUDICIAL POLICE OFFICER.  HE

2   IS AT THE GUADALAJARA AIRPORT ON THAT PARTICULAR DATE.

3          RENE VERDUGO?  HE IS THERE.  HE IS IN GUADALAJARA

4   AND HE IS CHECKING OUT OF THE HYATT REGENCY, AND HE ALSO IS

5   FLEEING GUADALAJARA.  WHY?  BECAUSE HE KNOWS, AS DOES

6   RAFAEL CARO-QUINTERO, THAT ENRIQUE CAMARENA IS DEAD.  HE

7   COULD NO LONGER WITHSTAND THE BEATINGS.  HE COULD NO LONGER

8   WITHSTAND THE INTERROGATION.  THEY HAD BEATEN THE LIFE OUT

9   OF HIM.  THEY HAD MURDERED ENRIQUE CAMARENA.  ZAVALA HAD BEEN

10  MURDERED.  THE HEAT WAS ON, AND THEY FLED THE SCENE, THE

11  CITY OF THE CRIME, TO AVOID THE INVESTIGATION, THE FUROR,

12  THE ACTIVITY, THE FRANTIC ACTIVITIES OF LAW ENFORCEMENT

13  OFFICERS THAT THEY ANTICIPATED WOULD BE TAKING PLACE AT THIS

14  TIME.

15         SO TWO OF THE THREE DEFENDANTS WE HAVE INVOLVED

16  IN SIGNIFICANT ACTIVITIES AT THIS TIME.  AND THE THIRD,

17  JESUS FELIX-GUTIERREZ, CHARGED AS AN ACCESSORY AFTER THE

18  FACT, CHARGED WITH ARRANGING THE FLIGHT OF RAFAEL CARO-

19  QUINTERO FROM MEXICO TO COSTA RICA, WHERE IS HE ON

20  FEBRUARY 9, 1985?  DOCUMENTS WERE INTRODUCED REGARDING EXIT

21  AND ENTRY RECORDS FROM COSTA RICA, REGARDING THE TRAVEL OF

22  JESUS FELIX-GUTIERREZ.  HE ARRIVES IN COSTA RICA ON THAT

23  PARTICULAR DATE, AND I SUBMIT TO YOU, LADIES AND GENTLEMEN,

24  THAT THAT, TOO, WAS NOT COINCIDENTAL.

25         HE ARRIVED IN COSTA RICA ON THAT PARTICULAR DATE

1  BECAUSE HE LEARNED OF THE KIDNAPPING, THE KNEW OF THE

2  KIDNAPPING, HE KNEW OF THE DEATHS, HE KNEW THAT THE HEAT WAS

3  ON, AND HE KNEW THAT HIS BOSS, RAFAEL  CARO-QUINTERO, WAS

4  UNDER PRESSURE FROM MEXICAN AUTHORITIES AND AMERICAN

5  AUTHORITIES, AND HE NEEDED A PLACE TO GO.  HE NEEDED TO

6  LEAVE MEXICO.  HE NEEDED A SAFE HAVEN, A SAFE HAVEN WHERE HE

7  COULD HIDE OUT FROM THE PRESSURES -- NOT SO MUCH THAT THE

8  MEXICAN GOVERNMENT WAS PLACING ON RAFAEL  CARO-QUINTERO

9  BECAUSE THIS WAS THE MAN WHO OWNED GUADALAJARA, BUT FROM THE

10  PRESSURES THAT HE KNEW THAT THE DRUG ENFORCEMENT

11  ADMINISTRATION, THAT THE UNITED STATES WOULD PUT ON IN TERMS

12  OF NOT BEING BOUGHT OFF, NOT TAKING THE MORDIDA, NOT ROLLING

13  OVER AND ALLOWING THIS THING TO GO UNAVENGED, ALLOWING THIS

14  BRUTAL MURDER TO GO WITHOUT JUSTICE BEING DONE AND PURSUIT.

15      WE HAVE JESUS FELIX-GUTIERREZ ARRIVING IN COSTA

16  RICA TO MAKE THE ARRANGEMENTS IN PREPARATION FOR THE SAFE

17  HAVEN, THE NEST WHERE RAFAEL  CARO-QUINTERO SUBSEQUENTLY GOES

18  TO ESCAPE JUSTICE, TO ESCAPE APPREHENSION AND PROSECUTION,

19  AND TO BEGIN MAKING THE ARRANGEMENTS TO HIRE THE PILOT WHO

20  ARRANGED TO FLY  RAFAEL CARO-QUINTERO INTO COSTA RICA.

21      THE NEXT SIGNIFICANT DATE IS MARCH 5, 1985,

22  APPROXIMATELY A MONTH, JUST AFTER A MONTH -- LESS THAN A

23  MONTH AFTER THE KIDNAPPING, THE BODIES OF ENRIQUE CAMARENA

24  AND ALFREDO ZAVALA WERE FOUND, AND THEY ARE FOUND TOGETHER.

25  THEY ARE NOT FOUND SEPARATED IN DIFFERENT LOCATIONS, BUT THEY

1  ARE FOUND SIDE BY SIDE IN AN OPEN FIELD.  THE BODIES ARE

2  COVERED WITH PLASTIC.  SPECIAL AGENT CAMARENA'S BODY WAS

3  WRAPPED IN A SHEET.  HE WAS DRESSED ONLY IN HIS UNDERWEAR.

4  THE BODIES ARE BADLY DECOMPOSED.  THERE WERE ROPE LIGATURE

5  BINDINGS AROUND THE WRISTS, AROUND THE ANKLES.  THEY ARE

6  BLINDFOLDED.  THEY ARE GAGGED.

7          ON MARCH THE 7TH, 1985, THE AUTOPSIES ARE

8  PERFORMED ON BOTH INDIVIDUALS.  YOU HEARD THE TESTIMONY FROM

9  DR. JERRY SPENCER, WHO STATED THAT HE PERFORMED THE AUTOPSY

10 ON SPECIAL AGENT CAMARENA.  HE DESCRIBED IN A VERY GRAPHIC,

11 VERY DETAILED MANNER THE NATURE OF THE INJURIES THAT WERE

12 SUSTAINED BY SPECIAL AGENT CAMARENA, THE MULTIPLE SKULL

13 FRACTURES.  THE TOP OF THE HEAD LOOKED LIKE A CRACKED

14 EGGSHELL, MULTIPLE FRACTURES IN THE CHEEKBONES, APPROXIMATELY

15 FIVE FRACTURES TO THE CHEEKBONES AND JAW; A BLUNT INSTRUMENT

16 LIKE AN ICEPICK DRIVEN THROUGH THE TOP OF THE SKULL OF

17 AGENT CAMARENA; THE LIGATURE MARKS THAT HE NOTED AROUND THE

18 WRISTS OF SPECIAL AGENT CAMARENA; AND THE TIME OF DEATH THAT

19 HE PLACED WAS APPROXIMATELY 30 DAYS.  THAT AGENT CAMARENA

20 HAD BEEN DEAD APPROXIMATELY THAT PERIOD OF TIME.

21          THERE WAS CLEAR INDICATION OF TORTURE.  MAKE NO

22 MISTAKE.  THIS ISN'T A SITUATION WHERE THIS INDIVIDUAL,

23 SPECIAL AGENT CAMARENA, WAS TAKEN AND MURDERED.  THIS IS A

24 SITUATION WHERE HE WAS TAKEN AND TORTURED SYSTEMATICALLY,

25 INTENTIONALLY, DELIBERATELY, MECHANICALLY, TO OBTAIN

1    INFORMATION FOR THE NARCOTICS TRAFFICKERS.

2            ALFREDO ZAVALA.   YOU RECEIVED IN EVIDENCE BY

3    STIPULATION A COPY OF THE AUTOPSY REPORT OF ALFREDO ZAVALA.

4    THE AUTOPSY WAS PERFORMED BY DR. HERRERA, A MEXICAN FORENSICS

5    SPECIALIST PHYSICIAN.   HE DESCRIBED THERE AS WELL THE EXTENT

6    AND NATURE OF THE INJURIES, AND AGAIN WE HAD A SITUATION

7    WHERE THIS INDIVIDUAL WAS BRUTALLY BEATEN, THE RIB FRACTURES,

8    NUMEROUS RIBS WERE CRACKED, CHEST AND SKULL FRACTURES, AND

9    THE CHEST -- IT IS INTERESTING IN THE REPORT, WHICH IS, I

10   BELIEVE, MARKED AS GOVERNMENT'S EXHIBIT 227-A AND 227-B, THE

11   ENGLISH AND SPANISH TRANSLATIONS, THE CHEST IS CRUSHED.

12           THERE WAS SUCH INCREDIBLE WEIGHT PLACED ON HIS

13   CHEST, AS IF SOMEONE WAS JUMPING UP AND DOWN, POUNCING ON

14   HIS CHEST, THAT IT LITERALLY CRUSHED HIS CHEST CAVITY INTO

15   HIS LUNGS.   HE WAS TORTURED IN THAT TYPE OF MANNER, THAT

16   SAVAGE MANNER, AND LIKEWISE THE LIGATURE MARKS SHOWING HE

17   HAD BEEN BOUND, AND AGAIN THE TIME OF DEATH PLACED

18   APPROXIMATELY 30 DAYS.

19           THE FOLLOWING DAY AFTER THE AUTOPSY WAS PERFORMED,

20   SHORTLY AFTER THE BODIES HAD BEEN FOUND ON MARCH 5TH, WE

21   HAVE THE ARREST IN GUADALAJARA OF A STATE JUDICIAL POLICE

22   OFFICER, IF YOU WILL, RAUL LOPEZ-ALVAREZ.   HE HAD TAKEN AN

23   OATH TO PROTECT THE PUBLIC, PROTECT THE COMMUNITY, DO JUSTICE,

24   SERVE JUSTICE.   HE WAS ARRESTED, DETAINED IN CONNECTION WITH

25   THE MURDER OF SPECIAL AGENT CAMARENA AND ALFREDO

1  ZAVALA-AVELAR.

2       CURIOUSLY HE WAS NOT ARRESTED ALONE.  HE WAS

3  ARRESTED WITH APPROXIMATELY 11 OTHER STATE JUDICIAL POLICE

4  OFFICERS IN GUADALAJARA.  THE FIRST ARREST OF SUSPECTS IN

5  THIS PARTICULAR CASE, AND THEY ARE ALL STATE JUDICIAL POLICE

6  OFFICERS IN GUADALAJARA.

7       WE HAVE RAUL LOPEZ'S COMMANDANTE, GONZALEZ-

8  GONZALEZ, THE HEAD OF THE HOMICIDE SQUAD, THE HEAD POLICE

9  OFFICIAL FOR THE INVESTIGATIVE UNIT, THE HOMICIDE SQUAD FOR

10  THE CITY OF GUADALAJARA ARRESTED AND DETAINED AND HELD IN

11  CONNECTION WITH THE KIDNAPPING OF A FEDERAL AGENT.

12       RAUL LOPEZ'S GROUP SUPERVISOR, PILLADO-GARZA, HIS

13  FIRST LINE OF SUPERVISION, HIS FIRST LEVEL OF BOSS OR

14  AUTHORITY, ARRESTED, DETAINED AND HELD IN CONNECTION WITH THE

15  MURDER OF FEDERAL AGENTS.

16       AND, NOT TO BORE YOU WITH NAMES, TORREZ-LEPE AND

17  LOPEZ-RAZON, OTHER JUDICIAL POLICE COLLEAGUES OF RAUL

18  LOPEZ-ALVAREZ ARRESTED AND DETAINED IN CONNECTION WITH THE

19  MURDER OF SPECIAL AGENT CAMARENA.

20       NOW WE HAVE THE MARCH 17 THROUGH THE 23RD, 1985,

21  SHORTLY AFTER THE ARREST OF LOPEZ, THE EXIT AND ENTRY

22  DOCUMENTS FOR COSTA RICA REFLECTING THAT JESUS FELIX-

23  GUTIERREZ -- AND I AM NOT SURE HE WAS USING THE NAME

24  JESUS FELIX-GUTIERREZ OR HIS ALIAS JESUS DIAS DE LEON -- HE

25  IS IN COSTA RICA DURING THIS APPROXIMATE SEVEN-DAY PERIOD

1   OF TIME.  AND YOU HEARD TESTIMONY FROM CELMAN BERRENECHEA,

2   AN ENGINEER, A CITIZEN OF COSTA RICA, REGARDING SEEING

3   JESUS FELIX TOGETHER WITH  RAFAEL CARO-QUINTERO ON AT LEAST

4   TWO OCCASIONS AT THE LA QUINTA RESIDENCE, THE SAFE HAVEN,

5   THE  NEST, IF YOU WILL, FOR CARO-QUINTERO AFTER HE FLED

6   MEXICO.

7          THE NEXT SIGNIFICANT DATE IS MARCH 26TH, 1985, THE

8   BLACK FORD GRAND MARQUIS.  THE DRUG ENFORCEMENT

9   ADMINISTRATION GETS A TIP, PROCEEDS TO THE RESIDENCE, AND

10  THEY FIND AT THE RESIDENCE A GARAGE THAT HAS BEEN BRICKED

11  IN.  INSIDE THE GARAGE IS THIS BLACK MERCURY MARQUIS, AND

12  AFTER FORENSIC SWEEP OF THIS VEHICLE IS PERFORMED, TWO OF

13  CAMARENA'S HAIRS ARE FOUND IN THE VEHICLE, AND BLOOD IS

14  FOUND ON THE FLOOR MAT OF THE VEHICLE.  THAT DEFINITELY HAD

15  A CONNECTION WITH THE KIDNAPPING.  IT WAS THE VEHICLE THAT

16  WAS USED AT SOME POINT DURING THE KIDNAPPING, A VEHICLE THAT

17  WAS USED AT SOME POINT TO TRANSPORT SPECIAL AGENT CAMARENA.

18         THE BLOOD ON THE FLOOR MAT, OF COURSE, WOULD

19  INDICATE A STRUGGLE, WOULD INDICATE THE USE OF FORCE, WOULD

20  INDICATE THE USE OF VIOLENCE.

21         AND THEN APRIL 4TH, A BIG BREAK IN THE CASE.

22  THERE WAS A BIG BREAK IN THE CASE.  JESUS FELIX'S PREDICTION

23  COMES TRUE.  HE TELLS ARTURO DE LA TORRE, "CARO-QUINTERO IS

24  TOO FLASHY."  HE REPORTS THIS TO ARTURO DE LA TORRE AFTER

25  JESUS FELIX RETURNS FROM COSTA RICA, AND HE TELLS

1    ARTURO DE LA TORRE THAT RAFAEL CARO-QUINTERO IS GOING TO

2    GET ARRESTED IN COSTA RICA, AND THIS IS APPROXIMATELY A WEEK

3    BEFORE HE DOES. HIS WORDS: "HE IS TOO FLASHY. HE GOES

4    AROUND WITH FLASHY JEWELRY, EXPENSIVE JEWELRY, FLASHING A

5    LOT OF MONEY, BUYING EXPENSIVE VEHICLES, NOT REALLY LAYING

6    LOW, ALLOWING HIMSELF TO BE SEEN WITH WEAPONS." HE IS

7    ASKING, IN A SENSE, TO BE ARRESTED.

8    BUT HE WASN'T ASKING TO BE ARRESTED. THIS WAS

9    HIS MANNER, IN A SENSE, FROM BEING, AS I PREVIOUSLY STATED,

10   THE OWNER OF GUADALAJARA, HAD GUADALAJARA ON HIS PAYROLL.

11   HE NEVER HAD TO WORRY UP TO THIS POINT IN TIME, AND HE

12   CARRIED ON THAT SAME MANNERISM IN SAN JOSE, COSTA RICA, THAT

13   MANNERISM OF INVINCIBILITY. HE BELIEVED HE WAS INVINCIBLE,

14   THAT HE NEVER COULD BE ARRESTED. HE COULD NEVER BE BUSTED.

15   HE COULD NEVER BE BROUGHT DOWN. HE WAS UNTOUCHABLE,

16   UNTOUCHABLE, AND THAT WAS THE WAY HE CONDUCTED HIMSELF IN

17   COSTA RICA, AND OF COURSE HE BROUGHT THAT ATTENTION UPON

18   HIMSELF AND WAS IN FACT ARRESTED.

19   JESUS FELIX, A LITTLE SMARTER, HE SAW THE

20   INEVITABLE COMING, AND HE USED THE EXCUSE THAT THE EASTER

21   WEEKEND WAS COMING UP, HOLY WEEK WAS COMING UP, AND THAT HE

22   WANTED TO BE WITH HIS FAMILY, SPEND HOLY WEEK WITH HIS

23   FAMILY, AND HE USED THAT AS AN EXCUSE TO LEAVE COSTA RICA;

24   BECAUSE IF HE HAD NOT, HE WOULD HAVE BEEN ARRESTED WITH

25   RAFAEL CARO-QUINTERO AT THE LA QUINTA RESIDENCE ON

1   APRIL 4, 1985.

2        LEPE-MONTEZ, A HENCHMAN -- PISTOLEROS; ALBINO

3   BAZAN-PADILLA -- PISTOLEROS, ALSO ARRESTED AT THE RESIDENCE

4   ON THE SAME DAY, AND THERE WILL BE ADDITIONAL EVIDENCE THAT

5   I WILL BE ARGUING RELATIVE TO THEIR CONNECTION AND SO ON.

6        APRIL 5TH AND 6TH, IMMEDIATELY EXTRADITED AND

7   RETURNED TO MEXICO, AND ON THE 5TH AND 6TH CARO-QUINTERO IS

8   INTERROGATED.

9        APRIL 8 FONSECA, ANOTHER DRUG KINGPIN IN

10  GUADALAJARA, ANOTHER INDIVIDUAL WHO HAD A DIRECT -- PLAYED A

11  DIRECT ROLE IN THE KIDNAPPING AND MURDER OF CAMARENA AND

12  ZAVALA, ARRESTED IN PUERTO VALLARTA.  HE FLEES GUADALAJARA.

13  HE KNOWS THE HEAT IS ON.  HE WANTS TO GET OUT OF THERE UNTIL

14  THE HEAT DIES DOWN, UNTIL THEY CAN FIGURE OUT WHO THEY NEED

15  TO PAY OFF TO MAKE THIS WHOLE THING GO AWAY, THIS TERRIBLE

16  HEADACHE, THIS TERRIBLE BLUNDER THAT THEY WENT AHEAD AND

17  COMMITTED.

18       THEY WENT TOO FAR.  THEY NEEDED TO BUY A LITTLE

19  BIT OF TIME, GET OUT OF TOWN, FIGURE OUT WHAT GOVERNMENT

20  OFFICIAL THEY NEEDED TO PAY OFF, AND THEN THEY CAN GO BACK

21  AND RESUME THEIR POSITION, THEIR POSITION OF INVINCIBILITY

22  IN GUADALAJARA.

23       THE DAY AFTER FONSECA IS ARRESTED, A FEW DAYS

24  AFTER CARO-QUINTERO'S ARREST IN COSTA RICA, JESUS FELIX,

25  ALSO KNOWN AS CACHAS, IS HIDING OUT AT THE BEST WESTERN

1  MOTEL IN LOS ANGELES.  HE KNOWS THAT AFTER  RAFAEL CARO-

2  QUINTERO IS ARRESTED IN COSTA RICA, HE KNOWS, BASED UPON ALL

3  OF HIS, CACHAS', ACTIVITIES IN COSTA RICA, THAT IT IS ONLY

4  GOING TO BE A MATTER OF TIME BEFORE THE AMERICAN AUTHORITIES

5  ARE POINTING THE FINGER AT HIM, BEFORE THEY DEVELOP IN THEIR

6  INVESTIGATION TO LINK HIM TO ARRANGING THE FLIGHT, TO LINK

7  HIM TO PROVIDING THE SAFE HAVEN, THE NEST FOR  RAFAEL CARO-

8  QUINTERO IN COSTA RICA.

9         HE KNEW THAT WAS COMING.  HE KNEW THE INEVITABLE

10  WAS COMING, AND HE WAS HIDING OUT, SHOWING HIS CONSCIOUSNESS

11  OF GUILT, SHOWING HE WAS A GUILTY MAN, WAITING IN THE HOTEL

12  ROOM TO SEE THE T.V. NEWS BROADCAST TO SEE IF ANYTHING WOULD

13  BE AIRED REGARDING THE ARREST OF CARO-QUINTERO, TO SEE IF

14  THERE WOULD BE ANY NEWS THAT MIGHT INCRIMINATE HIM RELATIVE

15  TO HIS ROLE IN COSTA RICA.

16         AND THERE AGAIN HE WAS A SMART INDIVIDUAL.  AGAIN

17  HE WAS CORRECT.  HE WAS THERE.  ARTURO DE LA TORRE IS THERE,

18  RICARDO GARCIA, POSSIBLY SERGIO SICRE AND OTHER INDIVIDUALS

19  WERE THERE.  THE NEWS BROADCAST COMES ON, AND HE LEARNS THAT

20  HE HAS BEEN INCRIMINATED ON THE AIR IN NATIONAL NEWS.  HE

21  LEARNS HE HAS BEEN INCRIMINATED, AN INDIVIDUAL BY THE NAME

22  OF CACHAS HAS BEEN INCRIMINATED, RELATIVE TO ARRANGING THE

23  FLIGHT FOR  RAFAEL CARO-QUINTERO TO GO FROM MEXICO TO COSTA

24  RICA.

25         THIS CACHAS LIVES IN LOS ANGELES.  THIS CACHAS

1  OWNS A SEAFOOD BUSINESS IN LOS ANGELES, AND CLEARLY, LADIES

2  AND GENTLEMEN, THERE IS ONLY ONE CACHAS, ONLY ONE CACHAS IN

3  LOS ANGELES, ONLY ONE CACHAS THAT OWNS A SEAFOOD BUSINESS,

4  AND, MORE IMPORTANTLY, ONLY ONE CACHAS THAT HAS A TATTOO ON

5  HIS RIGHT SHOULDER, ABOVE A DEVIL TATTOO ON THAT SHOULDER -- A NEON

6  SIGN, IF YOU WILL, FOR ANY LAW ENFORCEMENT OFFICER THAT HAS

7  OCCASION TO ARREST HIM FOR ANY REASON -- A SPEEDING TICKET,

8  A DWI; HE GOES IN AND IS BOOKED.  THEY CHECK HIM FOR TATTOOS,

9  AND WHAT DO THEY FIND?  THAT NEON SIGN, "CACHAS." THE "I DID

10 IT" SIGN, "I AM GUILTY," "I AM THE ONE" SIGN ON HIS

11 SHOULDER.

12         HE PANICS.  HE IS FRANTIC.  HE KNOWS HE HAS TO FLEE

13 AS THE OTHERS HAVE FROM GUADALAJARA.  HE KNOWS HE HAS TO FLEE

14 FROM LOS ANGELES.  HE TURNS TO ARTURO DE LA TORRE, A TRUSTED

15 FRIEND, A TRUSTED NARCOTICS ASSOCIATE, AN INDIVIDUAL HE HAS

16 KNOWN FOR MANY YEARS, AND PLEADS TO HIM AND ASKS HIM, "WILL

17 YOU PLEASE HELP ME.  I HAVE GOT TO GET OUT OF HERE."

18         CACHAS, AN INDIVIDUAL WHO HAS VERY STRANGE POWERS,

19 IF YOU WILL, OVER INDIVIDUALS, VERY CHARISMATIC, AN

20 INDIVIDUAL WHO HAS ONE WIFE, CARMEN FELIX, AND CHILDREN FROM

21 THAT WOMAN; AN INDIVIDUAL WHO HAS A LOVER, OBDULIA MOLINA,

22 WHO HAS BORNE CHILDREN OUT OF THAT RELATIONSHIP; AN

23 INDIVIDUAL WHO, WITH THOSE TWO WOMEN, MAINTAINS ANOTHER LOVE

24 AFFAIR OR RELATIONSHIP WITH A THIRD WOMAN, IVONNE BLANCO.

25 IT IS BECAUSE HE HAS THAT CERTAIN MAGNETISM OVER PEOPLE.

1    HE IS A FAST TALKER, A MANIPULATOR, AN INDIVIDUAL
2    WHO CAN GET PEOPLE TO DO WHAT HE WANTS THEM TO DO WHEN HE
3    WANTS THEM TO DO IT.  HE HAS THAT SAME POWER OVER
4    ARTURO DE LA TORRE.  "COME ON.  I NEED THE HELP."  BEGGING,
5    PLEADING.  "HELP ME.  WHERE CAN WE GO?"
6        ARTURO DE LA TORRE, FALLING AGAIN FOR THIS
7    MANIPULATION, FOR THIS POWER OF JESUS, AGREES TO TAKE HIM
8    TO RENO.  THEY GO TO RENO, AND SHORTLY THEREAFTER
9    JESUS FELIX HAS THE NEON SIGN REMOVED FROM HIS SHOULDER,
10   HAS THE "CACHAS" REMOVED FROM HIS RIGHT SHOULDER, THE
11   EVIDENCE THAT CLEARLY WILL GIVE HIM AWAY, CLEARLY WILL
12   CAUSE HIS ARREST AND CONVICTION IF IN FACT HE IS FOUND WITH
13   THAT INCRIMINATING EVIDENCE IMPRINTED, TATTOOED ON HIS
14   SHOULDER.
15       I'D LIKE TO BACK UP FOR A MOMENT AND REVIEW
16   BRIEFLY SOME STATEMENTS THAT I MADE TO YOU DURING MY OPENING
17   STATEMENT REGARDING THE MOTIVE, THE WHY.  WHY WAS
18   ENRIQUE CAMARENA ABDUCTED?  WHY WAS ENRIQUE CAMARENA
19   TORTURED AND INTERROGATED?  WHY WAS ALFREDO ZAVALA ABDUCTED
20   THE SAME DAY?  AND WHY WERE THEIR BODIES FOUND TOGETHER IN
21   AN OPEN FIELD APPROXIMATELY A MONTH LATER?
22       AND THE WHY RELATES TO MONEY, THE SOURCE OF POWER,
23   THE SOURCE OF CARO-QUINTERO'S STRENGTH, THE SOURCE OF HIS
24   GREED; THE LOSSES OF MONEY THAT SPECIAL AGENT CAMARENA
25   DIRECTLY CAUSED THIS MASSIVE DRUG EMPIRE.

