1    UNITED STATES DISTRICT COURT

2    CENTRAL DISTRICT OF CALIFORNIA

3    - - -

4    HONORABLE EDWARD RAFEEDIE, JUDGE PRESIDING

5    - - -

6    UNITED STATES OF AMERICA,        )

7          PLAINTIFF,                 )

8    VS.                              )    NO. CR 87-422(A)-ER

9    JESUS FELIX-GUTIERREZ, RAUL      )
     LOPEZ-ALVAREZ, RENE MARTIN       )
10   VERDUGO-URQUIDEZ, ET AL.,        )

11        DEFENDANTS.                 )
     ————————————————————————————————

12

13                                    FILED
                              CLERK, U.S. DISTRICT COURT

                                  OCT 31 1988

14                            CENTRAL DISTRICT OF CALIFORNIA
                                              DEPUTY

15

16

17        REPORTER'S PARTIAL TRANSCRIPT OF PROCEEDINGS

18             LOS ANGELES, CALIFORNIA

19          TUESDAY, SEPTEMBER 20, 1988

20        PLAINTIFF'S REBUTTAL ARGUMENT

ENTERED ON COURTRAN
NOV - 7 1988

21

22

23             VELMA B. THOMAS, CSR, RPR
                 OFFICIAL COURT REPORTER
24                406 U. S. COURT HOUSE
                  312 NORTH SPRING STREET
25            LOS ANGELES, CALIFORNIA 90012
                    (213) 629-4874
                     CSR NO. 2683

1

<u>I N D E X</u>

2

3      <u>PROCEEDINGS</u>                                          <u>PAGE</u>

4      PLAINTIFF'S REBUTTAL ARGUMENT                              3

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LOS ANGELES, CALIFORNIA; TUESDAY, SEPTEMBER 20, 1988; 9:30 AM

1        (JURY PRESENT.)

