ROBERT C. BONNER
United States Attorney
ROBERT L. BROSIO
Assistant United States Attorney
Chief, Criminal Division
ROEL C. CAMPOS
Assistant United States Attorney
Major Narcotics Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6682

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR 87-422(A)-ER |
|---|---|
| Plaintiff, | ) NOTICE OF IN CAMERA FILING |
| v. | ) |
| RAFAEL CARO-QUINTERO, et al., | ) |
| Defendants. | ) |

Please take notice that the government has made an in camera filing.

DATED: March 4, 1988.

                    Respectfully submitted,

                    ROBERT C. BONNER
                    United States Attorney

/

/

/

RCC:jc

1
2   ROBERT L. BROSIO
    Assistant United States Attorney
    Chief, Criminal Division
3
4   /s/ Roel C. Campos
    ─────────────────────────────────
5   ROEL C. CAMPOS
    Assistant United States Attorney
    Major Narcotics Section
6
7   Attorneys for Plaintiff
    United States of America

CERTIFICATE OF SERVICE

I, Judith Colon, declare:

That I am citizen of the United States and resident or employed in Los Angeles County, California; that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on March 4, 1988, I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of

NOTICE OF IN CAMERA FILING

addresses to: see attached list.
at their last known address, at which place there is a delivery service by United States mail.

This Certificate is executed on Mar 4, 1988 at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

UNITEL STATES V. RAFAEL CARO-QUINTERO, et al.,
NO. CR. 87-422(A)-ER

MICHAEL PANCER, ESQ.
625 BROADWAY
SUITE 1135
SAN DIEGO, CA  92101


ELSA LEYVA, DFPD
FEDERAL PUBLIC DEFENDER'S OFFICE
312 NORTH SPRING STREET
15th FLOOR
LOS ANGELES, CA  90012


DON RANDOLPH, ESQ.
2566 OVERLAND AVENUE
7th FLOOR
LOS ANGELES, CA  90064