# LIST OF EXHIBITS AND WITNESSES

**Case No.:** CR 87-422(E)ER

**Judge:** Edward Rafeedie

**Title:** USA vs. Rafael Caro-Quintero (Ruben Zuno-Arce, Humberto Alvarez-Machain)

**Dates of Trial:** Suppression Hearing

**Court Reporters:** Richard Fisher

**Deputy Clerk:** Judy Matthews

**Interpreters:** Dolores Martin, Elsa Vasquez

### Attorneys for Plf-Libelnt
- John Carlton, AUSA
- Manuel Medrano, AUSA

### Attorneys for Dft-Respdt
- Edward M. Medvene, Retd
- Mary F. Fuginiti, Retd
- James E. Blancarte, Retd.
- (for deft Zuno-Arce)
- Alan Rubin, apptd
- Paul L. Hoffman (ACLU)
- (for deft Machain)

| Plf-Libelnt Ex. No. | id. | ev. | Dft-Respdt Ex. No. | id. | ev. | EXHIBITS | WITNESSES | Called by |
|---|---|---|---|---|---|---|---|---|
| | | | | | | OCT 19 1992 | OCT 19 1992     OCT 19 1992 | |
| | | | | | | | Hector Berrellez | Δ |
| | | | | | | | Francisco Sosa | Δ |
| | | | | | | | Humberto Alvarez-Machain | Dft |

FILED
OCT 19 1992
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CR 75 (12/76)

EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____
_____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verfication prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

---

EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____
_____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verfication prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

---

EXHIBIT RELEASE

The following exhibit(s), descriptions indicated on the reverse, have/has been returned to the person indicated: _____
_____

Note: List returns only by exhibit number or letter, if only a portion of the exhibit is to be released, identify only the released material. If all exhibits are not released at the same time, please use the next exhibit release for subsequent releases. Insure completion of all information, including ID verfication prior to release.

| DATE | SIGNATURE |
|---|---|
| IDENTIFICATION # (GOVERNMENT CARD # OR DRIVERS LICENSE #) | COMPANY/GOVERNMENT AGENCY TELEPHONE# |

CR-75 (12/76)