## APPEALS BLOTTER SHEET FOR DOCKET ENTRY

CASE   NO:   _CR-87-422-ER-16_                DATE:  _10/25/95_

CASE   NAME:  _U.S.A. vs. Zuno Arce_

_____   _____   RCVD FROM 9THC/A ( ) VOL(S) ORIG FILE.

_____   _____   RCVD FROM 9THC/A ( ) VOL(S) RPTR TRANS.

_____   _____   RCVD FROM 9THC/A ( ) EXHIBITS

_____   _____   OTHER:

_____   _____   FWD TO 9THC/A  ( )  VOL(S) ORIG FILE.

_____   _____   FWD TO 9THC/A  ( )  VOL(S) RPTR TRANS.

_____   _____   FWD TO 9THC/A  ( )  EXHIBITS.

_____   __/__    OTHER: _1 video tape_

PREPARED BY: _7. Vallejo / L.L._   DATE: _11/9/95_

REV (6/94)

ENTERED ON ICMS
NOV   1995
NOV  1 5 1995

10/25/95

8432

**OFFICE OF THE CLERK**
**U.S. COURT OF APPEALS - NINTH CIRCUIT**
**121 SPEAR STREET - SAN FRANCISCO, CA 94105**

TO: USDC _CAc CAliF (L.A.)_     DATE: _10-20-95_

FROM: _Ben Lee_     , RECORD'S UNIT

CA# _93-50311 X 91_
_50333_     DC# _CR-87-422-ER-16_

TITLE: _USA Vs. Zuno-Arce_

As the Court has now disposed of this appeal, the enclosed materials are returned to you.

_O_ Volumes Clerk's Record

_O_ Volumes Reporter's Transcripts

Other: _1 Vidotape (RELD)_    ROUTED TO EXHIBIT SECTION

RECORDS