CASE SUMMARY

USA v. Ruben Zuno-Arce   CASE CR 87-422(E)-ER   DEFT NO. _____   16

NOTE: All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. ✓ Indictment ___ Information
   (a) Investigative agency (i.e., FBI, DEA, IRS, Customs, Postal, etc.)
   DEA

2. Offense charged as a:
   (a) ✓ Felony
       ___ Minor Offense
       ___ Petty Offense
   (b) Date of Offense 2/85
   (c) County in which first offense occurred Mexico
   (d) All crimes charged are alleged to have been committed in Orange, Riverside or San Bernardino Counties? ___ Yes ✓ No
   (e) If not all crimes, some crimes charged are alleged to have been committed in Orange, Riverside or San Bernardino Counties? ___ Yes ✓ No

3. Citation of Offense:
   18/371 Consp.
   18/1952B Crimes in Aid of Racketeering
   18/1201(c) Consp. to kidnap
   18/1201(a)(5) Kidnap

4. This defendant is charged in:
   ___ All Counts
   ✓ Only Counts 3, 4, 6, 7

5. ___ A complaint was previously filed on N/A
   case no. _____
   charging _____

   The complaint:
   ___ Is still pending
   ___ Was dismissed on N/A

6. N/A ~~This~~ is a superseding charge and charges previously dismissed on: _____

7. ___ This is a superseding charge and the superseded case is still pending before Judge/Magistrate _____ previously filed on _____ in case no. _____

8. ___ This defendant is designated as "High Risk" per 18 U.S.C. 3164 (a)(2) by the U.S. Attorney.

9. ___ This is designated a "Special Case" per 18 U.S.C. 3166 (b)(7).

10. Detained Witnesses? ___ Yes ✓ No

11. Out of district witnesses? ✓ Yes ___ No

12. Date of Birth _____
    ✓ Male ___ Female
    ___ U.S. Citizen ✓ Alien

13. Estimated days for trial 2 mos.

14. DEFENDANT IS NOT IN CUSTODY
    a. Date and time of arrest on complaint _____
    b. Posted bond at complaint level on _____ in the amount of $_____
    c. PSA Supervision. ___ Yes ___ No
    d. ___ Is a Fugitive
    e. ___ Is on bail or release from another district. Show district: _____
    f. ___ Has not been arrested but will be notified by summons to appear.
    g. ✓ Warrant requested.

15. DEFENDANT IS <u>IN CUSTODY</u>

    Place of incarceration _____

    a. ___ Solely on this charge. Date and time of arrest _____

    b. ___ On another conviction:

       ___ Federal ___ State
       ___ Writ of Issue

    c. ___ Awaiting trial on other charges: ___ Federal ___ State

       Name of Court _____

16. Has Detainer been filed? ___ Yes
    on _____

17. Date transferred to federal custody:
    _____

18. This person/proceeding is transferred from another district per FRCrP:

    ___ 20   ___ 21   ___ 40

19. Determinations as to excludable time prior to filing indictment/information (explain):

    _____
    _____
    _____
    _____
    _____
    _____
    _____

20. Date: __12/6/89__          21. Signature _M. A. Medrano_
                                              Assistant U.S. Attorney

                                22. Print Name _M. Medrano_

CR 72 (02/89)                   CASE SUMMARY