DOJBR6096

1

2   EDWARD M. MEDVENE
    JAMES BLANCARTE
3   RONALD A. DiNICOLA
    KEVIN E. GAUT
4   MITCHELL, SILBERBERG & KNUPP
    11377 West Olympic Boulevard
5   Los Angeles, California 90064
    (213) 312-2000
6
    Attorneys for Ruben Zuno-Arce
7

8

9                    UNITED STATES DISTRICT COURT

10             FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

    UNITED STATES OF AMERICA,        )   CASE NO. CR 87-422(C) - ER
12                                    )
               Plaintiff,            )   DECLARATIONS AND EXHIBITS IN
13                                    )   SUPPORT OF MOTION IN OPPOSITION
        vs.                          )   TO DESIGNATION OF MATERIAL
14                                    )   WITNESS
    RAFAEL CARO-QUINTERO,            )
15  et al.,                          )   Date:   August 21, 1989
                                      )   Time:   1:30 p.m.
16             Defendants.           )   Place:  Courtroom 1
    ─────────────────────────────────)
17

18

19

20

21

22

23

24

25

26

27                        ENTERED ON COURTRAN

28                           AUG 3 0 1989

FILED
AUG 16 1989
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

564

ZDOJBR6096

TABLE OF
DECLARATIONS AND EXHIBITS

1. Declaration of Jeremiah Handy, Sworn August 15, 1989

2. Declaration of Able Villarreal, Sworn August 15, 1989

3. Declaration of Mrs. Maria Enriqueta Guitron Velasco, Sworn
   August 16, 1989

4. Declaration of Lic. Arturo Velazquez Lopez, Sworn August 16,
   1989

5. Declaration of Salvador Soto-Luna, Sworn August 16, 1989

6. Declaration of Jaime Flore, Sworn August 16, 1989

7. Declaration and Report on Police Record of the State of
   Jalisco State Attorney Generals Office for Mexico, Sworn
   August 15, 1989

8. Letter From Chief of Police, C. Paulino Canales Castellon,
   Chief of Police for Municipality of Moscato, Jalisco, Mexico

9. Letter From the Mayor of the Municipality of Moscato,
   Jalisco, Mexico, C.P.T. Hugo O. Montes Guzman

10. Declaration and Deed of Transfer of Property

11. Express News, San Antonio, Texas, August 15, 1989

i.

**EXHIBIT 1**

## DECLARATION OF JEREMIAH HANDY

I, Jeremiah Handy, the undersigned, hereby declare as follows:

1.    I am an attorney at law, duly licensed to practice in the State of Texas, being admitted to do so in 1965. I know all of the following facts of my own personal knowledge, and if called and sworn as a witness, could and would competently testify thereto.

2.    In 1966, I was appointed an Assistant United States District Attorney for the Western District of Texas. I later became the Chief of the Criminal Section of the United States Attorney's Office for the Western District, Texas. I held that position for approximately 10 years before becoming Chief of the Civil Section, for the Western District. I held the latter position from 1979 to 1982. I was later acting United States Attorney for Nevada. Since 1982, I have been in private practice in San Antonio, Texas. I have resided in San Antonio since 1966.

3.    I was introduced to Mr. Ruben Zuno-Arce through my friend, Abel Villereal, in approximately 1979. From approximately 1979 to 1983, Mr. Zuno-Arce resided in San Antonio. I met with him on a social basis while he resided in San Antonio and continued to do so after he stopped living in

1
2   San Antonio.  Over the past 10 years I have met with him
3   socially on more than 20 occasions.

4

5          4.    To the best of my knowledge, Mr. Zuno-Arce has
6   always traveled from Mexico to San Antonio by commercial
7   airliner.  To my knowledge, Mr. Zuno-Arce has always used that
8   name and has never tried to hide his true identity.

9

10         5.    To the best of my knowledge, when visiting
11  San Antonio, Mr. Zuno-Arce almost always stays at the residence
12  of Jesse Gonzalez, a Deputy County Clerk for County of Bexar,
13  Texas.  Mr. Gonzalez is well known in the San Antonio
14  community.  I know Mr. Gonzalez' reputation in San Antonio.  He
15  has a reputation for honesty and integrity.  In his position as
16  Deputy Clerk, Mr. Gonzalez is bonded and is responsible for the
17  financial affairs and financial well being of the County court
18  system.

19

20         6.    To the best of my knowledge Mr. Zuno-Arce has
21  never been involved in narcotics trafficking and I have heard
22  nothing to indicate otherwise.

23

24         7.    I acted as attorney for Mr. Zuno-Arce during the
25  removal hearing in San Antonio, Texas, held on Friday,
26  August 11, 1989.  While waiting for that hearing to commence, I
27  overheard Chief Inspector Garry Rennik of the Immigration and
28  Naturalization ("INA") tell a Drug Enforcement Adminstration

2

("DEA") agent that Mr. Zuno-Arce had visited the United States on at least 5 separate occasions in 1989 alone.  The DEA agent with whom Chief Inspector Rennick spoke had earlier been introduced to me, but I can no longer recall his name.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of August, 1989, at Los Angeles, California.

JEREMIAH HANDY

**EXHIBIT 2**

## DECLARATION OF ABEL VILLARREAL

I, ABEL VILLARREAL, hereby declare as follows:

1. I am, and for more than 30 years have been, a resident of San Antonio, Texas. For the past 30 years, I have been self-employed as a general contractor in San Antonio. I know all the following matters of my own personal knowledge and, if called and sworn as a witness, could and would competently testify thereto.

2. I have known Mr. Ruben Zuno-Arce for approximately 10 years. I first met Mr. Zuno-Arce in San Antonio in 1978 or 1979. From about 1978 to 1983, Mr. Zuno-Arce owned and resided in a San Antonio condominium. During that period, I regularly saw Mr. Zuno-Arce on a social basis and I frequently met him for dinner or lunch. On occasion, I was also entertained by Mr. Zuno-Arce at his San Antonio condominium. To the best of my knowledge, while living in San Antonio, Mr. Zuno-Arce was working with Morris Jaffey, a prominent San Antonio businessman.

3. Mr. Zuno-Arce sold his San Antonio condominium in about 1983. Since Mr. Zuno sold his San Antonio condominium, I estimate that Mr. Zuno-Arce has visited San Antonio on more than 10 occasions. On most of the occasions that Mr. Zuno-Arce has visited San Antonio, I have met with him for lunch, dinner or some other social occasion. Most of Mr. Zuno-Arce's visits have lasted at least a few days. I also visited Mr. Zuno-Arce at his

4

residence in Mascota, Jalisco shortly after he sold his San Antonio residence.

4.  To the best of my knowledge, Mr. Zuno-Arce has always travelled from Mexico to San Antonio by commercial airliner.  To the best of my knowledge, he has always travelled under and used only his own name and has never tried to hide his identity.

5.  To the best of my knowledge, since selling his condominium and while visiting San Antonio, Mr. Zuno-Arce has almost always stayed with Jesus Gonzalez.  Jesus Gonzalez is the Deputy County Clerk of Bexar County, Texas.  I know Mr. Gonzalez personally.  To my knowledge, he has lived in San Antonio for more than thirty years.  I am familiar with his reputation in San Antonio.  He has a reputation as a very honest man.

6.  To my knowledge, Mr. Zuno-Arce has never engaged, anywhere or at anytime, in any kind of illegal drug activity.  I have never heard anyone even suggest that Mr. Zuno has engaged in any kind of illegal drug activity.

I declare under the penalty of perjury that the foregoing is true and correct.  Executed this 15th day of August, 1989 at Los Angeles, California.

_____
ABEL VILLARREAL

5

**EXHIBIT 3**

1
2

### DECLARATION OF MARIA ENRIQUETA GUITRON VELASCO

3       I, Maria Enriqueta Guitron Velasco, hereby declare as
4   follows:
5
6       1.  I am, and for approximately 11 years have been,
7   married, to Ruben Zuno-Arce.  I know all the following facts of
8   my own personal knowledge and, if called and sworn as a witness,
9   could and would competently testify thereto.
10
11      2.  My husband is 59 years old.  We have two children,
12  a 6-year old boy and a 3-year old girl.
13
14      3.  During the early part of our marriage my husband
15  and I resided in Mexico and then from approximately 1978 until
16  1982 we resided in San Antonio, Texas.
17
18      4.  After leaving San Antonio, my husband and I went to
19  live with my mother in Mascota, Jalisco, Mexico.  We lived with
20  my mother while we were waiting for our house to be built.  After
21  living with my mother for approximately two years, we moved into
22  a new house on ranch property at the outskirts of Mascota.
23
24      5.  My husband is a legitimate, respected and
25  successful businessman involved in the lumber, agricultural and
26  automobile service station industries in the city of Mascota and
27  in the state of Jalisco, Mexico.  He grows mangos, guavas, corn,
28

1

1  cactus, and vegetables on our ranch.  He also purchases wood from
2  forests in Jalisco and manufactures wooden boxes used to crate
3  vegetables.  The crate manufacturing operation is located on our
4  ranch.  My husband uses the wooden boxes to crate the vegetables
5  he grows, and he also sells boxes to other local businesses.  In
6  addition my husband owns and manages an autobile service station
7  in Mascota, Jalisco, Mexico.

