ZCOBC7071

EDWARD M. MEDVENE
JAMES E. BLANCARTE
RONALD A. DiNICOLA
MITCHELL, SILBERBERG & KNUPP
11377 West Olympic Boulevard
Los Angeles, California 90064
(213) 312-2000

Attorneys for Defendant
Ruben Zuno-Arce

FILED
FEB 28   8 58 AM '90
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 87 422(E)-ER -16 |
| Plaintiff, | DECLARATION OF MARIA ENRIQUETA GUITRAN VELASCO |
| vs. | (Originally filed in Case No. CR-89-741 RMT) |
| RAFAEL CARO-QUINTERO, et al. | |
| Defendants. | |



ENTERED ON COURTRAN
MAR 6 1990

827

EDWARD M. MEDVENE
JAMES E. BLANCARTE
RONALD A. DINICOLA
BRIAN COLLIGAN
MARY E. FULGINITI
MITCHELL, SILBERBERG & KNUPP
11377 West Olympic Boulevard
Los Angeles, California 90064
(213) 312-2000

Attorneys for Defendant

FILED
DEC 11 1989
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 89-741 RMT |
| Plaintiff, ) | DECLARATION OF |
| ) | MARIA ENRIQUETA GUITRON VELASCO |
| vs. ) | |
| ) | Date: December 11, 1989 |
| RUBEN ZUNO-ARCE, ) | Time: 1:30 p.m. |
| ) | Place: Courtroom 22 |
| Defendants. ) | |

I, Maria Enriqueta Guitron Velasco, hereby declare as follows:

1. I am, and for approximately 11 years have been, married to Ruben Zuno-Arce. I know all of the following facts of my own personal knowledge and if called and sworn as a witness could and would competently testify thereto.

ENTERED ON COURTRAN
DEC 20 1989

DEC 12 1989

1

2. On Saturday, December 9, 1989, I accompanied my husband, Mr. Ruben Zuno-Arce, on Mexicana Airlines, Flight No. 912, from Guadalajara, Mexico to Los Angeles International Airport. When we arrived at Los Angeles International Airport, I was carrying my own carry-on baggage in one hand and a portfolio/briefcase containing my husband's confidential legal documents in the other hand. My husband, Mr. Zuno-Arce, at no time, had physical possession or custody of the portfolio/briefcase. I carried that portfolio/briefcase from the time we left the airplane until the time that it was taken by DEA agents inside the Bradley Terminal at LAX.

3. When my husband and I entered the Bradley Terminal at LAX, we went through an Immigration check and were then taken to as area for Customs review. During the Customs review, I was separated from my husband. He was taken into a separate room/office. I was removed to a different room/office. Then I was body searched by two female Customs agents. The body search included a complete pat-down of me, including my breasts and other private parts. I was then ordered to lift up my skirt so that my undergarments could be examined. I was also made to remove my boots so that the Customs agents could inspect the bottom of my feet.

4. When the Customs agents had completed the body search they were conducting of me, I was taken back to the outside public portion of the Customs Inspection area. At that

2

1 point, I noticed that one of the DEA agents was carrying my
2 husband's portfolio/briefcase which the DEA agent had removed
3 from the counter where it had previously been inspected by the
4 Customs agent. I told the DEA agent that he had no business
5 taking the portfolio/briefcase. The DEA agent, accompanied by
6 another Spanish-speaking DEA agent, advised me they were taking
7 possession of the portfolio/briefcase. I told them that the
8 portfolio/briefcase had already been inspected by Customs agents
9 and that it contained confidential legal documents belonging to
10 my husband which he was bringing to show to his lawyers. The
11 DEA agents advised me that they were nonetheless going to take
12 the portfolio/briefcase and its contents into their custody, and
13 they would give it to my husband's lawyers on Monday. At that
14 point, one of the DEA agents opened the briefcase and noticed
15 some phone records which my husband was bringing to his
16 lawyers. He turned to the other agent and said, "Here are the
17 phone records." They then left Bradley Terminal.

19     I declare under penalty of perjury that the foregoing
20 is true and correct.

22     Executed this 11th day of December, 1989, at Los
23 Angeles, California.

MARIA ENRIQUETA GUITRON VELASCO

3

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1093 Broxton Avenue, Suite 685, Los Angeles, California 90024.

On February 28, 1990, I served or caused to be served the following document described as:

DECLARATION OF MARIA ENRIQUETA GUITRON VELASCO

on the interested parties in this action by delivering a true copy thereof in a sealed envelope to the offices of:

Manuel Medrano, Esq.
Assistant United States
  District Attorney
312 North Spring Street
14th Floor
Los Angeles, CA

__X__   I personally served such envelope to the addressee so indicated above. Executed on February 28, 1990, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Luis Emilio