

# United States District Court
## Central District of California
### OFFICE OF THE CLERK

Leonard A. Brosnan
Clerk

Cathy A. Catterson, Clerk  
U. S. Court of Appeals  
for the Ninth Circuit  
P. O. Box 547  
San Francisco, CA 94101

Date  11-9-92

District Court Case Number  CR-87-422-ER —17

Court of Appeals Case Number  91-50036; 90-50000; 89-50028; 90-50459; 90-50471; 91-50333; 91-50342; 91-50351;

Case Title  USA VS MATTA-BALLESTEROS

Records Section:

Enclosed is the original file in the above-entitled proceeding pursuant to your request.

__65__  Volume(s) of original file  (vol. 1-thru 67)
        vols. # 61 & 62 are checked out to Judge Rafeedie for review.
__58__  Volume(s) of reporter's transcripts

__—__   Volume(s) of exhibits

__—__   Volume(s) of non-reproduceable documents

Record is sent:  _____ Certified  ,  _____ Uncertified

        xxx  ~~Federal Express~~   U. S. Mail - REturn Receipt

Please acknowledge receipt of this letter on the copy and return it to this office.

Total 15 Boxes are being sent

Attn: Southern Docketing

LEONARD A. BROSNAN, CLERK

By: _Pat Boyd_  
Deputy Clerk

* * * * * * * * * * * * * * * * * * * * * * * *

Receipt of the above described record(s) is acknowledged herewith.

Dated _____  By: _____  
                                    Deputy Clerk

— Page 2)



# United States District Court
## Central District of California
### OFFICE OF THE CLERK

Leonard A. Brosnan

Cathy A. Catterson, Clerk  
U.S. Court of Appeals  
  for the Ninth Circuit  
P. O. Box 547  
San Francisco, CA  94101

Date  November 9, 1992

District Court Case Number  CR-87-422-ER −17  
Court of Appeals Case Number  91-50036; 90-50000; 89-50028; 90-50459; 90-50471; 91-50333; 91-50342; 91-50351;  
Case Title  USA VS MATTA-BALLESTEROS

Enclosed is the original Reporter's Transcript for the appeal in the above-entitled case. The following transcripts are being transmitted:

| Volume No. | Date of Proceedings | Court Reporter |
|---|---|---|
| 1 | July 10, 1990 | Julie Churchill/Lee |
| 1 | July 11, 1990 | Julie Chruchill/ S. Lee |
| 1 | May 23, 1990 | Julie Churchill/ S. Lee |
| 1 | May 24, 1990 | Julie Churchill/ S. Lee |
| 1 | May 25, 1990 | Julie Churchill/ Susan Lee |
| 1 | May 31, 1990 | Julie Churchill/ Susan Lee |
| 1 | June 5, 1990 | Julie Churchill/ Susan Lee |
| 1 | June 8, 1990 | Julie Churchill/Susan Lee |
| 1 | JUne 6, 1990 | Julie Churchill/Susan Lee |
| 1 | June 22, 1990 | Julie Churchill/Susan Lee |

Please acknowledge receipt of the enclosed transcripts by signing, dating and returning the attached copy of this letter.

Transcripts dated 4-2-90; 4-9-90; 4-19-90 & 4-26-90 are missing. A search has been requested; once located transcripts will be forwarded.

Very truly yours,

LEONARD A. BROSNAN, CLERK

By_____  
  Deputy Clerk

Pat Boyd

Signature_____

Date Received_____



# United States District Court
### Central District of California
#### OFFICE OF THE CLERK

Leonard A. Brosnan
Clerk

Cathy A. Catterson, Clerk  
United States Court of Appeals  
 for the Ninth Circuit  
P.O. Box 547  
San Francisco, CA 94101

Date   November 9, 1992

District Court Case Number   CR-87-422-ER-17  
Court of Appeals Case Number   90-50471; 91-50333; 91-50342; 91-50351; 91-50036; 90-50000; 89-50028; 90-50459;  
Case Title   USA VS MATTA-BALLESTEROS

Dear Sir:

Enclosed please find the original reporter's transcripts for the appeal in the above-entitled case. The following transcripts are being transmitted:

| Volume No. | Date of Proceedings | Court Reporter |
|---|---|---|
| 1 | May 1, 1990 | Julie Churchill |
| 1 | May 16, 1990 | Julie Churchill/Susan Lee |
| 1 | May 29, 1990 | Julie Churchill/Susan Lee |
| 1 | JUne 7, 1990 | Julie Churchill/Susan Lee |
| 1 | June 21, 1990 | Julie Churchill |
| 1 | JUne 29, 1990 | JUlie Churchill |
| 1 | July 3, 1990 | JUlie Churchill |
| 1 | July 5, 1990 | Julie Churchill |
| 1 | July 6, 1990 | Julie Churchill/Susan Lee |
| 1 | July 12, 1990 | Julie Churchill/Susan Lee |
| 1 | July 13, 1990 | Julie Churchill/Susan Lee |
| 1 | July 13, 1990 | Julie Churchill/Susan Lee |
| 1 | June 20, 1990 | julie Churchill |
| 1 | August 2, 1990 | Julie Churchill |
| 1 | June 26, 1990 | Julie Churchill |
| 1 | June 27, 1990 | Julie Churchill/Susan Lee |
| 1 | May 30, 1990 | jUlie Churchill/Susan Lee |

Attn Southern Docketing



# United States District Court
## Central District of California
### OFFICE OF THE CLERK

Leonard A. Brosnan
Clerk

Cathy A. Catterson, Clerk  
United States Court of Appeals  
 for the Ninth Circuit  
P.O. Box 547  
San Francisco, CA 94101

Date   November 9, 1992

District Court Case Number   CR-87-422-ER —17  
Court of Appeals Case Number   91-50036; 90-50000; 89-50028; 90-50459; 90-50471; 91-50333; 91-50342; 91-50351  
Case Title   USA VS MATTA-BALLESTEROS

Dear Sir:

Enclosed please find the original reporter's transcripts for the appeal in the above-entitled case. The following transcripts are being transmitted:

| Volume No. | Date of Proceedings | Court Reporter |
|---|---|---|
| 1 | May 10, 1991 | George A. Haas |
| 1 | May 23, 1991 | Mary Tucker |
| 1 | May 22, 1991 | George A. Haas |
| 1 | July 12, 1990 | Julie Churchill/Susan A. Lee |
| 1 | August 10, 1990 | Lucille M. Litsheim |
| 1 | June 19, 1990 | Julie A. Churchill |
| 1 | June 28, 1990 | Julie Churchill/Susan Lee |
| 1 | May 1, 1990 | Julie Churchill/Susan Lee |
| 1 | May 15, 1990 | Julie Churchill/Susan Lee |
| 1 | May 17, 1990 | Julie Churchill/Susan Lee |
| 1 | May 18, 1990 | Julie Churchill/Susan Lee |
| 1 | August 7, 1990 | Lucille M. Litsheim |
| 1 | August 8, 1990 | Lucille M. Litsheim |
| 1 | May 8, 1990 | Julie Churchill |
| 1 | July 6, 1990 | Julie Churchill/Susan Lee |
| 1 | May 22, 1990 | Julie Churchill/Susan Lee |
| 1 | May 9, 1990 | Julie Churchill/Susan Lee |
| 1 | May 10, 1990 | Susan Lee |
| 1 | August 10, 1990 | Lucille M. Litsheim |
| 1 | May 25, 1990 | Julie Churchill/Susan A. Lee |
| 1 | February 5, 1990 | Velma B. Thomas |
| 1 | November 5, 1990 | Beth E. Zaccaro |
| 1 | April 20, 1990 | Julie A. Churchill |
| 1 | May 11, 1990 | Julie Churchill |
| 1 | July 16, 1990 | Julie Churchill |
| 1 | July 26, 1990 | Julie Churchill |
| 1 | August 2, 1990 | Julie Churchill |
| 1 | July 31, 1990 | Julie Churchill |
| 1 | August 3, 1990 | Julie Churchill |
| 1 | July 17, 1990 | Candee Marsh |
| 1 | July 6, 1990 | Julie Churchill/Susan Lee |