1         IN ZACATECAS YOU HAVE HEARD TESTIMONY FROM

2  SPECIAL AGENT KUYKENDALL THAT HE WAS THE SUPERVISOR OF THE

3  DEA OFFICE IN GUADALAJARA.   SPECIAL AGENT CAMARENA WORKED

4  FOR HIM.   SPECIAL AGENT CAMARENA REPORTED TO HIM ON A

5  REGULAR, IF NOT DAILY, BASIS; AND SPECIAL AGENT CAMARENA WAS

6  INTRODUCED IN AN UNDERCOVER CAPACITY TO NARCOTICS

7  TRAFFICKERS WHO WERE CULTIVATING MARIJUANA IN ZACATECAS, AND

8  AS A RESULT OF HIS DIRECT PARTICIPATION IN THAT INVESTIGATION

9  IN APPROXIMATELY JUNE OF 1984, DEA, IN A SENSE PRODDING,

10  PUSHING, PULLING MEXICAN AUTHORITIES TO COMPLY, SEIZED

11  APPROXIMATELY 100 ACRES OF MARIJUANA, AN ACRE OF MARIJUANA

12  BEING EQUIVALENT TO ONE TON OF CULTIVATED, PACKAGED

13  MARIJUANA; 10 TONS OF PACKAGED MARIJUANA, IN ADDITION;

14  APPROXIMATELY 6,500 POUNDS OF MARIJUANA SEED, ENOUGH SEED TO

15  PLANT 6,500 ACRES; ENOUGH MARIJUANA SEED TO CULTIVATE

16  6,500 TONS OF MARIJUANA, CAUSED THE RAFAEL CARO-QUINTERO

17  ORGANIZATION -- AND THIS WAS AN OPERATION HEADED AND RUN BY

18  RAFAEL CARO-QUINTERO -- A LOSS OF $55 MILLION.

19         IT WAS NOT A MASSIVE LOSS BY THEIR STANDARDS.

20  $55 MILLION, THAT WAS ALMOST THE COST OF DOING BUSINESS, OF

21  OPERATING COSTS, OPERATING EXPENSES, NOT A MASSIVE LOSS;

22  BUT, NEVERTHELESS, AN ANNOYANCE.   THE INVINCIBLE

23  RAFAEL CARO-QUINTERO HAD BEEN STUNG BY DEA -- A LITTLE BUMP,

24  A LITTLE ANNOYANCE, IRRITATED BY DEA; IRRITATED BY

25  ENRIQUE CAMARENA.

1    ALFREDO ZAVALA.  WHY WAS HE TAKEN?  WHY WAS HE

2  ABDUCTED ON THE SAME DAY?  HE WAS INVOLVED IN THIS

3  INVESTIGATION WITH DEA AGENT CAMARENA.  HE WAS HIS PILOT.

4  HE WAS OFTEN HIRED BY DEA TO FLY OVER, TO TAKE DEA AGENTS TO

5  ATTEMPT TO LOCATE MARIJUANA FIELDS, WHERE THEY SUSPECTED THE

6  MARIJUANA FIELDS WERE BEING CULTIVATED.  AND IN FACT

7  ALFREDO ZAVALA FLEW SPECIAL AGENT CAMARENA ON APPROXIMATELY

8  TWO OCCASIONS OVER THE ZACATECAS FIELDS IN AN ATTEMPT TO

9  CORROBORATE THE INFORMATION THAT A CONFIDENTIAL INFORMANT

10  NAMED JUAN WAS PASSING ON TO SPECIAL AGENT CAMARENA.

11    HE FLEW SPECIAL AGENT KUYKENDALL OVER THESE FIELDS

12  ON AT LEAST ONE OCCASION, AND SOMEHOW -- AND IT IS UNCLEAR --

13  BUT SOMEHOW MEMBERS OF THE  RAFAEL CARO-QUINTERO NARCOTICS

14  ORGANIZATION LEARNED THAT ALFREDO ZAVALA WAS WORKING FOR DEA;

15  THAT ALFREDO ZAVALA HAD SOME ROLE IN THE SEIZURE AND

16  ERADICATION OF THESE FIELDS; PLAYED SOME ROLE ALONG WITH

17  DEA THAT CAUSED THE $55 MILLION LOSS TO THE NARCOTICS

18  ORGANIZATION.

19    BUT APPROXIMATELY SIX MONTHS LATER SOMETHING MORE

20  SIGNIFICANT TAKES PLACE.  RAFAEL CARO-QUINTERO IS NOT

21  STUNG ON THIS OCCASION.  HE DOESN'T SUSTAIN A BLOODY NOSE,

22  A SLIGHT BRUISE ON THIS OCCASION, BUT HE IS HIT, AND HE IS

23  HIT HARD BY DEA IN CHIHUAHUA, AND HE SUFFERS A MASSIVE,

24  MASSIVE LOSS OF MONEY, AND IT HAS A MASSIVE IMPACT ON HIS

25  OPERATION, HIS MARIJUANA OPERATION, IN CHIHUAHUA.  10,000

1  TONS OF MARIJUANA ARE SEIZED BY AGENTS OF THE DRUG

2  ENFORCEMENT ADMINISTRATION.  THAT MARIJUANA IS, OF COURSE,

3  SENT UP IN FLAMES AFTER IT IS SEIZED.

4       THE DEA IS RESPONSIBLE FOR THE INVESTIGATION.

5  AGAIN DEA IS PUSHING, PRODDING, PULLING, DOING EVERYTHING IT

6  CAN TO GET THE MEXICAN OFFICIALS TO DO THEIR JOB, TO GET THE

7  MEXICAN OFFICIALS TO DO WHAT THEY ARE PAID FOR, WHICH IS TO

8  INVESTIGATE NARCOTICS TRAFFICKING IN THIS AREA.

9       DEA IS DIRECTLY RESPONSIBLE FOR THE LOSS THAT

10  OCCURS SIX MONTHS LATER.  10,000 TONS OF MARIJUANA.  IT IS

11  HARD TO EVEN IMAGINE WHAT THAT LOOKS LIKE.  WHAT DOES

12  10,000 TONS OF MARIJUANA LOOK LIKE?  HOW MANY WAREHOUSES

13  WILL IT TAKE TO HOLD THAT QUANTITY OF MARIJUANA?  IT WAS AN

14  ESTIMATED $5 BILLION LOSS.  IT IS NOT A PITIFUL $55 MILLION

15  LOSS LIKE WE HAD IN ZACATECAS.  THAT WAS A SMALL LOSS IN

16  THEIR TERMS RELATIVE TO THE LEVEL OF OPERATIONS, THE SCALE

17  OF OPERATIONS THAT THEY WERE INVOLVED IN.

18       BUT NOW A $5 BILLION LOSS.  THOUSANDS OF FIELDS

19  WERE UNCOVERED.  LITERALLY THOUSANDS OF WORKERS ARE DETAINED.

20  FIVE TO SEVEN THOUSAND WORKERS WERE OPERATING IN THESE

21  FIELDS DURING THIS PERIOD OF TIME AND WERE DETAINED BY THE

22  DEA AGENTS AND THE MEXICAN AUTHORITIES.

23       THAT ENTIRE OPERATION IS TAKEN DOWN.  IT IS

24  UNCOVERED.  YOU CAN'T GO ON DOING BUSINESS AS USUAL AFTER

25  THIS.  NOW HE IS UPSET.  NOW RAFAEL CARO-QUINTERO IS MAD.

1    NOW HE IS ANGRY.  NOW HE IS INCENSED.  NOW HE IS GOING CRAZY,

2    AND SOMEBODY IS GOING TO HAVE TO PAY, AND THAT SOMEBODY IS

3    DEA BECAUSE DEA WAS RESPONSIBLE FOR BOTH OF THESE LOSSES.

4    SOMEBODY IS GOING TO BE AVENGED, AND THERE IS GOING TO BE

5    RETALIATION, AND SOMEBODY IN DEA WAS GOING TO HAVE TO PAY,

6    AND IN THIS PARTICULAR CASE THAT SOMEBODY WAS DEA AGENT

7    CAMARENO BECAUSE HE WAS THE PERSON THEY KNEW WAS THE

8    UNDERCOVER OFFICER IN THE ZACATECAS OPERATION.  HE WAS THE

9    PERSON THAT THEY HAD A BEAD ON, SO TO SPEAK, THAT THEY COULD

10   IDENTIFY WITH DEA AS BEING DIRECTLY INVOLVED IN THESE

11   SEIZURES.

12         NOW, SHORTLY AFTER THAT, APPROXIMATELY FOUR MONTHS,

13   A LITTLE LESS THAN FOUR MONTHS -- APPROXIMATELY THREE

14   MONTHS, ACTUALLY, AFTER THE CHIHUAHUA OPERATION, THERE IS

15   ANOTHER SEIZURE, ANOTHER SEIZURE OF RAFAEL CARO-QUINTERO'S

16   MARIJUANA.  THIS SEIZURE OCCURS IN ARIZONA, AND THIS

17   SEIZURE OCCURS ON FEBRUARY 5, 1985, TWO DAYS -- TWO DAYS --

18   BEFORE THE KIDNAPPING OF SPECIAL AGENT CAMARENA AND ZAVALA.

19         IT IS CARO-QUINTERO'S MARIJUANA.  THIS PARTICULAR

20   OPERATION IS HEADED BY RENE VERDUGO.  THIS IS THE SAKORSKY

21   HELICOPTER OPERATION, THE OPERATION THAT YOU HAVE HEARD

22   TESTIMONY FROM NUMEROUS WITNESSES WHO WERE DIRECTLY INVOLVED

23   IN THIS OPERATION, WHICH WAS THE OPERATION WHERE MARIJUANA

24   WOULD BE LOADED AT CABORCA IN THE SAKORSKY HELICOPTER, A

25   HEAVY-DUTY HELICOPTER, A MILITARY-TYPE AIRCRAFT; IT WOULD

1   BE LOADED WITH APPROXIMATELY THREE TO FOUR THOUSAND POUNDS

2   OF MARIJUANA PER LOAD.

3         THOSE FLIGHTS WOULD BE BROUGHT IN IN THE EARLY

4   MORNING WHEN IT WAS STILL DARK AND IN THE EVENING WHEN IT

5   WAS DARK AND DROPPED OFF ON THE U.S. SIDE OF THE BORDER IN

6   ARIZONA.   THE HELICOPTER WOULD BE MET BY APPROXIMATELY

7   THREE PICKUP TRUCKS.   THOSE PICKUP TRUCKS WOULD BACK UP TO

8   THE HELICOPTER IN A V-SHAPED FORM, AND WITHIN A MATTER OF

9   LESS THAN 10 MINUTES 4,000 POUNDS OF MARIJUANA WOULD BE

10   OFFLOADED FROM THAT HELICOPTER AND LOADED INTO THE BACK OF

11   TWO PICKUP TRUCKS.   THE THIRD PICKUP TRUCK WOULD BE USED TO

12   REFUEL THE HELICOPTER, AND WITHIN 10 MINUTES THE HELICOPTER

13   WAS HEADED BACK TO MEXICO, AND THE PICKUP TRUCKS WERE HEADED

14   TO THE STASH HOUSE IN ARIZONA.

15         4,000 POUNDS OF MARIJUANA SEIZED, AND A HALF-

16   MILLION-DOLLAR AIRCRAFT OWNED BY RAFAEL CARO-QUINTERO,

17   MONEY FOR WHICH RENE VERDUGO BROUGHT INTO THE UNITED STATES

18   AND GAVE TO DONALD WALTERS AND EUGENE HOLLESTELLE FOR THE

19   PURPOSE OF PURCHASING THE HELICOPTER.

20         THERE WERE THREE PICKUP TRUCKS SEIZED AND TWO

21   ARRESTS MADE.

22         AND THAT IS IT.   CARO-QUINTERO HAS HAD ENOUGH.

23   THAT IS THE STRAW, THAT IS THE LAST STRAW THAT BREAKS THE

24   CAMEL'S BACK.   THAT IS THE LAST STRAW THAT CAUSES AND

25   IGNITES THE SERIES OF EVENTS THAT TAKE PLACE ON

1   FEBRUARY 7, 1985, RELATIVE TO CAMARENA AND ZAVALA, BECAUSE

2   ONCE AGAIN CARO-QUINTERO AND HIS PEOPLE BELIEVE THAT IT HAS

3   TO BE DEA; THAT DEA HAS TO BE BEHIND IT.

4           NOW THEY HAVE UNCOVERED ANOTHER OPERATION.  NOW

5   WE CAN NO LONGER DO BUSINESS AS USUAL OUT OF CABORCA AND

6   ARIZONA.  THAT OPERATION IS SHUT DOWN.  THAT OPERATION,

7   WHICH IS BRINGING IN TENS OF THOUSANDS OF POUNDS OF

8   MARIJUANA IN A RELATIVELY SHORT PERIOD OF TIME, AND

9   THEREFORE THERE IS THE KIDNAPPING ON FEBRUARY 7, 1985.

10  CAMARENA AND ZAVALA ARE ABDUCTED.

11          THE COURT:  THIS WOULD BE A GOOD POINT TO TAKE

12  OUR NOON RECESS, I THINK.  WE WILL ADJOURN AT THIS TIME AND

13  RECONVENE THIS CASE AT 1:30.

14          THE JURY MAY BE EXCUSED.

15      (COLLOQUY RE EXHIBITS.)

16      (NOON RECESS FROM 12:15 P.M. UNTIL 1:30 P.M.)

17

18

19

20

21

22

23

24

25

LOS ANGELES, CALIFORNIA; THURSDAY, SEPTEMBER 15, 1988; 1:30 PM

1          (JURY PRESENT.)

2              THE COURT:  YOU MAY CONTINUE YOUR ARGUMENT.

3              MR. GURULE:  THANK YOU, YOUR HONOR.

4              PRIOR TO THE LUNCH BREAK I WAS DISCUSSING MOTIVE

5   AND THE MOTIVE FOR THE KIDNAPPING AND THE MURDERS, AND I

6   WON'T BELABOR THAT POINT.  BUT AGAIN, WHY THIS INDIVIDUAL --

7              THE COURT:  SPEAK UP, PLEASE, MR. GURULE.

8              MR. GURULE:  I AM SORRY.

9              THE COURT:  USE THE MICROPHONE IF YOU CANNOT SPEAK

10  UP.

11             MR. GURULE:  I CERTAINLY CAN, YOUR HONOR.

12             AND THE QUESTION IS WHY WAS SPECIAL AGENT CAMARENA

13  OF ALL THE DEA AGENTS IN GUADALAJAR AT THE TIME, OF ALL OF

14  THE DEA AGENTS THAT WERE ASSIGNED TO MEXICO DURING THIS

15  PERIOD OF TIME, WHY WAS IT THAT SPECIAL AGENT CAMARENA ABOVE

16  AND BEYOND ANYONE ELSE WAS THE TARGET OF THIS VICIOUS,

17  BRUTAL MURDER?

18             AND DEA SPECIAL AGENT CAMARENA WAS RESPONSIBLE

19  RELATIVE TO ZACATECAS, THE ZACATECAS OPERATION, FOR THE

20  FOLLOWING THINGS.  AGAIN, SPECIAL AGENT CAMARENA WORKED IN

21  AN UNDERCOVER CAPACITY IN THE ZACATECAS OPERATION.  SPECIAL

22  AGENT CAMARENA WAS PHYSICALLY PRESENT DURING THE ERADICATION

23  AND SEIZURE OF THE MARIJUANA FIELDS IN ZACATECAS.  HE WAS

24  THERE AND WAS PHYSICALLY PRESENT.  HE WAS VISIBLE.  HE WAS

25  EXPOSED.  THEY HAD A FACE NOW.  THE MEMBERS OF THE

1   ORGANIZATION HAD A FACE NOW THAT THEY COULD POINT TO, THAT

2   THEY COULD MATCH, THAT THEY COULD HOLD RESPONSIBLE FOR WHAT

3   HAD HAPPENED.

4          SPECIAL AGENT CAMARENA WAS PRESENT WHEN

5   MANUEL CHAVEZ WAS ARRESTED, WHEN HE WAS DETAINED IN

6   ZACATECAS.  AS YOU WILL RECALL, MANUEL CHAVEZ WAS THE

7   SUPERVISOR OF THE ZACATECAS OPERATION FOR CARO-QUINTERO.

8   RELATIVE TO THE ZACATECAS OPERATION MANUEL CHAVEZ WAS CARO'S

9   MAN.

10          CAMARENA HAD BEEN INTRODUCED PERSONALLY TO

11   MANUAL CHAVEZ, AND WHEN HE WAS ARRESTED AND BROUGHT DOWN TO

12   ZACATECAS, THERE WAS SPECIAL AGENT CAMARENA, AND AT THAT

13   TIME CLEARLY MANUEL CHAVEZ KNEW THAT CAMARENA WAS NOT A

14   NARCOTICS TRAFFICKER AS HE HAD FIRST SUSPECTED, BUT KNEW HIM

15   TO BE WHAT HE WAS, A DRUG ENFORCEMENT ADMINISTRATION AGENT,

16   AND AGAIN THE PERSON RESPONSIBLE FOR HIS FATE AND THE

17   PERSON RESPONSIBLE FOR WHAT HAD HAPPENED IN ZACATECAS.

18          I TALKED BRIEFLY ABOUT ZAVALA'S ROLE IN THE

19   ZACATECAS OPERATION, DEA'S ROLE IN CHIHUAHUA, AND DEA'S

20   PERCEIVED ROLE REGARDING THE VERDUGO HELICOPTER OPERATION,

21   BRINGING THAT OPERATION DOWN, THE SEIZURE OF THE HELICOPTER

22   AND THE MARIJUANA.

23          NOW I WOULD LIKE TO TALK AND DISCUSS WITH YOU THE

24   LAW, THE COUNTS THAT HAVE BEEN BROUGHT IN THIS CASE IN THE

25   INDICTMENT AS TO EACH OF THE THREE DEFENDANTS, THE ELEMENTS

1  WHICH THE GOVERNMENT MUST PROVE BEYOND A REASONABLE DOUBT,

2  EACH AND EVERY ELEMENT OF THE OFFENSE.

3          NOW, COUNTS ONE AND TWO OF THE INDICTMENT CHARGE

4  AN OFFENSE THAT IS LABELED VIOLENT CRIMES IN AID OF

5  RACKETEERING.  NOW, THESE TWO COUNTS CHARGE DEFENDANT

6  VERDUGO AND DEFENDANT RAUL LOPEZ-ALVAREZ.  THE REASON THIS

7  SAME COUNT IS BROUGHT -- OR THE SAME CHARGE, THE SAME

8  OFFENSE, IS NAMED IN TWO SEPARATE COUNTS IS THAT ONE OF THE

9  COUNTS RELATES TO THE KIDNAP-MURDER OF SPECIAL AGENT

10 CAMARENA.  THAT IS COUNT NO. ONE.

11         COUNT NO. TWO RELATES TO THE KIDNAP-MURDER OF

12 ALFREDO ZAVALA, A SEPARATE MURDER, SEPARATE KIDNAPPING, AND

13 THEREFORE A SEPARATE COUNT.

14         NOW, WHAT IS IT?  WHAT CONSTITUTES THE COMMISSION

15 OF VIOLENT CRIMES IN AID OF RACKETEERING?  WHAT DOES THAT

16 MEAN?  WHAT DOES THE GOVERNMENT HAVE TO PROVE?  THE

17 GOVERNMENT SUBMITS THAT THE FOLLOWING ELEMENTS CONSTITUTES

18 THIS OFFENSE.  THE GOVERNMENT HAS TO PROVE FIRST THAT THERE

19 WAS A COMMISSION OF A VIOLENT CRIME, AND THAT IS

20 UNCONTESTED.  I DON'T THINK ANYONE IN THE COURTROOM

21 CONTESTS THAT THERE WAS IN FACT TWO KIDNAPPINGS AND TWO

22 SUBSEQUENT MURDERS.  CLEARLY WE HAVE ESTABLISHED AND PROVEN

23 THE COMMISSION OF VIOLENT CRIMES.

24         SECOND, THE GOVERNMENT MUST PROVE THE PURPOSE FOR

25 THE COMMISSION OF THESE VIOLENT CRIMES, AND THAT PURPOSE

1   BEING AS TO BOTH VICTIMS IN THIS CASE THAT THEY WERE

2   KIDNAPPED AND MURDERED TO MAINTAIN OR TO INCREASE AN

3   INDIVIDUAL'S POSITION IN A NARCOTICS ENTERPRISE.

4           LET ME PUT IT TO YOU THIS WAY.  LET ME BACK UP A

5   SECOND.  THE GOVERNMENT HAS TO PROVE COMMISSION OF VIOLENT

6   CRIMES.  THE GOVERNMENT HAS TO PROVE, AS LISTED IN THE

7   THIRD ELEMENT, THE EXISTENCE OF A NARCOTICS ENTERPRISE.

8   THAT NARCOTICS ENTERPRISE, YOU HAVE HEARD TESTIMONY

9   REGARDING AND TESTIMONY REGARDING THE RAFAEL  CARO-QUINTERO

10  NARCOTICS ENTERPRISE.  MEMBERS OF THE RAPHAEL CARO-QUINTERO

11  NARCOTICS ENTERPRISE COMMITTED THE VIOLENT CRIMES.  THEY

12  COMMITTED THE KIDNAPPINGS.  THEY COMMITTED THE MURDERS?

13          WHY?  TO MAINTAIN THEIR POSITIONS IN THE NARCOTICS

14  ENTERPRISE OR TO INCREASE THEIR POSITIONS IN THE NARCOTICS

15  ENTERPRISE.

16          WHAT DOES THAT MEAN?  IF DEA CONTINUES SEIZING

17  HUNDREDS OR TENS OF THOUSANDS OF TONS OF MARIJUANA, OBVIOUSLY

18  THIS NARCOTICS ENTERPRISE IS NOT GOING TO BE IN BUSINESS

19  MUCH LONGER.  SO IN AN EFFORT TO PRESERVE THE NARCOTICS

20  ENTERPRISE, TO PRESERVE ITS EXISTENCE, TO PRESERVE ITS

21  FUTURE, THE MEMBERS OF THE ENTERPRISE HAD TO DO AWAY WITH

22  THE OBSTACLES TO ITS OPERATION, THE OBSTACLES TO THE

23  PROFIT-MAKING BUSINESS, AND THOSE OBSTACLES AS PERCEIVED BY

24  THESE INDIVIDUALS WERE DEA, SPECIAL AGENT CAMARENA, AND

25  ALFREDO ZAVALA.

BY REMOVING THOSE OBSTACLES THEY WERE THEN ABLE
TO MAINTAIN THE EXISTENCE OF THE ENTERPRISE, MAINTAIN OR
INCREASE THEIR OWN POSITION OF IMPORTANCE IN THE NARCOTICS
ENTERPRISE.

THE NARCOTICS ENTERPRISE IS AN ENTITY THAT AFFECTS
FOREIGN OR INTERSTATE COMMERCE.  CLEARLY THIS ELEMENT IS NOT
IN DISPUTE.  CLEARLY THIS NARCOTICS ENTERPRISE WAS ENGAGED
IN CULTIVATING MARIJUANA THAT WAS IMPORTED INTO THE UNITED
STATES, THEREFORE AFFECTING FOREIGN COMMERCE.

THAT MARIJUANA, ONCE IT ARRIVED IN THE UNITED
STATES, BE IT ARIZONA OR IN CALIFORNIA, WAS THEN TRANSPORTED
TO OTHER STATES.  MARIJUANA ARRIVED IN ARIZONA VIA THE
VERDUGO HELICOPTER OPERATION, AND THEN IT WAS SHIPPED TO
CALIFORNIA, THEREFORE AFFECTING INTERSTATE COMMERCE.  THERE
IS REALLY NO QUESTION AS TO THIS PARTICULAR ELEMENT OF THE
OFFENSE.

THE NARCOTICS ENTERPRISE, THE GOVERNMENT MUST
PROVE, WAS ENGAGED IN RACKETEERING ACTIVITY.  THIS
RACKETEERING ACTIVITY IS A LITTLE DIFFERENT FROM WHAT YOU
WOULD -- I MEAN, IT IS NOT THE ELLIOT NESS UNTOUCHABLE TYPE
OF RACKETEERING ACTIVITY.  IN THIS CASE THE RACKETEERING
ACTIVITY IS NARCOTICS ACTIVITIES, AND THE STATUTE
SPECIFICALLY PROVIDES THAT RACKETEERING ACTIVITY INCLUDES
WITHIN IT NARCOTICS TRAFFICKING.