2            THE COURT:  GOOD MORNING.

3            THE JURY:  GOOD MORNING.

4            MR. CAMPOS:  GOOD MORNING, YOUR HONOR.

5            MR. PANCER:  GOOD MORNING, YOUR HONOR.

6            THE COURT:  THE GOVERNMENT NOW WILL HAVE AN

7    OPPORTUNITY TO PRESENT ITS CLOSING ARGUMENT.

8            COUNSEL, YOU MAY PROCEED.

9                PLAINTIFF'S REBUTTAL ARGUMENT

10           MR. CAMPOS:  THANK YOU VERY MUCH, YOUR HONOR.

11           YOUR HONOR, COUNSEL, LADIES AND GENTLEMEN.  FOR

12   THE PAST FEW DAYS YOU HAVE HAD TO ENDURE ALMOST 10 HOURS OF

13   SOME OF THE MOST OUTRAGEOUS, SOME OF THE MOST OBSCENE

14   ARGUMENTS THAT I THINK HAVE BEEN PRESENTED IN THIS

15   COURTHOUSE, AND I AM TALKING ABOUT ALL OF THE DEFENSE

16   COUNSEL WHO GOT UP HERE AND TALKED TO YOU.

17           WHAT THEIR ARGUMENTS BOILED DOWN TO WAS A PERSONAL,

18   VICIOUS ATTACK ON MR. GURULE AND MYSELF.  IT WAS UNFOUNDED,

19   AND IT WAS BASED ON AN EFFORT TO COMPLETELY DISTRACT YOU

20   FROM THE EVIDENCE IN THIS PARTICULAR CASE.  EVERY BRICK,

21   EVERY PIPE, EVERY ROCK THAT COULD BE PICKED UP AND THROWN

22   OUR WAY, I THINK, HAS BEEN.

23           I KEPT WAITING FOR THESE COUNSEL TO ATTACK OUR

24   FAMILIES, MAYBE OUR MOTHERS.  THAT IS HOW PERSONAL IT GOT.

25           NOW, WHAT MAKES IT THE MOST OUTRAGEOUS IS THAT

1   THEY HAVE ACCUSED MR. GURULE AND ME OF DOING SOMETHING

2   IMPROPER, OF SOMEHOW BEING UNETHICAL, OF SOMEHOW CLAIMING

3   THAT THIS CASE SHOULDN'T EVEN BE BEFORE YOU TODAY.  NOW,

4   THAT IS OUTRAGEOUS.  THEY HAVE ACCUSED US OF SOMEHOW

5   PRESENTING PERJURED TESTIMONY, OF SOMEHOW COACHING THE

6   WITNESSES, OF SOMEHOW MANIPULATING THE EVIDENCE SO THAT IT

7   WOULD COME OUT IN A DIFFERENT WAY FROM WHAT IT ACTUALLY

8   MEANT.

9           LADIES AND GENTLEMEN, DID THE PROSECUTORS IN THIS

10  PARTICULAR CASE EVER DO ANYTHING IMPROPER IN THIS PARTICULAR

11  TRIAL?  I AM HERE TO TELL YOU THAT WE ABSOLUTELY DID NOT.

12  LET ME TELL YOU THIS.  THERE IS NO CASE, HOWEVER IMPORTANT,

13  HOWEVER SERIOUS, THAT WOULD JUSTIFY ANYTHING UNETHICAL.

14  YOU'D BETTER BELIEVE THAT.  EVERY PROSECUTOR IN THIS

15  PARTICULAR COURTHOUSE, EVERY PROSECUTOR THAT IS AN ASSISTANT

16  UNITED STATES ATTORNEY, FEELS THE SAME WAY, AND IF FOR ONE

17  MINUTE THERE WAS ANYTHING THE LEAST BIT UNETHICAL IN ANY

18  PARTICULAR PROSECUTION, THAT PARTICULAR PROSECUTOR WOULD BE

19  OUT THE DOOR.

20          NOW, THINK ABOUT THIS FOR A MINUTE.  DO YOU THINK

21  FOR ONE MINUTE, FOR EVEN A SMALL PERIOD OF TIME, IF ANYTHING

22  IMPROPER HAD BEEN DONE IN THIS COURTROOM, THAT HIS HONOR IN

23  THIS PARTICULAR COURT WOULD NOT HAVE BEEN ON OUR BACKS LIKE

24  A GUILLOTINE AND IMMEDIATELY STOPPED IT ALL THROUGH THIS

25  PARTICULAR TRIAL?  OF COURSE.  OF COURSE.

1    LET ME TELL YOU SOMETHING ELSE.  SPECIAL AGENT

2  CAMARENA, AS YOU KNOW, DIED IN THE SERVICE OF HIS COUNTRY.

3  HE DIED IN THE SAME WAY THAT A MARINE ON A FOREIGN SHORE

4  WOULD DIE FOR HIS COUNTRY.  HE DIED FOR WHAT HE STOOD FOR,

5  AND I WANT YOU TO KNOW THAT THERE IS NOT ONE PERSON -- THE

6  PROSECUTION, THE AGENTS -- THAT WOULD DO ONE THING TO

7  DISHONOR HIS MEMORY.  KIKI CAMARENA DIED FOR ALL THE THINGS

8  THIS COUNTRY STANDS FOR.  IT WOULD BE SHAMEFUL TO HIS WIFE,

9  TO HIS CHILDREN, TO CONDUCT OURSELVES IN ANYTHING OTHER

10  THAN THE HIGHEST ETHICAL CONDUCT, AND WE HAVE.

11    MR. GURULE AND I AND THE REST OF THE AGENTS

12  CONDUCTED THIS TRIAL OVER THE PAST TWO MONTHS.  YOU HAVE

13  OBSERVED OUR BEHAVIOR, OBSERVED THE WAY WE HAVE HANDLED OUR

14  WITNESSES.  YOU HAVE HEARD US ASK OUR WITNESSES WHETHER WE

15  HAVE EVER ASKED THEM TO TELL ANYTHING OTHER THAN THE

16  ABSOLUTE TRUTH.  THEY HAVE SAID THAT EVERY TIME.  WE STAND

17  BY OUR CONDUCT.  WE ARE PROUD OF THE CASE WE HAVE PRESENTED

18  TO YOU.  WE ARE PROUD OF THE AGENTS AND THEIR WORK AND WHAT

19  THEY HAVE DONE.

20    YOU KNOW, IT IS NOT HARD TO FIGURE OUT WHAT IS

21  GOING ON HERE.  WHEN MR. GURULE IN HIS OPENING ARGUMENT TO

22  YOU GOT UP AND EXPLAINED THE CASE TO YOU AND REMINDED YOU

23  WHAT THIS CASE IS ABOUT -- THIS CASE IS ABOUT A SPECIAL

24  AGENT WHO DIED, WHO WAS BRUTALLY BEATEN AND TORTURED IN

25  MEXICO -- THE DEFENSE COUNSEL BECAME UPSET.  SOMEHOW IT WAS

1   IMPROPER FOR US TO TELL YOU ABOUT THAT.  SOMEHOW THEY DIDN'T

2   WANT YOU TO BE THINKING ABOUT WHAT THIS CASE IS ABOUT.

3        NOW, WE HAVE EVERY RIGHT, IN FACT WE HAVE EVERY

4   OBLIGATION TO BRING THIS UP TO YOU.  THE CHARGES IN THIS

5   CASE INVOLVE A VIOLENT CRIME, AND ONE OF THE ELEMENTS OF

6   THAT VIOLENT CRIME, COUNTS ONE AND TWO, IS THAT WE HAVE TO

7   SHOW YOU WHY THAT CRIME, WHY THAT VIOLENT ACT, THIS MURDER,

8   WAS COMMITTED.  IT WAS COMMITTED FOR A PARTICULAR PURPOSE.

9   IT WAS COMMITTED BECAUSE THEY WANTED TO INTERROGATE AGENT

10  KIKI CAMARENA AND GET INFORMATION.  IT IS PROPER, IT IS

11  ENTIRELY APPROPRIATE FOR US, THE GOVERNMENT, TO TALK TO YOU

12  ABOUT THAT, BUT THAT BOTHERED DEFENSE COUNSEL.

13       WHAT DID THEY DO?  THEY DECIDED WE NEED OUR OWN

14  SCAPEGOAT.  WE NEED OUR OWN TARGET, OUR OWN VILLAIN.  LET'S

15  MAKE THE PROSECUTORS THE VILLAIN.  LET'S MAKE MR. GURULE

16  THE VILLAIN ESPECIALLY, BECAUSE HE DID THE OPENING

17  ARGUMENT, HE IS THE ONE THAT EXPLAINED THE FACTS OF THE CASE

18  AND THE EVIDENCE AND TOLD YOU HOW THE EVIDENCE INDICATED AND

19  PROVED THAT THESE DEFENDANTS WERE GUILTY.  THAT IS WHAT THEY

20  DID.  THEY DECIDED TO MAKE MR. GURULE A VILLAIN.

21       NOW, THAT ARGUMENT IS AS PHONY AS A $3 BILL.  THE

22  REASON YOU KNOW IT'S PHONY IS BECAUSE OF WHAT THEY TALKED

23  ABOUT FROM THE OTHER SIDE OF THEIR MOUTH.  THEY HAVE BEEN

24  SAYING HOW WONDERFUL THE AGENTS ARE, AND THEY ARE.  THE

25  AGENTS HAVE DONE A TERRIFIC JOB.  BUT WHAT THEY FORGET IN

1   MAKING THE ARGUMENTS IS THAT THE AGENTS, OUR DEA SPECIAL

2   AGENTS, ARE THE ONES WHO ARE RESPONSIBLE FOR PUTTING

3   TOGETHER THE EVIDENCE, FOR INTERVIEWING THE WITNESSES, FOR

4   BRINGING THEM TO THE PROSECUTION OFFICE.  SO ON THE ONE HAND

5   YOU CAN'T BE COMPLIMENTING AND SAYING THAT THE AGENTS ARE

6   WONDERFUL AND THEN SAYING THAT THE GOVERNMENT ATTORNEYS ARE

7   HORRIBLE.  IT IS AN ARGUMENT THAT DOESN'T MAKE ANY SENSE.

8   WE ARE ON THIS TEAM TOGETHER.

9        FOR THESE TWO MONTHS THE EVIDENCE THAT YOU SAW

10  PUT UP THERE WAS PUT TOGETHER BY THE AGENTS AND BY THE

11  PROSECUTORS.

12       NOW, THE REASON THEY DON'T WANT TO HAVE YOU THINK

13  ABOUT THE AGENTS, THEY DON'T WANT TO SLANDER THE AGENTS, IS

14  BECAUSE THEY ARE WORRIED ABOUT THAT NOT LOOKING VERY GOOD.

15  AFTER ALL, THIS WAS A CASE IN WHICH AN AGENT WAS KILLED.

16  SO THAT, I SUBMIT TO YOU, LADIES AND GENTLEMEN, THAT MORE

17  THAN ANYTHING INDICATES THE PHONINESS OF THIS PARTICULAR

18  TACTIC.  IT IS A TACTIC OF PERSONAL SLANDER.

19       YOU KNOW, YOU HAVE HEARD A LOT ABOUT SMOKE AND

20  DISTRACTION AND SO ON AS FAR AS DIFFERENT METAPHORS.  THE

21  ONE I THINK ABOUT IS THE OLD SAYING ABOUT THE SQUID.  YOU

22  REMEMBER THE SQUID.  IT IS AN ANIMAL THAT DOESN'T BY NATURE

23  HAVE ANY DEFENSES, ANY CLAWS OR ANY TEETH.  SO YOU WOULD

24  THINK IT WOULD BE VERY VULNERABLE TO PREDATORS, SHARKS AND

25  OTHER TYPES OF MARINE LIFE THAT PREY ON THESE TYPES OF LIFE.

1  BUT NATURE DID GIVE THE SQUID SOMETHING CLEARLY IMPORTANT,

2  ONE LITTLE ITEM THAT HELPS IT A LOT, HELPS IT SURVIVE.  THAT

3  IS A BAG NEAR ITS BELLY, AND THIS PARTICULAR BAG HAS INK IN

4  IT.  AND WHAT HAPPENS WHEN A PREDATOR OR WHEN AN ENEMY COMES

5  NEARBY, THIS SQUID SQUIRTS OUT THIS INK, AND INK GETS IN

6  THE EYES OF THE PREDATOR, AND IT DISTRACTS THEM, AND THE

7  SQUID GOES AWAY.

8         EACH PARTICULAR DEFENSE COUNSEL HAS COME UP HERE

9  IN FRONT OF YOU AND HAS PUT OUT INK, SERVED AS AN INK BAG

10 PUTTING INK OUT INTO THE WATER TO DISTRACT YOU AND TO KEEP

11 YOUR FOCUS AWAY FROM THE EVIDENCE.  DON'T LET THEM DO THAT,

12 LADIES AND GENTLEMEN.  LOOK BEYOND THE INK.  LOOK AT THE

13 EVIDENCE THAT HAS BEEN PRESENTED.  LOOK AT WHAT HAS GONE ON

14 IN THIS PARTICULAR TRIAL FOR THESE TWO MONTHS.  LET'S DO

15 THAT AGAIN AND SEE IF WE CAN GET PAST THIS SCREEN, THIS INK

16 THAT HAS BEEN PUT OUT INTO THE WATER.

17        NOW, I AM GOING TO START OFF BY FIRST CONCENTRATING

18 ON THE COMMENTS AND THE EVIDENCE AGAINST DEFENDANT VERDUGO,

19 WHAT HIS COUNSEL HAS SAID, MS. BROOKS AND MR. PANCER.  THEN

20 I WILL MOVE ON AND TALK TO YOU ABOUT DEFENDANT RAUL LOPEZ

21 AND WHAT HIS COUNSEL, MS. BERRARA, HAS SAID IN HER CLOSING

22 COMMENTS.  THEN I AM GOING TO END BY TALKING ABOUT THE

23 EVIDENCE AGAINST DEFENDANT JESUS FELIX-GUTIERREZ, AND WHAT

24 HIS ATTORNEY, BARRY TARLOW, HAS SAID DURING HIS PARTICULAR

25 CLOSING ARGUMENT.

1    NOW, AS YOU RECALL, MS. BROOKS AND MR. PANCER

2  BOTH ARGUED TO YOU.  MS. BROOKS INITIALLY COMPLAINED THAT

3  SOMEHOW THE GOVERNMENT IN ITS OPENING STATEMENT -- THAT IS

4  THE VERY FIRST STATEMENT BEFORE THE TRIAL EVER STARTED --

5  THAT SOMEHOW THE GOVERNMENT DIDN'T STRESS THE HELICOPTER,

6  THIS HELICOPTER IN CASA GRANDE THAT HAD TO DO WITH

7  RENE VERDUGO'S OPERATION THAT WAS RUN BY DON WALTERS ALONG

8  WITH DIETER AND HOLLESTELLE.  THAT SOMEHOW WE DIDN'T STRESS

9  THAT ENOUGH.  SHE ARGUED THAT THAT WAS INAPPROPRIATE AND

10  THAT SOMEHOW WE SHOULD HAVE TOLD YOU MORE ABOUT THAT.

11    WELL, AS I RECALL, WE DID TELL YOU THAT THAT WOULD

12  BE THE EVIDENCE IN THE CASE.  BUT I WANT YOU TO THINK ABOUT

13  WHAT SHE SAID IN HER FIRST PARTICULAR STATEMENT.  THE FIRST

14  TIME SHE GOT UP TO TELL YOU ABOUT WHAT THE CASE WAS GOING

15  TO BE -- GRANTED, THE OPENING STATEMENT IS SUPPOSED TO BE

16  A ROAD MAP AND A PREVIEW.  IT IS NOT EVIDENCE, JUST LIKE

17  ARGUMENT IS NOT EVIDENCE.  BUT MS. BROOKS GOT UP AND LOOKED

18  YOU IN THE EYE, AND SHE TOLD YOU, "YOU KNOW, RENE VERDUGO

19  DOES MARIJUANA, BUT HE IS A MINOR PLAYER OVERALL."

20    THEN SHE SAID AT A LATER POINT IN HER PARTICULAR

21  OPENING STATEMENT, SHE SAID, "HE DOES A LITTLE MARIJUANA

22  BUSINESS ON THE SIDE."  I HAVE TO TELL YOU THAT WHEN I HEARD

23  THAT, I THOUGHT TO MYSELF AM I IN THE RIGHT COURTROOM?  DID

24  I SOMEHOW COME INTO THE WRONG PLACE?  SHE SAID THAT

25  RENE VERDUGO WAS A SMALL PLAYER.  THE WAY SHE WAS DESCRIBING

1    IT I THOUGHT OF A TUPPERWARE BUSINESS OR SOMEONE SELLING

2    AMWAY ON THE SIDE.  HE DID A LITTLE MARIJUANA BUSINESS ON

3    THE SIDE.

4            NOW, THAT IS ABSOLUTELY, ABSOLUTELY WRONG.  IT WAS

5    MEANT TO DISTRACT YOU AND TO MAKE YOU THINK HE IS SOMEBODY

6    THAT HE IS NOT.  THE EVIDENCE IS VERY CLEAR THAT

7    RENE VERDUGO WAS A BIG TRAFFICKER.  THIS MAN WAS BRINGING

8    ACROSS THOUSANDS OF POUNDS OF MARIJUANA FOR CARO-QUINTERO.

9    WE HAVE EVIDENCE THAT IN JUST A ONE-YEAR PERIOD IN

10   OPERATION THAT WE ARE TALKING ABOUT MILLIONS AND MILLIONS

11   OF DOLLARS.  THIS IS NOT A LITTLE SIDE BUSINESS THAT HE HAD.

12           NOW, I WANT TO POINT OUT A COUPLE OF OTHER THINGS

13   THAT MS. BROOKS SAID IN HER OPENING STATEMENT.  SHE SAID IN

14   AN EMOTIONAL VOICE, "RENE VERDUGO HAS BEEN WAITING TWO AND

15   A HALF YEARS TO FIND OUT WHAT HE DID."  NOW, I NEED TO TELL

16   YOU THAT THAT PARTICULAR STATEMENT, THAT PARTICULAR REMARK,

17   IS ENTIRELY IMPROPER AND INAPPRORIATE.

18           YOU ARE GOING TO HAVE, AND YOU ARE GOING TO HEAR,

19   THE INSTRUCTIONS REGARDING THE LAW FROM THE JUDGE AT THE

20   APPROPRIATE TIME IN THIS PARTICULAR TRIAL.  ONE OF THE

21   THINGS THE JUDGE WILL TELL YOU, AND I EXPECT THAT HE WILL

22   READ THIS INSTRUCTION TO YOU, IS THAT PUNISHMENT, THE

23   SENTENCING, IS NOT WITHIN THE PROVINCE OF THE JURY.  YOU ARE

24   NOT TO CONSIDER THAT.  THAT IS NOT WHAT YOU ARE HERE FOR.

25           WHAT YOU ARE HERE FOR IS TO EVALUATE THE EVIDENCE

1  AND DECIDE WHETHER THE EVIDENCE SHOWS WHETHER THE DEFENDANT

2  IS GUILTY OR NOT.

3          WELL, WHY DID SHE MENTION THIS?  SHE MENTIONED IT

4  BECAUSE SHE WANTED TO ELICIT SOME SORT OF SYMPATHY FROM YOU.

5  AND IT ALSO GIVES AN ENTIRELY FALSE IMPRESSION.  IF

6  RENE VERDUGO HAS BEEN IN JAIL FOR TWO AND A HALF YEARS, AND

7  THERE IS NO EVIDENCE THAT HE HAS OTHER THAN HER TELLING YOU,

8  BUT IF HE HAS, IT HAS NOTHING TO DO WITH THIS PARTICULAR

9  CASE.  THIS INDICTMENT, THE INDICTMENT THAT YOU WILL SEE,

10  THAT YOU WILL READ, THIS INDICTMENT WAS RETURNED IN JANUARY

11  OF THIS YEAR.

12          SO, I SUBMIT TO YOU THAT FOR WHATEVER REASON

13  MS. BROOKS DID TRY TO MISLEAD YOU; THAT SOMEHOW THIS CASE

14  HAD IMPROPERLY CAUSED THE DEFENDANT VERDUGO TO BE IN JAIL

15  TWO AND A HALF YEARS.

16          NOW, THE OTHER POINT HERE THAT IS VERY SERIOUS,

17  AND AGAIN IT IS AN ATTEMPT TO MISLEAD YOU AND TO SOMEHOW

18  GET SOME SORT OF LITTLE ELEMENT OF MAYBE SYMPATHY FROM YOU,

19  IS THIS:  MS. BROOKS AND MR. PANCER IN HIS PARTICULAR

20  REMARKS ALSO SAID AND ALSO IMPLIED THAT THERE IS SOME OTHER

21  CASE AGAINST RENE VERDUGO, THAT HE IS FACING SOME OTHER

22  CHARGES.  AGAIN THAT IS ENTIRELY IMPROPER.  THAT SHOULD NOT

23  BE AN ELEMENT OF YOUR CONSIDERATION OR YOUR DELIBERATIONS.

24          SO WHY ARE THEY SAYING THIS TO YOU?  IS IT THAT

25  THEY ARE TRYING TO PERHAPS SEE IF MAYBE YOU WILL THINK

1    WELL, SOMEBODY ELSE WILL GET HIM?  WE NEED NOT WORRY ABOUT

2    HIM.  THAT IS RIGHT.  THAT IS EXACTLY WHAT THEY ARE TRYING

3    TO DO.

4         THAT IS IMPROPER.  YOU DON'T KNOW, THERE IS NO

5    EVIDENCE BEFORE YOU ABOUT WHETHER THERE ARE ANY OTHER CASES

6    AGAINST MR. VERDUGO.  YOU DON'T KNOW, EVEN IF THERE WERE,

7    WHETHER THOSE CASES ARE ABOUT TO BE DISMISSED, WHETHER THERE

8    IS ANY REASON TO KEEP HIM.  YOU DON'T KNOW THAT.

9         SO I SUBMIT TO YOU THAT THIS WAS A CLEVER, CLEVER

10   TACTIC ON THE PART OF AN EXPERIENCED LAWYER TRYING TO GET A

11   LITTLE BIT OF BENEFIT IMPROPERLY BEFORE YOU.  IT IS

12   DISHONEST.

13        NOW, I HAVE TO TELL YOU ONE MORE THING THAT IS

14   RELATED TO THIS.  MS. BROOKS IN A VOICE CRACKING WITH

15   EMOTION TOLD YOU THE OTHER DAY THAT RENE IS FIGHTING FOR

16   HIS LIFE.  MR. PANCER ALSO PICKED THAT UP.  HE THOUGHT THAT

17   THAT WAS A GOOD THING AND THAT HE WOULD SAY THE SAME THING

18   AGAIN.  RENE IS FIGHTING FOR HIS LIFE.

19        NOW, THAT IS TWICE, AND I THINK SHE SAID THAT ALSO

20   IN HER OPENING STATEMENT.  WAS THAT JUST AN OFFHANDED

21   COMMENT, A LITTLE BIT OF ZEAL, PERHAPS, IN THE ARGUMENT?

22   WHAT WAS THE INTENT OF THAT PARTICULAR COMMENT?  I WILL TELL

23   YOU WHAT THE INTENT WAS.  THE INTENT WAS TO MAKE SOME OF

24   YOU THINK SUBTLY THAT RENE VERDUGO AND SOME OF THE OTHER

25   DEFENDANTS ARE FACING THE DEATH PENALTY.  THAT IS WRONG.

1        MS. BROOKS:  I OBJECT, YOUR HONOR.  THAT IS

2   TOTALLY IMPROPER ARGUMENT.

3        THE COURT:  THE OBJECTION IS OVERRULED.

4        MR. CAMPOS:  YOU FORM YOUR OWN CONCLUSION, LADIES

5   AND GENTLEMEN, BUT I WANT TO CLEAR UP EVERYTHING BECAUSE I

6   AM CONVINCED THIS CREATED A MISIMPRESSION.  THERE IS NO

7   DEATH PENALTY IN THIS PARTICULAR CASE OR IN FEDERAL CASES

8   AT THE MOMENT.  I LEAVE TO YOU TO DECIDE WHY THAT COMMENT

9   WAS MADE TWICE, BY MS. BROOKS AND BY MR. PANCER.

10        NOW, LET'S TALK ABOUT SOMETHING ELSE THAT

11   MS. BROOKS SAID IN HER OPENING STATEMENT.  SHE GOT UP HERE

12   AND SHE TOLD YOU THAT RENE VERDUGO WAS SUMMONED, THAT HE

13   WAS SUMMONED BY CARO-QUINTERO, AND WHAT SHE ARGUED TO YOU

14   WAS THAT SOMEHOW CARO-QUINTERO WAS CONCERNED OR THOUGHT

15   THAT MAYBE RENE VERDUGO WAS A SNITCH, AND THE REASON FOR

16   THAT WAS THAT -- AND YOU MAY RECALL THAT SHE WENT IN FRONT

17   OF YOU, AND SHE GOT THE TRANSCRIPT OF THE INTERROGATION

18   TAPES -- THOSE ARE THE TAPES IN WHICH ENRIQUE CAMARENA IS

19   BEING INTERROGATED.

20        SHE READ YOU SOME OF THE TRANSCRIPT, AND SHE SAID,

21   "LOOK.  RIGHT HERE THEY ARE TALKING ABOUT SNITCHES, AND SO

22   ON, AND RIGHT ABOUT HERE WHEN THEY MENTIONED RENE VERDUGO,

23   SOMEHOW SOMEBODY AT THAT PARTICULAR TIME SAID THAT, WELL,

24   MAYBE RENE VERDUGO IS A SNITCH.  LET'S GET HIM HERE IN

25   GUADALAJARA."

1    THAT IS WHAT SHE SAID HER CASE WAS GOING TO PROVE.

2    WHAT DO THEY SAY NOW?  NOW THEY HAVE TOTALLY ABANDONED THAT

3    PARTICULAR TACK.  NOW WHAT THEY ARE SAYING IS NO, NO, NO.

4    WHAT ACTUALLY HAPPENED, WHAT DEFENDANT RENE VERDUGO WAS

5    REALLY DOING WAS THAT HE WENT DOWN TO GUADALAJARA FROM

6    MEXICALI TO TELL AND EXPLAIN TO CARO-QUINTERO WHAT ACTUALLY

7    HAPPENED AS A RESULT OF THAT HELICOPTER OPERATION.

8    WELL, OKAY.  THEY ARE CERTAINLY ENTITLED TO CHANGE

9    THEIR VIEW, BUT WHAT DOES THIS TELL YOU ABOUT THEIR

10   CREDIBILITY?  DO YOU THINK THAT IF THE EVIDENCE HAS COME OUT

11   IN A SLIGHTLY DIFFERENT WAY THAT THEY MAY HAVE GIVEN YOU

12   DIFFERENT EXPLANATION AT THE END?  I SUBMIT TO YOU THAT THAT

13   IS EXACTLY WHAT HAPPENED.  THESE ARE TWO EXPERIENCED, CLEVER

14   ATTORNEYS WHO LOOK AT THE EVIDENCE, AND THEY ARE GOING TO

15   FIT AND COME UP WITH AN EXPLANATION TO FIT THE EVIDENCE, AND

16   THAT IS AS CLEAR AS IT CAN BE.

17   IS THIS A SEARCH FOR THE TRUTH OR IS THIS

18   GAMESMANSHIP?  I SUBMIT TO YOU THAT IT IS PURE

19   GAMESMANSHIP.

20   I AM GOING TO, WITH THE COURT'S PERMISSION, USE

21   THIS CHART FOR SOME OF MY ARGUMENT.  NOW, THE EVIDENCE THAT

22   HAS BEEN PRESENTED TO YOU SHOWS VERY CLEARLY THAT

23   RENE VERDUGO HAD A SPECIAL RELATIONSHIP WITH CARO-QUINTERO.

24   MR. PANCER AND MS. BROOKS HAVE CHALLENGED SOME OF THE

25   OBVIOUS EVIDENCE.

1    RENE VERDUGO, FOR EXAMPLE, TOLD DIETER,

2 DAVID DIETER, THAT HE WAS RAFA'S NUMBER TWO MAN.  THAT IS

3 WHAT HE TOLD HIM.  HE TOLD DIETER THAT HE HAD SEVERAL

4 OPERATIONS LIKE THIS.  IN OTHER WORDS, BESIDES THE

5 HELICOPTER OPERATION IN CASA GRANDE, HE HAD SEVERAL OTHERS.

6 THAT IS WHAT HE TOLD HIM.  HE TOLD DIETER THAT ONE

7 INDIVIDUAL OWED HIM $25 MILLION.  AT ONE POINT DIETER

8 HIMSELF TOOK HIM A LARGE AMOUNT OF CASH, $300,000 OR MORE,

9 IN A SUITCASE TO RENE VERDUGO IN SAN DIEGO WHEN

10 RENE VERDUGO WAS THERE.  APPARENTLY HE WAS THERE WITH HIS

11 WIFE.

12     THEN RENE VERDUGO TOLD CRETIN THAT HE,

13 RENE VERDUGO, HAD PREFERENCE.  IN OTHER WORDS, HE COULD GET

14 WHATEVER MARIJUANA THAT HE NEEDED THAT WAS THE BEST QUALITY

15 FROM CARO-QUINTERO.  OKAY.

16     YOU KNOW THAT CRETIN DELIVERED THROUGH

17 VICTOR VIDAL, HIS PARTNER, $800,000 IN CASH TWO OR THREE

18 TIMES FOR THEIR PARTICULAR LOADS.

19     THE HELICOPTER WAS PURCHASED FOR ABOUT $400,000.

20 WHOSE MONEY WAS THAT?  CARO-QUINTERO'S MONEY.

21     ALL OF THIS EVIDENCE SHOWS A VERY CLOSE

22 RELATIONSHIP.  HE IS NUMBER TWO OR SOME SORT OF GENERAL.

23     NOW, ALL OF THIS HAS BEEN ATTACKED.  THEY SAY,

24 WELL, YOU CAN'T BELIEVE THESE PARTICULAR PEOPLE.  THESE WERE

25 PEOPLE WHO WERE CRIMINALS AND WHO WERE INVOLVED IN THIS

1   OPERATION.  YOU HAVE TO DOUBT THIS PARTICULAR PART OF THE

2   STORY.

3        LET'S THINK ABOUT THAT.  THERE IS NO DISPUTE IN

4   THIS CASE, THERE IS NO ISSUE, THAT ALL OF THIS DRUG

5   OPERATION EXISTED; THAT THE HELICOPTER EXISTED; THAT THERE

6   WAS 4,000 POUNDS SEIZED WHEN THE HELICOPTER WAS TAKEN.

7   THAT IS NOT IN DISPUTE.  SO APPARENTLY THAT PART OF IT IS

8   ALL RIGHT.  BUT ONLY THIS PART WHERE VERDUGO TOLD DIETER

9   THAT HE WAS THE NUMBER TWO MAN AND HE TOLD DIETER THAT HE

10  HAD SEVERAL OPERATIONS.  THAT IS WHAT HE IS REALLY ATTACKING.

11  HE IS SAYING TO CUT OUT THIS LITTLE PART.

12       BUT, YOU KNOW, YOU DON'T HAVE TO RELY ENTIRELY ON

13  THOSE TWO INDIVIDUALS BECAUSE WE HAVE LAURIE GLENN.  NOW,

14  LAURIE GLENN WAS THE YOUNG WOMAN WHO CAME UP HERE AND

15  TESTIFIED.  SHE HAD A BOYFRIEND.  WE DON'T KNOW WHAT HER

16  BOYFRIEND WAS INVOLVED IN, BUT, NONETHELESS, SHE HAD A

17  BOYFRIEND WHO ALLOWED HER TO PARTICIPATE WITH RENE VERDUGO

18  AND SOCIALIZE WITH HIM AND SO FORTH.  NO ONE HAS CHALLENGED

19  HER CREDIBILITY.  NO ONE HAS SAID THAT SHE DIDN'T TELL YOU

20  THE TRUTH.

21       IN FACT, MR. PANCER BASICALLY SAID THAT.  HE

22  DIDN'T CHALLENGE HER IN THE LEAST.

23       LET'S LOOK AT HER TESTIMONY.  SHE TOLD YOU THAT

24  ON NEW YEAR'S EVE, JANUARY 1, 1985, ONE MONTH BEFORE THE

25  KIDNAPPING, RENE VERDUGO, HIS WIFE AND SHE WERE AT A

1   NEW YEAR'S EVE PARTY WITH CARO-QUINTERO.  I MEAN, NOT JUST

2   ANYONE CAN BE AT A PARTY, A SIGNIFICANT PARTY, WITH THE

3   DRUG BARON CARO-QUINTERO.  THAT IS UNCHALLENGED.

4          WHAT DID SHE ALSO TELL YOU?  SHE SAID THAT AFTER

5   THE NEW YEAR'S EVE PARTY, THAT RENE VERDUGO, HIS WIFE AND

6   SHE, AND I THINK HER BOYFRIEND, HAD DINNER WITH MANUELA.

7   MANUELA, AS YOU MAY RECALL, IS RAFAEL CARO-QUINTERO'S

8   SISTER.

9          WELL, HAVING DINNER WITH THEM IS A PRETTY SPECIAL

10  THING.  YOU DON'T SIT DOWN WITH PEOPLE YOU DON'T KNOW OR

11  WHO ARE JUST CASUAL ACQUAINTANCES.  SHE SAID THEY DID THAT.

12         NOW, YOU ALSO KNOW THAT TERESA VERDUGO,

13  RENE VERDUGO'S WIFE, AND MANUELA ARE CLOSE FRIENDS.  YOU

14  KNOW THAT BECAUSE THEY GO SHOPPING TOGETHER.  SHE CAME UP

15  FROM MEXICO, AND UNDER HIS GUIDANCE WHERE IS SHE PUT?

16  RENE VERDUGO'S.  RENE VERDUGO SENT DIETER AND SENT

17  HOLLESTELLE TO ESCORT HER.  SHE WENT OVER TO LOS ANGELES

18  AND WENT SHOPPING, BOUGHT STUFF, BEAUTY SUPPLIES AND SO ON

19  FOR HER BEAUTY SHOP.  I MEAN, CARO-QUINTERO IS NOT GOING TO

20  ENTRUST THE CARE OF HIS SISTER IN THE UNITED STATES TO JUST

21  ANYONE.  SO WE KNOW TERESA, RENE'S WIFE, AND RAFAEL CARO-

22  QUINTERO'S SISTER ARE CLOSE FRIENDS.

23         NOW, WHAT DOES THIS DO?  WHAT DOES THIS

24  CORROBORATE -- WHICH IS A FANCY WORD FOR SUPPORT?  IT

25  SUPPORTS THE TESTIMONY OF DIETER, SUPPORTS THE TESTIMONY OF

1    CRETIN ABOUT WHAT KIND OF RELATIONSHIP RENE VERDUGO HAD

2    WITH RAFAEL CARO-QUINTERO.  YOU SEE, IT PUTS IT IN

3    PERSPECTIVE.   IF RENE VERDUGO HAD THIS CLOSE BUDDY

4    RELATIONSHIP WITH CARO-QUINTERO, THEN IT MAKES SENSE THAT

5    HE WAS CARO-QUINTERO'S NUMBER TWO MAN, OR AT LEAST AN

6    AWFULLY BIG PERSON IN HIS OPERATIONS.

7            IF YOUR WIFE IS FRIENDS WITH HIS SISTER, YOU ARE

8    GOING TO GIVE HIM PREFERENCES.  SURE, YOU WOULD.  YOU ARE

9    GOING TO LET HIM GET WHAT HE WANTS, OR AS MUCH AS YOU CAN,

10   AND GIVE HIM THE CHOICE OF THE MARIJUANA.  IT MAKES SENSE.

11   IT MAKES SENSE.

12           AND AGAIN I SUBMIT TO YOU THAT THE UNCONTESTED

13   TESTIMONY OF LAURIE GLENN SUPPORTS THIS PARTICULAR

14   PROPOSITION.  I SUBMIT TO YOU THERE IS NO ISSUE, MUCH AS

15   MR. PANCER MAY WANT TO MAKE IT.  RENE VERDUGO WAS VERY

16   TIGHT WITH RAFAEL CARO-QUINTERO.  WE CAN AT LEAST SAY THAT

17   HE WAS LIKE A GENERAL OR A VICE-PRESIDENT OF A BANK WITH

18   RESPECT TO CARO-QUINTERO.  YOU KNOW THAT FROM THE

19   SURROUNDING CIRCUMSTANCES.  YOU KNOW THAT FROM LAURIE GLENN,

20   AND YOU KNOW THAT FROM THE AMOUNT OF MARIJUANA HE WAS

21   OPERATING WITH.

22           THE DEFENSE'S ARGUMENT TO YOU BASICALLY HAS BEEN

23   THIS.  WHAT MR. PANCER IS SAYING IS THAT IT IS ALL

24   COINCIDENCE.  EVERYTHING ABOUT RENE VERDUGO BEING IN

25   GUADALAJARA, EVERYTHING ABOUT RENE VERDUGO BEING OVER AT

1   881 LOPE DE VEGA, IS JUST COINCIDENCE.  YOU CAN'T CONCLUDE

2   ANYTHING FROM THAT.  THAT DOESN'T MAKE ANY SENSE.  YOU CAN'T

3   SAY THAT THAT MEANS ANYTHING.

4          LET ME TELL YOU SOMETHING.  IT MEANS A LOT.  IT

5   MEANS A LOT WHEN YOU PUT IT ALL IN --

6          THE COURT:  COUNSEL, YOU HAVE TO BE CAREFUL AND

7   KEEP YOUR VOICE UP.  THE INTERPRETER IS HAVING DIFFICULTY

8   HEARING YOU.

9          MR. CAMPOS:  I WILL, YOUR HONOR.  I WILL KEEP MY

10  VOICE UP.  THANK YOU.

11         NOW, AS I JUST SAID A MINUTE AGO, HE HAS THIS

12  VERY SPECIAL RELATIONSHIP WITH CARO-QUINTERO.  NOW,

13  MR. GURULE WENT OVER THIS WITH YOU THAT THE HELICOPTER

14  OPERATION BASICALLY WAS BUSTED AND CRASHED ON

15  FEBRUARY 5, 1985.  NOW, THAT WAS THE LAST STRAW.  YOU KNOW

16  ALREADY THAT CARO-QUINTERO HAD LOST MONEY IN ZACATECAS, AND

17  HE HAD LOST ALL OF THESE BILLIONS OF DOLLARS IN CHIHUAHUA.

18         LET'S THINK ABOUT THIS FOR A MINUTE.  WHAT

19  MR. PANCER WOULD HAVE YOU BELIEVE IS LOOK, RENE VERDUGO AT

20  THIS POINT GOES TO GUADALAJARA TO TALK AND REPORT ABOUT THE

21  HELICOPTER OPERATION.  BUT THAT DOESN'T MAKE ANY SENSE.  IF

22  YOU HAVE JUST HAD A BUST, WHY CAN'T YOU DO IT ON THE PHONE?

23  THERE IS NO NEED FOR YOU TO GO DOWN TO GUADALAJARA.  YOU

24  COULD SAY, HEY, RAFAEL CARO-QUINTERO, THE HELICOPTER JUST

25  WENT DOWN.  THINGS ARE BAD.  I AM GOING TO STAY DOWN HERE

1  AND GET ALL THE INFORMATION I CAN GET.  MAYBE THERE IS A

2  WAY OF SALVAGING IT.  MAYBE I CAN USE SOME OF THE OFFICIALS

3  THAT I HAVE PAID OFF OR WHATEVER TO GET SOME OF THAT

4  MARIJUANA BACK.  WHO KNOWS?

5       THAT WOULD NOT BE A REASON BY ITSELF TO GO TO

6  GUADALAJARA.  WHAT I SUBMIT TO YOU IS THAT HE WOULD HAVE

7  CONTACTED RAFAEL CARO-QUINTERO ON THE 5TH, LATE THAT NIGHT,

8  ON THE TELEPHONE, AND THAT WOULD HAVE BEEN IT AS FAR AS THE

9  HELICOPTER SITUATION GOES.

10       WHAT HAPPENED IS THAT HE CONTACTED HIM.

11  RAFAEL CARO-QUINTERO KNEW ABOUT IT, GOT ANGRY ABOUT ALL OF

12  THESE OTHER SITUATIONS THAT HAVE OCCURRED TO HIM, AND THAT

13  IS WHAT STARTED THE WHEELS TO TURN WITH RESPECT TO THE

14  KIDNAPPING.  THE KIDNAPPING HAPPENED ABOUT A DAY LATER ON

15  THE 7TH.

16       WHAT ELSE DO WE KNOW?  VERDUGO TRAVELS TO

17  GUADALAJARA, CHECKS IN ON FEBRUARY 7, 1985.  HE MAY HAVE

18  GONE THERE EARLIER.  WE DON'T KNOW.  BUT THAT IS WHEN HE

19  CHECKS IN AT THE HOTEL.

20       THE KIDNAPPING WAS AROUND 2:00 OR 2:30 IN THE

21  AFTERNOON ON THE 7TH.  HE CHECKS IN AT 4:50 P.M. AT THE

22  HYATT HOTEL IN GUADALAJARA.  HE MAKES SEVERAL TELEPHONE

23  CALLS.  REMEMBER THIS.  TWO CALLS -- SEVERAL CALLS ARE

24  MADE.  TWO OF THEM, 65053 AND 42894, ARE MADE FROM HIS

25  PARTICULAR ROOM.  THAT IS UNCONTROVERTED.  THAT IS NOT

1   CONTESTED.  HE HAS DINNER ABOUT 8:35.

2          NOW, WE SUBMIT TO YOU THAT WHAT THE EVIDENCE SHOWS

3   IS THAT HE ACTUALLY WENT OVER -- HE WENT OVER TO

4   881 LOPE DE VEGA THAT PARTICULAR EVENING, AND THE REASON

5   THAT WE KNOW HE DID THAT IS THAT AT LOPE DE VEGA THE SAME

6   TWO PHONE NUMBERS WERE CALLED AGAIN.  YOU HAVE THE TOLL

7   RECORDS TO SHOW THAT.  IT DOESN'T MAKE ANY SENSE THAT ANYONE

8   ELSE WOULD MAKE THOSE PHONE CALLS OTHER THAN RENE VERDUGO.

9          NOW, YOU ALSO KNOW WHAT HE TOLD GOMEZ-ESPANA, AND

10  WE WILL TALK ABOUT GOMEZ-ESPANA A LITTLE LATER ON.  YOU

11  KNOW HE KNOWS WHAT IS GOING ON.  THIS IS RAFAEL CARO-

12  QUINTERO'S CLOSE ASSOCIATE, A BUDDY.  HE IS LIKE A GENERAL.

13  HE IS IN GUADALAJARA, AND HE IS NOT GOING TO KNOW THAT HIS

14  ORGANIZATION HAS JUST KIDNAPPED A DEA AGENT?  OF COURSE HE

15  KNOWS.  I MEAN, DOES A GENERAL NOT KNOW WHEN HIS ARMY IS

16  ABOUT TO ATTACK OR WHEN HIS ARMY HAS ATTACKED?  OF COURSE

17  HE KNOWS. DOES THE VICE-PRESIDENT KNOW WHEN THE BANK IS

18  ABOUT TO BUY ANOTHER BANK OR HAS JUST BOUGHT ANOTHER BANK?

19  YES.  SURE, HE KNOWS.  I MEAN, IT GOES AGAINST YOUR COMMON

20  SENSE TO SAY THAT HE WOULDN'T KNOW.

21          HE RETURNS TO THE HOTEL, WE SUBMIT TO YOU, AND

22  MAKES ANOTHER CALL TO THE SAME NUMBER THAT WAS CALLED

23  EARLIER FROM THE HOTEL, THE SAME NUMBER THAT WAS ALSO CALLED

24  FROM LOPE DE VEGA, FROM THE RESIDENCE OF CARO-QUINTERO.

25          NOW, YOU ALSO KNOW FROM GOMEZ-ESPANA THAT HE HEARD

1   CARO-QUINTERO'S VOICE AND OTHERS WHEN HE WAS THERE.  YOU

2   KNOW THAT GOMEZ-ESPANA SEES VERDUGO WHEN HE WAS WALKING OUT.

3   I WILL TALK A LITTLE BIT MORE ABOUT GOMEZ-ESPANA, BUT WHAT

4   GOMEZ-ESPANA TELLS YOU IS THAT, FIRST OF ALL, HE PRESENTS

5   A PROBLEM TO RENE VERDUGO.  THEY ARE TALKING, AND HE SAYS --

6   THIS IS GOMEZ-ESPANA -- "I CAME TO SEE CARO-QUINTERO

7   BECAUSE I AM WORRIED THAT CARO-QUINTERO THINKS I AM A

8   SNITCH.  HE THINKS I AM WORKING FOR DEA."

9        THAT IS THE SUBJECT MATTER THAT IMMEDIATELY

10  PRECEDES RENE VERDUGO'S REMARK.  THEN RENE SAYS, "THAT IS

11  NOT A PROBLEM.  WE TOOK CARE OF A PROBLEM, DIDN'T WE,

12  COMMANDANTE?"

13       SO, YOU SEE, THE SUBJECT MATTER RIGHT BEFORE

14  RENE VERDUGO'S STATEMENT HAS TO DO WITH SNITCHES.  WE ARE

15  NOT TALKING ABOUT A PROBLEM THAT HAS TO DO WITH HELICOPTERS.

16  THAT IS WHAT MR. PANCER TRIED TO DO YESTERDAY IN TERMS OF

17  MAKING HIS ARGUMENT.  THIS PROBLEM WAS A PROBLEM THAT HAD TO

18  DO WITH AGENT CAMARENA.

19       "WE JUST TOOK CARE OF A PROBLEM, DIDN'T WE,

20  COMMANDANTE?"

21       THE GUEST HOUSE.  MR. PANCER AND MS. BROOKS WOULD HAVE

22  YOU IGNORE THE FORENSIC EVIDENCE.  THEY SAY THAT THIS IS

23  ALL JUST A COINCIDENCE.  FORGET ABOUT THE FACT THAT THERE

24  ARE TWO HAIRS.  LET ME MAKE THIS CLEAR, YOUR MEMORY

25  CONTROLS, BUT AGENT MALONE, WHEN HE TESTIFIED, TOLD YOU WHAT

1   HE FOUND.  HE SAID THERE WERE TWO HAIRS OF SPECIAL AGENT

2   CAMARENA IN THE GUEST HOUSE.  THERE WAS ALSO A HAIR OF

3   ESPINO-VERDIN, THE PRIMARY INTERROGATOR, THE MAIN PERSON

4   ASKING AGENT CAMARENA QUESTIONS.  THERE WERE FIBERS FROM

5   THE CARPET OF THE GUEST HOUSE ON ZAVALA'S BODY.  IN OTHER

6   WORDS, THEY MATCHED THAT CARPET EXACTLY.  THERE WAS THAT ONE

7   HAIR FROM VERDUGO.

8          AND WHEN I SAY THE FORENSICS, I AM TALKING ABOUT

9   ALL OF THE OTHER THINGS THAT HAD TO DO WITH SHOWING THAT

10  CAMARENA WAS KEPT AT THIS PARTICULAR HOUSE, INCLUDING THE

11  OTHER BEDROOMS.

12         MR. PANCER WOULD ARGUE THAT ALL OF THIS WAS JUST

13  COINCIDENCE.  HIS ARGUMENT SEEMS TO BE THIS, THAT SOMEHOW

14  YOU DON'T KNOW HOW THAT HAIR OF VERDUGO GOT IN THE GUEST

15  HOUSE.  THAT IS JUST A COINCIDENCE.  I THINK THE ANALOGY

16  OR THE ATTEMPT TO SHOW YOU WHAT COULD HAPPEN WOULD BE LIKE

17  MAYBE A DOG HAIR.  MS. BROOKS WAS TALKING ABOUT DOG HAIRS.

18  BUT THERE IS NO EVIDENCE OF THAT.  THAT BELIES, THAT GOES

19  AGAINST, THE EVIDENCE.

20         DO YOU REMEMBER AGENT MALONE WHEN HE WAS ASKED

21  ABOUT THIS?  HE SAID THAT HE HAD READ THE ARTICLES AND THAT

22  HE WAS AN EXPERT IN THIS PARTICULAR SITUATION, AND HE SAID

23  THAT SECONDARY TRANSFERS -- THAT IS, A HAIR GOING ON SOMEONE

24  ELSE AND THAT IS SOMEHOW HOW IT GETS TO A PARTICULAR PLACE --

25  THAT THAT DOESN'T HAPPEN, THAT IT IS VERY UNLIKELY.  THAT

1   DOESN'T OCCUR.

2         YOU KNOW, IT MAKES SENSE WHEN YOU THINK ABOUT IT.

3   FIRST OF ALL, ANIMAL FUR IS DIFFERENT FROM HUMAN HAIR.  IT

4   IS JUST DIFFERENT.  IT IS A DIFFERENT TEXTURE.  IT HAS

5   NOTHING TO DO WITH WHAT HE WAS TESTIFYING ABOUT.

6         SECONDLY, A HAIR DOES NOT STICK TO A SHOE.  YOU

7   DON'T CARRY HAIRS ON SHOES.  THAT DOESN'T MAKE ANY SENSE.

8         AND THEN WHAT WE HAVE HERE, JUST TO REMIND YOU --

9   WE ALSO HAVE A MODEL OVER THERE, BUT IT IS TOO HEAVY TO

10  BRING OUT.  WE HAVE THE GUEST HOUSE SEPARATELY REMOVED FROM

11  THE REST OF THE RESIDENCE.  IT IS SEPARATELY REMOVED.  SO

12  WE ARE NOT TALKING ABOUT CONTINUOUS CARPETING OR WHERE IN

13  ANY PARTICULAR WAY A HAIR COULD GET IN HERE ACCIDENTALLY.

14  THE ONLY WAY THAT A HAIR GOT IN THERE, LADIES AND GENTLEMEN,

15  AND THE ONLY EVIDENCE THAT YOU HAVE GOT TO WORK WITH, IS

16  THAT THAT HAIR OF RENE VERDUGO GOT IN THERE BECAUSE HE WAS

17  THERE.  HE TOOK IT THERE HIMSELF.

18        DO YOU REMEMBER WHAT ELSE AGENT MALONE SAID?  HE

19  SAID THE LONGER YOU ARE IN ONE LOCATION, THE MORE LIKELY YOU

20  ARE TO LOSE A HAIR.  YOU LOSE MORE OR LESS 100 HAIRS A DAY,

21  GIVE OR TAKE.  THE LONGER THAT YOU ARE IN A PLACE, THE

22  LONGER THAT YOU ARE IN A PARTICULAR ROOM, THE MORE LIKELY

23  YOU ARE TO LEAVE A HAIR IN THAT PARTICULAR ROOM, AND THAT

24  IS WHAT HAPPENED HERE.

25        YOU SEE, THERE IS GRASS OUT HERE.  THERE IS

1    CEMENT.  IT WOULDN'T HAPPEN.

2         THAT IS WHAT MR. PANCER AND MS. BROOKS WOULD HAVE

3    YOU IGNORE.  THE QUESTION STILL COMES DOWN TO RENE VERDUGO

4    WAS IN THAT GUEST HOUSE.  THAT IS WHERE SPECIAL AGENT

5    ENRIQUE CAMARENA WAS BEING INTERROGATED.  THAT IS WHERE HE

6    WAS BEING BEATEN, AND THERE IS NO OTHER ANSWER TO EXPLAIN

7    WHAT HE WAS DOING THERE.  HE WENT THERE, AND YOU HAVE TO

8    KNOW THAT HE WENT THERE FOR A REASON.  HE WENT THERE TO FIND

9    OUT WHAT WAS GOING ON, WHAT HE KNEW ABOUT HIMSELF, TO

10   PARTICIPATE, TO JOIN.  HIS VOICE MAY NOT BE ON THE

11   INTERROGATION TAPES, BUT, REMEMBER, HE IS A BIG CHIEF.  HE

12   IS A GENERAL IN CARO-QUINTERO'S ORGANIZATION.  SO HE WOULD

13   HAVE SOMEBODY ELSE DO THE QUESTIONING FOR HIM.

14        NOW, THERE WAS ONE OTHER THING THAT WAS MENTIONED

15   ABOUT THE INTERROGATION TAPES.  THESE INTERROGATION TAPES

16   JUST REPRESENT AN HOUR AND A HALF.  THAT IS ALL WE WERE

17   ABLE TO OBTAIN.  THAT IS ALL THAT IS IN EVIDENCE AND THAT

18   WE WERE ABLE TO PRESENT.  THE INTERROGATION SURELY WENT ON

19   A LOT LONGER THAN AN HOUR AND A HALF.  SO WE DON'T KNOW

20   WHAT THAT OTHER PORTION OF THE INTERROGATION SHOWS.  IF WE

21   HAD TAPES OR IF WE HAD SOME RECORDING OF THE REST OF THE

22   INTERROGATION -- THE FACT THAT THERE IS NO EVIDENCE IN

23   FRONT OF YOU THAT RENE VERDUGO'S VOICE IS NOT ON THOSE

24   TAPES DOESN'T MEAN THAT HE WASN'T PARTICIPATING IN A

25   PORTION THAT WASN'T RECORDED.

1    AGAIN, THE GENERAL WOULD KNOW WHAT IS GOING ON.

2  ARE THEY ACTUALLY TRYING TO HAVE YOU BELIEVE THAT HE WAS IN

3  GUADALAJARA AND THAT CARO-QUINTERO AND HIS MEN HAD SEIZED

4  SPECIAL AGENT CAMARENA, AND THEY ARE THERE INTERROGATING

5  HIM, AND HE DOESN'T KNOW THAT?  NOT ONLY THAT, HE IS OVER

6  AT LOPE DE VEGA.  HIS HAIR IS THERE.  GOMEZ-ESPANA SEES HIM

7  THERE.  AND HE IS NOT TOLD?  HE IS NOT BROUGHT IN?  HE IS

8  NOT A PART OF THAT SITUATION?  I MEAN, HE WOULD HAVE TO BE

9  PUTTING HIS HANDS OVER HIS EYES AND EARS WHILE HE WAS

10  THERE.  OF COURSE HE KNEW.  OF COURSE HE KNEW.

11    NOT ONLY THAT, YOU WILL SEE IN A MINUTE THAT ALL

12  HE HAS TO DO FOR YOU TO FIND HIM GUILTY OF CONSPIRACY IS TO

13  AGREE TO JOIN, AGREE TO GET SOME BENEFITS.  THE BENEFITS

14  THAT HE WAS GOING TO GET WAS TO FIND OUT WHAT DEA, WHAT

15  SPECIFICALLY AGENT CAMARENA, KNEW ABOUT HIM.  WHAT DID THEY

16  KNOW ABOUT HIM?  AND YOU BET HE WAS TOLD.  YOU BET HE KNEW

17  WHAT WAS GOING ON THERE.

18    NOW, THERE IS DIRECT EVIDENCE AND INDIRECT

19  EVIDENCE, AND MR. PANCER SORT OF MADE A POINT ABOUT THIS.

20  HE SAID, "WELL, YOU DON'T HAVE A WITNESS THAT SHOWS HE WAS

21  THERE."  BUT, YOU KNOW, THAT IS NOT NECESSARY.  THAT IS NOT

22  NECESSARY FOR COMMON SENSE.  THAT IS NOT NECESSARY FOR YOU

23  TO FIND HIM GUILTY.  AND YOU WILL GET AN INSTRUCTION FROM

24  THE JUDGE REGARDING THAT.

25    SEE, IF ONE DAY YOU WAKE UP AND LOOK OUTSIDE YOUR

1   WINDOW AND SEE SNOW ALL AROUND YOUR HOUSE, YOU CAN CONCLUDE

2   THAT IT SNOWED LAST NIGHT.   IT MIGHT BE UNUSUAL IN LOS

3   ANGELES.   BUT THAT IS A SAFE CONCLUSION.   YOU DIDN'T SEE

4   THE SNOW FALL FROM THE SKIES WHEN YOU WERE ASLEEP DURING

5   THE NIGHT, BUT THAT IS A SAFE CONCLUSION.   YES, THERE MIGHT

6   BE OTHER EXPLANATIONS.   YOU MIGHT HAVE HAD -- I DON'T

7   KNOW -- AN AIRPLANE DROP SOME LIQUID AND SOMEHOW THE

8   LIQUID CONDENSED COMING THROUGH THE AIR, AND IT ENDED UP

9   AS SNOW.   IT IS POSSIBLE.   THAT'S A POSSIBILITY, BUT IT IS

10   EXTREMELY UNLIKELY.   IT IS EXTREMELY UNLIKELY, AND THAT IS

11   THE SITUATION WE HAVE HERE.

12          THERE IS SNOW ON THE GROUND, JUST AS IF YOU WOKE

13   UP, AND YOU CAN CONCLUDE THAT IT SNOWED THE NIGHT BEFORE.

14          NOW, ANOTHER EXAMPLE JUST TO TRY TO BRING HOME

15   THE POINT A LITTLE MORE.   IF ANY OF YOU HAVE CHILDREN -- I

16   HAVE CHILDREN -- AND IF YOU GO INTO THE KITCHEN AND YOU SEE

17   A JAR OF PEANUT BUTTER WITH THE TOP OFF AND SEE A JAR OF

18   JELLY, AND THE LID IS OFF; YOU SEE A KNIFE LYING THERE

19   SPLATTERED WITH PEANUT BUTTER AND JELLY; YOU SEE CRUMBS OF

20   BREAD, AND YOU GO OUTSIDE AND YOU SEE YOUR CHILD AND HE

21   HAS PEANUT BUTTER AND JELLY SMEARED AROUND HIS MOUTH, WELL,

22   YOU KNOW, YOU KNOW WHAT THE ANSWER IS.   YOU KNOW THAT HE

23   WENT IN THERE AND MADE HIMSELF A PEANUT BUTTER AND JELLY

24   SANDWICH.   YOU DIDN'T SEE HIM DO THAT.   YOU DIDN'T SEE

25   HIM DO THAT.   YOU DIDN'T SEE HIM ACTUALLY DO THAT, DID YOU?

1   YOU DIDN'T, BUT YOU CAN CONCLUDE FROM THE EVIDENCE THAT

2   THAT IS WHAT HAPPENED.  THAT IS WHAT IS CALLED CIRCUMSTANTIAL

3   EVIDENCE OR INDIRECT EVIDENCE.  THAT IS WHAT YOU HAVE HERE,

4   AND IT IS JUST AS STRONG AND JUST AS GOOD IN TERMS OF

5   ALLOWING YOU TO MAKE REASONABLE CONCLUSIONS.  AND THAT IS

6   WHAT WE HAVE HERE.

7            NOW, I THINK MR. PANCER WENT OVER SOME POINTS

8   ABOUT THE INTERROGATION TAPES.  THESE ARE THE TAPES, AND

9   YOU WILL HAVE THE TRANSCRIPTS.  THESE OTHER ONES THAT WERE

10  PUT UP ON THE SCREEN TO SHOW YOU WHAT WAS GOING ON WITH

11  SPECIAL AGENT CAMARENA.  WHAT HE HAS DONE IS TRIED TO GIVE

12  YOU A MISIMPRESSION.  HE HAS TRIED TO MAKE YOU THINK THAT

13  RIGHT BEFORE RENE VERDUGO'S NAME IS MENTIONED, THEY ARE

14  TALKING ABOUT SNITCHES OR INFORMANTS.

15           WELL, THAT ISN'T SO.  THE ONLY REASON I PUT THIS

16  UP HERE IS TO GO OVER IT WITH YOU VERY QUICKLY.  RIGHT

17  BEFORE THIS OCCURRED, HE IS BEING ASKED -- WELL, RIGHT

18  BEFORE THIS HAPPENED WHAT OCCURS IS THAT HE IS GOING OVER

19  DIFFERENT ITEMS, AND HE IS BEING ASKED TO NAME PEOPLE THAT

20  HE KNOWS ABOUT, PEOPLE THAT HE HAS SOME FAMILIARITY WITH.

21  HE IS NOT BEING ASKED ABOUT SNITCHES.  THEY HAVE GIVEN UP

22  ON THAT A LONG TIME AGO AT THIS PARTICULAR POINT.

23           AGENT CAMARENA SAYS, "WELL, I DON'T KNOW WHO GOES

24  AROUND WITH HIM.  THEY SAY THAT IN MEXICALI THERE IS A

25  PERSON WHO HELPS HIM PASS SOME MARIJUANA."

1    "WHO IS IT?"