9  6.  Since our return to Mascota from our prior
10  residence in San Antonio, Texas, my husband and I have travelled
11  to the United States an average of at least one or two times a
12  year.  When we travel to the United States, we always bring my
13  children and my mother.  When travelling to the United States, we
14  go to San Antonio, where we have numerous friends and
15  acquaintences.

17  7.  Occasionally, my husband makes trips by himself to
18  the United States.  This year, he has made several trips to
19  San Antonio by himself.

21  8.  On August 11, my husband, my children and I were
22  making one of our regular visits to San Antonio, Texas.  My
23  husband was seized by federal agents and is still being detained.
24  He was then brought to Los Angeles.  I wish my husband to return
25  to my children and me to avoid further trauma to our family.  In
26  addition, it is clear to me that his businesses will suffer
27  irreparable harm from lack of management and direction if he is
28  not released soon.

2

ZDOJBR6099

9. I have 8 cousins and an aunt who live in the Central District which is part of this court's jurisdiction.

10. Neither my husband nor I have ever been involved directly or indirectly, in illegal drug activity of any kind whatsoever.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of August, 1989, at Los Angeles, California.

Maria Enriqueta Guitron Velasco

3
8

**EXHIBIT 4**

## DECLARTION OF LIC. ARTURO VELAZQUEZ LOPEZ

I, Lic. Arturo Velazquez Lopez, hereby declare as follows:

1. I know all the following facts of my own personal knowledge and, if called and sworn as a witness, could and would competently testify thereto.

2. I am a Mexican citizen and an attorney at law duly licensed to practice law in the Republic of Mexico.

3. I am a personal friend and professional colleague of Ruben Zuno-Arce. I have known Ruben Zuno-Arce for approximately 31 years. During that period of time I have acquired personal knowledge of the fact that, Mr. Zuno-Arce has been and continues to be a legitimate, respected and successful businessman in the lumber, agricultural and automobile service station industries in the city of Mascota and in the state of Jalisco, Mexico.

4. At no time during the 31 years I have known Ruben Zuno-Arco have I known him to be involved, directly or indirectly, in illegal drug or narcotics activities of any kind whatsoever.

1

9

9

1           I declare under penalty of perjury that the foregoing

2    is true and correct.  Executed this 16th day of August, 1989,

3    at Los Angeles, California.

4

5

6                                 LIC. ARTURO VELAZQUEZ LOPEZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 5**

1

## DECLARATION OF SALVADOR SOTO-LUNA

2

3

4      I, Salvador Soto-Luna, hereby declare as follows:

5

6      1.    I know all of the following facts of my own

7  personal knowledge and, if called and sworn as a witness, could

8  and would competently testify thereto.

9

10     2.    I am married to Lucia Soto who is a a cousin to

11  Mr. Ruben Zuno-Arce.  Lucia Soto and I were married approximately

12  5 years ago.  My wife and I own a house in Pomona, California.  I

13  have lived in the United States for approximately 19 years.  I am

14  a legal resident alien in possession of a "green card" entitling

15  me to live and work in the United States.

16

17     3.    During my 19 years in the United States, I lived

18  2 years in Los Angeles and the last 17 years in Pomona,

19  California.

20

21     4.    My wife and I have 4 children -- boys aged 18, 17

22  and 13 and a 10-year old girl.  All of our children are enrolled

23  in schools of the Pomona Unified School District were my family

24  and I maintain our permanent residence.

25

26     5.    I work as a foreman for Faberge, Inc., in Pomona,

27  California and I have a 19 year employment history with that

28  company.

1          6.   I estimate that the house that I own with my wife

2    in Pomona, California is worth approximately $90,000 to

3    $100,000.  There are first and second mortgages on the house in

4    the total amount of $32,000.  My wife and I are willing to make

5    all the equity in the house available as collateral on a bond for

6    the benefit Mr. Ruben Zuno-Arce.

7

8          I declare under penalty of perjury that the foregoing

9    is true and correct.  Executed this 16th day of August, 1989, at

10   Los Angeles, California.

11

12

13                          SALVADOR SOTO-LUNA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**EXHIBIT 6**

1 ## DECLARATION OF JAIME FLORES

2

3    I, Jaime Flores, hereby declare as follows:

4

5    1.    I know all the following facts of my own personal

6 knowledge and, if called and sworn as a witness, could and would

7 competently testify thereto.

8

9    2.    I am a cousin to Ruben Zuno-Arce. I have lived

10 in the United States for 13 years. I possess a "green card"

11 entitling me to live and work in the United States. I have been

12 married for 8 years. I have 5 children, ages 3, 11, 11, 12 and

13 13.

14

15    3.    I, along with Jose Huerta, own a house located at

16 3637 Athol Street, Baldwin Park, California. There are no

17 outstanding mortgages against the house. I estimate the value of

18 the house to be $130,000.

19

20    4.    I am employed as a construction worker for Marina

21 Construction, which has its headquarters in Irvine, California.

22

23    5.    I am willing to make all the equity in the house

24 available as collateral on a bond for the benefit of my cousin

25 Ruben Zuno-Arce. Mr. Huerta has told me he will consent to so

26 using the house.

27

28

1     I declare under penalty of perjury that the foregoing

2  is true and correct.  Executed this 16th day of August, 1989, at

3  Los Angeles, California.

4

5                                        _____

6                                              JAIME FLORES

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EXHIBIT 7**

UNITED MEXICAN STATES      )
STATE OF JALISCO           )
CITY OF GUADALAJARA        )  SS:
CONSULATE GENERAL OF THE   )
UNITED STATES OF AMERICA   )


I, _____Doreen T. Soler_____, _____ Consul of the
United States of America at Guadalajara, Jalisco, Mexico,
duly commissioned, and qualified, do hereby certify that
* * * * * * * * * Enrique Romero Gonzalez * * * * * * * * * * * *

whose true signature and official seal are, respectively
subscribed and affixed to the annexed document, was on the
_14th_ day of __August__, 19_89_, the date thereof, _____
Secretary General of the State of Jalisco, Mexico at Guadalajara.

_____

duly commissioned and qualified, to whose official acts
faith and credit are due.


IN WITNESS THEREOF I have hereunto set my hand and affixed
the seal of the Consulate General of the United States of
America at Guadalajara, Jalisco, Mexico, this _15th_ day of
__August__, 19_89_.


                              _Doreen T. Soler_
                              Consul of the United States
                                   of America


15

15

—— El C. Licenciado Enrique Romero González, Secretario General de
Gobierno, C E R T I F I C A : Que el C. LICENCIADO JUAN PEÑA RAZO,
es Sub–Procurador General de Justicia en el Estado, y son auténti——
cos la firma y el sello de autorizar que anteceden.

Guadalajara, Jal., Agosto 14 de 1989.

C. ENRIQUE ROMERO GONZALEZ.

Se pago el derecho correspondiente según recibo Oficial
No. N. 4784802-4 de Agosto 14 de 1989.

16

16



# PROCURADURIA GENERAL DE JUSTICIA DEL ESTADO DE JALISCO



*DIRECCION GENERAL DE SERVICIOS PERICIALES.*

OFICIO: 5703/89.

ASUNTO: SE INFORMA SOBRE ANTECEDENTES.

HONORABLE EDWARD RASEEVIE
UNITED STATES DISTRICT JUDCE
CENTRAL DISTRICT OF CALIFORNIA
P R E S E N T E :

Por este conducto nos dirigimos a Usted - para hacer de su conocimiento, que de acuerdo con la peti ción hecha por el C. LIC. VICENTE ZUNO ARCE, hacemos cons tar que el C. LIC. RUBEN ZUNO ARCE, con domicilio en el - Rancho la Jolla Municipio de Mascota, Jalisco, no cuenta- ni registra Antecedente Penal alguno en los Archivos de - esta Procuraduría General de Justicia en el Estado de Ja- lisco.

Lo anterior para su conocimiento y efec--- tos legales procedentes.

A T E N T A M E N T E
"SUFRAGIO EFECTIVO. NO REELECCION"
Guadalajara, Jalisco 14 de Agosto de 1989.
EL DIRECTOR GENERAL DE SERVICIOS PERICIALES

LIC. DANIEL FUENTES BEJARANO.

DIRECCION GENERAL DE
SERVICIOS PERICIALES

C E R T I F I C O.
C. SUB-PROCURADOR GENERAL DE JUSTICIA EN EL EDO. JALISCO.