SO THIS NARCOTICS ENTERPRISE ENGAGED IN NARCOTICS

1    TRAFFICKING, NARCOTICS ACTIVITY, AS IS SET FORTH IN COUNTS

2    ONE AND TWO; THOSE PARTICULAR COUNTS SET FORTH SPECIFIC

3    RACKETEERING OR NARCOTICS ACTIVITIES, I.E., THE SEIZURES OF

4    THE MARIJUANA IN ZACATECAS.  THAT IS SPECIFICALLY OUTLINED

5    IN COUNTS ONE AND TWO.

6         THOSE ARE RACKETEERING ACTIVITIES, NARCOTICS

7    ACTIVITIES, WHICH THE NARCOTICS ENTERPRISE ENGAGED IN.  THE

8    CHIHUAHUA FIELDS, THE POSSESSION WITH THE INTENT TO

9    DISTRIBUTE 10,000 TONS OF MARIJUANA IS THE SECOND

10   RACKETEERING ACTIVITY THAT IS LISTED IN THE INDICTMENT.

11        THE SEIZURE OF THE 10 TONS OF CULTIVATED MARIJUANA

12   IN ZACATECAS IS LISTED AS A RACKETEERING ACTIVITY CHARGED.

13        THE DISTRIBUTION OF MULTIPLE-TON QUANTITIES OF

14   MARIJUANA AT THE FOWLIE RANCH -- WHICH I WILL GET TO

15   SHORTLY -- BY JESUS FELIX-GUTIERREZ ON BEHALF OF

16   RAFAEL CARO-QUINTERO, THOSE ACTIVITIES ARE SET FORTH IN THE

17   INDICTMENT.

18        THE DISTRIBUTION OF MULTI-TON QUANTITIES OF

19   MARIJUANA VIA THE VERDUGO HELICOPTER OPERATION IS SET FORTH

20   IN THE INDICTMENT AS RACKETEERING ACTIVITIES WHICH THE

21   NARCOTICS ENTERPRISE ENGAGED IN.

22        THEN I PLACED AS NO. 6 -- IT IS NOT REALLY AN

23   ELEMENT OF THE OFFENSE, BUT IT IS A PRINCIPLE OF LAW WHICH I

24   AM GOING TO DISCUSS SHORTLY, AND I HAVE NEXT TO IT "CAUSED

25   THE ACT TO BE DONE."  I WILL DISCUSS THAT MORE FULLY, BUT

1   LET IT SUFFICE AT THIS POINT FOR ME TO SAY THAT SOMEONE TO

2   COMMIT AN OFFENSE -- AND LET'S USE THE EXAMPLE OF THE

3   KIDNAPPING.  YOU DO NOT HAVE TO PHYSICALLY PARTICIPATE IN

4   THE PHYSICAL GRABBING AND ABDUCTION OF THE PERSON -- IN THIS

5   CASE, CAMARENA AND ZAVALA -- TO BE GUILTY OF THAT OFFENSE.

6   IF YOU AID AND ABET SOMEONE ELSE TO PARTICIPATE IN THE

7   PHYSICAL ABDUCTION OR CONFINING OR HOLDING AGAINST ONE'S

8   WILL, YOU ASSIST THEM, YOU AID THEM, YOU ABET THEM.  YOU ARE

9   JUST AS GUILTY UNDER THE LAW AS THE PERSON WHO ACTUALLY DID

10   THE PHYSICAL ABDUCTION.

11       NOW, A PERFECT EXAMPLE OF THAT WOULD BE A BANK

12   ROBBER.  LET'S TAKE THE EXAMPLE OF ROBBING A BANK.  YOU HAVE

13   TWO INDIVIDUALS THAT WALK INTO THE BANK WITH GUNS AND

14   PHYSICALLY POINT THE GUNS AT THE TELLER AND THEY TAKE THE

15   MONEY.  YOU HAVE SOMEONE WAITING OUTSIDE IN AN AUTOMOBILE,

16   IN THE GETAWAY CAR.  THE PERSON WHO IS DRIVING THE GETAWAY

17   CAR, AS SOON AS THE TWO BANK ROBBERS JUMP IN THE CAR AND

18   THEY SPEED AWAY, THAT PERSON DRIVING THE GETAWAY CAR IS AN

19   AIDER AND ABETTER.  HE DIDN'T PHYSICALLY TAKE ANY MONEY FROM

20   ANYONE.  HE DID NOT POINT A GUN AT ANYONE.  BUT HE DID AID

21   AND ABET.  HE DID ASSIST IN THE PARTICIPATION BY DRIVING THE

22   GETAWAY VEHICLE.  HE IS JUST AS GUILTY AS THE PRINCIPAL UNDER

23   THE LAW, AS THE PERSON WHO TOOK THE MONEY.

24       NOW, LET'S ASSUME THAT A BLOCK AWAY FROM THE BANK

25   THERE IS A LOOKOUT, SOMEONE WHO IS LOOKING AROUND THE CORNER

1   TO MAKE SURE THERE IS NO POLICEMAN COMING, TO MAKE SURE

2   THAT THERE IS NO SECURITY PERSONNEL IN THE AREA, TO MAKE

3   SURE THE COAST IS CLEAR.   THAT PERSON DID NOT PARTICIPATE IN

4   THE PHYSICAL TAKING OF THE MONEY, BUT HE AIDED AND ABETTED;

5   HE ASSISTED AND ENCOURAGED BECAUSE HE HAD A ROLE, AND HIS

6   ROLE WAS ESSENTIAL AND IMPORTANT TO THE COMMISSION OF THE

7   OFFENSE AS AN AIDER AND ABETTER, AND LIKEWISE HE IS JUST AS

8   GUILTY AS THE PERSON WHO POINTED THE GUN AND JUST AS GUILTY

9   AS THE PERSON WHO PHYSICALLY TOOK THE MONEY.

10          NOW, COUNT THREE CHARGES CONSPIRACY TO KIDNAP A

11   FEDERAL AGENT.   AGAIN DEFENDANTS VERDUGO AND LOPEZ ARE

12   CHARGED IN COUNT THREE, THE CONSPIRACY COUNT.   I HAVE LISTED

13   A COUPLE OF PRINCIPLES OF CONSPIRACY LAW.   THE FIRST IS THAT

14   IN A CONSPIRACY, TO BE GUILTY OF CONSPIRACY, CONSPIRING,

15   THERE MUST BE A CRIMINAL PARTNERSHIP.   THE CRIME, IN A

16   SENSE, IS THE AGREEMENT TO DO SOMETHING UNLAWFUL, TO DO AN

17   UNLAWFUL ACT.

18          SO, FIRST OF ALL, YOU HAVE TO HAVE AN AGREEMENT

19   WITH TWO OR MORE PEOPLE.   THEY MUST COME TOGETHER AND THEY

20   MUST AGREE EITHER DIRECTLY OR INDIRECTLY, AND THAT

21   AGREEMENT CAN BE PROVEN UP BY DIRECT EVIDENCE OR

22   CIRCUMSTANTIAL EVIDENCE THAT THEY HAVE AGREED TO DO AN

23   UNLAWFUL ACT, IN THIS CASE THE KIDNAPPING.   THEY HAVE AGREED

24   TO KIDNAP SOMEONE.

25          NOW, IF ONE MEMBER OF THE CONSPIRACY -- LET'S SAY

1   YOU HAVE 10 OR 20 MEMBERS, PEOPLE WHO ARE INVOLVED AND

2   AGREE TO PARTICIPATE IN THE CONSPIRACY.  IF ONE, AND ONLY

3   ONE, OF THOSE CO-CONSPIRATORS COMMITS AN OVERT ACT, A

4   PHYSICAL ACT, IN FURTHERANCE OF THE CONSPIRACY, THEN THE

5   CRIME OF CONSPIRACY IS COMPLETE, AND EACH INDIVIDUAL WHO

6   AGREED TO PARTICIPATE IN THE CONSPIRACY IS LIABLE FOR THE

7   ACTS OF EVERYONE ELSE IN THE CONSPIRACY.

8           SO, LET'S ASSUME THAT YOU HAVE 10 PEOPLE THAT

9   AGREE TO COMMIT BANK ROBBERY.  ONE PERSON BUYS A GUN, GOES

10  INTO THE BANK AND COMMITS THE BANK ROBBERY.  THE OTHER NINE

11  CO-CONSPIRATORS, IF THEY AGREED, IF THE GOVERNMENT CAN PROVE

12  BEYOND A REASONABLE DOUBT THEIR ENTRY INTO THE CONSPIRACY,

13  THEIR AGREEMENT TO PARTICIPATE IN THE CONSPIRACY, TO GO

14  ALONG WITH THE OBJECTIVES OF THE CONSPIRACY, THEN THE FACT

15  THAT THE ONE PERSON WENT INTO THE BANK AND COMMITTED AN OVERT

16  ACT AND POINTED A GUN AND TOOK SOME MONEY, THEN THEY WOULD

17  ALL BE LIABLE.  THEY ARE ALL CRIMINALLY RESPONSIBLE FOR THE

18  ACTS OF THE INDIVIDUAL THAT WENT INTO THE BANK, EVEN THOUGH

19  THEY DIDN'T GO INTO THE BANK, EVEN THOUGH THEY DIDN'T CARRY

20  A GUN, EVEN THOUGH THE OTHER NINE MEMBERS DIDN'T TAKE ANY

21  MONEY FROM THE BANK.

22          THAT IS BASICALLY IN A VERY GENERAL WAY THE LAW OF

23  CONSPIRACY, AND YOU WILL BE GIVEN SOME INSTRUCTIONS LATER ON

24  BY THE COURT, MORE DETAILED INSTRUCTIONS, REGARDING THE LAW

25  OF CONSPIRACY.

1      RELATIVE TO COUNT THREE, CONSPIRACY TO KIDNAP,

2  VERDUGO AND LOPEZ ARE CHARGED WITH AN AGREEMENT, AN

3  AGREEMENT TO PARTICIPATE IN A CONSPIRACY TO KIDNAP SPECIAL

4  AGENT CAMARENA, AND COUNT THREE LISTS OVERT ACTS THAT WERE

5  COMMITTED IN THE FURTHERANCE OF THAT CONSPIRACY, AND ALL YOU

6  NEED TO FIND IS ONE OVERT ACT.  IF YOU AGREE UNANIMOUSLY ON

7  THE COMMISSION OF ONE OVERT ACT, OF COURSE COUPLED WITH THE

8  AGREEMENT, THEN THAT OFFENSE HAS BEEN ESTABLISHED.  THE

9  GOVERNMENT HAS PROVEN THAT OFFENSE BEYOND A REASONABLE DOUBT.

10      NOW, COUNT FOUR CHARGES THE SUBSTANTIVE KIDNAPPING

11  COUNT ITSELF.  THAT IS TO BE DISTINGUISHED FROM COUNT THREE,

12  WHICH IS A CONSPIRACY, A JOINDER, AN AGREEMENT TO CONSPIRE.

13  COUNT FOUR IS THE SUBSTANTIVE, THE PHYSICAL KIDNAPPING

14  ITSELF.

15      AGAIN DEFENDANT VERDUGO AND DEFENDANT LOPEZ ARE

16  CHARGED RELATIVE TO COUNT FOUR, THE KIDNAPPING COUNT.  THE

17  ELEMENTS OF KIDNAPPING INCLUDE THE UNLAWFUL HOLDING OR

18  CONFINING OF AN INDIVIDUAL, AND THE GOVERNMENT MAINTAINS

19  THAT THE EVIDENCE IN THIS CASE HAS PROVEN THAT SPECIAL AGENT

20  CAMARENA WAS UNLAWFULLY HELD AT 881 LOPE DE VEGA, THAT HE

21  WAS UNLAWFULLY CONFINED AGAINST HIS WILL AT 881 LOPE DE VEGA,

22  AND HE WAS KEPT THERE FOR THE PURPOSE OF INTERROGATION TO

23  DETERMINE WHAT INFORMATION HE HAD ABOUT THE NARCOTICS

24  ORGANIZATION.

25      THE KIDNAPPING STATUTE IS SPECIFIC IN NATURE IN

1   THAT IT REQUIRES THAT A FEDERAL AGENT, FOR IT TO BE A

2   VIOLATION OF FEDERAL LAW -- IN THIS CASE, A FEDERAL AGENT

3   MUST BE ABDUCTED.  NOT JUST ANYONE FALLS UNDER THE

4   PROTECTION OF THIS PARTICULAR STATUTE.

5        RELATIVE TO THE FEDERAL AGENT ELEMENT OF THE

6   STATUTE, THE GOVERNMENT MUST PROVE THAT WHEN HE WAS

7   KIDNAPPED, SPECIAL AGENT CAMARENA WAS ENGAGED IN OR WAS

8   KIDNAPPED ON ACCOUNT OF THE PERFORMANCE OF HIS OFFICIAL

9   DUTIES AS A DEA AGENT.  THE GOVERNMENT SUBMITS THAT IT IS

10  THE SECOND PART -- HE WAS KIDNAPPED ON ACCOUNT OF THE

11  PERFORMANCE OF HIS OFFICIAL DUTIES -- THAT SATISFIED THE

12  ELEMENT HERE.

13       AGAIN, HE WAS KIDNAPPED BECAUSE OF THE LOSSES OF

14  MARIJUANA, THE SEIZURES OF MARIJUANA, WHICH HAD IMPACTED

15  THE CARO-QUINTERO ORGANIZATION, AND WHEN HE WAS DOING THIS,

16  HE WAS ENGAGED IN THE PERFORMANCE OF HIS OFFICIAL DUTIES.

17       BOTH VERDUGO AND LOPEZ ARE CHARGED AS AIDERS AND

18  ABETTERS RELATIVE TO THIS OFFENSE, AND I WILL EXPLAIN THIS

19  IN A LITTLE MORE DETAIL.  LOPEZ IN FACT IS CHARGED AS A

20  PRINCIPAL.  LET ME MAKE THAT CLARIFICATION AND CORRECTION.

21  HE IS IN FACT CHARGED AS A PRINCIPAL, PHYSICALLY INVOLVED,

22  PHYSICALLY PARTICIPATED HIMSELF IN THE HOLDING AND IN THE

23  INTERROGATION OF SPECIAL AGENT CAMARENA.

24       VERDUGO IS CHARGED AS AN AIDER AND ABETTER.  HE

25  CAUSED HIM TO BE HELD; THAT WHILE HE DIDN'T PHYSICALLY HOLD

1   HIM HIMSELF, HE CAUSED OTHERS TO HOLD HIM BECAUSE VERDUGO

2   WANTED TO PARTICIPATE IN THE INTERROGATION; VERDUGO SOUGHT

3   TO PARTICIPATE IN THE INTERROGATION; VERDUGO SOUGHT TO

4   OBTAIN INFORMATION FROM CAMARENA AGAIN TO FIND OUT HOW IT WAS

5   THAT HIS NARCOTICS OPERATION, THE HELICOPTER OPERATION, WAS

6   BROUGHT DOWN, AND AGAIN HOW DEA, WHAT DEA'S INVOLVEMENT IN

7   THAT WAS, WHO DEA'S UNDERCOVER OFFICERS, IF ANY, WERE, WHO

8   DEA'S CONFIDENTIAL INFORMANTS WERE THAT HAD INFILTRATED THE

9   HELICOPTER OPERATION, TO ATTEMPT TO IDENTIFY THOSE

10  INDIVIDUALS.

11          NOW, THE COUNT FIVE CHARGES FELONY MURDER OF A

12  FEDERAL AGENT.  AGAIN, BOTH VERDUGO AND LOPEZ ARE CHARGED IN

13  THIS COUNT.  NOW, THE GOVERNMENT MUST PROVE, FIRST, THE

14  MURDER OF A FEDERAL AGENT, AND AGAIN THAT IS UNCONTESTED.

15  SPECIAL AGENT CAMARENA WAS MURDERED.  LIKEWISE NOT ANY

16  MURDER JUSTIFIES FEDERAL PROTECTION.  IN THIS CASE HE MUST

17  BE A FEDERAL AGENT, AND AGAIN HE WAS MURDERED ON ACCOUNT OF

18  THE PERFORMANCE OF HIS OFFICIAL DUTIES.  WE HAVE ALREADY GONE

19  OVER THAT AND DISCUSSED IT.

20          THIS IS THE INTERESTING POINT RELATIVE TO THE

21  FELONY MURDER ROLE.  IF THE MURDER TOOK PLACE DURING THE

22  PERPETRATION, DURING THE COURSE OF THE PERPETRATION OF A

23  KIDNAPPING -- AND LET'S ASSUME THAT THE INTENT OR OBJECTIVE

24  INITIALLY WAS SIMPLY TO KIDNAP.  "LET'S KIDNAP SPECIAL AGENT

25  CAMARENA.  LET'S FIND OUT WHAT HE KNOWS.  LET'S INTERROGATE

1   HIM.  LET'S BEAT HIM AND INTERROGATE HIM TO FIND OUT WHAT

2   HE KNOWS."

3          THEN THE PLAN GOT OUT OF CONTROL.  THE PLAN GOT

4   WILD, AND THEY GOT CARRIED AWAY, AND DURING THIS HEATED

5   FUROR IN PARTICIPATING IN THE BEATING OF THIS AGENT, HE IS

6   MURDERED.  AND THEN EVERYONE IS LOOKING AT EVERYBODY ELSE

7   AND SAYING, "GEE, WE DIDN'T INTEND THE KILLING.  I ONLY

8   INTENDED TO BEAT HIM, INTERROGATE HIM; I ONLY INTENDED TO

9   FIND OUT WHAT HE KNEW."

10         BUT DURING THE UNLAWFUL HOLDING, THE UNLAWFUL

11  CONFINING, HE IS MURDERED.  AFTER THE KIDNAPPING HE IS

12  MURDERED.  THEN ANYONE WHO PARTICIPATED IN THE KIDNAPPING,

13  THAT THE GOVERNMENT PROVES PARTICIPATED IN THE KIDNAPPING

14  BEYOND A REASONABLE DOUBT, THEY ARE RESPONSIBLE FOR THE

15  MURDER AS WELL, EVEN THOUGH THEY MAY NOT HAVE EVEN BEEN

16  THERE WHEN THE FATAL BLOW, THE FATAL DEATH BLOW WAS STRUCK;

17  EVEN THOUGH THEY DID NOT PARTICIPATE IN PHYSICALLY BEATING

18  CAMARENA.  IF HE WAS KILLED DURING THE PERPETRATION OF A

19  KIDNAPPING -- WHEN I SAY KIDNAPPING, I MEAN THE UNLAWFUL

20  HOLDING AND CONFINING AGAINST HIS WILL -- THEN THOSE

21  PERSONS WHO PARTICIPATED IN THE KIDNAPPING ARE LIKEWISE

22  RESPONSIBLE FOR THE MURDER.

23         THE ELEMENT OF MALICE AFORETHOUGHT, YOU WILL SEE

24  THIS MENTIONED IN THE INDICTMENT -- MALICE AFORETHOUGHT AS A

25  STATE OF MIND; THAT HE WAS MURDERED WITH MALICE AFORETHOUGHT.

1    THAT ELEMENT IS ACTUALLY SUPPLIED BY THE COMMISSION OF THE

2    KIDNAPPING.  YOU NEED NOT FIND THAT ANY OF THE PERPETRATORS

3    OF THE MURDER ACTUALLY HAD A PARTICULAR STATE OF MIND THAT

4    THEY KILLED HIM WITH MALICE AFORETHOUGHT.  JUST THE FACT THAT

5    THEY HAD PARTICIPATED, THEY HAD THE STATE OF MIND NECESSARY

6    FOR THE COMMISSION OF THE KIDNAPPING, THAT PROVIDES, THAT

7    BOOTSTRAPS IN A SENSE, THE MALICE AFORETHOUGHT ELEMENT

8    NECESSARY FOR THE COMMISSION OF THE FELONY MURDER.

9         AID AND ABET.  I HAVE DISCUSSED THAT BRIEFLY, BUT

10   AGAIN SOMEONE WHO IS AN AIDER AND ABETTER IS GUILTY AS A

11   PRINCIPAL IF HE ENCOURAGES, AIDS, AND ABETS.  HE NEED NOT

12   PARTICIPATE IN THE PHYSICAL ABDUCTION.  HE NEED NOT STRIKE,

13   IN THE CASE OF THE MURDER, HE NEED NOT STRIKE THE FATAL

14   DEATH BLOW.

15        IF HE IN ANY WAY AIDS, ABETS, ASSISTS OR

16   ENCOURAGES THE COMMISSION OF THE ACT OF KIDNAPPING OR

17   MURDER OR CAUSES SOMEBODY ELSE TO DO IT -- "YOU GO DO IT.

18   I WANT YOU TO DO THIS.  YOU GO OVER HERE AND YOU HOLD HIM

19   IN THIS ROOM.  YOU GO IN HERE AND CLOSE THE DOOR AND KEEP

20   HIM THERE.  YOU GO IN THERE AND QUESTION HIM.  YOU TAKE

21   THESE QUESTIONS THAT I AM GIVING YOU AND YOU ASK HIM THESE

22   QUESTIONS, AND AS SOON AS YOU GET THE ANSWERS AFTER YOU

23   INTERROGATE HIM, YOU BRING THEM BACK TO ME BECAUSE I WANT TO

24   KNOW WHAT HE KNOWS ABOUT THESE PARTICULAR ITEMS."

25        AND AFTER THAT INDIVIDUAL SEES THE INFORMATION, HE

1  CAUSES THIS OTHER INDIVIDUAL TO GO BACK IN.  "YOU GO BACK IN

2  AND ASK HIM THESE ADDITIONAL QUESTIONS," BASED UPON THE

3  RESPONSES HE GAVE THE FIRST TIME.  THAT PERSON IS AN AIDER

4  AND ABETTER.  HE CAUSED SOMEONE ELSE TO DO AN UNLAWFUL CRIME,

5  AND SINCE HE CAUSED SOMEONE ELSE TO DO IT, HE LIKEWISE IS

6  GUILTY JUST AS IF HE WAS THE PRINCIPAL, THE PERSON THAT

7  COMMITTED THE ACT.

8        NOW, THE LAST COUNT IN THE INDICTMENT CHARGES

9  ACCESSORY AFTER THE FACT.  NOW, TWO DEFENDANTS HAVE BEEN

10 CHARGED WITH THAT OFFENSE -- RAUL LOPEZ-ALVAREZ AND

11 JESUS FELIX-GUTIERREZ.  BUT THEY HAVE BEEN CHARGED RELATIVE

12 TO DIFFERENT ACTS TAKING PLACE AT DIFFERENT TIMES AND

13 DIFFERENT LOCATIONS.  RAUL LOPEZ-ALVAREZ, IN ADDITION TO

14 BEING CHARGED AS A PRINCIPAL IN THE OTHER COUNTS THAT I HAVE

15 DISCUSSED, IS CHARGED AS AN ACCESSORY AFTER THE FACT RELATIVE

16 TO THE GUADALAJARA AIRPORT INCIDENT, THE INCIDENT ON

17 FEBRUARY 9 WHEN CARO-QUINTERO FLEES THE AIRPORT AND TOASTS

18 WITH A BOTTLE OF CHAMPAGNE THE AGENTS AND THE MEXICAN FEDERAL

19 POLICE AS HE IS ALLOWED TO FLEE.

20        JESUS FELIX IS CHARGED AS AN ACCESSORY AFTER THE

21 FACT RELATIVE TO A SEPARATE OFFENSE, AND THAT IS ARRANGING

22 THE FLIGHT OF CARO-QUINTERO SO THAT HE COULD FLEE JUSTICE,

23 SO THAT HE COULD ESCAPE JUSTICE AND FLEE FROM MEXICO TO

24 COSTA RICA.  I WILL GO INTO THAT LATER IN MORE DETAIL AS TO

25 THE EVIDENCE THAT HAS BEEN ESTABLISHED RELATIVE TO ACCESSORY

1   AFTER THE FACT IN THESE TWO SEPARATE INCIDENTS.

2          THE ELEMENTS OF BEING AN ACCESSORY AFTER THE

3   FACT, THE GOVERNMENT MUST PROVE THAT THE DEFENDANT, BE IT

4   LOPEZ OR BE IT JESUS FELIX, HAD KNOWLEDGE THAT SPECIAL

5   AGENT CAMARENA HAD BEEN KIDNAPPED AND/OR MURDERED.   THEY

6   KNEW THAT.   LET'S TAKE JESUS FELIX, FOR INSTANCE.   HE THEN

7   RECEIVED OR COMFORTED OR ASSISTED, IN THIS CASE,

8   RAFAEL CARO-QUINTERO, AND THE PURPOSE FOR HIS ASSISTING,

9   AIDING HIM, RECEIVING HIM, COMFORTING HIM, WAS TO HINDER OR

10  PREVENT CARO-QUINTERO'S APPREHENSION, TRIAL OR PUNISHMENT.

11         THE GOVERNMENT SUBMITS THAT WHEN JESUS FELIX-

12  GUTIERREZ ARRANGED THE FLIGHT OF CARO-QUINTERO FROM MEXICO,

13  HE KNEW THAT CARO-QUINTERO HAD PARTICIPATED IN THE KIDNAPPING

14  AND MURDER AND THAT HE DID ASSIST HIM AND HE DID SO WITH THE

15  REQUISITE PURPOSE, AND THAT IS TO HINDER HIS APPREHENSION,

16  HINDER HIS PROSECUTION, HINDER CARO-QUINTERO'S BEING BROUGHT

17  TO JUSTICE.

18         NOW, AT THIS TIME I'D LIKE TO MOVE INTO THE

19  EVIDENCE AS TO EACH OF THE THREE DEFENDANTS RELATIVE TO THE

20  CHARGES THAT HAVE BEEN BROUGHT AGAINST THEM.   LET'S DISCUSS

21  THE CASES AS TO EACH OF THE THREE DEFENDANTS.   WHAT EVIDENCE

22  HAS THE GOVERNMENT INTRODUCED TO PROVE UP THEIR COMMISSION OF

23  THE OFFENSES THAT THEY HAVE BEEN CHARGED WITH?

24         I'D LIKE TO START FIRST WITH RENE VERDUGO.

25  RELATIVE TO HIS PARTICIPATION AS AN AIDER AND ABETTER IN THE

1   KIDNAPPING, RELATIVE TO HIS PARTICIPATION AS AN AIDER AND

2   ABETTER IN THE COMMISSION OF VIOLENT CRIMES IN AID OF

3   RACKETEERING, RELATIVE TO HIS PARTICIPATION IN THE

4   CONSPIRACY TO KIDNAP AND HIS PARTICIPATION IN FELONY MURDER

5   OF A FEDERAL AGENT, THE GOVERNMENT INTRODUCED EXTENSIVE

6   EVIDENCE TO PROVE UP HIS MEMBERSHIP IN THE RAFAEL CARO-

7   QUINTERO NARCOTICS ENTERPRISE.

8          YOU HEARD TESTIMONY FROM THE FOLLOWING INDIVIDUALS,

9   WHO WERE LIKEWISE CO-CONSPIRATORS AT THAT TIME IN THE

10  RENE VERDUGO HELICOPTER NARCOTICS OPERATION.  YOU HEARD

11  FROM SKIP HOLLESTELLE, EUGENE SKIP HOLLESTELLE.  HE WAS THE

12  FOREMAN OF THE OFFLOAD CREW.  HE WAS THE PERSON WHO WAS

13  RESPONSIBLE FOR GETTING THE TRUCKS OUT TO THE HELICOPTER AT

14  THE DROP-OFF SITE, MAKING SURE THAT THE TRUCKS WERE

15  AVAILABLE, MAKING SURE THAT THE PERSONNEL WERE AVAILABLE,

16  AND HAVING THEM TRAINED TO SUCH A DEGREE OF EFFICIENCY THAT

17  THEY WERE ABLE TO OFFLOAD THREE TO FOUR THOUSAND POUNDS OF

18  MARIJUANA IN LESS THAN 10 MINUTES.

19          YOU HEARD THE TESTIMONY OF DAVID DIETER.

20  DAVID DIETER FOUND THE STASH HOUSE.  HE TESTIFIED THAT HE

21  FOUND THE STASH HOUSE IN ARIZONA; THAT HE HANDLED THE BOOKS;

22  THAT HE PREPARED THE LEDGER SHEETS; THAT HE WOULD TAKE THESE

23  LEDGER SHEETS DOWN TO RENE VERDUGO, DOWN TO MEXICALI.  THE

24  LEDGER SHEETS AGAIN REFLECTED THE NUMBER OF BALES OF

25  MARIJUANA THAT WERE REMOVED FROM A PARTICULAR HELICOPTER

1   LOAD OF MARIJUANA, AND HE WOULD TAKE THE BALE, NUMBER THE

2   BALE, WEIGHT IT, AND PUT THE NUMBER OF THAT PARTICULAR BALE

3   ON THE LEDGER SHEET AND THE WEIGHT OF THAT PARTICULAR BALE

4   ON THE LEDGER SHEET, AND IN THAT WAY HE WOULD KEEP TRACK OF

5   ALL OF THE MARIJUANA THAT WAS BEING BROUGHT IN PER LOAD.

6        HE WOULD THEN TAKE THOSE LEDGER SHEETS DOWN TO

7   HIS BOSS, RENE VERDUGO, TO ACCOUNT TO HIM HOW MUCH

8   MARIJUANA HAD BEEN IMPORTED DURING WHAT PERIOD OF TIME.

9        MANUEL CRETIN, AN INDIVIDUAL WHO WOULD PURCHASE

10  MARIJUANA FROM RENE VERDUGO, HE TESTIFIED REGARDING THE

11  NUMEROUS TIMES THAT HE PURCHASED MARIJUANA.  HE PURCHASED

12  MARIJUANA IN THOUSAND-POUND QUANTITIES, 2,000-POUND

13  QUANTITIES.  I BELIEVE HIS TESTIMONY WAS THAT A THOUSAND

14  POUNDS, AS I RECALL, WAS $800,000 FOR THE MARIJUANA THAT HE

15  WAS PURCHASING FROM RENE VERDUGO.

16       DAVE WITSGCHER, WHO WAS SITTING ON THE HOUSE WHERE

17  THE MOLDY, ROTTEN MARIJUANA WAS SEIZED, THE APPROXIMATE

18  1600 POUNDS OF MARIJUANA THAT WAS SEIZED AT HIS RESIDENCE,

19  AND THIS WAS THE MARIJUANA THAT WAS IN DISPUTE BECAUSE IT

20  WAS MOLDY, AND RENE VERDUGO AND MIGUEL CARO-QUINTERO, THE

21  BROTHER OF RAFAEL CARO-QUINTERO, CAME UP TO THE RESIDENCE

22  TO INSPECT THE MARIJUANA, TO FIND OUT FOR HIMSELF AND PROVE

23  TO HIMSELF THAT IT WAS MOLDY AND COULD NOT BE SOLD AT THE

24  PRICE THEY HAD REQUESTED.

25       AND THEN YOU HEARD THE TESTIMONY OF TED CASH.

1   TED CASH WAS ONE OF THE HELICOPTER PILOTS.  HE TESTIFIED

2   REGARDING THE NUMEROUS LOADS THAT HE FLEW FOR THE NARCOTICS

3   OPERATION, LOADS WHERE THE MARIJUANA WOULD BE LOADED OFF ON

4   THE MEXICALI AREA, BROUGHT OVER TO THE ARIZONA AREA, AND

5   OFFLOADED THERE.

6        THAT IN TOTAL, BASED UPON ALL OF THEIR TESTIMONY,

7   IT WAS DETERMINED THAT THERE WAS APPROXIMATELY 33 LOADS OF

8   MARIJUANA, EACH WEIGHING APPROXIMATELY THREE TO FOUR

9   THOUSAND POUNDS OF A VALUE AGAIN OF APPROXIMATELY

10  $50 MILLION.  THIS WAS OVER AN APPROXIMATE YEAR OR 10 MONTHS

11  OF TIME.

12       THE POINT BEING:  RENE VERDUGO WORKED FOR

13  RAFAEL CARO-QUINTERO.  THE POINT BEING THAT THE MARIJUANA

14  THAT WAS BEING IMPORTED INTO THE UNITED STATES ON THE

15  SAKORSKY HELICOPTER WAS  RAFAEL CARO-QUINTERO'S MARIJUANA;

16  THE MARIJUANA THAT WAS BEING IMPORTED INTO THE UNITED STATES

17  IN 1983, 1984 AND EARLY 1985 WAS AGAIN CARO'S MARIJUANA.

18       THE GOVERNMENT MAINTAINS THAT IT WAS MARIJUANA

19  BEING CULTIVATED IN FIELDS LIKE THESE ZACATECAS FIELDS, LIKE

20  THESE CHIHUAHUA FIELDS.

21       NOW, VERDUGO'S RELATIONSHIP TO CARO-QUINTERO WAS

22  ESTABLISHED THROUGH THE TESTIMONY OF THESE WITNESSES.

23  DAVID DIETER STATED THAT HE WAS TOLD BY RENE VERDUGO,

24  RENE VERDUGO TOLD HIM, "I AM CARO-QUINTERO'S RIGHT-HAND MAN

25  IN THE NARCOTICS OPERATION."  RENE VERDUGO TOLD DAVID DIETER

1  THAT HE HAD OTHER OPERATIONS, I BELIEVE AS MANY AS 10 OTHER

2  NARCOTICS OPERATIONS LIKE THE SAKORSKY HELICOPTER OPERATION

3  THAT HE WAS INVOLVED IN.

4          MR. PANCER:  EXCUSE ME, MR. GURULE.

5          YOUR HONOR, I OBJECT.  THERE WAS NEVER A MENTION

6  OF 10 IN THE TESTIMONY.

7          THE COURT:  I HAVE INDICATED TO YOU BEFORE THAT I

8  AM NOT GOING TO TRY TO SETTLE THE DISPUTES ABOUT WHAT THE

9  EVIDENCE WAS.  COUNSEL'S STATEMENTS ARE NOT EVIDENCE.  YOU

10 WILL HAVE TO DECIDE WHAT THE EVIDENCE IS IF THIS IS A

11 QUESTION THAT NEEDS TO BE DECIDED BY YOU, AND I WILL LEAVE

12 IT AT THAT.

13         MR. GURULE:  YES, ABSOLUTELY.  IF THERE IS

14 SOMETHING THAT I STATE THAT IS INCORRECT IN TERMS OF YOUR

15 RECOLLECTION OF POUNDS, LOADS, NUMBERS, ANYTHING ELSE, AND

16 YOUR NOTES REFLECT SOMETHING DIFFERENT, THEN I STAND

17 CORRECTED, AND YOUR RECOLLECTION IS CONTROLLING, AND I

18 APOLOGIZE IF IN FACT THAT DOES TAKE PLACE.

19         RENE VERDUGO TOLD MANUEL CRETIN THAT HE WAS GIVEN

20 SPECIAL PREFERENCE BY RAFAEL CARO-QUINTERO, THAT HE COULD

21 GET ANY QUANTITIES OF MARIJUANA THAT HE WANTED, AND HE WAS

22 ON THE TOP OF THE LIST BECAUSE OF HIS SPECIAL RELATIONSHIP

23 THAT HE HAD WITH RAFAEL CARO-QUINTERO.

24         THE SAKORSKY HELICOPTER WAS ACTUALLY INSPECTED

25 DOWN IN CABORCA ON ONE OCCASION BY RAFAEL CARO-QUINTERO.  I

1  BELIEVE YOU WILL RECALL THAT TED CASH TESTIFIED TO THAT.

2  CARO WENT THERE TO INSPECT IT.  RENE VERDUGO WAS PRESENT.

3  RAFAEL CARO-QUINTERO WAS ACTING, THE TESTIMONY WAS, LIKE A

4  KID WITH A NEW TOY.  THIS WAS RAFAEL CARO-QUINTERO'S

5  HELICOPTER.  IT WAS A PART OF THE ASSETS OF HIS BUSINESS,

6  HIS OPERATION, THAT HE HAD WITH RENE VERDUGO, AND THE PERSON

7  THAT BROUGHT THE MONEY UP FROM MEXICO TO THE UNITED STATES

8  FOR THE PURPOSE OF PURCHASING THAT HELICOPTER WAS

9  RENE VERDUGO.

10         YOU HEARD THE TESTIMONY OF SKIP HOLLESTELLE THAT

11  THAT MONEY WAS BROUGHT TO DON WALTERS' HOUSE IN A BRIEFCASE,

12  AND HE, SKIP HOLLESTELLE, COUNTED THAT MONEY, AND THERE WAS

13  APPROXIMATELY 500,000, AND THE ORDERS WERE THAT THAT MONEY