2    "I AM TRYING TO REMEMBER."

3    "TAKE YOUR TIME."

4    THEN HE SAYS, "RENE VERDUGO, I THINK.  I AM

5    TRYING."

6    THEN THE INTERROGATOR GETS A LITTLE EXCITED.

7    "TRY.  YOU TRY."

8    THERE IS A LONG PAUSE, A CLEARING OF A THROAT,

9    AND THERE WAS A LONG TAPE PAUSE.  NOW, WHAT HAPPENS HERE IS

10   VERY SIGNIFICANT.  YOU CAN LOOK AT THE TRANSCRIPTS, LOOK AT

11   THE TAPE AGAIN IF YOU FIND IT NECESSARY.  AFTER THIS LONG

12   PAUSE, THERE IS A NEW VOICE THAT COMES ON.  NOW, THERE IS

13   NO EVIDENCE THAT THE VOICE IS RENE VERDUGO'S, AND I AM NOT

14   IMPLYING THAT; BUT THIS NEW VOICE THEN COMES IN AND SAYS,

15   "WHAT DO YOU SAY HE IS CALLED?"

16   NOW, REMEMBER, HE WAS TALKING ABOUT RENE VERDUGO.

17   "WHAT DO YOU SAY HE IS CALLED?"

18   AT THIS POINT SPECIAL AGENT CAMARENA IS NEAR

19   DEATH.  HE'S BEEN SUFFERING FOR QUITE A WHILE.  HE THEN

20   SAYS, "MANUEL SANCHEZ."

21   AND THEN THE INTERROGATOR SAYS, "MANUEL SANCHEZ

22   WHAT?"

23   "I DON'T KNOW THE OTHER SURNAME."

24   AND THE INTERROGATOR SAYS, "HE GOES AROUND WITH

25   THE OTHER?"

1     "THEY GO AROUND TOGETHER ALL THE TIME."

2          BUT THEN HE BRINGS HIM BACK.  "THAT RENE, WHAT IS

3     HE LIKE?"  HE IS TALKING ABOUT RENE VERDUGO.  "THAT RENE,

4     WHAT IS HE LIKE?"

5          AGENT CAMARENA SAYS, "I DON'T KNOW HIM."

6          "MANUEL?"

7          "I DON'T KNOW HIM, EITHER."

8          ALL RIGHT.  YOU SEE, WHAT THIS INDICATES IS THAT

9     THERE WAS A PAUSE, AND I SUBMIT TO YOU THAT THAT INFORMATION

10    WAS TAKEN TO RENE VERDUGO.  RENE VERDUGO WAS INFORMED OR

11    THEY MADE AN EFFORT TO TELL HIM THAT CAMARENA KNEW SOMETHING

12    ABOUT HIM.

13         THEN A NEW VOICE COMES ON, A NEW INTERROGATOR,

14    SOMEONE THAT EITHER RENE SENT HIMSELF OR SOMEONE THAT IS

15    GOING TO ASK THESE QUESTIONS ON BEHALF OF RENE.  AND NOW

16    THERE IS A LINE IN HERE THAT INDICATES BACKGROUND NOISE,

17    SOMEONE BRUSHING THEIR TEETH.  THEY HEAR WATER RUNNING.

18         THE REASON THAT IS SIGNIFICANT IS THAT THE GUEST

19    HOUSE HAS A BATHROOM, AND WHAT PROBABLY HAPPENED, LADIES

20    AND GENTLEMEN, IS THIS.  A LOT OF THE INTERROGATION, A LOT

21    OF THE BEATING IN THE GUEST HOUSE WAS DONE IN THAT

22    BATHROOM OR NEAR THAT BATHROOM.  THEY WOULD TAKE SPECIAL

23    AGENT CAMARENA IN THERE AND DO WHATEVER THEY DID TO HIM,

24    AND THAT ALSO INDICATES, ALSO GIVES YOU SOME MORE EVIDENCE,

25    THAT THIS IS WHERE THIS BEATING, THIS HORRIBLE EVENT, WAS

1   TAKING PLACE.

2            NOW, I WILL END IT HERE.  THIS WILL GIVE YOU

3   MORE INFORMATION ABOUT THIS PARTICULAR TRANSCRIPT.

4            AGENT CAMARENA SAYS, "RIGHT NOW I TOLD YOU THE MAN

5   WHO IS HERE IN THE ROOM."

6            ALL RIGHT.  WHAT THIS INDICATES IS THAT SOMEONE

7   HAS COME IN AGAIN.  IT IS NOT JUST MY CONCLUSION THAT

8   SOMEONE HAS COME IN.  CAMARENA MENTIONS THE FACT THAT

9   SOMEONE ELSE COMES INTO THE ROOM AT THIS PARTICULAR TIME.

10  NOW, THERE IS NO DIRECT EVIDENCE AS TO WHO THAT PERSON WAS

11  I AM NOT SAYING THERE IS.  BUT I AM ASKING YOU TO USE YOUR

12  COMMON SENSE.  I AM ASKING YOU TO DRAW AN INFERENCE ABOUT

13  WHO THAT PERSON WAS.  IT WAS EITHER SOMEONE THAT WAS

14  WORKING ON BEHALF OF RENE VERDUGO OR THAT RENE VERDUGO

15  HIMSELF CAME IN.

16           NOW, AGAIN THIS IS THE EVIDENCE THAT IS THERE IN

17  FRONT OF YOU.  WE SUBMIT TO YOU THAT IT IS CONCLUSIVE.  IT

18  SHOWS THAT RENE VERDUGO IS GUILTY AS CHARGED.  HE HAD NO

19  REASON TO GO TO GUADALAJARA OTHER THAN TO PARTICIPATE IN

20  THIS KIDNAPPING.  IN THE TAPE HIS NAME IS MENTIONED.

21  BECAUSE OF HIS UNIQUE POSITION IN THE ORGANIZATION YOU KNOW

22  HE IS GOING TO BE TOLD.  THIS GUY KNOWS SOMETHING ABOUT HIM.

23  WE KNOW THAT.  THERE IS NO WAY HE WOULDN'T BE THERE.

24           NOW, WE KNOW THAT ENRIQUE CAMARENA DIED LATE ON

25  FEBRUARY 8 OR EARLY ON FEBRUARY 9TH.  THAT IS THE DAY ALSO

1   THAT CARO-QUINTERO TRIES TO LEAVE GUADALAJARA FROM THE

2   AIRPORT, AND THAT IS THE DAY THAT RENE VERDUGO LEAVES FROM

3   GUADALAJARA.  ALL OF THESE THINGS ARE NOT COINCIDENCES, AND

4   YOU HAVE TO IGNORE ALL OF THESE FACTS ONE ON TOP OF THE

5   OTHER ON TOP OF THE OTHER TO GET TO WHAT MR. PANCER IS

6   ASKING YOU TO GET TO.

7         NOW, AGAIN YOU ALREADY KNOW THAT THE SNITCH STORY

8   DOESN'T MAKE ANY SENSE.  MR. PANCER HIMSELF CONCEDED THAT

9   YESTERDAY IN HIS ARGUMENT.  HE SAID THAT THERE WOULDN'T BE

10  ENOUGH TIME, IF ON THAT PARTICULAR PART OF THE TAPE WHEN HE

11  MENTIONED RENE VERDUGO, THEY HAD GONE OUT AND CALLED RENE

12  AND ASKED HIM TO COME DOWN TO GUADALAJARA.  THERE WOULDN'T

13  BE ENOUGH TIME.  HE COULDN'T HAVE GOTTEN TO THE HOTEL AT

14  4:50 P.M. ON THE 7TH.  SO THAT STORY THAT THEY TRIED, AND

15  THAT MS. BROOKS ORIGINALLY GAVE YOU IN HER OPENING STATEMENT,

16  DOESN'T MAKE ANY SENSE.  IT DOESN'T WASH.  SO THEY

17  ABANDONED IT.

18        NOW, LET'S TALK ABOUT THE HELICOPTER.  WHEN THE

19  CASA GRANDE INCIDENT HAPPENED, THE HELICOPTER CRASHED AND

20  WAS TAKEN DOWN, AS WE HAVE ALREADY DISCUSSED, SOMETIME LATE

21  FEBRUARY 5.  I SUBMIT TO YOU THAT VERDUGO WOULD HAVE REPORTED

22  BY PHONE TO RAFAEL IMMEDIATELY, OR AS SOON AS HE COULD.

23  RAFAEL CARO-QUINTERO CAN BE REACHED BY PHONE.  NO ISSUE

24  ABOUT THAT.  HE CAN BE REACHED BY PHONE.  HE WOULDN'T HAVE

25  HAD TO GO TO REPORT TO CARO-QUINTERO ABOUT THIS PARTICULAR

1  INCIDENT.

2  REMEMBER, THIS MAN IS A BIG CHEESE.  HE IS A

3  GENERAL IN CARO-QUINTERO'S ORGANIZATION.  HIS SISTER --

4  THE COURT:  COUNSEL, LET'S NOT REPEAT WHAT YOU

5  HAVE ALREADY COVERED.

6  MR. CAMPOS:  VERY WELL, YOUR HONOR.

7  SO, THEREFORE, THE ONLY POINT I WAS MAKING, THERE

8  WAS NO NEED FOR HIM TO GO TO GUADALAJARA JUST TO REPORT

9  ABOUT CASA GRANDE.

10  NOW, WHAT IS VERY IMPORTANT HERE IS THAT THERE IS

11  NO EVIDENCE BEFORE YOU, NO EVIDENCE WHATSOEVER, THAT SAYS

12  RENE VERDUGO WENT TO GUADALAJARA TO REPORT ABOUT CASA

13  GRANDE.  THAT IS ONLY A LAWYER'S ARGUMENT.

14  MS. BROOKS:  I OBJECT, YOUR HONOR.  THAT IS

15  SHIFTING THE BURDEN OF PROOF.

16  THE COURT:  OVERRULED.

17  MR. CAMPOS:  THERE IS NO EVIDENCE.  THERE IS NO

18  EVIDENCE IN FRONT OF YOU AT ALL.

19  MR. PANCER:  I OBJECT.  YOUR HONOR, THAT ALSO

20  MISSTATES THE LAW AS TO GOMEZ-ESPANA'S TESTIMONY; IT

21  MISSTATES THE EVIDENCE, YOUR HONOR.

22  THE COURT:  THE OBJECTION IS OVERRULED.  THIS IS

23  ARGUMENT.  IT IS NOT BINDING ON THE JURY.  THEY WILL DECIDE

24  FOR THEMSELVES.

25  MR. PANCER:  I UNDERSTAND.  IT IS JUST FOR THE

1  RECORD THAT WE HAVE TO MAKE THE OBJECTION.  I UNDERSTAND

2  THE COURT'S POSITION.

3       MR. CAMPOS:  I SUBMIT TO YOU THAT IS NOT A LOGICAL

4  INFERENCE.  THE QUESTION ULTIMATELY -- IT IS UNLOGICAL FOR

5  ALL THE REASONS WE HAVE GONE OVER.  FIRST OF ALL, THERE IS

6  NO EVIDENCE IN FRONT OF YOU THAT RENE VERDUGO WAS DOWN THERE

7  TO REPORT ABOUT CASA GRANDE TO CARO-QUINTERO, AND IT IS NOT

8  LOGICAL FOR THE REASONS THAT I HAVE JUST DISCUSSED.

9       WHAT YOU HAVE TO ASK YOURSELVES AGAIN ULTIMATELY

10  IS WHY WAS RENE VERDUGO IN THE GUEST HOUSE?  HIS HAIR WAS

11  THERE.  WHY WAS HE THERE?  I SUBMIT TO YOU THAT THERE IS

12  ONLY ONE ANSWER.  HE WAS THERE TO PARTICIPATE, TO FIND OUT

13  WHAT SPECIAL AGENT CAMARENA KNEW ABOUT HIM.  THAT IS WHY HE

14  WAS THERE.  SO I ASK YOU TO STRIP AWAY THIS ARGUMENT.  THAT

15  IS ALL IT IS, ARGUMENT BY COUNSEL, AS TO RENE VERDUGO GOING

16  DOWN THERE TO REPORT ABOUT THE HELICOPTER.  THERE WAS NO

17  EVIDENCE OF THAT.

18       NOW, THERE IS ONE ASPECT ABOUT THE LAW THAT NEEDS

19  SOME DISCUSSION.  RENE VERDUGO IS CHARGED IN THE THIRD

20  COUNT WITH CONSPIRACY TO KIDNAP, AS IS RAUL LOPEZ.  IN THE

21  CONSPIRACY ALL THAT HAS TO BE SHOWN IS THAT THERE WAS AN

22  AGREEMENT.  IN OTHER WORDS, HERE THE AGREEMENT -- THE

23  CONSPIRACY MEANS THE AGREEMENT.  THE CONSPIRACY WOULD BE TO

24  KIDNAP A FEDERAL AGENT.  WHEN YOU HAVE AN AGREEMENT, A

25  PERSON JOINS A CONSPIRACY, THAT PERSON DOESN'T HAVE TO DO

1   ANYTHING AT ALL.  SOMEBODY ELSE CAN DO ALL THE ACTIONS, AND

2   THAT PERSON IS STILL UNDER THE LAW LIABLE -- THAT IS NOT A

3   GOOD TERM -- UNDER THE LAW HE IS RESPONSIBLE.  HE IS GUILTY

4   IF HE JOINS IN THE AGREEMENT.

5           SO UNDER COUNT THREE WE DO NOT EVEN HAVE TO SHOW

6   THAT RENE VERDUGO DID ANYTHING.  IF, BASED ON HIS

7   PARTICULAR POSITION IN THE ORGANIZATION, YOU CONCLUDE THAT

8   HE AGREED WITH CARO-QUINTERO THAT IT WAS A GOOD IDEA --

9   THAT IT WAS A GOOD IDEA TO KIDNAP AGENT CAMARENA BECAUSE,

10  AFTER ALL, HE WOULD GET SOME BENEFIT, HE WOULD FIND OUT WHAT

11  CAMARENA KNEW ABOUT HIS OPERATION, AND THEN SOMEONE ELSE

12  DID IT, THAT IS ENOUGH.  HE WOULD BE GUILTY OF CONSPIRACY.

13          AND I SUBMIT TO YOU THAT THE EVIDENCE IS

14  SUFFICIENT, MORE THAN SUFFICIENT, TO FIND HIM GUILTY OF

15  CONSPIRACY AND THAT HE MADE THIS AGREEMENT BECAUSE IT MAKES

16  SENSE BASED ON HIS POSITION.

17          NOW, IF YOU FIND HIM GUILTY OF CONSPIRACY, THEN

18  UNDER THE LAW HE IS ALSO GUILTY OF THE KIDNAPPING, GUILTY

19  OF KIDNAPPING UNDER COUNT FOUR, BECAUSE THE ACTS THAT ARE

20  DONE AS PART OF THAT AGREEMENT -- IN OTHER WORDS, IT IS AN

21  AGREEMENT TO KIDNAP.  IF HE JOINS THE AGREEMENT, THEN HE

22  IS GUILTY OF CONSPIRACY, AND THEN BECAUSE HE JOINED THE

23  AGREEMENT HE IS ALSO GUILTY SEPARATELY OF THE KIDNAPPING.

24          SO THE GOVERNMENT SUBMITS TO YOU THAT THERE ARE

25  TWO WAYS:  ONE IS IF YOU JOIN THE AGREEMENT; TWO IS IF YOU

1   DIRECTLY PARTICIPATED.  YOU HAVE ALL OF THAT EVIDENCE THAT

2   HE WAS THERE IN THE GUEST HOUSE.

3          NOW, MR. PANCER DID A NICE NUMBER YESTERDAY WITH

4   GOMEZ-ESPANA.  HE CONCEDES THAT GOMEZ-ESPANA TOLD THE TRUTH.

5   HE SAID THAT "I WOULD HAVE CALLED HIM.  HE IS A TRUTHFUL

6   INDIVIDUAL."  AND THEN HE PROCEEDED TO PUT UP IN FRONT OF

7   YOU, CLAIMING THAT THIS WAS PART OF HIS TESTIMONY, A

8   STATEMENT THAT HE MADE, THAT GOMEZ-ESPANA MADE, WHEN HE WAS

9   NOT HERE IN THIS COURTROOM, A STATEMENT THAT HE MADE BEFORE

10  A GRAND JURY AWAY FROM HERE.

11         MR. PANCER:  YOUR HONOR, I OBJECT.  HE REPEATED

12  THE TESTIMONY FROM THE STAND.  THAT IS JUST NOT CORRECT,

13  YOUR HONOR.  THERE IS A TRANSCRIPT OF THE TESTIMONY.  FOR

14  THE RECORD, YOUR HONOR.

15         THE COURT:  ALL RIGHT.

16         MR. CAMPOS:  MR. GURULE ASKED ON REDIRECT, ASKED

17  MR. GOMEZ-ESPANA, "TODAY WHAT IS YOUR BEST RECOLLECTION,

18  YOUR ABSOLUTE BEST RECOLLECTION TODAY OF WHAT RENE VERDUGO

19  SAID IN RESPONSE TO YOUR STATEMENT THAT YOU HAD BEEN TO

20  LOPE DE VEGA TO RESOLVE THIS PROBLEM WITH CARO-QUINTERO?"

21         THEN HE ANSWERS, "THE TESTIMONY THAT I GAVE

22  YESTERDAY."

23         AND MR. GURULE SAYS, "AND THAT IS THAT THAT WASN'T

24  A PROBLEM.  WE HAVE JUST TAKEN CARE OF A BIG PROBLEM,

25  HAVEN'T WE, COMMANDANTE?"

1       AND THEN GOMEZ-ESPANA SAYS, "WELL, I DON'T
2   REMEMBER SAYING BIG."

3       AND THEN, "WE HAVE JUST TAKEN CARE OF A PROBLEM."
4   AND HE TURNS TO THE COMMANDANTE AND SAYS, "DIDN'T WE,
5   COMMANDANTE?"

6       "YES."

7       THEN MR. GURULE ASKS HIM, "THAT IS YOUR BEST
8   RECOLLECTION OF WHAT RENE VERDUGO SAID RELATIVE TO THAT
9   LIMITED PORTION OF THE CONVERSATION THAT YOU HAD WITH HIM?"

10      "A    THAT IS THE BEST RECOLLECTION THAT I HAVE."

11      HE DIDN'T SAY ANYTHING ABOUT LOOKING FOR RENE OR
12  LOOKING AROUND FOR SEVERAL DAYS.  HE SAYS THAT THIS IS WHAT
13  HAPPENED.  THAT WAS THE PROBLEM.  WE HAVE JUST TAKEN CARE
14  OF A PROBLEM, HAVEN'T WE, COMMANDANTE.  AND AGAIN THAT
15  PROBLEM WAS AGENT CAMARENA.  HE ALSO MADE THE STATEMENT TO
16  THE SECOND GRAND JURY.

17      NOW, YESTERDAY MR. PANCER MADE A MAGNIFICENT
18  PRODUCTION.  HE ENDED UP RAISING HIMSELF IN EXTREME OUTRAGE,
19  IN THE MOST INDIGNANT FASHION, WHEN HE WAS TALKING ABOUT
20  THESE PARTICULAR PHOTOS, AND YOU KNOW, HE CHALLENGED ME.
21  HE SAID TO COME BACK AND TELL THE PROSECUTOR -- OR ASK THE
22  PROSECUTOR WHY THEY DID WHAT THEY DID.  IT WAS VERY
23  IMPRESSIVE.  I THOUGHT MS. BROOKS HAD A LOT OF TALENT IN
24  TERMS OF GETTING EMOTIONAL, AND HE DID EVEN BETTER.