LIC. JUAN PEÑA RAZO.

American Consulate General
Guadalajara, Jalisco México

1 7

F-PG-1

UNITED MEXICAN STATES    )
STATE OF JALISCO    )
CITY OF GUADALAJARA    ) SS:
CONSULATE GENERAL OF THE    )
UNITED STATES OF AMERICA    )


I, _____ John M. Finkbeiner, Jr. _____ Vice Consul of the
United States of America at Guadalajara, Jalisco, Mexico, duly commissioned
and qualified, do hereby certify that Fernando Alvarez Juarez, whose true
signature and official seal are, respectively, subscribed and affixed to
the annexed document, was on the ___15th___ day of ___August___ 1989,
the date thereof, translator at Guadalajara, Jalisco, Mexico.

For the contents of the foregoing document I assume no responsibility.


IN WITNESS WHEREOF I have hereunto set my hand and affixed the seal of the
Consulate General of the United States of America at Guadalajara, Jalisco,
Mexico, this _15th_ day of ___August_____, 19 89 .


_____
Vice Consul of the United
States of America

Guadalajara, Jalisco
August 15, 1989

This is a true and exact translation of a no criminal record
letter issued by the Attorney General's Office in the State
of Jalisco on behalf of LIC. RUBEN ZUNO ARCE, which to the
letter reads as follows:

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*

On the top margin a coat of arms and a letterhead which read:

"United Mexican States.- EXECUTIVE BRANCH OF THE STATE

GOVERNMENT."

STATE OF JALISCO STATE ATTORNEY GENERAL'S OFFICE.- Ge-

neral Director of Investigation Services.

The body of the No Criminal Record Letter reads: - - - - - -

Notification No. 5703/89
Subject:  REPORT ON POLICE RECORD

HONORABLE EDWARD RASEEVIE
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

E S Q U I R E :

We are hereby addressing your lordship to duly inform

you that in accordance and pursuant to the petition made by

LIC. RUBEN ZUNO ARCE, currently domiciled at Rancho La Jolla,

County of Mascota, State of Jalisco, he has no criminal re-

cord on file in the archives of this Attorney General's Of-

fice for the State of Jalisco.

The foregoing statement for your information and for

whatever legal effects which may apply.

19

TRADUCCIONES PROFESIONA
Fernando Alvarez Juárez
TRADUCTOR
López COTILLA No. 1371-1 — TEL. 253441
Registro Federal de Causantes
GUADALAJARA  JALISCO, MEXICO

R E S P E C T F U L L Y,

"EFFECTIVE SUFFRAGE-NO REELECTION"
Guadalajara, Jalisco; August 14, 1989
THE GENERAL DIRECTOR OF INVESTIGATION SERVICES

An Illegible Signature
LIC. DANIEL FUENTES BEJARANO

I DO SO CERTIFY:
C. ASSISTANT ATTORNEY GENERAL FOR THE STATE OF JALISCO

An Illegible Signature
LIC. JUAN PENA RAZO

A stamped seal of office which reads: - - - - - - - - - - - -

"United Mexican States.- STATE ATTORNEY GENERAL'S OFFICE.-

   JALISCO.- DIRECTOR GENERAL OF INVESTIGATION SERVICES."

A second stamped seal of office which reads:

"United Mexican States.- STATE ATTORNEY GENERAL'S OFFICE.-"

On the back of the instrument the following certification:

--- The C. licenciate Enrique Romero Gonzalez, Secretary Ge-
neral of Government, C E R T I F I E S :  That C. LICENCIATE
JUAN PENA RAZO, is the Assistant State Attorney General for
the State of Jalisco, and that the foregoing signature and
seal of office are both authentic.

                Guadalajara, Jal., August 14, 1989

                    An Illegible Signature
                 LIC. ENRIQUE ROMERO GONZALEZ

Payment of corresponding fees executed as per official
receipt No. N-4784802-4 dated August 14, 1989

A stamped seal of office which reads: - - - - - - - - - - - -

20

"United Mexican States.- STATE EXECUTIVE BRANCH OF GOVERN-

MENT.- JALISCO.-"

♣   ♣   ♣   ♣   ✱   ✱   ✱   ✱   ♣   ✱   ♣

Translated in the city of Guadalajara, Jalisco, Mexico, on

August 15, 1989 by the authorized translator, Fernando --

Alvarez Juarez.  We assume no responsibility whatsoever for

the contents, origin, nor validity of the translated document

TRADUCCIONES PROFESIONALES
Fernando Alvarez Juárez
TRADUCTOR  AUTORIZADO
LOPEZ COTILLA No. 1279.1 — TEL, 26-31-04
Registro Federal de Causantes UOVF-481828-001
GUADALAJARA, JALISCO, MEXICO.

21

21

**EXHIBIT 8**



PRESIDENCIA MUNICIPAL
DE
MASCOTA, JAL.
TEL. 91-338-6-00-52
COD. POST. 46900

| DEPENDENCIA | COMANDANCIA |
| | DE POLICIA |
| NUM. DE OFICIO | 1761 |
| EXPEDIENTE | 09/989 |

ASUNTO: Certificación Carta de Policía.

A QUIEN CORRESPONDA.

C. PAULINO CANALES CASTELLON, Comandante en funciones de la Policía Municipal, que suscribe.,

C E R T I F I C A

Que el C. LIC. RUBEN ZUNO ARCE, quien es Vecino del Rancho "La Jolla" de este Municipio de Mascota, Jalisco, cuya fotografía aparece al margen es - persona que ha observado buena conducta por lo que en el Archivo de esta Comandancia no tiene antecedentes penales.

SE extiende la presente constancia en la Ciudad de Mascota, Jalisco, para los fines legales correspondientes a los doce días del Mes de Agosto de - Mil Novecientos Ochenta y Nueve.





C.

22

{TRANSLATION}

AGENCY   <u>Police</u>
                  <u>Department</u>
DOCUMENT NO. <u>1761</u>
FILE <u>09/989</u>

SEAL:
MUNICIPAL PRESIDENCY
        OF
MASCOTA, JAL.
TEL. 91-338-6-0052
COD. POST. 46900

SUBJECT: POLICE LETTER
              CERTIFICATION

TO WHOM IT MAY CONCERN.

C. PAULINO CANALES CASTELLON, the undersigned Chief of the
Municipal Police,

CERTIFIES:

That the Licentiate Ruben Zuno Arce, who is a resident of the "La
Jolla" Ranch of this Municipality of Mascota, Jalisco, whose
photograph appears at the margin, is a person who has observed
good conduct, therefore, has no criminal priors in this
Department.

This certification is issued in the city of Mascota, Jalisco, for
its corresponding legal purposes on the twelfth day of the month
of August of nineteen hundred and eighty-nine.


{Illegible Signature}
C. Paulino -Illegible-

SEALS:
At the left margin:
A black square.  Partially overimposing a round "-Illegible-
-Police-(?) Mascota, Jal."
At the lower right margin:
A round seal partially overimposing the signature.
The seal reads:
"-Illegible- of -Police-(?) Mascota, Jal."

23

23

# BiLingual Services

DECLARATION OF INTERPRETER/TRANSLATOR

I, the undersigned, state:  I am an official interpreter and
translator for the Superior Court in and for the County of Los
Angeles, State of California:  I am familiar with the English and
Spanish languages;  I have translated the attached documents from
Spanish to English and the foregoing is a true and correct
translation of said document.

I certify (or declare) under penalty of perjury, that the
foregoing is true and correct.

Executed on _8-16-89_  at Long Beach, California.

HORTENSIA M. **TORRES - COMAS**
Certified Interpreter
State of California
County of Los Angeles

Signature

**EXHIBIT 9**



| DEPENDENCIA | PRESIDENCIA |
| | MUNICIPAL |
| NUM. DE OFICIO | 1760 |
| EXPEDIENTE | 227989 |

PRESIDENCIA MUNICIPAL
DE
MASCOTA, JAL.
TEL. 91-338-6-00-52
COD.POST.46900

ASUNTO: ACREDITACION DE PERSONALIDAD.

A QUIEN CORRESPONDA.

C.P.T. HUGO O. MONTES GUZMAN, Presidente Municipal de este Municipio que suscribe.,

H A C E    C O N S T A R:



Que el C. LIC. RUBEN ZUNO ARCE, es Vecino de esta Ciudad de Mascota, Jalisco y su domicilio particular es domicilio conocido Rancho "La Jolla" de este Municipio de Mascota, persona honorable en todos sus conceptos; en virtud de que es Profesionista, Industrial, Agricultor y Ganadero. Cuya Fotografía se encuentra al margen.

Además el LIC. RUBEN ZUNO ARCE es el presidente del Consejo de Colaboración Municipal de este Municipio de Mascota, Jalisco y es miembro del Comité-ADEFAR; persona que ha atacado abiertamente la drogadicción y el narcotráfico en esta Población..