14  WAS TO BE USED TO PURCHASE THE HELICOPTER.

15         YOU HEARD THE TESTIMONY OF LAURIE GLENN.

16  LAURIE GLENN TESTIFIED THAT SHE WAS AT A NEW YEAR'S EVE

17  PARTY IN MEXICO ON JANUARY 1ST, 1985, HAD BEEN THERE

18  DECEMBER 31, 1984 -- IN ANY RESPECT, APPROXIMATELY A MONTH

19  OR FIVE WEEKS BEFORE SPECIAL AGENT CAMARENA WAS ABDUCTED,

20  AND AT THIS PARTY SHE OBSERVED AND IDENTIFIED FOR YOU IN

21  COURT RAFAEL CARO-QUINTERO AND RENE VERDUGO; THAT THEY WERE

22  THERE TOGETHER AT THE PARTY LITERALLY A FEW WEEKS BEFORE THE

23  ABDUCTION OF SPECIAL AGENT CAMARENA.  THEY APPEARED TO BE

24  VERY FRIENDLY AND APPEARED TO KNOW ONE ANOTHER, TO BE VERY

25  CLOSE.

1          YOU HEARD TESTIMONY REGARDING MANUELA, THE SISTER

2  OF RAFAEL  CARO-QUINTERO; THAT RENE VERDUGO AND HIS WIFE

3  WOULD HAVE DINNER ON OCCASION WITH CARO-QUINTERO'S SISTER;

4  THAT MANUELA WOULD COME UP FROM GUADALAJARA TO DO SHOPPING

5  IN THE LOS ANGELES AREA.  SHE CAME UP ON ONE OCCASION, AND

6  SKIP HOLLESTELLE WAS REQUIRED TO KIND OF BABYSIT HER, IN A

7  SENSE, AND RENE VERDUGO'S WIFE ON A SHOPPING SPREE.

8          THE FOLLOWING DAY DAVID DIETER TOOK OVER THAT

9  CHAPERONE RESPONSIBILITY TO TAKE THEM AROUND, DRIVE

10 CARO-QUINTERO'S SISTER AROUND ALONG WITH RENE VERDUGO'S WIFE.

11 AGAIN THIS IS ESTABLISHING THE CLOSENESS BETWEEN THE

12 VERDUGOS AND THE CARO-QUINTEROS; THAT THEY WERE SOCIALIZING,

13 WORKING TOGETHER, DINNERS, SHOPPING TOGETHER ON NUMEROUS

14 OCCASIONS.

15         THEN AGAIN THE PRESENCE OF RENE VERDUGO AT

16 881 LOPE DE VEGA.  NOW, REGARDING THE PRESENCE OF

17 RENE VERDUGO AT LOPE DE VEGA, YOU HEARD EXTENSIVE TESTIMONY

18 PROVIDED BY SPECIAL AGENT MICHAEL MALONE WITH THE FEDERAL

19 BUREAU OF INVESTIGATION AS TO HOW IT WAS THAT THE GOVERNMENT

20 WAS ABLE TO ESTABLISH THAT RENE VERDUGO WAS AT THE HOUSE;

21 THAT SPECIAL AGENT CAMARENA HAD BEEN KEPT AT THE HOUSE; THAT

22 ALFREDO ZAVALA HAD BEEN KEPT AT THE HOUSE, AND THAT A NAME

23 THAT I WILL NOW MENTION FOR THE FIRST TIME IN MY CLOSING

24 ARGUMENT, SERGIO ESPINO-VERDIN, WAS ALSO PRESENT AT THE

25 HOUSE.

49

1        AS YOU WILL RECALL, YOU HEARD THE INTERROGATION

2   TAPES, COPIA 2 AND COPIA 4.  THE INTERROGATION TAPES WERE

3   PLAYED FOR YOU.  YOU HAD AN OPPORTUNITY TO OBSERVE ON THE

4   LARGE VIDEO SCREEN THE TAPES THEMSELVES AND THE ENGLISH

5   TRANSLATION OF THE TAPES.  AT ONE POINT IN THE TAPES,

6   SPECIAL AGENT CAMARENA WAS QUESTIONED ABOUT MEMBERS OF THE

7   NARCOTICS ORGANIZATION THAT HE KNEW, THAT HE ASSOCIATED WITH.

8   AND WHEN THEY WERE ASKING HIM, WHEN HE WAS BEING QUESTIONED

9   ABOUT "WHO DO YOU KNOW THAT WORKS FOR RAFAEL CARO-QUINTERO,"

10  AT THIS PARTICULAR TIME YOU MAY RECALL THAT SPECIAL AGENT

11  CAMARENA WAS WEAK FROM THE BEATINGS THAT HE HAD BEEN GIVEN,

12  THAT HE WAS HAVING A HARD TIME, GASPING FOR HIS BREATH, HE

13  WAS HAVING A HARD TIME PHYSICALLY HOLDING HIMSELF TOGETHER

14  IN RESPONSE TO THE REPEATED QUESTIONS THAT WERE BEING ASKED

15  TO HIM; AND THE INTERROGATOR KEPT ASKING, "WHO IS IT?  WHO

16  DO YOU KNOW THAT WORKS FOR RAFAEL CARO-QUINTERO."

17        AND AT THIS POINT HE SAYS, "I KNOW SOMEONE."  THIS

18  IS CAMARENA SPEAKING ON THE INTERROGATION TAPE.  "I KNOW

19  SOMEONE WHO PASSES MARIJUANA FOR HIM" -- REFERRING TO

20  RAFAEL CARO-QUINTERO -- "WHO DISTRIBUTES MARIJUANA FOR HIM

21  IN MEXICALI."  MEXICALI, AGAIN, IS THE HOME TOWN OF

22  RENE VERDUGO WHERE HE HAD HIS RESIDENCE.

23        AND THE INTERROGATOR AT THAT TIME COMES BACK AND

24  SAYS, "WHO IS HE?  WHO IS THIS PERSON YOU KNOW THAT PASSES

25  MARIJUANA, CAMARENA, FOR CARO OUT OF MEXICALI?"

50

1         CAMARENA RESPONDS, "I NEED SOME TIME TO THINK."

2         AND THE INTERROGATOR IN A VERY BRUTISH, VERY

3  CALLOUS RESPONSE, COMES BACK AND SAYS, "I WILL GIVE YOU

4  TIME.  I WILL GIVE YOU TIME TO THINK.  YOU THINK.  WHO DO YOU

5  KNOW?  WHAT IS HIS NAME?"

6         AND AT THAT TIME SPECIAL AGENT CAMARENA COMES

7  BACK AND SAYS, "RENE VERDUGO."

8         AND THEN THERE WERE FOLLOW-UP QUESTIONS:  "WHAT

9  DO YOU KNOW ABOUT THIS RENE?  WHAT DO YOU KNOW ABOUT THIS

10  RENE?  WHAT CAN YOU TELL US ABOUT THIS RENE VERDUGO WHO

11  DISTRIBUTES MARIJUANA OUT OF MEXICALI FOR RAFAEL CARO-

12  QUINTERO?"  HE IS QUESTIONED SPECIFICALLY ABOUT RENE VERDUGO

13  AT THIS TIME.

14         THE GOVERNMENT MAINTAINS THAT THE PRIMARY

15  INTERROGATOR, AND THE EVIDENCE HAS SHOWN THROUGH THE

16  TESTIMONY OF SPECIAL AGENT BOBBY CASTILLO AND SPECIAL AGENT

17  DALE STINSON, THAT THE PRIMARY INTERROGATOR DURING THE

18  INTERROGATION WAS SERGIO ESPINO-VERDIN, AN EX-COMMANDANTE

19  OF THE MEXICAN FEDERAL JUDICIAL POLICE.  HE WAS THE ONE WHO

20  WAS QUESTIONING SPECIAL AGENT CAMARENA AT THIS TIME.

21         WHY IS IT -- BESIDES ITS OBVIOUS SIGNIFICANCE --

22  THAT THAT HAS ADDITIONAL SIGNIFICANCE IN THIS CASE?  THAT

23  SIGNIFICANCE IS AS FOLLOWS.  YOU HAD IDENTIFIED FOR YOU

24  GOVERNMENT'S EXHIBIT 56.  YOU SAW PHOTOGRAPHS, A NUMBER OF

25  PHOTOGRAPHS, OF 881 LOPE DE VEGA, THE CARO-QUINTERO COMPOUND,

1   THE RESIDENCE OF CARO-QUINTERO, WHERE HE WAS RESIDING ON

2   FEBRUARY 7 AND FEBRUARY 8; AND IN THE BACK OF THE HOUSE YOU

3   HAD IDENTIFIED FOR YOU THE GUEST HOUSE, A PHYSICAL STRUCTURE

4   THAT WAS SEPARATE AND APART FROM THE MAIN HOUSE.  IT WAS NOT

5   ATTACHED.  IT WAS SOME DISTANCE BEHIND THE MAIN HOUSE.  IT

6   WAS OF INTERESTING DIMENSIONS, INTERESTING PHYSICAL

7   CHARACTERISTICS -- BARRED WINDOWS APPROXIMATELY SIX FEET UP

8   FROM THE GROUND, HEAVY STEEL DOOR.  IT WOULD BE DIFFICULT

9   FOR ANYONE TO ACTUALLY LOOK INTO THE HOUSE FROM THE WINDOWS

10  BECAUSE THE WINDOWS WERE SO HIGH; A HEAVY STEEL DOOR TO

11  MUFFLE ANY SOUNDS OR ANY CRIES OF PAIN, ANY SHRIEKS OF PAIN

12  AND ANGUISH, CRYING, SCREAMING, YELLING -- PERFECT PLACE TO

13  SERVE AS A TORTURE CHAMBER FOR SPECIAL AGENT CAMARENA AND

14  ALFREDO ZAVALA.

15          NOW, THE GOVERNMENT PRESENTED RELATIVE TO THE

16  FORENSICS EVIDENCE THE FOLLOWING EVIDENCE:  THAT IN THIS

17  GUEST HOUSE FBI AGENTS WERE ALLOWED TO GO IN AND PERFORM A

18  FORENSICS SWEEP OF THE CARPETING INSIDE THE GUEST HOUSE AND

19  THAT IN ONE QUADRANT -- SPECIAL AGENT MALLONE CHECKED THE

20  ROOM AND DIVIDED IT UP INTO QUADRANTS, AND HE WOULD VACUUM-

21  SWEEP ONE QUADRANT OF THE ROOM AT A TIME.

22          IN ONE QUADRANT HE FOUND HAIRS MATCHING IN EVERY

23  COMPARABLE RESPECT THE KNOWN HAIRS THAT HE HIMSELF TOOK AT

24  A LATER TIME FROM THE HEAD OF RENE VERDUGO, AND HE FOUND

25  THAT HAIR -- AND AGAIN I WANT TO EMPHASIZE ONE HAIR -- HE

1   FOUND ONE HAIR MATCHING RENE VERDUGO'S HAIR IN EVERY

2   MICROSCOPICALLY COMPARABLE CHARACTERISTIC IN THIS GUEST

3   HOUSE.  IN THAT SAME QUADRANT, THAT SAME LIMITED AREA, HE

4   FOUND HAIR OF SPECIAL AGENT CAMARENA, MATCHING SPECIAL

5   AGENT CAMARENA'S HAIR, IN EVERY COMPARABLE, PHYSICAL AND

6   MEASURABLE, MICROSCOPIC WAY.

7           IN THIS SAME ROOM WAS FOUND A HAIR THAT AGAIN

8   MATCHED THE HAIR OF SERGIO ESPINO-VERDIN, THE INTERROGATOR,

9   THE PRIMARY INTERROGATOR, IN THE SAME ROOM AND SAME LOCATION.

10          AND CARPET FIBERS WERE REMOVED FROM THE SWEATSHIRT

11  OF ALFREDO ZAVALA WHEN HE WAS TAKEN TO THE MORGUE IN

12  GUADALAJARA, AND FBI AGENTS WERE ALLOWED TO TAKE SAMPLES OF

13  ZAVALA'S CLOTHING.  AS YOU WILL RECALL, THEY WERE ALLOWED TO

14  TAKE SAMPLES OF THE ROPE BINDINGS AND OF THE BLINDFOLD AND

15  OF HIS CLOTHES AND HAIR.

16          AGAIN CARPET FIBERS ON HIS CLOTHING MATCHED THE

17  CARPET FIBERS IN EVERY COMPARABLE RESPECT TO THE CARPET THAT

18  WAS FOUND IN THE GUEST HOUSE AT 881 LOPE DE VEGA.

19          NOW, WHAT DOES THAT MEAN?  IS IT JUST COINCIDENTAL?

20  IS IT SIMPLY COINCIDENTAL?  AND I AM CERTAIN THAT THAT IS

21  WHAT RENE VERDUGO WOULD HAVE YOU BELIEVE.  SIMPLY

22  COINCIDENTAL THAT HE HAPPENED TO BE IN THIS DETACHED GUEST

23  HOUSE THAT IS SEPARATE AND APART FROM THE MAIN HOUSE, WHERE

24  THERE WOULD BE NO REAL REASON TO GO IN THERE, INTO THAT

25  PARTICULAR DETACHED AREA; AND THAT HIS HAIR IS FOUND, AND

1   THE PRIMARY INTERROGATOR'S HAIR IS FOUND THAT IS IDENTIFIED

2   ON THE INTERROGATION TAPES, ON THE VOICE THAT IS IDENTIFIED

3   ON THE INTERROGATION TAPES, AND FORENSICS EVIDENCE AS TO BOTH

4   VICTIMS IS FOUND IN THE SAME ROOM.

5            THE GOVERNMENT SUBMITS THAT IT IS NO COINCIDENCE.

6   IT IS WHAT IT IS.  IT IS WHAT IT APPEARS TO BE.  NOTHING

7   MORE, NOTHING LESS.  THESE TWO VICTIMS WERE TAKEN INTO THAT

8   GUEST HOUSE, AND THAT IS WHERE THEY WERE BRUTALLY TORTURED,

9   INTERROGATED, AND MURDERED.  SERGIO ESPINO WAS IN THERE,

10  LADIES AND GENTLEMEN.  SERGIO ESPINO WAS IN THERE ASKING

11  SPECIAL AGENT CAMARENA ABOUT THE PERSON THAT HE KNEW THAT

12  DISTRIBUTED MARIJUANA FOR RAFAEL CARO-QUINTERO IN MEXICALI.

13  HE WAS IN THERE ASKING CAMARENA ABOUT RENE VERDUGO.  AND

14  WHEN RENE VERDUGO'S NAME CAME UP, HE WAS ASKING ADDITIONAL

15  QUESTIONS.

16            "TELL ME MORE ABOUT THIS VERDUGO?  WHAT CAN YOU

17  TELL ME ABOUT THIS VERDUGO?"  AND YOU HAD BETTER BELIEVE THAT

18  WHEN RENE VERDUGO LEARNED THIS, THAT CAMARENA WAS IN THERE

19  BEING INTERROGATED, AND HE KNEW HIM, CAMARENA KNEW ABOUT

20  RENE VERDUGO, AND THIS HELICOPTER OPERATION HAD JUST BEEN

21  TAKEN DOWN A FEW DAYS BEFORE -- AND REMEMBER, LADIES AND

22  GENTLEMEN, VERDUGO IS THERE ON THE 8TH, THE DAY AFTER HIS

23  ABDUCTION.  THERE IS NO QUESTION HE IS IN THE HOUSE AT THE

24  COMPOUND.

25            AND WHEN ESPINO-VERDIN FOUND OUT THAT CAMARENA

1    KNEW ABOUT VERDUGO, YOU HAD BETTER BELIEVE THAT THIS

2    INDIVIDUAL, RENE VERDUGO, WAS IN THERE IMMEDIATELY

3    THEREAFTER, WANTING TO KNOW WHAT ELSE CAMARENA KNEW ABOUT

4    RENE VERDUGO.  "WHAT ELSE DO YOU KNOW ABOUT ME?  WHAT ELSE

5    DO YOU KNOW ABOUT MY OPERATION?  WHAT ELSE DO YOU KNOW ABOUT

6    MY HELICOPTER BUSINESS?  WHAT ELSE DO YOU KNOW ABOUT PEOPLE

7    THAT ARE WORKING FOR ME?  WHO ARE YOUR SNITCHES?  WHO ARE

8    YOUR DEA SNITCHES THAT ARE INFILTRATING OUR ORGANIZATION?

9    HOW WERE YOU ABLE TO SEIZE OUR HELICOPTER AND 4,000 POUNDS?"

10            HE WAS THERE, AND THAT IS WHY HE WAS THERE.  THAT

11   WAS THE EXPRESS REASON HE WAS THERE, AND THAT IS WHY HE WAS

12   IN THAT ROOM.  HE PARTICIPATED IN THE INTERROGATION.  HE

13   WAS ASKING QUESTIONS OF THE CAPTIVE, CAMARENA, AND HE WAS

14   SEEKING INFORMATION, AND INFORMATION WAS BEING PASSED ON TO

15   HIM AT VARIOUS INTERVALS DURING THE TIME HE WAS THERE AND

16   SPECIAL AGENT CAMARENA WAS THERE.  THAT IS NOT COINCIDENCE,

17   LADIES AND GENTLEMEN.  THAT IS THE WAY IT HAPPENED.

18            NOW, THE EVIDENCE THAT PUTS SPECIAL AGENT CAMARENA

19   AT THE HOUSE AT 881 LOPE DE VEGA IS NOT LIMITED TO A HAIR;

20   IT IS NOT LIMITED TO A STRAND OF FORENSIC EVIDENCE; BUT IT

21   IS MULTI-FOLD.

22            YOU HEARD THE TESTIMONY OF SPECIAL AGENT MALONE

23   RELATIVE TO HIS FORENSICS SWEEPS, NOT SIMPLY OF THE GUEST

24   HOUSE.  THEY CONDUCTED VACUUM SWEEPINGS OF EVERY ROOM, EVERY

25   CARPET IN THAT HOUSE, AND EVIDENCE OF CAMARENA'S PRESENCE

1  WAS NOT SIMPLY LIMITED TO THE GUEST HOUSE.  HE IDENTIFIED

2  THIS CHART, AND HE TESTIFIED AND IDENTIFIED THESE VARIOUS

3  PHOTOS.  HE IDENTIFIED FOR YOU A PILLOWCASE.  I THINK YOU

4  WILL RECALL THERE WAS A PILLOWCASE.  IT WAS A BLUE-GREENISH

5  COLORED FLOWER PATTERN PILLOWCASE THAT HE SAYS HE PHYSICALLY

6  REMOVED FROM BEDROOM SIX OF THE HOUSE ITSELF.  HE WENT IN

7  THERE, AND HE WAS INVESTIGATING AND HE FOUND THE PILLOWCASE,

8  AND HE PHYSICALLY REMOVED IT.

9        HE LATER TOOK A PORTION OF THAT PILLOWCASE AND HE

10  COMPARED IT WITH A REPRESENTATIVE SAMPLE TAKEN FROM THE

11  BURIAL SHROUD IN WHICH THE BODY OF CAMARENA WAS WRAPPED,

12  AND HE COMPARED THAT SHEET AROUND THE BODY OF CAMARENA WITH

13  THE PILLOWCASE THAT HE REMOVED FROM THE HOUSE, AND HE STATED

14  THAT IT MATCHED IN EVERY COMPARABLE CHARACTERISTIC.  IT

15  MATCHED IN COLOR, THE PATTERN, THE PRINT, THE WEAVE OF THE

16  FIBER.  IN EVERY MICROSCOPIC CHARACTERISTIC MEASURABLE IT

17  WAS CONSISTENT, AND THE REASON BEING THAT THE SHEET FROM

18  THAT BED THAT WAS IN BEDROOM SIX WAS REMOVED, AND AFTER

19  CAMARENA WAS MURDERED, HIS BODY WAS REMOVED FROM THE HOUSE.

20        THEY WERE NOT GOING TO REMOVE THE BODY JUST IN

21  BROAD DAYLIGHT.  THEY AT LEAST THOUGHT THEY SHOULD COVER THE

22  BODY SO THAT THE FACE WOULD BE COVERED SO IF ANYBODY WAS ON

23  THE GROUNDS OR IF ANYBODY HAPPENED TO BE LOOKING OR PEAKING

24  THROUGH THE GATE OR PEAKING THROUGH THE FENCE THAT THEY

25  WOULD NOT BE ABLE TO SEE AND IDENTIFY THE BODY.  THE COVERED

1   THE BODY OF CAMARENA WITH THAT SHEET, AND THAT WAS THE SHEET

2   THAT WAS FOUND WRAPPED AROUND THE BODY IN THE OPEN FIELD

3   APPROXIMATELY A MONTH LATER.

4         CARPET FIBERS WERE TAKEN FROM BEDROOM NUMBER FOUR.

5   THOSE CARPET FIBERS THAT SPECIAL AGENT MALLONE TOOK HIMSELF

6   MATCHED THE CARPET FIBERS REMOVED FROM THE BURIAL SHROUD,

7   FROM THE SHEET THAT WAS FOUND ON THE BODY.  CAMARENA WAS IN

8   BEDROOM NUMBER FOUR AT SOME PARTICULAR POINT IN TIME.

9         IN ADDITION TO CARPET FIBERS BEING FOUND ON THE

10   BURIAL SHEET THAT MATCHED THE CARPET IN BEDROOM NUMBER FOUR,

11   CAMARENA'S HAIRS WERE FOUND IN BEDROOM NUMBER FOUR.

12         NOW, IT IS INTERESTING AT THIS POINT BECAUSE

13   SPECIAL AGENT MALLONE TESTIFIED THAT SOME OF THE HAIRS THAT

14   HE FOUND, I BELIEVE AT LEAST THE ONE IN BEDROOM NUMBER FOUR,

15   HAD BEEN FORCIBLY REMOVED.  HE TALKED ABOUT THE TEARING AND

16   THE RIPPING AND THE BREAKING OF THE HAIR AND DISTINGUISHED

17   BETWEEN FORCIBLY REMOVED HAIRS AND NATURALLY REMOVED HAIRS.

18   IT WAS FORCIBLY REMOVED, AND THE REASON IT WAS FORCIBLY

19   REMOVED WAS BECAUSE FORCE WAS USED, VIOLENCE WAS USED ON

20   SPECIAL AGENT CAMARENA WHILE HE WAS HELD IN BEDROOM NUMBER

21   FOUR.  AT SOME POINT IN TIME DURING HIS CAPTIVITY, HE WAS

22   KEPT IN BEDROOM NUMBER FOUR.  HE WAS BEATEN.  HE WAS HIT.

23   HIS HAIR WAS PULLED AS HE WAS BEING CONFINED IN THAT

24   PARTICULAR ROOM.

25         ALSO, AS YOU WILL RECALL, ON THE PREMISES WAS THE

1    VOLKSWAGEN ATLANTIC, A SMALL, KIND OF LIKE A JETA, TAN-

2    COLORED VEHICLE.  INSIDE THAT VEHICLE WERE FOUND CAMARENA'S

3    HAIR, AND INSIDE THAT VEHICLE WERE ALSO FOUND HAIR THAT HAD

4    BEEN FORCIBLY REMOVED FROM SPECIAL AGENT CAMARENA, AGAIN

5    INDICATING THAT THIS VEHICLE WAS USED, AND POSSIBLY -- VERY

6    PROBABLY -- USED INITIALLY IN THE ABDUCTION OF SPECIAL AGENT

7    CAMARENA; AND WHEN HE WAS PLACED IN THAT VEHICLE, FORCE WAS

8    USED TO KEEP HIM IN THERE, TO PUSH HIM DOWN, TO PUSH HIS

9    HEAD DOWN, SO THAT HE WOULD NOT BE SEEN OR HEARD FROM

10   PASSERSBY.  AND DURING THAT STRUGGLE WITH HIS CAPTORS WAS

11   HOW HIS HAIR WAS FORCIBLY REMOVED AND DEPOSITED IN THE

12   VOLKSWAGEN ATLANTIC.

13        AGAIN THERE ARE CARPET FIBERS THAT MATCH THE

14   CARPET FOUND ON THE BODY OF CAMARENA, THAT MATCH CARPET

15   FIBERS IN BEDROOM NUMBER THREE.

16        THERE WERE CARPET FIBERS AGAIN ASSOCIATED WITH

17   CAMARENA TAKEN FROM THE SHEET THAT MATCHED THE CARPET IN

18   BEDROOM NUMBER TWO.

19        IT APPEARS THAT AT VARIOUS POINTS IN TIME DURING

20   HIS CAPTIVITY WHEN HE WAS HELD AT LOPE DE VEGA, HE WAS HELD

21   IN DIFFERENT ROOMS.  THEY HELD HIM IN ONE ROOM AND HE WAS

22   BEING INTERROGATED IN THAT ROOM FOR A PERIOD OF TIME.  HE

23   WOULD THEN BE REMOVED FOR WHATEVER REASON TO ANOTHER ROOM

24   IN THE COMPOUND AT THE HOUSE, HELD THERE, INTERROGATED

25   THERE; BUT ULTIMATELY IT TURNED OUT THAT THE GUEST HOUSE WAS

1   THE MOST SECURE PLACE, THE MOST SOUNDPROOF ROOM FOR HIS

2   INTERROGATION AND FOR THE BEATINGS.

3           BUT THE POINT IS THAT HIS PRESENCE IS PROVEN THERE.

4   THE GOVERNMENT SUBMITS THAT HIS PRESENCE AT LOPE DE VEGA IS

5   PROVEN THERE BEYOND ANY DOUBT BY THE SHEET, BY THE CARPET

6   FIBERS, BY THE EVIDENCE OF THE HAIRS, BY THE EVIDENCE OF

7   THE BINDINGS.  YOU WILL REMEMBER THAT THERE WERE SAMPLES OF

8   THE BINDINGS REMOVED, THAT WERE TAKEN DURING THE AUTOPSY,

9   AND THESE BINDINGS MATCHED SOME ROPE THAT WAS FOUND IN A

10  COVERED PATIO AREA HERE, AND THE GOVERNMENT SUBMITS THAT

11  THAT ROPE WAS TAKEN, IT WAS CUT, AND IT WAS USED TO BIND

12  THE FEET AND HANDS OF SPECIAL AGENT CAMARENA; AND AGAIN IT

13  IS NOT COINCIDENTAL THAT THAT ROPE AROUND THE WRISTS AND

14  FEET MATCHES THE ROPE FOUND IN LOPE DE VEGA IN TERMS OF THE

15  TEXTURE, IN TERMS OF THE BRAIDING, IN TERMS OF THE WEAVE,

16  IN TERMS AGAIN OF EVERY PHYSICAL CHARACTERISTIC THAT IS

17  MEASURABLE.

18          NOW, THE EVIDENCE AGAINST RENE VERDUGO IS NOT

19  LIMITED TO THE STRONG MOTIVE EVIDENCE IN TERMS OF THE FACT

20  THAT TWO DAYS PRIOR TO THE KIDNAPPING HIS OPERATION IS TAKEN

21  DOWN IN ARIZONA AND THE FACT THAT THE FORENSICS EVIDENCE

22  PLACES HIM IN THE TORTURE CHAMBER OF THE HOUSE.

23          IN ADDITION, WE HAVE THE INTERROGATION TAPES THAT

24  I HAVE DISCUSSED.  IN ADDITION TO THAT, WE HAVE ADMISSIONS

25  BY RENE VERDUGO, ADMISSIONS RELATIVE TO HIS PARTICIPATION IN THE

1    HOLDING OF CAMARENA AND THE INTERROGATION OF CAMARENA AT THE

2    HOUSE.

3            YOU HEARD FROM GEORGE GOMEZ-ESPANA, THE REAL

4    ESTATE AGENT WHO WENT TO LOPE DE VEGA ON THE 8TH, THE DAY

5    AFTER THE KIDNAPPING, AND HE WENT THERE TO TALK -- OR TO

6    HAVE A FRIEND OF HIS TALK TO RAFAEL CARO-QUINTERO, AND HE

7    WAITED IN THE KITCHEN AREA, AND WHEN HIS FRIEND CAME OUT,

8    THEY WERE IN THE PROCESS OF LEAVING THE HOUSE, AND WHO DID

9    THEY RUN INTO BUT RENE VERDUGO.

10            AND HE IDENTIFIED RENE VERDUGO HERE IN THE

11   COURTROOM, AND HE SAID THAT RENE VERDUGO ASKED HIM FOR A

12   RIDE TO THE HOTEL WHERE HE HAD CHECKED IN THE DAY BEFORE,

13   FEBRUARY 7. DURING THE RIDE TO THE HOTEL, VERDUGO ASKED

14   HIM, "WHAT ARE YOU DOING HERE? WHAT ARE YOU DOING OVER AT

15   LOPE DE VEGA, AT CARO'S HOUSE?" OR WORDS TO THAT EFFECT.

16            AND GOMEZ-ESPANA RESPONDED THAT HE WAS THERE

17   TAKING CARE OF HIS PROBLEM. THAT HE HAD SUSPECTED THAT

18   CARO-QUINTERO BELIEVED THAT GOMEZ-ESPANA WAS WORKING FOR

19   THE DEA. IF YOU ARE SUSPECTED OF WORKING FOR DEA BY

20   CARO-QUINTERO, IT IS LIKE A DEATH WARRANT. SO HE HAD TO GET

21   THAT PROBLEM RESOLVED FOR FEAR HIS LIFE WOULD BE TAKEN AS

22   WELL, AND HE FEARED FOR HIS LIFE.

23            AND IN RESPONSE TO THAT VERDUGO STATED, "THAT IS

24   NOT A PROBLEM." HE WAS REFERRING TO THE PROBLEM THAT

25   GOMEZ-ESPANA DISCUSSED. HE SAID, "WE TOOK CARE OF A PROBLEM,

1   DIDN'T WE, COMMANDANTE?"   REFERRING TO THE COMMANDANTE WHO

2   WAS ACCOMPANYING RENE VERDUGO AT THIS TIME.   "WE TOOK CARE

3   OF A PROBLEM."

4            RENE VERDUGO AND OTHERS TOOK CARE OF A PROBLEM AT

5   LOPE DE VEGA.   RENE VERDUGO AND OTHERS TOOK CARE OF A

6   PROBLEM, AND THAT PROBLEM WAS A DEA PROBLEM.   THAT PROBLEM

7   WAS ENRIQUE CAMARENA, AND RENE VERDUGO WAS TALKING ABOUT

8   ENRIQUE CAMARENA.   IT WAS ENRIQUE CAMARENA HE WAS REFERRING

9   TO AS THE PROBLEM THEY HAD JUST TAKEN CARE OF, AND THAT

10  PROBLEM WAS FOUND ON MARCH 5TH IN AN OPEN FIELD, THE BADLY

11  DECOMPOSED BODY THAT HAD BEEN BEATEN AND BATTERED TO DEATH.

12           AND HE MADE ANOTHER ADMISSION AT A LATER DATE.   I

13  BELIEVE IT WAS IN MARCH OF 1985.   RENE VERDUGO WAS WITH

14  DONALD WALTERS, THE PERSON WHO WAS RESPONSIBLE BASICALLY

15  FOR THE NARCOTICS OPERATION IN THE UNITED STATES, FOR THE

16  STASH HOUSE AND SO ON.

17           VERDUGO WAS THE CONTACT PERSON WITH CARO-QUINTERO

18  IN MEXICO AND RESPONSIBLE FOR THE MARIJUANA.   AND

19  SKIP HOLLESTELLE IS ALSO PRESENT AT THIS TIME IN

20  DONALD WALTERS' VEHICLE.   I BELIEVE IT WAS A MERCEDES-BENZ.

21  THEY ARE GOING FOR A RIDE AND THEY ARE ON THE FREEWAY, AND

22  DONALD WALTERS IS DRIVING, AND RENE VERDUGO IS IN THE FRONT

23  SEAT ON THE PASSENGER'S SIDE, AND WE HAVE GOT IN THE BACK

24  SEAT SKIP HOLLESTELLE.   HE WASN'T REALLY PAYING ALL THAT

25  CLOSE ATTENTION TO THE CONVERSATION BETWEEN WALTERS AND

1  VERDUGO UNTIL HE HEARD THE WORD "NARC" BY RENE VERDUGO.

2  WELL, BEING THAT HE WAS A NARCOTICS TRAFFICKER HIMSELF, THE

3  WORD NARC OBVIOUSLY WAS A WORD THAT WOULD CATCH HIS

4  ATTENTION, AND AS SOON AS HE HEARD THE WORD NARC, HE PERKED

5  UP AND PAID ATTENTION.  AND AT THAT TIME HE HEARD VERDUGO

6  MAKE THE FOLLOWING STATEMENT, "THE NARC" -- AND THEN HE

7  SAID, "HE WAS BEGGING AND CRYING.  THEY BEAT THE SHIT OUT

8  OF HIM."  WORDS TO THAT EFFECT.  THE NARC WAS BEGGING.  THE

9  NARC WAS CRYING, AND THE NARC, THEY BEAT THE SHIT OUT OF

10 HIM.

11         NOW, IT DOESN'T TAKE MUCH TO FIGURE OUT WHO

12 RENE VERDUGO WAS REFERRING TO AT THAT TIME AS BEING THE

13 NARC.  IT DOESN'T TAKE MUCH TO FIGURE OUT WHO WAS BEGGING

14 FOR HIS LIFE, WHO WAS CRYING AS THEY WERE BEATING HIM.  THAT

15 NARC WAS SPECIAL AGENT CAMARENA, ENRIQUE CAMARENA, WHO

16 RENE VERDUGO SAW.  HE WAS SPEAKING FROM HIS OWN OBSERVATIONS

17 AS TO WHAT HE SAW AT LOPE DE VEGA WHEN HE WAS THERE.

18         AND I SUBMIT TO YOU THAT HE DID SEE THIS POOR MAN

19 BEING BEATEN TO DEATH, BEGGING FOR HIS LIFE, CRYING FOR

20 MERCY, BEGGING FOR MERCY, AND HE STOOD THERE AND DID NOTHING

21 BUT LET THIS CONTINUE ON, DID NOTHING BUT CONTINUE TO ASK

22 THE INTERROGATOR ESPINO-VERDIN TO CONTINUE THE INVESTIGATION,

23 CONTINUE THE QUESTIONING TO FIND OUT WHAT ELSE HE KNEW ABOUT

24 THE VERDUGO OPERATION.

25         ONE LAST POINT THAT I WOULD LIKE TO MAKE ON

RENE VERDUGO, AND I WILL MOVE ON TO RAUL LOPEZ-ALVAREZ.  THE

RECORDS OF THE HYATT REGENCY HAVE BEEN INTRODUCED AS

EXHIBITS.  THEY ARE IN EVIDENCE.  YOU WILL THEREFORE HAVE AN

OPPORTUNITY TO TAKE THESE HOTEL RECORDS INTO THE JURY

DELIBERATION ROOM WHEN YOU COMMENCE YOUR JURY DELIBERATION.

YOU WILL SEE THAT I AM REFERRING TO GOVERNMENT'S EXHIBIT 120,

AND THEN IT GOES A THROUGH G MARKED FOR IDENTIFICATION.

THE FRONT SHEET OF THE DOCUMENT HAS THE NAME

RENE VERDUGO.  IT AGAIN SHOWS THAT HE CHECKED INTO THE

HYATT REGENCY ON FEBRUARY 7, AT APPROXIMATELY 4:50 P.M.  AND

THEN YOU WILL SEE ON THE RECEIPT A NUMBER OF CHARGES THAT ARE

LISTED, AND A NUMBER OF THOSE CHARGES INCLUDE LONG-DISTANCE

TELEPHONE CALLS.  LONG-DISTANCE CALLS WERE MADE FROM THE

ROOM RENE VERDUGO WAS STAYING IN AFTER HE CHECKED INTO THE

HYATT REGENCY HOTEL.

THE GOVERNMENT MAINTAINS THAT HE CHECKED INTO

ROOM 1864 AT THE HYATT REGENCY, AND IN FACT RELATIVE TO THE

TELEPHONE CALLS AND THE ROOM SERVICES, THIS SHEET WILL

CORRESPOND TO THAT PARTICULAR ROOM.

ALSO RECEIVED INTO EVIDENCE IS A COPY OF

TELEPHONE TOLLS, LONG-DISTANCE TELEPHONE RECORDS, OF

881 LOPE DE VEGA.  THERE IS A VERY INTERESTING CONNECTION

BETWEEN TELEPHONE CALLS THAT WERE MADE FROM THE HYATT

REGENCY SHORTLY, IF NOT IMMEDIATELY, AFTER RENE VERDUGO

CHECKED INTO THE HOTEL ON THE 7TH, THE DAY OF THE KIDNAPPING.