25      AND YOU MAY RECALL -- AND I AM SWITCHING

1   SUBJECTS -- BUT THIS IS THE NEXT AREA THAT I WANT TO COVER.

2   YOU MAY RECALL THAT ALL OF THIS FUROR, THIS TEMPEST IN A

3   TEACUP, THAT MR. PANCER WENT OVER HAD TO DO WITH

4   PHOTOGRAPHS THAT WERE SHOWN TO MANUEL CALDERON.

5   MANUEL CALDERON TESTIFIED HE WAS SHOWN THIS PARTICULAR BOOK

6   AT ONE PARTICULAR POINT, AND YOU WILL HAVE THE BOOK TO LOOK

7   AT.  AND I WANT YOU TO UNDERSTAND THAT THIS BOOK HAS OVER

8   105, 106 PHOTOGRAPHS IN IT.  HE WENT OVER THE BOOK, AND HE

9   POINTED OUT A SMALL PHOTOGRAPH OF RENE VERDUGO.  HERE IT

10  IS (INDICATING).  IT IS NO. 22.

11          AND HE SAID, "THAT LOOKS LIKE SOMEBODY I KNOW."

12  BUT HE WASN'T SURE.

13          THEN EIGHT MONTHS LATER, EIGHT MONTHS LATER, THE

14  GOVERNMENT AGENTS ARE DISCUSSING THE CASE WITH

15  MANUEL CALDERON, AND HE IS SHOWN THIS BOOK AGAIN, AND IN

16  THIS PARTICULAR BOOK ANOTHER PHOTOGRAPH IS PLACED, AND THIS

17  PHOTOGRAPH IS A -- I AM NOT SURE IT IS THAT MUCH OF A BETTER

18  PHOTOGRAPH.  IT IS A LITTLE BIGGER.  IT IS A PHOTOGRAPH OF

19  RENE VERDUGO.

20          NOW, MR. PANCER STANDS UP HERE IN OUTRAGE AND

21  SAYS, "WELL, LOOK.  IT DOESN'T HAVE A NUMBER.  IT HAS GOT

22  SCOTCH TAPE."

23          WELL, THERE ARE A LOT OF PHOTOGRAPHS, AS YOU CAN

24  SEE, THAT ARE MUCH LARGER THAN THIS ONE OF RENE VERDUGO

25  THAT ARE IN THIS PARTICULAR BOOK.  HE MADE IT SEEM AS THOUGH

1   THAT WAS THE ONLY PHOTOGRAPH THAT DIDN'T HAVE A NUMBER

2   BENEATH IT.  WELL, I COUNTED AT LEAST SEVEN OTHER

3   PHOTOGRAPHS THAT DIDN'T HAVE NUMBERS UNDERNEATH THEM.  AND

4   I COUNTED AT LEAST ANOTHER FIVE THAT HAD SCOTCH TAPE.  SO

5   I AM NOT SURE WHY THAT WAS SO TERRIBLE.

6        HE SAID THAT THIS WAS THE -- HE BORROWED A LINE

7   FROM MR. TARLOW -- HE SAID THAT THIS IS THE LOWEST DAY THAT

8   I HAVE EVER SEEN OR HEARD A PROSECUTOR DO IN ALL OF MY

9   EXPERIENCE, IN ALL THE HISTORY OF THE WORLD.

10       MR. TARLOW:  OBJECTION, YOUR HONOR.  I DON'T

11  DESERVE CREDIT FOR THAT PARTICULAR ONE.  I DON'T RECALL

12  THAT ONE.

13       THE COURT:  IT IS A PARAPHRASE.  IT IS DRAMATIC

14  LICENSE.

15       MR. CAMPOS:  WELL, WHAT I WAS THINKING ABOUT WAS

16  IN ALL THE HISTORY IN THE UNIVERSE OR ALL THE HISTORY IN

17  THE WORLD, THIS IS THE WORST -- BLANK, BLANK, BLANK.

18       MR. PANCER:  I OBJECT.  THE LINE WAS, "NEXT TO

19  CASA GRANDE THIS IS THE WORST THING THEY DID IN THE CASE."

20       THE COURT:  ALL RIGHT.  DO YOU WANT TO GIVE THE

21  ARGUMENT?

22       MR. CAMPOS:  WELL, AGAIN, I KEPT THINKING TO

23  MYSELF I GUESS WE REALLY DID SOMETHING TERRIBLE HERE.  I

24  KEPT LOOKING FOR WHAT THE HORROR WAS IN ALL OF THIS.

25       NOW, EIGHT MONTHS LATER MANUEL CALDERON SAID,

1  "YEAH, THAT IS RENE VERDUGO.  I KNOW RENE VERDUGO."  AND HE

2  HAD ALSO ALREADY TOLD AGENTS ABOUT RENE VERDUGO.  YOU SEE,

3  HE DIDN'T DEPEND ON THIS PARTICULAR PHOTOGRAPH TO BE ABLE

4  TO TELL US ABOUT RENE.  IF YOU RECALL, HE TESTIFIED THAT

5  HE HAD MET RENE VERDUGO ON TWO DIFFERENT OCCASIONS, ONE AT

6  THE HOTEL IN TIJUANA BRIEFLY, AND THEN AT THIS RESTAURANT,

7  THE CAPTAIN'S GALLEY, NEAR SAN DIEGO.  HE ACTUALLY SAT DOWN

8  AT A TABLE AND HAD A BEER WITH HIM.  AND THAT INFORMATION

9  WAS ALREADY KNOWN.  THAT INFORMATION WAS GIVEN TO THE

10 AGENTS.

11       SO THIS ISN'T A CASE WHERE WE ARE TALKING ABOUT

12 A BANK TELLER WHO JUST HAD HER BANK ROBBED, AND SHE DOESN'T

13 KNOW WHO REALLY ROBBED THE BANK, AND THE IDENTIFICATION IS

14 CRITICAL TO DETERMINE WHO IS GUILTY.  THIS ISN'T THAT

15 SITUATION.

16       AND FINALLY MR. PANCER GOT ALL HUFFY AND PUFFY

17 BECAUSE ANOTHER PHOTOGRAPH WAS PUT IN THIS PARTICULAR BOOK

18 OF RENE VERDUGO, AND THIS PARTICULAR PHOTOGRAPH, THEY SAY,

19 HAS CLOTHES THAT HE IS WEARING HERE ON TRIAL DAYS.  THE

20 POINT IS THAT WHEN THIS PHOTOGRAPH WAS PUT IN HERE, THE

21 PROSECUTORS AND THE AGENTS DIDN'T KNOW WHAT CLOTHES

22 RENE VERDUGO WAS GOING TO BE USING AT TRIAL.  THAT

23 PHOTOGRAPH WAS OBTAINED FROM THE MARSHALS WHEN HIS

24 PHOTOGRAPH WAS TAKEN.  THAT IS ALL THAT INDICATES.

25       NOT ONLY THAT, HIS PHOTOGRAPH WAS PUT IN THERE

1    ALONG WITH SEVERAL OTHER SUSPECTS, NEW PEOPLE, THAT WERE

2    PUT IN THE BOOK WHEN IT WAS SHOWN TO MANUEL CALDERON.

3           MS. BROOKS:  OBJECT, YOUR HONOR.  THERE IS

4    ABSOLUTELY NO EVIDENCE OF THAT.  THERE IS NONE WHATSOEVER

5    FOR HIM TO MAKE AN INFERENCE FOR THE RECORD.

6           THE COURT:  COUNSEL, CONFINE YOUR ARGUMENT TO

7    THE EVIDENCE.

8           MS. BROOKS:  THANK YOU.

9           MR. CAMPOS:  YOU ARE WELCOME TO LOOK THROUGH HERE,

10   AND YOU WILL SEE THE DIFFERENT PHOTOGRAPHS, AND YOU WILL

11   SEE OTHER PHOTOGRAPHS, AND AGAIN I SUBMIT TO YOU THAT IT IS

12   A TEMPEST IN A TEACUP, MEANT TO DISTRACT YOU, MEANT TO

13   SOMEHOW TAKE YOUR FOCUS AWAY FROM THE EVIDENCE, TAKE YOUR

14   FOCUS AWAY FROM RENE VERDUGO BEING INSIDE THE GUEST HOUSE.

15          NOW, MR. PANCER GOT UP AND GOT VERY HUFFY ABOUT

16   MR. HOLLESTELLE, SKIP HOLLESTELLE, AND HE SAID THAT HE

17   CHALLENGED SKIP HOLLESTELLE WHEN HE TOLD YOU THAT WHEN HE

18   WAS IN THE CAR WITH DONALD WALTERS AND RENE VERDUGO THAT

19   HE RECALLED AT ONE PARTICULAR POINT RENE VERDUGO TELLING

20   HIM THAT HE SAW THE NARC, AND THE NARC WAS CRYING AND

21   BEGGING FOR HIS LIFE.

22          NOW, HE CHALLENGED THAT PARTICULAR STATEMENT.  HE

23   SAID HE DIDN'T MAKE THAT.  HOW COULD HE KNOW.  HOW COULD HE

24   POSSIBLY UNDERSTAND WHAT WAS GOING ON.  AND HE PUT ON AN

25   ARGUMENT ABOUT RENE VERDUGO ONLY SPEAKING SPANISH, OR

1   DONALD WALTERS AND SO ON.  BUT THE POINT IS THIS.  YOU KNOW

2   PEOPLE WHO SPEAK SPANISH, AND DONALD WALTERS' FIRST

3   LANGUAGE, YOU CAN ASSUME, IS ENGLISH.  PEOPLE MIX LANGUAGES

4   ALL THE TIME.  THAT IS NOT UNUSUAL.

5        AND THEN HIS CHALLENGE WAS WHY DIDN'T YOU GET

6   SOMEBODY TO CORROBORATE IT?  WHY DIDN'T YOU PUT UP SOME

7   WITNESSES ON THE STAND TO SAY THAT HE MADE THAT STATEMENT?

8   SKIP HOLLESTELLE SAID THAT HE HAD MADE THAT STATEMENT TO

9   SOME AGENTS PRIOR, THAT HE HAD MADE THAT STATEMENT TO THE

10  GRAND JURY, AND MR. PANCER IS SAYING, "WHY DIDN'T YOU PUT

11  ON THE DIFFERENT AGENTS WHO WERE WITH HIM WHEN HE MADE

12  THAT STATEMENT?"

13       THE REASON IS SIMPLE.  WE DIDN'T THINK IT NEEDED

14  ANY CORROBORATION.  SKIP HOLLESTELLE SAID THAT BEFORE THE

15  GRAND JURY.  THAT WAS JUST AN ACCUSATION, AN INFERENCE ON

16  THIS PARTICULAR POINT.

17       IT IS OUR VIEW THAT HOLLESTELLE'S STATEMENT IS

18  SUFFICIENTLY CREDIBLE BASED ON WHAT HE SAID.  AND AGAIN HE

19  SAID IT BEFORE THE GRAND JURY PRIOR TO HIS PARTICULAR

20  TESTIMONY HERE.

21       NOW, WE CAN'T BE CHASING DOWN EVERY WILD

22  ACCUSATION THAT LAWYERS MAKE DURING A TRIAL.  WE WOULD BE

23  HERE TALKING ABOUT THE CONTRAS OR TALKING ABOUT ANYTHING

24  THAT MAY COME UP, AND THAT WOULD CERTAINLY TAKE A LONG TIME

25  TO TRY A CASE IN THAT PARTICULAR SITUATION.  AND THAT IS

1   THE EXPLANATION.  IT IS NOTHING MORE THAN A WILD

2   ACCUSATION.

3          THE COURT:  WE ARE GOING TO TAKE A SHORT BREAK AT

4   THIS TIME.  THE JURY WILL BE EXCUSED.

5      (THE JURY LEFT THE COURTROOM, AND PROCEEDINGS

6      IN OPEN COURT:)

7          THE COURT:  COUNSEL, I WANT YOU TO PICK UP THE

8   PACE OF THIS ARGUMENT.  I AM NOT GOING TO SPEND ALL DAY ON

9   THIS REBUTTAL.  MAKE THE POINTS THAT YOU HAVE TO MAKE, BUT

10  MOVE IT ALONG.

11         MR. CAMPOS:  I DON'T PLAN TO SPEND ALL DAY, YOUR

12  HONOR.

13         MS. BARRERA:  EXCUSE ME, YOUR HONOR.  WE WOULD

14  MOVE FOR A MISTRIAL ON BEHALF OF MR. LOPEZ-ALVAREZ BASED

15  ON MR. CAMPOS' STATEMENTS THAT SOMETHING TO THE EFFECT

16  INSINUATING THAT IF HE HAD DONE ANYTHING IMPROPER IN THIS

17  CASE, THAT THIS COURT WOULD HAVE STOPPED THE TRIAL.  I

18  BELIEVE HIS EXACT WORDS WERE THAT "THIS JUDGE WOULD HAVE

19  BEEN ON OUR BACKS LIKE A GUILLOTINE."  I BELIEVE THAT IS

20  IMPROPER ARGUMENT, AND THAT DOES CALL FOR A MISTRIAL.

21         THE SECOND BASIS IS MR. CAMPOS' STATEMENTS THAT

22  THESE DEFENDANTS MR. VERDUGO AND MR. LOPEZ ARE NOT FACING

23  THE DEATH PENALTY, THAT THERE WAS A SUGGESTION BY ONE OF

24  THE ATTORNEYS THAT THEY WERE.  I KNOW FOR MY PART I

25  CERTAINLY DIDN'T MAKE ANY REFERENCE TO ANY IMPRISONMENT, AND

1   ON BEHALF OF MR. LOPEZ-ALVAREZ, I THINK IT IS IMPROPER FOR

2   MR. CAMPOS TO BE INFORMING THE JURY WITH REGARD TO WHAT THE

3   POSSIBLE PENALTY WOULD BE.

4       I THINK THAT IF THE REQUEST FOR A MISTRIAL IS

5   DENIED, WE WOULD LIKE A CURATIVE INSTRUCTION GIVEN, AND WE

6   HAVE PREPARED A CURATIVE INSTRUCTION THAT WE WOULD BE

7   PREPARED TO SUBMIT TO THE COURT.  BASICALLY THE INSTRUCTION

8   SAYS:

9       "YOU WERE INFORMED BY THE PROSECUTOR IN

10          CLOSING REMARKS THAT THIS IS NOT A DEATH PENALTY

11          CASE.  YOU ARE ADVISED THAT THE MAXIMUM PENALTY

12          THAT MAY BE IMPOSED ON DEFENDANTS VERDUGO AND

13          LOPEZ IS LIFE IMPRISONMENT.  IN YOUR DELIBERATIONS,

14          HOWEVER, YOU ARE NOT TO BE CONCERNED WITH THE

15          POTENTIAL PUNISHMENT IN THIS CASE."

16       MR. GURULE:  THAT IS PARTICULARLY INTERESTING

17   BECAUSE IF COUNSEL WOULDN'T HAVE MADE THE COMMENTS -- THE

18   TWO COMMENTS -- IT WOULD NOT HAVE BEEN NECESSARY TO CLEAR

19   THE RECORD.  WITH THE TWO EXPERIENCED ATTORNEYS THAT WE

20   HAVE IN THIS CASE FOR MR. VERDUGO TELLING THE JURY THAT

21   MR. VERDUGO IS FIGHTING FOR HIS LIFE, WITH THE INTENTION

22   OF LEAVING THE JURY WITH THE IMPRESSION THAT THIS IS A

23   DEATH PENALTY CASE, THEY ARE THE ATTORNEYS THAT SHOULD BE

24   ADMONISHED.  THEY ARE THE ATTORNEYS THAT SHOULD BE

25   SANCTIONED BY THE COURT FOR THAT IMPROPER ACTION.

1   NOW AGAIN IT IS A DEFENSE TACTIC TRYING TO SHIFT THE ONUS

2   ON THE GOVERNMENT HERE, WHICH IS IMPROPER.

3            MR. TARLOW:   YOUR HONOR, I JOIN IN THE MISTRIAL

4   MOTION ON THE BASIS THAT THEY INTENTIONALLY MISSTATED THE

5   LAW TO THE JURY.   THE COURT DOESN'T HAVE THE POWER, EXCEPT

6   IN THE RAREST OF POSSIBLE CASES, FOR THIS CASE NOT TO BE

7   IN COURT BASED ON THE KIND OF MISCONDUCT THE GOVERNMENT IS

8   INVOLVED IN.   THE COURT SIMPLY CANNOT DISMISS THE CASE

9   EXCEPT IN THE MOST BIZARRE CIRCUMSTANCES BASED ON

10   GOVERNMENT MISCONDUCT, AND THAT IS SIMPLY A MISSTATEMENT OF

11   THE LAW.

12            MS. BROOKS:   AND I NEVER AT ANY TIME, YOUR HONOR,

13   INTENDED TO IMPLY THAT THIS WAS A DEATH PENALTY CASE.   I

14   BELIEVE WE DISCUSSED THAT IN VOIR DIRE WITH SOME OF THE

15   JURORS.

16            THE COURT:   WELL, NEVERTHELESS, YOUR ARGUMENT

17   GAVE THAT IMPRESSION.   I NOTICED IT ON TWO OCCASIONS.   IT

18   WAS APPARENT TO ME AT THE TIME.   I PROBABLY SHOULD HAVE

19   DONE SOMETHING ON MY OWN MOTION.   I DIDN'T HEAR AN

20   OBJECTION, AND I LET IT PASS.   IT WAS STATED TO THE JURY

21   THAT HE IS ON TRIAL FOR HIS LIFE.

22            MS. BROOKS:   WELL, YOUR HONOR, HE IS.   HE WILL

23   NEVER GET OUT OF PRISON.   HE CAN DIE IN PRISON IF IN FACT

24   HE RECEIVES LIFE IMPRISONMENT.

25            MR. GURULE:   YOUR HONOR, THAT IMPRESSION WAS

1    LEFT --

2        THE COURT:  JUST A MOMENT.  THE MOTION FOR A

3    MISTRIAL IS DENIED ON BOTH GROUNDS.

4        MS. BARRERA:  IN ADDITION TO THE PROPOSED

5    CAUTIONARY INSTRUCTION THAT I READ INTO THE RECORD, WE DO

6    HAVE ANOTHER PROPOSED CAUTIONARY INSTRUCTION WITH REGARDS

7    TO MR. CAMPOS' STATEMENT TO THE EFFECT THAT THIS JUDGE

8    WOULD HAVE STOPPED THIS TRIAL, AND THAT INSTRUCTION IS:

9        "DURING CLOSING ARGUMENT THE PROSECUTOR MADE

10       A STATEMENT TO THE EFFECT THAT THE JUDGE WOULD

11       HAVE STOPPED THE TRIAL IF THE PROSECUTION HAD

12       ENGAGED IN IMPROPER TACTICS.  THE JUDGE HAS MANY

13       SANCTIONS AVAILABLE WHEN EITHER THE PROSECUTION

14       OR THE DEFENSE ENGAGES IN IMPROPER TACTICS.  THE

15       MOST SEVERE SANCTION IS TO DECLARE A MISTRIAL

16       OR DISMISS THE CASE.  THE FACT THAT THE JUDGE HAS

17       NOT DECLARED A MISTRIAL OR DISMISSED THE CASE

18       IS NOT TO BE CONSIDERED BY YOU AS APPROVAL BY

19       THE JUDGE OF THE PROSECUTORS' TACTICS."

20       WE WOULD ASK FOR BOTH OF THOSE INSTRUCTIONS TO BE

21    READ.

22        MR. TARLOW:  I WOULD JOIN, YOUR HONOR.

23        MR. PANCER:  JOIN, YOUR HONOR.

24        MR. GURULE:  WE WOULD OBJECT TO BOTH OF THOSE.

25    FOR THE RECORD I WOULD JUST LIKE THE RECORD TO REFLECT THAT

1   THROUGH THESE COUNSEL IN THIS PARTICULAR CASE THE

2   GOVERNMENT COUNSEL HAVE BEEN ACCUSED IN THEIR CLOSING

3   ARGUMENTS OF SUBORNING PERJURY, FABRICATING EVIDENCE,

4   CHANGING REPORTS, CAUSING WITNESSES -- AGAIN SUBORNING

5   PERJURY, OBSTRUCTION OF JUSTICE -- PROBABLY NO LESS THAN

6   FOUR OR FIVE FELONY OFFENSES.  THAT IS WHAT WE HAVE BEEN

7   ACCUSED OF RELATIVE TO THESE DESPERATE ATTEMPTS BY COUNSEL

8   DURING THEIR CLOSING ARGUMENTS.

9           IF THERE ARE ANY CAUTIONARY INSTRUCTIONS THAT

10  SHOULD BE GIVEN, I THINK IT SHOULD BE RELATIVE TO

11  PROFESSIONAL ETHICS IN THIS CASE IN MAKING ARGUMENTS AS

12  SPURIOUS AS THESE HAVE BEEN AND AS DESPERATE AS THESE HAVE

13  BEEN IN THIS CASE.

14          MR. TARLOW:  YOUR HONOR, MR. GURULE HAS A

15  SELECTIVE MEMORY.  HE STANDS UP HERE IN OPENING ARGUMENT

16  AND ACCUSES US OF HORRENDOUS THINGS AND THEN FEELS THAT IN

17  HIS SELF-RIGHTEOUS POSITION AS THE GOVERNMENT HE IS IMMUNE

18  FROM A RESPONSE.  THIS IS HIS WHOLE DISTORTED THEORY.  HE

19  STARTS OFF ATTACKING US, AND THEN HE --

20          THE COURT:  YOU ARE GETTING AWAY FROM THE POINT

21  HERE.  I DON'T WANT TO HEAR ALL OF THIS.  WHAT IS BEFORE THE

22  COURT IS A REQUEST FOR A PROPOSED INSTRUCTION.

23          MR. TARLOW:  ALL RIGHT.  SUBMITTED, YOUR HONOR.

24          MR. PANCER:  SUBMITTED.

25          MS. BARRERA:  YOUR HONOR, JUST ONE BRIEF POINT.

1    REGARDLESS OF WHO HAS ENGAGED IN IMPROPER TACTICS HERE, I

2    MEAN, I CERTAINLY COULD ARGUE IN MY OWN DEFENSE BECAUSE I

3    THINK THAT MR. GURULE DOES HAVE A TENDENCY TO LUMP ALL OF

4    THE DEFENSE ATTORNEYS TOGETHER; BUT I THINK THE POINT OF

5    THIS INSTRUCTION IS THE INVOLVEMENT OF THE PROSECUTORS OF

6    THE COURT BY MAKING THE COURT A PARTY TO THE SUPPOSED

7    IMPROPER TACTICS, AND THAT IS THE PURPOSE AND THE FOCUS OF

8    THE CAUTIONARY INSTRUCTION.

9         THE COURT:  SUBMIT IT AND LET ME SEE IT.

10        MS. BARRERA:  I WILL, YOUR HONOR.  WE WILL PRINT

11   IT IN BETTER FORM FOR THE COURT DURING THE RECESS.

12        THE COURT:  OF COURSE, THE TYPE OF ARGUMENT THAT

13   WAS MADE BY THE DEFENDANTS INVITES A GOOD DEAL OF RESPONSE

14   THAT MIGHT NOT HAVE OTHERWISE BEEN NECESSARY.

15        MR. TARLOW:  THEY CAN HAVE ALL OF THE RESPONSE

16   THEY WANT, BUT THE RESPONSE THAT WE ARE CONCERNED WITH,

17   WHAT THEY ARE TELLING THE JURY IS THAT IF THEY DID ANYTHING

18   WRONG, YOU WOULD HAVE THROWN THE CASE OUT OF COURT.  THAT

19   JUST ISN'T SO.

20        THE COURT:  WELL, IT MIGHT HAVE BEEN SO IF I HAD

21   KNOWN ABOUT IT.

22        MR. TARLOW:  WELL, WHEN YOU SAY IT MIGHT BE SO,

23   YOU DON'T HAVE THE POWER.

24        THE COURT:  I HAVE THE POWER TO DECLARE A

25   MISTRIAL.  I HAVE THE POWER TO DISMISS A CASE FOR MISCONDUCT.

1        MR. TARLOW:  WELL, YOU KNOW, IT IS INTERESTING --

2   YOUR HONOR IS QUITE CORRECT.  YOU HAVE THE POWER, BUT THEN

3   YOU TRY TO CITE A CASE WHICH SAYS THAT HERE IS CONDUCT BAD

4   ENOUGH TO JUSTIFY YOU IN DOING THAT, AND IT IS AWFULLY HARD

5   TO FIND ANYTHING REPORTED IN ANY BOOK WHICH SAYS, "YEAH,

6   THAT IS RIGHT.  THAT IS A SITUATION IN WHICH THE JUDGE CAN

7   DO IT."

8        THERE ARE ALL LEVELS OF MISCONDUCT.

9        THE COURT:  THAT IS ENOUGH ARGUMENT.

10   (RECESS FROM 11:15 A.M. UNTIL 11:30 A.M.)

11        THE COURT:  A REFERENCE WAS MADE DURING THE

12   ARGUMENT ABOUT THE COURT BEING ABLE TO STOP THE TRIAL.  I

13   WANT YOU TO DISREGARD THAT STATEMENT.  THAT SHOULD PLAY NO

14   PART IN YOUR CONSIDERATION OF THIS CASE.  KEEP IN MIND THAT

15   YOUR ULTIMATE RESPONSIBILITY HERE IS TO DETERMINE THIS CASE

16   BASED UPON THE EVIDENCE THAT HAS BEEN PRESENTED IN THIS

17   COURT AND THE LAW THAT THE COURT WILL GIVE TO YOU.  SO

18   DISREGARD THAT STATEMENT AND DO NOT GIVE IT ANY

19   CONSIDERATION IN DETERMINING THE EVIDENCE IN THE CASE.

20        THIS REFERENCE TO PENALTIES ABOUT THE CASE, THAT

21   IS A SUBJECT THAT IS ENTIRELY TABOO.  IT SHOULD NOT BE

22   DISCUSSED BY THE JURY OR CONSIDERED IN DETERMINING WHAT, IF

23   ANYTHING, THE PENALTY IS GOING TO BE THAT IS IMPOSED IN

24   THIS CASE.  THAT IS NOT YOUR FUNCTION.  THAT IS THE FUNCTION

25   OF THE COURT AFTER YOU HAVE DONE YOUR JOB, WHICH IS TO

1    DETERMINE WHETHER OR NOT THE EVIDENCE IN THIS CASE IS

2    SUFFICIENT TO PROVE THE GUILT OF THE DEFENDANTS BEYOND A

3    REASONABLE DOUBT.  THE MATTER OF PENALTIES IS NOT A

4    QUESTION FOR THE JURY, AND IT SHOULD NEVER BE CONSIDERED OR

5    DISCUSSED.  YOUR JOB IS TO REACH A VERDICT REGARDLESS OF

6    WHAT THE CONSEQUENCES MAY BE.  YOU MUST DO WHAT YOU BELIEVE

7    TO BE THE RIGHT THING TO DO UNDER ALL OF THE EVIDENCE AND

8    THE LAW.

9            YOU MAY CONTINUE WITH YOUR ARGUMENT, COUNSEL.

10           MR. CAMPOS:  THANK YOU, YOUR HONOR.

11           LADIES AND GENTLEMEN, I AM GOING TO SWITCH NOW

12   TO THE SUBJECT OF DEFENDANT RAUL LOPEZ-ALVAREZ.  I AM GOING

13   TO DEAL WITH SOME OF THE COMMENTS MADE BY HIS COUNSEL,

14   MS. BARRERA, YESTERDAY.  YESTERDAY YOU MAY RECALL THAT

15   MS. BARRERA STARTED OFF BY TELLING YOU THAT IT IS DIFFICULT

16   TO PROVE YOUR INNOCENCE, AND SHE USED A LITTLE STORY THAT

17   HAD TO DO WITH GOING TO A STORE, AND IF YOU WENT TO A STORE

18   AND THERE WAS A ROBBERY, HOW DIFFICULT IT MIGHT BE TO PROVE

19   THAT YOU WEREN'T THE ONE THAT COMMITTED THE ROBBERY IF

20   SOMEONE HAPPENED TO THINK YOU WERE THE PERSON.

21           OBVIOUSLY, THAT IS FAR-FETCHED, BUT REALLY THE

22   MORE ACCURATE METAPHOR, IF YOU ARE GOING TO USE THAT TERM,

23   WHICH REFERS TO LOPEZ-ALVAREZ IS THIS.  RAUL LOPEZ-ALVAREZ

24   GOES INTO A STORE, BUT THERE IS A VIDEO CAMERA IN THAT

25   PARTICULAR STORE, LIKE A LOT OF THESE SMALL, CONVENIENCE

1  STORES HAVE; AND THAT VIDEO CAMERA IS RUNNING, AND THERE IS

2  A MICROPHONE IN THAT PARTICULAR STORE, AND RAUL LOPEZ

3  PROCEEDS TO TELL IN THIS PARTICULAR EXAMPLE THE CLERK, THE

4  PERSON WHO IS THERE, THAT HE HAS JUST ROBBED ANOTHER STORE

5  AND PROCEEDS TO TELL THE CLERK EXACTLY HOW HE DID IT, WHAT

6  HE DID, AND HOW IT CAME ABOUT.

7         THAT IS WHAT WE HAVE HERE WITH RAUL LOPEZ.  WE

8  HAVE A SITUATION IN WHICH YOU SAW FOR YOURSELVES ON THE

9  VIDEO SCREEN AND HEARD A VIDEOTAPE OF HIS DISCUSSION -- AT

10 LEAST A SECTION OF IT -- HIS DISCUSSION WITH AN UNDERCOVER

11 AGENT, AND IN THAT PARTICULAR VIDEO STATEMENT YOU CAN SEE

12 HIS DEMEANOR.  YOU CAN SEE HOW HE IS TELLING THE SITUATION,

13 EXPLAINING THE FACTS, AND YOU CAN TELL THAT RAUL LOPEZ

14 PARTICIPATED IN THE KIDNAPPING OF SPECIAL AGENT CAMARENA

15 AND HOW HE WENT THERE WITH FONSECA AT A LATER TIME WHEN HE

16 WAS STILL THERE, AND HOW HE OBSERVED THIS PARTICULAR

17 INCIDENT WHERE FONSECA SLAPS CARO-QUINTERO.  THAT IS WHAT

18 YOU HAVE HERE.

19         NOW, IMAGINE, IMAGINE WHAT HIS DEFENSE COUNSEL HAD

20 TO DEAL WITH HERE.  SHE CAN'T ARGUE THAT HE DIDN'T SAY THE

21 THINGS THAT HE DID TO SPECIAL AGENT REYNOSO.  SHE HAS TO

22 ARGUE TO YOU THAT HE DIDN'T MEAN WHAT HE SAID.  WELL, LET'S

23 BE VERY CLEAR ABOUT ONE THING.  THERE IS NO EVIDENCE IN

24 FRONT OF YOU, THERE IS NO EVIDENCE PRESENTED IN THIS

25 PARTICULAR CASE, THAT RAUL LOPEZ DID NOT MEAN WHAT HE SAID.

1 THERE IS ONLY ARGUMENT. THERE IS ONLY THE ARGUMENT OF HIS

2 COUNSEL, WHO IS TRYING TO GET YOU TO THINK OF ANY OTHER

3 EXPLANATION, ANYTHING ELSE AT ALL, IN TERMS OF TRYING TO

4 EXPLAIN AWAY DESPERATELY WHAT THIS MAN SAID.

5       LET'S REVIEW BRIEFLY WHAT HE TOLD AGENT REYNOSO.

6 THIS IS FROM AGENT REYNOSO'S TESTIMONY. AGENT REYNOSO

7 ASKS -- AND THEY ARE TALKING ABOUT THE CAMARENA INCIDENT

8 AT ONE PARTICULAR POINT -- HE ASKED RAUL LOPEZ, "WELL, WERE

9 YOU GUILTY OR NOT? WHAT IS GOING ON HERE?"

10       LOPEZ'S RESPONSE IS THIS. HE SAYS, "I WAS

11 GUILTY, BUT I NEVER TOLD THEM ANYTHING."

12       BUT I NEVER TOLD THEM ANYTHING. NOW, WHAT HE IS

13 TALKING ABOUT IS THE PRISON PEOPLE IN MEXICO. MS. BARRERA

14 DIDN'T MENTION THIS YESTERDAY, BUT HE IS VERY PROUD OF THE

15 FACT THAT HE WAS TAKEN INTO CUSTODY, AND HE NEVER GAVE IT

16 UP, HE NEVER SPILLED THE BEANS, AS IT WERE. ALL THE OTHER

17 PEOPLE WHO WERE TAKEN INTO CUSTODY APPARENTLY GAVE SOME SORT

18 OF A STATEMENT, BUT NOT RAUL LOPEZ.

19       YOU KNOW, WHEN SHE SAYS THAT HE IS TRYING TO

20 IMPRESS -- HE IS PROUD OF THAT FACT. THAT FACT IS TRUE.

21 THAT FACT IS EXACTLY AS SHE SAYS. HE IS PROUD OF THE FACT

22 THAT HE DID NOT GIVE IT UP, THAT HE IS A MACHO GUY, AND

23 THAT HIS ORGANIZATION, HIS BOSSES WERE PROUD OF HIM.

24       NOW, HE SAID LOTS OF OTHER THINGS, TOO, TO

25 SPECIAL AGENT REYNOSO THAT HE TOLD YOU ABOUT IN HIS

1   TESTIMONY.  HE SAID TO HIM THAT HE WAS WITH THE PEOPLE WHO

2   WERE WATCHING CAMARENA.  HE SAID THAT.  HE SAID THAT WE,

3   NOT THEY -- WE USED HEATED IRON PIPES.

4            NOW, WHAT OCCURRED HERE IS THIS.  WITH SPECIAL

5   AGENT REYNOSO, WHEN HE WAS TELLING HIM THIS, HE WAS GIVING

6   HIM FACTS AS THEY PERTAINED TO THAT PART OF THE

7   CONVERSATION.  HE IS NOT IN A SITUATION WHERE HE IS BEING

8   INTERROGATED, AND HE IS TAKING THE STORY FROM THE TOP AND

9   GIVING THE FULL DESCRIPTION OF EVERYTHING, AND THEN MOVING

10  TO THE NEXT STEP, AND THEN MOVING ON TO THE STEP AFTER THAT.

11  THAT WOULDN'T MAKE ANY SENSE.

12           IN A CONVERSATION GOING ON LIKE THIS, BASICALLY HE

13  IS ADMITTING HIS PARTICIPATION AND HE IS COVERING DIFFERENT

14  POINTS, DIFFERENT PIECES OF WHAT HAPPENED WHEN HE GOT AROUND

15  TO IT, WHEN IT MADE SENSE IN THE CONTEXT OF THE

16  CONVERSATION WITH SPECIAL AGENT REYNOSO.  THERE IS NOTHING

17  SINISTER OR STRANGE ABOUT THAT.  THAT DOESN'T SHOW THAT HE

18  DIDN'T MEAN WHAT HE SAID.  IT IS JUST THAT HE SWITCHED FROM

19  SUBJECT TO SUBJECT.

20           NOW, THE HEATED IRON PIPES MS. BARRERA ATTACKED,

21  SAYING THAT THAT IS IMPROBABLE AND HOW DO WE KNOW THAT

22  HAPPENED.  WELL, WE DON'T KNOW THAT IT DIDN'T HAPPEN.  THE

23  BODIES WERE VERY BADLY DECOMPOSED WHEN THEY WERE FOUND, AND

24  THAT STATEMENT, I SUBMIT TO YOU, IS VERY PLAUSIBLE.

25           NOW, AGAIN, IF I MAY WITH THE COURT'S PERMISSION,

1   I WILL USE THIS CHART FOR A MINUTE.  LOPEZ-ALVAREZ, THERE

2   IS NO EVIDENCE THAT HE DID NOT MEAN WHAT HE SAID.  THERE IS

3   ONLY ARGUMENT.  NOW, WITH RESPECT TO THE STATEMENTS THAT HE

4   MADE ABOUT SPECIAL AGENT CAMARENA, I WANT TO STRESS ONE

5   THING.  HE IS NOT IN A COERCIVE ENVIRONMENT.  HE IS NOT

6   UNDER ARREST, NOT IN JAIL WHERE PEOPLE ARE DEMANDING THINGS

7   OF HIM.  HE IS IN A FRIENDLY ENVIRONMENT.  HE DIDN'T KNOW

8   THAT SPECIAL AGENT REYNOSO WAS AN UNDERCOVER DEA AGENT THAT

9   HE WAS TALKING TO IN THIS PARTICULAR SITUATION.  HE WAS

10  COMFORTABLE.  HE WAS TELLING HIM WHAT HE KNEW.  SO THERE

11  IS NO REASON TO SUSPECT THAT WHAT HE SAID WASN'T EXACTLY

12  RIGHT.

13        I MEAN, THAT IS WHEN PEOPLE TELL THE TRUTH, IF

14  YOU THINK ABOUT IT.  IF YOU USE YOUR COMMON SENSE.  IF YOU

15  ARE TALKING WITH SOMEONE THAT YOU ARE COMFORTABLE WITH, YOU

16  WOULD TELL THEM WHAT IS GOING ON.

17        NOW, YOU HAVE SEVERAL THINGS THAT END UP GIVING

18  SUPPORT, GIVING YOU CONFIDENCE THAT HE MEANT WHAT HE SAID.

19  FIRST OF ALL, ALL OF THE STATEMENTS THAT HE MADE TO AGENT

20  REYNOSO.  THEN YOU HAVE GOT THE VIDEOTAPE, WHICH OF COURSE

21  YOU HAVE SEEN, AND YOU WILL HAVE THE TRANSCRIPT.  YOU CAN

22  GO OVER THAT AGAIN.

23        BUT THEN HE ALSO TALKED TO REYES-ALVAREZ.

24  REYES-ALVAREZ WAS THAT PERSON THAT CAME UP FROM MEXICO, WHO

25  WAS WITH HIM IN PRISON, WHO TESTIFIED THAT RAUL LOPEZ TOLD

HIM PRETTY MUCH THE SAME SET OF FACTS AS TO WHAT HE DID,
WHAT RAUL LOPEZ DID IN THE CAMARENA CASE.  HE TOLD THAT IN
PRISON.