Para los fines legales correspondientes se extiende la presente en la Ciudad de Mascota, Jalisco a los doce días del Mes de Agosto de Mil Novecientos Ochenta y Nueve.



P.T. HUGO O. MONTES GUZMAN.

25

{TRANSLATION}

AGENCY   <u>Municipal</u>
<u>Presidency</u>
DOCUMENT NO. <u>1760</u>
FILE  <u>22/7989</u>

SEAL:
MUNICIPAL PRESIDENCY
OF
MASCOTA, JAL.
TEL. 91-338-6-0052
COD. POST. 46900

SUBJECT: CHARACTER REFERENCE

TO WHOM IT MAY CONCERN.

C.P.T. Hugo O. Montes Guzman, the undersigned Municipal President
of this Municipality,

### CERTIFIES

That the Licentiate Ruben Zuno Arce is a resident of this City of
Mascota, Jalisco and his private residence is known as "La Jolla"
Ranch of this Municipality of Mascota, an honest person in every
respect; in virtue of his being a professional, a business person,
a farmer and cattle rancher.  Whose photograph appears at the
margin.

Further, Licentiate Ruben Zuno Arce is the president of the
Municipal Collaboration Council of this Municipality of Mascota,
Jalisco and is a member of the ADEFAR Committee; a person who has
openly attacked drug addiction and drug trafficking in this town.

For its corresponding legal purposes, this (document) is issued in
the City of Mascota, Jalisco on the twelfth day of August,
nineteen hundred and eighty-nine.

{Illegible Signature}
-C.P.-(?) T. Hugo O. Montes Guzman

SEALS:
A round seal partially overimposing
the signature over, which reads:
"Municipal Presidency, Mascota, Jal."
At left margin:
A black square.  Partially overimposing a round "-Illegible-
-Police-(?) Mascota, Jal."

$2\wp$

$26$

# BiLingual Services

DECLARATION OF INTERPRETER/TRANSLATOR

I, the undersigned, state:  I am an official interpreter and translator for the Superior Court in and for the County of Los Angeles, State of California:  I am familiar with the English and Spanish languages;  I have translated the attached documents from Spanish to English and the foregoing is a true and correct translation of said document.

I certify (or declare) under penalty of perjury, that the foregoing is true and correct.

Executed on  _8-16-89_  at Long Beach, California.

HORTENSIA M. TORRES - COMAS
Certified Interpreter
State of California
County of Los Angeles

_[signature]_

Signature

2060 Cedar Avenue, Long Beach 90806                                                     (213) 436-6234

1888 Century Park East, Suite #10, Los Angeles, California 90067          27          (213) 556-0446

27

**EXHIBIT 10**

Con las constancias que presento, extendidas por el
Juez Tercero de Distrito en Materia Penal en el Esta
do de Jalisco, queda plena y legalmente probado:
QUE VENDI a RUBEN SANCHEZ BARBA, para la sociedad legal
que tiene constituida con MARIA DORA GONZALEZ DE BARBA,
los lotes de terreno 12, 13 y 14 sobre los cuáles esté
construida la casa número 580 de la calle de Tormenta
en Guadalajara, Jalisco, venta que hice el dia 11 on
ce de Enero de 1985.-
Presento copia certificada de dicha escritura.
Igualmente con las constancias que presento, debidamen
te certificadas, demuestro qué:
RUBEN SANCHEZ BARBA Y MARIA DORA GONZALEZ DE BARBA,-
(esposa de Rubén Sánchez Barba), han confesado ante
el Juez III de Distrito Penal en Guadalajera, Jalisco,
qué ELLOS SON LOS DUEÑOS DEL CITADO INMUEBLES desde-
11 once de Enero de 1985.-
Demuestro en consecuencia con tales documentos que
vendí la casa y terrenos descritos en tal escritura
de compra-venta a las personas que se citan, quienes
reconocieron ante autoridades federales de México-
que ellos, son los propietarios de tal inmueble.-

{TRANSLATION}

With the evidence I present, issued by the Third Distric Judge in
Criminal Matters in the State of Jalisco, it is fully and legally
proven:

That I sold to Ruben Sánchez Barta, for the benefit of the
corporation which he is jointly involved with Maria Dora Gonzalez
de Barta, lots 12, 13 and 14, over which the house number 580 on
Tormenta Street in Guadalajara, Jalisco, is constructed.   Sale
made by me on the 11th of January of 1985.

I introduce into evidence a certified copy of said Deed.   At the
same time that I present this evidence, duly certified, I show
that:

Ruben Sánchez Barta and Maria Dora Gonzalez de Barta, (wife of
Ruben Sánchez Barta), have acknowledged in front of The Third
Distric Judge, in Criminal Matters in Guadalajara, Jalisco, that
they are owners of the afore mentioned property since the 11th of
January of 1985.

Consequently, I show by means of such documents that I sold the
house and lots described in said sale transaction Deed to the
persons herein mentioned, who have acknowledged to the Federal
authorities of Mexico that they are in fact, the owners of said
property.

29

29

# BiLingual Services

DECLARATION OF INTERPRETER/TRANSLATOR

I, the undersigned, state:  I am an official interpreter and translator for the Superior Court in and for the County of Los Angeles, State of California:  I am familiar with the English and Spanish languages;  I have translated the attached documents from Spanish to English and the foregoing is a true and correct translation of said document.

I certify (or declare) under penalty of perjury, that the foregoing is true and correct.

Executed on _8-16-89_ at Long Beach, California.

HORTENSIA M. TORRES - COMAS
Certified Interpreter
State of California
County of Los Angeles

_[signature]_
Signature

2060 Cedar Avenue, Long Beach  90806                                    (213) 436-6234

1888 Century Park East, Suite #10, Los Angeles, California  90067        (213) 556-0446

30

30

Lic. Francisco Márquez Hernández

NUMERO 539 Notario Público No.

En Ameca, Jalisco, a los 11 once días del mes de Enero de 1985 mil novecientos ochenta y cinco, ante mí, Licenciado FRANCISCO MARQUEZ HERNANDEZ, Notario Público Número 1 Uno de ésta Municipalidad, comparecieron, por una parte el señor Licenciado RUBEN ZUNO ARCE; y por la otra el señor RUBEN SANCHEZ BARBA, a quienes doy fé de conocer, conceptuándolos con capacidad contractual, manifestándo estar al corriente del pago del impuesto sobre la Renta y sin adeudar ningún impuesto al acto dijeron: Que han celebrado un contrato de COMPRA-VENTA, mismo que sujetan bajo las siguientes: - - - - - - - - - - - - - - - -

- - - - - - - - C L A U S U L A S : - - - - - - - -

PRIMERA.- El señor Licenciado RUBEN ZUNO ARCE por su propio derecho V E N D E y el señor RUBEN SANCHEZ BARBA, C O M P R A, para la Sociedad Legal de su Matrimonio Civil con la señora María Dora González de Sánchez, libre de gravamen y al corriente del Impuesto Predial, obligándose el vendedor a favor del comprador al saneamiento para el caso de evicción, UNA FRACCION DEL INMUEBLE formado por los lotes 13 doce, 13 trece y 14 catorce y lo so ellos construido, ubicados en la Manzana 34 treinta y cuatro, de la Calle Tormenta, marcado con el número 580 quinientos ochenta, en la Zapatería antes de la Compañía Sud-Pacífico, situada al Sur-Oeste de la ciudad de Guadalajara, Jalisco, dentro del Municipio de Zapopan, Jalisco, con las siguientes colindancias: - NORTE 39.33 treinta y nueve metros con treinta y tres centímetros con la señora Doña Carmen Arce Viuda de Zuno; SUR 39.33 treinta y nueve -

treinta y tres centimetros con los señores Luis y Manuel Gasper Riendal ORIENTE 29.50 veintinueve metros con cincuenta centimetros con la calle de su ubicación, antes Zacatecas y PONIENTE 22.50 Veintidos me-

31



2.-

──a, Testimonio que acompaña para su incorporación conjuntamente.─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─ ─

──TERCERA.─ El precio valor de la operación, se fijó en la cantidad de $.755,520.00 SETECIENTOS CIN── CUENTA Y CINCO MIL QUINIENTOS VEINTE PESOS, MONEDA ─ NACIONAL, valor que la parte vendedora confiesa ha── ber recibido de la parte compradora a su entera sa── tisfacción con anterioridad a éste acto.─ ─ ─ ─ ─

────CUARTA.─ Manifiestan las partes, que en la pre── sente operación no existe error, lesión, ni enrique── cimiento ilegítimo y que si por inexacta apreciación la hubiere, renuncian expresamente al beneficio reci proco y a la acción de nulidad que por ésta concept establecen los artículos 2149 dos mil ciento cuaren── ta y nueve, 2151 dos mil ciento cincuenta y uno y re lativos del Código Civil del Estado.─ ─ ─ ─ ─ ─