1   LONG-DISTANCE TELEPHONE CALLS WERE MADE THE SAME DAY,

2   FEBRUARY 7TH, FROM 881 LOPE DE VEGA.  THE TIMES, BY THE WAY,

3   ARE INCLUDED ON SOME RECEIPTS THAT ARE ATTACHED TO THE

4   HYATT REGENCY CALLS, SO THAT YOU WILL BE ABLE TO EXAMINE

5   NOT ONLY THE NUMBERS, BUT THE ROOM FROM WHERE THE CALL WAS

6   PLACED AND THE DATE AND THE TIME THEY WERE PLACED.  THAT

7   INFORMATION IS CONTAINED FOR YOUR REVIEW AND EXAMINATION.

8          BUT THE INTERESTING POINT IS THIS.  HE CHECKS INTO

9   THE HOTEL APPROXIMATELY 4:50 P.M.  AT 4:56 P.M., IN

10  LITERALLY MINUTES OF CHECKING INTO THE HOTEL, A CALL IS

11  PLACED FROM VERDUGO'S ROOM TO THIS NUMBER:  42894.  SHORTLY

12  AFTER THIS CALL WAS PLACED, APPROXIMATELY 20 OR 25 MINUTES

13  LATER, AT 5:21 P.M., ANOTHER CALL WAS PLACED FROM

14  RENE VERDUGO'S ROOM, AND THAT CALL WAS PLACED TO A MEXICAN

15  TELEPHONE NUMBER, AND THAT IS WHY THE NUMBERS ARE ONLY A

16  FIVE-DIGIT NUMBER.  THEY ARE OBVIOUSLY NOT NUMBERS THAT WE

17  ARE FAMILIAR WITH.

18         BUT A CALL WAS PLACED FROM VERDUGO'S ROOM TO 65053,

19  A MEXICAN TELEPHONE NUMBER.  NOW, WHEN YOU LOOK AT THE

20  LOPE DE VEGA TELEPHONE CALLS, LONG-DISTANCE CALLS, YOU WILL

21  SEE THAT ON THAT SAME DATE FROM LOPE DE VEGA THIS SAME

22  65053 NUMBER WAS CALLED TWICE ON FEBRUARY 7TH, AND THE SAME

23  42894 NUMBER THAT WAS CALLED IMMEDIATELY UPON VERDUGO'S

24  ARRIVAL AT THE HYATT REGENCY HOTEL WAS CALLED FROM LOPE DE

25  VEGA.  THESE SAME TWO TELEPHONE NUMBERS.

1        NOW, THERE WERE OTHER CALLS THAT WERE MADE.  I

2   DON'T MEAN TO IMPLY THAT THESE WERE THE ONLY NUMBERS THAT

3   WERE CALLED FROM THE HYATT REGENCY OR THE ONLY NUMBERS THAT

4   WERE CALLED FROM LOPE DE VEGA, BUT IT IS INTERESTING THAT

5   THESE SAME NUMBERS WERE CALLED ON THE SAME DAY FROM BOTH

6   LOCATIONS.

7        I SUBMIT TO YOU, LADIES AND GENTLEMEN, THAT THE

8   REASON THAT THESE NUMBERS WERE CALLED FROM LOPE DE VEGA WAS

9   BECAUSE THE SAME PERSON WAS INTERESTED IN MAKING THE CALL.

10  IN FACT, THE SAME PERSON MADE THE CALL IN AN ATTEMPT TO

11  REACH THE PEOPLE AT THESE TWO NUMBERS, AND THAT INDIVIDUAL

12  WAS RENE VERDUGO.

13        RENE VERDUGO CHECKS INTO THE HOTEL AT APPROXIMATELY

14  4:50 P.M. AT THE HYATT REGENCY, MAKES A SERIES OF CALLS, AND

15  THEN AT APPROXIMATELY 8:00 P.M. YOU WILL SEE FROM THE HYATT

16  REGENCY THAT THERE ARE NO ADDITIONAL TELEPHONE CALLS --

17  APPROXIMATELY 8:00 OR 8:30 P.M., THERE ARE NO ADDITIONAL

18  TELEPHONE CALLS, NO ADDITIONAL SERVICE UNTIL APPROXIMATELY

19  3:15 THE FOLLOWING MORNING, THE MORNING OF THE 8TH.  THERE

20  IS NO ACTIVITY IN THAT HOTEL ROOM REPORTED ON THE RECEIPT --

21  NO TELEPHONE CALLS, NO ROOM SERVICE, NOTHING AFTER

22  APPROXIMATELY 8:30 P.M., AND THE REASON BEING THAT HE LEAVES

23  THE HOTEL AT APPROXIMATELY 8:00 OR 8:30 P.M.

24        AND WHERE DOES HE GO?  THIS IS ON THE 7TH, THE DAY

25  OF THE KIDNAPPING.  HE GOES TO LOPE DE VEGA.  HE GOES TO

1   LOPE DE VEGA BECAUSE HE KNOWS THAT CAMARENA IS BEING HELD

2   THERE.  HE KNOWS CAMARENA IS BEING INTERROGATED THERE.  AND

3   HE GOES THERE TO PARTICIPATE IN THE INTERROGATION AND LEARN

4   WHAT HE CAN FIND OUT FROM CAMARENA.

5         HE RETURNS TO HIS HOTEL ROOM, ROOM 1864, AND

6   PLACES ANOTHER TELEPHONE CALL TO THE SAME 42894 NUMBER AT

7   APPROXIMATELY 3:15 A.M. IN THE MORNING.  WHAT IS RENE VERDUGO

8   DOING UP AT 3:15 IN THE MORNING?  HE JUST CAME BACK FROM

9   LOPE DE VEGA, JUST CAME BACK FROM WHERE THEY ARE HOLDING

10  AGENT CAMARENA, AND HE IS STILL TRYING TO MAKE CONTACT WITH

11  THIS PARTICULAR NUMBER.  FOR WHATEVER PARTICULAR REASON, I

12  DO NOT KNOW.  THERE IS NO EVIDENCE RELATIVE TO WHO HE WAS

13  CONTACTING, WHAT THE PURPOSE OF THIS PARTICULAR CALL WAS.

14        AND THEN AGAIN A SECOND CALL WAS PLACED ON THE

15  8TH FROM HIS ROOM TO THIS SAME NUMBER.  THE SAME NUMBER IS

16  CALLED FROM LOPE DE VEGA.

17        AND AGAIN HE TELLS GOMEZ-ESPANA, AFTER GOMEZ-ESPANA

18  DROPS HIM OFF ON THE 8TH, THE EVENING OF THE 8TH --

19  GOMEZ-ESPANA ASKED HIM, "WELL, ARE YOU GOING TO BE AROUND?

20  MAYBE WE WILL GET TOGETHER FOR DINNER."  NOW, THIS IS AN

21  INTERESTING POINT.  HE SAYS THAT HE SEES HIM ON THE 8TH,

22  AND HE SAYS THAT HE LOOKS MUY ESBELADO, VERY TIRED, HADN'T

23  BEEN SLEEPING, JUST BEAT, EXHAUSTED.

24        WELL, HE WAS UP.  THE REASON THAT HE WAS TIRED, THE

25  REASON THAT HE LOOKED LIKE THAT WAS BECAUSE HE WAS UP ALL

1   NIGHT OVER AT LOPE DE VEGA ON THE 7TH, AND HE WENT BACK TO

2   LOPE DE VEGA ON THE 8TH AND CONTINUED ON WITH THE

3   INTERROGATION OF CAMARENA ON THE 8TH, AND HE WAS DRIVEN TO

4   THE HOTEL ROOM AT APPROXIMATELY 7:00 P.M. THE EVENING OF

5   THE 8TH.

6           HE TELLS GOMEZ-ESPANA, "I AM TOO TIRED TO HAVE

7   DINNER WITH YOU TONIGHT, BUT GIVE ME A CALL TOMORROW.  MAYBE

8   WE CAN GET TOGETHER FOR DINNER THEN."

9           BUT WHAT HAPPENS?  HE DOESN'T STAY ANOTHER DAY,

10  HE DOESN'T STICK AROUND.  AND YOU WILL SEE FROM THE HYATT

11  REGENCY RECORDS THAT HE CHECKS OUT OF THE HOTEL ON THE 9TH,

12  AND HE CHECKS OUT OF THE HOTEL ON THE 9TH AT 7:19 A.M.,

13  VERY EARLY, AND HE IS GONE.  AND THE REASON IS THAT THE WORK

14  IS DONE.  THERE IS NO MORE WORK TO BE DONE.  CAMARENA HAS

15  BEEN INTERROGATED.  THEY HAVE GOTTEN THE INFORMATION.  HE

16  HAS BEEN MURDERED, AND THEY ARE IN THE PROCESS NOW OF

17  DISPOSING OF THE BODY.  IT IS TIME TO GET OUT OF TOWN AND TO

18  GET OUT OF TOWN FAST, AND THAT IS EXACTLY WHAT HE DOES.  HE

19  DOESN'T STICK AROUND TO HAVE DINNER, BREAKFAST, LUNCH, OR

20  ANYTHING ELSE WITH GOMEZ-ESPANA.  HE IS GONE AT 7:19 IN THE

21  MORNING, NOT TO BE SEEN AGAIN IN GUADALAJARA RELATIVE TO

22  THIS IMMEDIATE PERIOD OF TIME.

23          RAUL LOPEZ-ALVAREZ IS CHARGED AS A PRINCIPAL IN

24  THE KIDNAPPING, CHARGED AS A CO-CONSPIRATOR IN THE CONSPIRACY

25  TO KIDNAP, CHARGED IN THE FELONY MURDER OF A FEDERAL AGENT

1  COUNT, CHARGED WITH TWO COUNTS OF VIOLENT CRIMES IN AID OF

2  RACKETEERING, AND CHARGED AS AN ACCESSORY AFTER THE FACT

3  RELATIVE TO THE GUADALAJARA AIRPORT INCIDENT.

4        THE EVIDENCE HAS ESTABLISHED THAT HE WAS A STATE

5  JUDICIAL POLICE OFFICER IN GUADALAJARA.  AGAIN HE WAS

6  DETAINED REGARDING THE MURDER OF SPECIAL AGENT CAMARENA.

7        HE STATED TO ANOTHER DEA AGENT BY THE NAME OF

8  ABEL REYNOSO -- YOU WILL RECALL HE TESTIFIED HERE IN COURT.

9  SPECIAL AGENT ABEL REYNOSO STATED THAT HE WAS INVOLVED IN

10  AN UNDERCOVER INVESTIGATION INVOLVING MR. LOPEZ, AND THAT

11  CERTAIN MEETINGS THAT HE HAD WITH RAUL LOPEZ WERE TAPE-

12  RECORDED AND VIDEORECORDED, AND IN FACT YOU SAW A PORTION

13  OF ONE OF THE VIDEOTAPE-RECORDED MEETINGS PLAYED TO YOU ON

14  A VIDEO SCREEN.

15        YOU SAW RAUL LOPEZ-ALVAREZ IN A HOTEL ROOM HERE

16  IN LOS ANGELES SITTING ACROSS A TABLE FROM ABEL REYNOSO,

17  AND THEY WERE TALKING.  DURING THAT CONVERSATION RAUL LOPEZ-

18  ALVAREZ MADE SOME VERY DRAMATIC, PROFOUND STATEMENTS

19  REGARDING HIS PARTICIPATION IN THE KIDNAPPING AND MURDER OF

20  SPECIAL AGENT CAMARENA.  HE STATED THAT WHEN HE WAS IN

21  GUADALAJARA WORKING AS A STATE JUDICIAL POLICE OFFICER, THAT

22  HE WAS ON FONSECA'S PAYROLL.  BASICALLY HE WAS AGAIN ONE OF

23  THE PEOPLE WHO HAD BEEN BOUGHT OFF BY THE TRAFFICKERS.  HE

24  WAS ON THE PAYROLL OF NARCOTIC TRAFFICKERS, THESE INVINCIBLE,

25  ALMIGHTY TRAFFICKERS THAT WERE UNTOUCHABLE BY THE MEXICAN

1  POLICE BECAUSE THEY BASICALLY OWNED THEM.

2       BUT HE STATED THAT HE HAD PARTICIPATED DIRECTLY

3  IN THE KIDNAPPING OF SPECIAL AGENT CAMARENA; THAT SPECIAL

4  AGENT CAMARENA HAD BEEN TAKEN TO CARO-QUINTERO'S RESIDENCE.

5  HE STATED THAT HE HIMSELF, ALONG WITH OTHERS, HAD

6  PARTICIPATED IN THE BEATING OF SPECIAL AGENT CAMARENA, AND

7  HE USED THE WORDS, AND YOU SAW THESE WORDS AS THEY WERE

8  FLASHED UP AS SUBTITLES ON THE SCREEN:  "WE" -- "WE," VERY

9  IMPORTANT WORD -- "WE USED HEATED IRONS," REFERRING TO A

10 PARTICULAR TORTURE TECHNIQUE THAT HE AND OTHERS EMPLOYED

11 WHEN THEY TORTURED SPECIAL AGENT CAMARENA.

12      HE WENT ON AND STATED THAT CAMARENA WAS TORTURED

13 TO LEARN WHAT DEA AND CAMARENA KNEW ABOUT THE TRAFFICKERS.

14 HE GAVE EXTENSIVE DETAIL REGARDING THE TORTURE, EXTENSIVE

15 DETAIL REGARDING THE KIDNAPPING.  HE GAVE DETAILS REGARDING

16 THE FACT THAT THE INTERROGATION WAS TAPE-RECORDED.  HE GAVE

17 A FAIRLY GRAPHIC DESCRIPTION OF THE BODY AS IT WAS BEING

18 REMOVED FROM THE HOUSE BASICALLY DEAD OR NEAR DEAD, THE

19 BODY OF SPECIAL AGENT CAMARENA.

20      RELATIVE TO THOSE ADMISSIONS THAT LOPEZ MADE TO

21 THE UNDERCOVER AGENT, THE DEFENSE WOULD HAVE YOU BELIEVE

22 THAT THESE WERE ADMISSIONS THAT WERE BEING MADE TO SOMEHOW

23 IMPRESS THIS AGENT, TO IMPRESS THIS AGENT THAT LOPEZ WAS

24 INVOLVED IN SOME NARCOTICS DEAL, THAT HE WAS INTERESTED IN

25 DISTRIBUTING SOME QUANTITY OF NARCOTICS.

1       JUST THINK ABOUT THAT FOR A MINUTE AS TO WHETHER

2  THAT MAKES ANY SENSE.  IF YOU ARE TRYING TO IMPRESS

3  SOMEBODY --

4       MS. BARRERA:  OBJECTION, YOUR HONOR.  THERE IS NO

5  EVIDENCE OF ANY NARCOTICS INVESTIGATION OR NARCOTICS DEAL

6  WITH REFERENCE TO MR. LOPEZ ALVAREZ.

7       THE COURT:  MY RESPONSE IS THE SAME.  THE EVIDENCE

8  IS HEARD BY THE JURY.  THEY WILL DECIDE WHAT THE FACTS WERE,

9  AND THE COURT IS NOT GOING TO UNDERTAKE TO DO THAT AT THIS

10 TIME.

11      MR. GURULE:  THE ONLY THING THAT I WOULD ADD ON

12 THAT PARTICULAR POINT IS THAT:  WHY WOULD YOU SAY THIS?

13 WHY WOULD LOPEZ SAY THIS TO AN UNDERCOVER AGENT?  WHAT REASON

14 WOULD HE HAVE?  WHAT PURPOSE WOULD HE HAVE IN DETAILING TO

15 THIS UNDERCOVER AGENT THESE VERY GRISLY, BLOODY, GRUESOME

16 DETAILS OF THE KIDNAPPING, OF THE TORTURE, OF THE USE OF

17 HEATED IRONS TO TORTURE ENRIQUE CAMARENA?  IT JUST DOESN'T

18 MAKE ANY SENSE.

19      HE SAID IT, THE GOVERNMENT MAINTAINS, BECAUSE HE

20 WAS SPEAKING FROM A POSITION OF KNOWLEDGE, PERSONAL

21 OBSERVATION.  HE WAS DETAILING TO SPECIAL AGENT REYNOSO

22 DETAILS OF WHAT HE HAD OBSERVED, WHAT HE HAD DONE, AND HOW

23 HE HAD DONE IT, WHY HE PARTICIPATED, WHY THEY INTERROGATED

24 HIM, WHAT THE PURPOSE WAS FOR DOING THIS.  THERE IS NO OTHER

25 REASONABLE EXPLANATION FOR THAT OTHER THAN HE WAS DETAILING

1   PERSONAL OBSERVATIONS OF HIS PARTICIPATION IN THIS OFFENSE.

2          NOW, RELATIVE TO THOSE ADMISSIONS THAT LOPEZ-

3   ALVAREZ MADE TO THE UNDERCOVER AGENT, YOU HEARD THE

4   TESTIMONY OF A WITNESS BY THE NAME OF REYES-GARCIA, AND HE

5   STATED THAT HE HAD CONVERSATIONS WITH RAUL LOPEZ WHERE

6   RAUL LOPEZ TOLD HIM VERY SIMILAR, VERY SIMILAR STATEMENTS

7   AND ADMISSIONS TO REYES BACK IN 1985.  THE STATEMENTS THAT

8   WERE MADE TO SPECIAL AGENT REYNOSO WERE IN THE LATTER PART

9   OF 1987.

10          BUT REYES STATED THAT IN 1985 LOPEZ MADE VERY

11  SIMILAR STATEMENTS TO HIM REGARDING AGAIN LOPEZ'S

12  PARTICIPATION IN THE MURDER OF SPECIAL AGENT CAMARENA; THAT

13  LOPEZ STATED THAT HE, LOPEZ, WENT TO THE U.S. CONSULATE;

14  THAT THAT IS WHERE SPECIAL AGENT CAMARENA WAS ABDUCTED FROM,

15  FROM IN FRONT OF THE U.S. CONSULATE; THAT CAMARENA WAS SHOWN

16  MEXICAN POLICE IDENTIFICATION BADGES, AND THAT IS HOW THE

17  ABDUCTORS WERE ABLE TO ENTICE HIM OR COERCE HIM INTO THE

18  VEHICLE; THAT HE WENT TO LOPE DE VEGA WHERE CAMARENA WAS

19  BEING HELD; THAT HE RETURNED TO LOPE DE VEGA ON

20  FEBRUARY 8TH WITH FONSECA.

21          AND HE GAVE A VERY DETAILED DESCRIPTION OF HIS

22  CONFRONTATION BETWEEN RAFAEL CARO-QUINTERO AND

23  ERNESTO FONSECA WHERE THERE WAS A SLAPPING INCIDENT OVER THE

24  FACT THAT THE ABDUCTION AND INTERROGATION OF CAMARENA HAD

25  GONE TOO FAR, AT LEAST FROM FONSECA'S PERSPECTIVE.

1        FONSECA HAD LEARNED AT THIS TIME THAT CAMARENA WAS

2   NEAR DEAD OR DEAD AND BECAME VERY UPSET.  HE SAID, "WHAT ARE

3   YOU TRYING TO DO?  GET US ALL IN TROUBLE?  NOW YOU ARE REALLY

4   GOING TO BRING THE HEAT DOWN ON ALL OF US RELATIVE TO THIS."

5   AND AT THAT TIME HE STRUCK RAFAEL CARO-QUINTERO WHILE THEY

6   WERE INSIDE THE RESIDENCE.

7        AGAIN NO EXPLANATION AS TO WHY LOPEZ WOULD MAKE

8   THESE STATEMENTS TO REYES-GARCIA IF THEY WERE NOT TRUE.  NO

9   REASON OR EXPLANATION WHY HE WOULD PROVIDE THIS KIND OF

10  DETAIL TO REYES-GARCIA ABOUT THE KIDNAPPING AND THE MURDER

11  IF IT WASN'T TRUE.  AND AGAIN THE GOVERNMENT SUBMITS AND

12  MAINTAINS THAT LOPEZ WAS ONCE AGAIN DESCRIBING, IF NOT

13  BRAGGING, TO REYES ABOUT HIS ROLE IN THE KIDNAP-MURDER.  IF

14  NOT BRAGGING, SHOWING HIS MACHISMO, IF YOU WILL, RELATIVE TO

15  WHAT HE HAD DONE, HIS ROLE AND PARTICIPATION IN THIS AS A

16  STATE JUDICIAL POLICE OFFICER, I WOULD ADD.

17       SO, THEREFORE, THERE ARE TWO SOURCES.  ONE CANNOT

18  BE IMPEACHED.  IT IS A BLACK-AND-WHITE TAPE.  HE IS CAUGHT

19  THERE SAYING IT.  IT IS RECORDED.  THERE IS NO EXPLANATION

20  FOR IT.  IT IS NOT SIMPLY COINCIDENTAL THAT TWO YEARS EARLIER

21  HE IS MAKING THOSE SAME STATEMENTS TO REYES-GARCIA REGARDING

22  HIS ROLE IN THE ABDUCTION AND MURDER OF SPECIAL AGENT

23  CAMARENA.

24       NOW, HE MADE SOME ADDITIONAL STATEMENTS.  LOPEZ

25  DISCUSSED IN DETAIL WITH SPECIAL AGENT REYNOSO THE INCIDENT

1    AT THE GUADALAJARA AIRPORT, AND THAT WAS ALSO ON THE TAPE

2    THAT YOU OBSERVED, AND HE STATED THAT ON FEBRUARY 9, 1985,

3    AGAIN THE DATE THAT CARO FLED FROM THE GUADALAJARA AIRPORT,

4    THAT HE WAS CALLED BY FONSECA'S PEOPLE.  HE GAVE THE DETAILS

5    THAT HE WAS ASKED BY THIS INDIVIDUAL WHO CALLED HIM TO

6    CONTACT HIS FATHER, THAT LOPEZ WAS TO CONTACT HIS FATHER,

7    WHO WAS A JUSTICE OF THE PEACE IN GUADALAJARA, BECAUSE

8    CARO-QUINTERO WAS GOING TO MARRY THIS WOMAN BY THE NAME OF

9    SARA COSIO, AND THE WEDDING WAS GOING TO TAKE PLACE AT THE

10   GUADALAJARA AIRPORT.

11           THAT LOPEZ IN FACT PICKED UP HIS FATHER, THE

12   JUSTICE OF THE PEACE, AND WAS DRIVING TO THE AIRPORT TO TAKE

13   HIS FATHER THERE, AND THAT HE RECEIVED A CALL AND WAS TOLD

14   THAT THE WEDDING HAD BEEN CALLED OFF AND IT WAS NOT

15   NECESSARY TO TAKE HIS FATHER TO THE AIRPORT, AND HE DIDN'T.

16           HE WAS BASICALLY GOING ABOUT HIS BUSINESS AT THAT

17   TIME AS A STATE JUDICIAL POLICE OFFICER, WAS WITH OTHER

18   STATE JUDICIAL POLICE OFFICERS AT THIS TIME WHEN HIS

19   COMMANDANTE RECEIVED A CALL FROM PAVON-REYES, AND YOU HAVE

20   HEARD HIS NAME MENTIONED ON NUMEROUS OCCASIONS THROUGHOUT

21   THE TRIAL.  PAVON-REYES WAS A COMMANDANTE, HEAD OF THE

22   MEXICAN INVESTIGATION INTO THE KIDNAPPING OF CAMARENA, A

23   MEXICAN FEDERAL JUDICIAL POLICE OFFICER, AND THIS FEDERAL

24   JUDICIAL POLICE OFFICER WAS TELLING THE STATE COMMANDANTE,

25   "WE NEED YOUR ASSISTANCE.  WE NEED YOUR BACKUP.  WE ARE GOING

1    TO GO TO THE AIRPORT AT GUADALAJARA.  WE HAVE REASON TO

2    BELIEVE THAT INDIVIDUALS CONNECTED WITH THE KIDNAPPING --

3    AND AGAIN AT THIS POINT IN TIME IT WAS ONLY BELIEVED TO BE

4    A KIDNAPPING TWO DAYS AFTER THE FACT, AT LEAST BY LAW

5    ENFORCEMENT OFFICERS.

6            AND THE COMMANDANTE WAS RATHER INDIGNANT THAT THE

7    FEDERAL POLICE WAS DICTATING TO HIM WHAT HE WAS SUPPOSED TO

8    DO IN HIS HOME TOWN, AND SO ON, A FEDERAL POLICE OFFICER OUT

9    OF MEXICO CITY.  HE SAID, "FORGET IT.  WE WILL GO WHEN WE

10   ARE READY."

11           THAT LOPEZ AND THE COMMANDANTE AND, I BELIEVE, ONE

12   OTHER MEXICAN OFFICIAL WENT AND HAD LUNCH, AND THEN AFTER

13   LUNCH, THEY PROCEEDED TO THE MFJP HEADQUARTERS, WHERE A

14   CARAVAN WAS BEING PREPARED.  A NUMBER OF VEHICLES HAD BEEN

15   RENTED BY DEA TO PROVIDE TRANSPORTATION FOR APPROXIMATELY

16   30 OR 40 MEXICAN FEDERAL JUDICIAL POLICE OFFICERS, AND THAT

17   THE FEDERAL AGENTS, ALONG WITH THREE OR FOUR DEA AGENTS,

18   THEN PROCEEDED TO THE AIRPORT IN A CARAVAN FASHION.  THEY

19   WERE DRIVING THESE CHEVROLET CELEBRITY VEHICLES.

20           LOPEZ WAS IN THE PROCESSION.  HE WAS IN ONE OF THE

21   VEHICLES, AND THEN EN ROUTE IT DAWNED ON HIM THAT THE

22   MEXICAN FEDERAL JUDICIAL POLICE OFFICERS COULD BE GOING TO

23   THE AIRPORT TO ARREST CARO-QUINTERO, AND HE RECALLED AT

24   THAT TIME, "WAIT A MINUTE.  I WAS SUMMONED TO GO TO THE

25   AIRPORT TO ASSIST OR BRING MY FATHER TO PERFORM THE

1    WEDDING OF CARO-QUINTERO AND SARA COSIO.  WHAT IF HE IS

2    STILL THERE?  WHAT IF HE HASN'T LEFT?  MAYBE THE FEDERAL

3    JUDICIAL POLICE AND DEA ARE GOING TO THE AIRPORT TO ARREST

4    CARO-QUINTERO.  I HAVE GOT TO WARN HIM."

5              AND HE STATED TO SPECIAL AGENT REYNOSO THAT HE

6    DID JUST THAT.  THAT WHEN HE ARRIVED AT THE AIRPORT, HE

7    PROCEEDED TO THE HANGAR THAT WAS ASSIGNED TO THE MEXICAN

8    FEDERAL JUDICIAL POLICE, AND HE PLACED A TELEPHONE CALL TO

9    FONSECA AND ASKED THAT FONSECA WARN CARO-QUINTERO THAT

10   THESE NUMEROUS AGENTS WERE ABOUT OR IMMEDIATELY TO ARRIVE

11   AT THE SCENE AND ATTEMPT TO ARREST CARO-QUINTERO.

12             THAT IS AN ACT IN AID, IN ASSISTANCE OF

13   CARO-QUINTERO TO AVOID APPREHENSION BY THE MEXICAN POLICE,

14   TO AVOID APPREHENSION BY THE DEA AGENTS, TO AVOID JUSTICE,

15   TO FLEE JUSTICE, TO ASSIST IN HIM FLEEING JUSTICE -- THE

16   TELEPHONE CALL.

17             THAT HE WENT ON THEN IN DETAIL WHERE HE SAID THAT

18   HE AND THE OTHER STATE JUDICIAL POLICE OFFICERS LINED UP

19   BEHIND THE DEA AGENTS; THAT THEY WERE LOOKING AT THEIR

20   BACKS; THAT THEY HAD THEIR WEAPONS, SEMI-AUTOMATIC WEAPONS,

21   AND THEY WERE THEN PREPARED, IF THERE WAS A CONFRONTATION

22   BETWEEN CARO'S PEOPLE, WHO HAD GATHERED IN FRONT OF THIS

23   FALCON LEAR JET, THE LEAR JET THAT CARO WAS READY TO BOARD

24   AND FLEE GUADALAJARA, THAT HE HAD LINED UP BEHIND THE DEA

25   AGENTS AND WAS PREPARED TO SHOOT THEM IN THE BACK IF THERE

1   BECAME RESISTANCE, IF SOMEHOW CARO-QUINTERO WAS GOING TO BE

2   DETAINED AND NOT ALLOWED TO FLEE.

3          YOU HAD THIS PARTICULAR PHOTOGRAPH, GOVERNMENT'S

4   EXHIBIT 127-A, IDENTIFIED, A PHOTOGRAPH OF THE CARO-QUINTERO

5   LEAR JET, THE FALCON JET, THAT HE WAS ATTEMPTING TO BOARD

6   AT THE TIME, AND WITNESSES -- DEA AGENTS TESTIFIED,

7   SAL LEYVA IN PARTICULAR, WHO WAS PRESENT AT THE AIRPORT,

8   THE SCENE WITH CARO'S MEN LINED UP IN FRONT OF THE PLANE AND

9   THE PEOPLE WITH FULLY AUTOMATIC WEAPONS, WEAPONS THAT WOULD

10  SHOOT MULTIPLE ROUNDS BY A SINGLE PULL OF THE TRIGGER; THAT

11  THEY WERE READY TO SHOOT IT OUT WITH THE MEXICAN FEDERAL

12  POLICE AND THE STATE JUDICIAL POLICE.

13         THE DEA WAS CAUGHT IN THE MIDDLE, AND LOPEZ WAS

14  PREPARED TO SHOOT THEM IN THE BACK IF THERE WAS ANY

15  RESISTANCE.

16         THE GOVERNMENT SUBMITS THAT THIS RECOLLECTION OF

17  EVENTS BY LOPEZ-ALVAREZ IS NOT ANYTHING THAT HE READ IN THE

18  NEWSPAPER.  THE PARTICULAR ACCOUNT OF EVENTS DID NOT APPEAR

19  IN ANY MAGAZINE OR ANY NEWSPAPER.  THIS PARTICULAR ACCOUNT

20  THAT HE DETAILED TO THE AGENT AGAIN WAS BASED UPON HIS OWN

21  PERSONAL OBSERVATION, PERSONAL KNOWLEDGE.  THERE WAS NOTHING

22  IN ANY NEWSPAPER ABOUT LOPEZ'S FATHER GOING TO PERFORM A

23  WEDDING BETWEEN CARO AND SARA.

24         THERE WAS NOTHING IN THERE ABOUT THIS PARTICULAR

25  CONFRONTATION, THE DETAILS OF THE MEETING, THE HUGGINGS

1  BETWEEN PAVON-REYES AND CARO-QUINTERO AND WHAT TRANSPIRED AT

2  THE AIRPORT.

3        NOW, THERE WAS AN ADDITIONAL STATEMENT THAT WAS

4  MADE BY LOPEZ REGARDING THIS INCIDENT.  BY THE WAY, AS YOU

5  KNOW WHEN YOU HEARD THE TESTIMONY, THERE WAS A

6  CONFRONTATION -- PAVON-REYES WAS PURPORTEDLY BRIBED, THE

7  HEAD OF THE MEXICAN INVESTIGATION, AND HE ALLOWED CARO TO

8  FLEE; THAT LOPEZ RECOGNIZED CARO-QUINTERO.  HE CERTAINLY

9  KNEW HIM AND DID NOT DO ANYTHING TO ATTEMPT TO STOP HIM.

10 THAT WAS HIS BOSS.  THAT WAS ONE OF HIS BOSSES.

11        AND THEN HE LEFT THE AIRPORT WITH SOME OF THE

12 OTHER STATE JUDICIAL POLICE OFFICERS.

13        WELL, HE MADE A STATEMENT TO SPECIAL AGENT

14 SAL LEYVA HERE IN LOS ANGELES SHORTLY AFTER THE ARREST OF

15 LOPEZ, AND HE WAS QUESTIONED BY SAL LEYVA, WHO AGAIN WAS ONE

16 OF THE DEA AGENTS WHO WAS THERE AT THE AIRPORT.  SAL LEYVA

17 ASKED HIM, SAL LEYVA TESTIFIED, "DO YOU REMEMBER ME?"

18 SAL LEYVA TELLS LOPEZ.  "I UNDERSTAND THAT YOU WERE AT THE

19 GUADALAJARA AIRPORT WHEN CARO FLED."

20        LOPEZ'S RESPONSE, I BELIEVE, INITIALLY WAS, "NO,

21 I DON'T REMEMBER YOU."  AND AFTER A FEW MINUTES OR SECONDS

22 OF REFLECTION CAME BACK AND SAID, "OH, YES, I REMEMBER YOU.

23 YOU WERE THERE WITH" -- REFERRING TO SAL LEYVA --

24 "COMMANDANTE BRISOLO.  YOU LEFT WITH COMMANDANTE BRISOLO IN

25 THE YELLOW CHEVROLET CELEBRITY VEHICLE."

1          SAL LEYVA TESTIFIED, "YES, THAT IS RIGHT."  AND

2  HE STATED THAT HE WAS THERE, THAT HE DID LEAVE THE SCENE

3  AFTER CARO WAS ALLOWED TO FLEE WITH COMMANDANTE BRISOLO AND

4  THAT HE DID LEAVE IN A YELLOW CHEVROLET CELEBRITY -- DETAILS,

5  MINUTE  DETAILS THAT ONLY LOPEZ WOULD KNOW BECAUSE LOPEZ WAS

6  THERE AND OBSERVED THESE PARTICULAR EVENTS WHICH TRANSPIRED.

7          AT THAT TIME CARO-QUINTERO, WHO HAD JUST ORDERED

8  THE KIDNAPPING AND MURDER OF CAMARENA LITERALLY HOURS BEFORE,

9  THEN TAKES A BOTTLE OF CHAMPAGNE ON THE STEPS OF THE

10  AIRCRAFT AS IT IS STARTING TO DEPART, GETTING READY TO

11  DEPART, AND TOASTS THE DEA AGENTS AND MEXICAN OFFICIALS.

12  "THE NEXT TIME YOU COME LOOKING FOR ME, MUCHACHOS" -- MY

13  BOYS -- "YOU HAD BETTER BRING MORE POWERFUL WEAPONS THAN

14  THOSE IF YOU ARE GOING TO CATCH ME."

15          THE GALL, THE ULTIMATE GALL OF THIS PARTICULAR

16  INDIVIDUAL, TOASTING THEM IN THIS PARTICULAR MANNER.  LOPEZ

17  THERE, LOPEZ LETTING HIM LEAVE.  LOPEZ READY TO SHOOT IT OUT

18  WITH THE DEA AGENTS, SHOOT THEM IN THE BACK IF NEED BE.

19  LOPEZ CONTACTING FONSECA AND FONSECA'S PEOPLE TO MAKE SURE

20  THAT CARO WAS WARNED.

21          THE COURT:  THE COURT WILL TAKE ITS AFTERNOON

22  RECESS AT THIS TIME FOR 15 MINUTES.

23      (RECESS FROM 3:00 P.M. UNTIL 3:15 P.M.)