AND THEN -- AND THIS WAS NEVER MENTIONED BY
MS. BARRERA YESTERDAY -- REYES-ALVAREZ TELLS YOU THAT
RAUL LOPEZ VISITS HIM AT HIS HOUSE A LONG TIME AFTER THEY
ARE OUT OF PRISON, AND HE TELLS HIM THE SAME THING, THE
SAME DETAILS, THE SAME FACTS.  HE TELLS THEM TO
REYES-ALVAREZ.

NOW, I SUBMIT TO YOU, HE IS OUT OF PRISON, HE IS
VISITING AND SOCIALIZING WITH SOMEONE AT HIS HOUSE.  THERE
IS NO REASON TO DO ANY NUMBER.  THERE IS NO REASON TO
IMPRESS AT THIS PARTICULAR POINT, IF THAT EVER WAS HIS
MOTIVE.  HE TOLD REYES-ALVAREZ AT HIS HOUSE ON TWO
DIFFERENT OCCASIONS THE DETAILS OF WHAT HE DID WITH RESPECT
TO THE KIDNAPPING, WHAT HE DID WITH RESPECT TO THE
INTERROGATION OF CAMARENA.  THAT IS HOW YOU KNOW THAT THIS
IS RIGHT.

YOU HAVE GOT TWO DIFFERENT STORIES, AND THE
DETAILS THAT HE GIVES ARE BASICALLY THE SAME.  THERE IS A
LITTLE MINOR POINT HERE OR THERE THAT MAY BE DIFFERENT, BUT
THAT DOESN'T MAKE ANY DIFFERENCE.  I MEAN, YOU WOULD EXPECT
THAT.

WHEN HE TALKS TO REYES-ALVAREZ, HE HAS THESE
MEETINGS IN 1985 AND '86.  WHEN HE TALKS TO REYNOSO, HE

1    TALKS ABOUT THE SITUATION AT THE END OF 1987.

2           NOW, THEN, YOU CAN LOOK AT THE SURROUNDING

3    CIRCUMSTANCES, THE SURROUNDING CIRCUMSTANCES, TO GIVE YOU

4    CONFIDENCE THAT HE MEANT WHAT HE SAID.  FIRST OF ALL, YOU

5    KNOW THAT HE IS A STATE JUDICIAL POLICE IN GUADALAJARA.  HE

6    IS A MEMBER OF THE HOMICIDE SQUAD.  WHAT DO YOU KNOW ABOUT

7    THAT PARTICULAR HOMICIDE SQUAD?  THAT HOMICIDE SQUAD AND

8    ITS MEMBERS ALMOST ALL PARTICIPATED IN THE KIDNAPPING OF

9    CAMARENA.

10          MS. BARRERA:  OBJECTION.  THERE IS NO EVIDENCE OF

11   THAT.

12          THE COURT:  THE JURY HAS HEARD THE EVIDENCE, A

13   THEY WILL DECIDE WHAT THE FACTS ARE.

14          MR. CAMPOS:  MS. BARRERA WENT ON ABOUT

15   TORRES-LEPE YESTERDAY, WHO WAS A MEMBER OF THAT HOMICIDE

16   SQUAD, AND THERE WERE CERTAIN OTHER INDIVIDUALS, AND I WON'T

17   BORE YOU WITH THEIR NAMES, BUT THEY WERE A PART OF THAT

18   PARTICULAR GROUP, WHO WERE ALSO ARRESTED FOR THEIR

19   PARTICIPATION IN THE KIDNAPPING --

20          MS. BARRERA:  OBJECTION.  THERE IS NO EVIDENCE

21   THEY WERE IN THE SAME GROUP.  JUST THE NAMES ARE IN

22   EVIDENCE, YOUR HONOR.

23          THE COURT:  OVERRULED.

24          MR. CAMPOS:  THE SAME ORGANIZATION.  SO WHAT I

25   SUBMIT TO YOU IS WHY WOULD RAUL LOPEZ HAVE YOU BELIEVE THAT

1   HE WASN'T PART OF THAT SAME GROUP?  HE WAS.  THIS PARTICULAR

2   GROUP AND ITS MEMBERS, THROUGH ITS COMMANDANTE, WERE

3   WORKING FOR THE DRUG TRAFFICKERS.  THEY WERE WORKING FOR

4   ERNESTO FONSECA SPECIFICALLY, AND RAUL LOPEZ TOLD THE AGENT

5   THAT FONSECA AND CARO-QUINTERO WERE ALMOST THE SAME --

6   ALMOST THE SAME THING.  THEY ARE TWO OLD BOSSES.  THEY

7   COOPERATED.  SOMETIMES HE MIGHT DO A JOB FOR FONSECA, AND

8   SOMETIMES HE MIGHT DO A JOB FOR CARO-QUINTERO.  THAT WAS

9   NORMAL.

10         SPECIAL AGENT REYNOSO ON THE STAND BEING CROSS-

11  EXAMINED BY MS. BARRERA EXPLAINED THAT THEY PROVIDE

12  PROTECTION FOR EACH OTHER.  THEY SHARE PROTECTION.  I MEAN,

13  IT IS LIKE ANYTHING ELSE.  THESE PEOPLE ARE BUSINESSMEN.

14  BUSINESSMEN AREN'T GOING TO PAY TWICE.  IF MY PARTNER OVER

15  HERE, MY FELLOW DRUG TRAFFICKER, HAS ALREADY BOUGHT OFF

16  THESE PARTICULAR COPS, WHY SHOULD I PAY THEM AGAIN?  WE WILL

17  SHARE, AND THAT WAY WE WILL ALL MAKE MORE MONEY, AND THAT

18  IS WHAT WE HAVE HERE.

19         HE ADMITTED TO SPECIAL AGENT REYNOSO THAT HE

20  WORKED WITH FONSECA, THE SAME THING, FELLOW DRUG BARON OF

21  RAFAEL CARO-QUINTERO.

22         NOW, I SUBMIT TO YOU THAT HIS KNOWLEDGE AND THE

23  DETAILS THAT HE PRESENTED TO AGENT REYNOSO, THE DETAILS THAT

24  HE PRESENTED TO REYES ALVAREZ, ARE SIGNIFICANT, AND THEY

25  ARE NOT ITEMS THAT HE WOULD PROVIDE IF HE WAS JUST TELLING

1    A STORY.  WHEN YOU ARE TELLING A STORY, YOU STAY ON A VERY

2    GENERAL BASIS.

3         WHAT HE SAID TO REYES-ALVAREZ WAS THAT HE WENT

4    WITH THE PEOPLE WHO WERE GOING TO KIDNAP CAMARENA.  THEY

5    SHOWED CREDENTIALS.  THERE IS A DISPUTE AS TO WHETHER THEY

6    WERE DFS CREDENTIALS OR WHETHER THEY WERE MEXICAN MFJP

7    CREDENTIALS.  IN OTHER WORDS, THEY SHOWED SOME CREDENTIALS

8    THAT HAD TO DO WITH THEM BEING POLICE OFFICERS.  ALL RIGHT.

9         NOW, THERE IS AN INCONSISTENCY ABOUT WHETHER THEY

10   ACTUALLY WENT INTO THE CONSULATE OR WAITED OUTSIDE.  THAT

11   IS A MINOR POINT.  THAT DOESN'T HAVE ANY SIGNIFICANCE.  THE

12   FACT IS THEY WENT OVER TO THE CONSULATE, AND AT ONE POINT

13   OR ANOTHER THEY APPROACHED SPECIAL AGENT CAMARENA.  THEY

14   SHOWED THE CREDENTIALS -- AND A CREDENTIAL IS NOTHING BUT AN

15   I.D. CARD, BY THE WAY.  THAT IS A FANCY TERM FOR IT.  ALL

16   POLICE OFFICERS TALK ABOUT THEIR CREDENTIALS.

17        AND THEY TRICKED SPECIAL AGENT CAMARENA -- AT

18   LEAST THAT IS WHAT WE THINK.  THEY TRICKED HIM INTO

19   THINKING THAT MAYBE THERE IS SOME BUSINESS HERE, AND HE

20   WALKED WITH THEM TOWARD THE CAR, AND MAYBE THAT IS WHEN

21   THEY ACTUALLY PUSHED HIM INTO THE CAR.  THAT IS WHAT WE

22   SUSPECT.  THAT IS PROBABLY WHAT YOU CAN INFER FROM THAT.

23        WHETHER THEY ACTUALLY ENTERED THE CONSULATE OR

24   THEY WERE TOLD TO WAIT OUTSIDE, THAT IS NOT AN IMPORTANT

25   POINT.  BUT THE FACT THAT THEY WENT OVER THERE AND USED

1    CREDENTIALS, THAT IS SIGNIFICANT.

2         THEN, YOU KNOW THAT RAUL LOPEZ WENT OVER TO ONE

3    OF THE RESIDENCES OF RAFAEL CARO-QUINTERO, AND THAT WAS TO

4    881 LOPE DE VEGA.  NOW, 881 LOPE DE VEGA WAS NOT

5    SPECIFICALLY MENTIONED IN TERMS OF THE ADDRESS, BUT THAT

6    IS TO BE EXPECTED.  RAUL LOPEZ IN HIS ADMISSION TO YOU

7    THAT HE WAS WORKING FOR FONSECA, HE DOES A JOB.  WHAT DO YOU

8    THINK THAT JOB IS?  HE PROVIDES PROTECTION FOR FONSECA.  HE

9    WOULDN'T BE EXPECTED TO REMEMBER THE ADDRESS.  SO HE GOES

10   OVER THERE WITH CAMARENA.  AND, YOU KNOW, WE DON'T KNOW

11   WHETHER HE HIMSELF HAD HIS HANDS ON SPECIAL AGENT CAMARENA,

12   BUT HE WAS WITH THE GROUP THAT WAS THERE.  THEN HE WAITS

13   AROUND.  HE WAITS OUTSIDE.  HE WAS PROBABLY NOT ONE OF THE

14   GROUPS THAT STAYED THERE ALL THE TIME.

15        IN FACT, REYES-ALVAREZ SAID THAT HE LEFT AND

16   RETURNED LATER WITH FONSECA.  WHEN FONSECA ARRIVED, SPECIAL

17   AGENT CAMARENA IS ALMOST DEAD.  NOW, THAT IS INTERESTING.

18   THAT IS THE SAME THING THAT HE TOLD SPECIAL AGENT REYNOSO.

19   THAT IS WHAT YOU HAVE ON THE TAPES, AND THEN YOU HAVE THIS

20   INCIDENT, AND HE TALKS ABOUT THE DETAILS, HOW THEY ALL HAD

21   HORNS, THOSE SPECIAL AK-47 RIFLES, AND THEY HAD THIS

22   PARTICULAR CONFRONTATION.  ALL OF THAT DETAIL IS THERE.

23        NOW, ONE VERY CURIOUS POINT -- MS. BARRERA WOULD

24   LIKE FOR YOU TO THINK THAT HE LEARNED ABOUT THIS FONSECA

25   INCIDENT FROM THIS "ALARMA" ARTICLE, BUT THAT ARTICLE THAT

1   HAS BEEN ADMITTED INTO EVIDENCE, NOT FOR THE TRUTH OF THE

2   MATTER, BUT AS A SOURCE FOR THIS PARTICULAR INFORMATION.

3   HE READS THAT ARTICLE IN 1987 -- 1987 -- WHEN HE IS VISITING

4   HIS MOTHER IN LOS ANGELES -- AT LEAST WHEN HE IS VISITING

5   HIS MOTHER, AND THAT IS IN OCTOBER OF 1987.

6          RAUL LOPEZ-ALVAREZ TOLD ALL OF THESE THINGS TO

7   REYES-ALVAREZ BACK IN '85 AND '86.

8          MS. BARRERA:  OBJECTION.  THERE IS NO EVIDENCE HE

9   TOLD THAT TO REYES-ALVAREZ, YOUR HONOR.  THE ONLY EVIDENCE

10   ABOUT  WHAT  HE TOLD REYES-ALVAREZ WAS ABOUT GOING TO THE

11  CONSULATE.

12         THE COURT:  THE JURY WILL RELY ON THEIR OWN

13  RECOLLECTION OF THE EVIDENCE.

14         MR. CAMPOS:  YOUR MEMORY CONTROLS, BUT I RECALL

15  REYES-ALVAREZ TELLING YOU THAT RAUL LOPEZ-ALVAREZ TOLD HIM

16  ABOUT THIS FONSECA INCIDENT, AND HE WOULD HAVE KNOWN ABOUT

17  THIS BACK IN 1985 AND '86, A LONG TIME BEFORE HE EVER READ

18  THIS ARTICLE.

19         THE OTHER POINT I WANT TO MAKE ABOUT DEFENSE

20  COUNSEL'S ARGUMENT TO THIS, SHE SUGGESTED MAYBE THERE IS

21  SOMETHING OUT THERE -- THERE ARE SOME MAGAZINES OR OTHER

22  SOURCES AND SO ON THAT RAUL LOPEZ-ALVAREZ COULD HAVE GOTTEN

23  THE INFORMATION, THESE DETAILS ABOUT THE KIDNAPPING, FROM.

24  WELL, I REMIND YOU THAT THERE IS NO EVIDENCE OF THAT BEFORE

25  YOU.  THERE IS ONE ARTICLE THAT HAS TO DO WITH ONLY A SMALL

1    SECTION, ONLY A PORTION OF WHAT HE TOLD SPECIAL AGENT

2    REYNOSO AND REYES-ALVAREZ.   THERE IS NO EVIDENCE BEFORE

3    YOU OF ALL OF THOSE OTHER DETAILS.   THERE ARE NO OTHER

4    MAGAZINES, AND THERE IS NO SOURCE HERE.   SO AGAIN THAT IS

5    ARGUMENT.   SHE IS HOPING THAT YOU WILL THINK THERE IS

6    SOMETHING OUT THERE.

7              NOW, THE OTHER POINT ABOUT THAT PARTICULAR

8    ARGUMENT IS THAT SHE IS ALSO SAYING THAT SOMEHOW IN PRISON

9    HE LEARNED -- MAY HAVE LEARNED ABOUT THESE THINGS.   WELL, I

10   BEG TO DIFFER.   WHEN REYES-ALVAREZ TOLD YOU ABOUT WHAT WENT

11   ON IN PRISON, HE SAID, "LOOK.   YES, I REMEMBER HAVING THE

12   DISCUSSION WITH RAUL LOPEZ, AND HE AND I WOULD HAVE

13   DISCUSSIONS BY OURSELVES, AND THIS IS WHAT HE TOLD ME."   IT

14   WASN'T TALKING ABOUT BIG GROUP MEETINGS WHERE EVERYBODY IS

15   SAYING, "I WILL TOP THAT ONE" OR "I WILL TOP THIS ONE."

16             MS. BARRERA:   OBJECTION.   THAT IS EXACTLY WHAT

17   MR. REYES-ALVAREZ TESTIFIED.

18             THE COURT:   ALL RIGHT.   COUNSEL, THE JURY WILL

19   RELY ON THEIR OWN RECOLLECTION ABOUT THE EVIDENCE.

20             MR. CAMPOS:   AGAIN IT IS YOUR RECOLLECTION THAT

21   CONTROLS, ABSOLUTELY.   THAT IS WHAT I RECALL.   THAT IS WHAT

22   I ASKED HIM ON DIRECT, AND THAT IS WHAT I RECALL HIM SAYING.

23             NOW, RAUL LOPEZ-ALVAREZ IS CHARGED IN COUNTS ONE

24   AND TWO AS HAVING PARTICIPATED DIRECTLY IN THE COMMISSION

25   OF A VIOLENT ACT IN SUPPORT OF A RACKETEERING ENTERPRISE.

1    IF YOU FIND THAT, AS I SUBMIT YOU MUST, BASED ON WHAT HE

2    TOLD AGENT REYNOSO AND REYES-ALVAREZ, THEN YOU SHOULD FIND

3    HIM GUILTY OF THAT OFFENSE.

4          HE IS ALSO CHARGED IN THE CONSPIRACY.  AND AGAIN,

5    AS I EXPLAINED TO YOU WITH RESPECT TO RENE VERDUGO, IN A

6    CONSPIRACY YOU CAN FIND THAT HE AGREED TO JOIN THE

7    CONSPIRACY AND DIDN'T DO ANY ACTS DIRECTLY.  THESE WERE

8    DONE BY OTHER PEOPLE.  HE WAS THERE TO SUPPORT IT.  IN

9    OTHER WORDS, HE COULD HAVE BEEN OUT THERE IN THE PERIMETER

10   BASICALLY, PROVIDING SUPPORT, PROVIDING GUIDANCE, WARNING,

11   MAYBE A LOOKOUT OF SOME SORT, AND THAT WOULD MAKE HIM

12   GUILTY OF ALL OF THOSE COUNTS AND WOULD ALSO MAKE HIM

13   GUILTY OF CONSPIRACY.

14         NOW, HE IS ALSO CHARGED AS AN ACCESSORY AFTER

15   THE FACT.  THAT CHARGE HAS TO DO WITH THE AIRPORT INCIDENT.

16   YOU WILL RECALL THE AIRPORT INCIDENT.  THAT IS WHEN HE GOES

17   INTO THE SITUATION WHERE HE GIVES YOU ALL OF THIS

18   INCREDIBLE DETAIL ABOUT CARO-QUINTERO ON FEBRUARY THE 9TH,

19   AND HE TALKS ABOUT TAKING HIS FATHER, A JUSTICE OF THE

20   PEACE, OVER TO THE GUADALAJARA AIRPORT TO MARRY

21   CARO-QUINTERO AND SARA COSIO.

22         NOW, MS. BARRERA ATTACKED THAT AS BEING

23   INCREDIBLE.  WELL, I SUBMIT TO YOU THAT IT ALL MAKES A LOT

24   OF SENSE.  SARA COSIO, THERE IS NOT MUCH EVIDENCE ABOUT

25   HER, AND SHE WAS A COMPANION OF SOME SORT OF CARO-QUINTERO.

1  LOPEZ-ALVAREZ SAYS, AND THIS IS WHAT IS ON THE TAPE, THAT

2  AT ONE PARTICULAR POINT SARA CHANGES HER MIND AND DOESN'T

3  WANT TO GET MARRIED AFTER ALL.  THAT IS WHY THEY DON'T

4  FOLLOW THROUGH AND HAVE THAT PARTICULAR MARRIAGE.  I MEAN,

5  THIS IS A YOUNG WOMAN SUBJECT TO CHANGING HER MIND, PLUS WE

6  ARE TALKING ABOUT HER MARRYING A MAJOR DRUG BARON,

7  SOMETHING THAT SHE NO DOUBT KNEW ABOUT.

8      THE REST OF THE DETAILS, AND I INVITE YOU TO READ

9  THROUGH IT, ARE SPECIFIC.  THEY HAVE TO DO WITH RECEIVING

10  CALLS.  THEY HAVE TO DO WITH THEN JOINING UP WITH THE

11  MEXICAN FEDERAL POLICE.  AND YOU RECALL THAT SAL LEYVA, A

12  DEA AGENT WHO SPOKE ALSO ABOUT RAUL LOPEZ, REMEMBERS THAT

13  RAUL LOPEZ WAS PART OF THE GROUP AND PART OF THE STATE

14  POLICE WHO WERE THERE AND WHO WENT AS A PART OF THAT CARAVAN

15  OVER TO THE AIRPORT.  SO THAT IS CONSISTENT.

16      AND MS. BARRERA ATTACKED, WELL, HOW WOULD THEY

17  KNOW THEY ARE GOING TO THE AIRPORT WHEN SPECIAL AGENT LEYVA

18  DIDN'T KNOW.  WELL, REMEMBER, RAUL LOPEZ WAS PART OF THE

19  STATE POLICE.  HE WAS A MEXICAN AUTHORITY.  PAVON-REYES

20  WOULD TELL WHAT WAS GOING ON TO THIS OTHER GROUP WHO WAS

21  THERE COOPERATING WITH THEM.  THEY WERE NOT UNDER HIS DIRECT

22  COMMAND.  THEY WERE THERE IN SUPPORT.  SO HE HAD TO TELL

23  GONZALEZ-GONZALEZ, WHO WAS HIS COMMANDER AT THAT PARTICULAR

24  POINT, WHAT WAS GOING ON AND COME ON WITH US.  THAT MAKES

25  SENSE.  THAT MAKES SENSE.

1        NOT ONLY THAT, BUT FROM THE EVIDENCE YOU HEARD

2  FROM THE CROSS-EXAMINATION, YOU MIGHT CONCLUDE AND SHOULD

3  CONCLUDE THAT PERHAPS PAVON-REYES DIDN'T WANT TO TELL DEA

4  EVERYTHING, BUT THERE IS NO EVIDENCE THAT HE WOULDN'T TELL

5  THE REST OF THE MEXICAN POLICE, THE REST OF THE MEXICAN

6  FEDERALES.

7        MS. BARRERA:  OBJECTION.  THE EVIDENCE WAS THAT

8  HE DIDN'T TELL ANYONE, THAT HE SAID TO --

9        THE COURT:  ALL RIGHT, COUNSEL.  STOP RECITING

10  WHAT YOU BELIEVE TO BE THE EVIDENCE.  I HAVE ALREADY

11  INDICATED A HUNDRED TIMES DURING THIS TRIAL THAT THE JURY

12  WILL DECIDE THE EVIDENCE IN THIS CASE.  THE COURT CANNOT

13  SETTLE THESE DISPUTES, AND YOU CANNOT USE IT AS AN

14  OPPORTUNITY TO REARGUE THE EVIDENCE.

15        MS. BARRERA:  YOUR HONOR, HE IS ARGUING FACTS THAT

16  ARE NOT IN EVIDENCE.

17        THE COURT:  WELL, YOU CAN ARGUE FACTS, YOU CAN

18  ARGUE INFERENCES.  WIDE LATITUDE IS PERMITTED IN ARGUMENT.

19        MS. BARRERA:  BUT WHAT IS IN EVIDENCE, NOT WHAT

20  IS NOT IN EVIDENCE.

21        THE COURT:  ALL RIGHT.  THAT IS ENOUGH.

22        MS. BARRERA:  THANK YOU, YOUR HONOR.

23        MR. CAMPOS:  AGAIN I CAUTION YOU THAT IT IS YOUR

24  RECOLLECTION THAT CONTROLS.  THAT IS WHAT I RECOLLECT.

25  THIS IS THE WAY THE SCENE WAS, AND THE WAY IT WAS PRESENTED

1    FROM MY RECOLLECTION WITH RESPECT TO SAL LEYVA'S TESTIMONY

2    AND WITH RESPECT TO WHAT RAUL LOPEZ TOLD SPECIAL AGENT

3    REYNOSO.

4            SO, LADIES AND GENTLEMEN, WITH RESPECT TO

5    RAUL LOPEZ, ASK YOURSELF IF ANY OF THE EXPLANATIONS -- IF

6    THERE IS ANY OTHER CONCLUSION OTHER THAN WHAT IS OBVIOUS.

7    THIS MAN WAS THERE.  HE TOLD THE SPECIAL AGENT UNDER COVER

8    THAT HE WAS THERE AND GAVE HIM DETAILS OF THE KIDNAPPING.

9    I SUBMIT TO YOU THAT YOU HAVE NO OTHER EVIDENCE IN FRONT

10   OF YOU TO DISBELIEVE THAT HE MEANT WHAT HE SAID.  AND

11   THEREFORE HE IS GUILTY.

12           YOUR HONOR, SHALL I GO ON?

13           THE COURT:  NO.  THE COURT WILL ADJOURN AT THIS

14   TIME.  WE WILL TAKE OUR NOON RECESS AND RECONVENE AT 1:30.

15       (THE JURY LEFT THE COURTROOM, AND PROCEEDINGS IN

16       OPEN COURT.)

17           THE COURT:  I UNDERSTAND THAT THESE EXHIBITS 13,

18   15, AND 16, WHICH I THOUGHT HAD BEEN RECEIVED IN EVIDENCE,

19   HAVE NOT YET BEEN RECEIVED.  IS THAT YOUR UNDERSTANDING?

20           MR. GURULE:  I WANTED TO CLARIFY THAT POINT.  I

21   CAME IN AND SPOKE WITH JUDY YESTERDAY AT HER REQUEST TO GO

22   THROUGH OUR EVIDENCE TO MAKE SURE IT WAS READY TO BE

23   SUBMITTED TO THE JURY.  I CAME UPON THOSE THREE PHOTOGRAPHS,

24   AND IT WAS MY RECOLLECTION THAT THERE WAS AN OBJECTION, AND

25   RATHER THAN RUN THE RISK OF TELLING JUDY THAT THEY HAD BEEN

1   RECEIVED AND THEN HAVE A PROBLEM --

2          THE COURT:  WERE THEY RECEIVED?

3          THE CLERK:  NO, JUST IDENTIFIED.

4          MR. GURULE:  I DIDN'T WANT TO RUN THAT RISK AND

5   CREATE A PROBLEM.

6          THE COURT:  IS THERE AN OBJECTION AS TO THESE?

7   HAVE YOU SEEN THEM?

8          MS. BROOKS:  MAY WE SEE THEM.

9          THE COURT:  TAKE A LOOK AT THEM.

10          MS. BROOKS:  IF I MAY APPROACH THE CLERK.

11          MR. GURULE:  IT IS THE THREE PHOTOS.

12          MR. PANCER:  THERE WAS AN OBJECTION.

13          MS. BROOKS:  YES, THERE WERE OBJECTIONS TO ALL

14   THREE OF THE PHOTOGRAPHS.  THIS IS HUMAN HAIR ALL OVER THIS

15   BLINDFOLD, AND THE BLINDFOLD ITSELF IS IN EVIDENCE.  THE

16   FORENSIC TESTIMONY IS IN EVIDENCE.

17          THE COURT:  WHAT ARE YOU REFERRING TO?  WHICH

18   EXHIBIT?

19          MS. BROOKS:  EXHIBIT 16 APPEARS TO BE HUMAN HAIR.

20   EXHIBIT NO. 15 APPEARS TO BE STAINS, AND BLOOD IN

21   EXHIBIT 13.

22          THE COURT:  WHAT TESTIMONY WAS GIVEN REGARDING

23   THESE EXHIBITS?

24          MR. GURULE:  SPECIAL AGENT MALONE'S TESTIMONY

25   REGARDING THE FORENSICS ON THE HAIR, AND THERE HAS BEEN

1    EVIDENCE REGARDING HAIR FOUND IN THE GUEST HOUSE.  THAT IS

2    A CRITICAL ASPECT OF THE GOVERNMENT'S CASE.

3            HAIR THAT IS FOUND ON THE BINDING TAPE ALSO SHOWS

4    THAT HAIR WAS FALLING FROM SPECIAL AGENT CAMARENA AND THE

5    CONDITION HE WAS IN.  WE THINK THAT IT CORROBORATES THE

6    GOVERNMENT'S POSITION RELATIVE TO THAT.

7            THE COURT:  WHAT IS EXHIBIT 16?

8            MR. GURULE:  THAT IS EXHIBIT 16, THE BLINDFOLD

9    TAPE WITH CAMARENA'S HAIR, AND THE GOVERNMENT SUBMITS THAT

10   IT SUPPORTS THE THEORY REGARDING THAT BEING CAMARENA'S HAIR

11   COMING OFF HIM IN THE CONDITION THAT HE WAS IN AND BEING

12   IN THE GUEST HOUSE.  IT IS NOT THE TYPE OF PHOTOGRAPH THAT

13   THE COURT HAS EXPRESSED SOME CONCERN ABOUT, AND

14   SPECIFICALLY I AM REFERRING TO THE AUTOPSY PHOTOGRAPHS.  I

15   MEAN, IT IS NOT A MATTER OF SHOWING THE DECOMPOSED BODIES

16   AND SO ON.  IT IS HAIR.  IT IS HUMAN HAIR.  THERE IS NO

17   BLOOD, NO GORE.  IT IS HUMAN HAIR.  SO I DON'T THINK THAT

18   THERE IS THAT PREJUDICE OF INFLAMMATORY NATURE THAT WE HAVE

19   WITH THE AUTOPSY PHOTOGRAPHS, AND IT IS PROBATIVE EVIDENCE.

20           MS. BROOKS:  YOUR HONOR, MY RECOLLECTION IS THAT

21   THE COURT SUSTAINED THE OBJECTION THAT WAS INTERPOSED AT

22   THE TIME THE OBJECTION WAS MADE.  THE GOVERNMENT HAS RESTED.

23   THE DEFENSE HAS RESTED.  WE HAVE ALREADY ARGUED, AND WE

24   ARGUED BASED ON THOSE PHOTOGRAPHS IN ADDITION TO THE

25   AUTOPSY PHOTOGRAPHS HAVING NOT BEEN INTRODUCED.

1    AS FAR AS THE HAIR TESTIMONY IS CONCERNED, THE

2  AGENT TESTIFIED HE TOOK HAIR SAMPLES FROM THE CORPSE OF

3  AGENT CAMARENA AND DID THE ANALYSIS.  THIS HAS NOTHING TO

4  DO WITH THAT.

5    THE COURT:  WELL, THESE DON'T APPEAR TO BE

6  NECESSARY TO PROVE ANYTHING IN THE CASE.  THESE FACTS ARE

7  ESSENTIALLY UNDISPUTED.

8    MR. GURULE:  I DON'T WANT TO DO ANYTHING TO

9  UPSET THE BALANCE OF EVIDENCE IN LIGHT OF THE STATUS OF THE

10  CASE AT THIS PARTICULAR POINT IN TIME.  WE WILL SUBMIT IT.

11    THE COURT:  ALL RIGHT.

12    MR. TARLOW:  YOUR HONOR, MAY I MAKE AN INQUIRY OF

13  THE COURT AS FAR AS THE JURY DELIBERATIONS.  I WON'T BE

14  HERE TOMORROW BECAUSE IT IS A HOLIDAY.  I HAVE SOME MORE

15  SINS TO TAKE CARE OF.

16    THE COURT:  WILL MR. RANDOLPH BE HERE?

17    MR. TARLOW:  YES.  MR. RANDOLPH ASKED ME IF I

18  WOULD TAKE CARE OF SOME OF HIS, TOO.  I HAVE OFFERED TO DO

19  THAT.  I TAKE IT THAT DURING JURY DELIBERATIONS ALL THAT IS

20  NECESSARY IS FOR ONE OF US TO BE AVAILABLE.

21    THE COURT:  YES.

22    MS. BARRERA:  JUST ONE POINT, YOUR HONOR, ON

23  BEHALF OF MR. LOPEZ-ALVAREZ, WE WOULD MOVE FOR A MISTRIAL

24  ON THE BASIS OF MR. CAMPOS ON TWO OCCASIONS IN HIS ARGUMENT

25  SHIFTED THE BURDEN.  IT WAS BOTH WITH RELATION TO THE SAME

THING, AND WHAT HE SAID, I BELIEVE, WAS THAT THERE IS NO

EVIDENCE TO DISBELIEVE THAT MR. LOPEZ-ALVAREZ MEANT WHAT HE

SAID.   ON ANOTHER OCCASION HE MADE REFERENCE TO THERE IS

NO EVIDENCE IN THIS CASE AGAIN THAT HE DIDN'T MEAN WHAT HE

SAID.   THERE IS NO EVIDENCE OUT THERE.