────QUINTA.─ Los gastos que origina la Escritura y su legalización serán por cuenta de la parte compr

─ ─ ─ ─ ─ YO EL NOTARIO, HAGO CONSTAR: ─ ─ ─ ─ ─

──a).─ Que los otorgantes bajo protesta legal de decir verdad manifestaron ser: Mexicanos, nacidos el 10 diez de Julio de 1930 mil novecientos treinta en la ciudad de Guadalajara, Jalisco, 1 primero de Mayo de 1925 mil novecientos veinticinco en Tepatitlán, Jalisco, divorciado y casado, Licenciado en Economía y Médico de Profesión, con domicilio en la calle Lo pe de Vega 881 ochocientos ochenta y uno y finca ─── 3,216 tres mil doscientos dieciseis de la calle Va── llarta de la ciudad de Guadalajara, Jalisco, y tran── sitoriamente en ésta ciudad.─ ─ ─ ─ ─ ─ ─

────b).─ Que las partes me manifestaron que el inmu ble no se encuentra afectado por declaratoria algun

de las relativas de a Ley General de Asentamientos
Humanos ni al correspondiente del Estado de Jalisco;
c).- Que en cuanto al impuesto al VALOR AGREGADO,

32

tros con cincuenta centímetros con propiedad de la

señora Doña Carmen Arce Viuda de Zuno, con una super

ficie de 884.71 OCHOCIENTOS OCHENTA Y CUATRO METROS

SETENTA Y UN CENTÍMETROS CUADRADOS.

----Para mayor identificación del inmueble, las par-

tes me exhibieron planos, agregando un ejemplar al

libro de Documentos de éste Tomo.-------------------

----SEGUNDA.- El inmueble lo adquirió el Vendedor en

Escritura Pública Número 2,643 dos mil seiscientos

cuarenta y tres de fecha 31 treinta y uno de Julio

de 1976 mil novecientos setenta y seis, ante la fe

del Notario Público Suplente Número 1 Uno de la Muni

cipalidad de Guadalajara, Jalisco, Licenciado Pastor

Padilla Padilla, otorgada por los esposos Luis Gas-

par Rianda y María Cristina Silva Castillo ..., por

Manuel Gaspar Rianda y Olga Gallardo de Gaspar ...

ra, Joaquín Francisco, José Antonio, María del Rosa-

rio, María Luisa, Rodolfo Felipe, Anastacio y María

del Carmen de apellidos Gaspar Echegaray ... María

Echegaray Viuda de Gaspar ..., por ... en representa...

de las 3 tres últimas inscrita bajo el número 160

ciento sesenta, página 209 doscientos nueve del Lia-

bro 1,630 mil seiscientos treinta de la Sección Pri

mera, de la Segunda Oficina, número de orden 147,061

ciento cuarenta y siete mil sesenta y uno del Regis-

tro Público de la Propiedad de este ... Ciudad ...

... el vendedor tener Licenciado Juán Zuno

el inmueble que se enajena en Escritura Pública 537

quinientos treinta y siete, otorgada ante el suscri-

te Notario, y que contiene la protocolización de la

liquidación de su Sociedad Legal de su Matrimonio,

de conformidad al convenio celebrado dentro del Jui-

dio de Divorcio por Mutuo Consentimiento, tramitado-
ante el Juzgado Octavo de lo Civil de la ciudad de -
Guadalajara, Jalisco, bajo expediente 4636/77 cuatro
mil quinientos treinta y seis diagonal setenta y --

33

bajo la protesta de decir verdad, manifiesta el compra-
dor, que el inmueble se seguirá usando para casa-ha-
bitación, por lo que considera no estar en el caso
de pagar dicho tributo.- En atención a lo anterior y
advertido que de no ser así, el impuesto en cuestión
deberá trasladarse al adquirente por separado, del -
valor bien, materia de éste instrumento.- El suscri-
to Notario se abstiene de toda retención, cálculo y-
entero al respecto.- - - - - - - - - - - - - - - -
- - - d).- Bajo protesta legal de decir verdad, mani- -
fiesta el comprador, que el inmueble no colinda con-
otro que haya adquirido en los últimos 24 veinticua-
tro meses, solicitando se aplique a su favor el to- -
tal de la reducción que le concede la Ley del Impues
to Sobre Adquisición de Inmuebles.- - - - - - - - - -
- - - Que se tomaron los datos del Título de Propiedad,
Deslinde Catastral, Avalúo Bancario, Constancia de -
no Adeudo de la Cuenta 71,443 setenta y un mil cua-
trocientos cuarenta y tres del Sector Urbano, los --
que doy fé tener a la vista.- - - - - - - - - - - -
- - - L E Í D A , por Mí, el Notario, en alta voz ín-
te instrumento, he impuesto a los otorgantes de las-
consecuencias legales traslativas de dominio que pro
ducirá la Escritura y necesidad de su registro la --
firman en punto de las 17.00 diecisiete horas del --
mismo día de su otorgamiento.- Firmado.- Rúbrica ile
gible.- Firmado.- R. Sánchez B.- Firmado.- Licencia-
do Francisco Márquez Hernández.- Rúbrica ilegible.-
El Sello de Autorizar.- - - - - - - - - - - - - - -
- - - - - - NOTA MARGINAL DEL PROTOCOLO: - - - - - -
- - - Bajo los números del 682 seiscientos ochenta y -
dos al 687 seiscientos ochenta y siete, agrego al Li
bro de Documentos de éste Tomo: Aviso al Archivo de-

Instrumentos Públicos, Preventivo, Transmisión de Do
minio evento del pago del Impuesto al Fisco del Esta
do, acompañado del plano, Avalúo Bancario y Aviso al

34



Lic. Francisco Márquez Hernández
Notario Público No. 1
Ameca, Jal., México

3.-

Fisco federal exento del pago del Impuesto.- Ameca
Jalisco, Abril 19 diecinueve de 1985 mil novecientos
ochenta y cinco.- Firmado.- Licenciado Francisco Már
quez Hernández.- Rúbrica ilegible.- El Sello de Auto
rizar.- - - - - - - - - - - - - - - - - - - - - - -
- - - - - NOTA DEL IMPUESTO SOBRE LA RENTA - - - - -
----No se insertó la NOTA, en virtud de acompañarse-
copia autorizada de la misma, exento del pago del Im
puesto.- - - - - - - - - - - - - - - - - - - - - - -
----SE SACÓ DE SU MATRIZ ESTE PRIMER TESTIMONIO PARA
SUS USOS LEGALES A FAVOR DE LA PARTE COMPRADORA, SE-
ÑOR RUBEN SANCHEZ GARBA; VA EN 3 (TRES) FOJAS UTILES
DEBIDAMENTE COTEJADAS Y CORREGIDAS DE LO CUAL DOY FE.
----AMECA, JALISCO, ABRIL 19 DIECINUEVE DE 1985 MIL-
NOVECIENTOS OCHENTA Y CINCO.- - - - - - - - - - - - -

{TRANSLATION}

LIC. FRANCISCO MARQUEZ HERNANDEZ
NOTARY PUBLIC NO.I

---Number 539 - Five Hundred and Thirty Nine -
---In Amoca, Jalisco, on the 11 eleventh day of the month of
January of 1985, nineteen hundred and eighty-five, Licentiate
Francisco Márquez Hernández, Notary Public Number 1, one, of this
Municipality, appeared before me, For one party Mr. Licentiate
Ruben Zuno Arce, and for the other, Mr. Ruben Sánchez Barba, whom
I attest knowing, and consider to have good contractual capacity,
stating to be current with their Income Tax payments and without
showing me at present, stated on the record that they have entered
into a sale transaction contract, which is subject to the
following:

- - - - - - - - - - - - C L A U S E S - - - - - - - - - - - - - - - - -

---Firstly- Licentiate, Ruben Zuno Arce, on his own behalf, sells,
and Mr. Ruben Sanchez Barba, buys, for the legal partnership of
his civil marriage to Mrs. Dora Gonzalez de Sanchez, presently
free of liens, up to date with land taxes, commiting the seller to
indemnify the buyer against eviction, a fraction of the real
property, composed of lots 12, twelve, 13, thirteen, and 14,
fourteen and (illegible) they constructed, located on block 34
(thirty-four) of Tormenta Street, numbered 580 five hundred and
eighty, Zacatecas Street and prior, to the Sud-Pacifica Colony,
situated to the south-west of the City of Guadalajara, Jalisco,
withing the Municipality of (illegible) Jalisco, with the
following borders:

North: 39.33 thirty-nine meters and thirty-three centimeters with
Mrs. Carmen Arce, Zuno's widow; South: 39.33 thirty-nine meters
and thirty-three centimeters with Mr. Luis and Mr. Manuel Gaspar
Rienda; East: 29.50 twenty-nine meters and fifty centimeters with
the street of its location, before Zacatecas and West, 22.50
twenty-two meters and fifty centimeters with the property with
Mrs. Carmen Arce, Zuno's widow, with an area of 884.71, eight
hundred and eithty-four square meters and seventy-one square
centimeters.