24          THE COURT:  YOU MAY CONTINUE ARGUING.

25          MR. GURULE:  THANK YOU, YOUR HONOR.

1          JESUS FELIX-GUTIERREZ, ALSO KNOWN AS CACHAS.  THE

2   GOVERNMENT HAS INTRODUCED EXTENSIVE EVIDENCE REGARDING HIS

3   MEMBERSHIP IN THE CARO-QUINTERO NARCOTICS ENTERPRISE.  AS

4   YOU WILL RECALL, YOU HAVE HEARD TESTIMONY FROM

5   MANUEL CALDERON.  MANUEL CALDERON TESTIFIED THAT HE WOULD

6   DRIVE TRAILER TRUCKLOADS OF MARIJUANA TO THE FOWLIE RANCH

7   ON BEHALF OF JESUS FELIX-GUTIERREZ; THAT THE MARIJUANA AT

8   ONE POINT IN TIME WAS MARIJUANA THAT BELONGED EXCLUSIVELY --

9   THE SOURCE OF THAT MARIJUANA WAS RAFAEL CARO-QUINTERO, AND

10  IN FACT HE WOULD COLLECT MONEY FROM FOWLIE FOR THE

11  DISTRIBUTION OF THE MARIJUANA, AND HE WOULD DELIVER THAT

12  MONEY AGAIN ON BEHALF OF HIS BOSS, JESUS FELIX-GUTIERREZ,

13  TO RAFAEL  CARO-QUINTERO ON OCCASION.

14          IN FACT, ON ONE OCCASION HE STATED THAT HE TOOK,

15  I BELIEVE IT WAS, APPROXIMATELY $5 MILLION IN A LARGE

16  SUITCASE TO THE GUADALAJARA AIRPORT, MONEY THAT HE HAD

17  COLLECTED FROM FOWLIE, MONEY THAT CONSTITUTED THE PROCEEDS

18  FROM MARIJUANA SALES, AND THAT THAT MONEY WAS HANDED OVER

19  TO RAFAEL  CARO-QUINTERO PERSONALLY AT THE GUADALAJARA

20  AIRPORT.

21          YOU HEARD FROM ARTURO DE LA TORRE AS TO HIS

22  PARTICIPATION IN THE COCAINE DISTRIBUTION ASPECT OF THE

23  NARCOTICS OPERATION.

24          YOU HEARD FROM ESTEBAN CATARINO, THE OLDER

25  INDIVIDUAL WHO TESTIFIED THAT HIS RESPONSIBILITY WAS GUARDING

1  THE STASH HOUSE AT LAKE ELSINOR; THAT HE WOULD BE CALLED ON

2  OCCASION FROM EITHER CACHAS OR NARCOTICS TRAFFICKERS WORKING

3  FOR CACHAS, AND HE WOULD BE ASKED TO DELIVER KILO QUANTITIES

4  OF COCAINE TO THESE VARIOUS INDIVIDUALS ON DIFFERENT

5  OCCASIONS; THAT HE WOULD DELIVER THEM IN GROCERY SACKS,

6  DISGUISED AS GROCERY SACKS OF GROCERIES, AND HE WOULD DELIVER

7  THE KILO QUANTITIES OF COCAINE IN BOXES OF ORANGES TO MAKE

8  IT APPEAR IT WAS A BOX OF ORANGES, WHEN IN FACT IT WAS

9  KILOS OF COCAINE WHICH WAS IN THE BOTTOM OF THE BOXES.

10        YOU HEARD FROM CARLOS FELIX-GUITERREZ, THE NEPHEW

11  WHO WAS THE BOOKKEEPER FOR THE NARCOTICS ORGANIZATION.  HE

12  MAINTAINED THE LEDGERS.  YOU WILL RECALL HIS TESTIMONY

13  REGARDING THE CODE THAT HE HAD DEVELOPED FOR THE CODED

14  LEDGERS, THE CODED SYSTEM WHERE YOU TAKE THE VOWELS A, E, I,

15  O AND U, AND REPLACE THEM WITH THE NUMBERS 1, 2, 3, 4 AND 5,

16  AND FOR THE NAMES OF THE CUSTOMERS THE VOWELS WOULD BE

17  REPLACED WITH THE NUMBERS, AND THAT IS HOW THE CODED

18  LEDGERS WOULD BE KEPT.

19        YOU HEARD THE TESTIMONY OF ROBERT PELLEGROM

20  REGARDING HIS WORKING FOR THE FOWLIE RANCH DOWN BY SAN JUAN

21  CAPISTRANO.  YOU SAW PHOTOGRAPHS OF THE FOWLIE RANCH, THE

22  WAREHOUSE WHERE THE MARIJUANA WOULD BE OFFLOADED, WHERE IT

23  WOULD BE PACKAGED IN THIS HEAT-SEAL MACHINE INTO SMALL BALES,

24  AND THE AIR WOULD BE SUCKED OUT.  IT WOULD BE COMPACTED

25  TIGHT, AND THE BALES WOULD BE LOADED ONTO VEHICLES AND

1  DISTRIBUTED FROM THE FOWLIE RANCH.

2          AND YOU HEARD TESTIMONY REGARDING JESUS FELIX'S

3  ASSOCIATION WITH RAFAEL CARO-QUINTERO.  BASICALLY THAT

4  EVIDENCE POINTS TO ONE THING AND ONE THING ONLY, AND THAT

5  IS THAT JESUS FELIX WAS BASICALLY HEADING THE SOUTHERN

6  CALIFORNIA DISTRIBUTION END OF THE MARIJUANA OPERATION ON

7  BEHALF OF RAFAEL CARO-QUINTERO; THAT LITERALLY HUNDREDS OF

8  TONS OF MARIJUANA WERE DISTRIBUTED TO THE FOWLIE RANCH OVER

9  A VERY SHORT PERIOD OF TIME; THAT CARO-QUINTERO ON ONE --

10  ON AT LEAST ONE OCCASION AGREED TO PROVIDE THE PROTECTION

11  FOR COCAINE LOADS INTO THE UNITED STATES, COCAINE THAT WAS

12  BEING BROUGHT INTO MEXICO FROM COLOMBIA, BOLIVIA, THROUGH

13  COSTA RICA INTO MEXICO BY PLANE AND THEN TRANSPORTED BY

14  VEHICLE INTO THE UNITED STATES FOR DISTRIBUTION IN THE

15  LOS ANGELES AREA.

16          NOT A SMALL-TIME NARCOTICS DEALER, AS MR. TARLOW

17  WOULD HAVE YOU BELIEVE.  NOT A SMALL-TIME NARCOTICS

18  TRAFFICKER BY ANY STRETCH OF THE IMAGINATION.

19          MONEY TO CARO-QUINTERO -- AS I STATED, FOUR TO

20  FIVE MILLION DOLLARS PERSONALLY DELIVERED BY MANUEL CALDERON

21  TO CARO-QUINTERO AT THE GUADALAJARA AIRPORT.  SHORTLY AFTER,

22  WITHIN A MONTH, APPROXIMATELY $2 MILLION DELIVERED BY

23  MANUEL CALDERON TO CARO-QUINTERO'S SISTER, MANUELA, IN

24  GUADALAJARA.  SHORTLY AFTER THAT, AN ADDITIONAL $1.2 MILLION

25  DELIVERED TO MANUELA IN GUADALAJARA.

1      MANUEL CALDERON TESTIFIED REGARDING MONEY THAT

2  WAS WIRE-TRANSFERRED FROM A BANK IN TIJUANA TO MANUELA'S

3  BANK ACCOUNT AND TO THE BANK ACCOUNTS OF RAFEL CARO-

4  QUINTERO IN COSTA RICA, AN APPROXIMATELY ADDITIONAL

5  $8 MILLION OF MONEY THAT WAS BEING SENT DOWN TO CARO-QUINTERO

6  AND THE CARO-QUINTERO ORGANIZATION.  AN APPROXIMATE

7  15 MILLION THAT WAS PLACED IN THE BACK OF A VEHICLE, AN

8  OLDER VEHICLE THAT WAS OWNED BY JESUS FELIX; THAT JESUS FELIX

9  AND MANUEL CALDERON DROVE DOWN TO ENSENADA; THAT THEY STORED

10  AT LEAST PART OF IT IN A SAFE.  THEY HAD DUG A HOLE IN THE

11  CLOSET IN THE MASTER BEDROOM, FILLED UP THE SAFE WITH THE

12  MONEY, AND DEPOSITED THE SAFE IN THE HOLE IN THE CLOSET AND

13  LEFT IT THERE -- $15 MILLION.

14      YOU SAW A PHOTOGRAPH OF THAT APPROXIMATELY -- A

15  LITTLE OVER TWO FEET HIGH, APPROXIMATELY A LITTLE OVER TWO

16  FEET WIDE AND ANOTHER TWO FEET WIDE -- STACKS OF $100 BILLS

17  BUNDLED IN $100,000 QUANTITY BUNDLES -- NOT A SMALL-TIME

18  NARCOTICS TRAFFICKER BY ANY MEANS.

19      JESUS FELIX BROUGHT TO THE RAFAEL CARO-QUINTERO

20  ORGANIZATION A UNIQUE DIMENSION, A UNIQUE RESOURCE.  HE

21  CONSTITUTED A UNIQUE RESOURCE TO RAFAEL CARO-QUINTERO, AND

22  THAT RESOURCE WAS HIS CONTACT AND FAMILIARITY WITH COSTA

23  RICA.  YOU SAW EXIT AND ENTRY DOCUMENTS THAT WERE

24  INTRODUCED INTO EVIDENCE THAT REFLECTED APPROXIMATELY 63

25  EXITS AND ENTRIES BY JESUS FELIX IN AND OUT OF COSTA RICA

1   DURING A PERIOD BEGINNING IN OR ABOUT 1981 AND CONTINUING

2   THROUGH APPROXIMATELY MARCH OF 1985.

3          HE WAS EXTENSIVELY TRAVELING, REGULARLY AND

4   EXTENSIVELY, IN AND OUT OF COSTA RICA, OVER AN EXTENDED

5   PERIOD OF TIME.  HE WAS A MAN WHO WAS WELL CONNECTED TO

6   COSTA RICA, A MAN WHO IN 1983 NEGOTIATED TO PURCHASE THE

7   PLAYBOY HOTEL, A HOTEL THAT WAS UNDER CONSTRUCTION, A HOTEL

8   AT THAT TIME, BACK IN 1983, A LITTLE OVER FIVE YEARS AGO,

9   THAT WAS VALUED AT A LITTLE OVER $4 MILLION.

10         AN INDIVIDUAL WHO WAS WELL ESTABLISHED WITH

11  ATTORNEYS IN COSTA RICA, ATTORNEYS THAT HE KNEW, ATTORNEYS

12  THAT HE EMPLOYED RELATIVE TO ARRANGING THE PAPERWORK AND THE

13  LEGAL DOCUMENTS FOR THE PURPOSE OF PURCHASING THE PLAYBOY

14  HOTEL.

15         THERE WERE BANKERS THAT HE WAS WHEELING AND

16  DEALING WITH IN COSTA RICA.  AN $80,000 DEPOSIT IN A

17  CHECKING ACCOUNT THAT WAS OPENED FOR THE PURPOSE OF JUST

18  ESTABLISHING A LINE OF CREDIT FOR HIM OR ESTABLISHING A

19  CREDIT BASE FOR HIM IN SAN JOSE, COSTA RICA.

20         AN INDIVIDUAL WHO WAS WELL ESTABLISHED WITH REAL

21  ESTATE AGENTS; AN INDIVIDUAL WHO KNEW THE RIGHT PEOPLE IN

22  COSTA RICA; AN INDIVIDUAL WHO KNEW THE RIGHT PEOPLE TO GET

23  THINGS DONE IN COSTA RICA; AN INDIVIDUAL WHO HAD MILLIONS

24  OF DOLLARS TO PAY THE RIGHT PEOPLE TO GET THINGS DONE IN

25  COSTA RICA.

1    RELATIVE TO THE PLAYBOY HOTEL, JESUS FELIX FORMED

2  A CORPORATION, AND THE NAME OF THE CORPORATION WAS COSTAMEX --

3  COSTA RICA AND MEXICO -- COSTAMEX.  HE WAS LISTED ON THE

4  ARTICLES OF INCORPORATION, WHICH HAVE ALSO BEEN RECEIVED IN

5  EVIDENCE, AS THE PRESIDENT OF THIS CORPORATION.  THIS

6  CORPORATION WAS FORMED FOR THE EXCLUSIVE PURPOSE OF

7  PURCHASING THE PLAYBOY HOTEL.  AND LISTED ON THE ARTICLES

8  OF INCORPORATION WERE THREE INDIVIDUALS, TWO OF PARTICULAR

9  IMPORTANCE HERE.  THE FIRST IS AN INDIVIDUAL BY THE NAME OF

10  GIL CARO-RODRIGUEZ, AND I BELIEVE HE WAS LISTED AS THE

11  TREASURER OF THE CORPORATION.

12    GIL CARO-RODRIGUEZ, YOU HAVE HEARD TESTIMONY FROM

13  SPECIAL AGENT KUYKENDALL, IS THE UNCLE OF RAFAEL  CARO-

14  QUINTERO.

15    JAVIER CARO-PAYAN IS LISTED IN THE ARTICLES OF

16  INCORPORATION AS THE VICE-PRESIDENT OF COSTAMEX.

17  JAVIER CARO-PAYAN WAS THE SON OF GIL CARO-RODRIGUEZ, THE

18  COUSIN OF RAFAEL  CARO-QUINTERO, RELATED AGAIN TO

19  .RAFAEL CARO-QUINTERO -- ESTABLISHING THAT AT LEAST AS EARLY

20  AS 1983 JESUS FELIX-GUTIERREZ WAS ALSO WELL CONNECTED WITH

21  THE RAFAEL  CARO-QUINTERO NARCOTICS ORGANIZATION; THAT THESE

22  PEOPLE, MAJOR NARCOTICS TRAFFICKERS IN THEIR OWN RIGHT,

23  MEMBERS OF THE FAMILY, THE CARO-QUINTERO FAMILY, MEMBERS OF

24  THE NARCOTICS EMPIRE OPERATING OUT OF COSTA RICA, HAD

25  AGREED TO ENTER INTO THIS JOINT VENTURE RELATIVE TO THE

1   PURCHASE OF THE PLAYBOY HOTEL AND WERE LISTED AS OFFICERS

2   ON THE ARTICLES OF INCORPORATION FOR THE PURPOSE OF

3   PURCHASING THE PLAYBOY HOTEL.

4          AND YOU HEARD TESTIMONY FROM MANUEL CALDERON

5   REGARDING JESUS FELIX'S CONNECTION WITH JAVIER CARO-PAYAN

6   IN THE MARIJUANA DISTRIBUTION BUSINESS, HOW CLOSE THEY WERE

7   RELATIVE TO THAT, THEIR RELATIONSHIP, AND SPECIFICALLY

8   WORKING RELATIONSHIP WITH DAN FOWLIE AT THE FOWLIE RANCH

9   AND THE DISTRIBUTION OF THOUSANDS AND THOUSANDS OF POUNDS

10  OF MARIJUANA.

11         THE POINT IS THAT JESUS FELIX AS EARLY AS 1983

12  HAD THE CONTACTS, KNEW THE RIGHT PEOPLE, WAS WELL KNOWN IN

13  SAN JOSE, COSTA RICA, HAD THE ABILITY, THE CAPACITY, THE

14  RESOURCES, AND THE KNOWLEDGE TO ARRANGE THE SAFE HAVEN FOR

15  RAPHAEL CARO-QUINTERO, WHICH BECAME NECESSARY A FEW YEARS

16  LATER IN 1985; THAT HE KNEW THE RIGHT PEOPLE AND THEREAFTER

17  BECAME THE LOGICAL CHOICE WHEN THE HEAT GOT SO HOT FOR

18  RAFAEL CARO-QUINTERO THAT HE COULD NOT SIMPLY FLEE

19  GUADALAJARA, TO FLEE APPREHENSION, TO AVOID APPREHENSION

20  BY AMERICAN OFFICIALS, THE AMERICAN LAW ENFORCEMENT AGENTS

21  WHO WERE REALLY PUTTING THE PRESSURE ON THE MEXICAN

22  GOVERNMENT TO APPREHEND RAFAEL CARO-QUINTERO.

23         HE HAD THE CONTACTS IN COSTA RICA TO EASILY

24  ARRANGE THE ENTRY OF RAFAEL CARO-QUINTERO INTO COSTA RICA

25  AND BE ABLE TO DO SO AND AVOID HAVING TO GO THROUGH CUSTOMS,

1  AVOID HAVING TO GO THROUGH IMMIGRATION IN ORDER TO AVOID

2  DETECTION.

3          I'D LIKE, IF I MIGHT, TO ADDRESS SOME CHARTS THAT

4  I HAVE PREPARED IN DETAIL.  BASICALLY IT IS A TIME LINE

5  CHART OF ACTIVITIES FOR JESUS FELIX IN AN APPROXIMATE THREE-

6  MONTH PERIOD OF TIME, JANUARY, FEBRUARY AND MARCH 1985.

7  THEN AFTER THAT, I WILL SHIFT TO ANOTHER SEGMENT OF THE

8  EVIDENCE THAT HAS BEEN PRESENTED RELATIVE TO JESUS FELIX

9  GUTIERREZ.

10          BASED UPON THE ADMISSION INTO EVIDENCE OF EXIT

11  AND ENTRY DOCUMENTS, IT HAS BEEN ESTABLISHED THAT

12  RODOLFO LEPE-MONTEZ WAS AN ASSOCIATE OF RAFAEL CARO-

13  QUINTERO.  HE WAS ARRESTED WITH RAFAEL CARO-QUINTERO ON

14  APRIL 4, 1985 AT THE LA QUINTA RESIDENCE.

15          BUT THINGS WERE HAPPENING PRIOR TO THAT.  THINGS

16  WERE HAPPENING RELATIVE TO CARO-QUINTERO, CARO-QUINTERO'S

17  ASSOCIATES, AND JESUS FELIX WELL BEFORE THE ARREST OF

18  CARO-QUINTERO IN APRIL 1985, AND THESE ACTIVITIES WERE

19  CENTERING IN COSTA RICA.

20          WE HAVE ON JANUARY 24 LEPE-MONTEZ ARRIVING IN

21  COSTA RICA FROM MEXICO.  TWO DAYS LATER WE HAVE JESUS FELIX

22  ARRIVING IN COSTA RICA FROM LOS ANGELES.  WE HAVE TWO DAYS

23  LATER THE LA QUINTA RESIDENCE, THE RESIDENCE WHERE

24  RAFAEL CARO-QUINTERO WAS ARRESTED, BEING PURCHASED IN

25  SAN JOSE, COSTA RICA.  YOU SAW THE PHOTOGRAPHS OF THIS VERY

1   PLUSH, LAVISH ESTATE THAT WAS PURCHASED FOR APPROXIMATELY

2   $800,000 IN CASH AND CASHIER'S CHECKS.  IT WAS AGAIN

3   JESUS FELIX'S CONTACT THAT MADE THIS PARTICULAR TRANSACTION

4   COME TOGETHER.

5           CARO-QUINTERO WANTED REAL ESTATE -- WANTED TO

6   LAUNDER HIS MONEY IN COSTA RICA, WANTED TO PURCHASE

7   PROPERTIES IN COSTA RICA, AND IT WAS THE CONTACTS THAT

8   JESUS FELIX HAD THAT MADE THIS PARTICULAR TRANSACTION COME

9   TOGETHER.  HE WAS THE CONDUIT BETWEEN THE COSTA RICAN

10  CITIZENS, REAL ESTATE AGENTS, AND THE MEXICAN TRAFFICKERS,

11  CARO-QUINTERO'S PEOPLE.

12          YOU HEARD THE TESTIMONY OF CELMAN BERRENECHEA, THE

13  ENGINEER WHO WORKED AT THE PLAYBOY HOTEL, THAT WAS

14  RESPONSIBLE FOR DISTRIBUTING INFORMATION REGARDING THE SALE

15  OF THE PLAYBOY HOTEL.  IF THERE WERE ANY INTERESTED BUYERS,

16  HE WOULD GIVE THEM INFORMATION AS TO WHO WOULD NEED TO BE

17  CONTACTED, WHAT THE SALES PRICE WAS FOR THE PROPERTY, AND

18  GIVE THEM DESCRIPTIONS OF THE HOTEL PLAYBOY PROPERTY.

19          JESUS FELIX CONTACTED CELMAN BERRENECHEA.

20  CELMAN BERRENECHEA AGREED TO SELL HIS PROPERTY, THE CABIN,

21  THE SAN JOSE DE LA MONTANA, WHICH WAS PURCHASED ON

22  JANUARY 30.  JESUS FELIX WAS AGAIN IN BETWEEN HERE IN THIS

23  INSTANCE CELMAN BERRENECHEA AND LEPE-MONTEZ, ALBINO BAZAN-

24  PADILLA, AND ROLANDO, MEXICAN TRAFFICKERS AND ASSOCIATES OF

25  RAFAEL CARO-QUINTERO, RELATIVE TO THAT PURCHASE.

1    AGAIN IT WAS THE VALUE OF HIS CONTACTS,

2  JESUS FELIX'S CONTACTS, IN COSTA RICA THAT MADE THAT HAPPEN.

3  I BELIEVE THAT WAS PURCHASED FOR APPROXIMATELY $120,000 CASH

4  AND CASHIER'S CHECKS.  AND AGAIN JESUS FELIX WAS IN THE

5  MIDDLE.  CELMAN BERRENECHEA INTRODUCES JESUS FELIX TO

6  LAURA COLLADO, THE REAL ESTATE AGENT, A PROMINENT REAL

7  ESTATE AGENT IN COSTA RICA.  SHE TESTIFIED REGARDING THIS

8  PARTICULAR TRANSACTION, AND AGAIN SHE STATED THAT IT WAS A

9  JOINT VENTURE -- JOINT DECISION, I SHOULD SAY, RELATIVE TO

10 THE PURCHASE OF THIS PARTICULAR PROPERTY.

11    CELMAN SAID THAT AFTER THE PROPERTY WAS PURCHASED,

12 THAT JESUS FELIX WAS RESIDING AT THE LA QUINTA RESIDENCE FOR

13 ROUGHLY A WEEK'S PERIOD OF TIME.  HE LIVED AT THIS RESIDENCE,

14 THE RESIDENCE WHICH PROVED TO BE THE SAFE HAVEN FOR

15 CARO-QUINTERO WHEN HE ARRIVED IN COSTA RICA.

16    NOW, THERE WERE TELEPHONE CALLS THAT WERE MADE FROM

17 THE LA QUINTA RESIDENCE.  THOSE PARTICULAR TELEPHONE CALLS,

18 THE GOVERNMENT MAINTAINS, ARE SIGNIFICANT.  THERE WAS A

19 TELEPHONE CALL ON THE 1ST OF FEBRUARY MADE FROM THE

20 LA QUINTA TELEPHONE TO A NUMBER SUBSCRIBED TO AN

21 ARTURO DE LA TORRE.  WE KNOW AT THIS POINT THAT JESUS FELIX,

22 BASED UPON THE EXIT-ENTRY DOCUMENTS, IS STILL IN COSTA RICA.

23 HE ARRIVES ON THE 26TH AND DOESN'T LEAVE UNTIL THE 2ND.

24    THE DAY BEFORE HE LEAVES THERE IS A CALL MADE FROM

25 THE LA QUINTA RESIDENCE FOR ARTURO DE LA TORRE, AGAIN

1   ARTURO DE LA TORRE BEING A NARCOTICS ASSOCIATE OF

2   JESUS FELIX.  WE KNEW THAT JESUS FELIX WAS RESIDING AT THE

3   LA QUINTA RESIDENCE DURING THIS PERIOD OF TIME.  THE

4   GOVERNMENT SUBMITS THAT IT WAS JESUS FELIX THAT MADE THIS

5   CALL.  THE LOGICAL PERSON WHO PLACED THAT CALL TO

6   ARTURO DE LA TORRE WOULD BE JESUS FELIX.

7         HE LEAVES ON THE 2ND AND GOES TO PANAMA.  A FEW

8   DAYS LATER WE HAVE THE KIDNAPPING.  THAT SAME DAY WE HAVE

9   VERDUGO CHECKING INTO THE HYATT REGENCY.  THAT WAS THE

10   9TH -- AGAIN I MENTIONED THIS EARLIER -- WE HAVE THIS FLURRY

11   OF ACTIVITY -- CARO FLEEING, VERDUGO CHECKING OUT OF THE

12   HOTEL, LOPEZ IS AT THE GUADALAJARA AIRPORT; AND I WANT TO

13   EMPHASIZE THIS POINT HERE:  WE HAVE JESUS FELIX RETURNING

14   NOW TO COSTA-RICA.

15         WHY IS HE RETURNING TO COSTA RICA?  JESUS FELIX

16   LIVES IN LOS ANGELES.  YOU HEARD THE TESTIMONY THAT HE OWNS

17   TWO BUSINESSES IN LOS ANGELES.  HE OWNED R & G SALES.  HE

18   OWNED OCEAN GOLD SEAFOOD DURING THIS PERIOD OF TIME.  HE HAD

19   A RESIDENCE, A WIFE AND FAMILY RESIDING HERE IN LOS ANGELES

20   DURING THIS PERIOD OF TIME, BUT HE IS RETURNING TO PANAMA --

21   EXCUSE ME -- RETURNING FROM PANAMA TO COSTA RICA.

22         WHY IS THAT?  THE GOVERNMENT SUBMITS THAT THE

23   REASON FOR THAT IS AGAIN THE HEAT IS ON CARO.  CARO HAS FLED

24   THE CITY, AND HE IS UNCERTAIN WHAT IS GOING TO HAPPEN NEXT.

25   HE IS UNCERTAIN WHETHER OR NOT HIS FINANCIAL RESOURCES ARE

1  GOING TO BE ENOUGH TO MAKE THIS HEADACHE INVOLVING THE

2  KIDNAPPING OF CAMARENA AND ZAVALA GO AWAY.  BUT JUST IN

3  CASE, THERE HAS GOT TO BE A BACK-UP PLAN.  JUST IN CASE THE

4  AMERICAN GOVERNMENT DOES NOT LET UP THEIR INVESTIGATION, HE

5  HAS TO FIND SOMEPLACE TO GO, SOMEPLACE WHERE HE CAN FEEL

6  SAFE, SOMEPLACE WHERE HE CAN FEEL SECURE FROM PROSECUTION

7  AND ARREST.

8          AND JESUS FELIX IS THE POINT MAN IN A SENSE.  HE

9  IS GIVEN THAT ASSIGNMENT, AND HE IS GIVEN THAT RESPONSIBILITY

10  TO ARRANGE THAT SAFE HAVEN IN COSTA RICA, AND HE DOES SO.

11          IN FACT, WHETHER IT WAS COINCIDENTAL OR NOT, WE

12  ALREADY HAVE SOME OF THESE INCIDENTS TAKING PLACE WITH THE

13  TWO RESIDENCES THAT WERE PURCHASED PRIOR TO THE KIDNAPPING.

14  THEREFORE IT BECOMES THE LOGICAL CHOICE.  HE HAS ALREADY GOT

15  THESE PROPERTIES LINED UP.  CARO SAYS, "I ALREADY HAVE THESE

16  PROPERTIES LINED UP."  THE LOGICAL CHOICE IS TO GO TO COSTA

17  RICA IF HE NEEDS TO GET AWAY.

18          THE ONLY QUESTION THEN IS HOW IS HE GOING TO DO

19  IT?  HOW IS HE GOING TO GET THERE?  WHO IS GOING TO HIRE THE

20  PILOT?  HOW IS THAT GOING TO BE ARRANGED?  HOW IS HE GOING

21  TO GET INTO THE COUNTRY UNDETECTED BY CUSTOMS AND

22  IMMIGRATION?

23          JESUS RETURNS TO COSTA RICA AND STARTS MAKING THE

24  ARRANGEMENTS REGARDING THE FLIGHT, CUSTOMS, IMMIGRATION,

25  SETTING THE STAGE, LAYING THE GROUNDWORK SO THAT THIS CAN BE

1   TAKEN CARE OF AND SO THAT CARO WILL BE IN A POSITION TO

2   FLEE WHEN HE NEEDS TO, IF HE NEEDS TO LEAVE THE COUNTRY.

3            AGAIN IT IS NOT COINCIDENTAL THAT WE HAVE CACHAS

4   ARRIVING IN COSTA RICA ON THE 9TH, AND WE HAVE A CALL FROM

5   LA QUINTA TO ARTURO DE LA TORRE.   THE GOVERNMENT SUBMITS

6   THAT WHEN CACHAS RETURNS TO COSTA RICA, HE GOES BACK TO THE

7   LA QUINTA RESIDENCE, CARO'S HOUSE, AND HE PLACES THE CALL

8   TO LOS ANGELES TO HIS NARCOTICS ASSOCIATE, ARTURO DE LA

9   TORRE.   TWO DAYS LATER CACHAS IS STILL IN COSTA RICA.   WE

10  HAVE ANOTHER CALL PLACED FROM THE LA QUINTA RESIDENCE.