I BELIEVE THAT IS A DIRECT REFLECTION TO

MR. LOPEZ-ALVAREZ NOT TESTIFYING BECAUSE THERE IS NO OTHER

WAY THERE COULD HAVE BEEN DIRECT TESTIMONY AS SOMEONE

SAYING, "I DIDN'T MEAN IT."  NO ONE ELSE COULD HAVE TAKEN

THE STAND AND SAID THAT MR. LOPEZ-ALVAREZ DIDN'T MEAN WHAT

HE SAID.   THAT IS SHIFTING THE BURDEN.

IT IS ALSO A COMMENT ON MR. ALVAREZ'S FAILURE TO

TAKE THE STAND, SO IT IS A VIOLATION OF GRIFFIN VS. UNITED

STATES, 380 U.S. 609, 1965 SUPREME COURT CASE.

MR. GURULE:  YOUR HONOR, THE STATEMENT WAS THAT

THERE IS NO EVIDENCE IN THIS CASE.  IT IS NOT ONE THAT IF

HE DIDN'T TAKE THE STAND OR THEY DIDN'T PRESENT EVIDENCE

THROUGH HIS TESTIMONY AND SO ON.  IT IS ARGUMENT REGARDING

THE STATUS OF THE EVIDENCE THAT IS PRESENTLY BEFORE THE

JURY.   THAT IS APPROPRIATE.

THE COURT:  THE MOTION FOR A MISTRIAL IS DENIED.

MS. BROOKS:  YOUR HONOR, I HAVE A HOUSEKEEPING

MATTER, HAVING NEVER BEEN BEFORE YOUR HONOR BEFORE.  AS FAR

AS DELIBERATIONS ARE CONCERNED, WE WOULD REQUEST --

OBVIOUSLY NOT IN THE MORNING WHEN THE JURORS COME IN AT

1   STAGGERED TIMES -- BUT IN THE AFTERNOON WHEN THE COURT

2   DISCHARGES THE JURY, THAT WE ALL CONVENE IN COURT WHEN THE

3   COURT DISCHARGES THEM AND ALLOWS THEM TO GO HOME.  THAT

4   WOULD BE OUR REQUEST, THAT WE COME IN EVERY DAY AT 4:30

5   WITH OUR CLIENTS.

6          THE COURT:  THAT IS ALL RIGHT WITH ME IF THAT IS

7   WHAT YOU WANT TO DO.

8          MS. BARRERA:  ONE MINOR MATTER.  I AM SCHEDULED

9   FOR A 1:30 SENTENCING ACROSS THE HALL IN JUDGE PFAELZER'S

10  COURT.  I EXPECT IT WILL BE 10 OR 15 MINUTES.  I'D LIKE

11  PERMISSION FROM THE COURT TO HANDLE THAT MATTER.  IT MEANS

12  I WILL HAVE TO WALK IN DURING MR. CAMPOS' REBUTTAL ARGUMENT.

13         AND I ALSO WANTED TO INFORM THE COURT THAT THERE

14  IS A VERY GOOD CHANCE THAT I WILL BE GOING IN THE HOSPITAL

15  TOMORROW, BUT MS. LEYVA WILL BE HERE.  IT WILL PROBABLY

16  ONLY BE FOR A FEW DAYS.

17         THE COURT:  ALL RIGHT.  FINE.

18      (RECESS FROM 12:10 P.M. UNTIL 1:30 P.M.)

19

20

21

22

23

24

25

LOS ANGELES, CALIFORNIA; TUESDAY, SEPTEMBER 20, 1988; 1:30 PM

1    (JURY PRESENT.)

2         THE COURT:  YOU MAY CONCLUDE YOUR ARGUMENT.

3         MR. CAMPOS:  THANK YOU, YOUR HONOR.

4         GOOD AFTERNOON, LADIES AND GENTLEMEN.  OVER THE

5    LUNCH RECESS, LADIES AND GENTLEMEN, DEFENSE COUNSEL POINTED

6    OUT TO ME THAT I DIDN'T COUNT VERY ACCURATELY IN THIS

7    PARTICULAR BOOK OF PHOTOS.  AS YOU RECALL, I TOLD YOU THAT

8    THERE WERE SEVERAL -- I DON'T EVEN REMEMBER THE NUMBER

9    NOW -- PHOTOS THAT WERE UNNUMBERED IN THIS PARTICULAR BOOK

10   I ALSO SAID THAT THERE WERE -- I WAS TOLD THAT I SAID

11   SEVEN THAT ALSO HAD SCOTCH TAPE IN THIS PARTICULAR PHOTO

12   BOOK.  WELL, IN FACT, THERE ARE THREE THAT HAD SCOTCH TAPE.

13   I MISCOUNTED.  THERE ARE SOME THAT APPEAR TO HAVE SCOTCH

14   TAPE, BUT IT IS ACTUALLY A PHOTO OF SCOTCH TAPE.  COUNSEL

15   ASKED ME TO POINT THAT OUT TO YOU, AND I CERTAINLY WILL AND

16   I DO.  I DON'T MEAN TO MISIMPLY SOMETHING.  IT WILL

17   CERTAINLY BE AVAILABLE TO YOU FOR REVIEW.

18        NOW, RIGHT BEFORE THE LUNCH RECESS, WE WERE

19   TALKING ABOUT RAUL LOPEZ-ALVAREZ AND HIS SITUATION AT THE

20   AIRPORT.  NOW, I'D LIKE TO MAKE THE POINT WITH YOU THAT ALL

21   THE DETAILS REGARDING THE AIRPORT INCIDENT AND ALL OF THAT

22   SITUATION PROVIDED BY THE DEFENDANT LOPEZ WERE ITEMS THAT

23   AREN'T IMPRESSIVE IN AND OF THEMSELVES.  I MEAN, IF THERE

24   WAS ANY INTENT, AS WAS ARGUED TO YOU BY DEFENSE COUNSEL,

25   THAT SOMEHOW RAUL LOPEZ IS ONLY SEEKING TO IMPRESS SOMEONE,

1   I SUBMIT TO YOU AND ASK YOU WHY IS HE BOTHERING TO TELL

2   SPECIAL AGENT REYNOSO ALL OF THESE DETAILS ABOUT HIS

3   FATHER AND ABOUT THE JUSTICE OF THE PEACE AND SO ON?  IT

4   WOULDN'T BE FOR THAT PURPOSE.

5       THE ONLY PURPOSE THAT MAKES ANY SENSE IS THAT HE

6   DID ALL OF THIS.  HE IS TELLING A STORY.  HE IS TELLING

7   WHAT HE KNOWS, WHAT HE RECALLS OF THE INCIDENT, AND GOING

8   ON AND ON ABOUT ALL OF THESE DETAILS.

9       NOW, THE NICE THING ABOUT THE AIRPORT INCIDENT

10  IS THAT YOU HAVE GOT ANOTHER SOURCE OF CORROBORATION.  YOU

11  REMEMBER SAL LEYVA, THE OTHER SPECIAL AGENT THAT CAME AND

12  TESTIFIED.  HE TOLD YOU THE DETAILS ABOUT THE AIRPORT

13  INCIDENT.  HE ALSO TOLD YOU THAT AFTER RAUL LOPEZ WAS

14  ARRESTED, HE WENT TO TALK TO HIM, AND HE ASKED RAUL LOPEZ,

15  "DO YOU REMEMBER WHO I AM?"