---For better identification of the real property, the parties
presented me with plans, and a copy was added to the Book of
Documents of this Volume,---

36

*36*

-Second.- The real property was acquired by the seller in the
Public Deed Number 2,643, two-thousand six-hundred and
fourty-three, dated 31, thirty-first of July of 1976, nineteen
hundred and seventy-six, before the attestment of substitute
Notary Public Number 1, one, of the Municipality of Guadalajara,
Jalisco, Licentiate Pastor Padilla Padilla, granted by the spouses
Luis Gaspar Rianda and Maria Cristina Silva Castillo of
-Illegible- Manuel Gaspar Rianda and Olga Gallardo de -Illegible-
Aurora, Joaquin Francisco, Jose Antonio, Maria del Rosario, Maria
Luisa, Rodolfo, Felipe, Ana Rocio, Maria del Carmen with the last
names Gaspar Echegaray; -Illegible- Echegaray, widow of Gaspar and
representing the last three; registered under number 160, one
hundred and sixty, page 209, two-hundred and nine of the book
1,630, one thousand, six hundred and thirty of the First Section,
of the Second Office, order number 147,061, one hundred and
forty-seven thousand and sixty-one of the Property Registrar's
Office of that city, -Illegible- the seller, Licentiate Ruben Zuno
Arce, the real property that -Illegible- in public Deed 537, five
hundred and thirty-seven, granted before the uncersigned Notary,
which contains the recording of the protocol of the dissolution of
his marriage partnership, in accordance with the agreement
celebrated during the Divorce proceedings by Mutual Agreement,
performed before the Eighth Court of Civil Matters of the City of
Guadalajara, Jalisco, under File 4636/77 four thousand six-hundred
and thirty-six, slash, seventy seven.

SEALS and MARKINGS:
First page:
At the left margin:  A round seal which reads:
"-Illegible- MARQUEZ HERNANDEZ
NOTARY PUBLIC
AMECA, JAL.
UNITED MEXICAN STATES."

PARTIAL SEAL: ILLEGIBLE:
Rubrics

OVER THE BODY OF THE DOCUMENT:
Rubrics

37

37

NOTARY PUBLIC NUMBER 1
-ILLEGIBLE- JAL. -ILLEGIBLE-


Accompanying statement to be jointly incorporated------------
---Third--- the value priced for the operation was set in the
amount of $755, 520.00 Seven hundred and fifty-five thousand,
five-hundred and twenty, national money, value which the selling
party acknowledges having received from the buying party to his
full and complete satisfaction prior to this proceedings.-----
---Fourth--- Both parties manifest that in the present operation
there are no errors, injury, or illegal profits and if there were,
inexact appreciation, they renounce expressly to the mutual
benefit, and to the nullity that these terms established in
articles 2149 two-thousand and one-hundred and fifty-one and
(illegible) of the Civil Code of the state.--------------------
---Fifth---the expenses which arise from this Deed and its
legalization will be at the expense of the buyer.--------------

- - - - - - - - - I, THE NOTARY, CERTIFY - - - - - - - - - - - - - -
---(a)-That the issuers, under oath, stated being Mexicans, born
on the 10 tenth of July of 1930 nineteen hundred and thirty in the
city of Guadalajara, Jalisco, 1, first of May of 1925 nineteen
hundred and twenty five in Tepatitlán, Jalisco, divorced and
married, Licentiate in Economics and a Medical Doctor by
profession with address on Lope de Vega Street 881 eight-hundred
and eighty-one, rural property 3,216 three-thousand two-hundred
and sixteen on Vallarta Street of the city of Guadalajara, Jalisco
and a transient in this city------------------------------------
---(b) that the parties stated that the real property has not been
affected by the provisions of the General Settlement Laws, or by
the State of Jalisco.-------------------------------------------
---(c) with respect to the Aggregate Value, (Illegible) to tell
the truth, states to the buyer, that the real property will
continue to be used for personal dwelling which is not considered
to be (illegible) in the case of paying said tax.  With respect to
the previously mentioned and informed, in the case of if not being
so, the tax in question will be transferred to the buyer
separately (from the value, regarding this matter).  The
(illegible) Notary abstains from all amounts withheld, estimate
and whole.-----------------------------------------------------
---d--- Under oath, the buyer states that the property does not
border with another that he might have acquired in the last 24
twenty-four months, requesting that the reduction granted by the
Property Acquisition Tax Law, would be applied in his favour.----
----That the facts taken from the Title of Property (illegible),
Banking appraisal, Certificate of non-debt for account number
71,443 seventy-one thousand, four hundred and forty-three from the
Urban sector, which I attest having viewed.--------------------
HAVING READ IT, I, the Notary, by means of verbal expression, have
informed the issuers of the legal consequences of conveying
ownership which will be produced by the Deed, and of the need of
its registry, signed at 17.00 seventeen hundred hour of the same
day of its issuance.  Signed -Rubric, illegible. - Signed. - R.
Sanchez B. - signed Licentiate Francisco Vásquez Hernández.
-Rubrics, illegible- the authorizing seal ----------------
38
38

----------------MARGINAL NOTE OF PROTOCOL------------------

----Under the numbers from 682 six hundred and eighty-two, to 687
six hundred and eighty-seven, I add to the Book of Documents of
this Volume:  I notify the Public Document Files, preventive,
transfer of ownership exempted from paying National Treassury
Taxes, plans attached, Bank Appraisals, and Notification
                    LIC. FRANCISCO MARQUEZ HERNANDEZ
                        NOTARY PUBLIC NO. 1
                      -AMECA-(?) JAL., MEXICO

 3-   The National Treassury, exempted from paying the tax. -Amoca,
Jalisco, April 19 nineteen of 1985 nineteen hundred and
eighty-five. -Signed- Licentiate Francisco Márquez Hernández
-Rubrics illegible-
The Seal of Authorization ---------------------------------
- - - - - - - - NOTE ON THE PROPERTY TAX - - - - - - - - - - - - -
-----The note has not been inserted because - the authorized copy
of the same is attached, exempted from the payment of the
tax.---------------------------------------------------------
----THIS FIRST TESTIMONY HAS BEEN REMOVED FROM THE ORIGINAL
DOCUMENT TO BE USED FOR LEGAL PURPOSES IN FAVOR OF THE BUYER, MR.
RUBEN SANCHEZ BARBA, IT IS IN 3 (THREE) OFFICIAL PAGES, ADEQUATELY
CHECKED AND CORRECTED, TO WHICH I CERTIFY----- AMECA, JALISCO,
APRIL 19 NINETEEN, OF 1985, NINETEEN HUNDRED AND EIGHTY FIVE.-----

-Illegible-              BOTTOM RIGHT OF PAGE:
{Signature}              Seal of:  Francisco Vásquez Hernández
                                   Notary Public
                                   No. 1
                                   AMECA, JALISCO
                                   UNITED STATES OF MEXICO

39
39

# BiLingual Services

DECLARATION OF INTERPRETER/TRANSLATOR

I, the undersigned, state:  I am an official interpreter and translator for the Superior Court in and for the County of Los Angeles, State of California:  I am familiar with the English and Spanish languages;  I have translated the attached documents from Spanish to English and the foregoing is a true and correct translation of said document.

I certify (or declare) under penalty of perjury, that the foregoing is true and correct.

Executed on  *8-16-89*  at Long Beach, California.

**HORTENSIA M. TORRES - COMAS**
**Certified Interpreter**
**State of California**
**County of Los Angeles**

Signature

2060 Cedar Avenue, Long Beach  90806                                                    (213) 436-6234

1888 Century Park East, Suite #10, Los Angeles, California  90067                        (213) 556-0446

AUG 89 WE 15:30 TO:R... & K LIT & LAB   TEL NO:213 312 3787   #817 P10

## GOBIERNO DEL ESTADO DE JALISCO
### TESORERIA GENERAL
### DIRECCION DE CATASTRO
### AVISO DE TRANSMISIONES PATRIMONIALES

FOLIO No. 2598435

COMPROBANTE PROVISIONAL SUJETO A VERIFICACION

RECAUDADORA No. 1    MUNICIPIO Guadalajara, Jalisco.