11  CACHAS IS THERE.   THE CALL IS PLACED TO R & G SALES,

12  CACHAS' BUSINESS, AND THAT CALL, THE GOVERNMENT SUBMITS, IS

13  PLACED BY THE LOGICAL PERSON, THE LOGICAL CHOICE,

14  JESUS FELIX, PLACING THE CALL TO HIS BUSINESS TO LET HIM

15  KNOW THAT "THIS IS WHAT I AM DOING, THIS IS WHERE I AM AT,

16  THIS IS WHEN I WILL BE RETURNING, AND THINGS ARE UNDER

17  CONTROL.   DON'T WORRY."

18            SO WE HAVE THE CALL ON THE 11TH.   CACHAS IS STILL

19  IN COSTA RICA.   ANOTHER CALL THE FOLLOWING DAY ON THE 12TH,

20  A CALL FROM LA QUINTA AGAIN TO CACHAS' BUSINESS, R & G SALES.

21  THE GOVERNMENT SUBMITS THAT CACHAS IS STAYING AT THE

22  LA QUINTA RESIDENCE AND CALLING HIS BUSINESS.

23            THREE DAYS LATER HE LEAVES COSTA RICA AND RETURNS

24  TO LOS ANGELES.   THE DAY HE LEAVES, BY THE WAY, ANOTHER

25  CALL IS PLACED FROM THE LA QUINTA RESIDENCE TO R & G SALES.

1        THE GOVERNMENT WOULD SUBMIT THAT THE LOGICAL

2   EXPLANATION FOR THAT IS THAT CACHAS IS CALLING HIS

3   ASSOCIATES AT R & G SALES TO SAY, "I AM COMING HOME.  I AM

4   LEAVING COSTA RICA.  I WILL BE RETURNING TO LOS ANGELES AND

5   WILL BE ARRIVING SHORTLY."

6        WE HAVE THE FOLLOWING DAY LEPE-MONTEZ LEAVING,

7   GOING TO ECUADOR.  LEPE-MONTEZ RETURNS FOUR DAYS LATER IN

8   COSTA RICA FROM PANAMA.  HE GOES COSTA RICA-ECUADOR,

9   ECUADOR-PANAMA, PANAMA-COSTA RICA.  ADDITIONAL CALLS ARE

10  BEING PLACED.  THE DAY AFTER LEPE-MONTEZ RETURNS ANOTHER

11  CALL FROM LA QUINTA TO R & G SALES.  CACHAS IS NOT THERE.

12  WE KNOW HE IS IN LOS ANGELES BASED ON THE EXIT AND ENTRY

13  DOCUMENTS BECAUSE THE EXIT AND ENTRY DOCUMENTS SHOW HE RETURNS

14  TO LOS ANGELES.

15       THE CALL IS EITHER PLACED TO HIM AND HE RECEIVES

16  IT, OR AT LEAST THE PERSON MAKING THE CALL IS TRYING TO GET

17  AHOLD OF CACHAS AND TALK TO CACHAS ABOUT THE ACTIVITIES THAT

18  ARE TRANSPIRING IN COSTA RICA AT THAT TIME.  THE FOLLOWING

19  DAY ANOTHER TELEPHONE CALL FROM LA QUINTA.  LEPE-MONTEZ IS

20  THERE.  LEPE-MONTEZ IS LIKELY STAYING AT THE LA QUINTA

21  RESIDENCE.  LA QUINTA IS CALLING R & G SALES AGAIN

22  ATTEMPTING TO GET AHOLD OF CACHAS.

23       SIX DAYS LATER, THE 28TH, WE HAVE CACHAS FLYING

24  UNDER THE FALSE NAME DIAZ DE LEON ARRIVING IN COSTA RICA FROM

25  LOS ANGELES, GOING BACK AGAIN, MAKING SURE EVERYTHING IS

1  SECURE, EVERYTHING IS UNDER CONTROL, EVERYTHING IS IN HAND.

2        FIVE DAYS EXACTLY AFTER HIS ARRIVAL, WE HAVE THE

3  BODIES OF CAMARENA AND ZAVALA FOUND IN MEXICO.  WE HAVE

4  AGAIN A COINCIDENTAL -- MAYBE NOT -- FLURRY OF ACTIVITY.

5  CACHAS, WHO WAS IN COSTA RICA AT THIS TIME WHEN THE BODIES

6  ARE DISCOVERED, WHAT DOES HE DO?  HE LEAVES COSTA RICA ON

7  THAT SAME DAY.  WHERE IS HE GOING?  WHO IS HE GOING TO

8  CONTACT?  WHY IS IT THAT HE IS LEAVING ON THAT PARTICULAR,

9  SIGNIFICANT DAY WHEN THE BODIES ARE FOUND?  WHO DOES HE NEED

10 TO CONTACT?  FOR WHAT PURPOSE?  WHAT IS HE ARRANGING

11 RELATIVE TO THEM?

12       THE BODIES WERE FOUND ON THE 5TH.  CACHAS LEAVES

13 COSTA RICA.  THE FOLLOWING DAY, ON THE 6TH, LEPE-MONTEZ

14 LEAVES COSTA RICA DESTINED FOR PANAMA.  AT LEAST, THE

15 RECORDS REFLECT THAT IS WHERE HE WENT.  I DON'T KNOW IF

16 THERE WERE ADDITIONAL STOPS AFTER HE ARRIVED AT PANAMA.

17       TWO DAYS LATER AND THREE DAYS AFTER THE DISCOVERY

18 OF THE BODIES, WE HAVE JESUS FELIX FLYING UNDER THE ASSUMED

19 NAME DIAZ DE LEON ARRIVING IN COSTA RICA FROM PANAMA, AND

20 THEN ON THE SAME DAY HE LEAVES FOR LOS ANGELES.  THAT IS AN

21 INTERESTING SERIES OF TRAVEL.  HE ARRIVES IN COSTA RICA, AND

22 THEN ON THE SAME DAY HE IMMEDIATELY TURNS AROUND AND LEAVES

23 COSTA RICA AND GOES BACK TO LOS ANGELES.

24       THAT SAME DAY LEPE-MONTEZ IS ARRIVING IN COSTA

25 RICA FROM PANAMA.  HE LEAVES THE SAME DAY TO MEXICO.

1    WE HAVE A CALL BEING PLACED FROM THE LA QUINTA

2    RESIDENCE IN COSTA RICA. R & G SALES, CACHAS' BUSINESS, BEING

3    CALLED FROM LA QUINTA.  THE GOVERNMENT SUBMITS THAT CACHAS

4    IS PLACING A CALL BEFORE HE LEAVES, TELLING HIS ASSOCIATES,

5    "I AM IN COSTA RICA.  I AM TURNING AROUND AND LEAVING,

6    HEADING BACK TO LOS ANGELES."  THAT WAS THE SAME DAY.

7        NOW, THE 17TH, AN IMPORTANT DAY AGAIN.  CACHAS IS

8    TRAVELING UNDER THE NAME DIAZ DE LEON, AND HE ARRIVES IN

9    COSTA RICA.  IN FACT, HE REMAINS IN COSTA RICA FOR FOR AN

10   APPROXIMATE SEVEN-DAY PERIOD OF TIME, FROM THE 17TH TO THE

11   23RD.  WE HAVE TESTIMONY FROM CELMAN BERRENECHEA THAT ON TWO

12   OCCASIONS DURING THIS PERIOD OF TIME -- I BELIEVE HIS

13   TESTIMONY WAS BETWEEN THE 17TH AND THE 23RD -- THAT HE SEES

14   JESUS FELIX AT THE LA QUINTA RESIDENCE WITH CARO-QUINTERO.

15   SO WE KNOW NOW THAT THEY ARE THERE TOGETHER.  WE KNOW NOW

16   THAT CARO -- THE FLIGHT HAS BEEN ARRANGED.  HE HAS TRAVELED

17   FROM MEXICO, CARO-QUINTERO, TO COSTA RICA.  HE IS IN COSTA

18   RICA STAYING AT THE LA QUINTA RESIDENCE, THE SAME RESIDENCE

19   THAT CACHAS ARRANGED TO BE PURCHASED IN COSTA RICA ON

20   BEHALF OF CARO-QUINTERO.

21       AND ON ONE OCCASION, CELMAN BERRENECHEA SAYS,

22   THERE WAS THIS INTEREST REGARDING THE PURCHASE OF A VEHICLE,

23   THAT CACHAS WAS INTERESTED IN PURCHASING A VEHICLE, AND IN

24   FACT THE ARRANGEMENTS WERE MADE TO PURCHASE THE MR-2 TOYOTA

25   FROM MR. SILVA, AN ASSOCIATE OF MR. BERRENECHEA.  TWO OR

1   THREE VEHICLES WERE DRIVEN UP TO THE LA QUINTA RESIDENCE.

2   THEY ARE INSPECTED BY THE OCCUPANTS AT THE RESIDENCE.

3   CELMAN BERRENECHEA SEES RAFAEL CARO-QUINTERO AT THE

4   LA QUINTA RESIDENCE AT THAT TIME, AND AN AGREEMENT WAS MADE

5   BY ALBINO BAZAN-PADILLA; MONEY IS EXCHANGED, AND THE RED

6   TOYOTA IS PURCHASED.

7          JESUS IS THERE.  AGAIN JESUS IS RIGHT IN THE

8   MIDDLE.  HIS COSTA RICAN ASSOCIATES ARE TAKING CARE OF

9   BUSINESS WITH CARO-QUINTERO AND THE TRAFFICKERS, ARRANGING

10  FOR THE PURCHASE OF AN AUTOMOBILE FOR CARO-QUINTERO.  CARO

11  NEEDS A CAR, AND CACHAS IS THE MAN.  CACHAS IS THE MAN WHO

12  HAS THE CONTACTS IN COSTA RICA TO MAKE THINGS HAPPEN.

13         THE SECOND OCCASION CELMAN BERRENECHEA SAYS THAT HE

14  IS INTERESTED IN INVESTING, WORKING OUT A FINANCIAL

15  INVESTMENT BETWEEN CACHAS.  HE KNOWS THAT CACHAS HAS THE

16  MONEY.  THEY GO AND LOOK AT SOME CARWASHES.  CACHAS ISN'T

17  INTERESTED IN BUYING CARWASHES, AND HE SAYS, "TAKE ME UP TO

18  LA QUINTA; I NEED TO TAKE CARE OF A MATTER THERE AT

19  LA QUINTA."

20         THEY DRIVE UP TO LA QUINTA.  CELMAN BERRENECHEA

21  WAITS IN HIS VEHICLE.  CACHAS GOES INTO THE RESIDENCE, AND

22  A FEW MINUTES LATER RAFAEL CARO-QUINTERO EXITS THE

23  RESIDENCE.  CARO-QUINTERO IS THERE ON A SECOND OCCASION

24  WITH JESUS FELIX, AND CARO-QUINTERO COMES UP TO

25  CELMAN BERRENECHEA, SHAKES HIS HAND, ASKS HIM HOW HE IS

1  DOING, A SHORT GREETING.

2       A FEW MINUTES LATER, SHORTLY THEREAFTER, CACHAS

3  REENTERS THE HOUSE -- EXCUSE ME -- CARO-QUINTERO REENTERS

4  THE HOUSE, AND CACHAS EXITS AND GETS INTO THE VEHICLE, AND

5  THEY HAVE A CONVERSATION, AND IT IS AT THIS TIME THAT

6  CELMAN BERRENECHEA ASKS CACHAS THAT HE WOULD LIKE TO MEET

7  THE MEXICAN INVESTORS.  SPECIFICALLY HE WOULD LIKE TO MEET

8  EL JEFE, MR. BIG, RAFAEL CARO-QUINTERO, WHO OBVIOUSLY, HE

9  THINKS THAT CACHAS IS VERY WELL ACQUAINTED AND CONNECTED

10  WITH CARO-QUINTERO.  HE WANTS SOME OF THE ACTION.  HE WANTS

11  SOME OF THE MONEY THAT IS BEING MADE HERE FROM THESE MEXICAN

12  INVESTORS.

13       CACHAS AT THAT TIME TELLS HIM AND AGAIN EXPRESSES

14  HIS KNOWLEDGE, UNDERSTANDING, HIS ACQUAINTANCE, HIS

15  RELATIONSHIP WITH CARO, AND HE SAYS, "WELL, THIS ISN'T THE

16  KIND OF PERSON THAT YOU WANT TO GET INVOLVED WITH.  THIS IS

17  A PERSON" -- REFERRING TO CARO-QUINTERO -- "OF FEW FRIENDS,

18  SOMEBODY YOU REALLY DON'T WANT TO GET TO KNOW, AND I DON'T

19  WANT TO GET INTO TROUBLE.  SO THAT IS SOMETHING I AM NOT

20  GOING TO DO.  I AM NOT GOING TO INTRODUCE YOU."

21       AGAIN WE HAVE CACHAS AND CARO TOGETHER AT THE

22  RESIDENCE ON THAT OCCASION.

23       CACHAS LEAVES ON THE 23RD, RETURNS, GOES TO PANAMA,

24  AND RETURNS TO LOS ANGELES.  I WILL EXPLAIN AS TO THE

25  REASONS, DISCUSS WITH YOU BRIEFLY WHY HE LEFT AT THIS POINT

1   IN TIME.  AND AGAIN HIS PROPHECY COMES TRUE.  SHORTLY

2   THEREAFTER, WITHIN 10 DAYS AFTER, CARO-QUINTERO WAS ARRESTED.

3   RODOLFO LEPE-MONTEZ WAS ARRESTED.  ALBINO BAZAN-PADILLA WAS

4   ARRESTED.  THEY WERE ALL ARRESTED IN COSTA RICA AT THE

5   LA QUINTA RESIDENCE WHERE CARO WAS STAYING, WHERE CACHAS HAD

6   BEEN STAYING, WHERE HE HAD BEEN SEEN WITH CARO-QUINTERO ON

7   AT LEAST THOSE TWO OCCASIONS.

8          IN ADDITION TO THE CONTACTS, THE SUSPICIOUS

9   TRAVEL, TELEPHONE CALLS, ARRANGING OF PROPERTIES, BUYING

10  VEHICLES, RENTING VEHICLES FOR CARO WHILE HE IS IN COSTA

11  RICA, WHICH CACHAS DOES, THERE IS EVIDENCE OF ADMISSIONS

12  THAT JESUS FELIX MAKES REGARDING HIS ARRANGING THE FLIGHT OF

13  CARO-QUINTERO FROM MEXICO TO COSTA RICA.

14         HE TELLS ARTURO DE LA TORRE, AND THIS IS DURING

15  THE MIDDLE TO LATTER PART OF JANUARY 1985, PRIOR TO THE

16  PURCHASE OF THE LA QUINTA PROPERTY.  HE STATES TO ARTURO

17  THAT HE, CACHAS, HAS BEEN SUMMONED TO MEXICO BY CARO-QUINTERO

18  AND ASKED TO PURCHASE PROPERTIES IN COSTA RICA FOR CARO.

19  ARTURO STATES AND HIS TESTIMONY WAS THAT HE DIDN'T SEE

20  CACHAS FOR A SUBSTANTIAL PERIOD OF TIME AFTER THAT.  THAT

21  WHEN CACHAS RETURNED FROM COSTA RICA, AND THIS WAS THE WEEK

22  BEFORE HOLY WEEK, JUST BEFORE THE EASTER WEEKEND, AND AGAIN

23  THE GOVERNMENT WOULD SUBMIT THIS WOULD HAVE BEEN JUST AFTER

24  HIS RETURN ON THE 23RD OF MARCH, WHICH THE EXIT AND ENTRY

25  DOCUMENTS CORROBORATE, ARTURO GOES TO R & G SALES, HAS A

1   CONVERSATION WITH JESUS, ASKS HIM, "HOW WAS YOUR TRIP TO

2   COSTA RICA?  YOU KNOW, YOU WERE GOING THERE TO PURCHASE SOME

3   PROPERTIES FOR CARO IN COSTA RICA.  HOW DID THINGS TURN

4   OUT?"

5          AT WHICH TIME JESUS FELIX TELLS ARTURO DE LA TORRE,

6   HE SAYS, "THE HEAT WAS ON CARO-QUINTERO FOR THE MURDER OF

7   CAMARENA."  AND THAT HE, CACHAS, ARRANGED THE FLIGHT AND

8   HIRED THE PILOT TO FLY CARO-QUINTERO TO COSTA RICA.

9          JESUS GOES ON AFTER THAT AND MAKES THESE

10  ADDITIONAL STATEMENTS TO ARTURO DE LA TORRE, STATEMENTS THAT

11  ARE CORROBORATED BY THE ACTIVITIES OF CARO IN COSTA RICA,

12  THE TESTIMONY OF CELMAN BERRENECHEA BASED UPON HIS

13  OBSERVATIONS OF CARO IN COSTA RICA, AND CACHAS TELLS

14  ARTURO DE LA TORRE, "HE IS TOO FLASHY.  HE IS GOING AROUND

15  WITH ALL OF THIS JEWELRY.  HE IS VERY FLASHY.  HE IS

16  DRAWING ATTENTION TO HIMSELF.  HE IS GOING AROUND WITH ALL

17  OF HIS BODYGUARDS AND HIS GUNS.  HE IS BUYING CARS."  AND

18  HE HAD IN FACT PURCHASED THE MR-2 TOYOTA.  THERE WAS A

19  PURCHASE OF A MERCEDES-BENZ THAT CACHAS HAD BEEN SEEN

20  DRIVING AROUND IN COSTA RICA, AND IN FACT IT WAS SEIZED AT

21  THE LA QUINTA RESIDENCE WHEN CARO-QUINTERO WAS ARRESTED.

22          HE SAID, "HE IS SUPPOSED TO BE LYING LOW, BUT HE

23  IS DOING JUST THE OPPOSITE.  HE IS DRAWING ALL OF THIS

24  ATTENTION TO HIMSELF, AND HE IS GOING TO GET ARRESTED.

25  CARO-QUINTERO IS GOING TO GET ARRESTED.'

1      "SO I TOLD CARO-QUINTERO THAT I WANTED TO BE WITH

2   MY FAMILY FOR HOLY WEEK.   I USED THAT AS AN EXCUSE SO THAT I

3   COULD LEAVE."

4      WHICH HE DID ON THE 23RD OF MARCH, JUST BEFORE HOLY

5   WEEK, SO THAT HE WOULD NOT BE IN COSTA RICA WHEN

6   CARO-QUINTERO WAS ARRESTED, AND IN FACT THAT IS EXACTLY WHAT

7   HAPPENED.   HE WAS ABLE TO USE THAT AS AN EXCUSE TO LEAVE AND

8   RETURN TO LOS ANGELES.   HE IS IN LOS ANGELES, AND

9   APPROXIMATELY A WEEK AND A HALF LATER HIS PROPHECY COMES

10  TRUE AND CARO IS ARRESTED.

11     YOU HEARD THE TESTIMONY OF JAY DE LA TORRE

12  REGARDING HIS CONVERSATION THAT HE HAD IN RENO WITH CACHAS

13  AND THAT THERE WAS THIS ARGUMENT OVER DINNER AT A

14  RESTAURANT.   IVONNE, THE GIRLFRIEND OF CACHAS, IS PRESENT.

15  CACHAS IS HIDING OUT IN RENO AT THIS TIME FOR FEAR THAT HE

16  IS GOING TO BE ARRESTED RELATIVE TO HIS PARTICIPATION IN

17  ASSISTING CARO TO FLEE TO COSTA RICA, AND THERE IS THIS

18  ARGUMENT.

19     CACHAS IS UPSET.   IVONNE IS UPSET AND STARTS

20  CRYING.   THEY MAKE SUCH A BIG SCENE AT THE RESTAURANT THAT

21  THEY FINALLY HAVE TO LEAVE.   THEY RETURN TO THE APARTMENT

22  WHERE CACHAS IS STAYING WITH HIS GIRLFRIEND.   SHE GOES UP

23  TO BED, AND THE TWO OF THEM STAY AND TALK.   THEY HAVE A

24  COUPLE OF DRINKS.   CACHAS STARTS TALKING ABOUT HIS PERSONAL

25  PROBLEMS AND SAYS, "MY WIFE DOESN'T UNDERSTAND ME, AND I AM

1  HAVING PROBLEMS WITH HER; AND MY GIRLFRIEND NOW IS UPSET,

2  AND I HAVE BEEN PROMISING HER THAT I WAS GOING TO MARRY HER

3  AND I WAS GOING TO DIVORCE MY WIFE CARMEN, BUT THEN SHE GOT

4  PREGNANT." ON AND ON AND ON AND BASICALLY CRYING ON JAY'S

5  SLEEVE.

6          AND THEN THE SUBJECT COMES UP, AND HE SAYS, "IN

7  ADDITION, I HAVE LOST MONEY IN COSTA RICA ON THE DEPOSIT

8  FOR SOME PROPERTY IN COSTA RICA FOR CARO."

9          BUT WE KNOW ONE THING FROM THE EVIDENCE THAT HAS

10  BEEN INTRODUCED. CACHAS MADE A $30,000 DEPOSIT ON THE

11  PLAYBOY HOTEL. THAT WAS BACK IN '83, TWO YEARS BEFORE, AND

12  THE NEGOTIATIONS ULTIMATELY FELL THROUGH. AND

13  CELMAN BERRENECHEA TESTIFIED THAT THAT $30,000 WAS LOST.

14  CACHAS LOST THAT MONEY. HE SAYS, "ON BEHALF OF CARO I LOST

15  THIS MONEY IN COSTA RICA ON PROPERTY, A DEPOSIT ON PROPERTY."

16          THE GOVERNMENT SUBMITS THAT IS THE PROPERTY OF THE

17  PLAYBOY HOTEL. HE TALKS ABOUT CARO. WE KNOW THAT TWO OF

18  HIS RELATIVES, GIL CARO-RODRIGUEZ, THE UNCLE, AND

19  JAVIER CARO-PAYAN WERE ON THE ARTICLES OF INCORPORATION

20  RELATIVE TO THE PURCHASE OF THAT PROPERTY, AND THAT IS WHAT

21  HE IS REFERRING TO, AND THAT EVIDENCE CORROBORATES THE

22  TRUTHFULNESS OF THE STATEMENT THAT JAY DE LA TORRE MADE

23  RELATIVE TO WHAT HE WAS TOLD BY JESUS FELIX.

24          CACHAS THEN GOES ON AND TELLS JAY, "BUT I HAVE

25  LOST A LOT MORE THAN THAT. I LOST BETWEEN 100 AND 200 TONS

1   OF MARIJUANA IN MEXICO."  AND THEN THE SUBJECT SHIFTS TO THE

2   SUBJECT OF CAMARENA, THAT IT WAS THE RESULT OF A BUST BY

3   CAMARENA IN MEXICO.  HE SAYS THAT "WE HAD TO GET RID OF

4   HIM," REFERRING TO CAMARENA, AS A RESULT OF THE SUBSTANTIAL

5   LOSSES OF MONEY TO CACHAS AND TO OTHER MEMBERS OF THE

6   CARO-QUINTERO NARCOTICS ORGANIZATION.

7          PROBABLY THE MOST SIGNIFICANT AND DRAMATIC

8   EVIDENCE THAT HAS BEEN PRESENTED REGARDING JESUS FELIX IS

9   HIS STATE OF MIND, HIS CONSCIOUSNESS OF GUILT. WHETHER HE

10  IS GUILTY OF BEING AN ACCESSORY AFTER THE FACT, WHETHER IN

11  FACT HE DID ARRANGE THE FLIGHT OF CARO-QUINTERO FROM MEXICO

12  TO COSTA RICA TO ESCAPE JUSTICE RELATES TO ARTURO DE

13  LA TORRE'S TESTIMONY OF WHAT TRANSPIRED AT THE BEST WESTERN

14  HOTEL, AND EVEN MORE IMPORTANTLY THE REMOVAL OF THE CACHAS

15  TATTOO.

16          ARTURO TESTIFIED AGAIN THAT HE WAS A NARCOTICS

17  ASSOCIATE, WORKED FOR CACHAS AND HAD KNOWN HIM FOR A NUMBER

18  OF YEARS; THAT AFTER CARO WAS ARRESTED ON THE 4TH, THAT

19  CACHAS WAS IN ENSENEDA DURING THAT PERIOD OF TIME AND

20  RETURNED AFTER THE NEWS CAME OUT OF CARO'S ARREST IN COSTA

21  RICA.  AGAIN CACHAS HAD JUST RETURNED ON APPROXIMATELY THE

22  23RD OR 24TH OF MARCH.  APPROXIMATELY 10 DAYS LATER CARO IS

23  ARRESTED.  WHEN HE LEARNS OF THE ARREST OF CARO HE RETURNS

24  TO LOS ANGELES AND THEN HIDES OUT AT THE BEST WESTERN HOTEL.

25

1  HE DOESN'T RETURN HOME, EVEN THOUGH HE DOES HAVE A
2  RESIDENCE IN LOS ANGELES.  HE DOESN'T RETURN TO THE
3  BUSINESSES.  HE DOESN'T WANT TO GO NEAR ANY BUSINESS OR
4  RESIDENCE THAT IS ASSOCIATED WITH HIM.  IF SOMEBODY WERE
5  LOOKING FOR HIM, THEY WOULD BE ABLE TO TRACK HIM DOWN AT HIS
6  HOME.  THEY WOULD BE ABLE TO FIND HIM THERE.  THEY WOULD BE
7  ABLE TO TRACK HIM DOWN AT OBDULIA MOLINA'S, HIS GIRLFRIEND'S,
8  HOME.  NO.  HE WAS GOING TO STAY AWAY FROM THOSE PLACES.

9  IN FACT, HE THEN GOES TO THE BEST WESTERN HOTEL TO
10 HIDE OUT.  THIS IS ON THE 9TH OF APRIL.  ARTURO GOES THERE
11 LOOKING FOR HIM.  HE STATES THAT WHEN HE GETS THERE, THE
12 MOOD IS VERY, VERY TENSE.  THERE IS TENSION IN THE AIR.  THE
13 TENSION IS THICK.  THAT AT THIS TIME CACHAS -- AND YOU CAN
14 PICTURE THE SCENE -- CACHAS IS IN THE HOTEL ROOM; ARTURO IS
15 THERE; RICARDO GARCIA IS THERE; I BELIEVE SERGIO SICRE IS
16 THERE; AND HIS BROTHER, FORTINO, WAS THERE.

17 CACHAS IS BASICALLY PACING THE ROOM, VERY ANXIOUS,
18 VERY SCARED, VERY AFRAID.  "I KNEW THIS WAS GOING TO HAPPEN,"
19 HE WAS BEWAILING TO ARTURO.  "I KNEW THIS WAS GOING TO
20 HAPPEN.  IT WAS JUST A MATTER OF TIME BEFORE HE GOT ARRESTED
21 IN COSTA RICA BECAUSE HE WAS BEING TOO FLASHY, DRAWING TOO
22 MUCH ATTENTION TO HIMSELF.  I AM GOING TO BE BLAMED FOR THIS.
23 CARO'S PEOPLE ARE GOING TO BLAME ME FOR THIS."

24 ABOUT THIS TIME THE NEWS BROADCAST COMES ON
25 CHANNEL 34, THE MEXICAN OR SPANISH T.V. STATION, AND THE

1   STORY IS THERE, THE STORY WHEREIN CACHAS IS INCRIMINATED

2   RELATIVE TO ARRANGING THE FLIGHT AND HIRING THE PILOT.  AND

3   THE NAME CACHAS IS MENTIONED AND THAT CACHAS -- THIS CACHAS

4   RESIDES IN LOS ANGELES AND THAT HE OWNS A SEAFOOD BUSINESS.

5          CAN YOU IMAGINE THE SHOCK ON CACHAS' FACE?  HE IS

6   WATCHING T.V., AND THIS AIRS OVER THE NATIONAL NEWS.  HE

7   BELIEVES NOW THAT THE WHOLE WORLD KNOWS THAT HE WAS INVOLVED

8   OR AT LEAST AN INDIVIDUAL NAMED CACHAS WAS INVOLVED AND HAS

9   BEEN INCRIMINATED IN THIS IN SOME PARTICULAR WAY.

10          HE PANICS.  AGAIN HE MAKES THESE STATEMENTS TO

11   ARTURO AT THIS TIME, AND YOU WILL RECALL ARTURO'S TESTIMONY

12   WAS TO THE EFFECT THAT, "I DIDN'T THINK HE" -- REFERRING TO

13   CARO -- "WOULD GIVE ME UP THE WAY HE DID, WOULD POINT THE

14   FINGER AT ME.  I THOUGHT HE WAS A MAN.  I DIDN'T THINK HE

15   WOULD RAT ON ME LIKE THIS.  I HAVE GOT TO GET OUT OF HERE."

16          THEN WE HAVE THE INCIDENT WITH THE TILE FALLING TO

17   THE FLOOR.  I WILL DISCUSS THAT BRIEFLY.  BUT HE HAS TO

18   LEAVE.  HE IS PANICKY.  HE IS FRANTIC.  HE TURNS TO ARTURO,

19   "HELP ME.  I HAVE GOT TO GET OUT.  WHERE CAN WE GO?"