16      INITIALLY RAUL LOPEZ LOOKED AWAY.  AND THEN HE

17  SAID, "OH, YES, I REMEMBER YOU.  YOU WERE THERE AT THE

18  AIRPORT."  AND HE WAS TALKING ABOUT THE AIRPORT INCIDENT

19  ON FEBRUARY 9TH, 1985.  "AND YOU WERE THERE WITH

20  COMMANDANTE BRISOLO, AND YOU LEFT IN THAT YELLOW CELEBRITY

21  OR THE YELLOW CAR."

22      NOW, THAT DETAIL, I SUBMIT TO YOU, PROVES BEYOND

23  ANY DOUBT WHATSOEVER THAT RAUL LOPEZ WAS THERE AT THE

24  AIRPORT AND THAT IN FACT THE REST OF WHAT HE TOLD AGENT

25  REYNOSO IS CORRECT.  WHAT DEFENSE COUNSEL WOULD HAVE YOU

1  DO IS BASICALLY CUT OUT THAT ONE PORTION THAT DOESN'T PLEASE

2  THEM.  IN OTHER WORDS, WHAT THEY ARE SAYING IS THAT ALL OF

3  THAT MAY BE TRUE, THAT HE KNEW ABOUT THE SITUATION THERE AND

4  THE COMMANDANTE WHO WAS THERE BUT DON'T BELIEVE THAT WHEN HE

5  GOT THERE, HE MADE A PHONE CALL TO FONSECA TO WARN

6  CARO-QUINTERO.

7          I SUBMIT TO YOU THAT THAT KIND OF SURGERY, CUTTING

8  AROUND THE CANCER, HAS NO PLACE HERE.  IF ALL THE REST OF IT

9  IS CORROBORATED, THIS OTHER PART ALSO MAKES SENSE AND SHOULD

10 ALSO BE BELIEVED.

11         THERE WERE SOME ARGUMENTS MADE THAT, WELL, HE

12 WOULDN'T BE CALLING THE HEAD GUY ON THE PHONE.  WELL, THAT

13 ARGUMENT JUST ASSUMES TOO MUCH.  WE ALL KNOW EXECUTIVES --

14 AND CERTAINLY I AM NOT SURE YOU COULD CALL FONSECA AN

15 EXECUTIVE, BUT EVEN IF YOU HAD PEOPLE THAT NORMALLY ANSWER

16 THE PHONE FOR HIM, THOSE PEOPLE TAKE LUNCH BREAKS, TO GO

17 TO THE BATHROOM, DO A NUMBER OF OTHER THINGS.  THERE ARE ANY

18 NUMBER OF REASONS WHY HE HIMSELF PERSONALLY MIGHT HAVE

19 ANSWERED THE PHONE.

20         AND AGAIN THIS MAKES SENSE.  DEFENDANT RAUL LOPEZ

21 TOLD SPECIAL AGENT REYNOSO THAT HE WORKED FOR FONSECA.  SO

22 HE KNEW HOW TO REACH HIM, HOW TO CONTACT HIM.  THAT ACT IN

23 AND OF ITSELF CONSTITUTES SUPPORT, AN ACT OF ASSISTANCE TO

24 CARO-QUINTERO.

25         NOW, IT DOESN'T MAKE ANY DIFFERENCE WHETHER HE WAS

1  SUCCESSFUL OR NOT, WHETHER FONSECA AT THE OTHER END OF THE

2  PHONE CALL ACTUALLY WAS ABLE TO RADIO BACK TO CARO-QUINTERO

3  IN THE PLANE AND SAY, "CARO, YOU'RE BEING APPROACHED.  THERE

4  ARE FEDERAL POLICE COMING OVER."  THAT MAY HAVE BEEN TOO

5  LATE.  BUT, NONETHELESS, THE ACT OF ASSISTANCE, THE ACT OF

6  SUPPORT CONSTITUTES AN ACT OF ASSISTANCE THAT MAKES

7  RAUL LOPEZ GUILTY OF BEING AN ACCESSORY AFTER THE FACT.

8          NOW, I SUBMIT ONE OTHER THING TO YOU.  WHEN

9  RAUL LOPEZ WENT THERE WITH HIS FELLOW STATE POLICE, THEY

10  GOT BEHIND THE FEDERAL OFFICERS, AND THEY GOT BEHIND THE DEA

11  AGENTS WITH THEIR OWN AUTOMATIC WEAPONS, AND THEY WERE READY

12  TO LEND ASSISTANCE TO CARO-QUINTERO SHOULD HE NEED IT.  THAT

13  ACT ALSO IS AN ACT OF ASSISTANCE, WHETHER IT WAS NEEDED OR

14  NOT.  OBVIOUSLY IT WASN'T.  THEY DIDN'T HAVE THAT SHOOT-OUT.

15          BUT THE FACT THAT THEY WERE THERE, AND RAUL LOPEZ

16  SAYS THAT CARO-QUINTERO WAS AWARE THAT THEY WERE BACK THERE,

17  NOW, THAT IS ASSISTANCE.

18          NOW, REMEMBER, CARO-QUINTERO'S MEN HAD AUTOMATIC

19  WEAPONS, AND THE STATE POLICEMEN, ACCORDING TO RAUL LOPEZ

20  IN TERMS OF WHAT HE TOLD THE SPECIAL AGENT, ALSO HAD

21  AUTOMATIC WEAPONS.  SO EVEN THOUGH THEY WERE OUTNUMBERED,

22  THEY HAD A LOT MORE FIREPOWER.  THAT MAKES SENSE.

23  CARO-QUINTERO, WHEN HE GOT OUT OF THE PLANE, MAY HAVE LOOKED

24  AROUND AND SEEN SOME OF THE MEN THAT HE KNEW.  IN FACT, IT

25  IS VERY LIKELY THAT HE DID.  THAT WOULD HAVE BEEN HIS BACK-UP

1    MOVE.  IF HE COULDN'T FIGURE OUT A WAY TO BRIBE HIS WAY OUT

2    OF THE SITUATION OR MAKE AN ARRANGEMENT WITH THE LEADER THEN,

3    HEY, HE HAS GOT SOME SUPPORT BACK THERE.

4           I SUBMIT TO YOU THAT EITHER OF THOSE TWO

5    INCIDENTS, EITHER OF THOSE TWO METHODS, CONSTITUTE AN

6    ACCESSORY AFTER THE FACT, WHAT DEFENDANT LOPEZ IS CHARGED

7    WITH IN THIS INDICTMENT.

8           NOW, I WANT TO SWITCH TO THE LAST DEFENDANT THAT

9    NEEDS TO BE SPOKEN ABOUT, AND THAT IS JESUS FELIX-GUTIERREZ --

10   CACHAS.  NOW, I WANT TO BEGIN WITH SOME OF THE ARGUMENT AND

11   SOME OF THE THINGS THAT HIS ATTORNEY, MR. TARLOW, AND

12   MR. RANDOLPH HAVE IMPLIED TO YOU ALL DURING THE TRIAL AND

13   IN MR. TARLOW'S CLOSING ARGUMENT.  SOMEHOW HE IS TELLING YOU

14   AND HE HAS BEEN ARGUING TO YOU THAT HE HAS BEEN TREATED

15   UNFAIRLY IN THIS PARTICULAR TRIAL.

16          NOW, I THINK YOU HAVE HEARD THIS OVER AND OVER IN

17   TERMS OF OBJECTIONS, IN TERMS OF TRYING TO GET THIS

18   INFORMATION TO YOU.

19          MR. TARLOW COMPLAINED THAT HE ONLY HAD, QUOTE,

20   48 HOURS TO PREPARE FOR WITNESSES, AND HE KEPT MENTIONING

21   THAT IN TERMS OF HIS OBJECTIONS, IN TERMS OF HIS COMMENTS

22   WHEN HE WAS CROSS-EXAMINING WITNESSES, AND HE MENTIONED IT

23   AGAIN IN HIS CLOSING ARGUMENT.

24          WELL, LADIES AND GENTLEMEN, THERE IS NOTHING UNFAIR

25   ABOUT THAT PARTICULAR RULE.  FIRST OF ALL, IT IS NOT EVEN

1  AN ITEM OF EVIDENCE, AND HE SHOULDN'T DWELL ON IT; BUT SINCE

2  HE BROUGHT IT UP, I AM ENTITLED TO COMMENT ON IT.  THAT WAS

3  THE ORDER OF THE COURT, WHICH WAS MENTIONED TO YOU ON

4  SEVERAL OCCASIONS.  THAT IS HOW MUCH TIME THE COURT ORDERED

5  THAT THE DEFENDANTS WERE TO HAVE TO HAVE THE REPORTS AND THE

6  NAMES OF THE WITNESSES.

7         NOW, YOU CAN BET THAT THE COURT CONSIDERED ALL THE

8  REASONS --

9         THE COURT:  COUNSEL, I DON'T THINK THIS IS

10  APPROPRIATE ARGUMENT, EVEN THOUGH IT MAY HAVE BEEN COMMENTED

11  ON.  THE JURY SHOULD NOT CONSIDER HOW MUCH TIME A PERSON HAD

12  TO PREPARE.  THE JURY SHOULD JUST CONSIDER THE EVIDENCE THAT

13  IS PRESENTED AND WHETHER OR NOT THAT IS SUFFICIENT TO

14  ESTABLISH THE GUILT OF ANY DEFENDANT UNDER THE LAW AS IT IS

15  GIVEN TO YOU BY THE COURT.  YOU NEEDN'T BE CONCERNED WITH

16  THESE OTHER COLLATERAL MATTERS THAT COUNSEL IS TALKING ABOUT.

17         SO LET'S DROP IT AND MOVE ON.

18         MR. CAMPOS:  VERY WELL, YOUR HONOR.

19         THAT IS THE ONLY POINT I WANTED TO MAKE, LADIES

20  AND GENTLEMEN.  THERE WAS COMMENT UPON IT.

21         NOW, ONE OF THE OTHER THINGS THAT HAS TO DO WITH

22  THIS PARTICULAR CASE HAS TO DO WITH REPORTS.  I BASICALLY

23  WANT TO MAKE SURE THAT YOU UNDERSTAND THAT REPORTS PREPARED

24  IN THIS CASE WERE PREPARED BY THE GOVERNMENT, AND THEY WERE

25  PROVIDED TO THE DEFENDANTS.  ANY OTHER IMPRESSION -- AND THAT

1  ALSO WAS COMMENTED UPON DURING CLOSING ARGUMENT -- IS

2  INCORRECT.  THE GOVERNMENT SUPPLIES THE REPORTS.

3       NOW, IF I MAY, I WOULD LIKE TO USE SOME OF THESE

4  CHARTS THAT WE HAVE PREPARED, WITH THE COURT'S PERMISSION.

5  IN CLOSING ARGUMENT MR. TARLOW GOT UP VERY INDIGNANT AND DID

6  A NUMBER MUCH LIKE MR. PANCER WITH THE PHOTOGRAPHS IN THAT

7  PARTICULAR BOOK, AND WITH RIGHTEOUS INDIGNATION SAID, "HOW

8  DARE THEY" -- MEANING MR. GURULE IN HIS OPENING ARGUMENT --

9  "QUESTION WHAT I WAS DOING WITH EVA CORRELLA."  AND HE GOT UP

10  HERE AND TOLD YOU THAT EVA CORRELLA WAS CALLED FOR A REASON,

11  THAT SHE WAS CALLED TO THE STAND TO IMPEACH MANUEL CALDERON

12  BECAUSE, YOU SEE, MANUEL CALDERON AT ONE POINT IN HIS

13  TESTIMONY WHEN HE MENTIONED THAT HE SAW RENE VERDUGO AND

14  FELIX-GUTIERREZ, HE SAID THAT SOME OF THE PEOPLE WHO WERE

15  THERE WERE THE WIFE OF RAY COREA.

16       MR. TARLOW:  EXCUSE ME, YOUR HONOR.  HE SAID COREA.

17  HE IS INTENTIONALLY MISPRONOUNCING THE SPANISH NAME.

18       THE COURT:  YOU CAN'T KNOW HIS INTENTIONS.

19       MR. CAMPOS:  RAY COREA.  THAT IS WHAT HE SAID.

20  THEY PUT UP A WOMAN NAMED EVA CORRELLA, NOT ANYONE NAMED

21  COREA, C-O-R-E-A, LIKE CHICK COREA, A --

22       MR. TARLOW:  YOUR HONOR, I OBJECT.  HE IS

23  INTENTIONALLY MISPRONOUNCING THE LADY'S NAME.

24       MR. CAMPOS:  THERE ARE TWO L'S --

25       THE COURT:  THE OBJECTION IS OVERRULED.

1    MR. CAMPOS:   WELL, I CERTAINLY DON'T MEAN TO

2 MISLEAD YOU.   IN SPANISH THAT IS TRUE THAT TWO L'S ARE

3 SOMETIMES PRONOUNCED LIKE A Y.   SURE.   MY POINT IS THIS,

4 LADIES AND GENTLEMEN.   IN THE TRANSCRIPT, AND MR. TARLOW

5 MADE A POINT OF GOING OVER ALL OF THE TESTIMONY OF

6 EVA CORRELLA IN THAT PARTICULAR TRANSCRIPT, AND THE KEY

7 QUESTION IS NEVER ASKED HER.   MR. RANDOLPH NEVER ASKED HER,

8 "ARE YOU THE WIFE OF SOMEBODY NAMED RAY COREA?"   THAT WOULD

9 BE THE IMPORTANT QUESTION, WOULD IT NOT, TO BASICALLY FIGURE

10 OUT WHAT THIS LADY HAD TO DO WITH THIS PARTICULAR TRIAL?

11 THAT IS WHAT HE SAID HE CALLED HER UP FOR.

12    I SAW A LOT OF QUESTIONS IN THE TRANSCRIPT ABOUT

13 HOTELS, AND MR. GURULE AND I CONCLUDED THAT THAT MUST HAVE

14 BEEN THE REASON FOR IT, AND THAT IS WHY MR. TARLOW MADE THE

15 COMMENTS THAT HE DID.   WE THOUGHT, WELL, WHAT WAS THE

16 PURPOSE OF CALLING HER UP HERE TO TALK ABOUT HOTELS WHEN

17 HIS INVESTIGATOR KNEW THAT THAT PARTICULAR HOTEL, THE

18 LUCERNE HOTEL, DID EXIST?

19    BUT MR. TARLOW CAME BACK AND SAID NO, NO.   NO.   WE

20 CALLED HER UP HERE TO IMPEACH MANUAL CALDERON BECAUSE THIS

21 LADY WAS SUPPOSED TO BE THE WIFE OF RAY COREA.   WELL, THEY

22 NEVER ASKED HER THAT QUESTION.   THEY NEVER ESTABLISHED THAT

23 SHE WAS THE WIFE OF RAY COREA.

24    MOREOVER, WHEN THEY ASKED HER IF SHE KNEW

25 JESUS-FELIX -- MR. TARLOW DIDN'T EVEN COVER THIS LITTLE

1   POINT -- SHE SAID, "YES, I KNOW SOMEONE NAMED JESUS FELIX,"

2   AND THEN CACHAS STOOD UP AND EVEN WAVED TO HER, BUT SHE SAID,

3   "BUT THAT ISN'T HIM." SO THIS WAS NOT THE RIGHT LADY. THAT

4   IS THE BOTTOM LINE. THIS WAS NOT THE RIGHT LADY.

5        NOW, LOOK. ANYONE CAN MAKE A GOOF. ANYONE CAN

6   MAKE A MISTAKE. I AM NOT HERE TO TELL YOU THAT THE

7   GOVERNMENT DOESN'T MAKE ERRORS IN EVERYDAY LIFE IN TRYING TO

8   PUT ON A CASE. THIS IS A LONG CASE, BUT I HAVE TO QUESTION

9   AND I HAVE TO ASK YOU TO ASK YOURSELVES WHY DID MR. TARLOW

10  COME UP HERE AND MAKE THIS PARTICULAR CLAIM WHEN THEY NEVER

11  ASKED HER WHETHER SHE WAS RAY COREA'S WIFE. AND IT WAS RIGHT

12  IN THE TRANSCRIPT, THE TRANSCRIPT THAT HE WAS WAVING AROUND

13  THE OTHER DAY AND WHERE HE GOT THOSE TRANSPARENCIES THAT HE

14  PUT UP ON THE SCREEN, THERE THE NAME COREA, C-O-R-E-A, WAS

15  SPELLED OUT.

16       AND I HOPE MR. TARLOW WASN'T TRYING TO MISLEAD

17  YOU BY COMING BACK UP HERE AND SAYING THAT SHE HAD SOMETHING

18  TO DO WITH THIS TRIAL. HE DID SAY THAT. I HOPE THAT WAS

19  JUST ANOTHER MISTAKE ON HIS PART, AND THAT HE DIDN'T FIND

20  THAT PARTICULAR NAME AND ITS SPELLING IN THE TRANSCRIPT. I

21  HOPE THAT IS THE SITUATION BECAUSE EVA CORRELLA -- AND LET'S

22  LEAVE THAT ALONE -- HAD NOTHING TO DO WITH THIS PARTICULAR

23  TRIAL. SHE SHOULDN'T HAVE BEEN CALLED, SHE WAS NOT RELEVANT,

24  AND SHE HAD NO PARTICULAR INFORMATION TO PROVIDE THAT HAD

25  ANY SIGNIFICANCE TO THIS CASE.

1         NOW, MR. TARLOW IN HIS CLOSING AND THROUGHOUT THE

2    TRIAL CONSTANTLY USED THE TERMS "JOINED THE GOVERNMENT TEAM"

3    AND "GOT ON THE GOVERNMENT PAYROLL."  DO YOU REMEMBER THOSE

4    TERMS?  CONSTANTLY.  CONSTANTLY.  THE GOVERNMENT WOULD

5    OBJECT DURING TRIAL AND SAY, "YOUR HONOR, THAT

6    MISCHARACTERIZES WHAT IS GOING ON."  THE OBJECTION WOULD BE

7    SUSTAINED, AND HE CONSTANTLY USED THOSE PARTICULAR TERMS.

8         NOW, MR. TARLOW HAS SPOKEN TO A FEW JURIES IN HIS

9    CAREER, AND DO YOU THINK THAT MAYBE WHAT HE WAS TRYING TO DO

10   IN CONSTANTLY USING THOSE PARTICULAR TERMS, WHETHER IT IS

11   TRUE OR NOT, THAT IF HE CONSTANTLY KEPT USING THOSE

12   PARTICULAR PHRASES THAT MAYBE YOU WILL START BELIEVING IT?

13   I THINK HE KNOWS HOW TO GET INFORMATION TO A JURY, AND I

14   THINK THAT IS PROBABLY WHAT HE WAS DOING HERE.

15        LET'S TALK A LITTLE BIT ABOUT THE WITNESSES THAT

16   THE GOVERNMENT PRESENTED TO YOU AND OFFERED IN EVIDENCE

17   AGAINST CACHAS, AGAINST JESUS-FELIX.  FIRST OF ALL, EACH ONE

18   OF THOSE WITNESSES TOLD YOU THAT THEY HAD FEAR, THAT THEY

19   WERE WORRIED ABOUT TESTIFYING.  EACH ONE OF THEM HAD TO

20   BASICALLY OVERCOME A DESIRE NOT TO GET INVOLVED.  THAT IS THE

21   NATURAL INCLINATION OF MOST HUMAN BEINGS, I THINK, NOT TO

22   GET INVOLVED.

23        NOW, WHEN YOU LOOK AT THE WITNESSES, AND YOU LOOK

24   AT THEIR MOTIVATIONS FOR TESTIFYING -- MR. TARLOW KEEPS

25   WAVING THE FLAG AND SAYING THAT THEY ARE ALL GETTING

1    SOMETHING.   THEY ARE ALL BASICALLY ON THE GOVERNMENT'S

2    PAYROLL.

3         FIRST OF ALL, NO ONE IS ON THE GOVERNMENT'S

4    PAYROLL.   THE GOVERNMENT DOES NOT HAVE THE AUTHORITY OR THE

5    ABILITY TO HIRE SOMEONE OR HIRE TESTIMONY.   THAT WOULD BE

6    IMPROPER, TOTALLY AGAINST ALL ETHICS, AND IT DIDN'T HAPPEN

7    HERE.   WHAT HAPPENED IS THAT THE GOVERNMENT HAS A COUPLE OF

8    TOOLS.   SOMETIMES YOU HAVE TO FIND OUT WHAT SOMEONE ELSE

9    DID, AND YOU GO TO A WITNESS AND YOU TELL THEM THAT IF THEY

10   TELL YOU WHAT IS GOING ON, YOU WON'T PROSECUTE THEM FOR IT.

11   THAT IS CALLED GIVING IMMUNIZATION.   THAT HAPPENS.

12        SURE, THE GOVERNMENT DOESN'T DENY THAT.   IN FACT

13   WE MAINTAIN THAT THAT WAS NECESSARY.   IT IS NOT SOMETHING

14   THAT WE PARTICULARLY ENJOY DOING, BUT IT IS SOMETHING THAT

15   IS NECESSARY.

16        I ALSO SUBMIT TO YOU THAT MOST OFTEN WHEN YOU GIVE

17   IMMUNIZATION TO WITNESSES, IT IS ON TESTIMONY AND THINGS

18   THAT YOU COULDN'T PROVE ANY OTHER WAY.   YOU ARE NOT LETTING

19   SOMEONE GET AWAY WITH ANYTHING.   YOU WOULDN'T BE ABLE TO

20   PROVE IT UP, ANYWAY.   SO, YES, IMMUNIZED TESTIMONY WAS PART

21   OF THE ARRANGEMENT.

22        MR. TARLOW IS FOND OF USING THE WORD "DEAL."   THAT

23   IS PART OF THE DEAL.

24        NOW, ARTURO DE LA TORRE, HIS ARRANGEMENT WAS THIS,

25   AND THIS AGAIN WAS PRESENTED IN EVIDENCE.   THIS IS WHAT HE

1  TOLD YOU IN HIS TESTIMONY.  MR. TARLOW CAME IN AND BASICALLY

2  WAS TRYING TO PUT SOME SINISTER MOTIVE OR IMPLICATION ON

3  THIS.  HIS COOPERATION WILL BE EXPLAINED TO HIS SENTENCING

4  JUDGE.  IF WE HIDE HIS COOPERATION, WOULD THAT BE FAIR?

5  NOW, THERE WILL BE A RECOMMENDATION TO THE JUDGE, AND THE

6  GOVERNMENT WILL ACTUALLY RECOMMEND A MAXIMUM OF EIGHT YEARS.

7  BUT, YOU SEE, A RECOMMENDATION IS JUST THAT.

8          MR. TARLOW AGAIN WOULD HAVE YOU BELIEVE THAT

9  SOMEHOW THE PROSECUTOR HAS THIS TREMENDOUS POWER, AND THAT

10  THE JUDGE IS A RUBBER STAMP FOR THE PROSECUTOR.  I AM

11  ENTITLED TO COMMENT ON THAT, AND THAT IS NOT RIGHT.  I THINK

12  YOU HAVE SEEN THE WAY THIS TRIAL HAS BEEN CONDUCTED, AND THE

13  PROSECUTOR DOES NOT HAVE ANY ABILITY OVER A COURT OR OVER

14  A JUDGE.  THE JUDGE DECIDES.

15          NOW, THIS IS ALSO AN INTERESTING SITUATION.  HE IS

16  SERVING 12 YEARS.  SINCE A JUDGE IS GOING TO DECIDE, DON'T

17  YOU THINK THAT A PARTICULAR WITNESS WOULD BE WORRIED, ONE,

18  ABOUT BEING COOPERATIVE; BUT, SECONDLY, IF HE DIDN'T TELL

19  THE TRUTH, IF HE COMMITTED SOME SORT OF PERJURY WHILE HE IS

20  ON THE WITNESS STAND, DON'T YOU THINK HE WOULD BE WORRIED

21  ABOUT THE JUDGE KNOWING ABOUT THAT?  DO YOU THINK THAT ANY

22  JUDGE WHO MIGHT BE IN CHARGE OF SENTENCING THIS PARTICULAR

23  INDIVIDUAL WOULD THINK WELL OF SOMEONE WHO COMMITTED

24  PERJURY, WHO DIDN'T TELL THE TRUTH?  OF COURSE NOT.

25          THIS PARTICULAR ARRANGEMENT GIVES CONFIDENCE, GIVES

1   YOU CONFIDENCE BECAUSE HE DID NOT GO UP ON THE STAND AND

2   TELL A LIE.   IF A LIE IS FOUND OUT, HE COULD BE PROSECUTED

3   EVEN FURTHER, AND HE GETS NOTHING OFF HIS SENTENCE.

4         ALL RIGHT.   JAY DE LA TORRE.   WHAT BENEFITS DID HE

5   GET?   HE GOT NO MONEY OTHER THAN EXPENSES PAID TO COME TO

6   COURT.   HE GOT NO PROMISES AS FAR AS ANYTHING THAT IS GOING

7   TO HAPPEN TO HIM OR ANY MONEY FROM ANYONE.

8         ROBERT PELLEGROM.   AGAIN THIS WAS A SUBJECT OF

9   GREAT ATTACK BY MR. TARLOW.   WHAT IS HE GETTING FOR ALL OF

10  THIS?   REMEMBER?   I ASKED HIM THAT WHEN HE WAS ON THE STAND.

11  "WHAT ARE YOU GETTING FOR ALL OF THIS HARASSMENT?"   AND THEN

12  HE WAS ON CROSS-EXAMINATION FOR QUITE A WHILE.

13        AND HE SAID, "NOT A THING.   I AM LOSING MONEY.   I

14  COULD BE BACK IN HOLLAND."

15        THERE IS NO SENTENCE OUTSTANDING ON HIM.   THERE IS

16  NO MONEY.   HE HASN'T BEEN GIVEN ANY MONEY OTHER THAN HIS

17  EXPENSES TO COME OUT HERE FOR TRAVEL AND TO STAY IN A HOTEL.

18  WHAT MOTIVATION DID HE HAVE TO COME UP AND LIE?   HE TAKES A

19  CHANCE.   IF HE COMMITS PERJURY HE SURE COULD GET IN TROUBLE.

20        ESTEBAN CATARINO.   THIS IS INTERESTING.

21  MR. TARLOW CONCEDED TO YOU IN HIS CLOSING ARGUMENT THAT

22  ESTEBAN CATARINO TOLD YOU THE TRUTH, TOLD YOU THE WAY IT WAS.

23  YOU REMEMBER ESTEBAN.   ESTEBAN WAS THE OLDER MAN.   HE WORE

24  A CAP PART OF THE TIME, AS I RECALL.   AND HE JUST TOLD WHAT

25  HAPPENED.

1          BUT, I MEAN, LET'S THINK ABOUT THAT.

2   ESTEBAN CATARINO, AFTER ALMOST HALF A DAY OF CROSS-

3   EXAMINATION BY MR. TARLOW, MR. TARLOW FOUND OUT THAT HE HAD

4   BEEN GIVEN SOME MONEY, AND THE MONEY HE HAD BEEN GIVEN HAD

5   TO DO WITH RELOCATING.  HE HAD TO MOVE OUT OF THE LAKE

6   ELSINOR STASH HOUSE, BUT YET HE IS CREDIBLE.

7          SO THE ARGUMENT THAT BECAUSE A WITNESS GETS SOME

8   EXPENSES PAID FOR HIM, THAT DOES NOT MAKE THAT PERSON NOT

9   CREDIBLE.  I MEAN, LOOK AT ESTEBAN CATARINO.

10          AND AS YOU MAY RECALL, AT ONE PARTICULAR TIME

11  MR. TARLOW MADE A BIG POINT ABOUT, WELL, GEE, WITH THE

12  EXPENSES TO RELOCATE YOU MADE MORE MONEY THAN YOU DID IN

13  DRUG TRAFFICKING.  WHAT DOES THAT HAVE TO DO WITH ANYTHING?

14  IT DOESN'T TAKE AWAY FROM THIS MAN'S CREDIBILITY AND DOESN'T

15  TAKE AWAY FROM THE CREDIBILITY OF ANY OTHER WITNESS.

16          NOW, I WILL TALK ABOUT ESTEBAN CATARINO IN

17  ANOTHER MINUTE.

18          MANUEL CALDERON, THE MOST ATTACKED WITNESS IN THIS

19  CASE.  BUT AGAIN WHAT IS HIS MOTIVE?  WELL, HE HAS FINISHED

20  HIS SENTENCE FOR GUN CHARGES.  HE IS IN THE WITNESS

21  PROTECTION PROGRAM.  THAT WAS BROUGHT OUT.  THAT WAS THE

22  SUBJECT OF HIS TESTIMONY.  THAT MEANS THAT HE IS BEING

23  PROTECTED.  WE ASKED HIM SOME OF THESE THINGS.  HE

24  UNDERSTANDS, AND THIS IS WHAT HE WAS TOLD.  IF THERE ARE

25  CHARGES OUTSTANDING, IF HE HAS TO BE CALLED TO JUSTICE FOR

1  SOMETHING ELSE, THIS IS NO HIDEOUT.  SO I SUBMIT TO YOU WHAT

2  ARE THE REASONS FOR HIM TO COME IN HERE AND LIE?  THAT PUTS

3  HIM UP ON THE STAGE.  THAT MAKES HIM KNOWN.  THAT BRINGS HIS

4  ATTENTION TO SOMEONE.  IF HE IS TRYING TO AVOID JUSTICE,

5  LIKE MR. TARLOW IS INDICATING OR IMPLYING, THE BEST THING

6  FOR HIM TO DO WOULD HAVE BEEN NOT TO SHOW UP AT ALL.

7       ESTEBAN CATARINO BASICALLY DOES ONE MAJOR THING.

8  HE IS CREDIBLE, AND HE SUPPORTS THE TESTIMONY OF ALL THE

9  OTHER WITNESSES THAT HAVE TALKED ABOUT DRUG TRAFFICKING WITH

10  RESPECT TO CACHAS.  ESTEBAN CATARINO, AFTER ALL, TOLD YOU

11  ABOUT THE STASH HOUSE, TOLD YOU ABOUT HOW HE DELIVERED

12  COCAINE IN SMALL AMOUNTS TO ARTURO DE LA TORRE.  ARTURO DE

13  LA TORRE TOLD YOU ABOUT THAT.  MANUEL CALDERON TOLD YOU

14  ABOUT DELIVERING COCAINE TO THIS LAKE ELSINOR STASH HOUSE AT

15  ONE PARTICULAR POINT.

16       SO ESTEBAN IS CREDIBLE, AND IN THAT PART OF THE

17  TESTIMONY THESE OTHER WITNESSES ARE ALSO CREDIBLE.

18       AGAIN, WHAT THE DEFENSE COUNSEL WOULD HAVE YOU DO

19  IS SAY THAT YOU CAN BELIEVE THIS PART OF IT, BUT CUT OUT

20  THIS PART THAT DOESN'T GO WITH MY THEORY OF THE CASE.

21       NOW, ARTURO DE LA TORRE TESTIFIED TO THE FOLLOWING,

22  AND I AM GOING TO TALK A LITTLE BIT MORE ABOUT ARTURO.

23  MR. TARLOW ATTACKS HIM.  HE SAYS, WAIT, YOU CAN'T BELIEVE

24  HIM BECAUSE HIS PARTICULAR TESTIMONY WAS A LITTLE BIT

25  DIFFERENT WHEN HE TALKED TO THE AGENTS EARLIER.  HE TESTIFIED

1   THAT BETWEEN JANUARY 15 AND THE END OF JANUARY HE WAS IN A

2   CAR, A SILVER CADILLAC WHICH WAS REGISTERED TO OCEAN GOLD,

3   AND HE WAS WITH JESUS FELIX-GUTIERREZ, AND THEY WENT DOWN

4   TO HECTOR HIPPOLITO, AND IN THE CAR CACHAS TELLS ARTURO THAT

5   HE HAD BEEN SUMMONED BY HIS COPA, RAFA, RAFAEL CARO-

6   QUINTERO, AND THAT HE IS ASKED TO FLY TO COSTA RICA TO BUY

7   SOME PROPERTIES FOR HIM.

8           OKAY.   THEN ARTURO ALSO TESTIFIED THAT IN THE

9   LATTER PART OF MARCH, AROUND HOLY WEEK, AT R & G SALES, ONE

10  OF THE BUSINESSES OF JESUS FELIX, CACHAS TOLD HIM THAT THE

11  HEAT WAS ON IN GUADALAJARA BECAUSE OF THE KIDNAPPING AND

12  MURDER OF CAMARENA AND THAT CARO WAS A SUSPECT.   THE HEAT

13  WAS ONE.

14          CACHAS TOLD HIM THAT HE HAD HIRED A PILOT TO FLY

15  CACHAS TO COSTA RICA, AND HE TOLD YOU, AND WE WILL TALK

16  ABOUT THIS A LITTLE FURTHER, THAT CARO'S BEHAVIOR WAS TOO

17  FLASHY, THAT HE WAS SO FLASHY IN TERMS OF FLASHING JEWELRY

18  AND DRIVING FANCY CARS THAT HE KNEW HE WAS GOING TO BE

19  ARRESTED.   AND IN FACT HE WAS LATER.

20          IN CROSS-EXAMINATION MR. TARLOW BROUGHT OUT A

21  COUPLE OF POINTS.   HE SAID THAT CACHAS -- THAT WHEN ARTURO

22  FIRST TOLD THE AGENTS, HE SAID THAT ARTURO TOLD THEM ABOUT

23  THIS FIRST PARTICULAR STATEMENT ABOUT THE MEETING, ABOUT

24  BEING SUMMONED AND HAVING TO FLY TO COSTA RICA TO BUY

25  PROPERTY, HE TOLD THEM SOMETHING DIFFERENT; BUT THE ONLY

1   DIFFERENCE ABOUT THIS PARTICULAR STATEMENT WAS THE DATE,

2   AND IN THAT PARTICULAR REPORT HE TOLD THE AGENTS -- ARTURO

3   TOLD THEM HE DIDN'T REMEMBER THE DATE EXACTLY.  HE DIDN'T

4   REMEMBER EXACTLY WHEN THIS OCCURRED.  IN THAT PARTICULAR

5   REPORT HE SAID IT MIGHT HAVE BEEN IN FEBRUARY.

6           AND MR. TARLOW MADE A BIG POINT ABOUT, WELL, IF

7   IT WAS IN FEBRUARY IT WOULD HAVE BEEN AFTER THE HOMES WERE

8   PURCHASED IN COSTA RICA.  THAT WAS THE ONLY THING THAT WAS

9   IN VARIANCE.  I SUBMIT TO YOU THAT THE SUBSTANCE OF WHAT

10  ARTURO SAID WAS THE SAME AS HE TOLD THE AGENTS EARLIER.  THE

11  ONLY DIFFERENCE WERE THE DATES, AND AFTER HE THOUGHT ABOUT

12  IT, BECAUSE THE GOVERNMENT AGENTS ASKED HIM TO THINK ABOUT

13  IT, HE CAME UP AND REMEMBERED AS BEST HE COULD THESE

14  PARTICULAR DATES -- JANUARY 15 TO THE END OF JANUARY AND

15  THE LATTER PART OF MARCH.  THAT IS WHEN CACHAS MADE THOSE

16  STATEMENTS TO HIM.

17          NOW, THE DEFENDANT JESUS FELIX'S WHOLE CASE IS

18  PRESENTED BY MR. TARLOW IN HIS ARGUMENT.  IT IS AN ATTACK ON

19  ARTURO DE LA TORRE.  HE IS SAYING THAT THIS MAN SHOULDN'T

20  BE BELIEVED, SHOULDN'T BE BELIEVED, AND THEREFORE YOU CAN'T

21  FIND MY DEFENDANT GUILTY.

22          LET'S LOOK AT THIS FOR A MINUTE.  FIRST HE TRIED

23  TO IMPEACH -- LET ME MAKE A STATEMENT HERE.  HE TRIED TO

24  IMPEACH ARTURO DE LA TORRE ON THIS TILE ISSUE.  REMEMBER THE

25  TILE?  NOW, TALK ABOUT TAKING A PART OF TESTIMONY AND A PART

1  OF A RENDITION OF WHAT HAPPENED AND TAKING ONE SMALL PART --

2  OKAY.  LET'S LOOK AT THIS TILE.  MAYBE WE CAN FIND SOMETHING

3  WRONG WITH THAT.  MAYBE WE CAN ATTACK IT AND SHOW YOU THAT

4  HE IS NOT TELLING THE TRUTH.  EVEN THOUGH THAT PARTICULAR

5  PART, I SUBMIT TO YOU, IS REALLY INCONSEQUENTIAL.

6        NONETHELESS, ARTURO WAS ON THE STAND AND HE SAID

7  HE WAS THERE AT THE BEST WESTERN HOTEL WITH JESUS FELIX, AND

8  WHILE HE WAS THERE -- THIS WAS AFTER THE NEWSCAST CAME ON.

9  AFTER THE NEWSCAST, A TILE FELL OFF FROM THE WALL IN THE

10  BATHROOM AND MADE A NOISE, AND EVERYBODY JUMPED UP BECAUSE

11  THEY WERE SCARED AND STARTLED.  AND IT MAKES SENSE.

12        NOW, THEY CALLED BERT SNOW, WHO SEEMED TO BE A NICE

13  GENTLEMAN AND BASICALLY HAS BEEN A TILE MAN FOR MOST OF HIS

14  LIFE. HE TOLD US, AND HE SAID IT LOOKS TO ME LIKE NO TILE

15  HAS FALLEN OUT OF THIS PARTICULAR ROOM.

16        WELL, THE GOVERNMENT CALLED THE HOTEL MAN BECAUSE

17  IT SEEMED TO US THAT HE WOULD KNOW BEST ABOUT WHAT IS GOING

18  ON IN THOSE PARTICULAR ROOMS IN THAT HOTEL.

19        IT IS REALLY VERY INTERESTING.  THIS PARTICULAR

20  MAN, BERT SNOW, WHO OF COURSE WAS WORKING FOR THE

21  INVESTIGATOR FOR THE DEFENDANT FELIX, APPARENTLY DIDN'T EVEN

22  TALK TO THE HOTEL MANAGER.  HE RENTED A ROOM AND DID HIS

23  THING AND LEFT.

24        I SUBMIT TO YOU, DOESN'T IT MAKE SENSE THAT IF HE

25  REALLY WANTED TO DO A GOOD JOB, THAT HE WOULD ASK?  IS THERE

1   SOMETHING THAT THEY WANTED TO HIDE HERE?

2          IN ANY EVENT, WHAT DID THE HOTEL MANAGER TELL US --

3   "WE HAVE BEEN LOSING TILES FROM THE WALLS IN THIS PARTICULAR

4   HOTEL SINCE THE HOTEL WAS BUILT.  THE SOAP DISHES CAN'T STAY

5   ON THE WALLS, AND IT IS A BIG ANNOYANCE FOR ME BECAUSE I AM

6   THE ONE THAT USUALLY HAS TO GO BACK IN THERE AND MAKE IT

7   LOOK RIGHT, GET THE TILE AND PUT THE PIECES TOGETHER."

8          AND THERE ARE PHOTOS IN EVIDENCE THAT THE

9   GOVERNMENT TOOK, AND YOU WILL SEE THAT SEVERAL OF THE TILES

10  ARE CRACKED.  THEY MAY BE LOWER ON THE WALL.  IN FACT, THEY

11  MAY BE RIGHT ABOVE THE FLOOR.  BUT I SUBMIT THAT THOSE

12  TILES COULD HAVE FALLEN OFF AND MADE A NOISE.  I MEAN, WHEN

13  THINGS ARE PRETTY QUIET, YOU CAN HEAR A PIN DROP.  YOU CAN

14  CERTAINLY HEAR A TILE FALL OFF A WALL THAT IS NOT VERY HIGH.

15         NOT ONLY THAT, BUT THE HOTEL MANAGER SAID, AND THE

16  PHOTOS SHOW, THAT THERE IS A LOT OF GLUE ON THE WALL

17  UNDERNEATH THE SINK, RIGHT ABOVE THE SPOTS WHERE THE TILE

18  GOES UP ON THE WALL.  THAT GLUE SHOWS THAT SOME TILES HAVE

19  BEEN REPLACED IN THAT PARTICULAR BATHROOM.

20         IT IS ABSOLUTELY CONSISTENT.  THERE IS ABSOLUTELY

21  NOTHING INCONSISTENT WITH WHAT ARTURO DE LA TORRE SAID ABOUT

22  THAT TILE.

23         NOW, THERE WAS A BOOK OF PHOTOS THAT WAS PUT UP

24  THERE.  THAT WAS JUST ANOTHER TECHNIQUE TO TRY TO CONFUSE THE

25  WITNESS.  I THINK IT IS VERY UNDERSTANDABLE THAT LOOKING AT

1   ROOMS YOU MIGHT NOT RECALL EXACTLY WHAT THE ROOM LOOKED LIKE

2   SEVERAL YEARS AGO.

3          NOW, THE WITNESS THAT WAS CALLED BY THE DEFENSE,

4   PEREZ-FLORES -- REMEMBER?  THIS WAS THE GENTLEMAN, THE

5   IMMIGRATION OFFICIAL THAT CAME FROM MEXICO TO TESTIFY.

6   LET'S TALK INITIALLY ABOUT HIM.  DO YOU REMEMBER WHEN HE

7   TOOK THE STAND?  YOU HAVE HEARD PEOPLE TALK ABOUT BODY

8   LANGUAGE, AND IN FACT ONE OF THE INSTRUCTIONS WILL BE THAT

9   YOU CAN RELY OR TAKE INTO ACCOUNT A PERSON'S DEMEANOR, HOW

10  A PERSON LOOKS.  I HAVE GOT TO TELL YOU THAT I HAVE NEVER

11  SEEN ANYONE EXHIBIT MORE NEGATIVE BODY LANGUAGE.  I REMEMBER

12  THAT ONE TIME HE HAD HIS ARMS CROSSED, LEGS CROSSED, AND HE

13  WAS STOOPED OVER LIKE THIS (INDICATING).

14         NOW, IT COULD MEAN A LOT OF THINGS, SURE, BUT I

15  SUBMIT THAT THAT MAN WAS NERVOUS BECAUSE HE WAS NOT TELLING

16  THE TRUTH.  ALSO, AS I RECALL, MR. TARLOW ASKED HIM, "ARE

17  YOU NERVOUS?"

18         "NO."