NUMERO DE CUENTA 71,443

CLAVE CATASTRAL 04-629-02

F-90872

SI ACOMPAÑAN:

DESLINDES ☐    AVALUO BANCARIO ☒    '85 FEB 28 -8:50

CERTIFICADO DE NO ADEUDO ☒

NOMBRE DEL NOTARIO: LIC. FRANCISCO MARQUEZ HERNANDEZ

NATURALEZA DEL ACTO O CONCEPTO DE LA ADQUISICION: 1. COMPRA-VENTA.    NUMERO DEL NOTARIO 1

LUGAR Y FECHA DE OTORGAMIENTO: Amoca, Jalisco, Enero 11 de 1985.    ESCRITURA NUM. 539

TRANSMITENTE: Lic. RUBEN ZUNO ARCE
DOMICILIO: Lope de Vega 881 Fracc. Jardines del Bosque, Guad. Jal.
GENERALES: Mexicano, divorciado, Licenciado en Economia, mayor de

ADQUIRENTE: Doctor Rubén Sánchez Barba,
DOMICILIO: Av. Vallarta 3216 Guadalajara, Jalisco.
GENERALES: Nacido el 1 de Mayo de 1926 en Tepatitlán, Jal; cuando
de Profesión, Mayor de edad.

CLASIFICACION DEL INMUEBLE TRANSMITIDO    UB. ☒ CONST. ☒    BALDIO ☐    RUSTICO ☐

UBICACION, MEDIDAS Y LINDEROS. Una Fracción del Inmueble formado por los lotes 13 y 14 y lo en ellos construido, ubicados en la manzana 34 de la de Guad. Dentro del Mpio. de Zapopan, Jalisco, con las colindancias: NORTE 39.33 Mts con doña Carmen Arce Vda. de SUR 39.33 Mts con Luis y Ma del Gaspar Riando; ORIENTE 29.50 calle de su ubicación y PONIENTE 22.50 Mts con la señora Doña Vda. de Zuno con superficie de 884.71 m2.

PROCEDENCIA O ANTECEDENTES DE PROPIEDAD: El inmueble lo adquirió el vendedor escritura pública 537 de fecha 11-1-85 ante el suscrito Notario de Registro, consolidandose la totalidad del mismo, con motivo con su ex-esposa Ruth Moreno Rubino de Zuno. Juicio 4636/77. Juz. 8/o. Civ. esa ciudad.

LO TRANSMITIDO CONSTITUYE    FRACCION ☐    RESTO ☐    TOTALIDAD ☒    EN RELACION CON EL TITULO INMUEBLE

| VALORES | DE LA OPERACION | DE AVALUO | VALOR TRANSMIT... |
|---|---|---|---|
| FISCAL | $ 200,174.00 | $ 755,520.00 | $ 755,520.00 | $ 1'779,375 |

LIQUIDACION:

| | % | IMPORTE |
|---|---|---|
| IMPUESTO AL ESTADO AL | | |
| IMPUESTO AL MUNICIPIO: | | 0.00 |
| RECARGOS AL | | |
| MULTA | | |
| | TOTAL | 0.00 |

DISPOSICIONES APLICABLES EN CASO DE EXENCION    Artículo 115, 1 by 2 Hacienda Municipal

Amoca, a 11 de Enero

EN CASO DE ESCRITURA PRIVADA.

TRANSMITENTE    CONYUGE DEL TRANSMITENTE    EN CASO DE ESCRITURA PUB

EL NOTARIO

NOMBRE Y FIRMA    NOMBRE Y FIRMA



{TRANSLATION}

GOVERNMENT OF THE STATE OF JALISCO

        GENERAL TREASURY
        REAL ESTATE OWNERSHIP DEPARTMENT
        NOTICE OF PATRIMONIAL TRANSACTIONS
                        FOLIO NO. 28084-0-(?)
                        (Illegible)

                        Temporary Proof
                        Subject to Verification

-Illegible- No. 1
Account Number 71, 443
Cadastral Code 04-629-02           Municipality Guadalajara
                        Jalisco

                        {Handwritten F-90872}

Attached:

                        '85 Feb. 28-8 : 58

Delimitation____Banking AppraisalX__Certificate of non-debt____

Name of Notary:  Licentiate Francisco Marquez Hernandez
                 Number of Notary __1__

Nature of Act or Type of Acquisition:  Sales Transaction

Place and Date of Issuance:  -Amoce-(?) Jalisco,
                       January 11, 1985.

Transfering Party:  Licentiate Ruben Zuno Arce

Address:          Lope de Vega -881-(?)
                District   Jardines del Bosque,
                Guadalajara, Jalisco

General Information:  Mexican, divorced, with a degree in
                 Economics -adult-(?)

Adquiring Party:  Doctor Ruben Sanchez Barba.

Address:  Av. Vallarte 3216 Guadalajara, Jalisco

General Information:  Born May 1, 1925 in
                 -Illegible-  Jal.
                 -Illegible- of profession, Adult.

CLASSIFICATION OF THE TRANSFERRED PROPERTY:

-Illegible- x   Const. x   Empty (Lot) ___  Rustic (Rural)___

42

42

LOCATION, DIMENSIONS and BOUNDARIES:  A sector of the property
made up by lots 13 and 14 and that built on them, located on block
34 of Tormenta  580, previously Zacatecas, Sud-Pacifica Colony
located at the -illegible- of Guad. Jal. within the Municipality
of Zepopan, Jalisco, with the boundaries:  North 39.33 mts. with
Doña Carmen Arce, widow of (sic) South 39.33 mts. with Luis and
-Manuel-(?) Gaspar-Riande-(?), East 29.50 Street of its location
and West 22.50 mts. with Mrs. Doña -Illegible-Widow of Zuno, with
an area of 884.71 M2.

ORIGIN OR PRIORS REGARDING THE PROPERTY:  The real property was
acquired by the seller -illegible- Public deed 537 dated 11-1-85
before the undersigned No. -Illegible- of (the) Registry
consolidating its totality -illegible- of the Legal Partnership of
his Marriage and Divorce -illegible- with his ex-wife
Ruth-Moreno-(?) -Rubino-(?) de Zuno. -Illegible-.
4636/77- -8th-(?) Civ. Court (of) this City.

THE TRANSMITTED (PROBLEM) CONSTITUES

Fraction ____    Rest ____    Whole X

In relationship with the title -illegible-

Values

| FISCAL | OF THE OPERATION | OF THE APPRAISAL |
|---|---|---|
| $200,174.00 | $755,520.00 | $755,520.00 |

ILLEGIBLE VALUE
$1,779.375

|  | LIQUIDATION | AMOUNT |
|---|---|---|
| State Tax to the | % | $ |
| Taxes to the Municipality | % | $0.00 |
| Charges to the | | $ |
| Fine | | $0.00 |
| | TOTAL | |

{OVERIMPOSE & STAMPINGS:}

No- illegible - tax on Patrimonial Transfers for not exceeding the
-illesible- base of the value of five times the minimum general
salary calculated on a yearly basis according to Art. 115 of the
Law of -(illegible)- Municipal in the State.

Overimposed:
{Illegible Rubrics}

43

APPLICABLE PROVISIONS IN CASE OF EXEMPTION:

Article 115,  Municipal Finance Law.

-Illegible- on the 11 of January.

In case of private deed:

TRANSFERING PARTY                        SPOUSE OF TRANSFERING PARTY


_____            _____
Name and Signature                 Name and Signature

                    ACQUIRING PARTY

                              1985 {Handwritten}


              _____
              Name and Signature


{TO THE RIGHT OF THE ABOVE}

In case of -public-(?) deed:

The Notary:
{Rubrics}
      {Illegible}
      Francisco M. -Illegible-
      MAHP - 4106



         _____
         Name and Signature

Contributing (Party) Value $10.00

{Seals and Stamping}

At the left margin:

Vertical Stamping:

Note:  It is not - illegible - proof without the certification of
the -illegible- machine seal and authorizing signature.
Overimposed horizontal stamping:

At the right margin:
Illegible partial seal.


                    44
                    44

# BiLingual Services

DECLARATION OF INTERPRETER/TRANSLATOR

I, the undersigned, state:  I am an official interpreter and translator for the Superior Court in and for the County of Los Angeles, State of California:  I am familiar with the English and Spanish languages;  I have translated the attached documents from Spanish to English and the foregoing is a true and correct translation of said document.

I certify (or declare) under penalty of perjury, that the foregoing is true and correct.

Executed on _____ at Long Beach, California.

**HORTENSIA M. TORRES - COMAS**
Certified Interpreter
State of California
County of Los Angeles

_Signature_

2060 Cedar Avenue, Long Beach  90806                                            (213) 436-6234

1888 Century Park East, Suite #10, Los Angeles, California  90067               (213) 556-0446

45

**EXHIBIT 11**



**SUNDAY**

August 13, 1989
San Antonio, Texas

**FINAL**

**75¢**

San Antonio's quality newspaper—largest circulation in South Texas

# Zuno's hometown shocked by arrest

**By WILFREDO RAMIREZ**
Express-News Staff Writer

News of the arrest of Ruben Zuno Arce in San Antonio rocked the town of Mascota, Mexico, where he is a civic leader sought for favors by both friends and foes.

If Zuno, 59, is found guilty of drug dealing, as U.S. agents allege, he will be the Robin Hood of the western Sierra Madre.