20          ARTURO SAYS, "I CAN HELP YOU.  LET'S GO TO RENO."

21   THEY GO TO RENO.  HE TAKES HIM TO HIS BROTHER JAY.  THEY

22   MEET WITH JAY, AND HE LEAVES HIM THERE, AND ARTURO RETURNS.

23          WHAT IS HE GOING TO DO?  HE HAS GOT THIS CACHAS

24   TATTOO.  AGAIN IF HE IS ARRESTED FOR ANY REASON AND THAT

25   CACHAS TATTOO IS DISCOVERED THEY ARE GOING TO KNOW HE IS THE

103

1  INDIVIDUAL REFERRED TO IN THIS NEWS BROADCAST WHERE HE HAS

2  BEEN INCRIMINATED.  SO HE MAKES THE DECISION AT THAT TIME TO

3  HAVE THE TATTOO REMOVED WHILE HE IS IN RENO.  APPROXIMATELY

4  THE 25TH OF APRIL, PROBABLY TWO WEEKS AFTER HIS ARRIVAL IN

5  RENO, HE HAS THE TATTOO REMOVED.  HE GOES AND SEES

6  DR. HASTINGS.

7        NOW, A COUPLE OF INTERESTING THINGS HAPPEN.  WHEN

8  HE GOES TO SEE DR. HASTINGS, HE DOESN'T GIVE HIS TRUE NAME.

9  OF COURSE, HE IS NOT FOOLISH ENOUGH TO DO THAT BECAUSE HE IS

10 GOING TO HAVE A DOCUMENT THERE, A DOCTOR'S RECORD, THAT

11 COULD COME BACK TO HAUNT HIM.  HE USES A FALSE NAME, A NAME

12 THAT HE HAS USED IN THE PAST, FRANCISCO MORUA.  HE HAS THE

13 TATTOO REMOVED.  DR. HASTINGS TESTIFIED REGARDING THE REMOVAL

14 OF THE TATTOO, AND THIS IS THE RESULT (POINTING).  THIS IS

15 THE PHOTOGRAPH, GOVERNMENT'S 217-A, WHICH DEPICTS THE SCAR

16 ON THE RIGHT SHOULDER ABOVE THE DEVIL TATTOO THAT REMAINED.

17 THAT WAS NOT REMOVED.

18        THAT IS PROBABLY THE MOST INCRIMINATING ACT THAT

19 ONE COULD PERFORM TO SHOW HIS GUILT RELATIVE TO THIS

20 REACTION TO THIS NEWS BROADCAST RELATIVE TO HIS

21 ACKNOWLEDGMENT THAT HE IS THE CACHAS THAT WAS REFERRED TO

22 IN THE NEWS BROADCAST.  HE IS THE CACHAS IN LOS ANGELES, THE

23 SAME CACHAS WHO ARRANGED THE FLIGHT OF CARO-QUINTERO TO

24 COSTA RICA, AND HE WEARS THAT, LADIES AND GENTLEMEN, AND HE

25 WEARS THAT TODAY, AND THAT IS A SIGN, A SIGN OF HIS GUILT,

1   AND HE CARRIES THAT SIGN OF GUILT EVERYWHERE HE GOES, AND

2   THAT EVIDENCE IS UNIMPEACHABLE EVIDENCE.  IT CANNOT BE

3   IMPEACHED.  IT IS ENGRAINED IN THAT SCAR ON HIS SHOULDER.

4           I WANT TO TALK FOR A MOMENT ABOUT ARTURO DE LA

5   TORRE, THE REASON BEING THAT THE DEFENSE HAS GONE TO GREAT

6   PAINS IN AN EFFORT TO UNDERMINE THE CREDIBILITY OF

7   ARTURO DE LA TORRE RELATIVE TO HIS TESTIMONY REGARDING THESE

8   ADMISSIONS THAT CACHAS MADE TO HIM ABOUT HIS INVOLVEMENT IN

9   ARRANGING THE FLIGHT OF CARO-QUINTERO.

10          THE WAY TO TEST ONE'S CREDIBILITY IS NOT TO

11  NECESSARILY TAKE WHAT THEY SAY ON FACE VALUE, BUT TO SEE

12  WHAT OF THAT THAT THE WITNESS SAYS CAN BE INDEPENDENTLY

13  CORROBORATED.  IF THE WITNESS SAYS SOMETHING HAPPENED ON A

14  PARTICULAR DATE, WHERE CAN YOU GO?  WHAT CAN YOU FIND?  WHAT

15  DOCUMENT CAN CONFIRM, VERIFY, OR CORROBORATE THAT FACT THAT

16  EVENT TOOK PLACE?  WHAT OTHER WITNESS CAN BE IDENTIFIED THAT

17  WILL COME IN AND SAY AND CORROBORATE WHAT THAT PARTICULAR

18  WITNESS HAS SAID?

19          LET'S TAKE A LOOK AT WHAT ARTURO DE LA TORRE HAS

20  SAID IN OPEN COURT DURING THE LENGTHY EXAMINATION AND CROSS-

21  EXAMINATION OF HIM ON THE STAND AND WHAT OF THAT CAN BE

22  CORROBORATED.

23          HE TOLD YOU FIRST THAT HE WAS INVOLVED IN THIS

24  COCAINE DISTRIBUTION RING WITH JESUS FELIX, AND HE DETAILED

25  THE METHOD OF OPERATION, HOW THEY WOULD DROP OFF CARS AND

1   PICK UP COCAINE AND SO ON.

2          YOU HEARD THE TESTIMONY OF MANUEL CALDERON.

3   MANUEL CALDERON CORROBORATED IN PART ARTURO DE LA TORRE'S

4   TESTIMONY REGARDING PICKING UP COCAINE FROM ARTURO.

5          ESTEBAN CATARINO.  ESTEBAN CATARINO TESTIFIED

6   REGARDING THE STASH HOUSE, THE SAME STASH HOUSE THAT

7   ARTURO DE LA TORRE IDENTIFIED AND DESCRIBED.  HE TESTIFIED

8   REGARDING THE QUANTITIES OF MARIJUANA THAT HE PERSONALLY

9   DELIVERED TO VARIOUS SUPERMARKET PARKING LOTS TO ARTURO DE LA

10  TORRE.

11         THE NARCOTICS LEDGERS.  YOU WILL RECALL THE

12  NARCOTICS LEDGERS THAT ARTURO DE LA TORRE SAID HE PREPARED

13  ON BEHALF OF JESUS FELIX, AND HE KEPT AT JESUS FELIX'

14  REQUEST, LISTING THE CUSTOMERS, THE QUANTITIES OF COCAINE AND

15  SO ON.  THESE SAME NARCOTICS LEDGERS WERE FOUND AT

16  JESUS FELIX' HOUSE AS THE RESULT OF A SEARCH WARRANT.

17         I DON'T WANT TO BELABOR THIS POINT, BUT ARTURO DE

18  LA TORRE'S TESTIMONY ON THIS PARTICULAR POINT IS CORROBORATED

19  MULTI-FOLD.  YOU HAVE HEARD THE TESTIMONY OF AT LEAST THREE

20  WITNESSES.  YOU HAVE SEEN THE NARCOTICS LEDGERS, NOT ONLY

21  THE ONES THAT ARTURO KEPT, BUT THE ONES THAT THE NEPHEW,

22  CARLOS FELIX, KEPT.

23         I SUBMIT TO YOU, LADIES AND GENTLEMEN, THAT

24  ARTURO DE LA TORRE WAS BEING TRUTHFUL, AS TRUTHFUL TO YOU AS

25  HE COULD BE, RELATIVE TO HIS INVOLVEMENT IN THE COCAINE

1  DISTRIBUTION RING WITH CACHAS.

2       HE SAYS NEXT THAT HE WENT TO THE BEST WESTERN

3  HOTEL.  HE GAVE AN APPROXIMATE DATE TO THE AGENTS DURING THE

4  DEBRIEFINGS AS TO WHEN HE WENT.  THE DEA AGENTS THEN WENT

5  TO SEE IF THEY COULD FIND A BEST WESTERN HOTEL AT THAT

6  APPROXIMATE LOCATION.  SURE ENOUGH THEY DID.  THEY FOUND THE

7  BEST WESTERN HOTEL.  IT DOES EXIST, THE ONE WHERE HE SAYS

8  THIS CONVERSATION AND THE T.V. NEWS BROADCAST TOOK PLACE.

9  IT WASN'T SOMETHING THAT HE MADE UP.

10      THEN THE DEA AGENTS CHECKED THE RECORDS OF THE

11 HOTEL MANAGER.  "DO YOU HAVE ANY RECORDS IN THE NAME OF

12 FORTINO DE LA TORRE?"  AGAIN LOOKING FOR SOMETHING TO

13 CORROBORATE WHAT ARTURO DE LA TORRE SAID.  LO AND BEHOLD,

14 THEY FOUND THE RECEIPT.  THE RECEIPT HAS BEEN INTRODUCED IN

15 EVIDENCE, AND THE RECEIPT SHOWS THAT FORTINO HAD REGISTERED

16 AT THE HOTEL ON A NIGHT IN APRIL, AGAIN THE APPROXIMATE TIME

17 THAT ARTURO DE LA TORRE STATES THIS CONVERSATION AND MEETING

18 AND SO ON TOOK PLACE.  AGAIN INDEPENDENT CORROBORATION TO

19 SUPPORT THAT WHAT THIS MAN IS TELLING YOU, WHAT THIS MAN

20 HAS TOLD YOU, IS THE TRUTH.

21      ARTURO DE LA TORRE TESTIFIED THAT AFTER THE NEWS

22 BROADCAST AND SO ON, THEY PROCEEDED TO RENO, AND HE

23 INTRODUCED HIM TO HIS BROTHER JAY WHILE THEY WERE UP IN RENO.

24 OF COURSE JAY HAD KNOWN HIM ON PREVIOUS OCCASIONS.

25      THERE WAS TESTIMONY BY JAY DE LA TORRE ABOUT A

107

1   HOUSE BEING RENTED AT LAKE TAHOE.  WELL, WAS ARTURA DE LA

2   TORRE BEING TRUTHFUL ABOUT CACHAS -- ARTURO DE LA TORRE

3   TAKING CACHAS UP TO RENO?  CERTAINLY.  THE PROOF OF THAT IS

4   NOT SIMPLY HIS TESTIMONY AND HIS TESTIMONY ALONE BECAUSE THE

5   AGENTS THEN WENT UP AND SAID, "OKAY, WHERE IS THIS LAKE

6   TAHOE HOUSE?"

7          THEY WENT TO JAY DE LA TORRE AS WELL.  "WHAT IS THE

8   NAME OF THE COMPANY WHERE THIS HOUSE WAS RENTED?  LET'S SEE

9   IF THERE ARE DOCUMENTS, INDEPENDENT DOCUMENTS, TO SUPPORT

10  THE RENTAL OF THIS HOUSE."  AND IN FACT THEY FOUND THEM, AND

11  THEY CORROBORATED IN TIME.  THE RENTAL OF THE LAKE TAHOE

12  HOUSE OCCURRED ON THE 13TH, APPROXIMATELY THREE DAYS AFTER

13  CACHAS ARRIVED IN RENO.  AGAIN HE WAS BEING TRUTHFUL RELATIVE

14  TO THAT.

15         THEN ARTURO DE LA TORRE SAID THAT WHEN CACHAS

16  RETURNED TO LOS ANGELES, "I TOOK HIM OVER TO A DOCTOR TO

17  HAVE THE STITCHES REMOVED FROM HIS RIGHT SHOULDER BECAUSE HE

18  HAD A TATTOO REMOVED."  WHAT DO THE AGENTS DO THEN?  THEY

19  GO TALK TO JAY.  "CAN WE CORROBORATE THIS?  WHAT INDEPENDENT

20  WITNESSES CAN WE FIND?  WHAT DOCUMENTS CAN WE FIND TO PROVE

21  THIS UP?"

22         SURE ENOUGH, DR. HASTINGS WAS LOCATED, AND HE

23  CORROBORATES THAT THE TATTOO WAS REMOVED, AND THE TIMING WAS

24  ACCURATE.  AGAIN ARTURO DE LA TORRE IS BEING TRUTHFUL

25  REGARDING THAT.

1          ARTURO DE LA TORRE THEN DETAILS THE INCIDENT WHERE

2    CACHAS GOES TO NOGALES, HIDING OUT IN NOGALES, ON

3    APPROXIMATELY MARCH 7TH, 1986.  CACHAS CALLS HIM IN THE

4    MORNING AND SAYS, "GEEZ, I AM UNDER SURVEILLANCE.  PEOPLE

5    WERE FOLLOWING ME.  I WAS BEING FOLLOWED.  I JUMPED OUT OF

6    THE CAR AND RAN TO MAKE SURE THEY COULDN'T GET ME, AND THEN

7    I FLED DOWN TO NOGALES WITH IVONNE AND WAS HIDING OUT THERE."

8          YOU HEARD THE TESTIMONY OF LISA BINSACK.  THAT

9    INCIDENT HAPPENED, LADIES AND GENTLEMEN.  SHE WAS ONE OF THE

10   SURVEILLING AGENTS FOLLOWING CACHAS ON THIS PARTICULAR DATE

11   ARTURO DE LA TORRE WASN'T MAKING THAT UP.  HE TOLD THIS TO

12   THE AGENTS, AND IT WAS TRUE.  IT HAD TAKEN PLACE.

13         ARTURO THEN SAYS, "I GO DOWN TO NOGALES.  CACHAS

14   ASKED ME TO GO DOWN.  WE THEN DRIVE UP TO BLYTHE AND THEN

15   GO TO LAS VEGAS AND SPEND A COUPLE OF DAYS IN LAS VEGAS,

16   THEN RETURN TO RENO."  THIS IS RENO TRIP NUMBER TWO.

17         "OKAY, ARTURO," THE AGENTS ASK HIM, "WHEN DID

18   THIS RENO TRIP HAPPEN?  GIVE US THE APPROXIMATE TIME.  WHAT

19   HAPPENED AFTER THAT?"

20         "WELL, I WENT AND TOOK HIM TO MY BROTHER JAY TO GO

21   AHEAD AND HELP HIM OUT WHILE HE WAS THERE."

22         AND JAY SAYS, "OH, YEAH.  I WAS WITH HIM WHEN HE

23   RENTED AN APARTMENT IN RENO."  THAT WAS TRIP NUMBER TWO.

24   "WHAT DOCUMENTS?  HOW ARE WE GOING TO INDEPENDENTLY

25   CORROBORATE WHAT YOU ARE SAYING, ARTURO?"  WELL, THEY FOUND

1   OUT THAT THE LAKERIDGE APARTMENTS EXIST.  THEY FIND THE

2   RENTAL RECORDS.  THE AGENTS FIND THE RENTAL RECORDS, WHICH

3   CORROBORATE WHAT JAY DE LA TORRE SAYS, CORROBORATE WHAT

4   ARTURO SAYS.  WE HAVE THE DATES ON HERE AS TO WHEN HE WENT

5   AHEAD AND RENTED A PARTICULAR PROPERTY, AGAIN IN THE NAME

6   FRANCISCO MORUA, THE FALSE NAME THAT CACHAS WAS USING.

7          THEN CACHAS GETS COMFORTABLE.  HE THINKS THE HEAT

8   HAS COOLED OFF.  HE RETURNS TO LOS ANGELES.  HE GOES IN AND

9   HAS PLASTIC SURGERY DONE WITH DR. SANCHEZ.  WE HAD

10  ARTURO DE LA TORRE IDENTIFY PHOTOGRAPHS FROM THE FILES OF

11  DR. SANCHEZ THAT SHOW HIS FACE WITH THE BLOWN-UP, SWELLING

12  AS A RESULT OF THE SURGERY THAT HE UNDERWENT.

13          AND IT IS AN INTERESTING POINT ABOUT THE TILE IN

14  TERMS OF CORROBORATION.  IT IS AN INTERESTING DETAIL, IS IT

15  NOT, FOR ARTURO TO BRING UP?  IF YOU WERE LYING ABOUT BEING

16  AT THE BEST WESTERN HOTEL, YOU HAD NOT GONE THERE AND WERE

17  JUST MAKING THIS UP FOR SOME REASON BECAUSE YOU WANTED TO

18  IMPRESS THE GOVERNMENT OR WANTED TO SAY WHAT YOU THOUGHT THE

19  GOVERNMENT WANTED YOU TO SAY, DOES IT MAKE SENSE, IS IT

20  REASONABLE, THAT YOU WOULD BRING UP THIS DETAIL THAT "AFTER

21  THE NEWS BROADCAST, THIS TILE FELL AND BROKE AND SCARED ALL

22  OF US, AND WE JUMPED; WE DIDN'T KNOW WHAT TO DO.  WE THOUGHT

23  DEA WAS IN THE NEXT ROOM."  WOULD YOU MAKE UP THAT KIND OF

24  DETAIL?

25          AND THEN WHAT HAPPENS?  CAN IT BE CORROBORATED?

1  DEA AGENTS SAY, "LET'S TAKE IT A STEP FURTHER.  LET'S SEE IF

2  HE IS TELLING THE TRUTH REGARDING THAT."  THEY GO BACK TO

3  THE ROOM, 208, THE SAME HOTEL ROOM THAT FORTINO HAD BEEN

4  CHECKED INTO AT THE BEST WESTERN HOTEL.  YOU HAVE SEEN THE

5  PHOTOGRAPHS THAT THE GOVERNMENT INTRODUCED, NOT THE ONES

6  THAT THE DEFENSE INTRODUCED.  THOSE ARE A LITTLE DIFFERENT.

7      THE ONES THE GOVERNMENT INTRODUCED, WHAT DO THEY

8  SHOW?  TWO TILES IN THAT PARTICULAR BATHROOM THAT ARTURO DE

9  LA TORRE WAS TALKING ABOUT, AND THE TILES ARE CRACKED.  ONE

10  OF THEM ON THE FLOORBOARD.  IT LOOKS LIKE THE TILE HAS BEE

11  BUSTED AND HAD BEEN REGLUED ONTO THE BASEBOARD.

12      WE BRING IN THE HOTEL MANAGER AND ATTEMPT TO

13  CORROBORATE WHETHER OR NOT THIS IS A COMMON OCCURRENCE.

14  ARE THEY HAVING PROBLEMS REGARDING TILES FALLING OUT, AND

15  YOU HEARD THE TESTIMONY FROM AREANNO, THE HOTEL MANAGER.  HE

16  SAID, "YES, WE HAVE PROBLEMS WITH TILES FALLING OFF ALL THE

17  TIME."  HE SAID, "THERE IS AN ADHESIVE STICK-ON TYPE OF

18  TILES THAT WERE PLACED IN THE BATHROOM AND ON THE

19  FLOORBOARD, AND WE ARE HAVING THOSE KIND OF PROBLEMS."

20      WAS IT COINCIDENTAL THAT ARTURO IS GIVING THIS

21  PARTICULAR, MINUTE DETAIL, AND IT IS PROVED UP THAT THEY

22  WERE HAVING THESE KINDS OF PROBLEMS AT THE BEST WESTERN

23  HOTEL?  IT MAY APPEAR TO BE A MINOR POINT IN TERMS OF JUST A

24  TILE, IN TERMS OF PROVING UP CREDIBILITY, BUT I SUBMIT TO

25  YOU THAT IT DOES PROVE THAT HE WAS TELLING THE TRUTH ABOUT

1 BEING THERE, AND IT IS NOT COINCIDENTAL, SIMPLY AN ACCIDENT,

2 THAT THESE TYPES OF PROBLEMS OF THE CRACKED TILES AND SO

3 ON WERE HAPPENING AT THAT TIME.

4   ONE LAST POINT ON CACHAS.  WE HAVE THE TATTOO

5 REMOVAL, PLASTIC SURGERY, FALSE NAMES, FLIGHT, CONSCIOUSNESS

6 OF GUILT.  YOU RUN WHEN YOU HAVE SOMETHING TO RUN FROM.

7 WHEN YOU RUN, IT IS BECAUSE YOU ARE SHOWING, IT IS AN

8 EXPRESSION, OF YOUR GUILT, THAT YOU DID WHAT THEY SAID YOU

9 DID, AND YOU ARE RUNNING AND YOU'RE RUNNING FROM THE LAW.

10 IF YOU HAVE NOTHING TO HIDE YOU STAY AND YOU FACE IT, AND

11 YOU FACE THE TRUTH AND FACE ANY ALLEGATIONS BECAUSE YOU ARE

12 INNOCENT.  IF YOU ARE INNOCENT, YOU WILL BE PROVEN

13 INNOCENT.  IF YOU ARE INNOCENT, THE TRUTH WILL COME OUT, AND

14 THERE IS NO REASON FOR RUNNING.  IF YOU ARE GUILTY, YOU RUN.

15 THAT IS EXACTLY WHAT CACHAS WAS DOING AND HAD BEEN DOING FOR

16 APPROXIMATELY A YEAR PERIOD OF TIME UNTIL HE WAS ARRESTED

17 IN DECEMBER, CHRISTMAS EVE 1986.

18   AND IT IS INTERESTING -- WE HAVE AN INDIVIDUAL

19 WHO ONE DAY HIS NAME IS JESUS FELIX, THE NEXT DAY HE USES

20 THE NAME JESUS FELIX DE LEON, AND THE NEXT DAY HE USES

21 JESUS DIAZ DE LEON ZAMORANO.  WHEN HE IS ARRESTED, HE HAS

22 NUMEROUS IDENTIFICATION DOCUMENTS ON HIM IN ANOTHER NAME,

23 JESUS NUEVAS RODRIGUEZ.  WHEN HE CHECKS IN OR RENTS

24 PROPERTIES IN RENO, HE USES THE NAME FRANCISCO MORUA.  HE

25 HAS CACHAS REMOVED FROM HIS SHOULDER -- FALSE I.D.'S, FALSE

1  ADDRESSES, FALSE NAMES, COVERING UP HIS IDENTIFY, COVERING

2  UP HIS PHYSICAL APPEARANCE, TRYING TO CONCEAL HIS GUILT.

3       THOSE ARE NOT THE ACTS OF AN INNOCENT MAN.  THOSE

4  ACTS ARE CONSISTENT WITH ONE THING, AND THEY ARE CONSISTENT

5  WITH ONE THING ONLY, AND THAT IS GUILT.

6       I SUBMIT TO YOU, LADIES AND GENTLEMEN, THAT HE IS

7  GUILTY OF THE CHARGE OF ACCESSORY AFTER THE FACT.

8       I WANT TO SPEND LASTLY A BRIEF MOMENT TALKING

9  ABOUT THE DEFENSE WITNESSES THAT HAVE BEEN INTRODUCED IN

10 THIS CASE IN AN EFFORT TO UNDERCUT THE CREDIBILITY OF THE

11 GOVERNMENT'S WITNESSES, IN AN EFFORT TO PROVE THAT THERE IS

12 A REASONABLE DOUBT, TO ESTABLISH REASONABLE DOUBT.  OF

13 COURSE, IT IS THE GOVERNMENT'S BURDEN TO PROVE BEYOND A

14 REASONABLE DOUBT THE GUILT OF THE DEFENDANTS.

15      THE DEFENSE WITNESS CALLED ON BEHALF OF RAUL LOPEZ

16 WAS LOPEZ'S MOTHER.  THERE IS NO QUESTION ABOUT IT.  SHE

17 DOESN'T WANT TO SEE HER SON PROSECUTED.  SHE DOESN'T WANT TO

18 SEE HER SON CONVICTED.  THAT IS UNDERSTANDABLE.  THAT IS HER

19 SON.  THERE IS THAT RELATIONSHIP BETWEEN A MOTHER AND A SON,

20 AND SHE IS WILLING TO STAND THERE AND TO TELL YOU THINGS

21 THAT ARE NOT TRUE, AND SHE FEELS JUSTIFIED IN DOING IT IF

22 IT CAN SAVE HER SON FROM BEING PROSECUTED, AND THAT IS WHAT

23 SHE DID.  SHE WAS NOT TRUTHFUL REGARDING BEING THERE AT THE

24 TABLE, READING OVER HER SON'S SHOULDER THESE NEWSPAPER

25 ARTICLES AND MAGAZINE ARTICLES LINE BY LINE WITH HER SON

1 DURING BREAKFAST ON THIS PARTICULAR DAY.  THAT WASN'T THE

2 WAY IT HAPPENED.  SHE WAS TRYING TO HELP HER SON, AND SHE

3 HASN'T BEEN TRUTHFUL.

4       JESUS FELIX.  WITNESSES ON BEHALF OF JESUS FELIX.

5 FIRST WE HAD BERT SNOW, THE TILE MAN, THE QUOTE, UNQUOTE

6 EXPERT REGARDING TILE.  HE WENT TO ROOM 208 AT THE BEST

7 WESTERN HOTEL.  HE WAS ASKED TO INVESTIGATE AND ASKED TO

8 EVALUATE.  HE WENT AND CHECKED ALL THE TILES.  HE WAS ASKED

9 TO CHECK THE TILES FOR ANY CRACKS.  "I DIDN'T SEE ANY CRACKS."

10 IN FACT, THERE WERE TWO TILES THAT WERE CRACKED.

11       "I WENT IN THERE TO SEE IF ANY TILES HAD BEEN

12 REPLACED.  I DIDN'T SEE ANY."  AND IN FACT YOU SAW THE

13 PHOTOGRAPHS OF THE THREE TILES ON THE FLOORBOARD WHERE IT IS

14 CLEAR, BASED ON THE DISCOLORATION OF THE GROUT ABOVE THE

15 TOP, THAT THOSE THREE TILES HAD BEEN REGLUED, AND THERE

16 HAD BEEN SOME REPLACEMENT OR REGLUING OF TILES, AND HE DIDN'T

17 SEE THAT.  HE MISSED THAT.

18       NOR DOES IT APPEAR THAT HE TALKED TO THE HOTEL

19 MANAGER BECAUSE THE ANSWER RELATIVE TO REPLACEMENT OF TILES

20 AND PROBLEMS WITH TILES -- ALL HE HAD TO DO WAS TALK TO THE

21 HOTEL MANAGER, AND HE COULD HAVE LEARNED THAT VERY EASILY.

22       EVA CORELLA, INTERESTING REASON AS TO WHY SHE WAS

23 EVEN CALLED.  SHE TOOK THE STAND AND WAS ASKED ABOUT

24 TIJUANA, IF SHE EVER TRAVELED TO TIJUANA, WHAT SHE KNEW

25 ABOUT TIJUANA, AND I BELIEVE SHE STATED THAT SHE HAD A

1  RELATIVE THAT HAD SOME PROPERTY IN TIJUANA, AND SHE WOULD

2  TRAVEL THERE QUITE FREQUENTLY.  AND SHE WAS ASKED DURING

3  HER TRAVELS TO TIJUANA IF SHE HAD EVER SEEN THE LUCERNE

4  HOTEL OR IF THERE WAS A LUCERNE HOTEL IN TIJUANA, AND SHE

5  SAID, "NO, THERE ISN'T."

6          NOW, I ASK YOU, WHY WOULD THE DEFENSE PUT ON A

7  WITNESS TO TESTIFY UNDER OATH THAT THERE IS NO LUCERNE

8  HOTEL WHEN THAT SAME DEFENDANT, JESUS FELIX-GUTIERREZ, HAD

9  AN INVESTIGATOR, AND THAT INVESTIGATOR TESTIFIED THAT HE

10  CALLED UP TIJUANA TRYING TO FIND OUT WHETHER THERE WAS A

11  CAMINO REAL HOTEL, AND HE TESTIFIED UNDER OATH THAT THERE

12  WASN'T.

13          WHEN I QUESTIONED HIM ON CROSS-EXAMINATION ABOUT

14  WHETHER HE AT THE SAME TIME MADE ANY EFFORTS TO DETERMINE

15  WHETHER OR NOT THE LUCERNE HOTEL WAS IN EXISTENCE, WAS IN

16  OPERATION IN TIJUANA, HE SAID, "YES, I DID THAT, TOO.  I

17  CALLED UP AND, YEAH, I DETERMINED THERE WAS A LUCERNE HOTEL

18  IN TIJUANA."

19          SO WHY IS THE DEFENSE PUTTING ON ONE WITNESS TO

20  SAY THE LUCERNE HOTEL DOESN'T EXIST WHEN THEY HAVE GOT AN

21  INVESTIGATOR WHO HAS TOLD MR. TARLOW THAT HE HAS FOLLOWED

22  UP THE LEADS OR THE REQUESTS THAT HE HAS GIVEN HIM AND HAS

23  DETERMINED THAT THE LUCERNE HOTEL EXISTS?  DO YOU THINK THAT

24  THE DEFENSE ATTORNEY IS TRYING TO MISLEAD YOU?  DO YOU

25  THINK THAT THE DEFENSE ATTORNEY IS TRYING TO LEAVE YOU WITH

1   A FALSE IMPRESSION OF THE EVIDENCE?  DO YOU THINK THAT THE

2   ATTORNEY IS REALLY LOOKING FOR JUSTICE WHEN THAT TYPE OF

3   FLIMFLAM AND GAMES PLAYING IS DONE?  IS THAT WHAT WE ARE

4   HERE FOR?  ISN'T THIS A SEARCH FOR THE TRUTH?  ISN'T THIS A

5   SEARCH FOR JUSTICE?  OR IS THIS JUST A LITTLE GAME WE'RE

6   PLAYING IN TERMS OF TRYING TO HIDE THE BALL, MISREPRESENT,

7   MISLEAD, OR DECEIVE?  ARE YOU BEING DECEIVED, OR WAS THIS

8   AN OVERSIGHT BY MR. TARLOW AND HE DIDN'T REALIZE THAT THE

9   HOTEL EXISTED, THE LUCERNE?

10          CARLOS FELIX, THE NEPHEW OF JESUS FELIX, CALLED

11  TO UNDERMINE THE CREDIBILITY OF ARTURO DE LA TORRE; THAT

12  ARTURO DE LA TORRE HAD TOLD HIM HE WAS GOING TO PERJURE

13  HIMSELF RELATIVE TO HIS COOPERATION WITH THE GOVERNMENT.

14  INTERESTING WITNESS TO CALL.  HERE IS AN INDIVIDUAL WHO

15  UNDER OATH STATED THAT HE WAS ASKED BY HIS UNCLE TO MAINTAIN

16  LEDGERS; THAT IN FACT HE MAINTAINED THESE LEDGERS FOR

17  APPROXIMATELY EIGHT MONTHS.  HE WAS ASKED BY HIS UNCLE TO

18  DEVELOP A CODE, AND THE CODE WAS OBVIOUSLY TO CONCEAL THE

19  NAMES OF THE CUSTOMERS LISTED IN THE LEDGERS, AND HE DID AS

20  HIS UNCLE TOLD HIM TO DO.

21          HE SAID THAT HE CONTINUED TO DO THIS, RECORD

22  FIGURES, NUMBERS, DOLLARS, IN THESE LEDGERS FOR A COUPLE OF

23  MONTHS.  HE SAYS, "I DIDN'T EVEN KNOW WHAT I WAS DOING.  I

24  DIDN'T KNOW WHAT WAS IN THOSE LEDGERS."

25          DO YOU THINK THAT WITNESS IS BEING TRUTHFUL?  HE

1   DIDN'T KNOW WHAT HE WAS DOING WHEN HE CODED THESE LEDGERS

2   AND HE WAS RECORDING LITERALLY HUNDREDS OF THOUSANDS AND UP

3   TO MILLIONS OF DOLLARS IN THESE NARCOTICS LEDGERS?  "I

4   DIDN'T KNOW WHAT I WAS DOING.  MY UNCLE ASKED ME TO DO IT,

5   AND I DO WHAT MY UNCLE TELLS ME.  NO QUESTIONS ASKED.  AND

6   THAT IS WHAT I WAS DOING HERE."

7           I THINK YOU HAVE TO ASK YOURSELF THE QUESTION

8   AGAIN OF CREDIBILITY.  WHAT IS HAPPENING HERE?  WHAT IS

9   HAPPENING WITH THIS SEARCH FOR THE TRUTH THAT THIS JURY

10  SYSTEM IS ALL ABOUT?

11          THIS IS AN INDIVIDUAL WHO CLEARLY IS MANIPULATED

12  BY HIS UNCLE, A VERY VULNERABLE INDIVIDUAL, AN INDIVIDUAL

13  WHO BASICALLY HAS DONE IN THE PAST WHATEVER HIS UNCLE TELLS

14  HIM TO DO.  HIS UNCLE TELLS HIM TO DO THE LEDGERS, AND HE

15  RECORDS THE LEDGERS.  NO QUESTIONS ASKED.  AND THOSE LEDGERS

16  GET HIM IN TROUBLE.  BECAUSE HE RECORDS THE LEDGERS, HIS

17  ROLE IN RECORDING THESE LEDGERS, HE IS CONVICTED -- HE

18  ENTERS A GUILTY PLEA AND HE IS SERVING SEVEN YEARS.

19          HE SAID THAT EVEN AFTER HE LEARNED AND DETERMINED

20  THAT THESE LEDGERS WERE NARCOTICS LEDGERS AND WHAT HE WAS

21  DOING WAS UNLAWFUL, WHAT HE WAS DOING WAS A CRIME, THAT HE

22  CONTINUED TO DO IT, ANYWAY.  HE CONTINUED TO VIOLATE THE

23  LAW, ANYWAY.  WHY?  BECAUSE HIS UNCLE ASKED HIM TO DO IT,

24  AND JESUS FELIX IS NOT THE KIND OF INDIVIDUAL YOU SAY NO TO.

25  JESUS FELIX HAS THIS PARTICULAR CHARISMA AND POWER OVER

1  INDIVIDUALS, AND HE HAS THE MONEY, ALSO, IN TERMS OF THE

2  ABILITY TO BUY AND GET PEOPLE TO DO WHAT HE WANTS THEM TO DO,

3  AND HE PROMISES, "I AM GOING TO TAKE CARE OF YOU.  DON'T

4  WORRY.  DO WHAT I SAY.  I WILL TAKE CARE OF YOU."

5       THAT IS WHAT IS HAPPENING HERE.  THAT IS WHAT IS

6  HAPPENING WITH HIS NEPHEW.  "YOU BACK ME UP, YOU GO AHEAD

7  AND FABRICATE THIS STORY, AND I WILL TAKE CARE OF YOU LATER."

8  AND HE WAS USED, AND IT IS A SHAME THAT HE WAS USED IN THIS

9  PARTICULAR MANNER FOR HIS UNCLE'S BENEFIT.

10      THEN WE HAVE THE DEFENSE CALLING MIGUEL PEREZ-

11 FLORES, THE MEXICAN IMMIGRATION OFFICIAL.  THAT IS

12 PARTICULARLY INTERESTING, ALSO, BECAUSE THE DEFENSE HAS

13 EMPHASIZED THROUGHOUT AND QUESTIONED DEA AGENTS AND CROSS-

14 EXAMINED DEA AGENTS EXTENSIVELY REGARDING ONE SUBJECT, AND

15 THAT SUBJECT IS CORRUPTION, MEXICAN CORRUPTION OF POLICE

16 OFFICIALS, CORRUPTION OF GOVERNMENT OFFICIALS IN MEXICO.

17 THEY ARE SO CORRUPT.  THERE IS THIS MASSIVE COVER-UP,

18 COVERING UP THE MURDER OF CAMARENA IN MEXICO.  THE GOVERNMENT

19 OFFICIALS ARE DOING IT.

20      ISN'T IT IRONIC THAT THAT IS WHO THEY END UP

21 CALLING AS A KEY WITNESS FOR JESUS FELIX -- A MEXICAN

22 GOVERNMENT OFFICIAL?  THE SAME OFFICIALS OR TYPES OF

23 OFFICIALS THAT THEY HAVE BEEN CRITICIZING AND LAMBASTING AND

24 SO ON THROUGHOUT THE LENGTH OF THE TRIAL.  MEXICAN GOVERNMENT

25 OFFICIALS.

1    NOW, YOU HAVE HEARD A LOT ABOUT MEXICAN

2  GOVERNMENT OFFICIALS.  YOU HAVE HEARD A LOT ABOUT MORDIDA,

3  AND YOU HAVE HEARD A LOT ABOUT MONEY CAN GET YOU ANYTHING

4  YOU WANT, AND MEXICAN OFFICIALS ARE WILLING TO TURN THEIR

5  BACKS, WILLING TO LOOK THE OTHER WAY, THEY ARE WILLING TO

6  BREAK THE LAW, WILLING TO PROTECT NARCOTICS TRAFFICKERS,

7  WILLING TO DO WHATEVER THEY ARE ASKED TO DO IF THE MONEY IS

8  RIGHT, IF THEY ARE PAID THE RIGHT AMOUNT OF MONEY.

9    ANOTHER INTERESTING THING ABOUT THIS INDIVIDUAL IS

10  THAT HE SAID THAT HE HAD KNOWN JESUS FELIX -- AND THIS WAS

11  AT THE TIME OF THE BEST WESTERN HOTEL INCIDENT,

12  APRIL 9, 1985 -- HE SAID HE HAD KNOWN HIM FOR ABOUT SIX

13  MONTHS.  WHAT INTEREST WOULD JESUS FELIX, A KNOWN

14  NARCOTICS TRAFFICKER, HAVE WITH AN IMMIGRATION OFFICIAL?

15  HOW DO YOU GET THE QUANTITIES OF COCAINE FROM MEXICO ACROSS

16  THE MEXICAN BORDER INTO THE UNITED STATES?  HOW DO YOU GET

17  PAST THE MEXICAN IMMIGRATION OFFICIALS TO GET THE COCAINE

18  INTO THE UNITED STATES?  HOW DO YOU BRING IN TRUCKLOADS AND

19  TRUCKLOADS AND TRUCKLOADS LOADED WITH MARIJUANA FROM

20  MEXICO ACROSS THE MEXICAN BORDER INTO THE UNITED STATES?

21  DO YOU THINK THAT JESUS FELIX MIGHT HAVE SOME IMMIGRATION

22  AND CUSTOMS OFFICIALS ON THE PAYROLL?  DO YOU THINK HE MIGHT

23  BE PAYING IMMIGRATION OFFICIALS TO ALLOW HIS SHIPMENTS OF

24  COCAINE TO COME INTO THE UNITED STATES, THE SHIPMENTS OF

25  MARIJUANA TO COME INTO THE UNITED STATES?  ABSOLUTELY.

1 ABSOLUTELY.

2          NOW, THIS PARTICULAR MEXICAN OFFICIAL SAID, "I

3 HAVE KNOWN HIM FOR ABOUT SIX MONTHS.  I HAPPENED TO BE ON

4 VACATION IN LOS ANGELES AT THE TIME, AND I WAS TALKING TO

5 RICARDO GARCIA."  RICARDO GARCIA IS A CONVICTED GUNRUNNER.

6 "AND RICARDO GARCIA SAID, 'HEY, LET'S GO SEE YOUR OLD

7 FRIEND JESUS FELIX.'"

8          AND MIGUEL SAYS, "SURE.  WHY NOT."

9          SO THEY GO OVER TO THE BEST WESTERN HOTEL.  WELL,

10 WAIT A MINUTE NOW.  LET'S LOOK AT THE CIRCUMSTANCES

11 SURROUNDING THIS.  WHAT IS GOING ON?  JESUS FELIX IS SCARED

12 FOR HIS LIFE.  HE JUST LEARNED THAT RAFAEL CARO-QUINTERO

13 HAS JUST BEEN ARRESTED IN COSTA RICA.  HE IS AFRAID HE IS

14 GOING TO BE ARRESTED.  HE IS HIDING OUT.  HE IS HIDING OUT

15 IN A HOTEL.  HE IS AFRAID EVEN TO GO HOME.  HE IS AFRAID TO

16 GO TO HIS BUSINESSES BECAUSE HE IS AFRAID HE WILL BE

17 ARRESTED.

18          DO YOU THINK HE WANTS TO HAVE SOCIAL VISITS?  DO

19 YOU THINK HE WANTS TO HAVE SOCIAL GUESTS STOP BY AND SEE

20 HIM AND SEE HOW HE IS DOING?  THAT IS THE LAST THING HE

21 WANTS TO DO.  HE DOESN'T WANT ANYBODY OVER THERE SEEING HIM.

22 THE ONLY PEOPLE HE WANTS IN THAT HOTEL ROOM WITH HIM ARE

23 PEOPLE THAT HE TRUSTS, PEOPLE THAT ARE CONFIDANTS OF HIM,

24 PEOPLE THAT HE THINKS HE CAN USE, PEOPLE HE THINKS CAN HELP

25 HIM IF HE NEEDS TO GET OUT OF TOWN, IF HE NEEDS TO FLEE, IF

1  HE NEEDS TO ESCAPE.

2          NOW, WHY IS HE GOING TO ALLOW OR BE WILLING TO

3  GREET SOMEBODY HE HAS KNOWN FOR SIX MONTHS, AND A MEXICAN

4  OFFICIAL ON TOP OF THAT, TO COME OVER AND VISIT HIM?  HE IS

5  NOT TAKING SOCIAL CALLS, LADIES AND GENTLEMEN, AND THAT

6  DIDN'T HAPPEN THAT WAY.  THERE IS NO WAY THAT JESUS FELIX

7  IN THIS PARTICULAR STATE OF PARANOIA THAT HE WAS FEELING AT

8  THIS POINT IN TIME WAS GOING TO GO AHEAD AND HAVE ANYBODY

9  COME OVER AND VISIT THAT HE DIDN'T KNOW AND DIDN'T KNOW

10  WELL.

11          WHAT ELSE CAN HE SAY?  HE HAS TO COME UP WITH

12  SOME EXPLANATION FOR GOING OVER AND VISITING HIM, VISITING

13  CACHAS AT THE TIME.  I SUBMIT TO YOU, LADIES AND GENTLEMEN,

14  THAT HE WAS NOT BEING TRUTHFUL.  I SUBMIT TO YOU, LADIES

15  AND GENTLEMEN, THAT HE WAS LYING TO YOU RELATIVE TO THAT.  I

16  SUBMIT TO YOU, LADIES AND GENTLEMEN, THAT THIS WAS ONE OTHER

17  INSTANCE OF MORDIDA, GETTING THE JOB DONE.  THAT IS EXACTLY

18  WHAT HE DID.  HE WAS ANOTHER PERSON ON THE PAYROLL.  THAT

19  IS THE DEFENSE CASE.  THAT IS THE DEFENSE CASE.

20          I THINK IT UNDERSCORES ONE PARTICULAR STATEMENT

21  HERE, AND THAT IS CREDIBILITY.  I THINK THERE IS A

22  CREDIBILITY GAP HERE THAT WE HAVE RELATIVE TO THE DEFENSE

23  CASE.  THEY ARE PUTTING ON EVIDENCE THAT THEY KNOW IS UNTRUE

24  REGARDING THE LUCERNE HOTEL AND PUTTING ON THIS TILE MAN,

25  SUPPOSEDLY AN EXPERT.  HE WASN'T AN EXPERT AT ALL.  HE HADN'T

1  EVEN CHECKED THE TILES TO THE EXTENT THAT HE SAID HE HAD.

2       THEY WERE PUTTING ON CARLOS FELIX WHO HAD BEEN

3  PRESSURED INTO DOING WHAT HIS UNCLE WANTED HIM TO DO.  THEN

4  THEY PUT ON A CORRUPT MEXICAN OFFICIAL TO GET UP AND PERJURE

5  HIMSELF FOR THE RIGHT PRICE.  THAT IS THE DEFENSE CASE.  I

6  THINK IT RAISES A SERIOUS QUESTION OF CREDIBILITY.

7       THE LAST POINT THAT I WILL MAKE IS THIS.  YOU HAVE

8  HEARD A NAME COME UP DURING THE COURSE OF THE TRIAL --

9  MIGUEL FELIX GALLARDO.  YOU HAVE HEARD THE NAME MENTIONED OF

10  WERNER LOTZ.  I IMPLORE YOU NOT TO ALLOW YOURSELVES TO BE

11  MISLED BY THE EVENTS RELATIVE TO THOSE TWO INDIVIDUALS.  THE

12  GOVERNMENT DOES NOT MAINTAIN THAT EVERY INDIVIDUAL WHO HAD

13  ANYTHING TO DO WITH THE KIDNAPPING AND MURDER OF SPECIAL

14  AGENT CAMARENA AND ZAVALA ARE IN THE COURTROOM TODAY OR HAVE

15  BEEN CHARGED IN THE INDICTMENT THAT WAS RETURNED BY THE

16  GRAND JURY IN THIS CASE.  CLEARLY THERE ARE OTHER

17  INDIVIDUALS WHO WERE RESPONSIBLE AND CULPABLE AS WELL, AND

18  JUSTICE IN THIS CASE CAN ONLY BE DONE WHEN EVERY INDIVIDUAL

19  WHO HAD ANYTHING TO DO WITH THE KIDNAPPING AND MURDER OF

20  SPECIAL AGENT CAMARENA ARE CONVICTED AND BROUGHT TO JUSTICE

21  AND PROSECUTED TO THE FULL EXTENT OF THE LAW.  THAT WOULD BE

22  JUSTICE IN THIS CASE.

23       IF MIGUEL FELIX HAD ANYTHING TO DO WITH THIS,

24  THERE IS NO EVIDENCE BEFORE YOU AT THIS TIME RELATIVE TO

25  THAT.  IF MIGUEL FELIX GALLARDO HAD ANYTHING TO DO WITH THE

1    KIDNAPPING AND MURDER OF AGENT CAMARENA, IT CERTAINLY DOES

2    NOT MEAN THAT  RAFAEL CARO-QUINTERO DID NOT, THAT

3    JESUS FELIX WAS NOT AN ACCESSORY AFTER THE FACT; THAT

4    RAUL LOPEZ-ALVAREZ DIDN'T PARTICIPATE IN THE KIDNAPPING AND

5    MURDER; THAT RENE VERDUGO WASN'T OPERATING HIS HELICOPTER

6    OPERATION AND WASN'T AT LOPE DE VEGA AND WASN'T A

7    PARTICIPANT IN THE INTERROGATION OF ENRIQUE CAMARENA.

8    PLEASE DON'T BE MISLED AND DECEIVED ALONG THAT PATH BECAUSE

9    THAT IS CLEARLY NOT THE CASE.

10           IT IS KIND OF LIKE A MAGICIAN.  WHAT HE DOES IS HE

11   WILL TRY TO ATTRACT YOUR ATTENTION WITH ONE HAND, FOCUS

12   YOUR ATTENTION SOMEPLACE ELSE WHILE HE IS DOING THE TRICK

13   WITH THE OTHER HAND, AND THEN YOU DON'T SEE IT HAPPEN.  IT

14   HAPPENS IN FRONT OF YOU, BUT YOU DON'T SEE IT BECAUSE HE

15   DIVERTS YOUR ATTENTION TO SOMETHING ELSE, TO THE LITTLE

16   TRICK ON THE SIDE.  DON'T LET THIS HAPPEN.  DON'T LET YOUR

17   ATTENTION BE DIVERTED FROM THE TRUE FACTS, FROM THE

18   EVIDENCE IN THIS CASE, AND THE GUILT OF THE DEFENDANTS IN

19   THIS CASE.

20           RELATIVE TO WERNER LOTZ, MUCH HAS BEEN SAID IN

21   COUNSEL'S OPENING STATEMENT ABOUT WERNER LOTZ BUT VERY LITTLE

22   HAS BEEN PRESENTED REGARDING THIS INDIVIDUAL.  HE IS NOT AN

23   ISSUE IN THIS CASE.  HE IS NOT ON TRIAL IN THIS CASE.  HE

24   HASN'T BEEN CHARGED IN THIS CASE.  THESE INDIVIDUALS HAVE,

25   AND THE GOVERNMENT HAS PRESENTED EVIDENCE REGARDING THEIR

123

1  GUILT IN THIS CASE.

2          DON'T LET THIS BECOME A SIDESHOW.  DON'T BE LURED

3  INTO ALLOWING THIS TO BE A SIDESHOW, THE FELIX GALLARDO

4  AND WERNER LOTZ SIDESHOW, BECAUSE ATTEMPTS WILL BE MADE IN

5  THE CLOSING ARGUMENTS TO MOVE YOU IN THAT DIRECTION, TO

6  ALLOW THIS TO BECOME A SIDESHOW.

7          SPECIAL AGENT CAMARENA IS DEAD, BUT CERTAINLY NOT

8  FORGOTTEN.  I COME TO YOU TODAY ON BEHALF OF THE GOVERNMENT

9  AND ASK FOR JUSTICE IN THIS CASE.  I ASK THAT JUSTICE BE

10  DONE IN THIS CASE RELATIVE TO THESE INDIVIDUALS THAT HAVE

11  BEEN CHARGED IN THE INDICTMENT RELATIVE TO THE OFFENSES

12  THAT THEY HAVE BEEN CHARGED WITH, RELATIVE TO THE EVIDENCE

13  THAT SUPPORTS THE CHARGES THAT HAVE BEEN BROUGHT AGAINST

14  THEM.  WE SEEK JUSTICE.  WE COME TO YOU LOOKING FOR JUSTICE

15  BECAUSE YOU ARE JUSTICE.  JUSTICE IS IN YOUR HANDS, NO ONE

16  ELSE'S, RELATIVE TO THIS PARTICULAR CASE.  TODAY, RIGHT NOW,

17  RELATIVE TO THIS CASE JUSTICE IS IN YOUR HANDS.  I ASK FOR

18  JUSTICE.  ENRIQUE CAMARENA FROM HIS GRAVE CRIES OUT FOR

19  JUSTICE.  HE CRIES OUT FOR JUSTICE THAT THE PEOPLE THAT HAVE

20  DONE THIS TO HIM, THAT DID THESE UNGODLY ACTS, BE BROUGHT TO

21  JUSTICE, AND HE WILL NOT REST IN PEACE, HE CANNOT REST IN

22  PEACE, NOR CAN I, UNTIL JUSTICE IS DONE.

23          HE CRIES OUT FROM HIS GRAVE FOR JUSTICE, YOUR

24  JUSTICE.  I ASK FOR JUSTICE TO BE DONE.  JUSTICE IN THIS

25  CASE CAN BE DONE, AND THE ENDS OF JUSTICE CAN ONLY BE SERVED

1   IN ONE WAY, AND THAT IS IN RETURNING A VERDICT OF GUILTY AS

2   TO EACH OF THESE THREE DEFENDANTS ON ALL COUNTS THAT HAVE

3   BEEN FILED IN THIS INDICTMENT.

4          THANK YOU.

5       (END OF PARTIAL TRANSCRIPT.)

6                    - - -

7          I CERTIFY THAT THE FOREGOING IS A CORRECT

8       TRANSCRIPT FROM THE RECORD OF PROCEEDINGS

9       IN THE ABOVE-ENTITLED MATTER.


11   _Velma B. Thomas_____        _10/25/88_____

12        OFFICIAL REPORTER              DATE