19         HE WOULD BARK OUT EVERY ANSWER.  "NO.  NO."  I

20  JUST THROW THAT OUT AND REMIND YOU OF IT BECAUSE THIS MAN --

21  SOMETHING WASN'T RIGHT AS FAR AS HIS PARTICULAR TESTIMONY.

22  AND IF YOU LOOK AT IT FROM A RATIONAL STANDPOINT, HIS STORY

23  DOESN'T MAKE SENSE.

24         REMEMBER WHAT WAS GOING ON IN THIS PARTICULAR HOTEL

25  ROOM.  JESUS FELIX HAD HEARD THAT TARLOW HAD BEEN ARRESTED.

1   HE WAS WORRIED THAT MAYBE CARO-QUINTERO WOULD GIVE HIM UP OR

2   WOULD SAY SOMETHING ABOUT HIM OR WOULD IMPLICATE HIM.  HE WAS

3   WORRIED ABOUT THAT, AND HE WAS THERE WATCHING THE TELEVISION

4   PROGRAM.  WHO WAS HE WITH?  HE WAS WITH DRUG ASSOCIATES.  HE

5   WAS WITH PEOPLE THAT WERE CONFIDANTS, AND HE WASN'T RECEIVING

6   VISITORS.  AND, IF YOU WILL RECALL, PEREZ-FLORES SAID THAT HE

7   HAD ONLY KNOWN HIM ABOUT SIX MONTHS BEFORE THIS PARTICULAR

8   MEETING.

9         WELL, I SUBMIT TO YOU THAT HE IS NOT THE TYPE OF

10  PERSON THAT JESUS FELIX WOULD BE TALKING TO AT THIS

11  PARTICULAR TIME OF ALL TIMES.

12        NOW, MR. TARLOW IN HIS CROSS-EXAMINATION

13  CONSTANTLY, CONSTANTLY WAS MAKING THE POINT ABOUT HOW

14  MEXICAN OFFICIALS ARE CORRUPT.  NOW, SURE, THERE IS NO

15  EVIDENCE IN FRONT OF YOU, AND I AM NOT ARGUING THAT THERE IS,

16  THAT THIS PARTICULAR MAN WAS CORRUPT OR THAT HE WAS ON

17  ANYONE'S PAYROLL OR ON JESUS FELIX'S PAYROLL, BUT YOU HAVE

18  GOT TO WONDER -- YOU HAVE GOT TO WONDER, AND THAT IS WHAT I

19  SUBMIT TO YOU.  I MEAN, THIS IS A MAN THAT SUPPOSEDLY WORKS

20  IN IMMIGRATION.  WE HAVE SEEN THE NUMBER OF DISGUISES OR

21  NUMBER OF FALSE NAMES THAT FELIX GUTIERREZ USES, AND ONE OF

22  THE ITEMS SUBMITTED INTO EVIDENCE IS HIS PASSPORT OR

23  DOCUMENTS.  AND HE HAD ANOTHER NAME, NUEVAS, THAT WAS

24  MENTIONED AT THE VERY END.  I SUBMIT TO YOU, ISN'T IT

25  POSSIBLE, EVEN PROBABLE, THAT THIS PARTICULAR MAN HAD

1  SOMETHING TO DO WITH THOSE?

2       NOW, THE OTHER PEOPLE THAT WERE IN THE BEST

3  WESTERN HOTEL WERE RICARDO GARCIA, FORTINO DE LA TORRE, AND

4  HIPOLITO.   MR. TARLOW SAYS, "WHERE ARE THEY?  WHY COULDN'T

5  THE GOVERNMENT PUT THEM ON?  WHY WEREN'T THEY CALLED?"

6       THE POINT HERE IS THERE IS NO WAY THAT YOU CAN

7  INFER THAT THEY WERE AVAILABLE TO THE GOVERNMENT.  YOU HAVE

8  TO UNDERSTAND THAT A WITNESS HAS TO BE AVAILABLE BEFORE HE

9  CAN BE PUT ON, AND THERE IS NOTHING TO SAY THAT THEY WERE

10  PARTICULARLY AVAILABLE HERE.  THEY MAY NOT BE HERE.  I AM

11  JUST ASKING YOU TO THINK ABOUT WHAT AVAILABILITY MEANS.

12  THEY MIGHT NOT BE HERE IN THE AREA.  THEY MIGHT BE HIDING

13  OUT IN MEXICO.  THEY COULD HAVE REFUSED.

14       IF ANYTHING, WHO DO THEY HAVE A PARTICULAR

15  RELATIONSHIP WITH?  WHO DO THESE PEOPLE KNOW?  IF THEY ARE

16  AVAILABLE AT ALL, THEY WOULD HAVE BEEN AVAILABLE TO THE

17  DEFENDANT BECAUSE OF WHO THEY KNOW.

18       NOW, THE PLANE TICKET, THE ONE POINT MR. TARLOW

19  CHALLENGED.  WHY DIDN'T WE FIND SOME PLANE TICKETS TO

20  CORROBORATE ARTURO'S FLIGHT BACK FROM RENO TO LOS ANGELES.

21  THERE ARE LOTS OF REASONS.  I AM ASKING YOU TO USE YOUR

22  COMMON SENSE.  SOME FLIGHTS ARE COMMUTER FLIGHTS.  SOME

23  FLIGHTS HAVE A QUICK TYPE OF TICKET.  AND THEY MAY NOT BE

24  AVAILABLE.  YOU CAN INFER THAT IF THOSE PARTICULAR TICKETS

25  WERE AVAILABLE AND WERE KEPT, THE GOVERNMENT WOULD HAVE

1   PRESENTED THEM TO YOU.

2        NOW, THE OTHER POINT I WANT TO MAKE ABOUT ARTURO

3   IS THAT YES, INITIALLY WHEN HE TALKED TO THE GOVERNMENT

4   AGENTS HE DIDN'T TELL EVERYTHING.  HE DIDN'T HAVE A DEAL

5   WITH THE GOVERNMENT.  HE TOLD YOU HE WAS WORRIED, AND HE

6   LEFT THINGS OUT.  YOU SEE, WHAT YOU CAN GATHER FROM THE

7   TESTIMONY IS THAT DEFENDANTS WHO ARE IN PRISON DON'T KNOW

8   WHO MIGHT BE OUT THERE.  IT IS NOT SURPRISING THAT THEY

9   LEAVE OUT CERTAIN THINGS THAT INVOLVE CERTAIN PEOPLE.  THEY

10  ARE BASICALLY TRYING TO PROTECT THEMSELVES.

11       NOW, THE POINT THAT HAS TO BE MADE HERE IS THAT

12  ARTURO EVENTUALLY CORRECTED AND FILLED IN ALL OF THE DETAILS

13  TO THE GOVERNMENT AGENTS A LONG TIME BEFORE HE EVER TESTIFIED.

14       NOW, ARTURO'S TESTIMONY BASICALLY COVERED SIX AREAS.

15  WELL, BEFORE I GO INTO THAT, LET ME, JUST IN TERMS OF ORDER,

16  TALK ABOUT JAY DE LA TORRE.  I WANT TO RETURN TO ARTURO.  HE

17  IS STILL THE MOST IMPORTANT WITNESS.

18       JAY DE LA TORRE IS ARTURO DE LA TORRE'S BROTHER.

19  YOU REMEMBER HIM.  HE IS A LITTLE SHORTER AND BROADER.  HE

20  TESTIFIED THAT CACHAS TOLD HIM -- THIS WAS THAT PARTICULAR

21  INCIDENT ON CACHAS' BIRTHDAY WHEN HE HAD A FIGHT WITH HIS

22  GIRLFRIEND, IVONNE BLANCO.  HE WAS FEELING LOUSY BECAUSE SHE

23  WAS ANGRY AT HIM, AND THEY WENT BACK TO THE LAKERIDGE

24  APARTMENTS, AND HE ASKED JAY TO STAY WITH HIM TO COMMISERATE

25  ON HIS SHOULDER.

1     CACHAS SAID THAT HE LOST A LOT OF MONEY IN COSTA

2   RICA FOR A DEPOSIT ON A HOUSE THAT HE HAD BOUGHT FOR HIS

3   COMPADRE QUINTERO.   CACHAS THEN SAID THAT HE LOST EVEN MORE

4   MONEY IN MEXICO, THAT HE LOST 100 OR 200 TONS BECAUSE OF

5   CAMARENA.

6     NOW, MR. TARLOW ATTACKS THIS PARTICULAR STATEMENT.

7   HE SAYS, "WAIT A MINUTE.   THERE WAS NO BUST THAT CAMARENA

8   DID THAT WOULD HAVE ACCOUNTED FOR 100 OR 200 TONS.   THAT

9   DOESN'T MAKE ANY SENSE, AND YOU SHOULDN'T BELIEVE THAT HE

10  SAID THAT."

11    LADIES AND GENTLEMEN, JESUS IS A MEMBER, A TRUSTED

12  MEMBER, OF THIS ENTERPRISE.   WHEN THE AGENTS TOOK DOWN THE

13  FIELDS IN ZACATECAS, WHEN THE AGENTS TOOK DOWN THE FIELDS

14  IN CHIHUAHUA -- REMEMBER CHIHUAHUA?   THERE WERE FIVE OR SIX

15  THOUSAND WORKERS AND APPROXIMATELY $5 BILLION IN LOSSES.

16  WE HAD SEVERAL MILLION DOLLARS IN LOSSES IN ZACATECAS.

17    WELL, CACHAS COULD HAVE BEEN REFERRING TO ANY OF

18  THOSE LOSSES.   HE DIDN'T SAY THAT NO ONE ELSE LOST TONS AS

19  A RESULT OF THAT PARTICULAR BUST.   THAT IS CONSISTENT.

20  THERE IS REALLY NO REASON TO ARGUE WITH THAT ONE.   I WOULD

21  SUBMIT TO YOU THAT IT IS ENTIRELY CONSISTENT WITH WHAT

22  HAPPENED IN MEXICO.

23    THEN CACHAS TOLD JAY, "WE HAD TO GET RID OF HIM.

24  WE HAD TO GET RID OF HIM," MEANING AGENT CAMARENA.

25    NOW, THIS DOESN'T MEAN THAT HE, CACHAS, WAS MAKING

1  A CONFESSION.  WHAT HE IS SAYING IS THAT MY ORGANIZATION HAD

2  TO GET RID OF HIM.  AND THAT AGAIN IS ENTIRELY CONSISTENT.

3        AND THEN HE SAID -- THIS IS WHAT JAY TESTIFIED --

4  "WHEN WE GET RID OF PEOPLE, WE MAKE IT LOOK LIKE AN

5  ACCIDENT."

6        NOW, WHAT MR. TARLOW ARGUES IS THAT IN ONE OF THE

7  REPORTS THREE AND FOUR CAME OUT TOGETHER.  IN OTHER WORDS,

8  WE HAD TO GET RID OF HIM, AND WHEN WE GET RID OF HIM --

9  INSTEAD OF PEOPLE -- WE MAKE IT LOOK LIKE AN ACCIDENT.

10  THOSE TWO STATEMENTS WERE RUN IN.  HE MAKES A BIG POINT

11  THAT OBVIOUSLY AGENT CAMARENA'S DEATH WAS NOT MADE TO LOOK

12  LIKE AN ACCIDENT.  AFTER ALL, HIS BODY AS WELL AS THE BODY

13  OF CAPTAIN ZAVALA'S BODY, WAS THROWN OUT ON A COUNTRY ROAD.

14        JAY DE LA TORRE EXPLAINED IT ON THE STAND.  HE

15  SAID THAT HE DIDN'T KNOW HOW THAT HAPPENED, BUT THE AGENT

16  APPARENTLY MISUNDERSTOOD THAT WHEN HE  TOOK DOWN HIS

17  INTERVIEW.  YOU MAY REMEMBER SPECIAL AGENT WATERS.  SPECIAL

18  AGENT WATERS, WHEN ASKED ABOUT THAT BY MR. TARLOW, SAYS,

19  "I DON'T HAVE ANY QUARREL WITH JAY DE LA TORRE.  IF HE SAYS

20  THAT IS WHAT HE SAYS, I COULD HAVE MADE A MISTAKE.  I AM

21  HUMAN.  I MAKE MISTAKES."

22        SO, LADIES AND GENTLEMEN, THESE ADMISSIONS TO

23  JAY DE LA TORRE THAT HE WENT TO COSTA RICA, LOST MONEY, LOST

24  100 TO 200 TONS, WE HAD TO GET RID OF HIM -- THEY ALSO SHOW

25  THAT THE DEFENDANT JESUS FELIX IS GUILTY OF BEING AN

1  ACCESSORY, WHAT HE HAS BEEN CHARGED WITH, BEING AN

2  ACCESSORY, HELPING CARO-QUINTERO LEAVE MEXICO AND GET TO

3  COSTA RICA.

4       NOW, LET'S TALK ABOUT THE REST OF ARTURO'S

5  TESTIMONY.  ARTURO BASICALLY COVERED SIX AREAS.  HE TALKED

6  ABOUT NARCOTICS, ABOUT ALL THE DIFFERENT TRAFFICKING HE DID

7  WITH JESUS FELIX, AND ALL OF THESE THINGS ARE INDEPENDENTLY

8  CORROBORATED, LADIES AND GENTLEMEN, FIRST BY

9  ESTEBAN CATARINO, ARTURO'S LEDGERS.  DO YOU REMEMBER

10  ARTURO'S LEDGERS?  HE HAS LEDGERS THAT HE HIMSELF PREPARED

11  THAT KEPT TRACK OF CERTAIN PORTIONS OF THE DELIVERIES FOR

12  FELIX-GUTIERREZ.  THERE IS NO ISSUE.  THERE IS NO ARGUMENT

13  OVER THE NARCOTICS.

14       THE BEST WESTERN INCIDENT.  WE HAVE BEEN DISCUSSING

15  THAT.  FIRST OF ALL, EVEN PEREZ-FLORES, EVEN HE WHO WAS

16  BROUGHT UP HERE TO DISPUTE AND ATTACK ARTURO'S VERSION,

17  BECAUSE HE SAID ARTURO WASN'T THERE, BUT EVEN HE TESTIFIED

18  THAT WHAT ARTURO SAID WAS RIGHT.  HE SAID THAT THE NEWSCAST

19  DID COME ON.  HE SAID THAT FELIX-GUTIERREZ WAS CONCERNED

20  ABOUT IT.  HE SAID THAT FELIX-GUTIERREZ GOT IN THE CAR AND

21  WENT TO RENO.  SO THE DETAILS WERE CORROBORATED.  THAT IS

22  NOT IN DISPUTE.

23       WHAT ACTUALLY HAPPENED AT THE BEST WESTERN, I

24  MEAN, THERE WAS NO DIFFERENCE FROM WHAT ARTURO TOLD YOU.

25       NOW, HE ALSO TOLD YOU ABOUT THE FLIGHT TO RENO.

1   THERE WERE TWO FLIGHTS TO RENO.  THE FIRST ONE WAS AFTER THE

2   BEST WESTERN HOTEL INCIDENT.  THEN THERE WAS A LATER ONE.

3   THE LATER ONE WAS THE RESULT OF A TOTALLY SEPARATE INCIDENT.

4   LET'S QUICKLY GO OVER THAT.  THAT IS WHEN DEA AGENTS WERE

5   TAILING CACHAS, AND HE GETS NERVOUS AND ESCAPES.  HE GOES

6   ALL THE WAY DOWN TO NOGALES AND MEETS HIS GIRLFRIEND, AND

7   THEN THEY GO BACK TO RENO.  THAT HAPPENED LATER.

8           NOW, THE TATTOO REMOVAL.  ARTURO TOLD US ABOUT THE

9   TATTOO.  I DON'T THINK THERE IS ANY ISSUE IN THIS PARTICULAR

10  TRIAL THAT JESUS FELIX HAD THE WORD CACHAS REMOVED FROM HIS

11  SHOULDER.  THERE IT IS, LIKE MR. GURULE TOLD YOU.  IT IS A

12  BEACON OF GUILT.

13          THE PLASTIC SURGERY.  THAT OCCURRED.  DR. HASTINGS

14  CAME IN AND TOLD YOU ALL ABOUT THAT.

15          THEN THERE WERE THE ADMISSIONS ABOUT THE FLIGHT

16  OF CARO-QUINTERO.  NOW LET'S TALK ABOUT THE ADMISSION THAT

17  JESUS FELIX MADE.  FIRST OF ALL, HE SAID THAT HE WENT TO

18  COSTA RICA TO PURCHASE PROPERTY.  WELL, THAT IS CORROBORATED.

19  YOU DON'T HAVE TO BELIEVE JUST WHAT HE SAID.  YOU HAVE GOT

20  THE EVIDENCE OF LA QUINTA.  REMEMBER.  THE REALTOR CAME UP

21  AND TOLD YOU WHAT HAPPENED.

22          CELMAN BERRENECHEA, HE IS THE INDIVIDUAL THAT HE

23  CONTACTED FIRST, WHO GOT THE REALTOR WHO HELPED SET UP THE

24  DEAL.  THAT HAPPENED.

25          IN COSTA RICA FELIX-GUITERREZ WAS WITH

1    CARO-QUINTERO.  THAT IS WHAT HE SAYS.  NOW, LET ME MAKE THIS

2    CLEAR.  THIS FIRST THING ABOUT COSTA RICA AND PURCHASING

3    THE PROPERTIES, THAT IS THE FIRST STATEMENT HE MAKES TO

4    ARTURO DE LA TORRE.  WHAT I AM TELLING YOU IS THAT THERE

5    IS NO ISSUE ABOUT THAT BEING TRUE.  YOU HAVE GOT INDEPENDENT

6    EVIDENCE.

7            NOW, THE SECOND ONE, THIS IS THE ONE WHERE HE SAYS

8    THAT HE ARRANGED THE FLIGHT.  "I HIRED THE PILOT, AND I JUST

9    CAME BACK FROM COSTA RICA."  WHAT HAPPENED HERE IS THAT

10   EVERY PART OF THAT STATEMENT IS ALSO CORROBORATED.  IN OTHER

11   WORDS, THERE IS INDEPENDENT EVIDENCE TO PROVE IT OUT.

12           YOU REMEMBER THAT HE SAID THAT CARO-QUINTERO WAS

13   ACTING TOO FLASHY, THAT HE HAD JEWELRY, FLASHY JEWELRY.  I

14   THINK YOU RECALL THAT YOU SAW THE PHOTOGRAPHS OF THE JEWELRY

15   THAT WAS SEIZED IN LA QUINTA, THOSE HUGE DIAMOND MEDALLIONS

16   AND THE GUNS THAT HAD THE DIAMONDS.  YOU KNOW THAT IS TRUE.

17           THE CARS.  WELL, YOU HAVE EVIDENCE THAT THEY

18   SPENT $46,000, OR ABOUT THAT MUCH, FOR A TOYOTA.  TOYOTAS

19   ARE WORTH A LOT MORE MONEY, I SUPPOSE, IN OTHER COUNTRIES,

20   BUT HE SPENT THAT MUCH MONEY FOR A RED MR-2 TOYOTA.

21           THAT HE WAS RUNNING AROUND WITH MEN WITH GUNS.

22   YOU REMEMBER ALL OF THE GUNS THAT WERE SEIZED.  WE BROUGHT

23   THEM IN.  WE SHOWED THEM TO YOU.  HIS MEN CERTAINLY HAD

24   PLENTY OF GUNS, AND WHEN THEY WERE ARRESTED IN COSTA RICA AT

25   LA QUINTA, THESE GUNS WERE SEIZED.

1    CACHAS PREDICTED THAT CARO-QUINTERO WAS GOING TO

2  BE ARRESTED IF HE DIDN'T LAY LOW.   THAT PART OF HIS STATEMENT

3  IS TRUE.   AND ARTURO TELLS YOU THAT THIS PARTICULAR

4  CONVERSATION OCCURRED ONE WEEK BEFORE HOLY WEEK, SOMETIME

5  AROUND MARCH 23RD, 1985.   THAT IS CORROBORATED, THAT IS

6  SUPPORTED BY THE ENTRY AND EXIT DOCUMENTS THAT WERE

7  SUBMITTED.   THOSE ARE IN EVIDENCE.   IN OTHER WORDS, THESE

8  ARE THE DOCUMENTS THAT IMMIGRATION IN COSTA RICA KEEP, AND

9  THEY SHOW PEOPLE LEAVING AND COMING.   YOU REMEMBER THE

10  CHARTS THAT MR. GURULE WENT OVER.   THAT IS CORROBORATED.

11    SO AGAIN MY POINT TO YOU IS THAT EVERYTHING IN

12  THAT PARTICULAR STATEMENT THAT JESUS GUTIERREZ MADE TO

13  ARTURO FITS.   IT IS CORROBORATED.   YOU DON'T NEED TO WONDER

14  ABOUT THAT.

15    BUT WHAT MR. TARLOW WOULD LIKE YOU TO DO IS CUT

16  AROUND WHAT IS OFFENSIVE TO HIM AND DISBELIEVE THAT PART,

17  AND THIS IS THE PART THAT HE DOESN'T WANT YOU TO BELIEVE,

18  THAT HE HIRED THE PILOT AND ARRANGED THE FLIGHT.

19    WELL, I SUBMIT TO YOU THAT THE REST OF THE

20  STATEMENT IS SUPPORTED BY THE FACTS AND THE EVIDENCE THAT

21  YOU HAVE GOT.   THIS MAKES SENSE.   THIS MAKES SENSE WHEN YOU

22  THINK ABOUT IT.

23    I MEAN, JESUS FELIX WAS A MEMBER OF THE

24  ORGANIZATION.   HE OPERATES IN COSTA RICA.   HE HAS BEEN

25  OPERATING IN COSTA RICA FOR SEVERAL YEARS.   THERE IS

1   EVIDENCE THAT THE DEFENSE PUT ON, MR. TARLOW PUT ON, THAT HE

2   HAS BEEN OPERATING IN COSTA RICA FOR SEVERAL YEARS.  THAT

3   WAS HIS UNIQUE CLAIM TO FAME IN THIS ORGANIZATION.  HE KNEW

4   PEOPLE IN COSTA RICA.  IN FACT, HE BOUGHT SEVERAL HOUSES

5   IN COSTA RICA BEFORE THE END OF 1985.  WE KNOW THAT.

6   THEREFORE, IT WAS LOGICAL -- HE WAS THE LOGICAL GUY IN THE

7   ORGANIZATION TO SET THIS UP FOR CARO-QUINTERO.

8           I MEAN, THINK ABOUT IT.  CARO-QUINTERO SAID, "I

9   NEED TO LEAVE MEXICO.  THINGS ARE GETTING HOT HERE.  WHERE

10  CAN I GO?  WELL, ONE OF MY BUDDIES, ONE OF MY GOOD

11  ASSOCIATES, JESUS FELIX, HE DOES A LOT OF BUSINESS, HE

12  WORKS A LOT OF COCAINE AND KNOWS A LOT OF PEOPLE IN COSTA

13  RICA.  IN FACT, HE JUST BOUGHT SOME HOUSES THERE.  WHY

14  DON'T I GO TO COSTA RICA?"

15          SURE.  THAT IS LOGICAL.  IT MAKES SENSE.

16          THEN YOU KNOW THAT HE IS THERE WITH CARO-QUINTERO.

17  REMEMBER CELMAN BERRENECHEA?  HE WAS THE GENTLEMAN BEFORE

18  THE REALTOR FROM COSTA RICA.  HE CAME ON AND BASICALLY TOLD

19  YOU THAT HE IS AN ENGINEER, TOLD YOU ABOUT THE PLAYBOY

20  HOTEL THAT WAS ATTEMPTED TO BE BOUGHT, AND HE WAS AN IN-

21  BETWEEN PERSON.  HE TOLD YOU HOW JESUS FELIX CONTACTED HIM

22  AND ASKED HIM TO ARRANGE AND HELP HIM WORK OUT SOME

23  PURCHASES OF REAL ESTATE AND THE HOUSE AT LA QUINTA.

24          HE SAID, "LOOK.  I SAW JESUS FELIX WITH

25  CARO-QUINTERO AT THAT PARTICULAR HOUSE DURING THAT PERIOD OF

1    TIME."  SO YOU KNOW HE WAS THERE.  NO ONE HAS SAID THAT

2    THESE PEOPLE FROM COSTA RICA WEREN'T TELLING YOU THE TRUTH.

3         AND BESIDES ARRANGING THE FLIGHT, I SUBMIT TO YOU

4    THAT WHAT JESUS FELIX-GUTIERREZ, WHAT CACHAS, WAS

5    DOING THERE WAS COMFORTING AND ASSISTING.  IF YOU LOOK AT

6    THAT INDICTMENT AT THAT PARTICULAR CHARGE, THAT ALSO

7    CONSTITUTES A VIOLATION OF -- THAT ALSO MEANS THAT HE IS AN

8    ACCESSORY AFTER THE FACT.  HE WAS THERE TO SMOOTH THINGS

9    OUT.  HE WAS THERE TO HELP HIM BUY THE CARS.  HE WAS THERE

10   TO MAKE SURE HE GOT THE RIGHT HOUSE.  CARO WASN'T THERE W

11   HE BOUGHT THE HOUSE.  HE WAS THERE TO MAKE LIFE EASY FOR

12   CARO-QUINTERO.  THAT IS THE OTHER WAY THAT YOU KNOW HE IS

13   GUILTY.

14        NOW, LADIES AND GENTLEMEN, GOD GAVE US ALL A VERY

15   IMPORTANT TOOL.  THIS TOOL IS PROBABLY THE MOST IMPORTANT

16   THING THAT WE HAVE TO GET BY IN OUR DAILY LIVES, AND THAT

17   IS COMMON SENSE.  YOU HAVE HEARD A LOT ABOUT COMMON SENSE,

18   BUT I AM NOT SURE THAT ANYONE HAS GIVEN IT ITS JUST DUE.

19   COMMON SENSE MEANS LOOKING AT SOMETHING, APPLYING WHAT YOU

20   KNOW TO BE THE WAY THE WORLD IS, MAKING A JUSTIFIABLE

21   CONCLUSION.

22        THERE IS AN OLD SAYING THAT MIGHT HELP.  THAT IS

23   WHEN YOU HEAR HOOFBEATS DON'T THINK ZEBRAS.  LET ME SAY

24   THAT AGAIN.  WHEN YOU HEAR HOOFBEATS, DON'T THINK ZEBRAS.

25   WHAT THAT SAYING IS TRYING TO GET ACROSS IS THIS.  IN OUR

1  WORLD, IN OUR UNIVERSE, HORSES CAUSE HOOFBEATS, NOT ZEBRAS;

2  AND WHEN YOU HAVE A SITUATION, WHEN YOU HAVE EVIDENCE IN

3  FRONT OF YOU, DON'T LOOK FOR THE BIZARRE EXPLANATION.  DON'T

4  LOOK FOR THE ZEBRA.  ZEBRA'S DON'T CAUSE HOOFBEATS.  HORSES

5  CAUSE HOOFBEATS.  AND I SUBMIT TO YOU THAT IS A LOT OF WHAT

6  WE HAVE IN THIS PARTICULAR CASE IN TERMS OF WHAT DEFENSE

7  COUNSEL HAVE ARGUED.  THEY HAVE THROWN YOU ZEBRAS.  THEY

8  WANT YOU TO THINK AND TO COME UP WITH A REASON THAT DOESN'T

9  MAKE SENSE.

10       WITH RESPECT TO VERDUGO, RENE VERDUGO, HE WANTS

11  YOU TO THINK THAT SOMETHING ELSE HAPPENED.  HE WANTS YOU TO

12  FORGET THAT HE WAS IN THAT GUEST HOUSE.  HE WANTS YOU TO

13  FORGET THAT HE WAS IN THAT GUEST HOUSE, THERE IS ONLY ONE

14  THING HE COULD HAVE BEEN DOING, AND THAT IS LISTENING TO

15  WHAT IT WAS THAT AGENT CAMARENA KNEW ABOUT HIM.  HE HAS

16  OFFERED YOU A ZEBRA IN TERMS OF THE REASON HE WENT TO

17  GUADALAJARA -- TO REPORT ABOUT THE HELICOPTER.  THAT IS A

18  ZEBRA.

19       WITH RESPECT TO DEFENDANT LOPEZ, HIS COUNSEL --

20  AND I AM REFERRING TO THE ARGUMENT OF COUNSEL -- HIS COUNSEL

21  HAS SAID, WELL, HE DIDN'T MEAN WHAT HE SAID.  HE MUST HAVE

22  LEARNED IT FROM SOME OTHER PLACE.  THAT AGAIN IS AGAINST

23  COMMON SENSE.  THAT IS A ZEBRA.

24       WITH RESPECT TO FELIX-GUTIERREZ, FELIX-GUTIERREZ

25  WANTS YOU TO IGNORE THE EVIDENCE OF THE DRUG DEALING, HIS

1    MOTIVATION TO HELP CARO-QUINTERO, WHAT HE VERY SIMPLY AND

2    PLAINLY TOLD ARTURO DE LA TORRE AND JAY DE LA TORRE.  HE

3    WANTS YOU TO THINK THAT A ZEBRA CAUSED THAT.

4         LADIES AND GENTLEMEN, ALL OF THE DEFENSE COUNSEL

5    HAVE SPENT A MAJOR PART OF THEIR ARGUMENT ABOUT BURDEN OF

6    PROOF.  LADIES AND GENTLEMEN, WE PROUDLY ACCEPT THE BURDEN

7    OF PROOF IN THIS CASE.  IT'S BEEN THAT WAY SINCE THE

8    BEGINNING OF OUR COUNTRY, EVEN BEFORE THAT.  THERE IS NOTHING

9    NEW ABOUT THAT.  BUT THE THING THAT THEY DON'T MENTION WHEN

10   THEY ARE TALKING ABOUT PROOF BEYOND A REASONABLE DOUBT IS

11   THAT THE GOVERNMENT IS NOT REQUIRED TO PROVE SOMETHING

12   BEYOND ALL DOUBT.  THAT WOULD BE IMPOSSIBLE.  IT IS ONLY

13   PROOF BEYOND A REASONABLE DOUBT.  THE DOUBT MUST BE BASED

14   ON COMMON SENSE AND REASON, AND I SUBMIT TO YOU THAT THERE

15   IS NO DOUBT BASED ON COMMON SENSE AND REASON ABOUT THE GUILT

16   OF EACH OF THESE DEFENDANTS.

17        NOW, YOU HAVE A DUTY TO BE FAIR, AND WE DEMAND IT.

18   YOU MUST BE FAIR.  YOU MUST BE IMPARTIAL.  YOU ALSO HAVE A

19   DUTY TO THE COMMUNITY.  THE COMMUNITY HAS ASKED YOU, IN

20   EFFECT, TO COME HERE AND LOOK AT THE EVIDENCE, AND IF THE

21   EVIDENCE SHOWS THAT THE DEFENDANTS ARE GUILTY, THEN YOU SAY

22   SO.  THAT IS YOUR RESPONSIBILITY.

23        SPECIAL AGENT CAMARENA WAS A MEMBER OF THE

24   COMMUNITY.  HE BELONGED TO ALL OF US.  YOU HAVE A DUTY TO

25   EXAMINE THE EVIDENCE, AND IF THE EVIDENCE INDICATES AS I

1  ARGUED TO YOU THAT IT DOES AND IT SHOWS BEYOND A REASONABLE

2  DOUBT THEN YOU SHOULD FIND ALL OF THESE DEFENDANTS GUILTY.

3        NOW, MR. GURULE IN HIS PARTICULAR ARGUMENT TOLD

4  YOU THAT THE HANDS OF ALL THE DEFENDANTS ARE STAINED WITH

5  THE BLOOD OF SPECIAL AGENT CAMARENA.  CONCEDEDLY THAT IS

6  FROM A DRAMA.  BUT IT IS A METAPHOR AND IT IS ACCURATE.

7  EACH OF THE DEFENDANTS HAVE BEEN ACCUSED OF DOING SOMETHING

8  WITH RESPECT TO HAVING SPECIAL AGENT CAMARENA KILLED, AND --

9        MR. TARLOW:  EXCUSE ME.  MY CLIENT IS NOT

10 CHARGED WITH DOING ANYTHING WITH RESPECT TO HAVING SPECIAL

11 AGENT CAMARENA KILLED.

12        THE COURT:  THAT IS CORRECT.

13        MR. CAMPOS:  I MISSPOKE.  LET ME CORRECT THAT.

14 JESUS FELIX IS ACCUSED OF BEING AN ACCESSORY AFTER THE FACT.

15 I THINK EVERYONE KNOWS THAT.  HE IS NOT ACCUSED OF HAVING

16 ANYTHING TO DO WITH THE MURDER OF SPECIAL AGENT CAMARENA.

17 THAT IS ABSOLUTELY CORRECT.

18        YOUR FUNCTION IS TO DECIDE WHETHER HE AIDED AND

19 COMFORTED AS AN ACCESSORY AFTER THE FACT CARO-QUINTERO.  I

20 SUBMIT TO YOU THAT NONETHELESS BY HELPING CARO-QUINTERO,

21 MR. FELIX-GUTIERREZ ALSO IS RESPONSIBLE.  HE IS RESPONSIBLE

22 FOR HELPING HIM ESCAPE AND AVOID JUSTICE.

23        NOW, LADIES AND GENTLEMEN, WHAT WE SEE HERE, WHAT

24 WE ASK YOU TO DO, IS RETURN A VERDICT CONSISTENT WITH

25 JUSTICE.  JUSTICE MEANS NOTHING MORE THAN GIVING EACH PERSON

1  HIS DUE.  WHAT WE ARE ASKING YOU TO DO IS TO FAIRLY LOOK AT

2  THE EVIDENCE, EVALUATE THE EVIDENCE, AND AFTER YOU EVALUATE

3  IT, I AM CONVINCED THAT YOU ARE GOING TO CONCLUDE ONE

4  THING, AND THAT IS THAT ALL OF THESE DEFENDANTS ARE GUILTY

5  AS THEY HAVE BEEN CHARGED, AND I ASK YOU TO RETURN A VERDICT

6  OF GUILTY FOR ALL OF THESE DEFENDANTS.

7      THANK YOU, YOUR HONOR.

8      THE COURT:  WE WILL TAKE A BRIEF RECESS AT THIS

9  TIME, AND THE COURT WILL INSTRUCT YOU ON THE LAW THAT

10  APPLIES TO THIS CASE, AND THEN YOU WILL BEGIN YOUR

11  DELIBERATIONS.

12      MR. TARLOW:  WILL THE COURT TAKE JUDICIAL NOTICE,

13  PLEASE, THAT ZEBRAS HAVE HOOFS.

14      THE COURT:  ALL RIGHT.

15      MR. CAMPOS:  I WILL AGREE.  SO STIPULATED.

16      THE COURT:  WE ARE IN RECESS.

17  (END OF PARTIAL TRANSCRIPT.)

18      - - -

19      I CERTIFY THAT THE FOREGOING IS A CORRECT

20      TRANSCRIPT FROM THE RECORD OF PROCEEDINGS

21      IN THE ABOVE-ENTITLED MATTER.

22

23      *Velma B. Thomas*      10/25/88

24      OFFICIAL REPORTER      DATE

25