The brother-in-law of former Mexican President Luis Echeverria Alvarez, son of a late governor of Jalisco state and a wealthy agribusinessman, Zuno has been able to get things accomplished without ever being elected to office.

He has built roads and schools and brought potable water to communities nestled in nooks and crannies of the mountainous region of Mascota, between Guadalajara and Puerto Vallarta. Many people say some of those projects were made with his own money, not government funds secured through his influence.

## Source of money

The question that seems to hit a raw nerve is where he gets the money to do all that.

His wife, Enriqueta Guitron de Zuno, during a brief telephone interview from Mascota, swore that "Ruben earned everything with the sweat of his forehead."

One of the town's cynics and skeptics quipped, "Gee, he must have a lot of sweat!"

But even City Councilman Ramon Heredia, whose opposition National Action Party (P.A.N.) could benefit politically from the downfall of a power broker loyal to the ruling party, said he was shocked and saddened by news of Zuno's arrest Wednesday outside a San Antonio grocery.

## Surveillance

Zuno had flown into town Wednesday to buy aircraft parts and raised a "red flag" in a government computer when he cleared the immigration desk.

He was allowed to pass, but was put under surveillance while the INS investigated why a computer registered Zuno as an "excludable alien"

46

San Antonio, August 13, 1989    F

# Zuno praised as civic leader by friends, family in Mexico



Ruben Zuno Arce remained in Medina County Jail in Hondo on Saturday.

**Continued from 1-A**

and a suspect in drug trafficking.

On Wednesday night, federal agents arrested him with a court order saying he is wanted as a witness in Los Angeles, where a trial is to begin next week against one of 10 suspects in the Rafael Caro Quintero gang.

Three gang members have been convicted in the 1985 kidnap and torture slaying of U.S. Drug Enforcement Administration agent Enrique Camarena Salazar.

A federal judge in San Antonio ordered that Zuno be taken there as a material witness to the crime.

Zuno remained in Medina County Jail in Hondo on Saturday awaiting his transfer.

No charges have been presented against him; still, he has been identified in DEA papers as having links to drug lords, which was sufficient for the Immigration and Naturalization Service to detain him.

"It was a total surprise. People are glued to their TV during the newscasts. He's a respected businessman here," Heredia said.

He acknowledged that a few people in town — he calls them rumormongers and ardidos (those burned with envy) — say the arrest only confirms that something strange was going on at the Zuno ranch, La Joya, and that they are not surprised that one more grower fell victim to what they call "the cancer," the temptation of growing marijuana in the rich and remote plains of the Sierra Madre.

"But I dare them to come forward and present evidence in a court of law. You have to understand that he has helped a lot of people, but in doing things, he had to undo others or step on people's toes," Heredia said.

"They say a small town is a big hell, so you'll find serpent tongues."



EXPRESS-NEWS GRAPHIC

Mascota is considered marijuana country. It's not only fertile, but also tucked away in the Sierras. The only road leading to it is so old and rocky that it is worse than a gravel road, said Hugo Montes Guzman, the municipal president, an office that combines the duties of city mayor and county judge.

Montes, speaking by phone from Mascota, also was shocked by news of Zuno's arrest, especially because the only concrete allegation aired so far against Zuno has to do with the house where Camarena died.

The allegation is that Zuno sold a house to the DEA agent's kidnappers and torture masters. The other allegation — that he may have visited the house and seen Camarena during the 36-hour torture — has yet to be documented in court.

The house, which had been the main residence of Zuno's father, the late Gov. Guadalupe Zuno Hernandez, was abandoned after the 1974 alleged kidnapping of the elder Zuno by the Communist League 23 of September.

The family, in a statement released Friday in Guadalajara, sticks by the story that the house was sold two years before the kidnapping. DEA documents say Zuno sold his fa-

ther's house three weeks before the kidnapping.

Meanwhile, Montes tells of several good deeds in Mascota credited to Zuno: the secondary school, the agricultural vocational school, the technical school, the water pipeline into town, land for the kindergarten and more.

Zuno is the appointed chairman of the county's Advisory Council on Community Improvements and a lead adviser to the regional committee of the ruling Revolutionary Institutional Party, Montes said.

"I'm in shock. How could they do this to him, one of Mascota's most civic-minded citizens?" Montes asked, crying foul, calumny and slander.

"If anything, he's the leader of the anti-narcotic effort here," he added, citing Zuno as the army's No. 1 scout. "He is an enemy of drug lords.

"Besides, he's got no need. He comes from well-to-do families. They've always had wealth. Imagine, as son of a governor and brother-in-law of a president, who needs drugs? The business opportunities open up to you," Montes said.

Zuno's connection to Echeverria, whose wife is Zuno's sister, was not the first door of opportunity opened to him. Zuno's father was governor in the 1920s and founded the University of Guadalajara, where the siblings were student leaders.

The Zuno family statement, made through his nephew, Jose Guadalupe Zuno Cuellar, a Jalisco state legislator, is a stern denial of the charges and a prediction that Zuno will be vindicated.

The strongest reaction came from Zuno's wife, reached at her home, who denied the allegations vehemently and questioned the honesty and integrity of the U.S. authorities

as well as the legality of the arrest.

She said, "Is that American justice? Let me speak as a woman, as a citizen of Mascota, not as a wife or mother.

"They (U.S. authorities) are treating him as the worst thing to ever set foot on the U.S. — though he has not been charged — and that's not the image Mascota has of him.

"Here in Mexico we bad mouth our police, but they are worse there (in the United States)."

Asked why someone with the connections and background of Zuno, who moved from Guadalajara, would choose such a remote place as Mascota to settle, Mrs. Zuno professed ignorance, but made a passing reference to opal mines.

Enriqueta is Zuno's second wife. They have two children, aged 2 and 6.

The Rev. Vidal Salcedo, the town's Catholic pastor and unofficial historian, said the opal — and gold and silver — mines may have lured Zuno to Mascota two decades ago.

But the opal mining did not pan out. Zuno stuck to gold and silver mining, but mostly to ranching and the growing, canning and exporting of peppers, tomatoes and guava, the area's No. 1 legal agricultural product.

Staff Writer Mary Jane Bode contributed to this story.

1

2

PROOF OF SERVICE
(Re: PERSONAL SERVICE)

3    STATE OF CALIFORNIA        )
                                ) ss.
4    COUNTY OF LOS ANGELES      )

5          I am employed in the County of Los Angeles, State of
     California.  I am over the age of 18 and not a party to the
6    within action;  my business address is 11377 West Olympic
     Boulevard, Los Angeles, California 90064.
7

8

9          On August 16, 1989, I served the foregoing document
     described as:

10   DECLARATIONS AND EXHIBITS IN SUPPORT OF MOTION IN OPPOSITION TO
     DESIGNATION OF MATERIAL WITNESS
11

12   on the interested parties in this action by placing a true copy
     thereof enclosed in sealed envelope(s) addressed as follows:

13                         GARY A. FEESS
                        United States Attorney
14

15                        ROBERT L. BROSIO
                    Assistant United States Attorney
16                       Chief, Criminal Division

17                         JIMMY GURULE
                    Assistant United States Attorney
18                      Major Narcotics Section

19                 1400 United States Courthouse
                      312 North Spring Street
20                 Los Angeles, California  90012

21         I caused such envelope(s) to be delivered by hand to
     the offices of the addressee.

22

23         Executed this 16th day of August, 1989, at
     Los Angeles, California.
24

25

26         I declare that I am employed in the office of a member
     of the bar of this court at whose/direction the service was
27   made.

28                                PATRICIA WEST MORROW

PROOF OF SERVICE
[PERSONAL DELIVERY]

STATE OF CALIFORNIA    )
                       )  ss.
COUNTY OF LOS ANGELES  )

        I am employed in the County of Los Angeles, State of
California.  I am over the age of 18 and not a party to the
within action;  my business address is 1093 Broxton Avenue,
#685, Westwood Village, California 90024.


        On August 16, 1989, I served the foregoing document
described as:

DECLARATIONS AND EXHIBITS IN SUPPORT OF MOTION IN OPPOSITION TO
DESIGNATION OF MATERIAL WITNESS

on the interested parties in this action by delivering by hand a
true copy thereof enclosed in a sealed envelope to the offices
of the addressee as follows:

                        GARY A. FEESS
                   United States Attorney

                       ROBERT L. BROSIO
                Assistant United States Attorney
                    Chief, Criminal Division

                        JIMMY GURULE
                Assistant United States Attorney
                    Major Narcotics Section

                1400 United States Courthouse
                    312 North Spring Street
                 Los Angeles, California  90012

        Executed this 16th day of August, 1989, at
Los Angeles, California.


        I declare under penalty of perjury that the foregoing
is true and correct.


                        _____

                        LUIZ X-PRESS SERVICES